# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:21-cv-22986-RNS**

LAWANDA HOLMES, ANI M. MILLER,
and BRITTANY E. ROXBURY, individually
and on behalf of all others similarly situated,

       Plaintiffs,

   v.

BAPTIST HEALTH SOUTH FLORIDA,
INC., THE BOARD OF DIRECTORS OF
BAPTIST HEALTH SOUTH FLORIDA,
INC., THE RETIREMENT PLAN
COMMITTEE OF BAPTIST HEALTH
SOUTH FLORIDA, INC., and JOHN DOES
1-30,
       Defendants.

---

**DECLARATION OF CAROL A. FIELD IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO**
**FED. R. CIV. P. 12(b)(6)**

I, Carol A. Field, declare pursuant to 28 U.S.C. § 1746 that the factual statements set forth

below are true and correct to the best of my knowledge, information, and belief.

1.     I am an attorney with the law firm of Morgan, Lewis & Bockius, LLP, and I am

counsel for Defendants in the above-referenced matter.  I submit this declaration in support of

Defendants' Motion to Dismiss Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6) in this

matter.

2.     Attached as **Exhibit A-1** is a true and correct copy of the 2015 Annual

Return/Report of Employee Benefit Plan (Form 5500) for the Baptist Health South Florida, Inc.

403(b) Employee Retirement Plan (the "Plan").

3.  Attached as **Exhibit A-2** is a true and correct copy of the 2016 Annual Return/Report of Employee Benefit Plan (Form 5500) for the Plan.

4.  Attached as **Exhibit A-3** is a true and correct copy of the 2017 Annual Return/Report of Employee Benefit Plan (Form 5500) for the Plan.

5.  Attached as **Exhibit A-4** is a true and correct copy of the 2018 Annual Return/Report of Employee Benefit Plan (Form 5500) for the Plan.

6.  Attached as **Exhibit A-5** is a true and correct copy of the 2019 Annual Return/Report of Employee Benefit Plan (Form 5500) for the Plan.

7.  Attached as **Exhibit A-6** is a true and correct copy of the 2020 Annual Return/Report of Employee Benefit Plan (Form 5500) for the Plan.

8.  Attached as **Exhibit A-7** is a true and correct copy of Baptist Health South Florida's 2020 Plan Service Fees & Credits (408(b)(2) Disclosure), *also available* at https://fp.trsretire.com/PublicFP/fpClient.jsp?c=TT069362&a=00001&l=TDA&p=bhsf.

9.  Attached as **Exhibit A-8** is a true and correct copy of the disclosure issued to Plan participants pursuant to 29 C.F.R. § 2550.404a-5, dated August 1, 2015.

10.  Attached as **Exhibit A-9** is a true and correct copy of the disclosure issued to Plan participants pursuant to 29 C.F.R. § 2550.404a-5, dated July 2016.

11.  Attached as **Exhibit A-10** is a true and correct copy of the disclosure issued to Plan participants pursuant to 29 C.F.R. § 2550.404a-5, dated June 2017.

12.  Attached as **Exhibit A-11** is a true and correct copy of the disclosure issued to Plan participants pursuant to 29 C.F.R. § 2550.404a-5, dated June 2018.

13.  Attached as **Exhibit A-12** is a true and correct copy of the disclosure issued to Plan participants pursuant to 29 C.F.R. § 2550.404a-5, dated June 2019.

14.     Attached as **Exhibit A-13** is a true and correct copy of the disclosure issued to Plan participants pursuant to 29 C.F.R. § 2550.404a-5, dated June 2020.

15.     Attached as **Exhibit A-14** is a true and correct copy of the Neuberger Berman Sustainable Equity Fund Summary Prospectus, dated December 2020.

16.     Attached as **Exhibit A-15** is an excerpt from a true and correct copy of the Invesco Oppenheimer International Growth Fund Prospectus, dated February 2021.

17.     Attached as **Exhibit A-16** is an excerpt from a true and correct copy of the Clearbridge Small Cap Growth Fund Prospectus, dated March 2021.

18.     Attached as **Exhibit A-17** is an excerpt from a true and correct copy of the PIMCO Low Duration Fund Prospectus, dated July 2021.

19.     Attached as **Exhibit A-18** is a true and correct copy of the T. Rowe Retirement Balanced Fund Summary Prospectus, dated October 2021.

20.     Attached as **Exhibit A-19** is a true and correct copy of the T. Rowe Retirement 2010 Fund Summary Prospectus, dated October 2021.

21.     Attached as **Exhibit A-20** is a true and correct copy of the T. Rowe Retirement 2025 Fund Summary Prospectus, dated October 2021.

22.     Attached as **Exhibit A-21** is a true and correct copy of the T. Rowe Retirement 2030 Fund Summary Prospectus, dated October 2021.

23.     Attached as **Exhibit A-22** is a true and correct copy of the T. Rowe Retirement 2035 Fund Summary Prospectus, dated October 2021.

24.     Attached as **Exhibit A-23** is a true and correct copy of the T. Rowe Retirement 2040 Fund Summary Prospectus, dated October 2021.

25.     Attached as **Exhibit A-24** is a true and correct copy of the T. Rowe Retirement 2045 Fund Summary Prospectus, dated October 2021.

26.     Attached as **Exhibit A-25** is a true and correct copy of the T. Rowe Retirement 2055 Fund Summary Prospectus, dated October 2021.

27.     Attached as **Exhibit A-26** is a true and correct copy of the Vanguard Growth Index Fund Summary Prospectus, dated April 2021.

28.     Attached as **Exhibit A-27** is an excerpt from a true and correct copy of "The BrightScope/ICI Defined Contribution Plan Profile: A Close Look at ERISA 403(b) Plans, 2016," dated April 2020.

29.     Attached as **Exhibit A-28** is an excerpt from a true and correct copy of the "NEPC 2019 Defined Contribution Progress Report."

30.     Attached as **Exhibit A-29** are excerpts from a true and correct copy of the "401K Averages Book (20th ed.)."

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


Dated:  November 9, 2021              */s/ Carol A. Field*
                                      _____
                                      Carol A. Field

4

# EXHIBIT A-1

| **Form 5500**<br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security<br>Administration<br><br>Pension Benefit Guaranty Corporation | **Annual Return/Report of Employee Benefit Plan**<br>This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ **Complete all entries in accordance with the instructions to the Form 5500.** | OMB Nos. 1210-0110<br>1210-0089<br><br>**2015**<br><br>**This Form is Open to Public Inspection** |

| Part I | Annual Report Identification Information |
|---|---|

For calendar plan year 2015 or fiscal plan year beginning  01/01/2015                     and ending  12/31/2015

**A** This return/report is for:  ☐ a multiemployer plan;   ☐ a multiple-employer plan (Filers checking this box must attach a list of participating employer information in accordance with the form instructions); or

☒ a single-employer plan;   ☐ a DFE (specify) ____

**B** This return/report is:   ☐ the first return/report;   ☐ the final return/report;

☐ an amended return/report;   ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**D** Check box if filing under:   ☒ Form 5558;   ☐ automatic extension;   ☐ the DFVC program;

☐ special extension (enter description)

| Part II | Basic Plan Information—enter all requested information |
|---|---|

**1a** Name of plan
BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN

**1b** Three-digit plan number (PN) ▶  002

**1c** Effective date of plan
01/01/1989

**2a** Plan sponsor's name (employer, if for a single-employer plan)
Mailing address (include room, apt., suite no. and street, or P.O. Box)
City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)

BAPTIST HEALTH SOUTH FLORIDA, INC.

6855 RED ROAD
SUITE 500
CORAL GABLES, FL 33143

**2b** Employer Identification Number (EIN)
65-0267668

**2c** Plan Sponsor's telephone number
786-662-7178

**2d** Business code (see instructions)
622000

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| **SIGN HERE** | Filed with authorized/valid electronic signature. | 10/14/2016 | RALPH LAWSON |
|---|---|---|---|
|  | **Signature of plan administrator** | Date | Enter name of individual signing as plan administrator |
| **SIGN HERE** |  |  |  |
|  | **Signature of employer/plan sponsor** | Date | Enter name of individual signing as employer or plan sponsor |
| **SIGN HERE** |  |  |  |
|  | **Signature of DFE** | Date | Enter name of individual signing as DFE |

| Preparer's name (including firm name, if applicable) and address (include room or suite number) | Preparer's telephone number |
|---|---|
|  |  |

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**

Form 5500 (2015)
v. 150123

Form 5500 (2015)                                                    Page **2**

| | | | |
|---|---|---|---|
| **3a** | Plan administrator's name and address  ☒ Same as Plan Sponsor | **3b** | Administrator's EIN |
| | | **3c** | Administrator's telephone number |
| **4** | If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report: | **4b** | EIN |
| **a** | Sponsor's name | **4c** | PN |
| **5** | Total number of participants at the beginning of the plan year | **5** | 18415 |
| **6** | Number of participants as of the end of the plan year unless otherwise stated (welfare plans complete only lines **6a(1)**, **6a(2)**, **6b**, **6c**, and **6d**). | | |
| **a(1)** | Total number of active participants at the beginning of the plan year............................ | **6a(1)** | 15414 |
| **a(2)** | Total number of active participants at the end of  the plan year ...................................... | **6a(2)** | 15853 |
| **b** | Retired or separated participants receiving benefits.......................................................... | **6b** | 246 |
| **c** | Other retired or separated participants entitled to future benefits..................................... | **6c** | 2306 |
| **d** | Subtotal. Add lines **6a(2)**, **6b**, and **6c**. ........................................................................... | **6d** | 18405 |
| **e** | Deceased participants whose beneficiaries are receiving or are entitled to receive benefits............... | **6e** | 53 |
| **f** | Total.  Add lines **6d** and **6e**. ............................................................................................. | **6f** | 18458 |
| **g** | Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | **6g** | 18458 |
| **h** | Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | **6h** | 243 |
| **7** | Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item) ........ | **7** | |

**8a**  If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristics Codes in the instructions:

2F  2G  2L  2M  2R  2S  2T  3H

**b**  If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristics Codes in the instructions:

| | | | | |
|---|---|---|---|---|
| **9a** | Plan funding arrangement (check all that apply) | **9b** | | Plan benefit arrangement (check all that apply) |
| **(1)** | ☒  Insurance | **(1)** | ☒ | Insurance |
| **(2)** | ☐  Code section 412(e)(3) insurance contracts | **(2)** | ☐ | Code section 412(e)(3) insurance contracts |
| **(3)** | ☒  Trust | **(3)** | ☒ | Trust |
| **(4)** | ☐  General assets of the sponsor | **(4)** | ☐ | General assets of the sponsor |

**10**  Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached.  (See instructions)

| | | | | | |
|---|---|---|---|---|---|
| **a** | **Pension Schedules** | | **b** | **General Schedules** | |
| **(1)** | ☒  **R**  (Retirement Plan Information) | | **(1)** | ☒ | **H**  (Financial Information) |
| **(2)** | ☐  **MB**  (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary | | **(2)** | ☐ | **I**  (Financial Information – Small Plan) |
| | | | **(3)** | ☒  1 | **A**  (Insurance Information) |
| | | | **(4)** | ☐ | **C**  (Service Provider Information) |
| **(3)** | ☐  **SB**  (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary | | **(5)** | ☒ | **D**  (DFE/Participating Plan Information) |
| | | | **(6)** | ☐ | **G**  (Financial Transaction Schedules) |

Form 5500 (2015)                Page **3**

| Part III | Form M-1 Compliance Information (to be completed by welfare benefit plans) |
|---|---|

**11a** If the plan provides welfare benefits, was the plan subject to the Form M-1 filing requirements during the plan year? (See instructions and 29 CFR 2520.101-2.) .................................……….…… ☐ Yes    ☐ No

If "Yes" is checked, complete lines 11b and 11c.

**11b** Is the plan currently in compliance with the Form M-1 filing requirements? (See instructions and 29 CFR 2520.101-2.) ……..... ☐ Yes    ☐ No

**11c** Enter the Receipt Confirmation Code for the 2015 Form M-1 annual report.  If the plan was not required to file the 2015 Form M-1 annual report, enter the Receipt Confirmation Code for the most recent Form M-1 that was required to be filed under the Form M-1 filing requirements. (Failure to enter a valid Receipt Confirmation Code will subject the Form 5500 filing to rejection as incomplete.)

Receipt Confirmation Code_____

| **SCHEDULE A**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Insurance Information**<br><br>This schedule is required to be filed under section 104 of the<br>Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ **File as an attachment to Form 5500.**<br><br>▶ Insurance companies are required to provide the information<br>pursuant to ERISA section 103(a)(2). | OMB No. 1210-0110<br><br>**2015**<br><br>**This Form is Open to Public<br>Inspection** |
|---|---|---|

| For calendar plan year 2015 or fiscal plan year beginning 01/01/2015 | and ending 12/31/2015 |
|---|---|

| **A** Name of plan<br>BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN | **B** Three-digit<br>plan number (PN) ▶ | 002 |
|---|---|---|

| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>BAPTIST HEALTH SOUTH FLORIDA, INC. | **D** Employer Identification Number (EIN)<br>65-0267668 |
|---|---|

| **Part I** | **Information Concerning Insurance Contract Coverage, Fees, and Commissions** Provide information for each contract on a separate Schedule A.  Individual contracts grouped as a unit in Parts II and III can be reported on a single Schedule A. |
|---|---|

**1** Coverage Information:

**(a)** Name of insurance carrier

TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY

| **(b)** EIN | **(c)** NAIC code | **(d)** Contract or identification number | **(e)** Approximate number of persons covered at end of policy or contract year | Policy or contract year | |
|---|---|---|---|---|---|
| | | | | **(f)** From | **(g)** To |
| 36-6071399 | 70688 | TT069362 | 18458 | 01/01/2015 | 12/31/2015 |

**2** Insurance fee and commission information. Enter the total fees and total commissions paid.  List in line 3 the agents, brokers, and other persons in descending order of the amount paid.

| **(a)** Total amount of commissions paid | **(b)** Total amount of fees paid |
|---|---|
| | |

**3** Persons receiving commissions and fees.  (Complete as many entries as needed to report all persons).

| **(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid | | | |
|---|---|---|---|
| | | | |

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

| **(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid | | | |
|---|---|---|---|
| | | | |

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**

Schedule A (Form 5500) 2015<br>v. 150123

Schedule A  (Form 5500) 2015                                            Page **2 -** | 1 |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
| --- | --- | --- | --- |
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
| --- | --- | --- | --- |
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
| --- | --- | --- | --- |
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
| --- | --- | --- | --- |
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
| --- | --- | --- | --- |
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

Schedule A  (Form 5500) 2015                                                  Page **3**

| Part II | Investment and Annuity Contract Information |
|---------|---------------------------------------------|
|         | Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report. |

| | | | |
|---|---|---|---|
| 4 | Current value of plan's interest under this contract in the general account at year end...................... | **4** | 683809 |
| 5 | Current value of plan's interest under this contract in separate accounts at year end ...................... | **5** | 227123269 |

6  Contracts With Allocated Funds:

   **a**  State the basis of premium rates  ▶

| | | | |
|---|---|---|---|
| **b** | Premiums paid to carrier.................................. | **6b** | |
| **c** | Premiums due but unpaid at the end of the year ......... | **6c** | |
| **d** | If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount............................................. | **6d** | |

     Specify nature of costs  ▶

   **e**  Type of contract:  (1) ☐ individual policies    (2) ☐ group deferred annuity

     (3) ☐ other (specify)  ▶

   **f**  If contract purchased, in whole or in part, to distribute benefits from a terminating plan, check here  ▶ ☐

7  Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

   **a**  Type of contract:  (1) ☐ deposit administration    (2) ☐ immediate participation guarantee

     (3) ☒ guaranteed investment    (4) ☐ other ▶

| | | | |
|---|---|---|---|
| **b** | Balance at the end of the previous year ...................................... | **7b** | 448112 |
| **c** | Additions:  (1) Contributions deposited during the year .......................... | **7c(1)** | |
| | (2) Dividends and credits ...................................................... | **7c(2)** | |
| | (3) Interest credited during the year ....................................... | **7c(3)** | 4677 |
| | (4) Transferred from separate account ....................................... | **7c(4)** | |
| | (5) Other (specify below)..................................................... | **7c(5)** | 712890 |
| | ▶ ADDITIONS TO FORFEITURES | | |
| | (6)Total additions ............................................................ | **7c(6)** | 717567 |
| **d** | Total of balance and additions (add lines **7b** and **7c(6)**). ................... | **7d** | 1165679 |
| **e** | Deductions: | | |
| | (1) Disbursed from fund to pay benefits or purchase annuities during year | **7e(1)** | |
| | (2) Administration charge made by carrier ................................... | **7e(2)** | |
| | (3) Transferred to separate account ......................................... | **7e(3)** | |
| | (4) Other (specify below)..................................................... | **7e(4)** | 481870 |
| | ▶ ALLOCATED FORFEITURES AND ADV ER | | |
| | (5) Total deductions ......................................................... | **7e(5)** | 481870 |
| **f** | Balance at the end of the current year (subtract line **7e(5)** from line **7d**)....... | **7f** | 683809 |

Schedule A  (Form 5500) 2015                                                                 Page **4**

| **Part III** | **Welfare Benefit Contract Information** |
|---|---|
| | If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organizations(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit.  Where contracts cover individual employees, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report. |

**8** Benefit and contract type (check all applicable boxes)

**a** ☐ Health (other than dental or vision)  **b** ☐ Dental  **c** ☐ Vision  **d** ☐ Life insurance

**e** ☐ Temporary disability (accident and sickness)  **f** ☐ Long-term disability  **g** ☐ Supplemental unemployment  **h** ☐ Prescription drug

**i** ☐ Stop loss (large deductible)  **j** ☐ HMO contract  **k** ☐ PPO contract  **l** ☐ Indemnity contract

**m** ☐ Other (specify) ▶

**9** Experience-rated contracts:

| | | |
|---|---|---|
| **a** Premiums: (1) Amount received | **9a(1)** | |
| (2) Increase (decrease) in amount due but unpaid | **9a(2)** | |
| (3) Increase (decrease) in unearned premium reserve | **9a(3)** | |
| (4) Earned (**(1) + (2) - (3)**) | **9a(4)** | |
| **b** Benefit charges (1) Claims paid | **9b(1)** | |
| (2) Increase (decrease) in claim reserves | **9b(2)** | |
| (3) Incurred claims (add **(1)** and **(2)**) | **9b(3)** | |
| (4) Claims charged | **9b(4)** | |
| **c** Remainder of premium: (1) Retention charges (on an accrual basis) -- | | |
| (A) Commissions | **9c(1)(A)** | |
| (B) Administrative service or other fees | **9c(1)(B)** | |
| (C) Other specific acquisition costs | **9c(1)(C)** | |
| (D) Other expenses | **9c(1)(D)** | |
| (E) Taxes | **9c(1)(E)** | |
| (F) Charges for risks or other contingencies | **9c(1)(F)** | |
| (G) Other retention charges | **9c(1)(G)** | |
| (H) Total retention | **9c(1)(H)** | |
| (2) Dividends or retroactive rate refunds.  (These amounts were ☐ paid in cash, or ☐ credited.) | **9c(2)** | |
| **d** Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement | **9d(1)** | |
| (2) Claim reserves | **9d(2)** | |
| (3) Other reserves | **9d(3)** | |
| **e** Dividends or retroactive rate refunds due.  (Do not include amount entered in line **9c(2)**.) | **9e** | |

**10** Nonexperience-rated contracts:

| | | |
|---|---|---|
| **a** Total premiums or subscription charges paid to carrier | **10a** | |
| **b** If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, line 2 above, report amount. | **10b** | |

Specify nature of costs ▶

| **Part IV** | **Provision of Information** |
|---|---|

**11** Did the insurance company fail to provide any information necessary to complete Schedule A? .............   ☐ Yes   ☒ No

**12** If the answer to line 11 is "Yes," specify the information not provided. ▶

| SCHEDULE C<br>(Form 5500)<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Service Provider Information**<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2015**<br><br>**This Form is Open to Public Inspection.** |

For calendar plan year 2015 or fiscal plan year beginning  01/01/2015                    and ending  12/31/2015

| **A** Name of plan<br>BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN | **B** Three-digit<br>plan number (PN)  ▶ | 002 |

| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>BAPTIST HEALTH SOUTH FLORIDA, INC. | **D** Employer Identification Number (EIN)<br>65-0267668 |

---

| **Part I** | **Service Provider Information (see instructions)** |

You must complete this Part, in accordance with the instructions, to report the information required for **each person** who received, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of monetary value) in connection with services rendered to the plan or the person's position with the plan during the plan year. If a person received **only** eligible indirect compensation for which the plan received the required disclosures, you are required to answer line 1 but are not required to include that person when completing the remainder of this Part.

## 1  Information on Persons Receiving Only Eligible Indirect Compensation

**a** Check "Yes" or "No" to indicate whether you are excluding a person from the remainder of this Part because they received only eligible indirect compensation for which the plan received the required disclosures (see instructions for definitions and conditions)................. [X] Yes  [ ] No

**b** If you answered line 1a "Yes," enter the name and EIN or address of each person providing the required disclosures for the service providers who received only eligible indirect compensation. Complete as many entries as needed (see instructions).

---

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

TRANSAMERICA RETIREMENT SOLUTIONS

13-3689044

---

**(b)** Enter name and EIN or address of person who provided you disclosure on eligible indirect compensation

CHARLES SCHWAB & CO., INC.

94-1737782

---

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

---

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

---

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500**

**Schedule C (Form 5500) 2015**
**v.150123**

Schedule C (Form 5500) 2015

Page **2-** 1

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

Schedule C (Form 5500) 2015                                                          Page **3 -** | 1 |

**2.  Information on Other Service Providers Receiving Direct or Indirect Compensation.** Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

| **(a)** Enter name and EIN or address (see instructions) |
| --- |
| TRANSAMERICA RETIREMENT SOLUTIONS |
| 13-3689044 |

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
| --- | --- | --- | --- | --- | --- | --- |
| 12 15 28 37 38 50 54 59 61 62 63 64 65 | RECORDKEEPER | 1216199 | Yes [X]  No [ ] | Yes [X]  No [ ] | 0 | Yes [X]  No [ ] |

| **(a)** Enter name and EIN or address (see instructions) |
| --- |
| NATIONAL FINANCIAL SERVICES |
| 04-3523567 |

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
| --- | --- | --- | --- | --- | --- | --- |
| 33 71 | SECURITIES BROKER | 0 | Yes [X]  No [ ] | Yes [ ]  No [X] | 0 | Yes [X]  No [ ] |

| **(a)** Enter name and EIN or address (see instructions) |
| --- |
| CHARLES SCHWAB & CO., INC. |
| 94-1737782 |

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
| --- | --- | --- | --- | --- | --- | --- |
| 33 71 | SECURITIES BROKER | 874 | Yes [X]  No [ ] | Yes [X]  No [ ] | 0 | Yes [X]  No [ ] |

Page **3** - 2

**2. Information on Other Service Providers Receiving Direct or Indirect Compensation.** Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

| **(a)** Enter name and EIN or address (see instructions) |
| --- |

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Yes ☐   No ☐ | Yes ☐   No ☐ | | Yes ☐   No ☐ |

| **(a)** Enter name and EIN or address (see instructions) |
| --- |

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Yes ☐   No ☐ | Yes ☐   No ☐ | | Yes ☐   No ☐ |

| **(a)** Enter name and EIN or address (see instructions) |
| --- |

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Yes ☐   No ☐ | Yes ☐   No ☐ | | Yes ☐   No ☐ |

Schedule C (Form 5500) 2015                                                    Page **4-** 1

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| JANUS                               30 DAN ROAD SUITE 55932 CANTON, MA 02021 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| JP MORGAN                           30 DAN ROAD CANTON, MA 02021 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LEGG MASON                          100 FIRST STAMFORD PLACE STAMFORD, CT 06902 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

Schedule C (Form 5500) 2015                                                Page **4-** 2

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LSV        155 NORTH WACKER DRIVE SUITE 4600 CHICAGO, IL 60606 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| NEUBERGER BERMAN        605 THIRD AVENUE 36TH FLOOR NEW YORK, NY 10158 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PIMCO        1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

Schedule C (Form 5500) 2015                                                    Page **4-** 3

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| T ROWE PRICE          100 EAST PRATT STREET BALTIMORE, MD 21202 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| WELLS FARGO          30 DAN ROAD CANTON, MA 02021 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| JANUS          30 DAN ROAD SUITE 55932 CANTON, MA 02021 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

Schedule C (Form 5500) 2015                                           Page **4-** 4

| **Part I** | **Service Provider Information (continued)** |
| --- | --- |

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| JP MORGAN            30 DAN ROAD CANTON, MA 02021 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| LEGG MASON            100 FIRST STAMFORD PLACE STAMFORD, CT 06902 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| LSV            155 NORTH WACKER DRIVE SUITE 4600 CHICAGO, IL 60606 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

Schedule C (Form 5500) 2015                                                              Page **4-** 5

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| NEUBERGER BERMAN    605 THIRD AVENUE  36TH FLOOR  NEW YORK, NY 10158 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PIMCO    1345 AVENUE OF THE AMERICAS  NEW YORK, NY 10105 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| T ROWE PRICE    100 EAST PRATT STREET  BALTIMORE, MD 21202 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| WELLS FARGO              30 DAN ROAD  CANTON, MA 02021 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| ALGER  13-2665689 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| ALLIANZ FUNDS  06-1349805 | RANGE OF 0.40 - 0.50% OF AVERAGE DAILY BALANCE OF ASSETS |

| Part I | Service Provider Information (continued) |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AMERICAN CENTURY INVESTMENTS<br><br>43-0821857 | RATE OF 0.35% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AMERICAN FUNDS<br><br>95-1411037 | RATE OF 0.37% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AMG FUNDS<br><br>06-1555943 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2015                                   Page **4-** 8

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| ARTISAN<br><br>39-1811840 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| BUFFALO | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| BURNHAM<br><br>23-1702840 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2015
Page **4-** 9

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| COLUMBIA<br><br>93-0577450 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| DIMENSIONAL FUND ADVISORS<br><br>22-2370029 | RATE OF 0.25% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| EATON VANCE<br><br>04-2718215 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| FEDERATED<br><br>25-1111467 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| FIDELITY INVESTMENTS<br><br>06-1194217 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| FIRST EAGLE<br><br>13-3392291 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2015                                          Page **4-** 11

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| FMI FUNDS<br><br>39-1861095 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| GABELLI<br><br>13-3340139 | RATE OF 0.35% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| GLENMEDE | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2015                                                Page **4-** 12

| Part I | Service Provider Information (continued) |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| GOLDMAN SACHS | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| HARDING LOEVNER | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| HARTFORD MUTUAL FUNDS<br><br>13-3317783 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2015

Page **4-** 13

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| HEARTLAND<br><br>39-1572323 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| HENDERSON GLOBAL<br><br>06-1217855 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| HENNESSY<br><br>68-0377264 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2015                                    Page **4-** | 14 |

---

| **Part I** | **Service Provider Information (continued)** |
| --- | --- |

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| ICON FUNDS<br><br>75-2676133 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| INVESCO<br><br>58-2287224 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| JANUS<br><br>43-1804048 | RATE OF 0.35% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2015                                                    Page **4-** 15

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LAUDUS FUNDS<br><br>94-3106735 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LAZARD | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MATTHEWS ASIA FUNDS<br><br>94-3250972 | RANGE OF 0.33 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

Schedule C (Form 5500) 2015                                    Page **4-** | 16 |

| **Part I** | **Service Provider Information (continued)** |

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| METROPOLITAN WEST FUNDS<br><br>95-4597302 | RATE OF 0.35% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MFS<br><br>04-3253929 | RATE OF 0.45% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MORGAN STANLEY<br><br>36-3145972 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2015                                                                    Page **4-** 17

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MOTLEY FOOL<br><br>54-1742975 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| NATIXIS FUNDS<br><br>04-3200027 | RATE OF 0.35% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| NICHOLAS | RATE OF 0.37% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2015

Page **4-** 18

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| NORTHERN FUNDS

36-3608252 | RANGE OF 0.25 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| OAK RIDGE FUNDS | RATE OF 0.60% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| OAKMARK

04-3276558 | RATE OF 0.35% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2015                                                   Page **4-** 19

| **Part I** | **Service Provider Information** (continued) |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| OPPENHEIMERFUNDS<br><br>13-2527171 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| OSTERWEIS<br><br>94-2871718 | RATE OF 0.06% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PACIFIC FINANCIAL<br><br>91-1257006 | RATE OF 0.25% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2015                                          Page **4-** 20

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PARNASSUS<br><br>94-6579180 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PRINCIPAL FUNDS<br><br>42-1520346 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PROFUNDS<br><br>52-2035197 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2015                                         Page **4-** 21

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| RIDGEWORTH<br><br>58-1604573 | RATE OF 0.39% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| SCHWAB FUNDS<br><br>94-3106735 | RANGE OF 0.02 - 0.25% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| SCOUT<br><br>43-1270132 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2015        Page **4-** 22

| Part I | Service Provider Information (continued) |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| STATE STREET GLOBAL ADVISORS<br><br>42-1704580 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| T. ROWE PRICE<br><br>52-2264646 | RATE OF 0.04% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| THIRD AVENUE<br><br>01-0690900 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2015                                    Page **4-** 23

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| TOCQUEVILLE<br><br>13-3549887 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| U.S. GLOBAL INVESTORS<br><br>74-1619375 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| WELLS FARGO ADVANTAGE<br><br>41-0449260 | RATE OF 0.55% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2015                                                          Page **5-** 1

| **Part II** | **Service Providers Who Fail or Refuse to Provide Information** |
|---|---|

**4**   Provide, to the extent possible, the following information for each service provider who failed or refused to provide the information necessary to complete this Schedule.

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |

Schedule C (Form 5500) 2015                                        Page **6-** 1

| **Part III** | **Termination Information on Accountants and Enrolled Actuaries** (see instructions) |
| --- | --- |

(complete as many entries as needed)

**a**  Name: | **b**  EIN:
**c**  Position:
**d**  Address: | **e**  Telephone:

Explanation:

---

**a**  Name: | **b**  EIN:
**c**  Position:
**d**  Address: | **e**  Telephone:

Explanation:

---

**a**  Name: | **b**  EIN:
**c**  Position:
**d**  Address: | **e**  Telephone:

Explanation:

---

**a**  Name: | **b**  EIN:
**c**  Position:
**d**  Address: | **e**  Telephone:

Explanation:

---

**a**  Name: | **b**  EIN:
**c**  Position:
**d**  Address: | **e**  Telephone:

Explanation:

| **SCHEDULE D**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration | **DFE/Participating Plan Information**<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2015**<br><br>**This Form is Open to Public Inspection.** |
|---|---|---|

| For calendar plan year 2015 or fiscal plan year beginning    01/01/2015 | and ending    12/31/2015 |
|---|---|

| **A** Name of plan<br>BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN | **B**   Three-digit<br>plan number (PN)   ▶   002 |
|---|---|
| **C**  Plan or DFE sponsor's name as shown on line 2a of Form 5500<br>BAPTIST HEALTH SOUTH FLORIDA, INC. | **D**   Employer Identification Number (EIN)<br>65-0267668 |

| **Part I** | **Information on interests in MTIAs, CCTs, PSAs, and 103-12 IEs (to be completed by plans and DFEs)**<br>(Complete as many entries as needed to report all interests in DFEs) |
|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:   GUARANTEED POOLED FUND

**b** Name of sponsor of entity listed in (a):   TRANSAMERICA FINANCIAL LIFE INSURANCE CO

| **c** EIN-PN  36-6071399-005 | **d** Entity code   P | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions)   227123269 |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

Schedule D (Form 5500) 2015

Page **3 -** 1

| **Part II** | **Information on Participating Plans (to be completed by DFEs)** (Complete as many entries as needed to report all participating plans) |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

| **SCHEDULE H**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Financial Information**<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA), and section 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2015**<br><br>**This Form is Open to Public Inspection** |
|---|---|---|

For calendar plan year 2015 or fiscal plan year beginning  01/01/2015  and ending  12/31/2015

| **A** Name of plan<br>BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN | **B**  Three-digit<br>plan number (PN)  ▶  002 |
|---|---|
| **C**  Plan sponsor's name as shown on line 2a of Form 5500<br>BAPTIST HEALTH SOUTH FLORIDA, INC. | **D**  Employer Identification Number (EIN)<br>65-0267668 |

---

**Part I**  **Asset and Liability Statement**

**1**  Current value of plan assets and liabilities at the beginning and end of the plan year. Combine the value of plan assets held in more than one trust. Report the value of the plan's interest in a commingled fund containing the assets of more than one plan on a line-by-line basis unless the value is reportable on lines 1c(9) through 1c(14). Do not enter the value of that portion of an insurance contract which guarantees, during this plan year, to pay a specific dollar benefit at a future date. **Round off amounts to the nearest dollar.**  MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 1b(1), 1b(2), 1c(8), 1g, 1h, and 1i. CCTs, PSAs, and 103-12 IEs also do not complete lines 1d and 1e. See instructions.

| **Assets** | | **(a)** Beginning of Year | **(b)** End of Year |
|---|---|---|---|
| **a**  Total noninterest-bearing cash ............................................................ | **1a** | 181998 | 238045 |
| **b**  Receivables (less allowance for doubtful accounts): | | | |
| **(1)**  Employer contributions ........................................................... | **1b(1)** | | |
| **(2)**  Participant contributions .......................................................... | **1b(2)** | | |
| **(3)**  Other......................................................................................... | **1b(3)** | 30010 | 42394 |
| **c**  General investments: | | | |
| **(1)**  Interest-bearing cash (include money market accounts & certificates of deposit) ................................................................................ | **1c(1)** | | |
| **(2)**  U.S. Government securities...................................................... | **1c(2)** | | |
| **(3)**  Corporate debt instruments (other than employer securities): | | | |
| **(A)**  Preferred................................................................... | **1c(3)(A)** | | |
| **(B)**  All other..................................................................... | **1c(3)(B)** | | |
| **(4)**  Corporate stocks (other than employer securities): | | | |
| **(A)**  Preferred................................................................... | **1c(4)(A)** | | |
| **(B)**  Common..................................................................... | **1c(4)(B)** | | |
| **(5)**  Partnership/joint venture interests ......................................... | **1c(5)** | | |
| **(6)**  Real estate (other than employer real property) ..................... | **1c(6)** | | |
| **(7)**  Loans (other than to participants) .......................................... | **1c(7)** | | |
| **(8)**  Participant loans ..................................................................... | **1c(8)** | 57898673 | 63463883 |
| **(9)**  Value of interest in common/collective trusts......................... | **1c(9)** | | |
| **(10)**  Value of interest in pooled separate accounts....................... | **1c(10)** | 222051696 | 227123269 |
| **(11)**  Value of interest in master trust investment accounts ........... | **1c(11)** | | |
| **(12)**  Value of interest in 103-12 investment entities ...................... | **1c(12)** | | |
| **(13)**  Value of interest in registered investment companies (e.g., mutual funds).................................................................................... | **1c(13)** | 643368708 | 685612951 |
| **(14)**  Value of funds held in insurance company general account (unallocated contracts)................................................................................... | **1c(14)** | 448112 | 683809 |
| **(15)**  Other......................................................................................... | **1c(15)** | 8571684 | 11866321 |

---

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500**

**Schedule H (Form 5500) 2015**
**v. 150123**

Schedule H  (Form 5500) 2015        Page **2**

| 1d Employer-related investments: | | **(a)** Beginning of Year | **(b)** End of Year |
|---|---|---|---|
| **(1)** Employer securities ........................................... | 1d(1) | | |
| **(2)** Employer real property ..................................... | 1d(2) | | |
| **e** Buildings and other property used in plan operation............................ | 1e | | |
| **f** Total assets (add all amounts in lines 1a through 1e) ...................................... | 1f | 932550881 | 989030672 |

## Liabilities

| | | | |
|---|---|---|---|
| **g** Benefit claims payable ......................................................... | 1g | | |
| **h** Operating payables ............................................................... | 1h | | |
| **i** Acquisition indebtedness ..................................................... | 1i | | |
| **j** Other liabilities...................................................................... | 1j | | |
| **k** Total liabilities (add all amounts in lines 1g through1j) ...................................... | 1k | | |

## Net Assets

| | | | |
|---|---|---|---|
| **l** Net assets (subtract line 1k from line 1f)............................................................ | 1l | 932550881 | 989030672 |

| **Part II** | **Income and Expense Statement** |
|---|---|

**2**   Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

| Income | | **(a)** Amount | **(b)** Total |
|---|---|---|---|
| **a** Contributions: | | | |
| **(1)** Received or receivable in cash from: **(A)** Employers.................................... | 2a(1)(A) | 38823639 | |
| **(B)** Participants ......................................................... | 2a(1)(B) | 62124686 | |
| **(C)** Others (including rollovers) ................................. | 2a(1)(C) | 15579511 | |
| **(2)** Noncash contributions .................................................. | 2a(2) | | |
| **(3)** Total contributions. Add lines **2a(1)(A), (B), (C),** and line **2a(2)** ................ | 2a(3) | | 116527836 |
| **b** Earnings on investments: | | | |
| **(1)** Interest: | | | |
| **(A)** Interest-bearing cash (including money market accounts and certificates of deposit)........................ | 2b(1)(A) | 4677 | |
| **(B)** U.S. Government securities ................................. | 2b(1)(B) | | |
| **(C)** Corporate debt instruments ............................... | 2b(1)(C) | | |
| **(D)** Loans (other than to participants) ...................... | 2b(1)(D) | | |
| **(E)** Participant loans ................................................. | 2b(1)(E) | 1940740 | |
| **(F)** Other ................................................................... | 2b(1)(F) | | |
| **(G)** Total interest. Add lines **2b(1)(A)** through **(F)** ........ | 2b(1)(G) | | 1945417 |
| **(2)** Dividends: **(A)** Preferred stock................................. | 2b(2)(A) | | |
| **(B)** Common stock .................................................... | 2b(2)(B) | | |
| **(C)** Registered investment company shares (e.g. mutual funds)............. | 2b(2)(C) | 10449340 | |
| **(D)** Total dividends. Add lines **2b(2)(A), (B),** and **(C)** | 2b(2)(D) | | 10449340 |
| **(3)** Rents............................................................................. | 2b(3) | | |
| **(4)** Net gain (loss) on sale of assets: **(A)** Aggregate proceeds ...................... | 2b(4)(A) | | |
| **(B)** Aggregate carrying amount (see instructions) ...... | 2b(4)(B) | | |
| **(C)** Subtract line **2b(4)(B)** from line **2b(4)(A)** and enter result ................ | 2b(4)(C) | | |
| **(5)** Unrealized appreciation (depreciation) of assets: **(A)** Real estate........................ | 2b(5)(A) | | |
| **(B)** Other ................................................................... | 2b(5)(B) | | |
| **(C)** Total unrealized appreciation of assets. Add lines **2b(5)(A)** and **(B)** | 2b(5)(C) | | |

Schedule H  (Form 5500) 2015                                                            Page **3**

| | | (a) Amount | (b) Total |
|---|---|---|---|
| **(6)** Net investment gain (loss) from common/collective trusts | 2b(6) | | |
| **(7)** Net investment gain (loss) from pooled separate accounts | 2b(7) | | 2754308 |
| **(8)** Net investment gain (loss) from master trust investment accounts | 2b(8) | | |
| **(9)** Net investment gain (loss) from 103-12 investment entities | 2b(9) | | |
| **(10)** Net investment gain (loss) from registered investment companies (e.g., mutual funds) | 2b(10) | | -12202791 |
| **c** Other income | 2c | | -241049 |
| **d** Total income. Add all **income** amounts in column (b) and enter total | 2d | | 119233061 |

### Expenses

| | | | |
|---|---|---|---|
| **e** Benefit payment and payments to provide benefits: | | | |
| **(1)** Directly to participants or beneficiaries, including direct rollovers | 2e(1) | 60882391 | |
| **(2)** To insurance carriers for the provision of benefits | 2e(2) | | |
| **(3)** Other | 2e(3) | | |
| **(4)** Total benefit payments. Add lines **2e(1)** through **(3)** | 2e(4) | | 60882391 |
| **f** Corrective distributions (see instructions) | 2f | | 1255 |
| **g** Certain deemed distributions of participant loans (see instructions) | 2g | | 732338 |
| **h** Interest expense | 2h | | |
| **i** Administrative expenses:  **(1)** Professional fees | 2i(1) | | |
| **(2)** Contract administrator fees | 2i(2) | | |
| **(3)** Investment advisory and management fees | 2i(3) | | |
| **(4)** Other | 2i(4) | 1216049 | |
| **(5)** Total administrative expenses. Add lines **2i(1)** through **(4)** | 2i(5) | | 1216049 |
| **j** Total expenses. Add all **expense** amounts in column (b) and enter total | 2j | | 62832033 |

### Net Income and Reconciliation

| | | | |
|---|---|---|---|
| **k** Net income (loss). Subtract line **2j** from line **2d** | 2k | | 56401028 |
| **l** Transfers of assets: | | | |
| **(1)** To this plan | 2l(1) | | 78763 |
| **(2)** From this plan | 2l(2) | | |

| **Part III** | **Accountant's Opinion** |
|---|---|

**3** Complete lines 3a through 3c if the opinion of an independent qualified public accountant is attached to this Form 5500. Complete line 3d if an opinion is not attached.

**a** The attached opinion of an independent qualified public accountant for this plan is (see instructions):

  **(1)** ☐ Unqualified   **(2)** ☐ Qualified   **(3)** ☒ Disclaimer   **(4)** ☐ Adverse

**b** Did the accountant perform a limited scope audit pursuant to 29 CFR 2520.103-8 and/or 103-12(d)?  ☒ Yes  ☐ No

**c** Enter the name and EIN of the accountant (or accounting firm) below:

  **(1)** Name: DELOITTE & TOUCHE LLP    **(2)** EIN: 13-3891517

**d** The opinion of an independent qualified public accountant is **not  attached** because:

  **(1)** ☐ This form is filed for a CCT, PSA, or MTIA.   **(2)** ☐ It will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50.

| **Part IV** | **Compliance Questions** |
|---|---|

**4** CCTs and PSAs do not complete Part IV. MTIAs, 103-12 IEs, and GIAs do not complete lines 4a, 4e, 4f, 4g, 4h, 4k, 4m, 4n, or 5. 103-12 IEs also do not complete lines 4j and 4l. MTIAs also do not complete line 4l.

During the plan year:

| | | Yes | No | N/A | Amount |
|---|---|---|---|---|---|
| **a** | Was there a failure to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? Continue to answer "Yes" for any prior year failures until fully corrected. (See instructions and DOL's Voluntary Fiduciary Correction Program.) ... **4a** | X | | | 2160 |
| **b** | Were any loans by the plan or fixed income obligations due the plan in default as of the close of the plan year or classified during the year as uncollectible? Disregard participant loans secured by participant's account balance. (Attach Schedule G (Form 5500) Part I if "Yes" is checked.) ... **4b** | | X | | |

Schedule H  (Form 5500) 2015                                                                      Page **4-** | 1 |

| | | Yes | No | N/A | Amount |
|---|---|---|---|---|---|
| c | Were any leases to which the plan was a party in default or classified during the year as uncollectible? (Attach Schedule G (Form 5500) Part II if "Yes" is checked.) ............................ **4c** | | X | | |
| d | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 4a. Attach Schedule G (Form 5500) Part III if "Yes" is checked.)................................................................................................................... **4d** | | X | | |
| e | Was this plan covered by a fidelity bond? ............................................................................ **4e** | X | | | 10000000 |
| f | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? ......................................................................................... **4f** | | X | | |
| g | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser? .......................................... **4g** | | X | | |
| h | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser?............ **4h** | | X | | |
| i | Did the plan have assets held for investment? (Attach schedule(s) of assets if "Yes" is checked, and see instructions for format requirements.) ........................................................ **4i** | X | | | |
| j | Were any plan transactions or series of transactions in excess of 5% of the current value of plan assets? (Attach schedule of transactions if "Yes" is checked, and see instructions for format requirements.)...................................................................... **4j** | | X | | |
| k | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC?.................................................... **4k** | | X | | |
| l | Has the plan failed to provide any benefit when due under the plan? .................................... **4l** | | X | | |
| m | If this is an individual account plan, was there a blackout period? (See instructions and 29 CFR 2520.101-3.).................................................................................................. **4m** | | X | | |
| n | If 4m was answered "Yes," check the "Yes" box if you either provided the required notice or one of the exceptions to providing the notice applied under 29 CFR 2520.101-3. .................... **4n** | | X | | |
| o | Did the plan trust incur unrelated business taxable income? ……………………………………… **4o** | | | | |
| p | Were in-service distributions made during the plan year? ……………………………………… **4p** | | | | |

**5a** Has a resolution to terminate the plan been adopted during the plan year or any prior plan year?
If "Yes," enter the amount of any plan assets that reverted to the employer this year............................ ☐ Yes ☒ No   **Amount:**

**5b** If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

| **5b(1)** Name of plan(s) | **5b(2)** EIN(s) | **5b(3)** PN(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**5c** If the plan is a defined benefit plan, is it covered under the PBGC insurance program (see ERISA section 4021)? ..... ☐ Yes ☐ No ☐ Not determined

| Part V | Trust Information |
|---|---|

**6a** Name of trust | **6b** Trust's EIN

**6c** Name of trustee or custodian | **6d** Trustee's or custodian's telephone number

| **SCHEDULE R**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Retirement Plan Information**<br><br>This schedule is required to be filed under section 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2015**<br><br>**This Form is Open to Public Inspection.** |
| --- | --- | --- |

For calendar plan year 2015 or fiscal plan year beginning 01/01/2015 and ending 12/31/2015

| **A** Name of plan<br>BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN | **B** Three-digit<br>plan number<br>(PN)  ▶  002 |
| --- | --- |
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>BAPTIST HEALTH SOUTH FLORIDA, INC. | **D** Employer Identification Number (EIN)<br>65-0267668 |

---

| **Part I** | **Distributions** |
| --- | --- |

All references to distributions relate only to payments of benefits during the plan year.

**1** Total value of distributions paid in property other than in cash or the forms of property specified in the instructions.......................................................................................................................................

| 1 | 0 |
| --- | --- |

**2** Enter the EIN(s) of payor(s) who paid benefits on behalf of the plan to participants or beneficiaries during the year (if more than two, enter EINs of the two payors who paid the greatest dollar amounts of benefits):

EIN(s):   13-3689044 _____   _____

**Profit-sharing plans, ESOPs, and stock bonus plans, skip line 3.**

**3** Number of participants (living or deceased) whose benefits were distributed in a single sum, during the plan year.................................................................................................................................................

| 3 | 2033 |
| --- | --- |

| **Part II** | **Funding Information** (If the plan is not subject to the minimum funding requirements of section of 412 of the Internal Revenue Code or ERISA section 302, skip this Part) |
| --- | --- |

**4** Is the plan administrator making an election under Code section 412(d)(2) or ERISA section 302(d)(2)? ...........................  ☐ Yes  ☐ No  ☐ N/A

**If the plan is a defined benefit plan, go to line 8.**

**5** If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions and enter the date of the ruling letter granting the waiver.        Date:  Month _____  Day _____  Year _____

**If you completed line 5, complete lines 3, 9, and 10 of Schedule MB and do not complete the remainder of this schedule.**

**6 a** Enter the minimum required contribution for this plan year (include any prior year accumulated funding deficiency not waived).............................................................

| 6a | |
| --- | --- |

**b** Enter the amount contributed by the employer to the plan for this plan year ..............................................

| 6b | |
| --- | --- |

**c** Subtract the amount in line 6b from the amount in line 6a. Enter the result (enter a minus sign to the left of a negative amount)................................

| 6c | |
| --- | --- |

**If you completed line 6c, skip lines 8 and 9.**

**7** Will the minimum funding amount reported on line 6c be met by the funding deadline? .............................................  ☐ Yes  ☐ No  ☐ N/A

**8** If a change in actuarial cost method was made for this plan year pursuant to a revenue procedure or other authority providing automatic approval for the change or a class ruling letter, does the plan sponsor or plan administrator agree with the change?..........................................................................................................  ☐ Yes  ☐ No  ☐ N/A

| **Part III** | **Amendments** |
| --- | --- |

**9** If this is a defined benefit pension plan, were any amendments adopted during this plan year that increased or decreased the value of benefits? If yes, check the appropriate box. If no, check the "No" box.       ☐ Increase  ☐ Decrease  ☐ Both  ☐ No

| **Part IV** | **ESOPs** (see instructions). If this is not a plan described under Section 409(a) or 4975(e)(7) of the Internal Revenue Code, skip this Part. |
| --- | --- |

**10** Were unallocated employer securities or proceeds from the sale of unallocated securities used to repay any exempt loan? ................  ☐ Yes  ☐ No

**11 a** Does the ESOP hold any preferred stock? .........................................................................................................  ☐ Yes  ☐ No

**b** If the ESOP has an outstanding exempt loan with the employer as lender, is such loan part of a "back-to-back" loan? (See instructions for definition of "back-to-back" loan.)  ☐ Yes  ☐ No

**12** Does the ESOP hold any stock that is not readily tradable on an established securities market? ...............................  ☐ Yes  ☐ No

---

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.                    **Schedule R (Form 5500) 2015**<br>**v. 150123**

| Part V | Additional Information for Multiemployer Defined Benefit Pension Plans |
|---|---|

**13**   Enter the following information for each employer that contributed more than 5% of total contributions to the plan during the plan year (measured in dollars). See instructions. *Complete as many entries as needed to report all applicable employers.*

---

**a**   Name of contributing employer

**b**   EIN                                                 **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____   Day _____   Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
   (1)   Contribution rate (in dollars and cents) _____
   (2)   Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify):

---

**a**   Name of contributing employer

**b**   EIN                                                 **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____   Day _____   Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
   (1)   Contribution rate (in dollars and cents) _____
   (2)   Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

---

**a**   Name of contributing employer

**b**   EIN                                                 **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____   Day _____   Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
   (1)   Contribution rate (in dollars and cents) _____
   (2)   Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

---

**a**   Name of contributing employer

**b**   EIN                                                 **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____   Day _____   Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
   (1)   Contribution rate (in dollars and cents) _____
   (2)   Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

---

**a**   Name of contributing employer

**b**   EIN                                                 **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____   Day _____   Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
   (1)   Contribution rate (in dollars and cents) _____
   (2)   Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

---

**a**   Name of contributing employer

**b**   EIN                                                 **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____   Day _____   Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
   (1)   Contribution rate (in dollars and cents) _____
   (2)   Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

Schedule R (Form 5500) 2015          Page **3**

| **14** | Enter the number of participants on whose behalf no contributions were made by an employer as an employer of the participant for: | | |
|---|---|---|---|
| **a** | The current year ...................................................................................................................... | **14a** | |
| **b** | The plan year immediately preceding the current plan year ...................................................... | **14b** | |
| **c** | The second preceding plan year ................................................................................................ | **14c** | |

| **15** | Enter the ratio of the number of participants under the plan on whose behalf no employer had an obligation to make an employer contribution during the current plan year to: | | |
|---|---|---|---|
| **a** | The corresponding number for the plan year immediately preceding the current plan year .............................. | **15a** | |
| **b** | The corresponding number for the second preceding plan year .................................................. | **15b** | |

| **16** | Information with respect to any employers who withdrew from the plan during the preceding plan year: | | |
|---|---|---|---|
| **a** | Enter the number of employers who withdrew during the preceding plan year  .................................. | **16a** | |
| **b** | If line 16a is greater than 0, enter the aggregate amount of withdrawal liability assessed or estimated to be assessed against such withdrawn employers | **16b** | |

**17** If assets and liabilities from another plan have been transferred to or merged with this plan during the plan year, check box and see instructions regarding supplemental information to be included as an attachment. ................................................................................................................................. ☐

| **Part VI** | **Additional Information for Single-Employer and Multiemployer Defined Benefit Pension Plans** |
|---|---|

**18** If any liabilities to participants or their beneficiaries under the plan as of the end of the plan year consist (in whole or in part) of liabilities to such participants and beneficiaries under two or more pension plans as of immediately before such plan year, check box and see instructions regarding supplemental information to be included as an attachment ................................................................................................................................. ☐

**19** If the total number of participants is 1,000 or more, complete lines (a) through (c)
   **a** Enter the percentage of plan assets held as:
      Stock: _____%   Investment-Grade Debt: _____%   High-Yield Debt: _____%   Real Estate: _____%   Other: _____%
   **b** Provide the average duration of the combined investment-grade and high-yield debt:
      ☐ 0-3 years   ☐ 3-6 years   ☐ 6-9 years   ☐ 9-12 years   ☐ 12-15 years   ☐ 15-18 years   ☐ 18-21 years   ☐ 21 years or more
   **c** What duration measure was used to calculate line 19(b)?
      ☐ Effective duration   ☐ Macaulay duration   ☐ Modified duration   ☐ Other (specify):

| **Part VII** | **IRS Compliance Questions** |
|---|---|

| **20a** | Is the plan a 401(k) plan?............................................................................................ | ☐ Yes | ☐ No |
|---|---|---|---|
| **20b** | If "Yes," how does the 401(k) plan satisfy the nondiscrimination requirements for employee deferrals and employer matching contributions (as applicable) under sections 401(k)(3) and 401(m)(2)?.................................. | ☐ Design-based safe harbor method | ☐ ADP/ACP test |
| **20c** | If the ADP/ACP test is used, did the 401(k) plan perform ADP/ACP testing for the plan year using the "current year testing method" for nonhighly compensated employees (Treas. Reg sections 1.401(k)-2(a)(2)(ii) and 1.401(m)-2(a)(2)(ii))? | ☐ Yes | ☐ No |
| **21a** | Check the box to indicate the method used by the plan to satisfy the coverage requirements under section 410(b): | ☐ Ratio percentage test | ☐ Average benefit test |
| **21b** | Does the plan satisfy the coverage and nondiscrimination tests of sections 410(b) and 401(a)(4) by combining this plan with any other plans under the permissive aggregation rules? ................................................ | ☐ Yes | ☐ No |
| **22a** | Has the plan been timely amended for all required tax law changes?............................................ | ☐ Yes | ☐ No   ☐ N/A |
| **22b** | Date the last plan amendment/restatement for the required tax law changes was adopted ____/____/____. Enter the applicable code _____ (See instructions for tax law changes and codes). | | |
| **22c** | If the plan sponsor is an adopter of a pre-approved master and prototype (M&P) or volume submitter plan that is subject to a favorable IRS opinion or advisory letter, enter the date of that favorable letter ____/____/____ and the letter's serial number _____. | | |
| **22d** | If the plan is an individually-designed plan and received a favorable determination letter from the IRS, enter the date of the plan's last favorable determination letter ____/____/____. | | |
| **23** | Is the Plan maintained in a U.S. territory (i.e., Puerto Rico (if no election under ERISA section 1022(i)(2) has been made), American Samoa, Guam, the Commonwealth of the Northern Mariana Islands or the U.S. Virgin Islands)? ................................................................................................................................. | ☐ Yes | ☐ No |

# Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan

Employer Identification Number: 65-0267668
Plan No: 002

Financial Statements as of December 31, 2015 and 2014,
and for the Year Ended December 31, 2015,
Supplemental Schedules as of and for the Year Ended
December 31, 2015,
and Independent Auditors' Report

# BAPTIST HEALTH SOUTH FLORIDA, INC.
# 403(b) EMPLOYEE RETIREMENT PLAN

**TABLE OF CONTENTS**

|  | Page |
|---|---|
| INDEPENDENT AUDITORS' REPORT | 1–2 |
| FINANCIAL STATEMENTS: |  |
| Statements of Net Assets Available for Benefits as of December 31, 2015 and 2014 | 3 |
| Statement of Changes in Net Assets Available for Benefits for the Year Ended December 31, 2015 | 4 |
| Notes to Financial Statements as of December 31, 2015 and 2014, and for the Year Ended December 31, 2015 | 5–13 |
| SUPPLEMENTAL SCHEDULES: | 14 |
| Form 5500, Schedule H, Part IV, Line 4i—Schedule of Assets (Held at End of Year) as of December 31, 2015 | 15 |
| Form 5500, Schedule H, Part IV, Question 4a—Schedule of Delinquent Participant Contributions for the Year Ended December 31, 2015 | 16 |

NOTE: All other schedules required by Section 2520.103-10 of the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974 have been omitted because they are not applicable.



**Deloitte & Touche LLP**
Certified Public Accountants
Tampa City Center
201 North Franklin Street
Suite 3600
Tampa, FL 33602
USA

Tel:+1 813 273 8300
Fax:+1 813 229 7698
www.deloitte.com

## INDEPENDENT AUDITORS' REPORT

To the Board of Trustees of and Participants in
the Baptist Health South Florida, Inc.
403(b) Employee Retirement Plan:

### Report on the Financial Statements

We were engaged to audit the accompanying financial statements of Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan (the "Plan"), which comprise the statements of net assets available for benefits as of December 31, 2015 and 2014, and the related statement of changes in net assets available for benefits for the year ended December 31, 2015, and the related notes to the financial statements.

### Management's Responsibility for the Financial Statements

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

### Auditors' Responsibility

Our responsibility is to express an opinion on these financial statements based on conducting the audit in accordance with auditing standards generally accepted in the United States of America. Because of the matter described in the Basis for Disclaimer of Opinion paragraph, however, we were not able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion.

### Basis for Disclaimer of Opinion

As permitted by 29 CFR 2520.103-8 of the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974, the Plan administrator instructed us not to perform, and we did not perform, any auditing procedures with respect to the information summarized in Note 9, which was certified by State Street Bank and Trust Company, the custodian of the Plan, except for comparing such information with the related information included in the financial statements. We have been informed by the Plan administrator that the custodian holds the Plan's investment assets and executes investment transactions. The Plan administrator has obtained certifications from the custodian as of December 31, 2015 and 2014, and for the year ended December 31, 2015, that the information provided to the Plan administrator by the custodian is complete and accurate.

**Disclaimer of Opinion**

Because of the significance of the matter described in the Basis for Disclaimer of Opinion paragraph, we have not been able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion. Accordingly, we do not express an opinion on these financial statements.

**Other Matter**

The supplemental Schedule of Assets (Held at End of Year) as of December 31, 2015 and the Schedule of Delinquent Participant Contributions for the Year Ended December 31, 2015, are required by the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974 and are presented for the purpose of additional analysis and are not a required part of the financial statements. Because of the significance of the matter described in the Basis for Disclaimer of Opinion paragraph, we do not express an opinion on these supplemental schedules.

**Report on Form and Content in Compliance with Department of Labor Rules and Regulations**

The form and content of the information included in the financial statements and supplemental schedules, other than that derived from the information certified by the custodian, have been audited by us in accordance with auditing standards generally accepted in the United States of America and, in our opinion, are presented in compliance with the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974.

**Emphasis of Matter**

As discussed in Note 2 to the financial statements, in 2015 the Plan retrospectively adopted Financial Accounting Standards Board Accounting Standards Update ("ASU") No. 2015-07, *Disclosures for Investments in Certain Entities That Calculate Net Asset Value per Share (or Its Equivalent), and* ASU 2015-12, *Plan Accounting: Defined Benefit Pension Plans (Topic 960), Defined Contribution Pension Plans (Topic 962), Health and Welfare Benefit Plans (Topic 965).* Our opinion is not modified with respect to this matter.

*Deloitte & Touche LLP*

October 13, 2016

**BAPTIST HEALTH SOUTH FLORIDA, INC.**
**403(b) EMPLOYEE RETIREMENT PLAN**

**STATEMENTS OF NET ASSETS AVAILABLE FOR BENEFITS**
**AS OF DECEMBER 31, 2015 AND 2014**

|  | 2015 | 2014 |
|---|---|---|
| CASH | $ 238,045 | $ 181,998 |
| ASSETS HELD FOR INVESTMENT: |  |  |
| Guaranteed pooled fund—at contract value (Note 4) | 227,123,269 | 222,051,696 |
| Insurance company general account—at fair value | 683,809 | 448,112 |
| Mutual funds—at fair value | 697,479,272 | 651,940,392 |
| Total assets held for investment | 925,286,350 | 874,440,200 |
| RECEIVABLES: |  |  |
| Participant contributions | 2,122,562 | 2,181,157 |
| Employer contributions | 42,747,585 | 38,857,816 |
| Notes receivable from participants | 64,754,746 | 58,900,323 |
| Total receivables | 109,624,893 | 99,939,296 |
| NET ASSETS AVAILABLE FOR BENEFITS | $1,035,149,288 | $974,561,494 |

See notes to financial statements.

# BAPTIST HEALTH SOUTH FLORIDA, INC.
# 403(b) EMPLOYEE RETIREMENT PLAN

**STATEMENT OF CHANGES IN NET ASSETS AVAILABLE FOR BENEFITS**
**FOR THE YEAR ENDED DECEMBER 31, 2015**

| | |
|---|---:|
| ADDITIONS: | |
| Investment income: | |
| Net depreciation in fair value of investments | $ (12,443,840) |
| Interest income | 2,758,985 |
| Dividend income | 10,449,340 |
| Total investment income | 764,485 |
| Interest income on notes receivable from participants | 1,940,740 |
| Contributions: | |
| Participants | 62,066,091 |
| Employer's basic | 26,567,740 |
| Employer's match | 16,145,668 |
| Rollovers | 15,579,511 |
| Total contributions | 120,359,010 |
| Total additions | 123,064,235 |
| DEDUCTIONS: | |
| Benefits paid to participants | 61,339,155 |
| Administrative expenses | 1,216,049 |
| Total deductions | 62,555,204 |
| NET INCREASE IN NET ASSETS BEFORE PLAN TRANSFERS | 60,509,031 |
| TRANSFERS TO THIS PLAN | 78,763 |
| NET INCREASE IN NET ASSETS | 60,587,794 |
| NET ASSETS AVAILABLE FOR BENEFITS: | |
| Beginning of year | 974,561,494 |
| End of year | $ 1,035,149,288 |

See notes to financial statements.

**BAPTIST HEALTH SOUTH FLORIDA, INC.**
**403(b) EMPLOYEE RETIREMENT PLAN**

**NOTES TO FINANCIAL STATEMENTS**
**AS OF DECEMBER 31, 2015 AND 2014, AND FOR THE YEAR ENDED DECEMBER 31, 2015**

---

## 1.   DESCRIPTION OF THE PLAN

The following description of the Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan (the "Plan") is provided for general information purposes only. Participants should refer to the plan document for the Plan's information.

**General**—The Plan is a defined contribution plan covering employees of tax-exempt affiliates of Baptist Health South Florida, Inc. (the "Employer" or the "Plan Sponsor"). The purpose of the Plan is to permit contributions to be used to purchase an unallocated annuity contract and invest in mutual funds for the benefit of the participants, as provided for in Section 403(b) of the Internal Revenue Code (the "Code") of 1986, as amended. The Plan is subject to the provisions of the Employee Retirement Income Security Act of 1974 ("ERISA"). In November 2007, the Department of Labor issued amended regulations eliminating an exemption granted to 403(b) plans from the annual Form 5500 reporting, disclosure, and audit requirements under Part 1 of Subtitle B of Title I of the ERISA.

**Plan Administration**—Transamerica Retirement Solutions formerly known as Diversified Investment Advisors ("Transamerica" or the "Recordkeeper") is the recordkeeper for the Plan's assets and State Street Bank and Trust Company is the Plan's custodian (the "Custodian") for the Plan's assets.

**Contributions**—Each year, participants may contribute pre-tax annual compensation, as defined by the Plan, subject to certain Code limitations. Employees may make pre-tax contributions in the Plan as of the date employment begins with the Employer. Employees may also elect to make Roth after-tax deferrals. In addition to a participant's voluntary contribution, the Employer, at its discretion, may make both a basic and a matching contribution to the Employer contribution account of each participant as defined by the Plan. An employee becomes eligible to participate in the allocation of Employer Contributions after the employee completes ninety (90) days of continuous employment. Participants must work at least 1,000 hours during the payroll calendar year and be employed on the last day of the Plan year to receive Employer contributions. During 2015, the Employer provided a basic contribution of 3% of annual eligible compensation and matched 50% of up to the first 4% of annual eligible compensation that a participant contributed to the Plan.

Effective January 1, 2015, the Plan was amended and restated as follows:

*In-Plan Roth Rollover.* The Plan shall permit in-plan Roth rollovers at any time rather than only when the amount to be rolled over is eligible for a distribution under the Plan.

*Automatic Deferral Percentage.* For employees hired or rehired on or after January 1, 2015, the automatic deferral contribution percentage will be 6% of compensation on a pre-tax basis. Prior to the amendment, the Plan's automatic deferral contribution percentage was 4%.

*Automatic Enrollment following Transfer of Employment.* Any employee who previously worked for an affiliate of the Employer that is not tax-exempt and participated in the Baptist Health Enterprises, Inc. 401(k) Employee Retirement Plan and who transfers employment to a tax-exempt affiliate of the Employer and becomes eligible to participate in the Plan will be automatically enrolled for a 6%

automatic deferral on or after January 1, 2015 under the eligible plan after thirty (30) days from the date of transfer. For purposes of the investment of any automatic deferral contributions, the deferrals will be invested in the elected investment options under the eligible plan. If none has been selected, then the automatic deferral contributions will be allocated to the default investment option under the Plan.

**Participant Accounts**—Individual accounts are maintained for each Plan participant. Each participant's account is credited with the participant's contribution and allocations of the Employer's contribution and Plan earnings, and charged with withdrawals and an allocation of Plan losses. Allocations are based on participant earnings or account balances, as defined in the Plan agreement. The benefit to which a participant is entitled is the benefit that can be provided from the participant's vested account.

**Investments**—Participants direct the investment of their contributions into various investment options offered by the Plan. The Plan currently offers 23 mutual funds, a Guaranteed Pooled Fund ("GPF") issued by Transamerica Financial Life Insurance Company ("TFLIC"), and a Charles Schwab & Co., Inc. ("CS&Co") personal choice account. The CS&Co personal choice account allows participants to direct the investment of their contributions into publicly traded mutual funds. Forfeited funds are held in an unallocated account that is invested in the TFLIC general account. A participant may change his or her investment options at any time during the year directly through the Recordkeeper.

**Vesting**—Participants are immediately vested in their contributions, plus actual earnings thereon. Vesting in the Employer's basic and matching contributions, plus actual earnings thereon, is based on three years of service, at which time the participant becomes 100% vested.

**Notes Receivable from Participants**—Participants may borrow from their fund accounts a minimum of $1,000 up to a maximum equal to the lesser of $50,000 or 50% of their account balance, net of any outstanding loans. Loan terms range from one to five years or up to 10 years for the purchase of a primary residence. The loans are secured by the balance in the participant's account and bear interest at the prime rate as published in the Wall Street Journal on the day the participant applies for the loan. Generally, principal and interest are paid ratably through payroll deductions. As of December 31, 2015, participant loans have maturities through 2028 at interest rates ranging from 3.25% to 10.25%.

**Payment of Benefits**—Upon a participant's retirement, death, or disability, or as required by law, the participant's vested interest in his or her account can be distributed in either a lump-sum amount equal to the value of the participant's vested interest in his or her account or annual installments over the life expectancy of the participant.

**Forfeited Accounts**—At December 31, 2015 and 2014, forfeited nonvested accounts totaled $683,385 and $447,692, respectively. These accounts will be used to reduce future Employer contributions. During the year ended December 31, 2015, Employer contributions were reduced by $700,000 from forfeited nonvested accounts.

## 2.   SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

**Basis of Accounting**—The accompanying financial statements have been prepared in accordance with accounting principles generally accepted in the United States of America ("GAAP").

**Use of Estimates**—The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the reported amounts of assets, liabilities, and changes therein and disclosure of contingent assets and liabilities. Actual results could differ from those estimates.

**Risks and Uncertainties**—The Plan utilizes various investment instruments, including mutual funds and investment contracts. Investment securities, in general, are exposed to various risks, such as interest rate risk, credit risk, and overall market volatility. Due to the level of risk associated with certain investment securities, it is reasonably possible that changes in the values of investment securities will occur in the near term and that such changes could materially affect the amounts reported in the financial statements.

**Investments Valuation and Income Recognition**—The Plan's investments are stated at fair value, except for fully benefit-responsive contracts or synthetic Guaranteed Investment Contracts, which are reported at contract value. Fair value of a financial instrument is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. Contract value is the amount Plan participants would receive if they were to initiate permitted transactions under the terms of the Plan. See Note 3 for discussion on fair value measurements. Shares of mutual funds, including those held in CS&Co personal choice accounts, and insurance company general account are valued at the net asset value of shares held by the Plan at year end.

Purchases and sales of securities are recorded on a trade-date basis. Interest income is recorded on the accrual basis. Dividends are recorded on the ex-dividend date. Net appreciation (depreciation) includes the Plan's gains and losses on investments bought and sold, as well as held, during the year.

Management fees and operating expenses charged to the Plan for investments in the mutual funds are deducted from income earned on a daily basis and are not separately reflected. Consequently, management fees and operating expenses are reflected as a reduction of investment return for such investments.

**Notes Receivable from Participants**—Notes receivable from participants are measured at their unpaid principal balance, plus any accrued but unpaid interest. Delinquent participant loans are recorded as distributions based on the terms of the Plan document.

**Administrative Expenses**—Substantially all costs associated with the general administration of the Plan are paid by the Plan. Other administrative expenses shown in the financial statements represent transaction fees, such as loan processing fees and service fees, which are paid by the participant.

**Benefit Payments**—Benefit payments to participants are recorded upon distribution. There were no amounts allocated to accounts of persons who have elected to withdraw from the Plan, but have not yet been paid, at December 31, 2015 and 2014.

**Subsequent Events**—Subsequent events were evaluated through October 13, 2016, the date the financial statements were available to be issued.

The Employer intends to amend the Plan to waive the requirement to work at least 1,000 hours during the payroll calendar year and to be employed on the last day of the plan year for Participants who opt into a Voluntary Separation Opportunity, offered to employees in 2016. Participants in this Voluntary Separation Opportunity, who terminate employment on or before December 31, 2016, will be eligible to participate in the allocation of basic and matching Employer Contributions for the 2016 plan year. These contributions would be for eligible compensation in 2016, paid through the participant's last day of employment.

**New Accounting Standards**—On May 1, 2015, the Financial Accounting Standards Board (FASB) issued Accounting Standards Update (ASU) No. 2015-07, *Disclosures for Investments in Certain*

*Entities That Calculate Net Asset Value per Share (or Its Equivalent)* ("ASU 2015-07") which removes the requirement to present certain investments for which the practical expedient is used to measure fair value at net asset value within the fair value hierarchy table. Instead, a Plan would be required to include those investments as a reconciling item so that the total fair value amount of investments in the disclosure is consistent with the fair value investment balance on the statement of net assets available for benefits. ASU 2015-07 is effective for fiscal years beginning after December 15, 2016, with early adoption permitted. The Plan elected to early adopt ASU 2015-07 as of December 31, 2015, as permitted, and has applied ASU 2015-07 retrospectively, as required. The Plan presents the investment disclosure required by this new guidance in Note 3, Fair Value Measurements. There are no effects on the statements of net assets available for plan benefits or the changes therein.

In July 2015, FASB issued ASU 2015-12, *Plan Accounting: Defined Benefit Pension Plans (Topic 960), Defined Contribution Pension Plans (Topic 962), Health and Welfare Benefit Plans (Topic 965): (Part I) Fully Benefit-Responsive Investment Contracts, (Part II) Plan Investment Disclosures, (Part III) Measurement Date Practical Expedient.* Part I eliminates the requirement to measure the fair value of fully benefit-responsive investment contracts and provide certain disclosures. Contract value is the only required measure for fully benefit-responsive investment contracts. Part II eliminates the requirements to disclose individual investments that represent 5% or more of net assets available for benefits and the net appreciation or depreciation in fair value of investments by general type. Part II also simplifies the level of disaggregation of investments that are measured using fair value. Plans will continue to disaggregate investments that are measured using fair value by general type; however, plans are no longer required to also disaggregate investments by nature, characteristics and risks. Further, the disclosure of information about fair value measurements shall be provided by general type of plan asset. Part III is not applicable to the Plan. ASU 2015-12 is effective for fiscal years beginning after December 15, 2015, with early adoption permitted. Parts I and II are to be applied retrospectively. The Plan has early-adopted ASU 2015-12 as of December 31, 2015 and has applied the provisions of ASU 2015-12 retrospectively, as required. Parts I and II are reflected in the statements of assets available for benefits and in the notes to the financial statements. The adoption resulted in the reclassification of the adjustment from fair value to contract value for fully benefit-responsive investment contracts totaling $3,851,045 as of December 31, 2014 in the statements of net assets available for benefits. Certain historical disclosures that are no longer required were removed.

**3.   FAIR VALUE MEASUREMENTS**

ASC 820, *Fair Value Measurements and Disclosures*, provides a framework for measuring fair value. That framework provides a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value, as follows: Level 1, which refers to securities valued using unadjusted quoted prices from active markets for identical assets; Level 2, which refers to securities not traded on an active market but for which observable market inputs are readily available; and Level 3, which refers to securities valued based on significant unobservable inputs. Assets are classified in their entirety based on the lowest level of input that is significant to the fair value measurement. The Plan's policy is to recognize significant transfers between levels at the end of the reporting period.

**Asset Valuation Techniques**—The following is a description of the valuation methodologies used for assets measured at fair value. There have been no changes in the methodologies used at December 31, 2015 and 2014.

*Mutual Funds, including CS&Co Personal Choice Accounts*—Valued at the daily closing price as reported by the fund. Mutual funds held by the Plan are open-ended mutual funds that are registered with the Securities and Exchange Commission. These funds are required to publish their daily net asset value and to transact at that price. The mutual funds held by the Plan are deemed to be actively traded.

*Insurance Company General Account*—Cash or short-term money market commingled funds, valued at cost plus accrued interest.

The following tables set forth by level within the fair value hierarchy a summary of the Plan's investments measured at fair value on a recurring basis at December 31, 2015 and 2014.

|  | **Fair Value Measurements at December 31, 2015, using** | | |
|---|---|---|---|
|  | **Quoted Prices in Active Markets for Identical Assets (Level 1)** | **Significant Other Observable Inputs (Level 2)** | **Total** |
| Mutual funds | $685,612,951 |  | $685,612,951 |
| CS&Co Personal Choice Accounts | 11,866,321 |  | 11,866,321 |
| Insurance company general account |  | $    683,809 | 683,809 |
| Total | $697,479,272 | $    683,809 | $698,163,081 |

|  | **Fair Value Measurements at December 31, 2014, using** | | |
|---|---|---|---|
|  | **Quoted Prices in Active Markets for Identical Assets (Level 1)** | **Significant Other Observable Inputs (Level 2)** | **Total** |
| Mutual funds | $643,368,708 |  | $643,368,708 |
| CS&Co Personal Choice Accounts | 8,571,684 |  | 8,571,684 |
| Insurance company general account |  | $    448,112 | 448,112 |
| Total | $651,940,392 | $    448,112 | $652,388,504 |

**Transfers between Levels**—The availability of observable market data is monitored to assess the appropriate classification of financial instruments within the fair value hierarchy. Changes in economic conditions or model-based valuation techniques may require the transfer of financial instruments from one fair value level to another. In such instances, the transfer is reported at the beginning of the reporting period. For the year ended December 31, 2015, there were no transfers between levels.

4.   **INVESTMENT CONTRACT WITH INSURANCE COMPANY**

The GPF is a guaranteed pooled separate account provided under a group annuity contract (the "Contract") issued by TFLIC. Transamerica is the service agent for this Contract. The portfolio of the GPF is maintained separately from TFLIC's general assets. The Plan does not own any underlying securities of this GPF. The Plan has guaranteed benefits under the terms of the Contract. The Contract

does not contain any type of market value formula or provision, and the Contract does not have maturity dates. Participant distributions are paid at contract value; however, distributions due to certain Employer initiated events, including, but not limited to, a merger, layoffs, bankruptcy, full or partial Plan termination, and early retirement incentive programs that exceed a certain percentage may be subject to a 5% withdrawal charge. A 5% withdrawal charge applies to the portion of the aggregate amount of withdrawals made due to Employer initiated events that: (a) during any 12 month period exceeds 20% of the Plan's balance in the GPF as of the first day of this period or (b) since the Contract date exceeds 40% of the Plan's balance in the GPF. It is not probable those events that would limit the Plan's ability to transact at contract value with participants will occur.

Upon termination of the Contract, the contract value is payable, as directed by the Employer, on the date of transfer. The date of transfer is typically 12 months following Transamerica's receipt of the Employer's notice of termination, but may be as long as 24 months from that date. During this 12- or 24-month period, benefit distributions and participant-directed transfers from the GPF are permitted under the terms of the Contract.

The Contract contains a minimum guaranteed interest rate of 1%. At the beginning of each calendar year, TFLIC determines the declared interest rate, which will be credited to all monies invested in the GPF during such calendar year. The Plan assets under the contract will be credited with the greater of the declared interest rate and the applicable minimum guaranteed interest rate. For the year ended December 31, 2015, the declared interest rate on the GPF was 1%. The primary variables affecting the future crediting rates of the GPF include the current yield of the underlying assets, duration of the underlying assets, and existing differences between the fair value and contract value of the assets.

The crediting rate will track current market yields on a trailing basis. The rate reset allows the contract value to converge with the fair value of the underlying portfolio over time, assuming the portfolio continues to earn the current yield for the period of time equal to the current portfolio duration. To the extent that the underlying portfolio has unrealized and/or realized losses, the future crediting rate may be lower over time than the then-current market rates. Similarly, if the underlying portfolio generates unrealized and/or realized gains, the future crediting rate may be higher than the then-current market rate.

The yield earned by the GPF at December 31, 2015 and 2014, was 2.18% and 1.79%, respectively. This represents the annualized earnings of all investments in the GPF, including earnings recorded for the underlying securities, divided by the fair value of all investments in the GPF at December 31, 2015 and 2014. The yield earned by the GPF with an adjustment to reflect the actual interest rate credited to participants in the GPF at December 31, 2015 and 2014, was 0.99% and 0.98%, respectively.

TFLIC receives a fee based on the balance of the assets of the separate account. Participants cannot transfer their GPF balances to competing fixed income funds. Balances transferred from the GPF to noncompeting funds cannot be transferred to competing fixed income funds for 90 days, but may be transferred back to the GPF at any time. Participants can withdraw their GPF balances at contract value without restriction. The GPF is included in the financial statements at fair value and then adjusted to contract value. Contract value represents contributions made under the Contract, plus earnings, less participant withdrawals and administrative expenses. As of December 31, 2015 and 2014 contract value of the GPF was $227,123,269 and $222,051,696, respectively.

5.    **EXEMPT PARTY-IN-INTEREST TRANSACTIONS**

The Plan held an investment in the GPF and in the insurance company general account issued by TFLIC during the year ended December 31, 2015. Since TFLIC and Transamerica are related organizations, the

- 10 -

transactions associated with the investments in the GPF and insurance company general account qualify as exempt party-in-interest transactions.

**6.   PLAN TERMINATION**

Although it has not expressed any intent to do so, the Employer has the right under the Plan to discontinue its contributions at any time and to terminate the Plan subject to the provisions of ERISA. In the event of Plan termination, participants will become 100% vested in their accounts.

**7.   FEDERAL INCOME TAX STATUS**

The Plan has been designed to qualify under Section 403(b) of the Code. The terms of the Plan have been prepared to conform to Internal Revenue Service ("IRS") rules and regulations. The Plan Sponsor intends to apply for a determination letter on the Plan once the IRS opens such a program. The Plan is required to operate in conformity with the Code to maintain the tax-exempt status for plan participants under Section 403(b). The Plan Sponsor and Plan management believe that the Plan is currently designed in accordance with the applicable requirements of Section 403(b) of the Code and, therefore, believes the Plan is qualified and the related custodial accounts are tax-exempt.

During the year ended December 31, 2015, the Plan had an operational issue occur, in connection with the execution of employees' election to defer specific amounts to the Plan. In order to prevent the Plan from incurring a qualification defect, the Plan Sponsor plans to take the necessary corrective action in accordance with the acceptable correction methods of the Employee Plans Compliance Resolution System. The Plan Sponsor is in the process of taking necessary corrective steps. The Plan Sponsor believes the Plan has maintained its tax-exempt status. Accordingly, no provision for income taxes has been included in these financial statements, and participants are not subject to federal income taxes on employee pre-tax contributions or Plan earnings until withdrawn under the terms of the Plan.

GAAP requires Plan management to evaluate tax positions taken by the Plan and recognize a tax liability (or asset) if the Plan has taken an uncertain position that more likely than not would not be sustained upon examination by the IRS. The Plan administrator has analyzed the tax positions taken by the Plan and has concluded that as of December 31, 2015, there are no uncertain positions taken or expected to be taken that would require recognition of a liability (or asset) or disclosure in the financial statements.

**8.   VOLUNTARY COMPLIANCE RESOLUTION**

During the year ended December 31, 2015, the Plan sponsor failed to remit certain employee deferrals to the Plan aggregating $2,160. These deferrals are included in the Plan's receivables at December 31, 2015. The Plan sponsor computed the lost earnings on these deposits and subsequently remitted the deposits and made a contribution for lost earnings to the Plan. The Plan administrator filed an application for a compliance statement from the Department of Labor under the voluntary compliance resolution program. The Plan administrator received communication in 2016 from the Department of Labor Employee Benefits Security Administration ("EBSA") that EBSA will take no civil enforcement action and will not impose penalties on the amount paid with respect to missed remittances.

**9.   INFORMATION CERTIFIED BY THE CUSTODIAN**

The following is a summary of the unaudited information regarding the Plan as of December 31, 2015 and 2014, and for the year ended December 31, 2015, included in the Plan's financial statements and supplemental schedule that was prepared by or derived from information prepared by the Custodian and

furnished to the Plan administrator. The Plan administrator has obtained certifications from the Custodian that such information is complete and accurate.

|  | 2015 | 2014 |
|---|---|---|
| Statements of net assets available for benefits: | | |
| Investments at fair value: | | |
| Mutual funds | $697,479,272 | $651,940,392 |
| Insurance company general account | 683,809 | 448,112 |
| GPF—at contract value | 227,123,269 | 222,051,696 |
| Cash | 238,045 | 181,998 |
| Notes receivable from participants | 64,754,746 | 58,900,323 |
| Total | $990,279,141 | $933,522,521 |
| Statement of changes in net assets available for benefits: | | |
| Net depreciation in fair value of investments | $ (12,443,841) | |
| Interest income | $   2,758,985 | |
| Dividend income | $  10,449,340 | |
| Interest income on notes receivable from participants | $   1,940,740 | |

Supplemental schedules: All investment balances and information included in the supplemental schedule of assets (held at end of year) is certified.

Notes 3 and 4: All investment balances and information is certified, except for the ASC 820 leveling information in Note 3.

10. **RECONCILIATION OF FINANCIAL STATEMENTS TO FORM 5500**

The following is a reconciliation of net assets available for benefits per the financial statements to the Form 5500 as of December 31, 2015 and 2014:

|  | 2015 | 2014 |
|---|---|---|
| Net assets available for benefits per the financial statements | $ 1,035,149,288 | $974,561,494 |
| Deemed loan distributions | (1,248,469) | (971,640) |
| Participant contributions receivable | (2,122,562) | (2,181,157) |
| Employer contributions receivable | (42,747,585) | (38,857,816) |
| Net assets available for benefits per Form 5500 | $   989,030,672 | $932,550,881 |

For the year ended December 31, 2015, the following is a reconciliation of contributions per the financial statements to the Form 5500:

| | |
|---|---:|
| Total participant contributions per the financial statements | $ 62,066,091 |
| Add participant contributions receivable—December 31, 2014 | 2,181,157 |
| Deduct participant contributions receivable—December 31, 2015 | (2,122,562) |
| | |
| Total participant contributions per the Form 5500 | $ 62,124,686 |
| | |
| Employer's basic contribution per the financial statements | $ 26,567,740 |
| Employer's match contribution per the financial statements | 16,145,668 |
| Add employer contributions receivable—December 31, 2014 | 38,857,816 |
| Deduct employer contributions receivable—December 31, 2015 | (42,747,585) |
| | |
| Total employer contributions per the Form 5500 | $ 38,823,639 |

For the year ended December 31, 2015, the following is a reconciliation of benefits paid to participants per the financial statements to the Form 5500:

| | |
|---|---:|
| Total benefits paid to participants per the financial statements | $61,339,155 |
| Change in deemed loan distributions | 276,829 |
| | |
| Total benefits paid and deemed loan distributions per the Form 5500 | $61,615,984 |

* * * * * *

**SUPPLEMENTAL SCHEDULES**

**BAPTIST HEALTH SOUTH FLORIDA, INC.**
**403(b) EMPLOYEE RETIREMENT PLAN**
**Employer ID No: 65-0267668**
**Plan No: 002**

**FORM 5500, SCHEDULE H, PART IV, LINE 4i—SCHEDULE OF ASSETS (HELD AT END OF YEAR)**
**AS OF DECEMBER 31, 2015**

| (a) | (b) Identity of Issue, Borrower, Lessor, or Similar Party | (c) Description of Investment Including Maturity Date, Rate of Interest, Collateral, Par, or Maturity Value | (d) Cost | (e) Current Value |
|---|---|---|---|---|
| * | State Street Bank Life Ins. Co | Cash reserve account | ** | $      238,045 |
| * | Transamerica Financial Life Ins Co. | Guaranteed pooled fund | ** | 227,123,269 |
| * | Transamerica Financial Life Ins Co. | Insurance company general account | ** | 683,809 |
| | Neuberger Berman | Mutual fund—Neuberger Berman Socially Responsive Fund | ** | 30,770,830 |
| | JPMorgan | Mutual fund—JP Morgan Small Cap Value Select | ** | 33,461,547 |
| | Legg Mason | Mutual fund—Legg Mason BW Global Opps Bond I | ** | 2,730,950 |
| | Legg Mason | Mutual fund—ClearBridge Small Cap Growth IS | ** | 20,402,613 |
| | LSV | Mutual fund—LSV Value Equity | ** | 68,085,887 |
| | Oppenheimer | Mutual fund—Oppenheimer International Growth I | ** | 38,680,937 |
| | PIMCO | Mutual fund—PIMCO Total Return Admin | ** | 91,648,776 |
| | PIMCO | Mutual fund—PIMCO Low Duration Bond | ** | 6,366,544 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2005 | ** | 3,286,523 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2010 | ** | 20,354,507 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2015 | ** | 13,445,071 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2020 | ** | 23,279,878 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2025 | ** | 22,909,592 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2030 | ** | 27,973,406 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2035 | ** | 29,494,770 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2040 | ** | 35,112,721 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2045 | ** | 32,258,180 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2050 | ** | 29,135,815 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2055 | ** | 9,972,208 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement Balanced | ** | 6,493,447 |
| | Vanguard | Mutual fund—Vanguard Institutional Index | ** | 52,594,154 |
| | Wells Fargo | Mutual fund—Wells Fargo Advantage Growth Fund | ** | 87,154,595 |
| | Charles Schwab Institutional | Various self-directed mutual funds | ** | 11,866,321 |
| | Total mutual funds and other investments | | | 697,479,272 |
| * | Participant | Notes receivable, interest rates of 3.25% to 10.25%, maturity dates through 2028 *** | | 63,463,883 |
| | | | | $ 988,988,278 |

* Denotes party-in-interest.
** Cost information is not required for participant-directed investments and therefore is not included.
*** Net of $1,248,469 in deemed loan distributions and $42,394 of accrued interest.

See accompanying Independent Auditors' Report.

- 15 -

**BAPTIST HEALTH SOUTH FLORIDA, INC.**
**403(b) EMPLOYEE RETIREMENT PLAN**
**Employer ID No: 65-0267668**
**Plan No: 002**

**FORM 5500, SCHEDULE H, PART IV, QUESTION 4a—SCHEDULE OF DELINQUENT PARTICIPANT CONTRIBUTIONS**
**FOR THE YEAR ENDED DECEMBER 31, 2015**

| Participant Contributions Transferred Late to the Plan | Total That Constitute Nonexempt Prohibited Transactions | | | Total Fully Corrected under VFCP and PTE 2002-51 |
|---|---|---|---|---|
| | Contributions Not Corrected | Contributions Corrected Outside VFCP | Contributions Pending Correction in VFCP | |
| Check here if late participant loan contributions are included | | | | |
| 2015 participant contribution transferred late to the Plan | $        0 | $        0 | $        0 | $     2,160 |

See accompanying Independent Auditors' Report

- 16 -

# Schedule C, Line 2(h) Formula Descriptions

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan**
**EIN No.: 65-0267668, Plan No. 002**
**Plan Year Ending:  12/31/2015**

**Indirect Compensation in the form of revenue sharing was paid to the following Service Providers:**

| TRANSAMERICA RETIREMENT SOLUTIONS | 13-3689044 |
| NATIONAL FINANCIAL SERVICES | 04-3523567 |

Revenue amounts are shown in annualized basis points of plan assets invested in applicable fund

| Fund Family | Fund Name | Start Date | End Date | Revenue to Transamerica Retirement Solutions | Revenue to National Financial Services |
|---|---|---|---|---|---|
| JANUS | INTECH US MANAGED VOLATILITY FUND II I | 1/1/2015 | 4/1/2015 | 9.756 | 0.244 |
| JP MORGAN | JP MORGAN SMALL CP VAL SELECT | 1/1/2015 | 12/31/2015 | 24.390 | 0.610 |
| LEGG MASON | LEGG MASON BW GLOBAL OPP BD I | 1/1/2015 | 12/31/2015 | 14.634 | 0.366 |
| LSV | LSV VALUE EQUITY FUND | 1/1/2015 | 9/30/2015 | 9.756 | 0.244 |
| LSV | LSV VALUE EQUITY FUND | 10/1/2015 | 12/31/2015 | 11.707 | 0.293 |
| NEUBERGER BERMAN | NEUBRGER BRMAN SOCIALLY RESP I | 1/1/2015 | 12/31/2015 | 9.756 | 0.244 |
| PIMCO | PIMCO LOW DURATION BOND FUND | 1/1/2015 | 9/30/2015 | 27.317 | 0.683 |
| PIMCO | PIMCO LOW DURATION BOND FUND | 10/1/2015 | 12/31/2015 | 24.390 | 0.610 |
| PIMCO | PIMCO TOTAL RETURN,ADMIN CLASS | 1/1/2015 | 9/30/2015 | 27.317 | 0.683 |
| PIMCO | PIMCO TOTAL RETURN,ADMIN CLASS | 10/1/2015 | 12/31/2015 | 24.390 | 0.610 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2005 | 1/1/2015 | 12/31/2015 | 14.634 | 0.366 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2010 | 1/1/2015 | 12/31/2015 | 14.634 | 0.366 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2015 | 1/1/2015 | 12/31/2015 | 14.634 | 0.366 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2020 | 1/1/2015 | 12/31/2015 | 14.634 | 0.366 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2025 | 1/1/2015 | 12/31/2015 | 14.634 | 0.366 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2030 | 1/1/2015 | 12/31/2015 | 14.634 | 0.366 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2035 | 1/1/2015 | 12/31/2015 | 14.634 | 0.366 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2040 | 1/1/2015 | 12/31/2015 | 14.634 | 0.366 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2045 | 1/1/2015 | 12/31/2015 | 14.634 | 0.366 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2050 | 1/1/2015 | 12/31/2015 | 14.634 | 0.366 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2055 | 1/1/2015 | 12/31/2015 | 14.634 | 0.366 |
| T ROWE PRICE | T. ROWE PRICE BALANCED | 1/1/2015 | 12/31/2015 | 14.634 | 0.366 |
| WELLS FARGO | WELLS FARGO FROWTH INST | 1/1/2015 | 12/31/2015 | 14.634 | 0.366 |

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan**
**EIN No.: 65-0267668, Plan No. 002**
**Schedule H, Line 4i - Schedule of Assets**
**Plan Year Ending:  12/31/2015**

| (a) | (b) Identity of Issuer, Borrower, Lessor or Similar Party | (c) Description of Investment, Including Maturity Date, Rate of Interest, Par or Maturity Value | (e) CURRENT VALUE | |
|---|---|---|---|---|
| * | State Street Bank & Trust Co. | Cash Reserve Account | $ | 238,045 |
| | Transamerica Financial Life Ins. Co. | Insurance Company/General Account | $ | 683,809 |
| | Legg Mason | ClearBridge Small Cap Growth IS | $ | 20,402,613 |
| | JPMorgan | JPMorgan Small Cap Value Select | $ | 33,461,547 |
| | Legg Mason | Legg Mason BW Global Opps Bond I | $ | 2,730,950 |
| | LSV | LSV Value Equity | $ | 68,085,887 |
| | Neuberger Berman | Neuberger Berman Socially Resp Instl | $ | 30,770,830 |
| | Oppenheimer | Oppenheimer International Growth I | $ | 38,680,937 |
| | PIMCO | PIMCO Low Duration Bond Admin | $ | 6,366,544 |
| | PIMCO | PIMCO Total Return Admin | $ | 91,648,776 |
| | T. Rowe Price | T. Rowe Price Retirement 2005 | $ | 3,286,523 |
| | T. Rowe Price | T. Rowe Price Retirement 2010 | $ | 20,354,507 |
| | T. Rowe Price | T. Rowe Price Retirement 2015 | $ | 13,445,071 |
| | T. Rowe Price | T. Rowe Price Retirement 2020 | $ | 23,279,878 |
| | T. Rowe Price | T. Rowe Price Retirement 2025 | $ | 22,909,592 |
| | T. Rowe Price | T. Rowe Price Retirement 2030 | $ | 27,973,406 |
| | T. Rowe Price | T. Rowe Price Retirement 2035 | $ | 29,494,770 |
| | T. Rowe Price | T. Rowe Price Retirement 2040 | $ | 35,112,721 |
| | T. Rowe Price | T. Rowe Price Retirement 2045 | $ | 32,258,180 |
| | T. Rowe Price | T. Rowe Price Retirement 2050 | $ | 29,135,815 |
| | T. Rowe Price | T. Rowe Price Retirement 2055 | $ | 9,972,208 |
| | T. Rowe Price | T. Rowe Price Retirement Balanced | $ | 6,493,447 |
| | Vanguard | Vanguard Instl Index | $ | 52,594,155 |
| | Wells Fargo | Wells Fargo Growth I | $ | 87,154,595 |
| | | **Mutual Funds Total** | $ | **685,612,951** |
| | Transamerica Financial Life Ins. Co. | Guaranteed Pooled Fund (Unbundled) | $ | 227,123,269 |
| | | **Separate Account Total** | $ | **227,123,269** |
| | Charles Schwab Instl | Personal Choice Retirement Account (Other Funds) | $ | **11,866,321** |
| * | Participants | Notes Receivable with interest rates of 3.25% to 10.25% | $ | **63,463,883** |
| | | **TOTAL PLAN ASSETS** | $ | **988,988,278** |

* Indicates Party-In-Interest to the Plan

# EXHIBIT A-2

| **Form 5500** | **Annual Return/Report of Employee Benefit Plan** | OMB Nos. 1210-0110 1210-0089 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code). | **2016** |
| Department of Labor Employee Benefits Security Administration | ▶ **Complete all entries in accordance with the instructions to the Form 5500.** | |
| Pension Benefit Guaranty Corporation | | **This Form is Open to Public Inspection** |

## Part I — Annual Report Identification Information

For calendar plan year 2016 or fiscal plan year beginning 01/01/2016 and ending 12/31/2016

**A** This return/report is for:
- [ ] a multiemployer plan
- [ ] a multiple-employer plan (Filers checking this box must attach a list of participating employer information in accordance with the form instructions.)
- [x] a single-employer plan
- [ ] a DFE (specify) ____

**B** This return/report is:
- [ ] the first return/report
- [ ] the final return/report
- [ ] an amended return/report
- [ ] a short plan year return/report (less than 12 months)

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ [ ]

**D** Check box if filing under:
- [x] Form 5558
- [ ] automatic extension
- [ ] the DFVC program
- [ ] special extension (enter description)

## Part II — Basic Plan Information—enter all requested information

| **1a** Name of plan<br>BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN | **1b** Three-digit plan number (PN) ▶ 002 |
|---|---|
| | **1c** Effective date of plan<br>01/01/1989 |

| **2a** Plan sponsor's name (employer, if for a single-employer plan)<br>Mailing address (include room, apt., suite no. and street, or P.O. Box)<br>City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)<br><br>BAPTIST HEALTH SOUTH FLORIDA, INC.<br><br>6855 RED ROAD<br>SUITE 500<br>CORAL GABLES, FL 33143 | **2b** Employer Identification Number (EIN)<br>65-0267668 |
|---|---|
| | **2c** Plan Sponsor's telephone number<br>786-662-7178 |
| | **2d** Business code (see instructions)<br>622000 |

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 10/16/2017 | RALPH LAWSON |
|---|---|---|---|
| | **Signature of plan administrator** | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | | | |
| | **Signature of employer/plan sponsor** | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | |
| | **Signature of DFE** | Date | Enter name of individual signing as DFE |

| Preparer's name (including firm name, if applicable) and address (include room or suite number) | Preparer's telephone number |
|---|---|
| | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**

**Form 5500 (2016)**
**v. 160205**

Form 5500 (2016)                                                                                     Page **2**

| 3a | Plan administrator's name and address ☒ Same as Plan Sponsor | 3b | Administrator's EIN |
|----|-----|-----|-----|
| | | 3c | Administrator's telephone number |

| 4 | If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report: | 4b | EIN |
|----|-----|-----|-----|
| a | Sponsor's name | 4c | PN |

| 5 | Total number of participants at the beginning of the plan year | 5 | 18459 |
|----|-----|-----|-----|
| 6 | Number of participants as of the end of the plan year unless otherwise stated (welfare plans complete only lines **6a(1)**, **6a(2)**, **6b**, **6c**, and **6d**). | | |
| a(1) | Total number of active participants at the beginning of the plan year.............................................. | 6a(1) | 15854 |
| a(2) | Total number of active participants at the end of  the plan year ................................................... | 6a(2) | 14986 |
| b | Retired or separated participants receiving benefits................................................................. | 6b | 187 |
| c | Other retired or separated participants entitled to future benefits .............................................. | 6c | 3249 |
| d | Subtotal. Add lines **6a(2)**, **6b**, and **6c**..................................................................................... | 6d | 18422 |
| e | Deceased participants whose beneficiaries are receiving or are entitled to receive benefits. .................... | 6e | 71 |
| f | Total.  Add lines **6d** and **6e**.......................................................................................... | 6f | 18493 |
| g | Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) ......................................................................................... | 6g | 18451 |
| h | Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | 6h | 524 |
| 7 | Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item)........ | 7 | |

**8a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristics Codes in the instructions:

2F   2G   2L   2M   2R   2S   2T   3H

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristics Codes in the instructions:

| 9a | Plan funding arrangement (check all that apply) | | 9b | Plan benefit arrangement (check all that apply) | |
|----|-----|-----|-----|-----|-----|
| (1) | ☒ | Insurance | (1) | ☒ | Insurance |
| (2) | ☐ | Code section 412(e)(3) insurance contracts | (2) | ☐ | Code section 412(e)(3) insurance contracts |
| (3) | ☒ | Trust | (3) | ☒ | Trust |
| (4) | ☐ | General assets of the sponsor | (4) | ☐ | General assets of the sponsor |

**10** Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached.  (See instructions)

| a | Pension Schedules | | | b | General Schedules | | |
|----|-----|-----|-----|-----|-----|-----|-----|
| (1) | ☒ | **R**  (Retirement Plan Information) | | (1) | ☒ | **H**  (Financial Information) | |
| (2) | ☐ | **MB** (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary | | (2) | ☐ | **I**  (Financial Information – Small Plan) | |
| | | | | (3) | ☒ | 1 | **A**  (Insurance Information) |
| | | | | (4) | ☒ | **C**  (Service Provider Information) | |
| (3) | ☐ | **SB**  (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary | | (5) | ☒ | **D**  (DFE/Participating Plan Information) | |
| | | | | (6) | ☐ | **G**  (Financial Transaction Schedules) | |

Form 5500 (2016)                                                                                      Page **3**

| **Part III** | **Form M-1 Compliance Information (to be completed by welfare benefit plans)** |
|---|---|

**11a** If the plan provides welfare benefits, was the plan subject to the Form M-1 filing requirements during the plan year? (See instructions and 29 CFR 2520.101-2.) .............................………..… ☐ Yes   ☐ No

   If "Yes" is checked, complete lines 11b and 11c.

**11b** Is the plan currently in compliance with the Form M-1 filing requirements? (See instructions and 29 CFR 2520.101-2.) ……..... ☐ Yes   ☐ No

**11c** Enter the Receipt Confirmation Code for the 2016 Form M-1 annual report.  If the plan was not required to file the 2016 Form M-1 annual report, enter the Receipt Confirmation Code for the most recent Form M-1 that was required to be filed under the Form M-1 filing requirements. (Failure to enter a valid Receipt Confirmation Code will subject the Form 5500 filing to rejection as incomplete.)

   Receipt Confirmation Code_____

| SCHEDULE A<br>(Form 5500)<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security Administration<br>Pension Benefit Guaranty Corporation | **Insurance Information**<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ **File as an attachment to Form 5500.**<br><br>▸ Insurance companies are required to provide the information pursuant to ERISA section 103(a)(2). | OMB No. 1210-0110<br><br>**2016**<br><br>**This Form is Open to Public Inspection** |

For calendar plan year 2016 or fiscal plan year beginning  01/01/2016                and ending  12/31/2016

| **A** Name of plan<br>BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN | **B** Three-digit plan number (PN)  ▶  002 |
| --- | --- |
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>BAPTIST HEALTH SOUTH FLORIDA, INC. | **D** Employer Identification Number (EIN)<br>65-0267668 |

| Part I | **Information Concerning Insurance Contract Coverage, Fees, and Commissions** Provide information for each contract on a separate Schedule A.  Individual contracts grouped as a unit in Parts II and III can be reported on a single Schedule A. |
| --- | --- |

**1** Coverage Information:

**(a)** Name of insurance carrier

TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY

| **(b)** EIN | **(c)** NAIC code | **(d)** Contract or identification number | **(e)** Approximate number of persons covered at end of policy or contract year | Policy or contract year | |
| --- | --- | --- | --- | --- | --- |
| | | | | **(f)** From | **(g)** To |
| 36-6071399 | 70688 | TT069362 | 18451 | 01/01/2016 | 12/31/2016 |

**2** Insurance fee and commission information. Enter the total fees and total commissions paid.  List in line 3 the agents, brokers, and other persons in descending order of the amount paid.

| **(a)** Total amount of commissions paid | **(b)** Total amount of fees paid |
| --- | --- |
| | |

**3** Persons receiving commissions and fees.  (Complete as many entries as needed to report all persons).

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
| --- | --- | --- | --- |
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
| --- | --- | --- | --- |
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**                **Schedule A (Form 5500) 2016**
**v. 160205**

Page **2** – 1

| (a) Name and address of the agent, broker, or other person to whom commissions or fees were paid | | | |
| --- | --- | --- | --- |

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
| --- | --- | --- | --- |
| | (c) Amount | (d) Purpose | |
| | | | |

| (a) Name and address of the agent, broker, or other person to whom commissions or fees were paid | | | |
| --- | --- | --- | --- |

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
| --- | --- | --- | --- |
| | (c) Amount | (d) Purpose | |
| | | | |

| (a) Name and address of the agent, broker, or other person to whom commissions or fees were paid | | | |
| --- | --- | --- | --- |

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
| --- | --- | --- | --- |
| | (c) Amount | (d) Purpose | |
| | | | |

| (a) Name and address of the agent, broker, or other person to whom commissions or fees were paid | | | |
| --- | --- | --- | --- |

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
| --- | --- | --- | --- |
| | (c) Amount | (d) Purpose | |
| | | | |

| (a) Name and address of the agent, broker, or other person to whom commissions or fees were paid | | | |
| --- | --- | --- | --- |

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
| --- | --- | --- | --- |
| | (c) Amount | (d) Purpose | |
| | | | |

Schedule A  (Form 5500) 2016                                   Page **3**

| Part II | Investment and Annuity Contract Information |
|---|---|
| | Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report. |

| **4** | Current value of plan's interest under this contract in the general account at year end ............................ | **4** | 1432815 |
|---|---|---|---|
| **5** | Current value of plan's interest under this contract in separate accounts at year end................................ | **5** | 227403251 |

**6** Contracts With Allocated Funds:

**a** State the basis of premium rates ▶

| **b** | Premiums paid to carrier ......................................................................................... | **6b** | |
|---|---|---|---|
| **c** | Premiums due but unpaid at the end of the year ......................................................... | **6c** | |
| **d** | If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount. ................................................. | **6d** | |

Specify nature of costs ▶

**e** Type of contract:   (1) ☐ individual policies          (2) ☐ group deferred annuity

(3) ☐ other (specify) ▶

**f** If contract purchased, in whole or in part, to distribute benefits from a terminating plan, check here          ▶ ☐

**7** Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

**a** Type of contract:   (1) ☐ deposit administration          (2) ☐ immediate participation guarantee

(3) ☒ guaranteed investment          (4) ☐ other ▶

| **b** | Balance at the end of the previous year ......................................................... | **7b** | 683809 |
|---|---|---|---|
| **c** | Additions:  (1) Contributions deposited during the year .............................. | **7c(1)** | |
| | (2) Dividends and credits........................................................................ | **7c(2)** | |
| | (3) Interest credited during the year........................................................ | **7c(3)** | 5393 |
| | (4) Transferred from separate account ..................................................... | **7c(4)** | 238045 |
| | (5) Other (specify below) ........................................................................ | **7c(5)** | 1440028 |
| | ▶ FORFEITURES AND EBA ADDITIONS | | |
| | (6)Total additions ................................................................................... | **7c(6)** | 1683466 |
| **d** | Total of balance and additions (add lines **7b** and **7c(6)**). .................................... | **7d** | 2367275 |
| **e** | Deductions: | | |
| | (1) Disbursed from fund to pay benefits or purchase annuities during year | **7e(1)** | |
| | (2) Administration charge made by carrier.................................................. | **7e(2)** | |
| | (3) Transferred to separate account .......................................................... | **7e(3)** | |
| | (4) Other (specify below) ......................................................................... | **7e(4)** | 934460 |
| | ▶ EXPENSES | | |
| | (5) Total deductions ................................................................................ | **7e(5)** | 934460 |
| **f** | Balance at the end of the current year (subtract line **7e(5)** from line **7d**)................. | **7f** | 1432815 |

Schedule A  (Form 5500) 2016      Page **4**

| Part III | Welfare Benefit Contract Information |
|---|---|
| | If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organizations(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit.  Where contracts cover individual employees, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report. |

**8** Benefit and contract type (check all applicable boxes)

**a** ☐ Health (other than dental or vision)    **b** ☐ Dental    **c** ☐ Vision    **d** ☐ Life insurance

**e** ☐ Temporary disability (accident and sickness)    **f** ☐ Long-term disability    **g** ☐ Supplemental unemployment    **h** ☐ Prescription drug

**i** ☐ Stop loss (large deductible)    **j** ☐ HMO contract    **k** ☐ PPO contract    **l** ☐ Indemnity contract

**m** ☐ Other (specify) ▶

**9** Experience-rated contracts:

| | | | |
|---|---|---|---|
| **a** Premiums: (1) Amount received | **9a(1)** | | |
| (2) Increase (decrease) in amount due but unpaid | **9a(2)** | | |
| (3) Increase (decrease) in unearned premium reserve | **9a(3)** | | |
| (4) Earned (**(1) + (2) - (3)**) | | **9a(4)** | |
| **b** Benefit charges (1) Claims paid | **9b(1)** | | |
| (2) Increase (decrease) in claim reserves | **9b(2)** | | |
| (3) Incurred claims (add **(1)** and **(2)**) | | **9b(3)** | |
| (4) Claims charged | | **9b(4)** | |
| **c** Remainder of premium: (1) Retention charges (on an accrual basis) -- | | | |
| (A) Commissions | **9c(1)(A)** | | |
| (B) Administrative service or other fees | **9c(1)(B)** | | |
| (C) Other specific acquisition costs | **9c(1)(C)** | | |
| (D) Other expenses | **9c(1)(D)** | | |
| (E) Taxes | **9c(1)(E)** | | |
| (F) Charges for risks or other contingencies | **9c(1)(F)** | | |
| (G) Other retention charges | **9c(1)(G)** | | |
| (H) Total retention | | **9c(1)(H)** | |
| (2) Dividends or retroactive rate refunds.  (These amounts were ☐ paid in cash, or ☐ credited.) | | **9c(2)** | |
| **d** Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement | | **9d(1)** | |
| (2) Claim reserves | | **9d(2)** | |
| (3) Other reserves | | **9d(3)** | |
| **e** Dividends or retroactive rate refunds due.  (Do not include amount entered in line **9c(2)**.) | | **9e** | |

**10** Nonexperience-rated contracts:

| | | |
|---|---|---|
| **a** Total premiums or subscription charges paid to carrier | **10a** | |
| **b** If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, line 2 above, report amount. | **10b** | |
| Specify nature of costs. | | |

| Part IV | Provision of Information |
|---|---|

**11** Did the insurance company fail to provide any information necessary to complete Schedule A?    ☐ Yes    ☒ No

**12** If the answer to line 11 is "Yes," specify the information not provided. ▶

| **SCHEDULE C**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Service Provider Information**<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2016**<br><br>**This Form is Open to Public Inspection.** |
|---|---|---|

For calendar plan year 2016 or fiscal plan year beginning   01/01/2016                              and ending   12/31/2016

| **A** Name of plan<br>BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN | **B** Three-digit<br>plan number (PN)  ▶ | 002 |
|---|---|---|
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>BAPTIST HEALTH SOUTH FLORIDA, INC. | **D** Employer Identification Number (EIN)<br>65-0267668 | |

---

| **Part I** | **Service Provider Information (see instructions)** |
|---|---|

You must complete this Part, in accordance with the instructions, to report the information required for **each person** who received, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of monetary value) in connection with services rendered to the plan or the person's position with the plan during the plan year. If a person received **only** eligible indirect compensation for which the plan received the required disclosures, you are required to answer line 1 but are not required to include that person when completing the remainder of this Part.

---

## 1 Information on Persons Receiving Only Eligible Indirect Compensation

**a** Check "Yes" or "No" to indicate whether you are excluding a person from the remainder of this Part because they received only eligible indirect compensation for which the plan received the required disclosures (see instructions for definitions and conditions)................  ☒ Yes  ☐ No

**b** If you answered line 1a "Yes," enter the name and EIN or address of each person providing the required disclosures for the service providers who received only eligible indirect compensation.  Complete as many entries as needed (see instructions).

| **(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation |
|---|
| TRANSAMERICA RETIREMENT SOLUTIONS<br><br>13-3689044 |

| **(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation |
|---|
| |

| **(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation |
|---|
| |

| **(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation |
|---|
| |

---

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**                    **Schedule C (Form 5500) 2016**<br>**v.160205**

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

Schedule C (Form 5500) 2016

Page **3** - 1

**2. Information on Other Service Providers Receiving Direct or Indirect Compensation.** Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

**(a)** Enter name and EIN or address (see instructions)

TRANSAMERICA RETIREMENT SOLUTIONS

13-3689044

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 12 15 28 37 38 50 54 59 61 62 63 64 65 | RECORDKEEPER | 1141613 | Yes ☒ No ☐ | Yes ☒ No ☐ | 0 | Yes ☒ No ☐ |

**(a)** Enter name and EIN or address (see instructions)

NATIONAL FINANCIAL SERVICES

04-3523567

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 33 71 | SECURITIES BROKER | 0 | Yes ☒ No ☐ | Yes ☐ No ☒ | 0 | Yes ☒ No ☐ |

**(a)** Enter name and EIN or address (see instructions)

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
|  |  |  | Yes ☐ No ☐ | Yes ☐ No ☐ |  | Yes ☐ No ☐ |

Schedule C (Form 5500) 2016
Page **3** - [ 2 ]

**2. Information on Other Service Providers Receiving Direct or Indirect Compensation.** Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

| (a) Enter name and EIN or address (see instructions) | | | | | | |
|---|---|---|---|---|---|---|

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| | | | Yes ☐ No ☐ | Yes ☐ No ☐ | | Yes ☐ No ☐ |

| (a) Enter name and EIN or address (see instructions) | | | | | | |
|---|---|---|---|---|---|---|

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| | | | Yes ☐ No ☐ | Yes ☐ No ☐ | | Yes ☐ No ☐ |

| (a) Enter name and EIN or address (see instructions) | | | | | | |
|---|---|---|---|---|---|---|

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| | | | Yes ☐ No ☐ | Yes ☐ No ☐ | | Yes ☐ No ☐ |

Schedule C (Form 5500) 2016

Page **4** - 1

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| JP MORGAN    30 DAN ROAD  CANTON, MA 02021 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LEGG MASON    100 FIRST STAMFORD PLACE  STAMFORD, CT 06902 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LSV    155 NORTH WACKER DRIVE  SUITE 4600  CHICAGO, IL 60606 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

Schedule C (Form 5500) 2016    Page **4** - [ 2 ]

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| NEUBERGER BERMAN     605 THIRD AVENUE 36TH FLOOR NEW YORK, NY 10158 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PIMCO     650 NEWPORT CENTER DR NEWPORT BEACH, CA 92660 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| T ROWE PRICE     100 EAST PRATT STREET BALTIMORE, MD 21202 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

Schedule C (Form 5500) 2016                                                    Page **4** - 3

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| WELLS FARGO          30 DAN ROAD                       CANTON, MA 02021 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| JP MORGAN          30 DAN ROAD                       CANTON, MA 02021 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LEGG MASON          100 FIRST STAMFORD PLACE                       STAMFORD, CT 06902 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

Schedule C (Form 5500) 2016            Page **4** - 4

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LSV        155 NORTH WACKER DRIVE SUITE 4600 CHICAGO, IL 60606 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| NEUBERGER BERMAN        605 THIRD AVENUE 36TH FLOOR NEW YORK, NY 10158 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PIMCO        650 NEWPORT CENTER DR NEWPORT BEACH, CA 92660 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

Schedule C (Form 5500) 2016                                                        Page **4** - 5

| Part I | Service Provider Information (continued) |
|--------|------------------------------------------|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| T ROWE PRICE          100 EAST PRATT STREET BALTIMORE, MD 21202 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| WELLS FARGO          30 DAN ROAD CANTON, MA 02021 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| | | |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| | |

Schedule C (Form 5500) 2016                                    Page **5 -** 1

| **Part II** | **Service Providers Who Fail or Refuse to Provide Information** |

**4**   Provide, to the extent possible, the following information for each service provider who failed or refused to provide the information necessary to complete this Schedule.

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |

Schedule C (Form 5500) 2016

Page **6 -** 1

| **Part III** | **Termination Information on Accountants and Enrolled Actuaries (see instructions)** |
|---|---|
| | (complete as many entries as needed) |

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |

Explanation:

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |

Explanation:

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |

Explanation:

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |

Explanation:

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |

Explanation:

**SCHEDULE D**
**(Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security Administration

# DFE/Participating Plan Information

This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).

▶ **File as an attachment to Form 5500.**

OMB No. 1210-0110

## 2016

**This Form is Open to Public Inspection.**

For calendar plan year 2016 or fiscal plan year beginning    01/01/2016    and ending    12/31/2016

| **A** Name of plan | **B** Three-digit plan number (PN) ▶ | 002 |
|---|---|---|
| BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN | | |

| **C** Plan or DFE sponsor's name as shown on line 2a of Form 5500 | **D** Employer Identification Number (EIN) |
|---|---|
| BAPTIST HEALTH SOUTH FLORIDA, INC. | 65-0267668 |

| **Part I** | **Information on interests in MTIAs, CCTs, PSAs, and 103-12 IEs (to be completed by plans and DFEs)** (Complete as many entries as needed to report all interests in DFEs) |
|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:    GUARANTEED POOLED FUND

**b** Name of sponsor of entity listed in (a):    TRANSAMERICA FINANCIAL LIFE INSURANCE CO

| **c** EIN-PN  36-6071399-005 | **d** Entity code    P | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions)    227403251 |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.

Schedule D (Form 5500) 2016
v.160205

Page **2** - 1

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: | | |
|---|---|---|
| **b** Name of sponsor of entity listed in (a): | | |
| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: | | |
|---|---|---|
| **b** Name of sponsor of entity listed in (a): | | |
| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: | | |
|---|---|---|
| **b** Name of sponsor of entity listed in (a): | | |
| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: | | |
|---|---|---|
| **b** Name of sponsor of entity listed in (a): | | |
| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: | | |
|---|---|---|
| **b** Name of sponsor of entity listed in (a): | | |
| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: | | |
|---|---|---|
| **b** Name of sponsor of entity listed in (a): | | |
| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: | | |
|---|---|---|
| **b** Name of sponsor of entity listed in (a): | | |
| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: | | |
|---|---|---|
| **b** Name of sponsor of entity listed in (a): | | |
| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: | | |
|---|---|---|
| **b** Name of sponsor of entity listed in (a): | | |
| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: | | |
|---|---|---|
| **b** Name of sponsor of entity listed in (a): | | |
| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |

Schedule D (Form 5500) 2016

Page **3 -** 1

| **Part II** | **Information on Participating Plans (to be completed by DFEs)** |
|---|---|
| | (Complete as many entries as needed to report all participating plans) |

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

| **SCHEDULE H**<br>**(Form 5500)**<br><br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Financial Information**<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA), and section 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2016**<br><br>**This Form is Open to Public Inspection** |
|---|---|---|

For calendar plan year 2016 or fiscal plan year beginning  01/01/2016   and ending  12/31/2016

| **A** Name of plan<br>BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN | **B**  Three-digit<br>plan number (PN)      ▶   002 |
|---|---|
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>BAPTIST HEALTH SOUTH FLORIDA, INC. | **D** Employer Identification Number (EIN)<br>65-0267668 |

| **Part I** | **Asset and Liability Statement** |
|---|---|

**1** Current value of plan assets and liabilities at the beginning and end of the plan year. Combine the value of plan assets held in more than one trust. Report the value of the plan's interest in a commingled fund containing the assets of more than one plan on a line-by-line basis unless the value is reportable on lines 1c(9) through 1c(14). Do not enter the value of that portion of an insurance contract which guarantees, during this plan year, to pay a specific dollar benefit at a future date. **Round off amounts to the nearest dollar.** MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 1b(1), 1b(2), 1c(8), 1g, 1h, and 1i. CCTs, PSAs, and 103-12 IEs also do not complete lines 1d and 1e. See instructions.

| Assets | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|
| **a** Total noninterest-bearing cash ........................................ | 1a | 238045 | |
| **b** Receivables (less allowance for doubtful accounts): | | | |
| (1) Employer contributions.......................................... | 1b(1) | | |
| (2) Participant contributions........................................ | 1b(2) | | |
| (3) Other................................................................. | 1b(3) | 42394 | 99073 |
| **c** General investments: | | | |
| (1) Interest-bearing cash (include money market accounts & certificates of deposit)............................................................ | 1c(1) | | |
| (2) U.S. Government securities ................................... | 1c(2) | | |
| (3) Corporate debt instruments (other than employer securities): | | | |
| (A) Preferred ..................................................... | 1c(3)(A) | | |
| (B) All other....................................................... | 1c(3)(B) | | |
| (4) Corporate stocks (other than employer securities): | | | |
| (A) Preferred ..................................................... | 1c(4)(A) | | |
| (B) Common....................................................... | 1c(4)(B) | | |
| (5) Partnership/joint venture interests ......................... | 1c(5) | | |
| (6) Real estate (other than employer real property)....................... | 1c(6) | | |
| (7) Loans (other than to participants).......................... | 1c(7) | | |
| (8) Participant loans................................................ | 1c(8) | 63463883 | 63057706 |
| (9) Value of interest in common/collective trusts ........... | 1c(9) | | |
| (10) Value of interest in pooled separate accounts ......... | 1c(10) | 227123269 | 227403251 |
| (11) Value of interest in master trust investment accounts ......... | 1c(11) | | |
| (12) Value of interest in 103-12 investment entities.............. | 1c(12) | | |
| (13) Value of interest in registered investment companies (e.g., mutual funds)............................................................ | 1c(13) | 685612951 | 767256721 |
| (14) Value of funds held in insurance company general account (unallocated contracts)................................................... | 1c(14) | 683809 | 1432815 |
| (15) Other................................................................. | 1c(15) | 11866321 | 15605988 |

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.

Schedule H (Form 5500) 2016<br>v.160205

Schedule H (Form 5500) 2016                                                         Page **2**

| **1d** Employer-related investments: | | **(a)** Beginning of Year | **(b)** End of Year |
|---|---|---|---|
| **(1)** Employer securities | 1d(1) | | |
| **(2)** Employer real property | 1d(2) | | |
| **e** Buildings and other property used in plan operation | 1e | | |
| **f** Total assets (add all amounts in lines 1a through 1e) | 1f | 989030672 | 1074855554 |

## Liabilities

| | | | |
|---|---|---|---|
| **g** Benefit claims payable | 1g | | |
| **h** Operating payables | 1h | | |
| **i** Acquisition indebtedness | 1i | | |
| **j** Other liabilities | 1j | | |
| **k** Total liabilities (add all amounts in lines 1g through1j) | 1k | | |

## Net Assets

| | | | |
|---|---|---|---|
| **l** Net assets (subtract line 1k from line 1f) | 1l | 989030672 | 1074855554 |

| **Part II** | **Income and Expense Statement** |
|---|---|

**2** Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

### Income

| | | **(a)** Amount | **(b)** Total |
|---|---|---|---|
| **a** Contributions: | | | |
| **(1)** Received or receivable in cash from: **(A)** Employers | 2a(1)(A) | 42591208 | |
| **(B)** Participants | 2a(1)(B) | 65886101 | |
| **(C)** Others (including rollovers) | 2a(1)(C) | 7709429 | |
| **(2)** Noncash contributions | 2a(2) | | |
| **(3)** Total contributions. Add lines **2a(1)(A), (B), (C),** and line **2a(2)** | 2a(3) | | 116186738 |
| **b** Earnings on investments: | | | |
| **(1)** Interest: | | | |
| **(A)** Interest-bearing cash (including money market accounts and certificates of deposit) | 2b(1)(A) | | |
| **(B)** U.S. Government securities | 2b(1)(B) | | |
| **(C)** Corporate debt instruments | 2b(1)(C) | | |
| **(D)** Loans (other than to participants) | 2b(1)(D) | | |
| **(E)** Participant loans | 2b(1)(E) | 2063860 | |
| **(F)** Other | 2b(1)(F) | 5393 | |
| **(G)** Total interest. Add lines **2b(1)(A)** through **(F)** | 2b(1)(G) | | 2069253 |
| **(2)** Dividends: **(A)** Preferred stock | 2b(2)(A) | | |
| **(B)** Common stock | 2b(2)(B) | | |
| **(C)** Registered investment company shares (e.g. mutual funds) | 2b(2)(C) | 12115868 | |
| **(D)** Total dividends. Add lines **2b(2)(A), (B),** and **(C)** | 2b(2)(D) | | 12115868 |
| **(3)** Rents | 2b(3) | | |
| **(4)** Net gain (loss) on sale of assets: **(A)** Aggregate proceeds | 2b(4)(A) | | |
| **(B)** Aggregate carrying amount (see instructions) | 2b(4)(B) | | |
| **(C)** Subtract line **2b(4)(B)** from line **2b(4)(A)** and enter result | 2b(4)(C) | | |
| **(5)** Unrealized appreciation (depreciation) of assets: **(A)** Real estate | 2b(5)(A) | | |
| **(B)** Other | 2b(5)(B) | | |
| **(C)** Total unrealized appreciation of assets. Add lines **2b(5)(A)** and **(B)** | 2b(5)(C) | | |

| | | (a) Amount | (b) Total |
|---|---|---|---|
| (6) Net investment gain (loss) from common/collective trusts ..................... | 2b(6) | | |
| (7) Net investment gain (loss) from pooled separate accounts ..................... | 2b(7) | | 2742732 |
| (8) Net investment gain (loss) from master trust investment accounts............ | 2b(8) | | |
| (9) Net investment gain (loss) from 103-12 investment entities ................... | 2b(9) | | |
| (10) Net investment gain (loss) from registered investment companies (e.g., mutual funds)................................................................ | 2b(10) | | 43660044 |
| c Other income.................................................................................................. | 2c | | 997179 |
| d Total income. Add all **income** amounts in column (b) and enter total.................... | 2d | | 177771814 |

### Expenses

| | | (a) Amount | (b) Total |
|---|---|---|---|
| e Benefit payment and payments to provide benefits: | | | |
| (1) Directly to participants or beneficiaries, including direct rollovers............. | 2e(1) | 89947585 | |
| (2) To insurance carriers for the provision of benefits................................. | 2e(2) | | |
| (3) Other......................................................................................... | 2e(3) | | |
| (4) Total benefit payments. Add lines **2e(1)** through **(3)**............................. | 2e(4) | | 89947585 |
| f Corrective distributions (see instructions) .......................................................... | 2f | | 5806 |
| g Certain deemed distributions of participant loans (see instructions) .............. | 2g | | 863345 |
| h Interest expense.............................................................................................. | 2h | | |
| i Administrative expenses: **(1)** Professional fees........................................... | 2i(1) | | |
| (2) Contract administrator fees........................................................... | 2i(2) | | |
| (3) Investment advisory and management fees....................................... | 2i(3) | | |
| (4) Other......................................................................................... | 2i(4) | 1141613 | |
| (5) Total administrative expenses. Add lines **2i(1)** through **(4)**...................... | 2i(5) | | 1141613 |
| j Total expenses. Add all **expense** amounts in column (b) and enter total ...... | 2j | | 91958349 |

### Net Income and Reconciliation

| | | (a) Amount | (b) Total |
|---|---|---|---|
| k Net income (loss). Subtract line **2j** from line **2d**..................................... | 2k | | 85813465 |
| l Transfers of assets: | | | |
| (1) To this plan.................................................................................. | 2l(1) | | 11417 |
| (2) From this plan............................................................................... | 2l(2) | | |

---

| **Part III** | **Accountant's Opinion** |
|---|---|

**3** Complete lines 3a through 3c if the opinion of an independent qualified public accountant is attached to this Form 5500. Complete line 3d if an opinion is not attached.

**a** The attached opinion of an independent qualified public accountant for this plan is (see instructions):

**(1)** ☐ Unqualified      **(2)** ☐ Qualified      **(3)** ☒ Disclaimer      **(4)** ☐ Adverse

**b** Did the accountant perform a limited scope audit pursuant to 29 CFR 2520.103-8 and/or 103-12(d)?      ☒ Yes      ☐ No

**c** Enter the name and EIN of the accountant (or accounting firm) below:

**(1)** Name: DELOITTE & TOUCHE LLP                              **(2)** EIN: 13-3891517

**d** The opinion of an independent qualified public accountant is **not attached** because:

**(1)** ☐ This form is filed for a CCT, PSA, or MTIA.      **(2)** ☐ It will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50.

---

| **Part IV** | **Compliance Questions** |
|---|---|

**4** CCTs and PSAs do not complete Part IV. MTIAs, 103-12 IEs, and GIAs do not complete lines 4a, 4e, 4f, 4g, 4h, 4k, 4m, 4n, or 5. 103-12 IEs also do not complete lines 4j and 4l. MTIAs also do not complete line 4l.

During the plan year:

| | | Yes | No | Amount |
|---|---|---|---|---|
| **a** | Was there a failure to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? Continue to answer "Yes" for any prior year failures until fully corrected. (See instructions and DOL's Voluntary Fiduciary Correction Program.).................. **4a** | | X | |
| **b** | Were any loans by the plan or fixed income obligations due the plan in default as of the close of the plan year or classified during the year as uncollectible? Disregard participant loans secured by participant's account balance. (Attach Schedule G (Form 5500) Part I if "Yes" is checked.) **4b** | | X | |

Schedule H (Form 5500) 2016                    Page **4-** 1

| | | Yes | No | Amount |
|---|---|---|---|---|
| **c** | Were any leases to which the plan was a party in default or classified during the year as uncollectible? (Attach Schedule G (Form 5500) Part II if "Yes" is checked.) ................ **4c** | | X | |
| **d** | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 4a. Attach Schedule G (Form 5500) Part III if "Yes" is checked.) ................ **4d** | | X | |
| **e** | Was this plan covered by a fidelity bond?................................................................ **4e** | X | | 10000000 |
| **f** | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? ................ **4f** | | X | |
| **g** | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser? ................ **4g** | | X | |
| **h** | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser? ................ **4h** | | X | |
| **i** | Did the plan have assets held for investment? (Attach schedule(s) of assets if "Yes" is checked, and see instructions for format requirements.) ................ **4i** | X | | |
| **j** | Were any plan transactions or series of transactions in excess of 5% of the current value of plan assets? (Attach schedule of transactions if "Yes" is checked, and see instructions for format requirements.) ................ **4j** | | X | |
| **k** | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? ................ **4k** | | X | |
| **l** | Has the plan failed to provide any benefit when due under the plan? ................ **4l** | | X | |
| **m** | If this is an individual account plan, was there a blackout period? (See instructions and 29 CFR 2520.101-3.) ................ **4m** | | X | |
| **n** | If 4m was answered "Yes," check the "Yes" box if you either provided the required notice or one of the exceptions to providing the notice applied under 29 CFR 2520.101-3................ **4n** | | X | |
| **o** | Defined Benefit Plan or Money Purchase Pension Plan Only: Were any distributions made during the plan year to an employee who attained age 62 and had not separated from service? ................ **4o** | | | |

**5a** Has a resolution to terminate the plan been adopted during the plan year or any prior plan year?
If "Yes," enter the amount of any plan assets that reverted to the employer this year........................... ☐ **Yes** ☒ **No**   **Amount:**

**5b** If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

| **5b(1)** Name of plan(s) | **5b(2)** EIN(s) | **5b(3)** PN(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**5c** If the plan is a defined benefit plan, is it covered under the PBGC insurance program (See ERISA section 4021.)? ...... ☐ Yes  ☐ No  ☐ Not determined
If "Yes" is checked, enter the My PAA confirmation number from the PBGC premium filing for this plan year_____. (See instructions.)

| **Part V** | **Trust Information** |
|---|---|
| **6a** Name of trust | **6b** Trust's EIN |
| **6c** Name of trustee or custodian | **6d** Trustee's or custodian's telephone number |

| **SCHEDULE R**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Retirement Plan Information**<br><br>This schedule is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).<br><br>► **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2016**<br><br>**This Form is Open to Public Inspection.** |
|---|---|---|

For calendar plan year 2016 or fiscal plan year beginning   01/01/2016                          and ending   12/31/2016

| **A** Name of plan<br>BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN | **B** Three-digit<br>plan number<br>(PN)   ►   002 |
|---|---|
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>BAPTIST HEALTH SOUTH FLORIDA, INC. | **D** Employer Identification Number (EIN)<br>65-0267668 |

| **Part I** | **Distributions** |
|---|---|

**All references to distributions relate only to payments of benefits during the plan year.**

**1** Total value of distributions paid in property other than in cash or the forms of property specified in the instructions ..................................................................................... | **1** | 0

**2** Enter the EIN(s) of payor(s) who paid benefits on behalf of the plan to participants or beneficiaries during the year (if more than two, enter EINs of the two payors who paid the greatest dollar amounts of benefits):

EIN(s):   13-3689044                                            _____

**Profit-sharing plans, ESOPs, and stock bonus plans, skip line 3.**

**3** Number of participants (living or deceased) whose benefits were distributed in a single sum, during the plan year ..................................................................................... | **3** | 1850

| **Part II** | **Funding Information** (If the plan is not subject to the minimum funding requirements of section of 412 of the Internal Revenue Code or ERISA section 302, skip this Part.) |
|---|---|

**4** Is the plan administrator making an election under Code section 412(d)(2) or ERISA section 302(d)(2)? .......................... ☐ Yes   ☐ No   ☐ N/A

**If the plan is a defined benefit plan, go to line 8.**

**5** If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions and enter the date of the ruling letter granting the waiver.   Date:   Month _____   Day _____   Year _____

**If you completed line 5, complete lines 3, 9, and 10 of Schedule MB and do not complete the remainder of this schedule.**

**6 a** Enter the minimum required contribution for this plan year (include any prior year accumulated funding deficiency not waived) ..................................................................... | **6a** |

**b** Enter the amount contributed by the employer to the plan for this plan year ...................................... | **6b** |

**c** Subtract the amount in line 6b from the amount in line 6a. Enter the result (enter a minus sign to the left of a negative amount) .................................................. | **6c** |

**If you completed line 6c, skip lines 8 and 9.**

**7** Will the minimum funding amount reported on line 6c be met by the funding deadline? ............................... ☐ Yes   ☐ No   ☐ N/A

**8** If a change in actuarial cost method was made for this plan year pursuant to a revenue procedure or other authority providing automatic approval for the change or a class ruling letter, does the plan sponsor or plan administrator agree with the change? ................................................ ☐ Yes   ☐ No   ☐ N/A

| **Part III** | **Amendments** |
|---|---|

**9** If this is a defined benefit pension plan, were any amendments adopted during this plan year that increased or decreased the value of benefits? If yes, check the appropriate box. If no, check the "No" box. ☐ Increase   ☐ Decrease   ☐ Both   ☐ No

| **Part IV** | **ESOPs** (see instructions). If this is not a plan described under Section 409(a) or 4975(e)(7) of the Internal Revenue Code, skip this Part. |
|---|---|

**10** Were unallocated employer securities or proceeds from the sale of unallocated securities used to repay any exempt loan? ................ ☐ Yes   ☐ No

**11 a** Does the ESOP hold any preferred stock? ..................................................................... ☐ Yes   ☐ No

**b** If the ESOP has an outstanding exempt loan with the employer as lender, is such loan part of a "back-to-back" loan? (See instructions for definition of "back-to-back" loan.) ................................................ ☐ Yes   ☐ No

**12** Does the ESOP hold any stock that is not readily tradable on an established securities market? ........................... ☐ Yes   ☐ No

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.** | **Schedule R (Form 5500) 2016**<br>**v. 160205**

Schedule R (Form 5500) 2016                                                          Page **2** - 1

| **Part V** | **Additional Information for Multiemployer Defined Benefit Pension Plans** |
|---|---|

**13**   Enter the following information for each employer that contributed more than 5% of total contributions to the plan during the plan year (measured in dollars). See instructions. *Complete as many entries as needed to report all applicable employers.*

**a**   Name of contributing employer

**b**   EIN                                                **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box □ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____   Day _____   Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box □ and see instructions required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
   (1)   Contribution rate (in dollars and cents)  _____
   (2)   Base unit measure: □  Hourly      □  Weekly      □  Unit of production      □  Other (specify):

**a**   Name of contributing employer

**b**   EIN                                                **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box □ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____   Day _____   Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box □ and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
   (1)   Contribution rate (in dollars and cents)  _____
   (2)   Base unit measure: □  Hourly      □  Weekly      □  Unit of production      □  Other (specify): _____

**a**   Name of contributing employer

**b**   EIN                                                **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box □ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____   Day _____   Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box □ and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
   (1)   Contribution rate (in dollars and cents)  _____
   (2)   Base unit measure: □  Hourly      □  Weekly      □  Unit of production      □  Other (specify): _____

**a**   Name of contributing employer

**b**   EIN                                                **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box □ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____   Day _____   Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box □ and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
   (1)   Contribution rate (in dollars and cents)  _____
   (2)   Base unit measure: □  Hourly      □  Weekly      □  Unit of production      □  Other (specify): _____

**a**   Name of contributing employer

**b**   EIN                                                **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box □ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____   Day _____   Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box □ and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
   (1)   Contribution rate (in dollars and cents)  _____
   (2)   Base unit measure: □  Hourly      □  Weekly      □  Unit of production      □  Other (specify): _____

**a**   Name of contributing employer

**b**   EIN                                                **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box □ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____   Day _____   Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box □ and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
   (1)   Contribution rate (in dollars and cents)  _____
   (2)   Base unit measure: □  Hourly      □  Weekly      □  Unit of production      □  Other (specify): _____

Schedule R (Form 5500) 2016                                                                 Page **3**

| 14 | Enter the number of participants on whose behalf no contributions were made by an employer as an employer of the participant for: | | |
|---|---|---|---|
| **a** | The current year..................................................................................................... | **14a** | |
| **b** | The plan year immediately preceding the current plan year.................................... | **14b** | |
| **c** | The second preceding plan year............................................................................. | **14c** | |
| 15 | Enter the ratio of the number of participants under the plan on whose behalf no employer had an obligation to make an employer contribution during the current plan year to: | | |
| **a** | The corresponding number for the plan year immediately preceding the current plan year.................... | **15a** | |
| **b** | The corresponding number for the second preceding plan year............................. | **15b** | |
| 16 | Information with respect to any employers who withdrew from the plan during the preceding plan year: | | |
| **a** | Enter the number of employers who withdrew during the preceding plan year   .................... | **16a** | |
| **b** | If line 16a is greater than 0, enter the aggregate amount of withdrawal liability assessed or estimated to be assessed against such withdrawn employers........................................................................ | **16b** | |

17   If assets and liabilities from another plan have been transferred to or merged with this plan during the plan year, check box and see instructions regarding supplemental information to be included as an attachment. ......................................................................................................................... ☐

| **Part VI** | **Additional Information for Single-Employer and Multiemployer Defined Benefit Pension Plans** |
|---|---|

18   If any liabilities to participants or their beneficiaries under the plan as of the end of the plan year consist (in whole or in part) of liabilities to such participants and beneficiaries under two or more pension plans as of immediately before such plan year, check box and see instructions regarding supplemental information to be included as an attachment ........................................................................................................................................ ☐

19   If the total number of participants is 1,000 or more, complete lines (a) through (c)

    **a**   Enter the percentage of plan assets held as:

       Stock: _____%   Investment-Grade Debt: _____%   High-Yield Debt: _____%   Real Estate: _____%   Other: _____%

    **b**   Provide the average duration of the combined investment-grade and high-yield debt:

       ☐ 0-3 years   ☐ 3-6 years   ☐ 6-9 years   ☐ 9-12 years   ☐ 12-15 years   ☐ 15-18 years   ☐ 18-21 years   ☐ 21 years or more

    **c**   What duration measure was used to calculate line 19(b)?

       ☐ Effective duration   ☐ Macaulay duration   ☐ Modified duration   ☐ Other (specify):

| **Part VII** | **IRS Compliance Questions** |
|---|---|

| **20a** | Is the plan a 401(k) plan? If "No," skip b ........................................................ | ☐ Yes | ☐ No |
|---|---|---|---|
| **20b** | How did the plan satisfy the nondiscrimination requirements for employee deferrals under section 401(k)(3) for the plan year? Check all that apply: ........................ | ☐ Design-based safe harbor  ☐ "Current year" ADP test | ☐ "Prior year" ADP test  ☐ N/A |
| **21a** | What testing method was used to satisfy the coverage requirements under section 410(b) for the plan year? Check all that apply: ........................ | ☐ Ratio percentage test  ☐ Average benefit test | ☐ N/A |
| **21b** | Did the plan satisfy the coverage and nondiscrimination requirements of sections 410(b) and 401(a)(4) for the plan year by combining this plan with any other plan under the permissive aggregation rules? ...... | ☐ Yes | ☐ No |

**22a** If the plan is a master and prototype plan (M&P) or volume submitter plan that received a favorable IRS opinion letter or advisory letter, enter the date of the letter _____/_____/_____ and the serial number _____.

**22b** If the plan is an individually-designed plan that received a favorable determination letter from the IRS, enter the date of the most recent determination letter _____/_____/_____.

# Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan

Employer Identification Number: 65-0267668
Plan No: 002

Financial Statements as of December 31, 2016 and
2015, and for the Year Ended December 31, 2016,
Supplemental Schedule as of and for the Year Ended
December 31, 2016, and
Independent Auditors' Report

# BAPTIST HEALTH SOUTH FLORIDA, INC.
# 403(b) EMPLOYEE RETIREMENT PLAN

## TABLE OF CONTENTS

|  | Page |
|---|---|
| INDEPENDENT AUDITORS' REPORT | 1–2 |
| FINANCIAL STATEMENTS: |  |
| Statements of Net Assets Available for Benefits as of December 31, 2016 and 2015 | 3 |
| Statement of Changes in Net Assets Available for Benefits for the Year Ended December 31, 2016 | 4 |
| Notes to Financial Statements as of December 31, 2016 and 2015, and for the Year Ended December 31, 2016 | 5–13 |
| SUPPLEMENTAL SCHEDULE: | 14 |
| Form 5500, Schedule H, Part IV, Line 4i—Schedule of Assets (Held at End of Year) as of December 31, 2016 | 15 |

NOTE:  All other schedules required by Section 2520.103-10 of the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974 have been omitted because they are not applicable.



**Deloitte & Touche LLP**
Certified Public Accountants
Tampa City Center
201 North Franklin Street
Suite 3600
Tampa, FL 33602
USA

Tel:+1 813 273 8300
Fax:+1 813 229 7698
www.deloitte.com

**INDEPENDENT AUDITORS' REPORT**

To the Board of Trustees of and Participants in
the Baptist Health South Florida, Inc.
403(b) Employee Retirement Plan:

**Report on the Financial Statements**

We were engaged to audit the accompanying financial statements of Baptist Health South
Florida, Inc. 403(b) Employee Retirement Plan (the "Plan"), which comprise the statements
of net assets available for benefits as of December 31, 2016 and 2015, and the related
statement of changes in net assets available for benefits for the year ended December 31,
2016, and the related notes to the financial statements.

**Management's Responsibility for the Financial Statements**

Management is responsible for the preparation and fair presentation of these financial
statements in accordance with accounting principles generally accepted in the United States
of America; this includes the design, implementation, and maintenance of internal control
relevant to the preparation and fair presentation of financial statements that are free from
material misstatement, whether due to fraud or error.

**Auditors' Responsibility**

Our responsibility is to express an opinion on these financial statements based on
conducting the audit in accordance with auditing standards generally accepted in the United
States of America. Because of the matter described in the Basis for Disclaimer of Opinion
paragraph, however, we were not able to obtain sufficient appropriate audit evidence to
provide a basis for an audit opinion.

**Basis for Disclaimer of Opinion**

As permitted by 29 CFR 2520.103-8 of the Department of Labor's Rules and Regulations for
Reporting and Disclosure under the Employee Retirement Income Security Act of 1974, the
Plan administrator instructed us not to perform, and we did not perform, any auditing
procedures with respect to the information summarized in Note 8, which was certified by
State Street Bank and Trust Company, the custodian of the Plan, except for comparing such
information with the related information included in the financial statements. We have been
informed by the Plan administrator that the custodian holds the Plan's investment assets
and executes investment transactions. The Plan administrator has obtained certifications
from the custodian as of December 31, 2016 and 2015, and for the year ended
December 31, 2016, that the information provided to the Plan administrator by the
custodian is complete and accurate.

**Disclaimer of Opinion**

Because of the significance of the matter described in the Basis for Disclaimer of Opinion paragraph, we have not been able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion. Accordingly, we do not express an opinion on these financial statements.

**Other Matter**

The supplemental Schedule of Assets (Held at End of Year) as of December 31, 2016 is required by the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974 and is presented for the purpose of additional analysis and is not a required part of the financial statements. Because of the significance of the matter described in the Basis for Disclaimer of Opinion paragraph, we do not express an opinion on this supplemental schedule.

**Report on Form and Content in Compliance with Department of Labor Rules and Regulations**

The form and content of the information included in the financial statements and supplemental schedules, other than that derived from the information certified by the custodian, have been audited by us in accordance with auditing standards generally accepted in the United States of America and, in our opinion, are presented in compliance with the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974.

*Deloitte & Touche LLP*

October 13, 2017

**BAPTIST HEALTH SOUTH FLORIDA, INC.**
**403(b) EMPLOYEE RETIREMENT PLAN**

**STATEMENTS OF NET ASSETS AVAILABLE FOR BENEFITS**
**AS OF DECEMBER 31, 2016 AND 2015**

| | **2016** | **2015** |
|---|---|---|
| CASH | | $ 238,045 |
| ASSETS HELD FOR INVESTMENT: | | |
| Guaranteed pooled fund—at contract value (Note 4) | $ 227,403,251 | 227,123,269 |
| Insurance company general account—at fair value | 1,432,815 | 683,809 |
| Mutual funds—at fair value | 782,862,709 | 697,479,272 |
| Total assets held for investment | 1,011,698,775 | 925,286,350 |
| RECEIVABLES: | | |
| Participant contributions | 2,613,496 | 2,122,562 |
| Employer contributions | 41,478,235 | 42,747,585 |
| Notes receivable from participants | 64,434,861 | 64,754,746 |
| Total receivables | 108,526,592 | 109,624,893 |
| NET ASSETS AVAILABLE FOR BENEFITS | $1,120,225,367 | $1,035,149,288 |

See notes to financial statements.

- 3 -

**BAPTIST HEALTH SOUTH FLORIDA, INC.**
**403(b) EMPLOYEE RETIREMENT PLAN**

**STATEMENT OF CHANGES IN NET ASSETS AVAILABLE FOR BENEFITS**
**FOR THE YEAR ENDED DECEMBER 31, 2016**

| | | |
|---|---|---:|
| ADDITIONS: | | |
| Investment income: | | |
| Net appreciation in fair value of investments | $ | 44,657,223 |
| Interest income | | 2,748,125 |
| Dividend income | | 12,115,868 |
| Total investment income | | 59,521,216 |
| Interest income on notes receivable from participants | | 2,063,860 |
| Contributions: | | |
| Participants | | 66,377,035 |
| Employer's basic | | 25,454,265 |
| Employer's match | | 15,867,593 |
| Rollovers | | 7,709,429 |
| Total contributions | | 115,408,322 |
| Total additions | | 176,993,398 |
| DEDUCTIONS: | | |
| Benefits paid to participants | | 90,787,123 |
| Administrative expenses | | 1,141,613 |
| Total deductions | | 91,928,736 |
| NET INCREASE IN NET ASSETS BEFORE PLAN TRANSFERS | | 85,064,662 |
| TRANSFERS TO THIS PLAN | | 11,417 |
| NET INCREASE IN NET ASSETS | | 85,076,079 |
| NET ASSETS AVAILABLE FOR BENEFITS: | | |
| Beginning of year | | 1,035,149,288 |
| End of year | | $1,120,225,367 |

See notes to financial statements.

- 4 -

**BAPTIST HEALTH SOUTH FLORIDA, INC.**
**403(b) EMPLOYEE RETIREMENT PLAN**

**NOTES TO FINANCIAL STATEMENTS**
**AS OF DECEMBER 31, 2016 AND 2015, AND FOR THE YEAR ENDED**
**DECEMBER 31, 2016**

---

## 1.   DESCRIPTION OF THE PLAN

The following description of the Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan (the "Plan") is provided for general information purposes only. Participants should refer to the plan document for the Plan's information.

**General**—The Plan is a defined contribution plan covering employees of tax-exempt affiliates of Baptist Health South Florida, Inc. (the "Employer" or the "Plan Sponsor"). The purpose of the Plan is to permit contributions to be used to purchase an unallocated annuity contract and invest in mutual funds for the benefit of the participants, as provided for in Section 403(b) of the Internal Revenue Code (the "Code") of 1986, as amended. The Plan is subject to the provisions of the Employee Retirement Income Security Act of 1974 ("ERISA"). In November 2007, the Department of Labor issued amended regulations eliminating an exemption granted to 403(b) plans from the annual Form 5500 reporting, disclosure, and audit requirements under Part 1 of Subtitle B of Title I of the ERISA.

**Plan Administration**—Transamerica Retirement Solutions formerly known as Diversified Investment Advisors ("Transamerica" or the "Recordkeeper") is the recordkeeper for the Plan's assets and State Street Bank and Trust Company is the Plan's custodian (the "Custodian") for the Plan's assets.

**Contributions**—Each year, participants may contribute pre-tax annual compensation, as defined by the Plan, subject to certain Code limitations. Employees may make pre-tax contributions in the Plan as of the date employment begins with the Employer. Employees may also elect to make Roth after-tax deferrals. In addition to a participant's voluntary contribution, the Employer, at its discretion, may make both a basic and a matching contribution to the Employer contribution account of each participant as defined by the Plan. An employee becomes eligible to participate in the allocation of Employer Contributions after the employee completes ninety (90) days of continuous employment. Participants must work at least 1,000 hours during the payroll calendar year and be employed on the last day of the Plan year to receive Employer contributions. During 2016, the Employer provided a basic contribution of 3% of annual eligible compensation and matched 50% of up to the first 4% of annual eligible compensation that a participant contributed to the Plan.

During the 2016 plan year, the Employer amended the Plan to waive the requirement to work at least 1,000 hours during the payroll calendar year and to be employed on the last day of the 2016 plan year for participants who opted into a Voluntary Separation Opportunity ("VSO"), offered to employees in 2016. Participants in this VSO, who terminated employment on or before December 31, 2016, were eligible to participate in the allocation of basic and matching Employer Contributions for the 2016 plan year. These contributions were for eligible compensation in 2016 paid through the participant's last day of employment.

Effective January 1, 2015, the Plan was amended and restated as follows:

a) ***In-Plan Roth Rollover.*** The Plan shall permit in-plan Roth rollovers at any time rather than only when the amount to be rolled over is eligible for a distribution under the Plan.

b) ***Automatic Deferral Percentage.*** For employees hired or rehired on or after January 1, 2015, the automatic deferral contribution percentage will be 6% of compensation on a pre-tax basis. Prior to the amendment, the Plan's automatic deferral contribution percentage was 4%.

c) ***Automatic Enrollment following Transfer of Employment.*** Any employee who previously worked for an affiliate of the Employer that is not tax-exempt and participated in the Baptist Health Enterprises, Inc. 401(k) Employee Retirement Plan and who transfers employment to a tax-exempt affiliate of the Employer and becomes eligible to participate in the Plan will be automatically enrolled for a 6% automatic deferral on or after January 1, 2015 under the eligible plan after thirty (30) days from the date of transfer. For purposes of the investment of any automatic deferral contributions, the deferrals will be invested in the elected investment options under the eligible plan. If none has been selected, then the automatic deferral contributions will be allocated to the default investment option under the Plan.

**Participant Accounts**—Individual accounts are maintained for each Plan participant. Each participant's account is credited with the participant's contribution, the Employer's contribution, and Plan earnings, and charged with withdrawals, an allocation of Plan losses, and administrative expenses. Allocations are based on participant earnings or account balances, as defined in the Plan agreement. The benefit to which a participant is entitled is the benefit that can be provided from the participant's vested account.

**Investments**—Participants direct the investment of their contributions into various investment options offered by the Plan. The Plan currently offers 22 mutual funds, a Guaranteed Pooled Fund ("GPF") issued by Transamerica Financial Life Insurance Company ("TFLIC"), and a Charles Schwab & Co., Inc. ("CS&Co") personal choice account. The CS&Co personal choice account allows participants to direct the investment of their contributions into publicly traded mutual funds. Forfeited funds are held in an unallocated account that is invested in the TFLIC general account. A participant may change his or her investment options at any time during the year directly through the Recordkeeper.

**Vesting**—Participants are immediately vested in their contributions, plus actual earnings thereon. Vesting in the Employer's basic and matching contributions, plus actual earnings thereon, is based on three years of service, at which time the participant becomes 100% vested.

**Notes Receivable from Participants**—Participants may borrow from their fund accounts a minimum of $1,000 up to a maximum equal to the lesser of $50,000 or 50% of their account balance, net of any outstanding loans. Loan terms range from one to five years or up to 10 years for the purchase of a primary residence. The loans are secured by the balance in the participant's account and bear interest at the prime rate as published in the Wall Street Journal on the day the participant applies for the loan. Generally, principal and interest are paid ratably over the term of the loan through payroll deductions. As of December 31, 2016, participant loans have maturities through 2028 at interest rates ranging from 3.25% to 10.25%.

**Payment of Benefits**—Upon a participant's retirement, death, or disability, or as required by law, the participant's vested interest in his or her account can be distributed in either a lump-sum amount equal to the value of the participant's vested interest in his or her account or annual installments over the life expectancy of the participant.

**Forfeited Accounts**—At December 31, 2016 and 2015, forfeited nonvested accounts totaled $949,430 and $683,385, respectively. These accounts will be used to reduce future Employer contributions. During the year ended December 31, 2016, Employer contributions were reduced by $1,150,000 from forfeited nonvested accounts.

2.   **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

**Basis of Accounting**—The accompanying financial statements have been prepared in accordance with accounting principles generally accepted in the United States of America ("GAAP").

**Use of Estimates**—The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the reported amounts of assets, liabilities, and changes therein and disclosure of contingent assets and liabilities. Actual results could differ from those estimates.

**Risks and Uncertainties**—The Plan utilizes various investment instruments, including mutual funds and investment contracts. Investment securities, in general, are exposed to various risks, such as interest rate risk, credit risk, and overall market volatility. Due to the level of risk associated with certain investment securities, it is reasonably possible that changes in the values of investment securities will occur in the near term and that such changes could materially affect the amounts reported in the financial statements.

**Investments Valuation and Income Recognition**—The Plan's investments are stated at fair value, except for fully benefit-responsive contracts or synthetic Guaranteed Investment Contracts, which are reported at contract value. Fair value of a financial instrument is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. Contract value is the amount Plan participants would receive if they were to initiate permitted transactions under the terms of the Plan. See Note 3 for discussion on fair value measurements. Shares of mutual funds, including those held in CS&Co personal choice accounts, and insurance company general account are valued at the net asset value of shares held by the Plan at year end.

Purchases and sales of securities are recorded on a trade-date basis. Interest income is recorded on the accrual basis. Dividends are recorded on the ex-dividend date. Net appreciation (depreciation) includes the Plan's gains and losses on investments bought and sold, as well as held, during the year.

Management fees and operating expenses charged to the Plan for investments in the mutual funds are deducted from income earned on a daily basis and are not separately reflected. Consequently, management fees and operating expenses are reflected as a reduction of investment return for such investments.

**Notes Receivable from Participants**—Notes receivable from participants are measured at their unpaid principal balance, plus any accrued but unpaid interest. Delinquent participant loans are recorded as distributions based on the terms of the Plan document.

**Administrative Expenses**—Substantially all costs associated with the general administration of the Plan are paid by the Plan. Other administrative expenses shown in the financial statements represent transaction fees, such as loan processing fees and service fees, which are paid by the participant.

**Benefit Payments**—Benefit payments to participants are recorded upon distribution. There were no amounts allocated to accounts of persons who have elected to withdraw from the Plan, but have not yet been paid, at December 31, 2016 and 2015.

**Subsequent Events**—Subsequent events were evaluated through October 13, 2017, the date the financial statements were available to be issued.

The Plan was amended after December 31, 2016, in connection with certain acquisitions, permitting the transferred employees of the acquired entity to participate in the Plan.  The Plan amendments gave the transferred employees credit for service with their former employer for purposes of meeting the eligibility requirements to participate in the allocation of employer contributions in 2017 and for vesting.

Plan Management is also in the process of amending the Plan in connection with other acquisitions effective October 2017.

## 3.   FAIR VALUE MEASUREMENTS

ASC 820, *Fair Value Measurements and Disclosures*, provides a framework for measuring fair value. That framework provides a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value, as follows: Level 1, which refers to securities valued using unadjusted quoted prices from active markets for identical assets; Level 2, which refers to securities not traded on an active market but for which observable market inputs are readily available; and Level 3, which refers to securities valued based on significant unobservable inputs. Assets are classified in their entirety based on the lowest level of input that is significant to the fair value measurement.

**Asset Valuation Techniques**—The following is a description of the valuation methodologies used for assets measured at fair value. There have been no changes in the methodologies used at December 31, 2016 and 2015.

***Mutual Funds, including CS&Co Personal Choice Accounts***—Valued at the daily closing price as reported by the fund. Mutual funds held by the Plan are open-ended mutual funds that are registered with the Securities and Exchange Commission. These funds are required to publish their daily net asset value and to transact at that price. The mutual funds held by the Plan are deemed to be actively traded.

***Insurance Company General Account***—Cash or short-term money market combined funds, valued at cost plus accrued interest.

- 8 -

The following tables set forth by level within the fair value hierarchy a summary of the Plan's investments measured at fair value on a recurring basis at December 31, 2016 and 2015.

| | Fair Value Measurements at December 31, 2016, using | | |
| --- | --- | --- | --- |
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Total |
| Mutual funds | $767,256,721 | | $767,256,721 |
| CS&Co Personal Choice Accounts | 15,605,988 | | 15,605,988 |
| Insurance company general account | | $1,432,815 | 1,432,815 |
| Total | $782,862,709 | $1,432,815 | $784,295,524 |

| | Fair Value Measurements at December 31, 2015, using | | |
| --- | --- | --- | --- |
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Total |
| Mutual funds | $685,612,951 | | $685,612,951 |
| CS&Co Personal Choice Accounts | 11,866,321 | | 11,866,321 |
| Insurance company general account | | $683,809 | 683,809 |
| Total | $697,479,272 | $683,809 | $698,163,081 |

**Transfers between Levels**—The availability of observable market data is monitored to assess the appropriate classification of financial instruments within the fair value hierarchy. Changes in economic conditions or model-based valuation techniques may require the transfer of financial instruments from one fair value level to another. In such instances, the transfer is reported at the beginning of the reporting period. For the year ended December 31, 2016, there were no transfers between levels.

## 4.   INVESTMENT CONTRACT WITH INSURANCE COMPANY

The GPF is a guaranteed pooled separate account provided under a group annuity contract (the "Contract") issued by TFLIC. Transamerica is the service agent for this Contract. The portfolio of the GPF is maintained separately from TFLIC's general assets. The Plan does not own any underlying securities of this GPF. The Plan has guaranteed benefits under the terms of the Contract. The Contract does not contain any type of market value formula or provision, and the Contract does not have maturity dates. Participant distributions are paid at contract value; however, distributions due to certain Employer initiated events, including, but not limited to, a merger, layoffs, bankruptcy, full or partial Plan termination, and early retirement incentive programs that exceed a certain percentage may be subject to a 5% withdrawal charge. A 5% withdrawal charge applies to the portion of the

aggregate amount of withdrawals made due to Employer initiated events that: (a) during any 12 month period, exceeds 20% of the Plan's balance in the GPF as of the first day of this period or (b) since the Contract date, exceeds 40% of the Plan's balance in the GPF. It is not probable those events, which would limit the Plan's ability to transact at contract value with participants, will occur.

Upon termination of the Contract, the contract value is payable, as directed by the Employer, on the date of transfer. The date of transfer is typically 12 months following Transamerica's receipt of the Employer's notice of termination, but may be as long as 24 months from that date. During this 12- or 24-month period, benefit distributions and participant-directed transfers from the GPF are permitted under the terms of the Contract.

The Contract contains a minimum guaranteed interest rate of 1%. At the beginning of each calendar year, TFLIC determines the declared interest rate, which will be credited to all monies invested in the GPF during such calendar year. The Plan assets under the contract will be credited with the greater of the declared interest rate and the applicable minimum guaranteed interest rate. For the year ended December 31, 2016, the declared interest rate on the GPF was 1%. The primary variables affecting the future crediting rates of the GPF include the current yield of the underlying assets, duration of the underlying assets, and existing differences between the fair value and contract value of the assets.

The crediting rate will track current market yields on a trailing basis. The rate reset allows the contract value to converge with the fair value of the underlying portfolio over time, assuming the portfolio continues to earn the current yield for the period of time equal to the current portfolio duration. To the extent that the underlying portfolio has unrealized and/or realized losses, the future crediting rate may be lower over time than the then-current market rates. Similarly, if the underlying portfolio generates unrealized and/or realized gains, the future crediting rate may be higher than the then-current market rate.

The yield earned by the GPF at December 31, 2016 and 2015, was 2.17% and 2.18%, respectively. This represents the annualized earnings of all investments in the GPF, including earnings recorded for the underlying securities, divided by the fair value of all investments in the GPF at December 31, 2016 and 2015. The yield earned by the GPF with an adjustment to reflect the actual interest rate credited to participants in the GPF at December 31, 2016 and 2015, was 0.99% and 0.99%, respectively.

TFLIC receives a fee based on the balance of the assets of the separate account. Participants cannot transfer their GPF balances to competing fixed income funds. Balances transferred from the GPF to noncompeting funds cannot be transferred to competing fixed income funds for 90 days, but may be transferred back to the GPF at any time. Participants can withdraw their GPF balances at contract value without restriction. The GPF is included in the financial statements at fair value and then adjusted to contract value. Contract value represents contributions made under the Contract, plus earnings, less participant withdrawals and administrative expenses. As of December 31, 2016 and 2015 contract value of the GPF was $227,403,251 and $227,123,269, respectively.

**5.   EXEMPT PARTY-IN-INTEREST TRANSACTIONS**

The Plan held an investment in the GPF and in the insurance company general account issued by TFLIC during the year ended December 31, 2016. Since TFLIC and Transamerica are related organizations, the transactions associated with the investments in the GPF and insurance company general account qualify as exempt party-in-interest transactions. Fees paid by the Plan for investment management services were included as a reduction of the return earned on investments.

**6.   PLAN TERMINATION**

Although it has not expressed any intent to do so, the Employer has the right under the Plan to discontinue its contributions at any time and to terminate the Plan subject to the provisions of ERISA. In the event of Plan termination, participants will become 100% vested in their accounts.

**7.   FEDERAL INCOME TAX STATUS**

The Plan has been designed to qualify under Section 403(b) of the Code. The terms of the Plan have been prepared to conform to Internal Revenue Service ("IRS") rules and regulations. The Plan Sponsor intends to apply for a determination letter on the Plan once the IRS opens such a program. The Plan is required to operate in conformity with the Code to maintain the tax-exempt status for plan participants under Section 403(b). The Plan Sponsor and Plan management believe that the Plan is currently designed in accordance with the applicable requirements of Section 403(b) of the Code and, therefore, believes the Plan is qualified and the related custodial accounts are tax-exempt.

During the years ended December 31, 2016 and 2015, the Plan had an operational issue occur in connection with the execution of certain employee elections to defer specific amounts to the Plan. In order to prevent the Plan from incurring a qualification defect, the Plan Sponsor has already reviewed and corrected more than half of the elective deferral errors identified through the Self-Correction Program and plans to complete any other necessary corrective action in accordance with the acceptable correction methods of the Employee Plans Compliance Resolution System. The Plan Sponsor believes the Plan has maintained its tax-exempt status. Accordingly, no provision for income taxes has been included in these financial statements, and participants are not subject to federal income taxes on employee pre-tax contributions or Plan earnings until withdrawn under the terms of the Plan.

GAAP requires Plan management to evaluate tax positions taken by the Plan and recognize a tax liability (or asset) if the Plan has taken an uncertain position that more likely than not would not be sustained upon examination by the IRS. The Plan administrator has analyzed the tax positions taken by the Plan and has concluded that as of December 31, 2016, there are no uncertain positions taken or expected to be taken that would require recognition of a liability (or asset) or disclosure in the financial statements.

8. **INFORMATION CERTIFIED BY THE CUSTODIAN**

The following is a summary of the unaudited information regarding the Plan as of December 31, 2016 and 2015, and for the year ended December 31, 2016, included in the Plan's financial statements and supplemental schedule that was prepared by or derived from information prepared by the Custodian and furnished to the Plan administrator. The Plan administrator has obtained certifications from the Custodian that such information is complete and accurate.

|  | 2016 | 2015 |
|---|---|---|
| Statements of net assets available for benefits: | | |
| Investments at fair value: | | |
| Mutual funds | $ 782,862,709 | $ 697,479,272 |
| Insurance company general account | 1,432,815 | 683,809 |
| GPF—at contract value | 227,403,251 | 227,123,269 |
| Cash | | 238,045 |
| Notes receivable from participants | 64,634,861 | 64,754,746 |
| Total | $1,076,333,636 | $990,279,141 |
| Statement of changes in net assets available for benefits: | | |
| Net appreciation in fair value of investments | $ 44,657,223 | |
| Interest income | $ 2,748,125 | |
| Dividend income | $ 12,115,868 | |
| Interest income on notes receivable from participants | $ 2,063,860 | |

Supplemental schedules: All investment balances and information included in the supplemental schedule of assets (held at end of year) is certified.

Notes 3 and 4: All investment balances and information is certified, except for the ASC 820 leveling information in Note 3.

9.  **RECONCILIATION OF FINANCIAL STATEMENTS TO FORM 5500**

The following is a reconciliation of net assets available for benefits per the financial statements to the Form 5500 as of December 31, 2016 and 2015:

|  | 2016 | 2015 |
|---|---|---|
| Net assets available for benefits per the financial statements | $1,120,225,367 | $1,035,149,288 |
| Deemed loan distributions | (1,278,082) | (1,248,469) |
| Participant contributions receivable | (2,613,496) | (2,122,562) |
| Employer contributions receivable | (41,478,235) | (42,747,585) |
| Net assets available for benefits per Form 5500 | $1,074,855,554 | $  989,030,672 |

For the year ended December 31, 2016, the following is a reconciliation of contributions per the financial statements to the Form 5500:

| | |
|---|---|
| Total participant contributions per the financial statements | $ 66,377,035 |
| Add participant contributions receivable—December 31, 2015 | 2,122,562 |
| Deduct participant contributions receivable—December 31, 2016 | (2,613,496) |
| Total participant contributions per the Form 5500 | $ 65,886,101 |

| | |
|---|---|
| Employer's basic contribution per the financial statements | $ 25,454,265 |
| Employer's match contribution per the financial statements | 15,867,593 |
| Add employer contributions receivable—December 31, 2015 | 42,747,585 |
| Deduct employer contributions receivable—December 31, 2016 | (41,478,235) |
| Total employer contributions per the Form 5500 | $ 42,591,208 |

For the year ended December 31, 2016, the following is a reconciliation of benefits paid to participants per the financial statements to the Form 5500:

| | |
|---|---|
| Total benefits paid to participants per the financial statements | $90,787,123 |
| Change in deemed loan distributions | 29,613 |
| Total benefits paid and deemed loan distributions per the Form 5500 | $90,816,736 |

* * * * * *

- 13 -

**SUPPLEMENTAL SCHEDULE**

**BAPTIST HEALTH SOUTH FLORIDA, INC.**
**403(b) EMPLOYEE RETIREMENT PLAN**

**Employer ID No: 65-0267668**
**Plan No: 002**

**FORM 5500, SCHEDULE H, PART IV, LINE 4i—SCHEDULE OF ASSETS (HELD AT END OF YEAR)**
**AS OF DECEMBER 31, 2016**

| (a) | (b) Identity of Issue, Borrower, Lessor, or Similar Party | (c) Description of Investment Including Maturity Date, Rate of Interest, Collateral, Par, or Maturity Value | (d) Cost | (e) Current Value |
|---|---|---|---|---|
| * | Transamerica Financial Life Ins Co. | Guaranteed pooled fund | ** | $  227,403,251 |
| * | Transamerica Financial Life Ins Co. | Insurance company general account | ** | 1,432,815 |
| | Neuberger Berman | Mutual fund—Neuberger Berman Socially Responsive Fund | ** | 31,519,321 |
| | JPMorgan | Mutual fund—JP Morgan Small Cap Value Select | ** | 39,609,953 |
| | Legg Mason | Mutual fund—Legg Mason BW Global Opps Bond I | ** | 3,269,193 |
| | Legg Mason | Mutual fund—ClearBridge Small Cap Growth IS | ** | 21,162,691 |
| | LSV | Mutual fund—LSV Value Equity | ** | 73,175,330 |
| | Oppenheimer | Mutual fund—Oppenheimer International Growth I | ** | 38,496,061 |
| | PIMCO | Mutual fund—PIMCO Total Return Instl | ** | 93,090,072 |
| | PIMCO | Mutual fund—PIMCO Low Duration Instl | ** | 7,901,938 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2005 | ** | 4,317,178 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2010 | ** | 22,944,390 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2015 | ** | 17,309,757 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2020 | ** | 32,881,156 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2025 | ** | 28,457,477 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2030 | ** | 35,843,469 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2035 | ** | 36,857,053 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2040 | ** | 43,234,031 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2045 | ** | 38,850,450 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2050 | ** | 35,306,241 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2055 | ** | 14,962,162 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement Balanced | ** | 6,540,333 |
| | Vanguard | Mutual fund—Vanguard Institutional Index | ** | 60,333,312 |
| | Wells Fargo | Mutual fund—Wells Fargo Advantage Growth Fund | ** | 81,195,153 |
| | Charles Schwab Institutional | Various self-directed mutual funds | | 15,605,988 |
| | Total mutual funds and other investments | | | 782,862,709 |
| * | Participant | Notes receivable, interest rates of 3.25% to 10.25%, maturity dates through 2028 *** | | 63,057,706 |
| | | | | $1,074,756,481 |

* Denotes party-in-interest.
** Cost information is not required for participant-directed investments and therefore is not included.
*** Net of $1,278,082 in deemed loan distributions and $99,073 of accrued interest.

See accompanying Independent Auditors' Report.

# Schedule C, Line 2(h) Formula Descriptions

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan**
**EIN No.: 65-0267668, Plan No. 002**
**Plan Year Ending:  12/31/2016**

**Indirect Compensation in the form of revenue sharing was paid to the following Service Providers:**

| | |
|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 13-3689044 |
| NATIONAL FINANCIAL SERVICES | 04-3523567 |

Revenue amounts are shown in annualized basis points of plan assets invested in applicable fund

| Fund Family | Fund Name | Start Date | End Date | Revenue to Transamerica Retirement Solutions | Revenue to National Financial Services |
|---|---|---|---|---|---|
| JP MORGAN | JP MORGAN SMALL CP VAL SELECT | 1/1/2016 | 12/31/2016 | 24.350 | 0.650 |
| LEGG MASON | LEGG MASON BW GLOBAL OPP BD I | 1/1/2016 | 12/31/2016 | 14.610 | 0.390 |
| LSV | LSV VALUE EQUITY FUND | 1/1/2016 | 12/31/2016 | 11.688 | 0.312 |
| NEUBERGER BERMAN | NEUBRGER BRMAN SOCIALLY RESP I | 1/1/2016 | 12/31/2016 | 9.740 | 0.260 |
| PIMCO | PIMCO LOW DURATION BOND FUND | 1/1/2016 | 6/28/2016 | 24.350 | 0.650 |
| PIMCO | PIMCO TOTAL RETURN,ADMIN CLASS | 1/1/2016 | 6/28/2016 | 24.350 | 0.650 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2005 | 1/1/2016 | 12/31/2016 | 14.610 | 0.390 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2010 | 1/1/2016 | 12/31/2016 | 14.610 | 0.390 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2015 | 1/1/2016 | 12/31/2016 | 14.610 | 0.390 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2020 | 1/1/2016 | 12/31/2016 | 14.610 | 0.390 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2025 | 1/1/2016 | 12/31/2016 | 14.610 | 0.390 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2030 | 1/1/2016 | 12/31/2016 | 14.610 | 0.390 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2035 | 1/1/2016 | 12/31/2016 | 14.610 | 0.390 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2040 | 1/1/2016 | 12/31/2016 | 14.610 | 0.390 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2045 | 1/1/2016 | 12/31/2016 | 14.610 | 0.390 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2050 | 1/1/2016 | 12/31/2016 | 14.610 | 0.390 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2055 | 1/1/2016 | 12/31/2016 | 14.610 | 0.390 |
| T ROWE PRICE | T. ROWE PRICE BALANCED | 1/1/2016 | 12/31/2016 | 14.610 | 0.390 |
| WELLS FARGO | WELLS FARGO GROWTH INST | 1/1/2016 | 12/31/2016 | 14.610 | 0.390 |

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan**
**EIN No.: 65-0267668, Plan No. 002**
**Schedule H, Line 4i - Schedule of Assets**
**Plan Year Ending:  12/31/2016**

| (a) | (b)<br>Identity of Issuer, Borrower,<br>Lessor or Similar Party | (c)<br>Description of Investment, Including Maturity Date,<br>Rate of Interest, Par or Maturity Value | (e)<br>CURRENT VALUE | |
|---|---|---|---|---|
| | Transamerica Financial Life Ins. Co. | Insurance Company/General Account | $ | 1,432,815 |
| | | | | |
| | Legg Mason | ClearBridge Small Cap Growth IS | $ | 21,162,691 |
| | JPMorgan | JPMorgan Small Cap Value Select | $ | 39,609,953 |
| | Legg Mason | Legg Mason BW Global Opps Bond I | $ | 3,269,193 |
| | LSV | LSV Value Equity | $ | 73,175,330 |
| | Neuberger Berman | Neuberger Berman Socially Resp Instl | $ | 31,519,321 |
| | Oppenheimer | Oppenheimer International Growth I | $ | 38,496,061 |
| | PIMCO | PIMCO Low Duration Inst | $ | 7,901,938 |
| | PIMCO | PIMCO Total Return Instl | $ | 93,090,072 |
| | T. Rowe Price | T. Rowe Price Retirement 2005 | $ | 4,317,178 |
| | T. Rowe Price | T. Rowe Price Retirement 2010 | $ | 22,944,390 |
| | T. Rowe Price | T. Rowe Price Retirement 2015 | $ | 17,309,757 |
| | T. Rowe Price | T. Rowe Price Retirement 2020 | $ | 32,881,156 |
| | T. Rowe Price | T. Rowe Price Retirement 2025 | $ | 28,457,477 |
| | T. Rowe Price | T. Rowe Price Retirement 2030 | $ | 35,843,469 |
| | T. Rowe Price | T. Rowe Price Retirement 2035 | $ | 36,857,053 |
| | T. Rowe Price | T. Rowe Price Retirement 2040 | $ | 43,234,031 |
| | T. Rowe Price | T. Rowe Price Retirement 2045 | $ | 38,850,450 |
| | T. Rowe Price | T. Rowe Price Retirement 2050 | $ | 35,306,241 |
| | T. Rowe Price | T. Rowe Price Retirement 2055 | $ | 14,962,162 |
| | T. Rowe Price | T. Rowe Price Retirement Balanced | $ | 6,540,333 |
| | Vanguard | Vanguard Institutional Index | $ | 60,333,312 |
| | Wells Fargo | Wells Fargo Growth I | $ | 81,195,153 |
| | | **Mutual Funds Total** | **$** | **767,256,721** |
| | | | | |
| | Charles Schwab Institutional | Personal Choice Retirement Account (Other Funds) | **$** | **15,605,988** |
| | | | | |
| | Transamerica Financial Life Ins. Co. | Guaranteed Pooled Fund (Unbundled) | $ | 227,403,251 |
| | | **Separate Account Total** | **$** | **227,403,251** |
| | | | | |
| * | Participants | Notes Receivable with interest rates of 3.25% to 10.25% | **$** | **63,057,706** |
| | | | | |
| | | **TOTAL PLAN ASSETS** | **$** | **1,074,756,481** |

* Indicates Party-In-Interest to the Plan

# EXHIBIT A-3

# Form 5500

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

## Annual Return/Report of Employee Benefit Plan

This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code).

▶ **Complete all entries in accordance with the instructions to the Form 5500.**

OMB Nos. 1210-0110
1210-0089

**2017**

**This Form is Open to Public Inspection**

| **Part I** | **Annual Report Identification Information** |
|---|---|

For calendar plan year 2017 or fiscal plan year beginning  01/01/2017        and ending  12/31/2017

**A** This return/report is for:　☐ a multiemployer plan　　　☐ a multiple-employer plan (Filers checking this box must attach a list of participating employer information in accordance with the form instructions.)

☒ a single-employer plan　　☐ a DFE (specify) ___

**B** This return/report is:　☐ the first return/report　　☐ the final return/report

☐ an amended return/report　　☐ a short plan year return/report (less than 12 months)

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**D** Check box if filing under:　☒ Form 5558　　☐ automatic extension　　☐ the DFVC program

☐ special extension (enter description) ___

| **Part II** | **Basic Plan Information**—enter all requested information |
|---|---|

**1a** Name of plan

BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN

**1b** Three-digit plan number (PN) ▶  002

**1c** Effective date of plan
01/01/1989

**2a** Plan sponsor's name (employer, if for a single-employer plan)
Mailing address (include room, apt., suite no. and street, or P.O. Box)
City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)

BAPTIST HEALTH SOUTH FLORIDA, INC.

6855 RED ROAD
SUITE 500
CORAL GABLES, FL 33143

**2b** Employer Identification Number (EIN)
65-0267668

**2c** Plan Sponsor's telephone number
786-662-7178

**2d** Business code (see instructions)
622000

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 10/15/2018 | MATTHEW ARSENAULT |
|---|---|---|---|
| | Signature of plan administrator | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | | | |
| | Signature of employer/plan sponsor | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | |
| | Signature of DFE | Date | Enter name of individual signing as DFE |

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.

Form 5500 (2017)
v. 170203

Form 5500 (2017)                                                                                          Page **2**

| **3a** Plan administrator's name and address [X] Same as Plan Sponsor | **3b** Administrator's EIN |
|---|---|
| | **3c** Administrator's telephone number |

| **4** If the name and/or EIN of the plan sponsor or the plan name has changed since the last return/report filed for this plan, enter the plan sponsor's name, EIN, the plan name and the plan number from the last return/report: | **4b** EIN |
|---|---|
| **a** Sponsor's name | **4d** PN |
| **c** Plan Name | |

| | | |
|---|---|---|
| **5** Total number of participants at the beginning of the plan year | **5** | 18494 |
| **6** Number of participants as of the end of the plan year unless otherwise stated (welfare plans complete only lines **6a(1), 6a(2), 6b, 6c,** and **6d**). | | |
| **a(1)** Total number of active participants at the beginning of the plan year ..................... | **6a(1)** | 14987 |
| **a(2)** Total number of active participants at the end of the plan year ..................... | **6a(2)** | 16125 |
| **b** Retired or separated participants receiving benefits ......................................... | **6b** | 240 |
| **c** Other retired or separated participants entitled to future benefits ......................... | **6c** | 3507 |
| **d** Subtotal. Add lines **6a(2), 6b,** and **6c** ............................................... | **6d** | 19872 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits. | **6e** | 94 |
| **f** Total. Add lines **6d** and **6e** ................................................... | **6f** | 19966 |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item)................................................... | **6g** | 19735 |
| **h** Number of participants who terminated employment during the plan year with accrued benefits that were less than 100% vested ............................................... | **6h** | 361 |
| **7** Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item)..... | **7** | |

**8a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristics Codes in the instructions:

2F   2G   2L   2M   2R   2S   2T   3H

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristics Codes in the instructions:

| **9a** Plan funding arrangement (check all that apply) | | **9b** Plan benefit arrangement (check all that apply) | |
|---|---|---|---|
| **(1)** [X] Insurance | | **(1)** [X] Insurance | |
| **(2)** Code section 412(e)(3) insurance contracts | | **(2)** Code section 412(e)(3) insurance contracts | |
| **(3)** [X] Trust | | **(3)** [X] Trust | |
| **(4)** General assets of the sponsor | | **(4)** General assets of the sponsor | |

**10** Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached.  (See instructions)

| **a** Pension Schedules | | **b** General Schedules | |
|---|---|---|---|
| **(1)** [X] **R** (Retirement Plan Information) | | **(1)** [X] **H** (Financial Information) | |
| **(2)** [ ] **MB** (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary | | **(2)** [ ] **I** (Financial Information – Small Plan) | |
| | | **(3)** [X] _1_ **A** (Insurance Information) | |
| | | **(4)** [X] **C** (Service Provider Information) | |
| **(3)** [ ] **SB** (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary | | **(5)** [X] **D** (DFE/Participating Plan Information) | |
| | | **(6)** [ ] **G** (Financial Transaction Schedules) | |

Form 5500 (2017)                                                                                    Page **3**

| Part III | Form M-1 Compliance Information (to be completed by welfare benefit plans) |
|---|---|

**11a** If the plan provides welfare benefits, was the plan subject to the Form M-1 filing requirements during the plan year? (See instructions and 29 CFR 2520.101-2.) ..........................…….…… ☐  Yes   ☐   No

   If "Yes" is checked, complete lines 11b and 11c.

**11b** Is the plan currently in compliance with the Form M-1 filing requirements? (See instructions and 29 CFR 2520.101-2.) ……….. ☐ Yes   ☐   No

**11c** Enter the Receipt Confirmation Code for the 2017 Form M-1 annual report.  If the plan was not required to file the 2017 Form M-1 annual report, enter the Receipt Confirmation Code for the most recent Form M-1 that was required to be filed under the Form M-1 filing requirements. (Failure to enter a valid Receipt Confirmation Code will subject the Form 5500 filing to rejection as incomplete.)

   Receipt Confirmation Code_____

## SCHEDULE A
**(Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security Administration

Pension Benefit Guaranty Corporation

# Insurance Information

This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).

▶ **File as an attachment to Form 5500.**

▶ Insurance companies are required to provide the information pursuant to ERISA section 103(a)(2).

OMB No. 1210-0110

## 2017

**This Form is Open to Public Inspection**

For calendar plan year 2017 or fiscal plan year beginning  01/01/2017   and ending  12/31/2017

| **A** Name of plan | | **B** Three-digit plan number (PN) ▶ | 002 |
|---|---|---|---|
| BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN | | | |

| **C** Plan sponsor's name as shown on line 2a of Form 5500 | **D** Employer Identification Number (EIN) |
|---|---|
| BAPTIST HEALTH SOUTH FLORIDA, INC. | 65-0267668 |

| **Part I** | **Information Concerning Insurance Contract Coverage, Fees, and Commissions** Provide information for each contract on a separate Schedule A.  Individual contracts grouped as a unit in Parts II and III can be reported on a single Schedule A. |
|---|---|

**1**  Coverage Information:

**(a)** Name of insurance carrier

TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY

| **(b)** EIN | **(c)** NAIC code | **(d)** Contract or identification number | **(e)** Approximate number of persons covered at end of policy or contract year | Policy or contract year | |
|---|---|---|---|---|---|
| | | | | **(f)** From | **(g)** To |
| 36-6071399 | 70688 | TT069362 | 19735 | 01/01/2017 | 12/31/2017 |

**2**  Insurance fee and commission information. Enter the total fees and total commissions paid.  List in line 3 the agents, brokers, and other persons in descending order of the amount paid.

| **(a)** Total amount of commissions paid | **(b)** Total amount of fees paid |
|---|---|
| | |

**3**  Persons receiving commissions and fees.  (Complete as many entries as needed to report all persons).

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**

**Schedule A (Form 5500) 2017**
**v. 170203**

Schedule A  (Form 5500) 2017                                                Page **2** – 1

---

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

Schedule A  (Form 5500) 2017                                                    Page **3**

| Part II | Investment and Annuity Contract Information |
|---------|---------------------------------------------|
| | Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report. |

| | | | |
|---|---|---|---|
| **4** | Current value of plan's interest under this contract in the general account at year end.................................................... | **4** | 1953188 |
| **5** | Current value of plan's interest under this contract in separate accounts at year end........................................................... | **5** | 225028293 |

**6** Contracts With Allocated Funds:

**a** State the basis of premium rates ▶

| | | | |
|---|---|---|---|
| **b** | Premiums paid to carrier..................................................................................................................... | **6b** | |
| **c** | Premiums due but unpaid at the end of the year............................................................................. | **6c** | |
| **d** | If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount......................................................................... | **6d** | |

Specify nature of costs ▶

**e** Type of contract:   (1) ☐ individual policies        (2) ☐ group deferred annuity

(3) ☐ other (specify)   ▶

**f** If contract purchased, in whole or in part, to distribute benefits from a terminating plan, check here        ▶ ☐

**7** Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

**a** Type of contract:   (1) ☐ deposit administration       (2) ☐ immediate participation guarantee

(3) ☒ guaranteed investment      (4) ☐ other ▶

| | | | |
|---|---|---|---|
| **b** | Balance at the end of the previous year................................................................................. | **7b** | 1432815 |

| | | | | |
|---|---|---|---|---|
| **c** | Additions:  (1) Contributions deposited during the year................................ | **7c(1)** | | 1171 |
| | (2) Dividends and credits............................................................. | **7c(2)** | | |
| | (3) Interest credited during the year............................................ | **7c(3)** | | 7126 |
| | (4) Transferred from separate account ....................................... | **7c(4)** | | |
| | (5) Other (specify below) ............................................................ | **7c(5)** | | 1694153 |
| | ▶ ADDITIONS TO FORFEITURES AND EBA | | | |
| | (6)Total additions ..................................................................... | **7c(6)** | | 1702450 |
| **d** | Total of balance and additions (add lines **7b** and **7c(6)**). ......................................... | **7d** | | 3135265 |
| **e** | Deductions: | | | |
| | (1) Disbursed from fund to pay benefits or purchase annuities during year | **7e(1)** | | |
| | (2) Administration charge made by carrier................................. | **7e(2)** | | 6155 |
| | (3) Transferred to separate account .......................................... | **7e(3)** | | |
| | (4) Other (specify below)............................................................ | **7e(4)** | | 1175922 |
| | ▶ ALLOCATED EXPENSES | | | |
| | (5) Total deductions .................................................................. | **7e(5)** | | 1182077 |
| **f** | Balance at the end of the current year (subtract line **7e(5)** from line **7d**)............... | **7f** | | 1953188 |

Schedule A  (Form 5500) 2017                                                    Page **4**

| Part III | Welfare Benefit Contract Information |
|---|---|
| | If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organizations(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit.  Where contracts cover individual employees, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report. |

**8** Benefit and contract type (check all applicable boxes)

**a** ☐ Health (other than dental or vision)    **b** ☐ Dental    **c** ☐ Vision    **d** ☐ Life insurance

**e** ☐ Temporary disability (accident and sickness)    **f** ☐ Long-term disability    **g** ☐ Supplemental unemployment    **h** ☐ Prescription drug

**i** ☐ Stop loss (large deductible)    **j** ☐ HMO contract    **k** ☐ PPO contract    **l** ☐ Indemnity contract

**m** ☐ Other (specify) ▶

**9** Experience-rated contracts:

| | | | |
|---|---|---|---|
| **a** Premiums: (1) Amount received............................................................... | **9a(1)** | | |
| (2) Increase (decrease) in amount due but unpaid.............................. | **9a(2)** | | |
| (3) Increase (decrease) in unearned premium reserve............................ | **9a(3)** | | |
| (4) Earned (**(1) + (2) - (3)**)............................................................... | | **9a(4)** | |
| **b** Benefit charges (1) Claims paid ......................................................... | **9b(1)** | | |
| (2) Increase (decrease) in claim reserves................................. | **9b(2)** | | |
| (3) Incurred claims (add **(1)** and **(2)**)....................................... | | **9b(3)** | |
| (4) Claims charged.................................................................... | | **9b(4)** | |
| **c** Remainder of premium: (1) Retention charges (on an accrual basis) -- | | | |
| (A) Commissions ................................................................... | **9c(1)(A)** | | |
| (B) Administrative service or other fees ................................. | **9c(1)(B)** | | |
| (C) Other specific acquisition costs ...................................... | **9c(1)(C)** | | |
| (D) Other expenses ............................................................... | **9c(1)(D)** | | |
| (E) Taxes.............................................................................. | **9c(1)(E)** | | |
| (F) Charges for risks or other contingencies ......................... | **9c(1)(F)** | | |
| (G) Other retention charges .................................................. | **9c(1)(G)** | | |
| (H) Total retention ................................................................. | | **9c(1)(H)** | |
| (2) Dividends or retroactive rate refunds.  (These amounts were ☐ paid in cash, or ☐ credited.) ................... | | **9c(2)** | |
| **d** Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement............... | | **9d(1)** | |
| (2) Claim reserves.................................................................... | | **9d(2)** | |
| (3) Other reserves.................................................................... | | **9d(3)** | |
| **e** Dividends or retroactive rate refunds due.  (Do not include amount entered in line **9c(2)**.)........................... | | **9e** | |

**10** Nonexperience-rated contracts:

| | | | |
|---|---|---|---|
| **a** Total premiums or subscription charges paid to carrier ....................................................... | | **10a** | |
| **b** If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, line 2 above, report amount. ...................... | | **10b** | |
| Specify nature of costs. | | | |

| Part IV | Provision of Information |
|---|---|

| **11** | Did the insurance company fail to provide any information necessary to complete Schedule A? ............. | ☐ Yes | ☒ No |
|---|---|---|---|

**12** If the answer to line 11 is "Yes," specify the information not provided.  ▶

| SCHEDULE C<br>**(Form 5500)**<br><br><small>Department of the Treasury<br>Internal Revenue Service</small><br><br><small>Department of Labor<br>Employee Benefits Security Administration</small><br><br><small>Pension Benefit Guaranty Corporation</small> | **Service Provider Information**<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2017**<br><br>**This Form is Open to Public Inspection.** |

| For calendar plan year 2017 or fiscal plan year beginning | 01/01/2017 | and ending | 12/31/2017 |

| **A** Name of plan<br>BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN | **B** Three-digit<br>plan number (PN)     ▶ | 002 |

| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>BAPTIST HEALTH SOUTH FLORIDA, INC. | **D** Employer Identification Number (EIN)<br>65-0267668 |

---

| **Part I** | **Service Provider Information (see instructions)** |

You must complete this Part, in accordance with the instructions, to report the information required for **each person** who received, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of monetary value) in connection with services rendered to the plan or the person's position with the plan during the plan year. If a person received **only** eligible indirect compensation for which the plan received the required disclosures, you are required to answer line 1 but are not required to include that person when completing the remainder of this Part.

## 1  Information on Persons Receiving Only Eligible Indirect Compensation

**a** Check "Yes" or "No" to indicate whether you are excluding a person from the remainder of this Part because they received only eligible indirect compensation for which the plan received the required disclosures (see instructions for definitions and conditions)................ ☒ Yes ☐ No

**b** If you answered line 1a "Yes," enter the name and EIN or address of each person providing the required disclosures for the service providers who received only eligible indirect compensation. Complete as many entries as needed (see instructions).

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

TRANSAMERICA RETIREMENT SOLUTIONS

13-3689044

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

CHARLES SCHWAB & CO., INC

94-1737782

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**          **Schedule C (Form 5500) 2017**
**v.170203**

Page **2-** 1

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

Schedule C (Form 5500) 2017                                                      Page **3** - 1

---

**2. Information on Other Service Providers Receiving Direct or Indirect Compensation.** Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

**(a)** Enter name and EIN or address (see instructions)

TRANSAMERICA RETIREMENT SOLUTIONS

13-3689044

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 12 15 28 37 38 50 54 59 61 62 63 64 65 | RECORDKEEPER | 1110440 | Yes [X]  No [ ] | Yes [X]  No [ ] | 0 | Yes [X]  No [ ] |

**(a)** Enter name and EIN or address (see instructions)

NATIONAL FINANCIAL SERVICES

04-3523567

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 33 71 | SECURITIES BROKER | 0 | Yes [X]  No [ ] | Yes [ ]  No [X] | 0 | Yes [X]  No [ ] |

**(a)** Enter name and EIN or address (see instructions)

CHARLES SCHWAB & CO., INC.

94-1737782

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 33 71 | SECURITIES BROKER | 3236 | Yes [X]  No [ ] | Yes [X]  No [ ] | 0 | Yes [X]  No [ ] |

Schedule C (Form 5500) 2017

Page **3 -** [ 2 ]

---

**2. Information on Other Service Providers Receiving Direct or Indirect Compensation.** Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

**(a)** Enter name and EIN or address (see instructions)

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan.  If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f).  If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
|  |  |  | Yes ☐  No ☐ | Yes ☐  No ☐ |  | Yes ☐  No ☐ |

**(a)** Enter name and EIN or address (see instructions)

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan.  If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f).  If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
|  |  |  | Yes ☐  No ☐ | Yes ☐  No ☐ |  | Yes ☐  No ☐ |

**(a)** Enter name and EIN or address (see instructions)

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan.  If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f).  If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
|  |  |  | Yes ☐  No ☐ | Yes ☐  No ☐ |  | Yes ☐  No ☐ |

Schedule C (Form 5500) 2017                                                    Page **4 -** 1

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| JP MORGAN       30 DAN ROAD CANTON, MA 02021 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LEGG MASON       100 FIRST STAMFORD PLACE STAMFORD, CT 06902 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LSV       155 NORTH WACKER DRIVE SUITE 4600 CHICAGO, IL 60606 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

Schedule C (Form 5500) 2017          Page **4** - 2

| Part I | Service Provider Information (continued) |
| --- | --- |

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
| --- | --- | --- |
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| NEUBERGER BERMAN      605 THIRD AVENUE 36TH FLOOR NEW YORK, NY 10158 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
| --- | --- | --- |
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| T ROWE PRICE      100 EAST PRATT STREET BALTIMORE, MD 21202 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
| --- | --- | --- |
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| WELLS FARGO      30 DAN ROAD CANTON, MA 02021 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

Schedule C (Form 5500) 2017                                                    Page **4** - 3

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| JP MORGAN          30 DAN ROAD CANTON, MA 02021 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LEGG MASON          100 FIRST STAMFORD PLACE STAMFORD, CT 06902 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LSV          155 NORTH WACKER DRIVE SUITE 4600 CHICAGO, IL 60606 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

Schedule C (Form 5500) 2017

Page **4 -** 4

| Part I | Service Provider Information (continued) |
|--------|------------------------------------------|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| NEUBERGER BERMAN            605 THIRD AVENUE 36TH FLOOR NEW YORK, NY 10158 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| T ROWE PRICE            100 EAST PRATT STREET BALTIMORE, MD 21202 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| WELLS FARGO            30 DAN ROAD CANTON, MA 02021 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

Schedule C (Form 5500) 2017                                                                 Page **4** - 5

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AIG<br><br>95-4715639 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AKRE<br><br>54-1968332 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| ALGER<br><br>13-2665689 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2017

Page **4 -** 6

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| ALLIANZ FUNDS<br><br>06-1349805 | RANGE OF 0.02 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| ALPS<br><br>84-0996383 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AMERICAN BEACON<br><br>75-2401150 | RANGE OF 0.10 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

Schedule C (Form 5500) 2017                                                    Page **4 -** 7

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AMERICAN CENTURY INVESTMENTS<br><br>43-0821857 | RATE OF 0.35% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AMERICAN FUNDS<br><br>95-1411037 | RATE OF 0.37% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| ARIEL INVESTMENTS     200 E. RANDOLPH STREET<br>SUITE 2900<br>CHICAGO, IL 60601 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2017                                                                Page **4 -** 8

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| ARTISAN<br><br>39-1811840 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| BRANDES<br><br>33-0635360 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| BROWN ADVISORY FUNDS<br><br>52-1952888 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2017                                                    Page **4** - 9

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| BROWN CAPITAL MANAGEMENT, LLC    1201 NORTH CALVERT STREET BALTIMORE, MD 21202 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| BUFFALO    1961 WEHRLE DRIVE SUITE 5 BUFFALO, NY 14221 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| CALVERT INVESTMENTS    4550 MONTGOMERY AVENUE BETHESDA, MD 20814 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2017                                                                    Page **4** - 10

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| CARILLON FAMILY OF FUNDS<br><br>59-2385219 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| COLUMBIA<br><br>93-0577450 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| DIAMOND HILL FUNDS<br><br>31-6547095 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2017                                                        Page **4** - 11

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| DIMENSIONAL FUND ADVISORS<br><br>22-2370029 | RATE OF 0.25% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| DIREXION FUNDS<br><br>13-4143904 | RATE OF 0.45% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| DOUBLELINE      333 S. GRAND AVE<br>FLOOR 18<br>LOS ANGELES, CA 90071 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2017                                                   Page **4** - 12

| Part I | Service Provider Information (continued) |
|--------|------------------------------------------|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| EATON VANCE<br><br>04-2718215 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| FEDERATED<br><br>25-1111467 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| FIDELITY INVESTMENTS<br><br>06-1194217 | RANGE OF 0.10 - 0.50% OF AVERAGE DAILY BALANCE OF ASSETS |

Schedule C (Form 5500) 2017

Page **4** - 13

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| FIRST EAGLE<br><br>13-3392291 | RANGE OF 0.10 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| FMI FUNDS<br><br>39-1861095 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| FRANKLIN TEMPLETON INVESTMENTS<br><br>94-3167260 | RANGE OF 0.15 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

Schedule C (Form 5500) 2017                                                        Page **4** - 14

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| GABELLI<br><br>13-3340139 | RATE OF 0.35% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| GLENMEDE          1650 MARKET STREET<br>                  SUITE 1200<br>                  PHILADELPHIA, PA 19103 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| GOLDMAN SACHS     30 HUDSON STREET<br>                  JERSEY CITY, NJ 07302 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2017                                                                Page **4 -** 15

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| HARDING LOEVNER                400 CROSSING BLVD FOURTH FLOOR BRIDGEWATER, NJ 08807 | RANGE OF 0.08 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| HARTFORD MUTUAL FUNDS

13-3317783 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| HENNESSY

68-0377264 | RANGE OF 0.10 - 0.50% OF AVERAGE DAILY BALANCE OF ASSETS |

Schedule C (Form 5500) 2017                                                                Page **4** - 16

| Part I | Service Provider Information (continued) |
| --- | --- |

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| INFINITY Q              1355 PEACHTREE ST NE SUITE 750 ATLANTA, GA 30309 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| INVESCO  58-2287224 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| IVA FUNDS  41-2253838 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2017                                                    Page **4** - 17

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| JANUS HENDERSON<br><br>43-1804048 | RATE OF 0.35% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| JENSEN<br><br>93-0978027 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| JPMORGAN<br><br>13-2624428 | RATE OF 0.07% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2017

Page **4** - 18

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| KOPERNIK    302 KNIGHTS RUN AVENUE SUITE 1225 TAMPA, FL 33602 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LAZARD    30 ROCKEFELLER PLAZA NEW YORK, NY 10112 | RANGE OF 0.10 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LEGG MASON    100 FIRST STAMFORD PLACE STAMFORD, CT 06902 | RANGE OF 0.10 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

Schedule C (Form 5500) 2017

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LJM FUNDS<br><br>45-0498308 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LORD ABBETT<br><br>13-3731507 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LYRICAL                755 COMMERCE DRIVE<br>SUITE 905<br>DECATUR, GA 30030 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2017

Page **4 -** 20

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MAINGATE TRUST          6075 POPULAR AVENUE SUITE 720 MEMPHIS, TN 38119 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MANNING & NAPIER          155 FLEET STREET PLYMOUTH, NH 03801 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MATTHEWS ASIA FUNDS            94-3250972 | RANGE OF 0.33 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

Schedule C (Form 5500) 2017

Page **4** - 21

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| METROPOLITAN WEST FUNDS<br><br>95-4597302 | RATE OF 0.35% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MFS<br><br>04-3253929 | RATE OF 0.45% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MORGAN STANLEY<br><br>36-3145972 | RATE OF 0.38% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2017        Page **4 -** 22

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MOTLEY FOOL<br><br>54-1742975 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| NATIXIS FUNDS<br><br>52-2257782 | RATE OF 0.55% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| NEUBERGER BERMAN<br><br>13-3216325 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2017                                                      Page **4 -** 23

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| NORTHERN FUNDS  36-3608252 | RATE OF 0.25% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| OAK ASSOCIATES  225 PICTORIA DRIVE SUITE 450 CINCINNATI, OH 45246 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| OAK RIDGE FUNDS  10 SOUTH LA SALLE STREET SUITE 1900 CHICAGO, IL 60603 | RATE OF 0.60% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2017                                                Page **4** - 24

| Part I | Service Provider Information (continued) |
|--------|------------------------------------------|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| OAKMARK<br><br>52-2257782 | RATE OF 0.35% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| OPPENHEIMERFUNDS<br><br>13-2527171 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| OSTERWEIS<br><br>94-2871718 | RATE OF 0.08% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2017            Page **4 -** | 25 |

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PACIFIC FINANCIAL<br><br>91-1257006 | RATE OF 0.25% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PARNASSUS<br><br>94-6579180 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PIONEER INVESTMENTS<br><br>13-5657669 | RATE OF 0.60% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2017                                                                Page **4** - 26

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PRINCIPAL FUNDS<br><br>42-1520346 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PROFUNDS<br><br>52-2035197 | RANGE OF 0.40 - 0.45% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PRUDENTIAL FUNDS (PGIM INVESTMENTS)   149 MILL STREET<br>BROCKTON, MA 02301 | RATE OF 0.25% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2017

Page **4 -** 27

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| RIVERNORTH FUNDS        325 NORTH LA SALLE DRIVE SUITE 645 CHICAGO, IL 60654 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| RMB FUNDS        115 SOUTH LA SALLE 34TH FLOOR CHICAGO, IL 60603 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| SCHWAB FUNDS 94-3106735 | RANGE OF 0.02 - 0.25% OF AVERAGE DAILY BALANCE OF ASSETS |

Schedule C (Form 5500) 2017

Page **4** - 28

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| STATE STREET GLOBAL ADVISORS<br><br>42-1704580 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| T. ROWE PRICE<br><br>52-2264646 | RATE OF 0.15% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| THE PACIFIC FINANCIAL GROUP      2077 WEST COAST HIGHWAY<br>NEWPORT BEACH, CA 92663 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2017                                                                 Page **4 -** 29

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| THIRD AVENUE<br><br>01-0690900 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| TOCQUEVILLE<br><br>13-3549887 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| TORTOISE CAPITAL ADVISORS     11550 ASH STREET<br>    SUITE 300<br>    LEAKWOOD, KS 66211 | RANGE OF 0.10 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

Schedule C (Form 5500) 2017

Page **4 -** 30

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| TRUST FOR PROFESSIONAL MGRS(PTIA)    292 MADISON AVENUE<br>14TH FLOOR<br>NEW YORK, NY 10017 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| U.S. GLOBAL INVESTORS<br><br>74-1619375 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| USAA<br><br>74-0959140 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2017                                                    Page **4** - 31

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| VAN ECK          122 EAST 42ND STREET NEW YORK, NY 10168 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| VERSUS CAPITAL          5555 DTC PARKWAY SUITE 330 GREENWOOD VILLAGE, CO 80111 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| VICTORY          100 PEARL STREET 9TH FLOOR HARTFORD, CT 06103 | RANGE OF 0.10 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

Schedule C (Form 5500) 2017

Page **4 -** 32

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| VIRTUS<br><br>95-4191764 | RATE OF 0.31% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| WASATCH<br><br>87-0319391 | RANGE OF 0.38 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
|  |  |  |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
|  |  |

Schedule C (Form 5500) 2017                                          Page **5 -** [1]

| **Part II** | **Service Providers Who Fail or Refuse to Provide Information** |
| --- | --- |

**4**   Provide, to the extent possible, the following information for each service provider who failed or refused to provide the information necessary to complete this Schedule.

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| --- | --- | --- |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |

Schedule C (Form 5500) 2017

Page **6** - 1

| **Part III** | **Termination Information on Accountants and Enrolled Actuaries (see instructions)** |
|---|---|

(complete as many entries as needed)

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |

Explanation:

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |

Explanation:

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |

Explanation:

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |

Explanation:

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |

Explanation:

| SCHEDULE D<br>(Form 5500)<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration | DFE/Participating Plan Information<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ File as an attachment to Form 5500. | OMB No. 1210-0110<br><br>**2017**<br><br>**This Form is Open to Public Inspection.** |
|---|---|---|

| For calendar plan year 2017 or fiscal plan year beginning 01/01/2017 | and ending 12/31/2017 |
|---|---|

| **A** Name of plan<br>BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN | **B**  Three-digit<br>plan number (PN)  ▶  002 |
|---|---|
| **C** Plan or DFE sponsor's name as shown on line 2a of Form 5500<br>BAPTIST HEALTH SOUTH FLORIDA, INC. | **D**  Employer Identification Number (EIN)<br>65-0267668 |

| **Part I** | **Information on interests in MTIAs, CCTs, PSAs, and 103-12 IEs (to be completed by plans and DFEs)**<br>(Complete as many entries as needed to report all interests in DFEs) |
|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:   GUARANTEED POOLED FUND

**b** Name of sponsor of entity listed in (a):   TRANSAMERICA FINANCIAL LIFE INSURANCE CO

| **c** EIN-PN  36-6071399-005 | **d** Entity code  P | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions)   225028293 |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.          Schedule D (Form 5500) 2017
v.170203

Page **2** - 1

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

Schedule D (Form 5500) 2017                                                          Page **3** - ☐ 1

| **Part II** | **Information on Participating Plans (to be completed by DFEs)** |
|---|---|
| | (Complete as many entries as needed to report all participating plans) |

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

| SCHEDULE H (Form 5500) | Financial Information | OMB No. 1210-0110 |
|---|---|---|

**SCHEDULE H**
**(Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security Administration

Pension Benefit Guaranty Corporation

**Financial Information**

This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA), and section 6058(a) of the Internal Revenue Code (the Code).

▶ **File as an attachment to Form 5500.**

OMB No. 1210-0110

**2017**

**This Form is Open to Public Inspection**

For calendar plan year 2017 or fiscal plan year beginning  01/01/2017                      and ending   12/31/2017

**A** Name of plan
BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN

**B** Three-digit
plan number (PN)  ▶   002

**C** Plan sponsor's name as shown on line 2a of Form 5500
BAPTIST HEALTH SOUTH FLORIDA, INC.

**D** Employer Identification Number (EIN)
65-0267668

| Part I | Asset and Liability Statement |
|---|---|

**1** Current value of plan assets and liabilities at the beginning and end of the plan year. Combine the value of plan assets held in more than one trust. Report the value of the plan's interest in a commingled fund containing the assets of more than one plan on a line-by-line basis unless the value is reportable on lines 1c(9) through 1c(14). Do not enter the value of that portion of an insurance contract which guarantees, during this plan year, to pay a specific dollar benefit at a future date. **Round off amounts to the nearest dollar.** MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 1b(1), 1b(2), 1c(8), 1g, 1h, and 1i. CCTs, PSAs, and 103-12 IEs also do not complete lines 1d and 1e. See instructions.

| Assets | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|
| **a** Total noninterest-bearing cash ............................................. | 1a | | |
| **b** Receivables (less allowance for doubtful accounts): | | | |
| (1) Employer contributions ........................................ | 1b(1) | | |
| (2) Participant contributions ..................................... | 1b(2) | | |
| (3) Other................................................................... | 1b(3) | 99073 | 151384 |
| **c** General investments: | | | |
| (1) Interest-bearing cash (include money market accounts & certificates of deposit) ........................ | 1c(1) | | |
| (2) U.S. Government securities ................................ | 1c(2) | | |
| (3) Corporate debt instruments (other than employer securities): | | | |
| (A) Preferred ..................................................... | 1c(3)(A) | | |
| (B) All other........................................................ | 1c(3)(B) | | |
| (4) Corporate stocks (other than employer securities): | | | |
| (A) Preferred ..................................................... | 1c(4)(A) | | |
| (B) Common ...................................................... | 1c(4)(B) | | |
| (5) Partnership/joint venture interests ..................... | 1c(5) | | |
| (6) Real estate (other than employer real property) .... | 1c(6) | | |
| (7) Loans (other than to participants) ...................... | 1c(7) | | |
| (8) Participant loans ............................................... | 1c(8) | 63057706 | 66470396 |
| (9) Value of interest in common/collective trusts.......... | 1c(9) | | |
| (10) Value of interest in pooled separate accounts ....... | 1c(10) | 227403251 | 225028293 |
| (11) Value of interest in master trust investment accounts ......................... | 1c(11) | | |
| (12) Value of interest in 103-12 investment entities ....... | 1c(12) | | |
| (13) Value of interest in registered investment companies (e.g., mutual funds)........................................ | 1c(13) | 767256721 | 955316997 |
| (14) Value of funds held in insurance company general account (unallocated contracts)........................................ | 1c(14) | 1432815 | 1953188 |
| (15) Other.................................................................. | 1c(15) | 15605988 | 18854901 |

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.

Schedule H (Form 5500) 2017
v.170203

Schedule H (Form 5500) 2017                Page **2**

| | | | **(a)** Beginning of Year | **(b)** End of Year |
|---|---|---|---|---|
| **1d** | Employer-related investments: | | | |
| | **(1)** Employer securities | **1d(1)** | | |
| | **(2)** Employer real property | **1d(2)** | | |
| **e** | Buildings and other property used in plan operation | **1e** | | |
| **f** | Total assets (add all amounts in lines 1a through 1e) | **1f** | 1074855554 | 1267775159 |

### Liabilities

| | | | | |
|---|---|---|---|---|
| **g** | Benefit claims payable | **1g** | | |
| **h** | Operating payables | **1h** | | |
| **i** | Acquisition indebtedness | **1i** | | |
| **j** | Other liabilities | **1j** | | |
| **k** | Total liabilities (add all amounts in lines 1g through1j) | **1k** | | |

### Net Assets

| | | | | |
|---|---|---|---|---|
| **l** | Net assets (subtract line 1k from line 1f) | **1l** | 1074855554 | 1267775159 |

---

**Part II**   **Income and Expense Statement**

**2**   Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

### Income

| | | | **(a)** Amount | **(b)** Total |
|---|---|---|---|---|
| **a** | **Contributions:** | | | |
| | **(1)** Received or receivable in cash from: **(A)** Employers | **2a(1)(A)** | 41456371 | |
| | **(B)** Participants | **2a(1)(B)** | 73293700 | |
| | **(C)** Others (including rollovers) | **2a(1)(C)** | 8963404 | |
| | **(2)** Noncash contributions | **2a(2)** | | |
| | **(3)** Total contributions. Add lines **2a(1)(A), (B), (C),** and line **2a(2)** | **2a(3)** | | 123713475 |
| **b** | **Earnings on investments:** | | | |
| | **(1)** Interest: | | | |
| | **(A)** Interest-bearing cash (including money market accounts and certificates of deposit) | **2b(1)(A)** | | |
| | **(B)** U.S. Government securities | **2b(1)(B)** | | |
| | **(C)** Corporate debt instruments | **2b(1)(C)** | | |
| | **(D)** Loans (other than to participants) | **2b(1)(D)** | | |
| | **(E)** Participant loans | **2b(1)(E)** | 2176077 | |
| | **(F)** Other | **2b(1)(F)** | 7126 | |
| | **(G)** Total interest. Add lines **2b(1)(A)** through **(F)** | **2b(1)(G)** | | 2183203 |
| | **(2)** Dividends: **(A)** Preferred stock | **2b(2)(A)** | | |
| | **(B)** Common stock | **2b(2)(B)** | | |
| | **(C)** Registered investment company shares (e.g. mutual funds) | **2b(2)(C)** | 16049245 | |
| | **(D)** Total dividends. Add lines **2b(2)(A), (B),** and **(C)** | **2b(2)(D)** | | 16049245 |
| | **(3)** Rents | **2b(3)** | | |
| | **(4)** Net gain (loss) on sale of assets: **(A)** Aggregate proceeds | **2b(4)(A)** | | |
| | **(B)** Aggregate carrying amount (see instructions) | **2b(4)(B)** | | |
| | **(C)** Subtract line **2b(4)(B)** from line **2b(4)(A)** and enter result | **2b(4)(C)** | | |
| | **(5)** Unrealized appreciation (depreciation) of assets: **(A)** Real estate | **2b(5)(A)** | | |
| | **(B)** Other | **2b(5)(B)** | | |
| | **(C)** Total unrealized appreciation of assets. Add lines **2b(5)(A)** and **(B)** | **2b(5)(C)** | | |

Schedule H (Form 5500) 2017                                                                 Page **3**

| | | (a) Amount | (b) Total |
|---|---|---|---|
| (6) Net investment gain (loss) from common/collective trusts ...................... | 2b(6) | | |
| (7) Net investment gain (loss) from pooled separate accounts .................... | 2b(7) | | 2878420 |
| (8) Net investment gain (loss) from master trust investment accounts .......... | 2b(8) | | |
| (9) Net investment gain (loss) from 103-12 investment entities ................... | 2b(9) | | |
| (10) Net investment gain (loss) from registered investment companies (e.g., mutual funds)............................................. | 2b(10) | | 132276936 |
| c Other income..................................................................................... | 2c | | 1905542 |
| d Total income. Add all **income** amounts in column (b) and enter total.................. | 2d | | 279006821 |

## Expenses

| | | (a) Amount | (b) Total |
|---|---|---|---|
| e Benefit payment and payments to provide benefits: | | | |
| (1) Directly to participants or beneficiaries, including direct rollovers............. | 2e(1) | 84539908 | |
| (2) To insurance carriers for the provision of benefits ................................. | 2e(2) | | |
| (3) Other ................................................................................................. | 2e(3) | | |
| (4) Total benefit payments. Add lines **2e(1)** through **(3)** ............................. | 2e(4) | | 84539908 |
| f Corrective distributions (see instructions) .................................................. | 2f | | 21022 |
| g Certain deemed distributions of participant loans (see instructions)............. | 2g | | 416306 |
| h Interest expense................................................................................... | 2h | | |
| i Administrative expenses: **(1)** Professional fees ..................................... | 2i(1) | | |
| (2) Contract administrator fees .................................................................. | 2i(2) | | |
| (3) Investment advisory and management fees ......................................... | 2i(3) | | |
| (4) Other ................................................................................................. | 2i(4) | 1110440 | |
| (5) Total administrative expenses. Add lines **2i(1)** through **(4)**...................... | 2i(5) | | 1110440 |
| j Total expenses. Add all **expense** amounts in column (b) and enter total....... | 2j | | 86087676 |

## Net Income and Reconciliation

| | | (a) Amount | (b) Total |
|---|---|---|---|
| k Net income (loss). Subtract line **2j** from line **2d** ................................... | 2k | | 192919145 |
| l Transfers of assets: | | | |
| (1) To this plan.......................................................................................... | 2l(1) | | 460 |
| (2) From this plan....................................................................................... | 2l(2) | | |

---

**Part III** | **Accountant's Opinion**

**3** Complete lines 3a through 3c if the opinion of an independent qualified public accountant is attached to this Form 5500. Complete line 3d if an opinion is not attached.

**a** The attached opinion of an independent qualified public accountant for this plan is (see instructions):

(1) ☐ Unqualified   (2) ☐ Qualified   (3) ☒ Disclaimer   (4) ☐ Adverse

**b** Did the accountant perform a limited scope audit pursuant to 29 CFR 2520.103-8 and/or 103-12(d)?   ☒ Yes   ☐ No

**c** Enter the name and EIN of the accountant (or accounting firm) below:

(1) Name: DELOITTE & TOUCHE LLP                          (2) EIN: 13-3891517

**d** The opinion of an independent qualified public accountant is **not attached** because:

(1) ☐ This form is filed for a CCT, PSA, or MTIA.   (2) ☐ It will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50.

---

**Part IV** | **Compliance Questions**

**4**    CCTs and PSAs do not complete Part IV. MTIAs, 103-12 IEs, and GIAs do not complete lines 4a, 4e, 4f, 4g, 4h, 4k, 4m, 4n, or 5. 103-12 IEs also do not complete lines 4j and 4l. MTIAs also do not complete line 4l.

During the plan year:

| | | | Yes | No | Amount |
|---|---|---|---|---|---|
| a | Was there a failure to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? Continue to answer "Yes" for any prior year failures until fully corrected. (See instructions and DOL's Voluntary Fiduciary Correction Program.)...................... | 4a | | X | |
| b | Were any loans by the plan or fixed income obligations due the plan in default as of the close of the plan year or classified during the year as uncollectible? Disregard participant loans secured by participant's account balance. (Attach Schedule G (Form 5500) Part I if "Yes" is checked.) ... | 4b | | X | |

Schedule H (Form 5500) 2017                                              Page **4-** | 1 |

| | | | Yes | No | Amount |
|---|---|---|---|---|---|
| **c** | Were any leases to which the plan was a party in default or classified during the year as uncollectible? (Attach Schedule G (Form 5500) Part II if "Yes" is checked.) ..................................... | **4c** | | X | |
| **d** | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 4a. Attach Schedule G (Form 5500) Part III if "Yes" is checked.)................................................................................................ | **4d** | | X | |
| **e** | Was this plan covered by a fidelity bond? .......................................................................... | **4e** | X | | 10000000 |
| **f** | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? .......................................................................................... | **4f** | | X | |
| **g** | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser? .................................... | **4g** | | X | |
| **h** | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser?................... | **4h** | | X | |
| **i** | Did the plan have assets held for investment? (Attach schedule(s) of assets if "Yes" is checked, and see instructions for format requirements.)......................................................... | **4i** | X | | |
| **j** | Were any plan transactions or series of transactions in excess of 5% of the current value of plan assets? (Attach schedule of transactions if "Yes" is checked, and see instructions for format requirements.).......................................................... | **4j** | | X | |
| **k** | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? ....................................................... | **4k** | | X | |
| **l** | Has the plan failed to provide any benefit when due under the plan? ................................. | **4l** | | X | |
| **m** | If this is an individual account plan, was there a blackout period? (See instructions and 29 CFR 2520.101-3.)................................................................................................. | **4m** | | X | |
| **n** | If 4m was answered "Yes," check the "Yes" box if you either provided the required notice or one of the exceptions to providing the notice applied under 29 CFR 2520.101-3. ........................... | **4n** | | X | |

**5a**  Has a resolution to terminate the plan been adopted during the plan year or any prior plan year?........ ☐ Yes  ☒ No
If "Yes," enter the amount of any plan assets that reverted to the employer this year _____.

**5b**  If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

| **5b(1)** Name of plan(s) | **5b(2)** EIN(s) | **5b(3)** PN(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**5c**  If the plan is a defined benefit plan, is it covered under the PBGC insurance program (See ERISA section 4021.)? ...... ☐ Yes  ☐ No  ☐ Not determined
If "Yes" is checked, enter the My PAA confirmation number from the PBGC premium filing for this plan year_____. (See instructions.)

| **SCHEDULE R** (Form 5500) | **Retirement Plan Information** | OMB No. 1210-0110 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | This schedule is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code). | **2017** |
| Department of Labor Employee Benefits Security Administration | | **This Form is Open to Public Inspection.** |
| Pension Benefit Guaranty Corporation | ▶ **File as an attachment to Form 5500.** | |

For calendar plan year 2017 or fiscal plan year beginning 01/01/2017 and ending 12/31/2017

| **A** Name of plan | **B** Three-digit plan number (PN) ▶ | |
|---|---|---|
| BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN | | 002 |

| **C** Plan sponsor's name as shown on line 2a of Form 5500 | **D** Employer Identification Number (EIN) |
|---|---|
| BAPTIST HEALTH SOUTH FLORIDA, INC. | 65-0267668 |

| **Part I** | **Distributions** |
|---|---|

All references to distributions relate only to payments of benefits during the plan year.

**1** Total value of distributions paid in property other than in cash or the forms of property specified in the instructions ..........

| **1** | 0 |
|---|---|

**2** Enter the EIN(s) of payor(s) who paid benefits on behalf of the plan to participants or beneficiaries during the year (if more than two, enter EINs of the two payors who paid the greatest dollar amounts of benefits):

EIN(s):   13-3689044   _____

**Profit-sharing plans, ESOPs, and stock bonus plans, skip line 3.**

**3** Number of participants (living or deceased) whose benefits were distributed in a single sum, during the plan year..........

| **3** | 1806 |
|---|---|

| **Part II** | **Funding Information** (If the plan is not subject to the minimum funding requirements of section 412 of the Internal Revenue Code or ERISA section 302, skip this Part.) |
|---|---|

**4** Is the plan administrator making an election under Code section 412(d)(2) or ERISA section 302(d)(2)? ..........     ☐ Yes   ☐ No   ☐ N/A

**If the plan is a defined benefit plan, go to line 8.**

**5** If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions and enter the date of the ruling letter granting the waiver.   **Date:**  Month _____   Day _____   Year _____

**If you completed line 5, complete lines 3, 9, and 10 of Schedule MB and do not complete the remainder of this schedule.**

**6  a** Enter the minimum required contribution for this plan year (include any prior year accumulated funding deficiency not waived) ..........

| **6a** | |
|---|---|

**b** Enter the amount contributed by the employer to the plan for this plan year ..........

| **6b** | |
|---|---|

**c** Subtract the amount in line 6b from the amount in line 6a. Enter the result (enter a minus sign to the left of a negative amount) ..........

| **6c** | |
|---|---|

**If you completed line 6c, skip lines 8 and 9.**

**7** Will the minimum funding amount reported on line 6c be met by the funding deadline? ..........     ☐ Yes   ☐ No   ☐ N/A

**8** If a change in actuarial cost method was made for this plan year pursuant to a revenue procedure or other authority providing automatic approval for the change or a class ruling letter, does the plan sponsor or plan administrator agree with the change? ..........     ☐ Yes   ☐ No   ☐ N/A

| **Part III** | **Amendments** |
|---|---|

**9** If this is a defined benefit pension plan, were any amendments adopted during this plan year that increased or decreased the value of benefits? If yes, check the appropriate box. If no, check the "No" box.     ☐ Increase   ☐ Decrease   ☐ Both   ☐ No

| **Part IV** | **ESOPs** (see instructions). If this is not a plan described under section 409(a) or 4975(e)(7) of the Internal Revenue Code, skip this Part. |
|---|---|

**10** Were unallocated employer securities or proceeds from the sale of unallocated securities used to repay any exempt loan?..........     ☐ Yes   ☐ No

**11  a** Does the ESOP hold any preferred stock? ..........     ☐ Yes   ☐ No

**b** If the ESOP has an outstanding exempt loan with the employer as lender, is such loan part of a "back-to-back" loan? (See instructions for definition of "back-to-back" loan.) ..........     ☐ Yes   ☐ No

**12** Does the ESOP hold any stock that is not readily tradable on an established securities market? ..........     ☐ Yes   ☐ No

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.     Schedule R (Form 5500) 2017 v. 170203

Schedule R (Form 5500) 2017

Page **2 -** 1

| Part V | Additional Information for Multiemployer Defined Benefit Pension Plans |
|---|---|

**13**  Enter the following information for each employer that contributed more than 5% of total contributions to the plan during the plan year (measured in dollars). See instructions. *Complete as many entries as needed to report all applicable employers.*

**a**  Name of contributing employer

**b**  EIN                    **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____ Day _____ Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
(1)  Contribution rate (in dollars and cents) _____
(2)  Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify):

**a**  Name of contributing employer

**b**  EIN                    **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____ Day _____ Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
(1)  Contribution rate (in dollars and cents) _____
(2)  Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

**a**  Name of contributing employer

**b**  EIN                    **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____ Day _____ Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
(1)  Contribution rate (in dollars and cents) _____
(2)  Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

**a**  Name of contributing employer

**b**  EIN                    **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____ Day _____ Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
(1)  Contribution rate (in dollars and cents) _____
(2)  Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

**a**  Name of contributing employer

**b**  EIN                    **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____ Day _____ Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
(1)  Contribution rate (in dollars and cents) _____
(2)  Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

**a**  Name of contributing employer

**b**  EIN                    **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____ Day _____ Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
(1)  Contribution rate (in dollars and cents) _____
(2)  Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

Schedule R (Form 5500) 2017                                                                 Page **3**

| | | | |
|---|---|---|---|
| **14** | Enter the number of participants on whose behalf no contributions were made by an employer as an employer of the participant for: | | |
| | **a** The current year ............................................................................................................... | **14a** | |
| | **b** The plan year immediately preceding the current plan year................................................... | **14b** | |
| | **c** The second preceding plan year ........................................................................................ | **14c** | |
| **15** | Enter the ratio of the number of participants under the plan on whose behalf no employer had an obligation to make an employer contribution during the current plan year to: | | |
| | **a** The corresponding number for the plan year immediately preceding the current plan year ............... | **15a** | |
| | **b** The corresponding number for the second preceding plan year ............................................... | **15b** | |
| **16** | Information with respect to any employers who withdrew from the plan during the preceding plan year: | | |
| | **a** Enter the number of employers who withdrew during the preceding plan year   ............................... | **16a** | |
| | **b** If line 16a is greater than 0, enter the aggregate amount of withdrawal liability assessed or estimated to be assessed against such withdrawn employers ............................................................ | **16b** | |

**17** If assets and liabilities from another plan have been transferred to or merged with this plan during the plan year, check box and see instructions regarding supplemental information to be included as an attachment. ........................................................................................................................................ ☐

| **Part VI** | **Additional Information for Single-Employer and Multiemployer Defined Benefit Pension Plans** |
|---|---|

**18** If any liabilities to participants or their beneficiaries under the plan as of the end of the plan year consist (in whole or in part) of liabilities to such participants and beneficiaries under two or more pension plans as of immediately before such plan year, check box and see instructions regarding supplemental information to be included as an attachment ........................................................................................................................ ☐

**19** If the total number of participants is 1,000 or more, complete lines (a) through (c)

   **a** Enter the percentage of plan assets held as:
   Stock: _____%   Investment-Grade Debt: _____%   High-Yield Debt: _____%   Real Estate: _____%   Other: _____%

   **b** Provide the average duration of the combined investment-grade and high-yield debt:
   ☐ 0-3 years   ☐ 3-6 years   ☐ 6-9 years   ☐ 9-12 years   ☐ 12-15 years   ☐ 15-18 years   ☐ 18-21 years   ☐ 21 years or more

   **c** What duration measure was used to calculate line 19(b)?
   ☐ Effective duration   ☐ Macaulay duration   ☐ Modified duration   ☐ Other (specify):

# Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan

Employer Identification Number: 65-0267668
Plan No: 002

Financial Statements as of December 31, 2017 and
2016, and for the Year Ended December 31, 2017,
Supplemental Schedule as of December 31, 2017, and
Independent Auditors' Report

## BAPTIST HEALTH SOUTH FLORIDA, INC.
## 403(b) EMPLOYEE RETIREMENT PLAN

**TABLE OF CONTENTS**

|  | Page |
|---|---|
| INDEPENDENT AUDITORS' REPORT | 1–2 |
| FINANCIAL STATEMENTS: | |
| Statements of Net Assets Available for Benefits as of December 31, 2017 and 2016 | 3 |
| Statement of Changes in Net Assets Available for Benefits for the Year Ended December 31, 2017 | 4 |
| Notes to Financial Statements as of December 31, 2017 and 2016, and for the Year Ended December 31, 2017 | 5–14 |
| SUPPLEMENTAL SCHEDULE: | 15 |
| Form 5500, Schedule H, Part IV, Line 4i—Schedule of Assets (Held at End of Year) as of December 31, 2017 | 16 |

NOTE:  All other schedules required by Section 2520.103-10 of the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974 have been omitted because they are not applicable.



**Deloitte & Touche LLP**
Certified Public Accountants
Tampa City Center
201 North Franklin Street
Suite 3600
Tampa, FL 33602
USA

Tel:+1 813 273 8300
Fax:+1 813 229 7698
www.deloitte.com

**INDEPENDENT AUDITORS' REPORT**

To the Board of Trustees of and Participants in
the Baptist Health South Florida, Inc.
403(b) Employee Retirement Plan:

### Report on the Financial Statements

We were engaged to audit the accompanying financial statements of Baptist Health South
Florida, Inc. 403(b) Employee Retirement Plan (the "Plan"), which comprise the statements
of net assets available for benefits as of December 31, 2017 and 2016, and the related
statement of changes in net assets available for benefits for the year ended December 31,
2017, and the related notes to the financial statements.

### Management's Responsibility for the Financial Statements

Management is responsible for the preparation and fair presentation of these financial
statements in accordance with accounting principles generally accepted in the United States
of America; this includes the design, implementation, and maintenance of internal control
relevant to the preparation and fair presentation of financial statements that are free from
material misstatement, whether due to fraud or error.

### Auditors' Responsibility

Our responsibility is to express an opinion on these financial statements based on
conducting the audit in accordance with auditing standards generally accepted in the United
States of America. Because of the matter described in the Basis for Disclaimer of Opinion
paragraph, however, we were not able to obtain sufficient appropriate audit evidence to
provide a basis for an audit opinion.

### Basis for Disclaimer of Opinion

As permitted by 29 CFR 2520.103-8 of the Department of Labor's Rules and Regulations for
Reporting and Disclosure under the Employee Retirement Income Security Act of 1974, the
Plan administrator instructed us not to perform, and we did not perform, any auditing
procedures with respect to the information summarized in Note 8, which was certified by
State Street Bank and Trust Company, the custodian of the Plan, except for comparing such
information with the related information included in the financial statements. We have been
informed by the Plan administrator that the custodian holds the Plan's investment assets
and executes investment transactions. The Plan administrator has obtained certifications
from the custodian as of December 31, 2017 and 2016, and for the year ended
December 31, 2017, that the information provided to the Plan administrator by the
custodian is complete and accurate.

**Disclaimer of Opinion**

Because of the significance of the matter described in the Basis for Disclaimer of Opinion paragraph, we have not been able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion. Accordingly, we do not express an opinion on these financial statements.

**Other Matter**

The supplemental Schedule of Assets (Held at End of Year) as of December 31, 2017 is required by the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974 and is presented for the purpose of additional analysis and is not a required part of the financial statements. Because of the significance of the matter described in the Basis for Disclaimer of Opinion paragraph, we do not express an opinion on this supplemental schedule.

**Report on Form and Content in Compliance with Department of Labor Rules and Regulations**

The form and content of the information included in the financial statements and supplemental schedules, other than that derived from the information certified by the custodian, have been audited by us in accordance with auditing standards generally accepted in the United States of America and, in our opinion, are presented in compliance with the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974.

*Deloitte & Touche LLP*

October 11, 2018

**BAPTIST HEALTH SOUTH FLORIDA, INC.**
**403(b) EMPLOYEE RETIREMENT PLAN**

**STATEMENTS OF NET ASSETS AVAILABLE FOR BENEFITS**
**AS OF DECEMBER 31, 2017 AND 2016**

|  | 2017 | 2016 |
|---|---|---|
| ASSETS HELD FOR INVESTMENT: |  |  |
| Guaranteed pooled fund—at contract value (Note 4) | $   225,028,293 | $   227,403,251 |
| Insurance company general account—at fair value | 1,953,188 | 1,432,815 |
| Mutual funds—at fair value | 974,171,898 | 782,862,709 |
| Total assets held for investment | 1,201,153,379 | 1,011,698,775 |
| RECEIVABLES: |  |  |
| Participant contributions | 2,897,146 | 2,613,496 |
| Employer contributions | 45,867,277 | 41,478,235 |
| Notes receivable from participants | 67,871,952 | 64,434,861 |
| Total receivables | 116,636,375 | 108,526,592 |
| NET ASSETS AVAILABLE FOR BENEFITS | $1,317,789,754 | $1,120,225,367 |

See notes to financial statements.

# BAPTIST HEALTH SOUTH FLORIDA, INC.
# 403(b) EMPLOYEE RETIREMENT PLAN

**STATEMENT OF CHANGES IN NET ASSETS AVAILABLE FOR BENEFITS**
**FOR THE YEAR ENDED DECEMBER 31, 2017**

| | |
|---|---:|
| ADDITIONS: | |
| Investment income: | |
| Net appreciation in fair value of investments | $ 134,182,478 |
| Interest income | 2,885,546 |
| Dividend income | 16,049,245 |
| Total investment income | 153,117,269 |
| Interest income on notes receivable from participants | 2,176,077 |
| Contributions: | |
| Participants | 73,577,350 |
| Employer's basic | 28,653,383 |
| Employer's match | 17,192,030 |
| Rollovers | 8,963,404 |
| Total contributions | 128,386,167 |
| Total additions | 283,679,513 |
| DEDUCTIONS: | |
| Benefits paid to participants | 85,005,146 |
| Administrative expenses | 1,110,440 |
| Total deductions | 86,115,586 |
| NET INCREASE IN NET ASSETS BEFORE PLAN TRANSFERS | 197,563,927 |
| TRANSFERS TO THIS PLAN | 460 |
| NET INCREASE IN NET ASSETS | 197,564,387 |
| NET ASSETS AVAILABLE FOR BENEFITS: | |
| Beginning of year | 1,120,225,367 |
| End of year | $1,317,789,754 |

See notes to financial statements.

**BAPTIST HEALTH SOUTH FLORIDA, INC.
403(b) EMPLOYEE RETIREMENT PLAN**

**NOTES TO FINANCIAL STATEMENTS
AS OF DECEMBER 31, 2017 AND 2016, AND FOR THE
YEAR ENDED DECEMBER 31, 2017**

## 1. DESCRIPTION OF THE PLAN

The following description of the Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan (the "Plan") is provided for general information purposes only. Participants should refer to the plan document for the Plan's information.

**General**—The Plan is a defined contribution plan covering employees of tax-exempt affiliates of Baptist Health South Florida, Inc. (the "Employer" or the "Plan Sponsor"). The purpose of the Plan is to permit contributions to be used to purchase an unallocated annuity contract and invest in mutual funds for the benefit of the participants, as provided for in Section 403(b) of the Internal Revenue Code (the "Code") of 1986, as amended. The Plan is subject to the provisions of the Employee Retirement Income Security Act of 1974 ("ERISA"). In November 2007, the Department of Labor issued amended regulations eliminating an exemption granted to 403(b) plans from the annual Form 5500 reporting, disclosure, and audit requirements under Part 1 of Subtitle B of Title I of the ERISA.

**Plan Administration**—Transamerica Retirement Solutions ("Transamerica" or the "Recordkeeper") is the recordkeeper for the Plan's assets and State Street Bank and Trust Company is the Plan's custodian (the "Custodian") for the Plan's assets.

**Contributions**—Each year, participants may contribute pre-tax annual compensation, as defined by the Plan, subject to certain Code limitations. Employees may make pre-tax contributions in the Plan as of the date employment begins with the Employer. Employees may also elect to make Roth after-tax deferrals. In addition to a participant's voluntary contribution, the Employer, at its discretion, may make both a basic and a matching contribution to the Employer contribution account of each participant as defined by the Plan. An employee becomes eligible to participate in the allocation of Employer Contributions after the employee completes ninety (90) days of continuous employment. Participants must work at least 1,000 hours during the payroll calendar year and be employed on the last day of the Plan year to receive Employer contributions. During 2017, the Employer provided a basic contribution of 3% of annual eligible compensation and matched 50% of up to the first 4% of annual eligible compensation that a participant contributed to the Plan.

**Plan Amendments**—During the 2016 plan year, the Employer amended the Plan to waive the requirement to work at least 1,000 hours during the payroll calendar year and to be employed on the last day of the 2016 plan year for participants who opted into a Voluntary Separation Opportunity ("VSO"), offered to employees in 2016. Participants in this VSO, who terminated employment on or before December 31, 2016, were eligible to participate in the allocation of basic and matching Employer Contributions for the 2016 plan year. These contributions were for eligible compensation in 2016 paid through the participant's last day of employment.

During the 2017 plan year, the Employer amended the plan, in connection with certain acquisitions, to permit the transferred employees of the acquired entities to participate in the Plan. The Plan amendments gave the transferred employees credit for service with their former employer for purposes of meeting the eligibility requirements to participate in the allocation of employer contributions in 2017 and for vesting.

During the 2017 plan year, effective September 4, 2017 through January 31, 2018, the Employer amended the plan to allow a hardship distribution for a need arising from Hurricane Irma in accordance with the terms of Internal Revenue Service Announcement 2017-13, Relief for Victims of Hurricane Irma. For any hardship distributions made for a need arising from Hurricane Irma, the Plan did not require the active employee to suspend elective deferrals for any period of time following such distribution. In addition, the Plan administrator was not required to determine the existence of an immediate and heavy financial need or amount needed to meet the need.

**Participant Accounts**—Individual accounts are maintained for each Plan participant. Each participant's account is credited with the participant's contribution, the Employer's contribution, and Plan earnings, and charged with withdrawals, an allocation of Plan losses, and administrative expenses. Allocations are based on participant earnings or account balances, as defined in the Plan agreement. The benefit to which a participant is entitled is the benefit that can be provided from the participant's vested account.

**Investments**—Participants direct the investment of their contributions into various investment options offered by the Plan. The Plan currently offers 22 mutual funds, a Guaranteed Pooled Fund ("GPF") issued by Transamerica Financial Life Insurance Company ("TFLIC"), and a Charles Schwab & Co., Inc. ("CS&Co") personal choice account. The CS&Co personal choice account allows participants to direct the investment of their contributions into publicly traded mutual funds. Forfeited funds are held in an unallocated account that is invested in the TFLIC general account. A participant may change his or her investment options at any time during the year directly through the Recordkeeper.

**Vesting**—Participants are immediately vested in their contributions, plus actual earnings thereon. Vesting in the Employer's basic and matching contributions, plus actual earnings thereon, is based on three years of service, at which time the participant becomes 100% vested.

**Notes Receivable from Participants**—Participants may borrow from their fund accounts a minimum of $1,000 up to a maximum equal to the lesser of $50,000 or 50% of their account balance, net of any outstanding loans. Loan terms range from one to five years or up to 10 years for the purchase of a primary residence. The loans are secured by the balance in the participant's account and bear interest at the prime rate as published in the Wall Street Journal on the day the participant applies for the loan. Generally, principal and interest are paid ratably over the term of the loan through payroll deductions. As of December 31, 2017, participant loans have maturities through 2028 at interest rates ranging from 3.25% to 10.25%.

**Payment of Benefits**—Upon a participant's retirement, death, or disability, or as required by law, the participant's vested interest in his or her account can be distributed by the following:

- If the participant's account balance is less than or equal to $1,000 and the participant does not elect either to receive payment directly or to roll it over to an individual retirement account or other employer's tax-qualified retirement plan, an automatic lump-sum distribution will be made.

- If the participant's account balance is greater than $1,000 but not more than $5,000, and the participant does not elect either to receive payment directly or to roll it over to an individual retirement account or other employer's tax-qualified retirement plan, then the participant's funds will automatically be transferred to an individual retirement account in their name.

- If the participant's account balance is more than $5,000, a distribution will be made at the election designated by the participant, in a lump-sum in cash, or through an annuity over the life expectancy of the participant, or in annual, semiannual, quarterly, or monthly installments over a specified period not exceeding the life expectancy of the participant and designated beneficiary, or any other payment method to which Transamerica agrees.

**Forfeited Accounts**—At December 31, 2017 and 2016, forfeited nonvested accounts totaled $983,675 and $949,430, respectively. These accounts will be used to reduce future Employer contributions. During the year ended December 31, 2017, Employer contributions were reduced by $1,000,000 from forfeited nonvested accounts.

## 2.   SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

**Basis of Accounting**—The accompanying financial statements have been prepared in accordance with accounting principles generally accepted in the United States of America ("GAAP").

**Use of Estimates**—The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the reported amounts of assets, liabilities, and changes therein and disclosure of contingent assets and liabilities. Actual results could differ from those estimates.

**Risks and Uncertainties**—The Plan utilizes various investment instruments, including mutual funds and investment contracts. Investment securities, in general, are exposed to various risks, such as interest rate risk, credit risk, and overall market volatility. Due to the level of risk associated with certain investment securities, it is reasonably possible that changes in the values of investment securities will occur in the near term and that such changes could materially affect the amounts reported in the financial statements.

**Investments Valuation and Income Recognition**—The Plan's investments are stated at fair value, except for the GPF, which are reported at contract value. Fair value of a financial instrument is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. Contract value is the amount Plan participants would receive if they were to initiate permitted transactions under the terms of the Plan. See Note 3 for discussion on fair value measurements. Shares of mutual funds, including those held in CS&Co personal choice accounts, and insurance company general account are valued at the net asset value of shares held by the Plan at year end.

Purchases and sales of securities are recorded on a trade-date basis. Interest income is recorded on the accrual basis. Dividends are recorded on the ex-dividend date. Net appreciation (depreciation) includes the Plan's gains and losses on investments bought and sold, as well as held, during the year.

Management fees and operating expenses charged to the Plan for investments in the mutual funds are deducted from income earned on a daily basis and are not separately reflected. Consequently, management fees and operating expenses are reflected as a reduction of investment return for such investments.

**Notes Receivable from Participants**—Notes receivable from participants are measured at their unpaid principal balance, plus any accrued but unpaid interest. Delinquent participant loans are recorded as distributions based on the terms of the Plan document.

**Administrative Expenses**—Substantially all costs associated with the general administration of the Plan are paid by the Plan. Other administrative expenses shown in the financial statements represent transaction fees, such as loan processing fees and service fees, which are paid by the participant.

**Benefit Payments**—Benefit payments to participants are recorded upon distribution. There were no amounts allocated to accounts of persons who have elected to withdraw from the Plan, but have not yet been paid, at December 31, 2017 and 2016.

**Subsequent Events**—Subsequent events were evaluated through October 11, 2018, the date the financial statements were available to be issued.

The Plan was amended after December 31, 2017, in connection with certain acquisitions, permitting the transferred employees of the acquired entities to participate in the Plan. The Plan amendments gave the transferred employees credit for service with their former employer for purposes of meeting the eligibility requirements to participate in the allocation of employer contributions in 2018 and for vesting.

In April 2018, Baptist Health South Florida, Inc. (BHSF) formed, Health Systems Solutions, LLC. ("HSS"), a joint venture formed to provide revenue cycle management services to certain entities within BHSF. Many of the revenue cycle employees accepted employment with the newly formed company and BHSF approved changes to the defined contribution plan for employees moving over to the newly created HSS.

Consequently, the Plan was amended effective July 1, 2018 in connection with the transition of certain active employees to employment with HSS. The Plan amendments provided the transitioning employees with the option to directly rollover any outstanding loans, to not provide distribution election forms earlier than 180 days after termination of accounts with balances of less than $5,000, and to provide employer contributions for the

- 8 -

2018 plan year even if they are not employed by December 31, 2018 or fail to work 1,000 hours during 2018.

The Plan amended its loan policy effective July 1, 2018 and October 1, 2018 in connection with the transition of certain active employees to employment with Bethesda Health, Inc. and Health Systems Solutions, respectively. The amended loan policy permitted the transitioning employees to continue repayment of their outstanding loans.

## 3.  FAIR VALUE MEASUREMENTS

Accounting Standards Codification (ASC) 820, *Fair Value Measurements and Disclosures*, provides a framework for measuring fair value. That framework provides a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value, as follows: Level 1, which refers to securities valued using unadjusted quoted prices from active markets for identical assets; Level 2, which refers to securities not traded on an active market but for which observable market inputs are readily available; and Level 3, which refers to securities valued based on significant unobservable inputs. Assets are classified in their entirety based on the lowest level of input that is significant to the fair value measurement.

**Asset Valuation Techniques**—The following is a description of the valuation methodologies used for assets measured at fair value. There have been no changes in the methodologies used at December 31, 2017 and 2016.

***Mutual Funds, Including CS&Co Personal Choice Accounts***—Valued at the daily closing price as reported by the fund. Mutual funds held by the Plan are open-ended mutual funds that are registered with the Securities and Exchange Commission. These funds are required to publish their daily net asset value and to transact at that price. The mutual funds held by the Plan are deemed to be actively traded.

***Insurance Company General Account***—Cash or short-term money market combined funds, valued at cost plus accrued interest.

The following tables set forth by level within the fair value hierarchy a summary of the Plan's investments measured at fair value on a recurring basis at December 31, 2017 and 2016.

| | Fair Value Measurements at December 31, 2017, using | | |
| --- | --- | --- | --- |
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Total |
| Mutual funds | $955,316,997 | | $955,316,997 |
| CS&Co Personal Choice Accounts | 18,854,901 | | 18,854,901 |
| Insurance company general account | | $1,953,188 | 1,953,188 |
| Total | $974,171,898 | $1,953,188 | $976,125,086 |

|  | Fair Value Measurements at December 31, 2016, using | | |
|  | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Total |
|---|---|---|---|
| Mutual funds | $767,256,721 |  | $767,256,721 |
| CS&Co Personal Choice Accounts | 15,605,988 |  | 15,605,988 |
| Insurance company general account |  | $1,432,815 | 1,432,815 |
| Total | $782,862,709 | $1,432,815 | $784,295,524 |

**Transfers between Levels**—The availability of observable market data is monitored to assess the appropriate classification of financial instruments within the fair value hierarchy. Changes in economic conditions or model-based valuation techniques may require the transfer of financial instruments from one fair value level to another. In such instances, the transfer is reported at the beginning of the reporting period. For the year ended December 31, 2017, there were no transfers between levels.

4. **INVESTMENT CONTRACT WITH INSURANCE COMPANY**

The GPF is a guaranteed pooled separate account provided under a group annuity contract (the "Contract") issued by TFLIC. Transamerica is the service agent for this Contract. The portfolio of the GPF is maintained separately from TFLIC's general assets. The Plan does not own any underlying securities of this GPF. The Plan has guaranteed benefits under the terms of the Contract. The Contract does not contain any type of market value formula or provision, and the Contract does not have maturity dates. Participant distributions are paid at contract value; however, distributions due to certain Employer initiated events, including, but not limited to, a merger, layoffs, bankruptcy, full or partial Plan termination, and early retirement incentive programs that exceed a certain percentage may be subject to a 5% withdrawal charge. A 5% withdrawal charge applies to the portion of the aggregate amount of withdrawals made due to Employer initiated events that: (a) during any 12 month period, exceeds 20% of the Plan's balance in the GPF as of the first day of this period or (b) since the Contract date, exceeds 40% of the Plan's balance in the GPF. It is not probable those events, which would limit the Plan's ability to transact at contract value with participants, will occur.

Upon termination of the Contract, the contract value is payable, as directed by the Employer, on the date of transfer. The date of transfer is typically 12 months following Transamerica's receipt of the Employer's notice of termination, but may be as long as 24 months from that date. During this 12- or 24-month period, benefit distributions and participant-directed transfers from the GPF are permitted under the terms of the Contract.

Effective January 1, 2013, the Contract contains a minimum guaranteed interest rate of 1%. Assets invested in this fund prior to January 1, 2013 are subject to the prior minimum guaranteed interest rate of 1.35%. At the beginning of each calendar year, TFLIC determines the declared interest rate, which will be credited to all monies invested in the GPF during such calendar year. The Plan assets under the contract will be credited with the greater of the declared interest rate and the applicable minimum guaranteed interest rate. For the year ended December 31, 2017, the declared interest rate on the GPF was 1.00%.

The primary variables affecting the future crediting rates of the GPF include the current yield of the underlying assets, duration of the underlying assets, and existing differences between the fair value and contract value of the assets.

The crediting rate will track current market yields on a trailing basis. The rate reset allows the contract value to converge with the fair value of the underlying portfolio over time, assuming the portfolio continues to earn the current yield for the period of time equal to the current portfolio duration. To the extent that the underlying portfolio has unrealized and/or realized losses, the future crediting rate may be lower over time than the then-current market rates. Similarly, if the underlying portfolio generates unrealized and/or realized gains, the future crediting rate may be higher than the then-current market rate.

The yield earned by the GPF at December 31, 2017 and 2016, was 2.31% and 2.17%, respectively. This represents the annualized earnings of all investments in the GPF, including earnings recorded for the underlying securities, divided by the fair value of all investments in the GPF at December 31, 2017 and 2016. The yield earned by the GPF with an adjustment to reflect the actual interest rate credited to participants in the GPF at December 31, 2017 and 2016, was 0.98% and 0.99%, respectively.

TFLIC receives a fee based on the balance of the assets of the separate account. Participants cannot transfer their GPF balances to competing fixed income funds. Balances transferred from the GPF to noncompeting funds cannot be transferred to competing fixed income funds for 90 days, but may be transferred back to the GPF at any time. Participants can withdraw their GPF balances at contract value without restriction. The GPF is included in the financial statements at contract value. Contract value represents contributions made under the Contract, plus earnings, less participant withdrawals and administrative expenses. Participants may ordinarily direct the withdrawal or transfer of all or a portion of their investment at contract value.

The Plan replaced its GPF with Vanguard Federal Money Market Investor fund effective July 2, 2018 after termination of the group annuity contract issued by TFLIC (Note 2).

## 5.   EXEMPT PARTY-IN-INTEREST TRANSACTIONS

The Plan held an investment in the GPF and in the insurance company general account issued by TFLIC during the year ended December 31, 2017. Since TFLIC and Transamerica are related organizations, the transactions associated with the investments in the GPF and insurance company general account qualify as exempt party-in-interest transactions. Fees paid by the Plan for investment management services were included as a reduction of the return earned on investments.

## 6.   PLAN TERMINATION

Although it has not expressed any intent to do so, the Employer has the right under the Plan to discontinue its contributions at any time and to terminate the Plan subject to the provisions of ERISA. In the event of Plan termination, participants will become 100% vested in their accounts.

**7.   FEDERAL INCOME TAX STATUS**

The Plan has been designed to qualify under Section 403(b) of the Code. The terms of the Plan have been prepared to conform to Internal Revenue Service ("IRS") rules and regulations. The Plan Sponsor intends to apply for a determination letter on the Plan once the IRS opens such a program. The Plan is required to operate in conformity with the Code to maintain the tax-exempt status for plan participants under Section 403(b). The Plan Sponsor and Plan management believe that the Plan is currently designed in accordance with the applicable requirements of Section 403(b) of the Code and, therefore, believes the Plan is qualified and the related custodial accounts are tax-exempt.

During the year ended December 31, 2016, the Plan had an operational issue occur, in connection with the execution of employees' election to defer specific amounts to the Plan. In order to prevent the Plan from incurring a qualification defect, the Plan Sponsor took the necessary corrective action in accordance with the acceptable correction methods of the Employee Plans Compliance Resolution System. The Plan Sponsor completed all necessary corrective steps as of December 31, 2017. The Plan Sponsor believes the Plan has maintained its tax-exempt status. Accordingly, no provision for income taxes has been included in these financial statements, and participants are not subject to federal income taxes on employee pre-tax contributions or Plan earnings until withdrawn under the terms of the Plan.

GAAP requires Plan management to evaluate tax positions taken by the Plan and recognize a tax liability (or asset) if the Plan has taken an uncertain position that, more likely than not, would not be sustained upon examination by the IRS. The Plan administrator has analyzed the tax positions taken by the Plan and has concluded that, as of December 31, 2017, there are no uncertain positions taken or expected to be taken that would require recognition of a liability (or asset) or disclosure in the financial statements.

8. **INFORMATION CERTIFIED BY THE CUSTODIAN**

The following is a summary of the unaudited information regarding the Plan as of December 31, 2017 and 2016, and for the year ended December 31, 2017, included in the Plan's financial statements and supplemental schedule that was prepared by or derived from information prepared by the Custodian and furnished to the Plan administrator. The Plan administrator has obtained certifications from the Custodian that such information is complete and accurate.

|  | **2017** | **2016** |
|---|---|---|
| Statements of net assets available for benefits: | | |
| Investments at fair value: | | |
| Mutual funds | $ 974,171,898 | $ 782,862,709 |
| Insurance company general account | 1,953,188 | 1,432,815 |
| GPF—at contract value | 225,028,293 | 227,403,251 |
| Cash | | |
| Notes receivable from participants | 67,871,952 | 64,634,861 |
| Total | $1,269,025,331 | $1,076,333,636 |
| Statement of changes in net assets available for benefits: | | |
| Net appreciation in fair value of investments | $ 134,182,478 | |
| Interest income | 2,885,546 | |
| Dividend income | 16,049,245 | |
| Interest income on notes receivable from participants | 2,176,077 | |

Supplemental schedules: All investment balances and information included in the supplemental schedule of assets (held at end of year) is certified.

Notes 3 and 4: All investment balances and information is certified, except for the ASC 820 leveling information in Note 3.

9.   **RECONCILIATION OF FINANCIAL STATEMENTS TO FORM 5500**

The following is a reconciliation of net assets available for benefits per the financial statements to the Form 5500 as of December 31, 2017 and 2016:

|  | 2017 | 2016 |
|---|---|---|
| Net assets available for benefits per the financial statements | $1,317,789,754 | $1,120,225,367 |
| Deemed loan distributions | (1,250,172) | (1,278,082) |
| Participant contributions receivable | (2,897,146) | (2,613,496) |
| Employer contributions receivable | (45,867,277) | (41,478,235) |
| Net assets available for benefits per Form 5500 | $1,267,775,159 | $1,074,855,554 |

For the year ended December 31, 2017, the following is a reconciliation of contributions per the financial statements to the Form 5500:

| | |
|---|---|
| Total participant contributions per the financial statements | $ 73,577,350 |
| Add participant contributions receivable—December 31, 2016 | 2,613,496 |
| Deduct participant contributions receivable—December 31, 2017 | (2,897,146) |
| Total participant contributions per the Form 5500 | $ 73,293,700 |
| Employer's basic contribution per the financial statements | $ 28,653,383 |
| Employer's match contribution per the financial statements | 17,192,030 |
| Add employer contributions receivable—December 31, 2016 | 41,478,235 |
| Deduct employer contributions receivable—December 31, 2017 | (45,867,277) |
| Total employer contributions per the Form 5500 | $ 41,456,371 |
| Notes receivable from participants per the financial statements | $ 67,871,952 |
| Deduct Deemed loan distributions | (1,250,172) |
| Deduct accrued interest—December 31, 2017 | (151,384) |
| Total notes receivable from participants per the Form 5500 | $ 66,470,396 |

For the year ended December 31, 2017, the following is a reconciliation of benefits paid to participants per the financial statements to the Form 5500:

| | |
|---|---|
| Total benefits paid to participants per the financial statements | $85,005,146 |
| Change in deemed loan distributions | (27,910) |
| Total benefits paid and deemed loan distributions per the Form 5500 | $84,977,236 |

* * * * * *

- 14 -

**SUPPLEMENTAL SCHEDULE**

**BAPTIST HEALTH SOUTH FLORIDA, INC.**
**403(b) EMPLOYEE RETIREMENT PLAN**

**Employer ID No: 65-0267668**
**Plan No: 002**

**FORM 5500, SCHEDULE H, PART IV, LINE 4i—SCHEDULE OF ASSETS (HELD AT END OF YEAR)**
**AS OF DECEMBER 31, 2017**

| (a) | (b) Identity of Issue, Borrower, Lessor, or Similar Party | (c) Description of Investment Including Maturity Date, Rate of Interest, Collateral, Par, or Maturity Value | (d) Cost | (e) Current Value |
|---|---|---|---|---|
| * | Transamerica Financial Life Ins Co. | Guaranteed pooled fund | ** | $  225,028,293 |
| * | Transamerica Financial Life Ins Co. | Insurance company general account | ** | 1,953,188 |
| | Neuberger Berman | Mutual fund—Neuberger Berman Socially Responsive Fund | ** | 36,789,303 |
| | JPMorgan | Mutual fund—JP Morgan Small Cap Value Select | ** | 40,687,112 |
| | Legg Mason | Mutual fund—Legg Mason BW Global Opps Bond I | ** | 5,791,500 |
| | Legg Mason | Mutual fund—ClearBridge Small Cap Growth IS | ** | 25,974,453 |
| | LSV | Mutual fund—LSV Value Equity | ** | 83,654,337 |
| | Oppenheimer | Mutual fund—Oppenheimer International Growth I | ** | 50,428,238 |
| | PIMCO | Mutual fund—PIMCO Total Return Instl | ** | 8,818,349 |
| | PIMCO | Mutual fund—PIMCO Low Duration Instl | ** | 100,110,956 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2005 | ** | 5,547,460 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2010 | ** | 26,584,220 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2015 | ** | 20,872,327 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2020 | ** | 44,515,588 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2025 | ** | 38,623,103 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2030 | ** | 49,526,436 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2035 | ** | 50,821,088 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2040 | ** | 57,401,644 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2045 | ** | 52,865,126 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2050 | ** | 47,785,286 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2055 | ** | 23,879,690 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement Balanced | ** | 7,079,338 |
| | Vanguard | Mutual fund—Vanguard Institutional Index | ** | 75,348,400 |
| | Wells Fargo | Mutual fund—Wells Fargo Advantage Growth Fund | ** | 102,213,043 |
| | Charles Schwab Institutional | Various self-directed mutual funds | | 18,854,901 |
| | | Total mutual funds and other investments | | 974,171,898 |
| * | Participant | Notes receivable, interest rates of 3.25% to 10.25%, maturity dates through 2028 *** | | 66,470,396 |
| | | | | $1,267,623,775 |

   * Denotes party-in-interest.
  ** Cost information is not required for participant-directed investments and therefore is not included.
*** Net of $1,250,172 in deemed loan distributions and $151,384 of accrued interest.

See accompanying independent auditors' report.

## Schedule C, Line 2(h) Formula Descriptions

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan**
**EIN No.: 65-0267668, Plan No. 002**
**Plan Year Ending: 12/31/2017**

**Indirect Compensation in the form of revenue sharing was paid to the following Service Providers:**

| | |
|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 13-3689044 |
| NATIONAL FINANCIAL SERVICES | 04-3523567 |

Revenue amounts are shown in annualized basis points of plan assets invested in applicable fund

| Fund Family | Fund Name | Start Date | End Date | Revenue to Transamerica Retirement Solutions | Revenue to National Financial Services |
|---|---|---|---|---|---|
| JP MORGAN | JPMORGAN SMALL CAP VALUE I | 1/1/2017 | 12/31/2017 | 24.338 | 0.663 |
| LEGG MASON | BRANDYWINEGLOBAL GLOBAL OPPORTUNITIES BOND I | 1/1/2017 | 12/31/2017 | 14.603 | 0.398 |
| LSV | LSV VALUE EQUITY FUND | 1/1/2017 | 12/31/2017 | 11.682 | 0.318 |
| NEUBERGER BERMAN | NEUBRGER BRMAN SOCIALLY RESP I | 1/1/2017 | 12/31/2017 | 9.735 | 0.265 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2005 | 1/1/2017 | 12/31/2017 | 14.603 | 0.398 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2010 | 1/1/2017 | 12/31/2017 | 14.603 | 0.398 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2015 | 1/1/2017 | 12/31/2017 | 14.603 | 0.398 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2020 | 1/1/2017 | 12/31/2017 | 14.603 | 0.398 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2025 | 1/1/2017 | 12/31/2017 | 14.603 | 0.398 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2030 | 1/1/2017 | 12/31/2017 | 14.603 | 0.398 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2035 | 1/1/2017 | 12/31/2017 | 14.603 | 0.398 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2040 | 1/1/2017 | 12/31/2017 | 14.603 | 0.398 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2045 | 1/1/2017 | 12/31/2017 | 14.603 | 0.398 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2050 | 1/1/2017 | 12/31/2017 | 14.603 | 0.398 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2055 | 1/1/2017 | 12/31/2017 | 14.603 | 0.398 |
| T ROWE PRICE | T. ROWE PRICE BALANCED | 1/1/2017 | 12/31/2017 | 14.603 | 0.398 |
| WELLS FARGO | WELLS FARGO GROWTH INST | 1/1/2017 | 12/31/2017 | 14.603 | 0.398 |

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan**
**EIN No.: 65-0267668, Plan No. 002**
**Schedule H, Line 4i - Schedule of Assets**
**Plan Year Ending:  12/31/2017**

| (a) | (b)<br>Identity of Issuer, Borrower,<br>Lessor or Similar Party | (c)<br>Description of Investment, Including Maturity Date,<br>Rate of Interest, Par or Maturity Value | (e)<br>CURRENT VALUE |
|---|---|---|---|
| | Transamerica Financial Life Ins. Co. | Insurance Company/General Account | $        1,953,188 |
| | | | |
| | Legg Mason | Legg Mason BW Global Opps Bond I | $        5,791,500 |
| | Legg Mason | ClearBridge Small Cap Growth IS | $      25,974,453 |
| | JPMorgan | JPMorgan Small Cap Value I | $      40,687,112 |
| | LSV | LSV Value Equity | $      83,654,337 |
| | Neuberger Berman | Neuberger Berman Socially Resp Instl | $      36,789,303 |
| | Oppenheimer | Oppenheimer International Growth I | $      50,428,238 |
| | PIMCO | PIMCO Low Duration Inst | $        8,818,348 |
| | PIMCO | PIMCO Total Return Instl | $    100,110,956 |
| | T. Rowe Price | T. Rowe Price Retirement 2005 | $        5,547,460 |
| | T. Rowe Price | T. Rowe Price Retirement 2010 | $      26,584,220 |
| | T. Rowe Price | T. Rowe Price Retirement 2015 | $      20,872,327 |
| | T. Rowe Price | T. Rowe Price Retirement 2020 | $      44,515,588 |
| | T. Rowe Price | T. Rowe Price Retirement 2025 | $      38,623,103 |
| | T. Rowe Price | T. Rowe Price Retirement 2030 | $      49,526,436 |
| | T. Rowe Price | T. Rowe Price Retirement 2035 | $      50,821,088 |
| | T. Rowe Price | T. Rowe Price Retirement 2040 | $      57,401,644 |
| | T. Rowe Price | T. Rowe Price Retirement 2045 | $      52,865,126 |
| | T. Rowe Price | T. Rowe Price Retirement 2050 | $      47,785,286 |
| | T. Rowe Price | T. Rowe Price Retirement 2055 | $      23,879,690 |
| | T. Rowe Price | T. Rowe Price Retirement Balanced | $        7,079,338 |
| | Vanguard | Vanguard Institutional Index | $      75,348,400 |
| | Wells Fargo | Wells Fargo Growth I | $    102,213,043 |
| | | **Mutual Funds Total** | **$    955,316,997** |
| | | | |
| | Charles Schwab Institutional | Personal Choice Retirement Account (Other Funds) | **$      18,854,901** |
| | | | |
| | Transamerica Financial Life Ins. Co. | Guaranteed Pooled Fund (Unbundled) | $    225,028,293 |
| | | **Separate Account Total** | **$    225,028,293** |
| | | | |
| * | Participants | Notes Receivable with interest rates of 3.25% to 10.25% | **$      66,470,396** |
| | | | |
| | | **TOTAL PLAN ASSETS** | **$  1,267,623,775** |

* Indicates Party-In-Interest to the Plan

# EXHIBIT A-4

| **Form 5500** | **Annual Return/Report of Employee Benefit Plan** | OMB Nos. 1210-0110 1210-0089 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code). | **2018** |
| Department of Labor Employee Benefits Security Administration | ▶ **Complete all entries in accordance with the instructions to the Form 5500.** | |
| Pension Benefit Guaranty Corporation | | **This Form is Open to Public Inspection** |

| **Part I** | **Annual Report Identification Information** |
|---|---|

For calendar plan year 2018 or fiscal plan year beginning  01/01/2018          and ending  12/31/2018

**A** This return/report is for:  ☐ a multiemployer plan          ☐ a multiple-employer plan (Filers checking this box must attach a list of participating employer information in accordance with the form instructions.)

☒ a single-employer plan          ☐ a DFE (specify) _____

**B** This return/report is:  ☐ the first return/report          ☐ the final return/report

☐ an amended return/report          ☐ a short plan year return/report (less than 12 months)

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**D** Check box if filing under:  ☒ Form 5558          ☐ automatic extension          ☐ the DFVC program

☐ special extension (enter description) _____

| **Part II** | **Basic Plan Information**—enter all requested information |
|---|---|

| **1a** Name of plan BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN | **1b** Three-digit plan number (PN) ▶ 002 |
|---|---|
| | **1c** Effective date of plan 01/01/1989 |

| **2a** Plan sponsor's name (employer, if for a single-employer plan) Mailing address (include room, apt., suite no. and street, or P.O. Box) City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions) BAPTIST HEALTH SOUTH FLORIDA, INC. 6855 RED ROAD SUITE 500 CORAL GABLES, FL 33143 | **2b** Employer Identification Number (EIN) 65-0267668 |
|---|---|
| | **2c** Plan Sponsor's telephone number 786-662-7178 |
| | **2d** Business code (see instructions) 622000 |

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 10/15/2019 | MATTHEW ARSENAULT |
|---|---|---|---|
| | Signature of plan administrator | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | | | |
| | Signature of employer/plan sponsor | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | |
| | Signature of DFE | Date | Enter name of individual signing as DFE |

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.                                                    **Form 5500 (2018) v. 171027**

Form 5500 (2018)          Page **2**

| | | | | |
|---|---|---|---|---|
| **3a** | Plan administrator's name and address ☒ Same as Plan Sponsor | | **3b** | Administrator's EIN |
| | | | **3c** | Administrator's telephone number |

| | | | |
|---|---|---|---|
| **4** | If the name and/or EIN of the plan sponsor or the plan name has changed since the last return/report filed for this plan, enter the plan sponsor's name, EIN, the plan name and the plan number from the last return/report: | **4b** | EIN |
| **a** | Sponsor's name | **4d** | PN |
| **c** | Plan Name | | |

| | | | |
|---|---|---|---|
| **5** | Total number of participants at the beginning of the plan year | **5** | 30065 |
| **6** | Number of participants as of the end of the plan year unless otherwise stated (welfare plans complete only lines **6a(1)**, **6a(2)**, **6b**, **6c**, and **6d**). | | |
| **a(1)** | Total number of active participants at the beginning of the plan year ...................... | **6a(1)** | 16224 |
| **a(2)** | Total number of active participants at the end of the plan year ...................... | **6a(2)** | 16000 |
| **b** | Retired or separated participants receiving benefits........................................... | **6b** | 246 |
| **c** | Other retired or separated participants entitled to future benefits .......................... | **6c** | 3867 |
| **d** | Subtotal. Add lines **6a(2)**, **6b**, and **6c**. | **6d** | 20113 |
| **e** | Deceased participants whose beneficiaries are receiving or are entitled to receive benefits. ........ | **6e** | 106 |
| **f** | Total. Add lines **6d** and **6e**. | **6f** | 20219 |
| **g** | Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item)........................................ | **6g** | 20077 |
| **h** | Number of participants who terminated employment during the plan year with accrued benefits that were less than 100% vested ................................... | **6h** | 487 |
| **7** | Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item)........ | **7** | |

**8a**   If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristics Codes in the instructions:

2F   2G   2L   2M   2R   2S   2T   3H

**b**   If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristics Codes in the instructions:

| | | | | | |
|---|---|---|---|---|---|
| **9a** | Plan funding arrangement (check all that apply) | | **9b** | Plan benefit arrangement (check all that apply) | |
| **(1)** | ☒ | Insurance | **(1)** | ☒ | Insurance |
| **(2)** | | Code section 412(e)(3) insurance contracts | **(2)** | | Code section 412(e)(3) insurance contracts |
| **(3)** | ☒ | Trust | **(3)** | ☒ | Trust |
| **(4)** | | General assets of the sponsor | **(4)** | | General assets of the sponsor |

**10**   Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached. (See instructions)

**a**   **Pension Schedules**

| | | |
|---|---|---|
| **(1)** | ☒ | **R** (Retirement Plan Information) |
| **(2)** | ☐ | **MB** (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary |
| **(3)** | ☐ | **SB** (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary |

**b**   **General Schedules**

| | | | |
|---|---|---|---|
| **(1)** | ☒ | | **H** (Financial Information) |
| **(2)** | ☐ | | **I** (Financial Information – Small Plan) |
| **(3)** | ☒ | _1_ | **A** (Insurance Information) |
| **(4)** | ☒ | | **C** (Service Provider Information) |
| **(5)** | ☒ | | **D** (DFE/Participating Plan Information) |
| **(6)** | ☐ | | **G** (Financial Transaction Schedules) |

Form 5500 (2018)                                                                                    Page **3**

| **Part III** | **Form M-1 Compliance Information (to be completed by welfare benefit plans)** |

**11a** If the plan provides welfare benefits, was the plan subject to the Form M-1 filing requirements during the plan year? (See instructions and 29 CFR 2520.101-2.) .........................……….…… ☐ Yes   ☐ No

If "Yes" is checked, complete lines 11b and 11c.

**11b** Is the plan currently in compliance with the Form M-1 filing requirements? (See instructions and 29 CFR 2520.101-2.) ……….. ☐ Yes   ☐ No

**11c** Enter the Receipt Confirmation Code for the 2018 Form M-1 annual report.  If the plan was not required to file the 2018 Form M-1 annual report, enter the Receipt Confirmation Code for the most recent Form M-1 that was required to be filed under the Form M-1 filing requirements. (Failure to enter a valid Receipt Confirmation Code will subject the Form 5500 filing to rejection as incomplete.)

Receipt Confirmation Code_____

# SCHEDULE A
## (Form 5500)

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security Administration

Pension Benefit Guaranty Corporation

# Insurance Information

This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).

▶ **File as an attachment to Form 5500.**

▶ Insurance companies are required to provide the information pursuant to ERISA section 103(a)(2).

OMB No. 1210-0110

## 2018

**This Form is Open to Public Inspection**

For calendar plan year 2018 or fiscal plan year beginning   01/01/2018   and ending   12/31/2018

**A** Name of plan

BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN

**B** Three-digit plan number (PN)   ▶   002

**C** Plan sponsor's name as shown on line 2a of Form 5500

BAPTIST HEALTH SOUTH FLORIDA, INC.

**D** Employer Identification Number (EIN)

65-0267668

| Part I | Information Concerning Insurance Contract Coverage, Fees, and Commissions Provide information for each contract on a separate Schedule A.  Individual contracts grouped as a unit in Parts II and III can be reported on a single Schedule A. |
|---|---|

**1**  Coverage Information:

**(a)** Name of insurance carrier

TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY

| (b) EIN | (c) NAIC code | (d) Contract or identification number | (e) Approximate number of persons covered at end of policy or contract year | Policy or contract year | |
|---|---|---|---|---|---|
| | | | | (f) From | (g) To |
| 36-6071399 | 70688 | TT069362 | 20077 | 01/01/2018 | 12/31/2018 |

**2**  Insurance fee and commission information. Enter the total fees and total commissions paid.  List in line 3 the agents, brokers, and other persons in descending order of the amount paid.

| (a) Total amount of commissions paid | (b) Total amount of fees paid |
|---|---|
| | |

**3**  Persons receiving commissions and fees.  (Complete as many entries as needed to report all persons).

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**

**Schedule A (Form 5500) 2018**
**v. 171027**

Schedule A  (Form 5500) 2018                                     Page **2 –** 1

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

Schedule A  (Form 5500) 2018                                                      Page **3**

| Part II | Investment and Annuity Contract Information |
|---|---|
| | Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report. |

| | | | |
|---|---|---|---|
| **4** Current value of plan's interest under this contract in the general account at year end ............................................... | | **4** | 1893028 |
| **5** Current value of plan's interest under this contract in separate accounts at year end ............................................... | | **5** | 6 |

**6** Contracts With Allocated Funds:

  **a** State the basis of premium rates ▶

| | | | |
|---|---|---|---|
| **b** Premiums paid to carrier................................................................................................ | | **6b** | |
| **c** Premiums due but unpaid at the end of the year................................................................... | | **6c** | |
| **d** If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount. ........................................................... | | **6d** | |

  Specify nature of costs ▶

  **e** Type of contract:  (1) ☐ individual policies    (2) ☐ group deferred annuity

    (3) ☐ other (specify) ▶

  **f** If contract purchased, in whole or in part, to distribute benefits from a terminating plan, check here    ▶ ☐

**7** Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

  **a** Type of contract:   (1) ☐ deposit administration    (2) ☐ immediate participation guarantee

    (3) ☒ guaranteed investment    (4) ☐ other ▶

| | | | |
|---|---|---|---|
| **b** Balance at the end of the previous year................................................................... | | **7b** | 1953188 |
| **c** Additions:  (1) Contributions deposited during the year................................... | **7c(1)** | | |
| (2) Dividends and credits......................................................... | **7c(2)** | | |
| (3) Interest credited during the year ........................................ | **7c(3)** | 7803 | |
| (4) Transferred from separate account.................................... | **7c(4)** | | |
| (5) Other (specify below) ......................................................... | **7c(5)** | 1735244 | |
| ▶ ADDITIONS TO FORFEITURES AND EBA | | | |
| (6)Total additions.............................................................................. | | **7c(6)** | 1743047 |
| **d** Total of balance and additions (add lines **7b** and **7c(6)**)................................ | | **7d** | 3696235 |
| **e** Deductions: | | | |
| (1) Disbursed from fund to pay benefits or purchase annuities during year | **7e(1)** | | |
| (2) Administration charge made by carrier........................................ | **7e(2)** | 699667 | |
| (3) Transferred to separate account................................................. | **7e(3)** | | |
| (4) Other (specify below) ................................................................. | **7e(4)** | 1103540 | |
| ▶ ALLOCATED EXPENSES | | | |
| (5) Total deductions.......................................................................... | | **7e(5)** | 1803207 |
| **f** Balance at the end of the current year (subtract line **7e(5)** from line **7d**) ........ | | **7f** | 1893028 |

Schedule A  (Form 5500) 2018                                                    Page **4**

| Part III | Welfare Benefit Contract Information |
|----------|--------------------------------------|
| | If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organizations(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit.  Where contracts cover individual employees, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report. |

**8** Benefit and contract type (check all applicable boxes)

**a** ☐  Health (other than dental or vision)      **b** ☐  Dental            **c** ☐  Vision                      **d** ☐  Life insurance

**e** ☐  Temporary disability (accident and sickness)   **f** ☐  Long-term disability   **g** ☐  Supplemental unemployment   **h** ☐  Prescription drug

**i** ☐  Stop loss (large deductible)          **j** ☐  HMO contract       **k** ☐  PPO contract               **l** ☐  Indemnity contract

**m** ☐  Other (specify) ▶

**9** Experience-rated contracts:

| | | | |
|---|---|---|---|
| **a** Premiums: (1) Amount received................................................. | **9a(1)** | | |
| (2) Increase (decrease) in amount due but unpaid................................. | **9a(2)** | | |
| (3) Increase (decrease) in unearned premium reserve ............................. | **9a(3)** | | |
| (4) Earned (**(1) + (2) - (3)**)................................................. | | **9a(4)** | |
| **b** Benefit charges (1) Claims paid ............................................ | **9b(1)** | | |
| (2) Increase (decrease) in claim reserves ....................................... | **9b(2)** | | |
| (3) Incurred claims (add **(1)** and **(2)**).................................... | | **9b(3)** | |
| (4) Claims charged ............................................................. | | **9b(4)** | |
| **c** Remainder of premium: (1) Retention charges (on an accrual basis) -- | | | |
| (A) Commissions................................................................. | **9c(1)(A)** | | |
| (B) Administrative service or other fees........................................ | **9c(1)(B)** | | |
| (C) Other specific acquisition costs............................................ | **9c(1)(C)** | | |
| (D) Other expenses.............................................................. | **9c(1)(D)** | | |
| (E) Taxes....................................................................... | **9c(1)(E)** | | |
| (F) Charges for risks or other contingencies.................................... | **9c(1)(F)** | | |
| (G) Other retention charges..................................................... | **9c(1)(G)** | | |
| (H) Total retention............................................................. | | **9c(1)(H)** | |
| (2) Dividends or retroactive rate refunds.  (These amounts were ☐ paid in cash, or ☐ credited.).................. | | **9c(2)** | |
| **d** Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement ................ | | **9d(1)** | |
| (2) Claim reserves ............................................................. | | **9d(2)** | |
| (3) Other reserves ............................................................. | | **9d(3)** | |
| **e** Dividends or retroactive rate refunds due.  (Do not include amount entered in line **9c(2)**.)................. | | **9e** | |

**10** Nonexperience-rated contracts:

| | | |
|---|---|---|
| **a** Total premiums or subscription charges paid to carrier ............................................. | **10a** | |
| **b** If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, line 2 above, report amount........................... | **10b** | |
| Specify nature of costs. | | |

| Part IV | Provision of Information |
|---------|--------------------------|
| **11** Did the insurance company fail to provide any information necessary to complete Schedule A? ............ | ☐ Yes    ☒ No |

**12** If the answer to line 11 is "Yes," specify the information not provided.  ▶

| **SCHEDULE C**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Service Provider Information**<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2018**<br><br>**This Form is Open to Public Inspection.** |

For calendar plan year 2018 or fiscal plan year beginning   01/01/2018                              and ending   12/31/2018

| **A** Name of plan<br>BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN | **B** Three-digit<br>plan number (PN)   ▶   002 |
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>BAPTIST HEALTH SOUTH FLORIDA, INC. | **D** Employer Identification Number (EIN)<br>65-0267668 |

| **Part I** | **Service Provider Information (see instructions)** |

You must complete this Part, in accordance with the instructions, to report the information required for **each person** who received, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of monetary value) in connection with services rendered to the plan or the person's position with the plan during the plan year. If a person received **only** eligible indirect compensation for which the plan received the required disclosures, you are required to answer line 1 but are not required to include that person when completing the remainder of this Part.

## 1  Information on Persons Receiving Only Eligible Indirect Compensation

**a** Check "Yes" or "No" to indicate whether you are excluding a person from the remainder of this Part because they received only eligible indirect compensation for which the plan received the required disclosures (see instructions for definitions and conditions)................   ☒ Yes   ☐ No

**b**  If you answered line 1a "Yes," enter the name and EIN or address of each person providing the required disclosures for the service providers who received only eligible indirect compensation.  Complete as many entries as needed (see instructions).

---

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

TRANSAMERICA RETIREMENT SOLUTIONS

13-3689044

---

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

CHARLES SCHWAB & CO., INC.

94-1737782

---

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

---

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

---

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**

**Schedule C (Form 5500) 2018**
**v.180523**

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

Schedule C (Form 5500) 2018                                                                 Page **3 -** 1

**2. Information on Other Service Providers Receiving Direct or Indirect Compensation.** Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

**(a)** Enter name and EIN or address (see instructions)

TRANSAMERICA RETIREMENT SOLUTIONS

13-3689044

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 12 15 28 37 38 50 54 59 61 62 63 64 65 | RECORDKEEPER | 2173656 | Yes ☒  No ☐ | Yes ☒  No ☐ | 0 | Yes ☒  No ☐ |

**(a)** Enter name and EIN or address (see instructions)

NATIONAL FINANCIAL SERVICES

04-3523567

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 33 71 | SECURITIES BROKER | 0 | Yes ☒  No ☐ | Yes ☐  No ☒ | 0 | Yes ☒  No ☐ |

**(a)** Enter name and EIN or address (see instructions)

CHARLES SCHWAB & CO., INC.

94-1733782

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 33 71 | SECURITIES BROKER | 2493 | Yes ☒  No ☐ | Yes ☒  No ☐ | 0 | Yes ☒  No ☐ |

Schedule C (Form 5500) 2018                                                                     Page **3** - 2

**2. Information on Other Service Providers Receiving Direct or Indirect Compensation.** Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

**(a)** Enter name and EIN or address (see instructions)

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan.  If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f).  If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
|  |  |  | Yes ☐   No ☐ | Yes ☐   No ☐ |  | Yes ☐   No ☐ |

**(a)** Enter name and EIN or address (see instructions)

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan.  If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f).  If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
|  |  |  | Yes ☐   No ☐ | Yes ☐   No ☐ |  | Yes ☐   No ☐ |

**(a)** Enter name and EIN or address (see instructions)

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan.  If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f).  If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
|  |  |  | Yes ☐   No ☐ | Yes ☐   No ☐ |  | Yes ☐   No ☐ |

Schedule C (Form 5500) 2018                                              Page **4** - ☐1☐

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| JP MORGAN            30 DAN ROAD CANTON, MA 02021 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LEGG MASON          100 FIRST STAMFORD PLACE STAMFORD, CT 06902 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LSV            155 NORTH WACKER DRIVE SUITE 4600 CHICAGO, IL 60606 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

Schedule C (Form 5500) 2018         Page **4 -** | 2 |

| **Part I** | Service Provider Information (continued) |

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| NEUBERGER BERMAN      605 THIRD AVENUE<br>36TH FLOOR<br>NEW YORK, NY 10158 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| T ROWE PRICE      100 EAST PRATT STREET<br>BALTIMORE, MD 21202 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| WELLS FARGO      30 DAN ROAD<br>CANTON, MA 02021 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

Schedule C (Form 5500) 2018                                                    Page **4** - 3

| Part I | Service Provider Information (continued) |
|--------|------------------------------------------|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| JP MORGAN          30 DAN ROAD<br>CANTON, MA 02021 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LEGG MASON          100 FIRST STAMFORD PLACE<br>STAMFORD, CT 06902 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LSV          155 NORTH WACKER DRIVE<br>SUITE 4600<br>CHICAGO, IL 60606 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

Schedule C (Form 5500) 2018

Page **4 -** 4

| **Part I** | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| NEUBERGER BERMAN    605 THIRD AVENUE 36TH FLOOR NEW YORK, NY 10158 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| T ROWE PRICE    100 EAST PRATT STREET BALTIMORE, MD 21202 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| WELLS FARGO    30 DAN ROAD CANTON, MA 02021 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

Schedule C (Form 5500) 2018                                                    Page **4** - 5

| **Part I** | **Service Provider Information (continued)** |

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AIG

95-4715639 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AKRE

54-1968332 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| ALGER

13-2665689 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2018                                                          Page **4** - 6

| **Part I** | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| ALLIANZ FUNDS<br><br>06-1349805 | RANGE OF 0.02 - 0.50% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AMERICAN BEACON<br><br>75-2401150 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AMERICAN CENTURY INVESTMENTS<br><br>43-0821857 | RATE OF 0.35% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2018                                                    Page **4** - 7

| Part I | Service Provider Information (continued) |
|--------|------------------------------------------|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AMERICAN FUNDS

95-1411037 | RATE OF 0.37% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AQR FUNDS                    2 GREENWICH PLAZA
                             GREENWICH, CT 06830 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| ARTISAN

39-1811840 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2018                                                                Page **4** - 8

| Part I | Service Provider Information (continued) |
|--------|------------------------------------------|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| BLACKROCK  04-6171663 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| BRANDES  33-0635360 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| BROWN ADVISORY FUNDS  52-1952888 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2018                                                    Page **4** - 9

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| BROWN CAPITAL MANAGEMENT, LLC   1961 WEHRLE DRIVE SUITE 5 BUFFALO, NY 14221 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| BUFFALO   4550 MONTGOMERY AVENUE BETHESDA, MD 20814 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| CARILLON FAMILY OF FUNDS   59-2385219 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2018                                    Page **4** - ☐ 10

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| COLUMBIA<br><br>93-0577450 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| DIMENSIONAL FUND ADVISORS<br><br>22-2370029 | RATE OF 0.25% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| DIREXION FUNDS<br><br>13-4143904 | RANGE OF 0.40 - 0.45% OF AVERAGE DAILY BALANCE OF ASSETS |

Schedule C (Form 5500) 2018                                                                    Page **4** - 11

| **Part I** | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| DOUBLELINE                333 S. GRAND AVE  FLOOR 18  LOS ANGELES, CA 90071 | RANGE OF 0.15 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| DREYFUS                144 GLEN CURTIS BLVD  UNIONDALE, NY 11556 | RATE OF 0.48% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| EATON VANCE  04-2718215 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2018

Page **4** - ☐ 12

| **Part I** | **Service Provider Information (continued)** |
| --- | --- |

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| FEDERATED<br><br>25-1111467 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| FIDELITY INVESTMENTS<br><br>06-1194217 | RANGE OF 0.10 - 0.50% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| FIRST EAGLE<br><br>13-3392291 | RANGE OF 0.10 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

Schedule C (Form 5500) 2018                                                Page **4** - 13

| Part I | Service Provider Information (continued) |
|--------|------------------------------------------|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| FMI FUNDS<br><br>39-1861095 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| FRANKLIN TEMPLETON INVESTMENTS<br><br>94-3167260 | RANGE OF 0.15 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| GLENMEDE                1650 MARKET STREET<br>                         SUITE 1200<br>                         PHILADELPHIA, PA 19103 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2018

Page **4** - 14

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| GOLDMAN SACHS          30 HUDSON STREET JERSEY CITY, NJ 07302 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| GUGGENHEIM INVESTMENTS          277 W. MONROE ST. SUITE 4900 CHICAGO, IL 60606 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| HARDING LOEVNER          400 CROSSING BLVD FOURTH FLOOR BRIDGEWATER, NJ 08807 | RANGE OF 0.08 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

Schedule C (Form 5500) 2018                                          Page **4 -** [15]

| **Part I** | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| HARTFORD MUTUAL FUNDS<br><br>13-3317783 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| HENNESSY<br><br>68-0377264 | RANGE OF 0.10 - 0.50% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| INFINITY Q            1355 PEACHTREE ST NE<br>SUITE 750<br>ATLANTA, GA 30309 | RANGE OF 0.10 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

Schedule C (Form 5500) 2018

Page **4** - 16

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| INVESCO<br><br>58-2287224 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| JANUS HENDERSON<br><br>43-1804048 | RATE OF 0.35% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| JENSEN<br><br>93-0978027 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2018

Page **4** - 17

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| JPMORGAN<br><br>13-2624428 | RATE OF 0.07% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| KOPERNIK | 302 KNIGHTS RUN AVENUE SUITE 1225 TAMPA, FL 33602 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LAZARD | 30 ROCKEFELLER PLAZA NEW YORK, NY 10112 | RANGE OF 0.10 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

Schedule C (Form 5500) 2018                                    Page **4** - | 18 |

| **Part I** | Service Provider Information (continued) |

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LEGG MASON                 100 FIRST STAMFORD PLACE STAMFORD, CT 06902 | RANGE OF 0.10 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LYRICAL                 250 WEST 55TH STREET FLOOR 37 NEW YORK, NY 10019 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MANNING & NAPIER                 155 FLEET STREET PLYMOUTH, NH 03801 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2018                                    Page **4** - ☐ 19

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MATTHEWS ASIA FUNDS

94-3250972 | RANGE OF 0.33 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| METROPOLITAN WEST FUNDS

95-4597302 | RATE OF 0.35% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MFS

04-3253929 | RATE OF 0.45% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MORGAN STANLEY<br><br>36-3145972 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MOTLEY FOOL<br><br>54-1742975 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| NORTHERN FUNDS<br><br>36-3608252 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2018

Page **4 -** 21

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| NUVEEN<br><br>36-3817266 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| OAK RIDGE FUNDS          10 SOUTH LA SALLE STREET<br>SUITE 1900<br>CHICAGO, IL 60603 | RATE OF 0.60% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| OAKMARK<br><br>52-2257782 | RATE OF 0.35% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2018                                                        Page **4** - 22

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| OPPENHEIMERFUNDS<br><br>13-2527171 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| OSTERWEIS<br><br>94-2871718 | RATE OF 0.09% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PACIFIC FUNDS SERIES TRUST<br><br>95-1079000 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2018                                           Page **4 -** 23

| **Part I** | **Service Provider Information (continued)** |
| --- | --- |

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| PARNASSUS<br><br>94-6579180 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| PIONEER INVESTMENTS<br><br>13-5657669 | RATE OF 0.60% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| PRIMECAP ODYSSEY FUNDS<br><br>95-3868081 | RATE OF 0.08% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2018

Page **4** - 24

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PRINCIPAL FUNDS<br><br>42-1520346 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PROFUNDS<br><br>52-2035197 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PT ASSET MANAGEMENT, LLC (PTAM)     500 WEST MADISON STREET<br>SUITE 470<br>CHICAGO, IL 60661 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2018

Page **4 -** 25

| **Part I** | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PUTNAM<br><br>36-4488942 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| RBC GLOBAL ASSET MANAGEMENT.          4701 W. GREENFIELD AVE MILWAUKEE, WI 53214 | RANGE OF 0.10 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| RIVERNORTH FUNDS          325 NORTH LA SALLE DRIVE SUITE 645 CHICAGO, IL 60654 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2018

Page **4** - 26

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| RMB FUNDS                115 SOUTH LA SALLE 34TH FLOOR CHICAGO, IL 60603 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| SCHWAB FUNDS

94-3106735 | RANGE OF 0.02 - 0.25% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| STATE STREET GLOBAL

42-1704580 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2018

Page **4** - 27

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| STONE RIDGE FUNDS          39675 MACKENZIE DRIVE                                           NOVI, MI 48377 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| T. ROWE PRICE

52-2264646 | RATE OF 0.15% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| THE PACIFIC FINANCIAL GROUP          777 108TH AVE                                           SUITE 2100                                           BELLEVUE, WA 98004 | RATE OF 0.25% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2018                                    Page **4** - 28

| **Part I** | Service Provider Information (continued) |
| --- | --- |

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| THIRD AVENUE<br><br>01-0690900 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| TOCQUEVILLE<br><br>13-3549887 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| TORTOISE CAPITAL ADVISORS        11550 ASH STREET<br>SUITE 300<br>LEAKWOOD, KS 66211 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2018                                    Page **4** - 29

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| TOUCHSTONE<br><br>31-0487145 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| TRANSAMERICA<br><br>94-0932740 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| U.S. GLOBAL INVESTORS<br><br>74-1619375 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2018                                    Page **4** - 30

| **Part I** | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| USAA<br><br>74-0959140 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| VANECK          122 EAST 42ND STREET<br>                NEW YORK, NY 10168 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| VERSUS CAPITAL          5555 DTC PARKWAY<br>                       SUITE 330<br>                       GREENWOOD VILLAGE, CO 80111 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2018                                       Page **4** - 31

| **Part I** | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| VICTORY          100 PEARL STREET<br>9TH FLOOR<br>HARTFORD, CT 06103 | RANGE OF 0.10 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| WASATCH<br><br>87-0319391 | RANGE OF 0.35 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| YORKTOWN FUNDS          2303 YORKTOWN AVE<br>LYNCHBURG, VA 24501 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2018

Page **4** - 32

| **Part I** | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| ZEVENBERGEN CAPITAL INVESTMENTS  601 UNION STREET SUITE 4600 SEATTLE, WA 98101 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| | | |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| | |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| | | |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| | |

Schedule C (Form 5500) 2018                                                     Page **5** - ☐1☐

| **Part II** | **Service Providers Who Fail or Refuse to Provide Information** |

**4**   Provide, to the extent possible, the following information for each service provider who failed or refused to provide the information necessary to complete this Schedule.

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |

Schedule C (Form 5500) 2018                                                    Page **6** - 1

| Part III | Termination Information on Accountants and Enrolled Actuaries (see instructions) |
|---|---|

(complete as many entries as needed)

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |

Explanation:

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |

Explanation:

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |

Explanation:

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |

Explanation:

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |

Explanation:

| SCHEDULE D<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration | **DFE/Participating Plan Information**<br><br>This schedule is required to be filed under section 104 of the Employee<br>Retirement Income Security Act of 1974 (ERISA).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2018**<br><br>**This Form is Open to Public Inspection.** |
|---|---|---|

For calendar plan year 2018 or fiscal plan year beginning   01/01/2018   and ending   12/31/2018

| **A** Name of plan<br>BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN | **B**   Three-digit<br>plan number (PN)   ▶   002 |
|---|---|
| **C** Plan or DFE sponsor's name as shown on line 2a of Form 5500<br>BAPTIST HEALTH SOUTH FLORIDA, INC. | **D**   Employer Identification Number (EIN)<br>65-0267668 |

| **Part I** | **Information on interests in MTIAs, CCTs, PSAs, and 103-12 IEs (to be completed by plans and DFEs)**<br>(Complete as many entries as needed to report all interests in DFEs) |
|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:   GUARANTEED POOLED FUND

**b** Name of sponsor of entity listed in (a):   TRANSAMERICA FINANCIAL LIFE INSURANCE CO

| **c** EIN-PN   36-6071399-005 | **d** Entity<br>code   P | **e** Dollar value of interest in MTIA, CCT, PSA, or<br>103-12 IE at end of year (see instructions)   6 |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity<br>code | **e** Dollar value of interest in MTIA, CCT, PSA, or<br>103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity<br>code | **e** Dollar value of interest in MTIA, CCT, PSA, or<br>103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity<br>code | **e** Dollar value of interest in MTIA, CCT, PSA, or<br>103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity<br>code | **e** Dollar value of interest in MTIA, CCT, PSA, or<br>103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity<br>code | **e** Dollar value of interest in MTIA, CCT, PSA, or<br>103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity<br>code | **e** Dollar value of interest in MTIA, CCT, PSA, or<br>103-12 IE at end of year (see instructions) |
|---|---|---|

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**   **Schedule D (Form 5500) 2018**<br>**v.171027**

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

Schedule D (Form 5500) 2018     Page **3 -** ☐1

| **Part II** | **Information on Participating Plans (to be completed by DFEs)**<br>(Complete as many entries as needed to report all participating plans) |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

| **SCHEDULE H**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Financial Information**<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA), and section 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2018**<br><br>**This Form is Open to Public Inspection** |
|---|---|---|

For calendar plan year 2018 or fiscal plan year beginning  01/01/2018                 and ending  12/31/2018

| **A** Name of plan<br>BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN | **B**  Three-digit<br>plan number (PN)     ▶     002 |
|---|---|
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>BAPTIST HEALTH SOUTH FLORIDA, INC. | **D**  Employer Identification Number (EIN)<br>65-0267668 |

---

| **Part I** | **Asset and Liability Statement** |
|---|---|

**1** Current value of plan assets and liabilities at the beginning and end of the plan year. Combine the value of plan assets held in more than one trust. Report the value of the plan's interest in a commingled fund containing the assets of more than one plan on a line-by-line basis unless the value is reportable on lines 1c(9) through 1c(14). Do not enter the value of that portion of an insurance contract which guarantees, during this plan year, to pay a specific dollar benefit at a future date. **Round off amounts to the nearest dollar.** MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 1b(1), 1b(2), 1c(8), 1g, 1h, and 1i. CCTs, PSAs, and 103-12 IEs also do not complete lines 1d and 1e. See instructions.

| **Assets** | | **(a)** Beginning of Year | **(b)** End of Year |
|---|---|---|---|
| **a** Total noninterest-bearing cash ............................................... | 1a | | |
| **b** Receivables (less allowance for doubtful accounts): | | | |
| **(1)** Employer contributions ........................................................ | 1b(1) | | |
| **(2)** Participant contributions...................................................... | 1b(2) | | |
| **(3)** Other............................................................................... | 1b(3) | 151384 | 151425 |
| **c** General investments: | | | |
| **(1)** Interest-bearing cash (include money market accounts & certificates of deposit).......................................................... | 1c(1) | | |
| **(2)** U.S. Government securities ................................................. | 1c(2) | | |
| **(3)** Corporate debt instruments (other than employer securities): | | | |
| **(A)** Preferred ................................................................... | 1c(3)(A) | | |
| **(B)** All other..................................................................... | 1c(3)(B) | | |
| **(4)** Corporate stocks (other than employer securities): | | | |
| **(A)** Preferred .................................................................... | 1c(4)(A) | | |
| **(B)** Common...................................................................... | 1c(4)(B) | | |
| **(5)** Partnership/joint venture interests ..................................... | 1c(5) | | |
| **(6)** Real estate (other than employer real property)..................... | 1c(6) | | |
| **(7)** Loans (other than to participants) ....................................... | 1c(7) | | |
| **(8)** Participant loans.............................................................. | 1c(8) | 66470396 | 70174407 |
| **(9)** Value of interest in common/collective trusts ....................... | 1c(9) | | |
| **(10)** Value of interest in pooled separate accounts ...................... | 1c(10) | 225028293 | 6 |
| **(11)** Value of interest in master trust investment accounts ............ | 1c(11) | | |
| **(12)** Value of interest in 103-12 investment entities...................... | 1c(12) | | |
| **(13)** Value of interest in registered investment companies (e.g., mutual funds)............................................................................ | 1c(13) | 955316997 | 1152981852 |
| **(14)** Value of funds held in insurance company general account (unallocated contracts)........................................................................ | 1c(14) | 1953188 | 1893028 |
| **(15)** Other............................................................................... | 1c(15) | 18854901 | 16392158 |

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.                 Schedule H (Form 5500) 2018<br>v. 171027

Schedule H (Form 5500) 2018                                                                Page **2**

| 1d | Employer-related investments: | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|---|
| | (1) Employer securities | 1d(1) | | |
| | (2) Employer real property | 1d(2) | | |
| e | Buildings and other property used in plan operation | 1e | | |
| f | Total assets (add all amounts in lines 1a through 1e) | 1f | 1267775159 | 1241592876 |

## Liabilities

| g | Benefit claims payable | 1g | | |
|---|---|---|---|---|
| h | Operating payables | 1h | | |
| i | Acquisition indebtedness | 1i | | |
| j | Other liabilities | 1j | | |
| k | Total liabilities (add all amounts in lines 1g through1j) | 1k | | |

## Net Assets

| l | Net assets (subtract line 1k from line 1f) | 1l | 1267775159 | 1241592876 |
|---|---|---|---|---|

| Part II | Income and Expense Statement |
|---|---|

**2** Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

### Income

| a | Contributions: | | (a) Amount | (b) Total |
|---|---|---|---|---|
| | (1) Received or receivable in cash from: **(A)** Employers | 2a(1)(A) | 45820212 | |
| | **(B)** Participants | 2a(1)(B) | 80507611 | |
| | **(C)** Others (including rollovers) | 2a(1)(C) | 10142633 | |
| | (2) Noncash contributions | 2a(2) | | |
| | (3) Total contributions. Add lines **2a(1)(A), (B), (C)**, and line **2a(2)** | 2a(3) | | 136470456 |
| b | Earnings on investments: | | | |
| | (1) Interest: | | | |
| | **(A)** Interest-bearing cash (including money market accounts and certificates of deposit) | 2b(1)(A) | | |
| | **(B)** U.S. Government securities | 2b(1)(B) | | |
| | **(C)** Corporate debt instruments | 2b(1)(C) | | |
| | **(D)** Loans (other than to participants) | 2b(1)(D) | | |
| | **(E)** Participant loans | 2b(1)(E) | 2600726 | |
| | **(F)** Other | 2b(1)(F) | 7803 | |
| | **(G)** Total interest. Add lines **2b(1)(A)** through **(F)** | 2b(1)(G) | | 2608529 |
| | (2) Dividends: **(A)** Preferred stock | 2b(2)(A) | | |
| | **(B)** Common stock | 2b(2)(B) | | |
| | **(C)** Registered investment company shares (e.g. mutual funds) | 2b(2)(C) | 21674372 | |
| | **(D)** Total dividends. Add lines **2b(2)(A), (B)**, and **(C)** | 2b(2)(D) | | 21674372 |
| | (3) Rents | 2b(3) | | |
| | (4) Net gain (loss) on sale of assets: **(A)** Aggregate proceeds | 2b(4)(A) | | |
| | **(B)** Aggregate carrying amount (see instructions) | 2b(4)(B) | | |
| | **(C)** Subtract line **2b(4)(B)** from line **2b(4)(A)** and enter result | 2b(4)(C) | | |
| | (5) Unrealized appreciation (depreciation) of assets: **(A)** Real estate | 2b(5)(A) | | |
| | **(B)** Other | 2b(5)(B) | | |
| | **(C)** Total unrealized appreciation of assets. Add lines **2b(5)(A)** and **(B)** | 2b(5)(C) | | |

Schedule H (Form 5500) 2018                                                     Page **3**

| | | **(a)** Amount | **(b)** Total |
|---|---|---|---|
| (6) Net investment gain (loss) from common/collective trusts ...................... | 2b(6) | | |
| (7) Net investment gain (loss) from pooled separate accounts ...................... | 2b(7) | | 1589370 |
| (8) Net investment gain (loss) from master trust investment accounts............ | 2b(8) | | |
| (9) Net investment gain (loss) from 103-12 investment entities ................... | 2b(9) | | |
| (10) Net investment gain (loss) from registered investment companies (e.g., mutual funds).................... | 2b(10) | | -79358995 |
| c Other income.......................................................................... | 2c | | -1407748 |
| d Total income. Add all **income** amounts in column (b) and enter total.................... | 2d | | 81575984 |

### Expenses

| | | **(a)** Amount | **(b)** Total |
|---|---|---|---|
| e Benefit payment and payments to provide benefits: | | | |
| (1) Directly to participants or beneficiaries, including direct rollovers............ | 2e(1) | 105139304 | |
| (2) To insurance carriers for the provision of benefits................................. | 2e(2) | | |
| (3) Other.................................................................................... | 2e(3) | | |
| (4) Total benefit payments. Add lines **2e(1)** through **(3)**........................... | 2e(4) | | 105139304 |
| f Corrective distributions (see instructions) ................................................ | 2f | | 12776 |
| g Certain deemed distributions of participant loans (see instructions) ............ | 2g | | 433970 |
| h Interest expense......................................................................... | 2h | | |
| i Administrative expenses: **(1)** Professional fees............................... | 2i(1) | | |
| (2) Contract administrator fees........................................... | 2i(2) | | |
| (3) Investment advisory and management fees............................ | 2i(3) | | |
| (4) Other.................................................................... | 2i(4) | 2173656 | |
| (5) Total administrative expenses. Add lines **2i(1)** through **(4)**.................. | 2i(5) | | 2173656 |
| j Total expenses. Add all **expense** amounts in column (b) and enter total ...... | 2j | | 107759706 |

### Net Income and Reconciliation

| | | **(a)** Amount | **(b)** Total |
|---|---|---|---|
| k Net income (loss). Subtract line **2j** from line **2d** .................................. | 2k | | -26183722 |
| l Transfers of assets: | | | |
| (1) To this plan........................................................................ | 2l(1) | | 1439 |
| (2) From this plan..................................................................... | 2l(2) | | |

---

**Part III**   **Accountant's Opinion**

**3** Complete lines 3a through 3c if the opinion of an independent qualified public accountant is attached to this Form 5500. Complete line 3d if an opinion is not attached.

**a** The attached opinion of an independent qualified public accountant for this plan is (see instructions):

**(1)** ☐ Unqualified   **(2)** ☐ Qualified   **(3)** ☒ Disclaimer   **(4)** ☐ Adverse

**b** Did the accountant perform a limited scope audit pursuant to 29 CFR 2520.103-8 and/or 103-12(d)?   ☒ Yes   ☐ No

**c** Enter the name and EIN of the accountant (or accounting firm) below:

**(1)** Name: DELOITTE & TOUCHE LLP            **(2)** EIN: 13-3891517

**d** The opinion of an independent qualified public accountant is **not attached** because:

**(1)** ☐ This form is filed for a CCT, PSA, or MTIA.   **(2)** ☐ It will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50.

---

**Part IV**   **Compliance Questions**

**4**   CCTs and PSAs do not complete Part IV. MTIAs, 103-12 IEs, and GIAs do not complete lines 4a, 4e, 4f, 4g, 4h, 4k, 4m, 4n, or 5. 103-12 IEs also do not complete lines 4j and 4l. MTIAs also do not complete line 4l.

During the plan year:

| | | Yes | No | Amount |
|---|---|---|---|---|
| **a** Was there a failure to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? Continue to answer "Yes" for any prior year failures until fully corrected. (See instructions and DOL's Voluntary Fiduciary Correction Program.).................. | 4a | | X | |
| **b** Were any loans by the plan or fixed income obligations due the plan in default as of the close of the plan year or classified during the year as uncollectible? Disregard participant loans secured by participant's account balance. (Attach Schedule G (Form 5500) Part I if "Yes" is checked.) | 4b | | X | |

Schedule H (Form 5500) 2018                           Page **4-** 1

| | | | Yes | No | Amount |
|---|---|---|---|---|---|
| **c** | Were any leases to which the plan was a party in default or classified during the year as uncollectible? (Attach Schedule G (Form 5500) Part II if "Yes" is checked.) ..................................... | **4c** | | X | |
| **d** | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 4a. Attach Schedule G (Form 5500) Part III if "Yes" is checked.).......................................................................................................... | **4d** | | X | |
| **e** | Was this plan covered by a fidelity bond? ...................................................................... | **4e** | X | | 10000000 |
| **f** | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? ........................................................................................... | **4f** | | X | |
| **g** | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser?............................................ | **4g** | | X | |
| **h** | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser?................. | **4h** | | X | |
| **i** | Did the plan have assets held for investment? (Attach schedule(s) of assets if "Yes" is checked, and see instructions for format requirements.)................................................................... | **4i** | X | | |
| **j** | Were any plan transactions or series of transactions in excess of 5% of the current value of plan assets? (Attach schedule of transactions if "Yes" is checked, and see instructions for format requirements.)................................................................ | **4j** | | X | |
| **k** | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? .................................................. | **4k** | | X | |
| **l** | Has the plan failed to provide any benefit when due under the plan?.......................................... | **4l** | | X | |
| **m** | If this is an individual account plan, was there a blackout period? (See instructions and 29 CFR 2520.101-3.).............................................................................................. | **4m** | | X | |
| **n** | If 4m was answered "Yes," check the "Yes" box if you either provided the required notice or one of the exceptions to providing the notice applied under 29 CFR 2520.101-3. .......................... | **4n** | | X | |

**5a** Has a resolution to terminate the plan been adopted during the plan year or any prior plan year?........ ☐ Yes  ☒ No
If "Yes," enter the amount of any plan assets that reverted to the employer this year _____.

**5b** If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

| **5b(1)** Name of plan(s) | **5b(2)** EIN(s) | **5b(3)** PN(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**5c** If the plan is a defined benefit plan, is it covered under the PBGC insurance program (See ERISA section 4021.)? ...... ☐ Yes  ☐ No  ☐ Not determined
If "Yes" is checked, enter the My PAA confirmation number from the PBGC premium filing for this plan year_____ _____. (See instructions.)

| SCHEDULE R (Form 5500) | Retirement Plan Information | OMB No. 1210-0110 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | This schedule is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code). | **2018** |
| Department of Labor Employee Benefits Security Administration | ▶ File as an attachment to Form 5500. | **This Form is Open to Public Inspection.** |
| Pension Benefit Guaranty Corporation | | |

For calendar plan year 2018 or fiscal plan year beginning **01/01/2018** and ending **12/31/2018**

| **A** Name of plan<br>BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN | **B** Three-digit plan number (PN) ▶ | 002 |
|---|---|---|

| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>BAPTIST HEALTH SOUTH FLORIDA, INC. | **D** Employer Identification Number (EIN)<br>65-0267668 |
|---|---|

| **Part I** | **Distributions** |
|---|---|

**All references to distributions relate only to payments of benefits during the plan year.**

**1** Total value of distributions paid in property other than in cash or the forms of property specified in the instructions ......................................................................................................

| **1** | 0 |
|---|---|

**2** Enter the EIN(s) of payor(s) who paid benefits on behalf of the plan to participants or beneficiaries during the year (if more than two, enter EINs of the two payors who paid the greatest dollar amounts of benefits):

EIN(s):   13-3689044   _____

**Profit-sharing plans, ESOPs, and stock bonus plans, skip line 3.**

**3** Number of participants (living or deceased) whose benefits were distributed in a single sum, during the plan year ..................................................................................

| **3** | 2314 |
|---|---|

| **Part II** | **Funding Information** (If the plan is not subject to the minimum funding requirements of section 412 of the Internal Revenue Code or ERISA section 302, skip this Part.) |
|---|---|

**4** Is the plan administrator making an election under Code section 412(d)(2) or ERISA section 302(d)(2)? .......................... ☐ Yes ☐ No ☐ N/A

**If the plan is a defined benefit plan, go to line 8.**

**5** If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions and enter the date of the ruling letter granting the waiver.   **Date:** Month _____ Day _____ Year _____

**If you completed line 5, complete lines 3, 9, and 10 of Schedule MB and do not complete the remainder of this schedule.**

**6 a** Enter the minimum required contribution for this plan year (include any prior year accumulated funding deficiency not waived) ...................................................................

| **6a** | |
|---|---|

**b** Enter the amount contributed by the employer to the plan for this plan year.................................................

| **6b** | |
|---|---|

**c** Subtract the amount in line 6b from the amount in line 6a. Enter the result (enter a minus sign to the left of a negative amount) ...................................................................

| **6c** | |
|---|---|

**If you completed line 6c, skip lines 8 and 9.**

**7** Will the minimum funding amount reported on line 6c be met by the funding deadline?................................ ☐ Yes ☐ No ☐ N/A

**8** If a change in actuarial cost method was made for this plan year pursuant to a revenue procedure or other authority providing automatic approval for the change or a class ruling letter, does the plan sponsor or plan administrator agree with the change? ................................................................ ☐ Yes ☐ No ☐ N/A

| **Part III** | **Amendments** |
|---|---|

**9** If this is a defined benefit pension plan, were any amendments adopted during this plan year that increased or decreased the value of benefits? If yes, check the appropriate box. If no, check the "No" box. ☐ Increase ☐ Decrease ☐ Both ☐ No

| **Part IV** | **ESOPs** (see instructions). If this is not a plan described under section 409(a) or 4975(e)(7) of the Internal Revenue Code, skip this Part. |
|---|---|

**10** Were unallocated employer securities or proceeds from the sale of unallocated securities used to repay any exempt loan? ................ ☐ Yes ☐ No

**11 a** Does the ESOP hold any preferred stock?........................................................................................... ☐ Yes ☐ No

**b** If the ESOP has an outstanding exempt loan with the employer as lender, is such loan part of a "back-to-back" loan? (See instructions for definition of "back-to-back" loan.) ....................................................... ☐ Yes ☐ No

**12** Does the ESOP hold any stock that is not readily tradable on an established securities market? ............................ ☐ Yes ☐ No

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**                    Schedule R (Form 5500) 2018
                                                                                                v. 171027

Schedule R (Form 5500) 2018        Page 2 - [ 1 ]

| Part V | Additional Information for Multiemployer Defined Benefit Pension Plans |
|---|---|

**13**   Enter the following information for each employer that contributed more than 5% of total contributions to the plan during the plan year (measured in dollars). See instructions. *Complete as many entries as needed to report all applicable employers.*

**a**   Name of contributing employer

**b**   EIN                 **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____ Day _____ Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
    (1)   Contribution rate (in dollars and cents) _____
    (2)   Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify):

**a**   Name of contributing employer

**b**   EIN                 **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____ Day _____ Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
    (1)   Contribution rate (in dollars and cents) _____
    (2)   Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

**a**   Name of contributing employer

**b**   EIN                 **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____ Day _____ Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
    (1)   Contribution rate (in dollars and cents) _____
    (2)   Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

**a**   Name of contributing employer

**b**   EIN                 **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____ Day _____ Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
    (1)   Contribution rate (in dollars and cents) _____
    (2)   Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

**a**   Name of contributing employer

**b**   EIN                 **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____ Day _____ Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
    (1)   Contribution rate (in dollars and cents) _____
    (2)   Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

**a**   Name of contributing employer

**b**   EIN                 **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____ Day _____ Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
    (1)   Contribution rate (in dollars and cents) _____
    (2)   Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

Schedule R (Form 5500) 2018                                                      Page **3**

---

**14** Enter the number of participants on whose behalf no contributions were made by an employer as an employer of the participant for:

| | | |
|---|---|---|
| **a** The current year.................................................................................................... | **14a** | |
| **b** The plan year immediately preceding the current plan year.......................................... | **14b** | |
| **c** The second preceding plan year ................................................................................ | **14c** | |

**15** Enter the ratio of the number of participants under the plan on whose behalf no employer had an obligation to make an employer contribution during the current plan year to:

| | | |
|---|---|---|
| **a** The corresponding number for the plan year immediately preceding the current plan year................ | **15a** | |
| **b** The corresponding number for the second preceding plan year ...................................... | **15b** | |

**16** Information with respect to any employers who withdrew from the plan during the preceding plan year:

| | | |
|---|---|---|
| **a** Enter the number of employers who withdrew during the preceding plan year ...................... | **16a** | |
| **b** If line 16a is greater than 0, enter the aggregate amount of withdrawal liability assessed or estimated to be assessed against such withdrawn employers | **16b** | |

**17** If assets and liabilities from another plan have been transferred to or merged with this plan during the plan year, check box and see instructions regarding supplemental information to be included as an attachment. ................................................................................................................ ☐

---

| **Part VI** | **Additional Information for Single-Employer and Multiemployer Defined Benefit Pension Plans** |
|---|---|

**18** If any liabilities to participants or their beneficiaries under the plan as of the end of the plan year consist (in whole or in part) of liabilities to such participants and beneficiaries under two or more pension plans as of immediately before such plan year, check box and see instructions regarding supplemental information to be included as an attachment ........................................................................................... ☐

**19** If the total number of participants is 1,000 or more, complete lines (a) through (c)

    **a** Enter the percentage of plan assets held as:
        Stock: _____ %  Investment-Grade Debt: _____ %  High-Yield Debt: _____ %  Real Estate: _____ %  Other: _____ %

    **b** Provide the average duration of the combined investment-grade and high-yield debt:
        ☐ 0-3 years  ☐ 3-6 years  ☐ 6-9 years  ☐ 9-12 years  ☐ 12-15 years  ☐ 15-18 years  ☐ 18-21 years  ☐ 21 years or more

    **c** What duration measure was used to calculate line 19(b)?
        ☐ Effective duration  ☐ Macaulay duration  ☐ Modified duration  ☐ Other (specify):

# Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan

Employer Identification Number: 65-0267668
Plan No: 002

Financial Statements as of December 31, 2018 and 2017, and for the Year Ended December 31, 2018, Supplemental Schedule as of December 31, 2018, and Independent Auditors' Report

# BAPTIST HEALTH SOUTH FLORIDA, INC.
# 403(B) EMPLOYEE RETIREMENT PLAN

## TABLE OF CONTENTS

| | Page |
|---|---|
| INDEPENDENT AUDITORS' REPORT | 1–2 |
| FINANCIAL STATEMENTS: | |
| Statements of Net Assets Available for Benefits as of December 31, 2018 and 2017 | 3 |
| Statement of Changes in Net Assets Available for Benefits for the Year Ended December 31, 2018 | 4 |
| Notes to Financial Statements as of December 31, 2018 and 2017, and for the Year Ended December 31, 2018 | 5–13 |
| SUPPLEMENTAL SCHEDULE: | 14 |
| Form 5500, Schedule H, Part IV, Line 4i—Schedule of Assets (Held at End of Year) as of December 31, 2018 | 15 |

NOTE:  All other schedules required by Section 2520.103-10 of the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974 have been omitted because they are not applicable.



**Deloitte & Touche LLP**
Certified Public Accountants
Tampa City Center
201 North Franklin Street
Suite 3600
Tampa, FL 33602
USA

Tel:+1 813 273 8300
Fax:+1 813 229 7698
www.deloitte.com

**INDEPENDENT AUDITORS' REPORT**

To the Board of Trustees of and Participants in
the Baptist Health South Florida, Inc.
403(b) Employee Retirement Plan:

### Report on the Financial Statements

We were engaged to audit the accompanying financial statements of Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan (the "Plan"), which comprise the statements of net assets available for benefits as of December 31, 2018 and 2017, and the related statement of changes in net assets available for benefits for the year ended December 31, 2018, and the related notes to the financial statements.

### Management's Responsibility for the Financial Statements

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

### Auditors' Responsibility

Our responsibility is to express an opinion on these financial statements based on conducting the audit in accordance with auditing standards generally accepted in the United States of America. Because of the matter described in the Basis for Disclaimer of Opinion paragraph, however, we were not able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion.

### Basis for Disclaimer of Opinion

As permitted by 29 CFR 2520.103-8 of the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974, the Plan administrator instructed us not to perform, and we did not perform, any auditing procedures with respect to the information summarized in Note 8, which was certified by State Street Bank and Trust Company, the custodian of the Plan, except for comparing such information with the related information included in the financial statements. We have been informed by the Plan administrator that the custodian holds the Plan's investment assets and executes investment transactions. The Plan administrator has obtained certifications from the custodian as of December 31, 2018 and 2017, and for the year ended December 31, 2018, that the information provided to the Plan administrator by the custodian is complete and accurate.

**Disclaimer of Opinion**

Because of the significance of the matter described in the Basis for Disclaimer of Opinion paragraph, we have not been able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion. Accordingly, we do not express an opinion on these financial statements.

**Other Matter**

The supplemental Schedule of Assets (Held at End of Year) as of December 31, 2018 is required by the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974 and is presented for the purpose of additional analysis and is not a required part of the financial statements. Because of the significance of the matter described in the Basis for Disclaimer of Opinion paragraph, we do not express an opinion on this supplemental schedule.

**Report on Form and Content in Compliance with Department of Labor Rules and Regulations**

The form and content of the information included in the financial statements and supplemental schedule, other than that derived from the information certified by the custodian, have been audited by us in accordance with auditing standards generally accepted in the United States of America and, in our opinion, are presented in compliance with the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974.

*Deloitte & Touche LLP*

October 15, 2019

**BAPTIST HEALTH SOUTH FLORIDA, INC.
403(b) EMPLOYEE RETIREMENT PLAN**

**STATEMENTS OF NET ASSETS AVAILABLE FOR BENEFITS
AS OF DECEMBER 31, 2018 AND 2017**

|  | 2018 | 2017 |
|---|---|---|
| ASSETS HELD FOR INVESTMENT: |  |  |
| Guaranteed pooled fund—at contract value (Note 4) | $ 6 | $ 225,028,293 |
| Insurance company general account—at fair value | 1,893,028 | 1,953,188 |
| Mutual funds—at fair value | 1,169,374,010 | 974,171,898 |
| Total assets held for investment | 1,171,267,044 | 1,201,153,379 |
| RECEIVABLES: |  |  |
| Notes receivable from participants | 71,611,885 | 67,871,952 |
| Employer contributions | 48,397,049 | 45,867,277 |
| Participant contributions | 2,855,357 | 2,897,146 |
| Total receivables | 122,864,291 | 116,636,375 |
| NET ASSETS AVAILABLE FOR BENEFITS | $1,294,131,335 | $1,317,789,754 |

See notes to financial statements.

**BAPTIST HEALTH SOUTH FLORIDA, INC.
403(b) EMPLOYEE RETIREMENT PLAN**

**STATEMENT OF CHANGES IN NET ASSETS AVAILABLE FOR BENEFITS
FOR THE YEAR ENDED DECEMBER 31, 2018**

| | |
|---|---:|
| ADDITIONS: | |
| Investment income: | |
| Net depreciation in fair value of investments | $ (80,766,743) |
| Interest income | 1,597,173 |
| Dividend income | 21,674,372 |
| Total investment loss | (57,495,198) |
| Interest income on notes receivable from participants | 2,600,726 |
| Contributions: | |
| Participants | 80,465,822 |
| Employer's basic | 30,218,740 |
| Employer's match | 18,131,244 |
| Rollovers | 10,142,633 |
| Total contributions | 138,958,439 |
| Total additions | 84,063,967 |
| DEDUCTIONS: | |
| Benefits paid to participants | 105,550,169 |
| Administrative expenses | 2,173,656 |
| Total deductions | 107,723,825 |
| NET DECREASE IN NET ASSETS BEFORE PLAN TRANSFERS | (23,659,858) |
| TRANSFERS TO THIS PLAN | 1,439 |
| NET DECREASE IN NET ASSETS | (23,658,419) |
| NET ASSETS AVAILABLE FOR BENEFITS: | |
| Beginning of year | 1,317,789,754 |
| End of year | $1,294,131,335 |

See notes to financial statements.

# BAPTIST HEALTH SOUTH FLORIDA, INC.
# 403(B) EMPLOYEE RETIREMENT PLAN

**NOTES TO FINANCIAL STATEMENTS**
**AS OF DECEMBER 31, 2018 AND 2017, AND FOR THE**
**YEAR ENDED DECEMBER 31, 2018**

## 1. DESCRIPTION OF THE PLAN

The following description of the Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan (the "Plan") is provided for general information purposes only. Participants should refer to the plan document for the Plan's information.

**General**—The Plan is a defined contribution plan covering employees of tax-exempt affiliates of Baptist Health South Florida, Inc. (the "Employer" or the "Plan Sponsor"). The purpose of the Plan is to permit contributions to be used to purchase an unallocated annuity contract and invest in mutual funds for the benefit of the participants, as provided for in Section 403(b) of the Internal Revenue Code (the "Code") of 1986, as amended. The Plan is subject to the provisions of the Employee Retirement Income Security Act of 1974 ("ERISA"). In November 2007, the Department of Labor issued amended regulations eliminating an exemption granted to 403(b) plans from the annual Form 5500 reporting, disclosure, and audit requirements under Part 1 of Subtitle B of Title I of the ERISA.

**Plan Administration**—Transamerica Retirement Solutions ("Transamerica" or the "Recordkeeper") is the recordkeeper for the Plan's assets and State Street Bank and Trust Company is the Plan's custodian (the "Custodian") for the Plan's assets.

**Contributions**—Each year, participants may contribute pre-tax annual compensation, as defined by the Plan, subject to certain Code limitations. Employees may make pre-tax contributions in the Plan as of the date employment begins with the Employer. Employees may also elect to make Roth after-tax deferrals. In addition to a participant's voluntary contribution, the Employer, at its discretion, may make both a basic and a matching contribution to the Employer contribution account of each participant as defined by the Plan. An employee becomes eligible to participate in the allocation of Employer Contributions after the employee completes ninety (90) days of continuous employment. Participants must work at least 1,000 hours during the payroll calendar year and be employed on the last day of the Plan year to receive Employer contributions. During 2018, the Employer provided a basic contribution of 3% of annual eligible compensation and matched 50% of up to the first 4% of annual eligible compensation that a participant contributed to the Plan.

**Plan Amendments**—The Plan was amended after December 31, 2017, in connection with certain acquisitions, permitting the transferred employees of the acquired entities to participate in the Plan. The Plan amendments gave the transferred employees credit for service with their former employer for purposes of meeting the eligibility requirements to participate in the allocation of employer contributions in 2018 and for vesting.

In April 2018, Baptist Health South Florida, Inc. (BHSF) formed, Health Systems Solutions, LLC. ("HSS"), a joint venture formed to provide revenue cycle management services to cerain entites within BHSF. Many of the revenue cycle employees accepted employment with the newly formed company and BHSF approved changes to the defined contribution plan for employees moving over to the newly created HSS.

Consequently, the Plan was amended effective July 1, 2018 in connection with the transition of certain active employees to employment with HSS. The Plan amendments provided the transitioning employees with the option to directly rollover any outstanding loans, to not provide distribution election forms earlier than 180 days after termination of accounts with balances of less than $5,000, and to provide employer contributions for the 2018 plan year even if they were not employed by December 31, 2018 or failed to work 1,000 hours during 2018.

The Plan amended its loan policy effective July 1, 2018 and October 1, 2018 in connection with the transition of certain active employees to employment with Bethesda Health, Inc. and Health Systems Solutions, respectively. The amended loan policy permitted the transitioning employees to continue repayment of their outstanding loans.

During the 2017 plan year, the Employer amended the plan, in connection with certain acquisitions, to permit the transferred employees of the acquired entities to participate in the Plan. The Plan amendments gave the transferred employees credit for service with their former employer for purposes of meeting the eligibility requirements to participate in the allocation of employer contributions in 2017 and for vesting.

During the 2017 plan year, effective September 4, 2017 through January 31, 2018, the Employer amended the plan to allow a hardship distribution for a need arising from Hurricane Irma in accordance with the terms of Internal Revenue Service Announcement 2017-13, Relief for Victims of Hurricane Irma. For any hardship distributions made for a need arising from Hurricane Irma, the Plan did not require the active employee to suspend elective deferrals for any period of time following such distribution. In addition, the Plan administrator was not required to determine the existence of an immediate and heavy financial need or amount needed to meet the need.

**Participant Accounts**—Individual accounts are maintained for each Plan participant. Each participant's account is credited with the participant's contribution, the Employer's contribution, and Plan earnings, and charged with withdrawals, an allocation of Plan losses, and administrative expenses. Allocations are based on participant earnings or account balances, as defined in the Plan agreement. The benefit to which a participant is entitled is the benefit that can be provided from the participant's vested account.

**Investments**—Participants direct the investment of their contributions into various investment options offered by the Plan. As of December 31, 2018, the Plan offers 23 mutual funds, and a Charles Schwab & Co., Inc. ("CS&Co") personal choice account. The CS&Co personal choice account allows participants to direct the investment of their contributions into publicly traded mutual funds. Effective July 2, 2018, the Plan replaced the Guaranteed Pooled Fund ("GPF") with Vanguard Federal Money Market Investor fund after termination of the group annuity contract issued by Transamerica Financial Life Insurance Company ("TFLIC"). Forfeited funds are held in an unallocated account that is invested in the TFLIC general account. A participant may change his or her investment options at any time during the year directly through the Recordkeeper.

**Vesting**—Participants are immediately vested in their contributions, plus actual earnings thereon. Vesting in the Employer's basic and matching contributions, plus actual earnings thereon, is based on three years of service, at which time the participant becomes 100% vested.

**Notes Receivable from Participants**—Participants may borrow from their fund accounts a minimum of $1,000 up to a maximum equal to the lesser of $50,000 or 50% of their

account balance, net of any outstanding loans. Loan terms range from one to five years or up to 10 years for the purchase of a primary residence. The loans are secured by the balance in the participant's account and bear interest at the prime rate as published in the Wall Street Journal on the day the participant applies for the loan. Generally, principal and interest are paid ratably over the term of the loan through payroll deductions. As of December 31, 2018, participant loans have maturities through 2029 at interest rates ranging from 3.25% to 7.75%.

**Payment of Benefits**—Upon a participant's retirement, death, or disability, or as required by law, the participant's vested interest in his or her account can be distributed by the following:

- If the participant's account balance is less than or equal to $1,000 and the participant does not elect either to receive payment directly or to roll it over to an individual retirement account or other employer's tax-qualified retirement plan, an automatic lump-sum distribution will be made.

- If the participant's account balance is greater than $1,000 but not more than $5,000, and the participant does not elect either to receive payment directly or to roll it over to an individual retirement account or other employer's tax-qualified retirement plan, then the participant's funds will automatically be transferred to an individual retirement account in their name.

- If the participant's account balance is more than $5,000, a distribution will be made at the election designated by the participant, in a lump-sum in cash, or through an annuity over the life expectancy of the participant, or in annual, semiannual, quarterly, or monthly installments over a specified period not exceeding the life expectancy of the participant and designated beneficiary, or any other payment method to which Transamerica agrees.

**Forfeited Accounts**—At December 31, 2018 and 2017, forfeited nonvested accounts totaled $1,065,211 and $983,675, respectively. These accounts will be used to reduce future Employer contributions. During the year ended December 31, 2018, Employer contributions were reduced by $1,200,000 from forfeited nonvested accounts.

2. **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

**Basis of Accounting**—The accompanying financial statements have been prepared in accordance with accounting principles generally accepted in the United States of America ("GAAP").

**Use of Estimates**—The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the reported amounts of assets, liabilities, and changes therein and disclosure of contingent assets and liabilities. Actual results could differ from those estimates.

**Risks and Uncertainties**—The Plan utilizes various investment instruments, including mutual funds and investment contracts. Investment securities, in general, are exposed to various risks, such as interest rate risk, credit risk, and overall market volatility. Due to the level of risk associated with certain investment securities, it is reasonably possible that changes in the values of investment securities will occur in the near term and that such changes could materially affect the amounts reported in the financial statements.

**Investments Valuation and Income Recognition**—The Plan's investments are stated at fair value, except for the GPF, which are reported at contract value. Fair value of a financial instrument is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. Contract value is the amount Plan participants would receive if they were to initiate permitted transactions under the terms of the Plan. See Note 3 for discussion on fair value measurements. Shares of mutual funds, including those held in CS&Co personal choice accounts, and insurance company general account are valued at the net asset value of shares held by the Plan at year end.

Purchases and sales of securities are recorded on a trade-date basis. Interest income is recorded on the accrual basis. Dividends are recorded on the ex-dividend date. Net appreciation (depreciation) includes the Plan's gains and losses on investments bought and sold, as well as held, during the year.

Management fees and operating expenses charged to the Plan for investments in the mutual funds are deducted from income earned on a daily basis and are not separately reflected. Consequently, management fees and operating expenses are reflected as a reduction of investment return for such investments.

**Notes Receivable from Participants**—Notes receivable from participants are measured at their unpaid principal balance, plus any accrued but unpaid interest. Delinquent participant loans are recorded as distributions based on the terms of the Plan document.

**Administrative Expenses**—Substantially all costs associated with the general administration of the Plan are paid by the Plan. Other administrative expenses shown in the financial statements represent transaction fees, such as loan processing fees and service fees, which are paid by the participant.

**Benefit Payments**—Benefit payments to participants are recorded upon distribution. There were no amounts allocated to accounts of persons who have elected to withdraw from the Plan, but have not yet been paid, at December 31, 2018 and 2017.

**Subsequent Events**—Subsequent events were evaluated through October 15, 2019, the date the financial statements were available to be issued.

The Plan was amended after December 31, 2018, in connection with certain acquisitions, permitting the employees of the acquired entities to participate in the Plan. All employees would become immediately eligible to make elective deferral contributions with exception to employees of any member controlled group that is not exempt from income tax under Code Section 501(c)(3). The Plan amendments clarified that payments for accrued sick, vacation, and other leave are included in a participant's compensation for the purpose of determining the participant's Plan benefit.

The Plan was amended after December 31, 2018, in connection with a change to the hardship distribution provisions effective January 1, 2019, eliminating the six month suspension requirement for participants who had taken a hardship withdrawal on or before December 31, 2018. Additionally, the Plan was also amended to eliminate the need to exhaust loan availability in order to satisfy a hardship distribution financial need.

### 3.   FAIR VALUE MEASUREMENTS

Accounting Standards Codification (ASC) 820, *Fair Value Measurements and Disclosures*, provides a framework for measuring fair value. That framework provides a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value, as follows: Level 1, which refers to securities valued using unadjusted quoted prices from active markets for identical assets; Level 2, which refers to securities not traded on an active market but for which observable market inputs are readily available; and Level 3, which refers to securities valued based on significant unobservable inputs. Assets are classified in their entirety based on the lowest level of input that is significant to the fair value measurement.

**Asset Valuation Techniques**—The following is a description of the valuation methodologies used for assets measured at fair value. There have been no changes in the methodologies used at December 31, 2018 and 2017.

***Mutual Funds, Including CS&Co Personal Choice Accounts***—Valued at the daily closing price as reported by the fund. Mutual funds held by the Plan are open-ended mutual funds that are registered with the Securities and Exchange Commission. These funds are required to publish their daily net asset value and to transact at that price. The mutual funds held by the Plan are deemed to be actively traded.

***Insurance Company General Account***—Cash or short-term money market combined funds, valued at cost plus accrued interest.

The following tables set forth by level within the fair value hierarchy a summary of the Plan's investments measured at fair value on a recurring basis at December 31, 2018 and 2017. All investments are level 1 and level 2 assets and there are no level 3 investments.

| | Fair Value Measurements at December 31, 2018, Using | | |
| --- | --- | --- | --- |
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Total |
| Mutual funds | $ 1,152,981,852 | $        - | $ 1,152,981,852 |
| CS&Co Personal Choice Accounts | 16,392,158 | - | 16,392,158 |
| Insurance company general account | - | 1,893,028 | 1,893,028 |
| Total | $ 1,169,374,010 | $ 1,893,028 | $ 1,171,267,038 |

|  | Fair Value Measurements at December 31, 2017, Using | | |
|  | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Total |
| --- | --- | --- | --- |
| Mutual funds | $ 955,316,997 | $        - | $ 955,316,997 |
| CS&Co Personal Choice Accounts | 18,854,901 | - | 18,854,901 |
| Insurance company general account | - | 1,953,188 | 1,953,188 |
| Total | $ 974,171,898 | $ 1,953,188 | $ 976,125,086 |

**Transfers between Levels**—The availability of observable market data is monitored to assess the appropriate classification of financial instruments within the fair value hierarchy. Changes in economic conditions or model-based valuation techniques may require the transfer of financial instruments from one fair value level to another. In such instances, the transfer is reported at the beginning of the reporting period. For the year ended December 31, 2018, there were no transfers between levels.

**4.    INVESTMENT CONTRACT WITH INSURANCE COMPANY**

The GPF is a guaranteed pooled separate account provided under a group annuity contract (the "Contract") issued by TFLIC. Transamerica is the service agent for this Contract. The portfolio of the GPF is maintained separately from TFLIC's general assets. The Plan does not own any underlying securities of this GPF. The Plan has guaranteed benefits under the terms of the Contract. The Contract does not contain any type of market value formula or provision, and the Contract does not have maturity dates. Participant distributions are paid at contract value; however, distributions due to certain Employer initiated events, including, but not limited to, a merger, layoffs, bankruptcy, full or partial Plan termination, and early retirement incentive programs that exceed a certain percentage may be subject to a 5% withdrawal charge. A 5% withdrawal charge applies to the portion of the aggregate amount of withdrawals made due to Employer initiated events that: (a) during any 12 month period, exceeds 20% of the Plan's balance in the GPF as of the first day of this period or (b) since the Contract date, exceeds 40% of the Plan's balance in the GPF. It is not probable those events, which would limit the Plan's ability to transact at contract value with participants, will occur.

Upon termination of the Contract, the contract value is payable, as directed by the Employer, on the date of transfer. The date of transfer is typically 12 months following Transamerica's receipt of the Employer's notice of termination, but may be as long as 24 months from that date. During this 12- or 24-month period, benefit distributions and participant-directed transfers from the GPF are permitted under the terms of the Contract.

Effective January 1, 2013, the Contract contains a minimum guaranteed interest rate of 1%. Assets invested in this fund prior to January 1, 2013 are subject to the prior minimum guaranteed interest rate of 1.35%. At the beginning of each calendar year, TFLIC determines the declared interest rate, which will be credited to all monies invested in the GPF during such calendar year. The Plan assets under the contract will be credited with the greater of the declared interest rate and the applicable minimum guaranteed interest rate. For the year ended December 31, 2018, the declared interest rate on the GPF was 1.00%.

The primary variables affecting the future crediting rates of the GPF include the current yield of the underlying assets, duration of the underlying assets, and existing differences between the fair value and contract value of the assets.

The crediting rate will track current market yields on a trailing basis. The rate reset allows the contract value to converge with the fair value of the underlying portfolio over time, assuming the portfolio continues to earn the current yield for the period of time equal to the current portfolio duration. To the extent that the underlying portfolio has unrealized and/or realized losses, the future crediting rate may be lower over time than the then-current market rates. Similarly, if the underlying portfolio generates unrealized and/or realized gains, the future crediting rate may be higher than the then-current market rate.

The yield earned by the GPF at December 31, 2018 and 2017, was 3.15% and 2.31%, respectively. This represents the annualized earnings of all investments in the GPF, including earnings recorded for the underlying securities, divided by the fair value of all investments in the GPF at December 31, 2018 and 2017. The yield earned by the GPF with an adjustment to reflect the actual interest rate credited to participants in the GPF at December 31, 2018 and 2017, was 1.24% and 0.98%, respectively.

TFLIC receives a fee based on the balance of the assets of the separate account. Participants cannot transfer their GPF balances to competing fixed income funds. Balances transferred from the GPF to noncompeting funds cannot be transferred to competing fixed income funds for 90 days, but may be transferred back to the GPF at any time. Participants can withdraw their GPF balances at contract value without restriction. The GPF is included in the financial statements at contract value. Contract value represents contributions made under the Contract, plus earnings, less participant withdrawals and administrative expenses. Participants may ordinarily direct the withdrawal or transfer of all or a portion of their investment at contract value.

The Plan replaced its GPF with Vanguard Federal Money Market Investor fund effective July 2, 2018 after termination of the group annuity contract issued by TFLIC (Note 2).

## 5.  EXEMPT PARTY-IN-INTEREST TRANSACTIONS

The Plan held an investment in the GPF and in the insurance company general account issued by TFLIC during the year ended December 31, 2018. Since TFLIC and Transamerica are related organizations, the transactions associated with the investments in the GPF and insurance company general account qualify as exempt party-in-interest transactions. Fees paid by the Plan for investment management services were included as a reduction of the return earned on investments.

## 6.  PLAN TERMINATION

Although it has not expressed any intent to do so, the Employer has the right under the Plan to discontinue its contributions at any time and to terminate the Plan subject to the provisions of ERISA. In the event of Plan termination, participants will become 100% vested in their accounts.

## 7.  FEDERAL INCOME TAX STATUS

The Plan has been designed to qualify under Section 403(b) of the Code. The terms of the Plan have been prepared to conform to Internal Revenue Service ("IRS") rules and

regulations. The Plan Sponsor intends to apply for a determination letter on the Plan once the IRS opens such a program. The Plan is required to operate in conformity with the Code to maintain the tax-exempt status for plan participants under Section 403(b). The Plan Sponsor and Plan management believe that the Plan is currently designed in accordance with the applicable requirements of Section 403(b) of the Code and, therefore, believes the Plan is qualified and the related custodial accounts are tax-exempt.

GAAP requires Plan management to evaluate tax positions taken by the Plan and recognize a tax liability (or asset) if the Plan has taken an uncertain position that, more likely than not, would not be sustained upon examination by the IRS. The Plan administrator has analyzed the tax positions taken by the Plan and has concluded that, as of December 31, 2018, there are no uncertain positions taken or expected to be taken that would require recognition of a liability (or asset) or disclosure in the financial statements.

## 8. INFORMATION CERTIFIED BY THE CUSTODIAN

The following is a summary of the unaudited information regarding the Plan as of December 31, 2018 and 2017, and for the year ended December 31, 2018, included in the Plan's financial statements and supplemental schedule that was prepared by or derived from information prepared by the Custodian and furnished to the Plan administrator. The Plan administrator has obtained certifications from the Custodian that such information is complete and accurate.

|  | 2018 | 2017 |
|---|---|---|
| Statements of net assets available for benefits: |  |  |
| Investments at fair value: |  |  |
| Mutual funds | $ 1,169,374,010 | $   974,171,898 |
| Insurance company general account | 1,893,028 | 1,953,188 |
| GPF—at contract value | 6 | 225,028,293 |
| Cash | - | - |
| Notes receivable from participants | 71,611,885 | 67,871,952 |
| Total | $ 1,242,878,929 | $ 1,269,025,331 |
| Statement of changes in net assets available for benefits: |  |  |
| Net depreciation in fair value of investments | $    (80,766,743) |  |
| Interest income | 1,597,173 |  |
| Dividend income | 21,674,372 |  |
| Interest income on notes receivable from participants | 2,600,726 |  |

Supplemental schedules: All investment balances and information included in the supplemental schedule of assets (held at end of year) is certified.

Notes 3 and 4: All investment balances and information is certified, except for the ASC 820 leveling information in Note 3.

- 12 -

## 9.   RECONCILIATION OF FINANCIAL STATEMENTS TO FORM 5500

The following is a reconciliation of net assets available for benefits per the financial statements to the Form 5500 as of December 31, 2018 and 2017:

|  | 2018 | 2017 |
|---|---|---|
| Net assets available for benefits per the financial statements | $1,294,131,335 | $1,317,789,754 |
| Deemed loan distributions | (1,286,053) | (1,250,172) |
| Participant contributions receivable | (2,855,357) | (2,897,146) |
| Employer contributions receivable | (48,397,049) | (45,867,277) |
| Net assets available for benefits per Form 5500 | $1,241,592,876 | $1,267,775,159 |

For the year ended December 31, 2018, the following is a reconciliation of contributions per the financial statements to the Form 5500:

| | |
|---|---|
| Total participant contributions per the financial statements | $ 80,465,822 |
| Add participant contributions receivable—December 31, 2017 | 2,897,146 |
| Deduct participant contributions receivable—December 31, 2018 | (2,855,357) |
| Total participant contributions per the Form 5500 | $ 80,507,611 |
| Employer's basic contribution per the financial statements | $ 30,218,740 |
| Employer's match contribution per the financial statements | 18,131,244 |
| Add employer contributions receivable—December 31, 2017 | 45,867,277 |
| Deduct employer contributions receivable—December 31, 2018 | (48,397,049) |
| Total employer contributions per the Form 5500 | $ 45,820,212 |
| Notes receivable from participants per the financial statements | $ 71,611,885 |
| Deduct Deemed loan distributions | (1,286,053) |
| Deduct accrued interest—December 31, 2018 | (151,425) |
| Total notes receivable from participants per the Form 5500 | $ 70,174,407 |

For the year ended December 31, 2018, the following is a reconciliation of benefits paid to participants per the financial statements to the Form 5500:

| | |
|---|---|
| Total benefits paid to participants per the financial statements | $105,550,169 |
| Change in deemed loan distributions | 35,881 |
| Total benefits paid and deemed loan distributions per the Form 5500 | $105,586,050 |

* * * * * *

**SUPPLEMENTAL SCHEDULE**

**BAPTIST HEALTH SOUTH FLORIDA, INC.**
**403(b) EMPLOYEE RETIREMENT PLAN**

**Employer ID No: 65-0267668**
**Plan No: 002**

**FORM 5500, SCHEDULE H, PART IV, LINE 4i—SCHEDULE OF ASSETS (HELD AT END OF YEAR)**
**AS OF DECEMBER 31, 2018**

| (a) | (b) Identity of Issue, Borrower, Lessor, or Similar Party | (c) Description of Investment Including Maturity Date, Rate of Interest, Collateral, Par, or Maturity Value | (d) Cost | (e) Current Value |
|---|---|---|---|---|
| * | Transamerica Financial Life Ins Co. | Guaranteed pooled fund | ** | $ 6 |
| * | Transamerica Financial Life Ins Co. | Insurance company general account | ** | 1,893,028 |
| | Neuberger Berman | Mutual fund—Neuberger Berman Socially Responsive Fund | ** | 32,504,082 |
| | JPMorgan | Mutual fund—JP Morgan Small Cap Value Select | ** | 36,423,465 |
| | Legg Mason | Mutual fund—Legg Mason BW Global Opps Bond I | ** | 4,152,194 |
| | Legg Mason | Mutual fund—ClearBridge Small Cap Growth IS | ** | 30,620,632 |
| | LSV | Mutual fund—LSV Value Equity | ** | 68,690,802 |
| | Oppenheimer | Mutual fund—Oppenheimer International Growth I | ** | 46,429,625 |
| | PIMCO | Mutual fund—PIMCO Total Return Instl | ** | 9,445,667 |
| | PIMCO | Mutual fund—PIMCO Low Duration Instl | ** | 97,841,230 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2005 | ** | 5,399,860 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2010 | ** | 25,651,241 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2015 | ** | 20,388,255 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2020 | ** | 44,056,546 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2025 | ** | 39,341,884 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2030 | ** | 50,130,789 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2035 | ** | 49,915,954 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2040 | ** | 55,432,946 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2045 | ** | 52,407,569 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2050 | ** | 47,498,000 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2055 | ** | 28,148,360 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement Balanced | ** | 6,743,288 |
| | Vanguard | Mutual fund—Vanguard Federal Money Market | ** | 223,507,578 |
| | Vanguard | Mutual fund—Vanguard Institutional Index | ** | 78,466,863 |
| | Wells Fargo | Mutual fund—Wells Fargo Advantage Growth Fund | ** | 99,785,022 |
| | Charles Schwab Institutional | Various self-directed mutual funds | | 16,392,158 |
| | | Total mutual funds and other investments | | 1,169,374,010 |
| * | Participant | Notes receivable, interest rates of 3.25% to 7.75%, maturity dates through 2029 *** | | 70,174,407 |
| | | | | $1,241,441,451 |

* Denotes party-in-interest.
** Cost information is not required for participant-directed investments and therefore is not included.
*** Net of $1,286,053 in deemed loan distributions and $151,425 of accrued interest.

See accompanying independent auditors' report.

## Schedule C, Line 2(h) Formula Descriptions

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan**
**EIN No.: 65-0267668, Plan No. 002**
**Plan Year Ending: 12/31/2018**

**Indirect Compensation in the form of revenue sharing was paid to the following Service Providers:**

TRANSAMERICA RETIREMENT SOLUTIONS          13-3689044
NATIONAL FINANCIAL SERVICES                04-3523567

Revenue amounts are shown in annualized basis points of plan assets invested in applicable fund

| Fund Family | Fund Name | Start Date | End Date | Revenue to Transamerica Retirement Solutions | Revenue to National Financial Services |
|---|---|---|---|---|---|
| JP MORGAN | JPMORGAN SMALL CAP VALUE I | 1/1/2018 | 12/31/2018 | 24.363 | 0.638 |
| LEGG MASON | BRANDYWINEGLOBAL GLOBAL OPPORTUNITIES BOND I | 1/1/2018 | 12/31/2018 | 14.618 | 0.383 |
| LSV | LSV VALUE EQUITY FUND | 1/1/2018 | 12/31/2018 | 11.694 | 0.306 |
| NEUBERGER BERMAN | NEUBERGER BERMAN SUSTAINABLE EQUITY INSTL | 1/1/2018 | 12/31/2018 | 9.745 | 0.255 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2005 | 1/1/2018 | 12/31/2018 | 14.618 | 0.383 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2010 | 1/1/2018 | 12/31/2018 | 14.618 | 0.383 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2015 | 1/1/2018 | 12/31/2018 | 14.618 | 0.383 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2020 | 1/1/2018 | 12/31/2018 | 14.618 | 0.383 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2025 | 1/1/2018 | 12/31/2018 | 14.618 | 0.383 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2030 | 1/1/2018 | 12/31/2018 | 14.618 | 0.383 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2035 | 1/1/2018 | 12/31/2018 | 14.618 | 0.383 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2040 | 1/1/2018 | 12/31/2018 | 14.618 | 0.383 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2045 | 1/1/2018 | 12/31/2018 | 14.618 | 0.383 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2050 | 1/1/2018 | 12/31/2018 | 14.618 | 0.383 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2055 | 1/1/2018 | 12/31/2018 | 14.618 | 0.383 |
| T ROWE PRICE | T. ROWE PRICE BALANCED | 1/1/2018 | 12/31/2018 | 14.618 | 0.383 |
| WELLS FARGO | WELLS FARGO GROWTH INST | 1/1/2018 | 12/31/2018 | 14.618 | 0.383 |

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan**
**EIN No.: 65-0267668, Plan No. 002**
**Schedule H, Line 4i - Schedule of Assets**
**Plan Year Ending: 12/31/2018**

| (a) | (b)<br>Identity of Issuer, Borrower,<br>Lessor or Similar Party | (c)<br>Description of Investment, Including Maturity Date,<br>Rate of Interest, Par or Maturity Value | (e)<br>CURRENT VALUE | |
|---|---|---|---|---|
| | Transamerica Financial Life Ins. Co. | Insurance Company/General Account | $ | 1,893,028 |
| | | | | |
| | Legg Mason | Legg Mason BW Global Opps Bond I | $ | 4,152,194 |
| | Legg Mason | ClearBridge Small Cap Growth IS | $ | 30,620,632 |
| | JP Morgan | JPMorgan Small Cap Value I | $ | 36,423,465 |
| | LSV | LSV Value Equity | $ | 68,690,802 |
| | Neuberger Berman | Neuberger Berman Socially Resp Instl | $ | 32,504,082 |
| | Oppenheimer | Oppenheimer International Growth I | $ | 46,429,625 |
| | PIMCO | PIMCO Low Duration Inst | $ | 9,445,667 |
| | PIMCO | PIMCO Total Return Instl | $ | 97,841,230 |
| | T. Rowe Price | T. Rowe Price Retirement 2005 | $ | 5,399,860 |
| | T. Rowe Price | T. Rowe Price Retirement 2010 | $ | 25,651,241 |
| | T. Rowe Price | T. Rowe Price Retirement 2015 | $ | 20,388,255 |
| | T. Rowe Price | T. Rowe Price Retirement 2020 | $ | 44,056,546 |
| | T. Rowe Price | T. Rowe Price Retirement 2025 | $ | 39,341,884 |
| | T. Rowe Price | T. Rowe Price Retirement 2030 | $ | 50,130,789 |
| | T. Rowe Price | T. Rowe Price Retirement 2035 | $ | 49,915,954 |
| | T. Rowe Price | T. Rowe Price Retirement 2040 | $ | 55,432,946 |
| | T. Rowe Price | T. Rowe Price Retirement 2045 | $ | 52,407,569 |
| | T. Rowe Price | T. Rowe Price Retirement 2050 | $ | 47,498,000 |
| | T. Rowe Price | T. Rowe Price Retirement 2055 | $ | 28,148,360 |
| | T. Rowe Price | T. Rowe Price Retirement Balanced | $ | 6,743,288 |
| | Vanguard | Vanguard Federal Money Market | $ | 223,507,578 |
| | Vanguard | Vanguard Instl Index | $ | 78,466,863 |
| | Wells Fargo | Wells Fargo Growth I | $ | 99,785,022 |
| | | **Mutual Funds total** | **$** | **1,152,981,852** |
| | | | | |
| | Charles Schwab Instl | Personal Choice Retirement Account (Other Funds) | **$** | **16,392,158** |
| | | | | |
| | Transamerica Financial Life Ins. Co. | Guaranteed Pooled Fund (Unbundled) | $ | 6 |
| | | **Separate Account total** | **$** | **6** |
| | | | | |
| * | Participants | Notes Receivable with interest rates of 3.25% to 7.75% | **$** | **70,174,407** |
| | | | | |
| | | **TOTAL PLAN ASSETS** | **$** | **1,241,441,451** |

* Indicates Party-In-Interest to the Plan

# EXHIBIT A-5

| **Form 5500** | **Annual Return/Report of Employee Benefit Plan** | OMB Nos. 1210-0110 1210-0089 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code). | **2019** |
| Department of Labor<br>Employee Benefits Security Administration | ▶ **Complete all entries in accordance with the instructions to the Form 5500.** | |
| Pension Benefit Guaranty Corporation | | **This Form is Open to Public Inspection** |

---

| **Part I** | **Annual Report Identification Information** |
|---|---|

For calendar plan year 2019 or fiscal plan year beginning  01/01/2019        and ending  12/31/2019

**A** This return/report is for:
- [ ] a multiemployer plan
- [ ] a multiple-employer plan (Filers checking this box must attach a list of participating employer information in accordance with the form instructions.)
- [x] a single-employer plan
- [ ] a DFE (specify) ___

**B** This return/report is:
- [ ] the first return/report
- [ ] the final return/report
- [ ] an amended return/report
- [ ] a short plan year return/report (less than 12 months)

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ [ ]

**D** Check box if filing under:
- [x] Form 5558
- [ ] automatic extension
- [ ] the DFVC program
- [ ] special extension (enter description)

---

| **Part II** | **Basic Plan Information**—enter all requested information |
|---|---|

**1a** Name of plan

BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN

**1b** Three-digit plan number (PN) ▶  002

**1c** Effective date of plan
01/01/1989

**2a** Plan sponsor's name (employer, if for a single-employer plan)
Mailing address (include room, apt., suite no. and street, or P.O. Box)
City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)

BAPTIST HEALTH SOUTH FLORIDA, INC.

6855 RED ROAD
SUITE 500
CORAL GABLES, FL 33143

**2b** Employer Identification Number (EIN)
65-0267668

**2c** Plan Sponsor's telephone number
786-662-7178

**2d** Business code (see instructions)
622000

---

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 10/15/2020 | MATTHEW ARSENAULT |
|---|---|---|---|
| | Signature of plan administrator | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | | | |
| | Signature of employer/plan sponsor | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | |
| | Signature of DFE | Date | Enter name of individual signing as DFE |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**

**Form 5500 (2019)**
**v. 190130**

Form 5500 (2019)                                                                                              Page **2**

| **3a** Plan administrator's name and address  [X] Same as Plan Sponsor | **3b** Administrator's EIN |
|---|---|
| | **3c** Administrator's telephone number |

| **4** If the name and/or EIN of the plan sponsor or the plan name has changed since the last return/report filed for this plan, enter the plan sponsor's name, EIN, the plan name and the plan number from the last return/report: | **4b** EIN |
|---|---|
| **a** Sponsor's name | **4d** PN |
| **c** Plan Name | |

| | | |
|---|---|---|
| **5** Total number of participants at the beginning of the plan year | **5** | 20219 |
| **6** Number of participants as of the end of the plan year unless otherwise stated (welfare plans complete only lines **6a(1)**, **6a(2)**, **6b**, **6c**, and **6d**). | | |
| **a(1)** Total number of active participants at the beginning of the plan year ............................. | **6a(1)** | 16000 |
| **a(2)** Total number of active participants at the end of  the plan year ................................. | **6a(2)** | 19408 |
| **b** Retired or separated participants receiving benefits.......................................................... | **6b** | 245 |
| **c** Other retired or separated participants entitled to future benefits .................................... | **6c** | 4243 |
| **d** Subtotal. Add lines **6a(2)**, **6b**, and **6c**. | **6d** | 23896 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits. ..... | **6e** | 119 |
| **f** Total.  Add lines **6d** and **6e**. | **6f** | 24015 |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item)................................................................................. | **6g** | 23548 |
| **h** Number of participants who terminated employment during the plan year with accrued benefits that were less than 100% vested ............................................................................................ | **6h** | 508 |
| **7** Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item)......... | **7** | |

**8a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristics Codes in the instructions:

2F  2G  2L   2M  2R  2S  2T  3H

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristics Codes in the instructions:

| **9a** Plan funding arrangement (check all that apply) | | **9b** Plan benefit arrangement (check all that apply) | |
|---|---|---|---|
| **(1)** [X] | Insurance | **(1)** [X] | Insurance |
| **(2)** | Code section 412(e)(3) insurance contracts | **(2)** | Code section 412(e)(3) insurance contracts |
| **(3)** [X] | Trust | **(3)** [X] | Trust |
| **(4)** | General assets of the sponsor | **(4)** | General assets of the sponsor |

**10** Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached.  (See instructions)

| **a** Pension Schedules | | **b** General Schedules | |
|---|---|---|---|
| **(1)** [X] | **R**  (Retirement Plan Information) | **(1)** [X] | **H**  (Financial Information) |
| **(2)** [ ] | **MB**  (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary | **(2)** [ ] | **I**  (Financial Information – Small Plan) |
| | | **(3)** [X]  _1_ | **A**  (Insurance Information) |
| | | **(4)** [X] | **C**  (Service Provider Information) |
| **(3)** [ ] | **SB**  (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary | **(5)** [X] | **D**  (DFE/Participating Plan Information) |
| | | **(6)** [ ] | **G**  (Financial Transaction Schedules) |

Form 5500 (2019) | Page **3**

| **Part III** | **Form M-1 Compliance Information (to be completed by welfare benefit plans)** |

**11a** If the plan provides welfare benefits, was the plan subject to the Form M-1 filing requirements during the plan year? (See instructions and 29 CFR 2520.101-2.) ...........................………..…… ☐ Yes  ☐ No

If "Yes" is checked, complete lines 11b and 11c.

**11b** Is the plan currently in compliance with the Form M-1 filing requirements? (See instructions and 29 CFR 2520.101-2.) ………... ☐ Yes  ☐ No

**11c** Enter the Receipt Confirmation Code for the 2019 Form M-1 annual report.  If the plan was not required to file the 2019 Form M-1 annual report, enter the Receipt Confirmation Code for the most recent Form M-1 that was required to be filed under the Form M-1 filing requirements. (Failure to enter a valid Receipt Confirmation Code will subject the Form 5500 filing to rejection as incomplete.)

Receipt Confirmation Code_____

## SCHEDULE A
### (Form 5500)

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security Administration

Pension Benefit Guaranty Corporation

## Insurance Information

This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).

▶ **File as an attachment to Form 5500.**

▶ Insurance companies are required to provide the information pursuant to ERISA section 103(a)(2).

OMB No. 1210-0110

### 2019

**This Form is Open to Public Inspection**

For calendar plan year 2019 or fiscal plan year beginning  01/01/2019       and ending  12/31/2019

| **A** Name of plan | **B** Three-digit plan number (PN) ▶ | 002 |
|---|---|---|
| BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN | | |

| **C** Plan sponsor's name as shown on line 2a of Form 5500 | **D** Employer Identification Number (EIN) |
|---|---|
| BAPTIST HEALTH SOUTH FLORIDA, INC. | 65-0267668 |

| **Part I** | **Information Concerning Insurance Contract Coverage, Fees, and Commissions** Provide information for each contract on a separate Schedule A.  Individual contracts grouped as a unit in Parts II and III can be reported on a single Schedule A. |
|---|---|

**1**  Coverage Information:

**(a)** Name of insurance carrier

TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY

| **(b)** EIN | **(c)** NAIC code | **(d)** Contract or identification number | **(e)** Approximate number of persons covered at end of policy or contract year | Policy or contract year | |
|---|---|---|---|---|---|
| | | | | **(f)** From | **(g)** To |
| 36-6071399 | 70688 | TT069362 | 23548 | 01/01/2019 | 12/31/2019 |

**2**  Insurance fee and commission information. Enter the total fees and total commissions paid.  List in line 3 the agents, brokers, and other persons in descending order of the amount paid.

| **(a)** Total amount of commissions paid | **(b)** Total amount of fees paid |
|---|---|
| | |

**3**  Persons receiving commissions and fees.  (Complete as many entries as needed to report all persons).

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**

**Schedule A (Form 5500) 2019**
**v. 190130**

Schedule A  (Form 5500) 2019                                      Page **2** – 1

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

Schedule A  (Form 5500) 2019                                                                    Page **3**

| Part II | Investment and Annuity Contract Information |
|---------|---------------------------------------------|
|         | Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report. |

| | | | |
|---|---|---|---|
| **4** | Current value of plan's interest under this contract in the general account at year end............................................ | **4** | 1959876 |
| **5** | Current value of plan's interest under this contract in separate accounts at year end ............................................... | **5** | 0 |

**6** Contracts With Allocated Funds:

   **a**  State the basis of premium rates  ▶

| | | | |
|---|---|---|---|
| **b** | Premiums paid to carrier................................................................................................ | **6b** | |
| **c** | Premiums due but unpaid at the end of the year........................................................... | **6c** | |
| **d** | If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount. ......................................... | **6d** | |

      Specify nature of costs  ▶

   **e**  Type of contract:   (1) ☐ individual policies        (2) ☐ group deferred annuity

      (3) ☐ other (specify)   ▶

   **f**  If contract purchased, in whole or in part, to distribute benefits from a terminating plan, check here        ▶  ☐

**7** Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

   **a**  Type of contract:   (1) ☐ deposit administration        (2) ☐ immediate participation guarantee

      (3) ☒ guaranteed investment        (4) ☐ other ▶

| | | | |
|---|---|---|---|
| **b** | Balance at the end of the previous year.................................................................... | **7b** | 1893028 |
| **c** | Additions:  (1) Contributions deposited during the year.............................. | **7c(1)** | |
| | (2) Dividends and credits.................................................................... | **7c(2)** | |
| | (3) Interest credited during the year ................................................. | **7c(3)** | 8036 |
| | (4) Transferred from separate account.............................................. | **7c(4)** | |
| | (5) Other (specify below) ................................................................. | **7c(5)** | 1656742 |
| | ▶ ADDITIONS TO FORFEITURES AND EBA | | |
| | (6)Total additions................................................................................... | **7c(6)** | 1664778 |
| **d** | Total of balance and additions (add lines **7b** and **7c(6)**). ............................... | **7d** | 3557806 |
| **e** | Deductions: | | |
| | (1) Disbursed from fund to pay benefits or purchase annuities during year | **7e(1)** | |
| | (2) Administration charge made by carrier ....................................... | **7e(2)** | 368837 |
| | (3) Transferred to separate account.................................................. | **7e(3)** | |
| | (4) Other (specify below) ................................................................. | **7e(4)** | 1229093 |
| | ▶ ALLOCATED EXPENSES | | |
| | (5) Total deductions............................................................................ | **7e(5)** | 1597930 |
| **f** | Balance at the end of the current year (subtract line **7e(5)** from line **7d**) .................................................. | **7f** | 1959876 |

Schedule A  (Form 5500) 2019                                                      Page **4**

| Part III | Welfare Benefit Contract Information |
|---|---|

If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organizations(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit.  Where contracts cover individual employees, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report.

**8** Benefit and contract type (check all applicable boxes)

**a** ☐ Health (other than dental or vision)    **b** ☐ Dental    **c** ☐ Vision    **d** ☐ Life insurance

**e** ☐ Temporary disability (accident and sickness)    **f** ☐ Long-term disability    **g** ☐ Supplemental unemployment    **h** ☐ Prescription drug

**i** ☐ Stop loss (large deductible)    **j** ☐ HMO contract    **k** ☐ PPO contract    **l** ☐ Indemnity contract

**m** ☐ Other (specify) ▶

**9** Experience-rated contracts:

| | | | |
|---|---|---|---|
| **a** | Premiums: (1) Amount received................................................ | **9a(1)** | |
| | (2) Increase (decrease) in amount due but unpaid.................. | **9a(2)** | |
| | (3) Increase (decrease) in unearned premium reserve ............. | **9a(3)** | |
| | (4) Earned (**(1) + (2) - (3)**)............................................... | **9a(4)** | |
| **b** | Benefit charges (1) Claims paid ........................................... | **9b(1)** | |
| | (2) Increase (decrease) in claim reserves............................ | **9b(2)** | |
| | (3) Incurred claims (add **(1)** and **(2)**)............................... | **9b(3)** | |
| | (4) Claims charged .......................................................... | **9b(4)** | |
| **c** | Remainder of premium: (1) Retention charges (on an accrual basis) -- | | |
| | (A) Commissions............................................................. | **9c(1)(A)** | |
| | (B) Administrative service or other fees............................. | **9c(1)(B)** | |
| | (C) Other specific acquisition costs.................................. | **9c(1)(C)** | |
| | (D) Other expenses........................................................ | **9c(1)(D)** | |
| | (E) Taxes....................................................................... | **9c(1)(E)** | |
| | (F) Charges for risks or other contingencies...................... | **9c(1)(F)** | |
| | (G) Other retention charges............................................. | **9c(1)(G)** | |
| | (H) Total retention.......................................................... | **9c(1)(H)** | |
| | (2) Dividends or retroactive rate refunds.  (These amounts were ☐ paid in cash, or ☐ credited.)................... | **9c(2)** | |
| **d** | Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement ................. | **9d(1)** | |
| | (2) Claim reserves ......................................................... | **9d(2)** | |
| | (3) Other reserves .......................................................... | **9d(3)** | |
| **e** | Dividends or retroactive rate refunds due.  (Do not include amount entered in line **9c(2).**)............................ | **9e** | |

**10** Nonexperience-rated contracts:

| | | | |
|---|---|---|---|
| **a** | Total premiums or subscription charges paid to carrier ........................................................................... | **10a** | |
| **b** | If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, line 2 above, report amount........................... | **10b** | |

Specify nature of costs.

| Part IV | Provision of Information |
|---|---|

**11** Did the insurance company fail to provide any information necessary to complete Schedule A? ............   ☐ Yes   ☒ No

**12** If the answer to line 11 is "Yes," specify the information not provided.  ▶

| **SCHEDULE C**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Service Provider Information**<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2019**<br><br>**This Form is Open to Public Inspection.** |

| For calendar plan year 2019 or fiscal plan year beginning | 01/01/2019 | and ending | 12/31/2019 |

| **A** Name of plan<br>BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN | **B** Three-digit<br>plan number (PN)    ▶ | 002 |
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>BAPTIST HEALTH SOUTH FLORIDA, INC. | **D** Employer Identification Number (EIN)<br>65-0267668 | |

---

| **Part I** | **Service Provider Information (see instructions)** |

You must complete this Part, in accordance with the instructions, to report the information required for **each person** who received, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of monetary value) in connection with services rendered to the plan or the person's position with the plan during the plan year. If a person received **only** eligible indirect compensation for which the plan received the required disclosures, you are required to answer line 1 but are not required to include that person when completing the remainder of this Part.

## 1  Information on Persons Receiving Only Eligible Indirect Compensation

**a** Check "Yes" or "No" to indicate whether you are excluding a person from the remainder of this Part because they received only eligible indirect compensation for which the plan received the required disclosures (see instructions for definitions and conditions)................. ☒ Yes ☐ No

**b** If you answered line 1a "Yes," enter the name and EIN or address of each person providing the required disclosures for the service providers who received only eligible indirect compensation. Complete as many entries as needed (see instructions).

| **(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation |
| TRANSAMERICA RETIREMENT SOLUTIONS<br><br>13-3689044 |

| **(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation |
| CHARLES SCHWAB & CO., INC.<br><br>94-1737782 |

| **(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation |

| **(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**          **Schedule C (Form 5500) 2019**
**v. 190130**

Schedule C (Form 5500) 2019

Page **2-** 1

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

Schedule C (Form 5500) 2019

Page **3 -** 1

**2. Information on Other Service Providers Receiving Direct or Indirect Compensation.** Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

**(a)** Enter name and EIN or address (see instructions)

TRANSAMERICA RETIREMENT SOLUTIONS

13-3689044

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 12 15 28 37 38 50 54 59 61 62 63 64 65 | RECORDKEEPER | 1847178 | Yes [X]   No [ ] | Yes [X]   No [ ] | 0 | Yes [X]   No [ ] |

**(a)** Enter name and EIN or address (see instructions)

NATIONAL FINANCIAL SERVICES

04-3523567

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 33 71 | SECURITIES BROKER | 0 | Yes [X]   No [ ] | Yes [ ]   No [X] | 0 | Yes [X]   No [ ] |

**(a)** Enter name and EIN or address (see instructions)

CHARLES SCHWAB & CO., INC.

94-1733782

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 33 71 | SECURITIES BROKER | 2359 | Yes [X]   No [ ] | Yes [X]   No [ ] | 0 | Yes [X]   No [ ] |

Schedule C (Form 5500) 2019                                                          Page **3** - 2

**2. Information on Other Service Providers Receiving Direct or Indirect Compensation.** Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

**(a)** Enter name and EIN or address (see instructions)

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
|  |  |  | Yes ☐  No ☐ | Yes ☐  No ☐ |  | Yes ☐  No ☐ |

**(a)** Enter name and EIN or address (see instructions)

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
|  |  |  | Yes ☐  No ☐ | Yes ☐  No ☐ |  | Yes ☐  No ☐ |

**(a)** Enter name and EIN or address (see instructions)

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
|  |  |  | Yes ☐  No ☐ | Yes ☐  No ☐ |  | Yes ☐  No ☐ |

Schedule C (Form 5500) 2019                                                                        Page **4** - 1

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|---|
| JP MORGAN | 30 DAN ROAD CANTON, MA 02021 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|---|
| LEGG MASON | 100 FIRST STAMFORD PLACE STAMFORD, CT 06902 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|---|
| LSV | 155 NORTH WACKER DRIVE SUITE 4600 CHICAGO, IL 60606 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

Schedule C (Form 5500) 2019                                                Page **4** - 2

| **Part I** | **Service Provider Information (continued)** |

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| NEUBERGER BERMAN          605 THIRD AVENUE 36TH FLOOR NEW YORK, NY 10158 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| T ROWE PRICE          100 EAST PRATT STREET BALTIMORE, MD 21202 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| WELLS FARGO          30 DAN ROAD CANTON, MA 02021 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

Schedule C (Form 5500) 2019                                                  Page **4** - ⬚ 3 ⬚

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| JP MORGAN                30 DAN ROAD<br>CANTON, MA 02021 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LEGG MASON               100 FIRST STAMFORD PLACE<br>STAMFORD, CT 06902 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LSV                      155 NORTH WACKER DRIVE<br>SUITE 4600<br>CHICAGO, IL 60606 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

Schedule C (Form 5500) 2019

Page **4 -** [ 4 ]

| Part I | Service Provider Information (continued) |
|--------|------------------------------------------|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| NEUBERGER BERMAN  605 THIRD AVENUE  36TH FLOOR  NEW YORK, NY 10158 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| T ROWE PRICE  100 EAST PRATT STREET  BALTIMORE, MD 21202 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| WELLS FARGO  30 DAN ROAD  CANTON, MA 02021 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

Schedule C (Form 5500) 2019                                          Page **4** - ☐ 5

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AIG<br><br>95-4715639 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AKRE<br><br>54-1968332 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| ALGER<br><br>13-2665689 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2019                                                  Page **4 -** 6

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| ALLIANZ FUNDS<br><br>06-1349805 | RANGE OF 0.02 - 0.50% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AMERICAN BEACON<br><br>75-2401150 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AMERICAN CENTURY INVESTMENTS<br><br>43-0821857 | RATE OF 0.35% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2019

Page **4** - | 7 |

| **Part I** | Service Provider Information (continued) |

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AMERICAN FUNDS<br><br>95-1411037 | RATE OF 0.37% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AQR FUNDS          2 GREENWICH PLAZA<br>                   GREENWICH, CT 06830 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| ARTISAN<br><br>39-1811840 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2019                                      Page **4** - 8

| **Part I** | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| BLACKROCK<br><br>04-6171663 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| BRANDES<br><br>33-0635360 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| BROWN ADVISORY FUNDS<br><br>52-1952888 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2019                                    Page **4** - 9

| **Part I** | **Service Provider Information (continued)** |
| --- | --- |

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| BROWN CAPITAL MANAGEMENT, LLC    1961 WEHRLE DRIVE SUITE 5 BUFFALO, NY 14221 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| BUFFALO    4550 MONTGOMERY AVENUE BETHESDA, MD 20814 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| CARILLON FAMILY OF FUNDS    59-2385219 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2019       Page **4 -** 10

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| COLUMBIA<br><br>93-0577450 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| DIMENSIONAL FUND ADVISORS<br><br>22-2370029 | RATE OF 0.25% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| DIREXION FUNDS<br><br>13-4143904 | RANGE OF 0.40 - 0.45% OF AVERAGE DAILY BALANCE OF ASSETS |

Schedule C (Form 5500) 2019                                    Page **4** - ☐ 11

| **Part I** | **Service Provider Information (continued)** |

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| DOUBLELINE                333 S. GRAND AVE FLOOR 18 LOS ANGELES, CA 90071 | RANGE OF 0.15 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| DREYFUS                144 GLEN CURTIS BLVD UNIONDALE, NY 11556 | RATE OF 0.48% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| EATON VANCE

04-2718215 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2019          Page **4** - 12

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| FEDERATED<br><br>25-1111467 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| FIDELITY INVESTMENTS<br><br>06-1194217 | RANGE OF 0.10 - 0.50% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| FIRST EAGLE<br><br>13-3392291 | RANGE OF 0.10 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| **Part I** | **Service Provider Information (continued)** |
| --- | --- |

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| FMI FUNDS<br><br>39-1861095 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| FRANKLIN TEMPLETON INVESTMENTS<br><br>94-3167260 | RANGE OF 0.15 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| GLENMEDE     1650 MARKET STREET<br>SUITE 1200<br>PHILADELPHIA, PA 19103 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2019  Page **4 -** [ 14 ]

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| GOLDMAN SACHS          30 HUDSON STREET JERSEY CITY, NJ 07302 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| GUGGENHEIM INVESTMENTS          277 W. MONROE ST. SUITE 4900 CHICAGO, IL 60606 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| HARDING LOEVNER          400 CROSSING BLVD FOURTH FLOOR BRIDGEWATER, NJ 08807 | RANGE OF 0.08 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

Schedule C (Form 5500) 2019

Page **4 -** ☐ 15

---

| **Part I** | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| HARTFORD MUTUAL FUNDS<br><br>13-3317783 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| HENNESSY<br><br>68-0377264 | RANGE OF 0.10 - 0.50% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| INFINITY Q | 1355 PEACHTREE ST NE SUITE 750 ATLANTA, GA 30309 | RANGE OF 0.10 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

Schedule C (Form 5500) 2019                                                Page **4** - 16

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| INVESCO<br><br>58-2287224 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| JANUS HENDERSON<br><br>43-1804048 | RATE OF 0.35% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| JENSEN<br><br>93-0978027 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2019                                                Page **4** - ☐ 17

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| JPMORGAN<br><br>13-2624428 | RATE OF 0.07% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| KOPERNIK                302 KNIGHTS RUN AVENUE<br>SUITE 1225<br>TAMPA, FL 33602 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LAZARD                  30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 | RANGE OF 0.10 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

Schedule C (Form 5500) 2019

Page **4 -** 18

| **Part I** | **Service Provider Information (continued)** |
| --- | --- |

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| LEGG MASON          100 FIRST STAMFORD PLACE  STAMFORD, CT 06902 | RANGE OF 0.10 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| LYRICAL          250 WEST 55TH STREET  FLOOR 37  NEW YORK, NY 10019 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| MANNING & NAPIER          155 FLEET STREET  PLYMOUTH, NH 03801 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2019                                    Page **4** - 19

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MATTHEWS ASIA FUNDS<br><br>94-3250972 | RANGE OF 0.33 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| METROPOLITAN WEST FUNDS<br><br>95-4597302 | RATE OF 0.35% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MFS<br><br>04-3253929 | RATE OF 0.45% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2019                                                    Page **4** - | 20 |

| **Part I** | **Service Provider Information (continued)** |

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MORGAN STANLEY

36-3145972 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MOTLEY FOOL

54-1742975 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| NORTHERN FUNDS

36-3608252 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2019                                          Page **4** - ☐ 21

| **Part I** | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| NUVEEN<br><br>36-3817266 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| OAK RIDGE FUNDS          10 SOUTH LA SALLE STREET<br>                         SUITE 1900<br>                         CHICAGO, IL 60603 | RATE OF 0.60% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| OAKMARK<br><br>52-2257782 | RATE OF 0.35% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2019

Page **4** - 22

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| OPPENHEIMERFUNDS<br><br>13-2527171 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| OSTERWEIS<br><br>94-2871718 | RATE OF 0.09% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PACIFIC FUNDS SERIES TRUST<br><br>95-1079000 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2019

Page **4** - 23

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PARNASSUS<br><br>94-6579180 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PIONEER INVESTMENTS<br><br>13-5657669 | RATE OF 0.60% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PRIMECAP ODYSSEY FUNDS<br><br>95-3868081 | RATE OF 0.08% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2019

Page **4 -** 24

| **Part I** | **Service Provider Information (continued)** |
| --- | --- |

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| PRINCIPAL FUNDS<br><br>42-1520346 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| PROFUNDS<br><br>52-2035197 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| PT ASSET MANAGEMENT, LLC (PTAM)   500 WEST MADISON STREET SUITE 470 CHICAGO, IL 60661 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2019                                                    Page **4** - | 25 |

| **Part I** | **Service Provider Information (continued)** |

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PUTNAM<br><br>36-4488942 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| RBC GLOBAL ASSET MANAGEMENT.        4701 W. GREENFIELD AVE<br>MILWAUKEE, WI 53214 | RANGE OF 0.10 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| RIVERNORTH FUNDS        325 NORTH LA SALLE DRIVE<br>SUITE 645<br>CHICAGO, IL 60654 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2019                                                                 Page **4** - ☐ 26

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| RMB FUNDS          115 SOUTH LA SALLE 34TH FLOOR CHICAGO, IL 60603 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| SCHWAB FUNDS 94-3106735 | RANGE OF 0.02 - 0.25% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| STATE STREET GLOBAL ADV 42-1704580 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2019

Page **4** - | 27 |

| Part I | Service Provider Information (continued) |

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| STONE RIDGE FUNDS          39675 MACKENZIE DRIVE<br>                           NOVI, MI 48377 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| T. ROWE PRICE<br><br>52-2264646 | RATE OF 0.15% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| THE PACIFIC FINANCIAL GROUP     777 108TH AVE<br>                                SUITE 2100<br>                                BELLEVUE, WA 98004 | RATE OF 0.25% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2019

Page **4** - ☐ 28

| **Part I** | **Service Provider Information (continued)** |
| --- | --- |

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| THIRD AVENUE<br><br>01-0690900 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| TOCQUEVILLE<br><br>13-3549887 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| TORTOISE CAPITAL ADVISORS     11550 ASH STREET SUITE 300 LEAKWOOD, KS 66211 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2019    Page **4** -  29

| **Part I** | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| TOUCHSTONE<br><br>31-0487145 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| TRANSAMERICA<br><br>94-0932740 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| U.S. GLOBAL INVESTORS<br><br>74-1619375 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2019                                    Page **4 -** [ 30 ]

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| USAA<br><br>74-0959140 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| VANECK                   122 EAST 42ND STREET<br>                          NEW YORK, NY 10168 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| VERSUS CAPITAL           5555 DTC PARKWAY<br>                          SUITE 330<br>                          GREENWOOD VILLAGE, CO 80111 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2019                                    Page **4** - ☐ 31

---

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| VICTORY          100 PEARL STREET 9TH FLOOR HARTFORD, CT 06103 | RANGE OF 0.10 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| WASATCH

87-0319391 | RANGE OF 0.35 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| YORKTOWN FUNDS          2303 YORKTOWN AVE LYNCHBURG, VA 24501 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2019                                              Page **4** -  32

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| ZEVENBERGEN CAPITAL INVESTMENTS       601 UNION STREET SUITE 4600 SEATTLE, WA 98101 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| | | |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| | |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| | | |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| | |

Schedule C (Form 5500) 2019

Page **5** - ☐ 1

| **Part II** | **Service Providers Who Fail or Refuse to Provide Information** |
|---|---|

**4**   Provide, to the extent possible, the following information for each service provider who failed or refused to provide the information necessary to complete this Schedule.

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |

Page **6 -** 1

| **Part III** | **Termination Information on Accountants and Enrolled Actuaries (see instructions)** (complete as many entries as needed) |
|---|---|

| **a** | Name: | **b** EIN: |
|---|---|---|
| **c** | Position: | |
| **d** | Address: | **e** Telephone: |

Explanation:

| **a** | Name: | **b** EIN: |
|---|---|---|
| **c** | Position: | |
| **d** | Address: | **e** Telephone: |

Explanation:

| **a** | Name: | **b** EIN: |
|---|---|---|
| **c** | Position: | |
| **d** | Address: | **e** Telephone: |

Explanation:

| **a** | Name: | **b** EIN: |
|---|---|---|
| **c** | Position: | |
| **d** | Address: | **e** Telephone: |

Explanation:

| **a** | Name: | **b** EIN: |
|---|---|---|
| **c** | Position: | |
| **d** | Address: | **e** Telephone: |

Explanation:

| SCHEDULE D (Form 5500) | DFE/Participating Plan Information | OMB No. 1210-0110 |
|---|---|---|

**SCHEDULE D**
**(Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security Administration

**DFE/Participating Plan Information**

This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).

▶ **File as an attachment to Form 5500.**

OMB No. 1210-0110

**2019**

**This Form is Open to Public Inspection.**

For calendar plan year 2019 or fiscal plan year beginning    01/01/2019    and ending    12/31/2019

**A** Name of plan
BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN

**B**   Three-digit
plan number (PN)   ▶   002

**C** Plan or DFE sponsor's name as shown on line 2a of Form 5500
BAPTIST HEALTH SOUTH FLORIDA, INC.

**D**   Employer Identification Number (EIN)
65-0267668

| **Part I** | **Information on interests in MTIAs, CCTs, PSAs, and 103-12 IEs** (to be completed by plans and DFEs)<br>(Complete as many entries as needed to report all interests in DFEs) |
|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:   GUARANTEED POOLED FUND

**b** Name of sponsor of entity listed in (a):   TRANSAMERICA FINANCIAL LIFE INSURANCE CO

| **c** EIN-PN 36-6071399-005 | **d** Entity code   P | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions)   0 |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

Schedule D (Form 5500) 2019                                              Page **3** - ‾1‾

| Part II | **Information on Participating Plans (to be completed by DFEs)** |
|---------|------------------------------------------------------------------|
|         | (Complete as many entries as needed to report all participating plans) |

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

| SCHEDULE H (Form 5500) | Financial Information | OMB No. 1210-0110 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA), and section 6058(a) of the Internal Revenue Code (the Code). | **2019** |
| Department of Labor<br>Employee Benefits Security Administration | ▶ **File as an attachment to Form 5500.** | **This Form is Open to Public Inspection** |
| Pension Benefit Guaranty Corporation | | |

For calendar plan year 2019 or fiscal plan year beginning  01/01/2019                                            and ending  12/31/2019

| **A** Name of plan<br>BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN | **B** Three-digit plan number (PN)  ▶ | 002 |
|---|---|---|
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>BAPTIST HEALTH SOUTH FLORIDA, INC. | **D** Employer Identification Number (EIN)<br>65-0267668 | |

| Part I | Asset and Liability Statement |
|---|---|

**1** Current value of plan assets and liabilities at the beginning and end of the plan year. Combine the value of plan assets held in more than one trust. Report the value of the plan's interest in a commingled fund containing the assets of more than one plan on a line-by-line basis unless the value is reportable on lines 1c(9) through 1c(14). Do not enter the value of that portion of an insurance contract which guarantees, during this plan year, to pay a specific dollar benefit at a future date. **Round off amounts to the nearest dollar.** MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 1b(1), 1b(2), 1c(8), 1g, 1h, and 1i. CCTs, PSAs, and 103-12 IEs also do not complete lines 1d and 1e. See instructions.

| Assets | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|
| **a** Total noninterest-bearing cash ............................................... | 1a | | |
| **b** Receivables (less allowance for doubtful accounts): | | | |
| (1) Employer contributions.................................................... | 1b(1) | | |
| (2) Participant contributions................................................. | 1b(2) | | |
| (3) Other........................................................................... | 1b(3) | 151425 | 126081 |
| **c** General investments: | | | |
| (1) Interest-bearing cash (include money market accounts & certificates of deposit)..................................................... | 1c(1) | | |
| (2) U.S. Government securities ............................................ | 1c(2) | | |
| (3) Corporate debt instruments (other than employer securities): | | | |
| (A) Preferred ............................................................... | 1c(3)(A) | | |
| (B) All other.................................................................. | 1c(3)(B) | | |
| (4) Corporate stocks (other than employer securities): | | | |
| (A) Preferred ............................................................... | 1c(4)(A) | | |
| (B) Common................................................................. | 1c(4)(B) | | |
| (5) Partnership/joint venture interests ................................. | 1c(5) | | |
| (6) Real estate (other than employer real property)................. | 1c(6) | | |
| (7) Loans (other than to participants).................................. | 1c(7) | | |
| (8) Participant loans.......................................................... | 1c(8) | 70174407 | 73131759 |
| (9) Value of interest in common/collective trusts ................... | 1c(9) | | |
| (10) Value of interest in pooled separate accounts ................. | 1c(10) | 6 | 0 |
| (11) Value of interest in master trust investment accounts ........ | 1c(11) | | |
| (12) Value of interest in 103-12 investment entities................. | 1c(12) | | |
| (13) Value of interest in registered investment companies (e.g., mutual funds)............................................................ | 1c(13) | 1152981852 | 1428220280 |
| (14) Value of funds held in insurance company general account (unallocated contracts).............................................. | 1c(14) | 1893028 | 1959876 |
| (15) Other........................................................................ | 1c(15) | 16392158 | 18955084 |

Schedule H (Form 5500) 2019                                                                 Page **2**

| 1d | Employer-related investments: | | **(a)** Beginning of Year | **(b)** End of Year |
|---|---|---|---|---|
| (1) | Employer securities | 1d(1) | | |
| (2) | Employer real property | 1d(2) | | |
| e | Buildings and other property used in plan operation | 1e | | |
| f | Total assets (add all amounts in lines 1a through 1e) | 1f | 1241592876 | 1522393080 |

### Liabilities

| | | | | |
|---|---|---|---|---|
| g | Benefit claims payable | 1g | | |
| h | Operating payables | 1h | | |
| i | Acquisition indebtedness | 1i | | |
| j | Other liabilities | 1j | | |
| k | Total liabilities (add all amounts in lines 1g through1j) | 1k | | |

### Net Assets

| | | | | |
|---|---|---|---|---|
| l | Net assets (subtract line 1k from line 1f) | 1l | 1241592876 | 1522393080 |

| **Part II** | **Income and Expense Statement** |
|---|---|

**2** Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

### Income

| | | | **(a)** Amount | **(b)** Total |
|---|---|---|---|---|
| a | **Contributions:** | | | |
| (1) | Received or receivable in cash from: **(A)** Employers | 2a(1)(A) | 48371309 | |
| (B) | Participants | 2a(1)(B) | 94410548 | |
| (C) | Others (including rollovers) | 2a(1)(C) | 9506205 | |
| (2) | Noncash contributions | 2a(2) | | |
| (3) | Total contributions. Add lines **2a(1)(A), (B), (C),** and line **2a(2)** | 2a(3) | | 152288062 |
| b | **Earnings on investments:** | | | |
| (1) | Interest: | | | |
| (A) | Interest-bearing cash (including money market accounts and certificates of deposit) | 2b(1)(A) | | |
| (B) | U.S. Government securities | 2b(1)(B) | | |
| (C) | Corporate debt instruments | 2b(1)(C) | | |
| (D) | Loans (other than to participants) | 2b(1)(D) | | |
| (E) | Participant loans | 2b(1)(E) | 3148247 | |
| (F) | Other | 2b(1)(F) | 8030 | |
| (G) | Total interest. Add lines **2b(1)(A)** through **(F)** | 2b(1)(G) | | 3156277 |
| (2) | Dividends: **(A)** Preferred stock | 2b(2)(A) | | |
| (B) | Common stock | 2b(2)(B) | | |
| (C) | Registered investment company shares (e.g. mutual funds) | 2b(2)(C) | 25894676 | |
| (D) | Total dividends. Add lines **2b(2)(A), (B),** and **(C)** | 2b(2)(D) | | 25894676 |
| (3) | Rents | 2b(3) | | |
| (4) | Net gain (loss) on sale of assets:  **(A)** Aggregate proceeds | 2b(4)(A) | | |
| (B) | Aggregate carrying amount (see instructions) | 2b(4)(B) | | |
| (C) | Subtract line **2b(4)(B)** from line **2b(4)(A)** and enter result | 2b(4)(C) | | |
| (5) | Unrealized appreciation (depreciation) of assets: **(A)** Real estate | 2b(5)(A) | | |
| (B) | Other | 2b(5)(B) | | |
| (C) | Total unrealized appreciation of assets. Add lines **2b(5)(A)** and **(B)** | 2b(5)(C) | | |

Schedule H (Form 5500) 2019         Page **3**

| | | (a) Amount | (b) Total |
|---|---|---|---|
| (6) Net investment gain (loss) from common/collective trusts ...................... | 2b(6) | | |
| (7) Net investment gain (loss) from pooled separate accounts ...................... | 2b(7) | | |
| (8) Net investment gain (loss) from master trust investment accounts............ | 2b(8) | | |
| (9) Net investment gain (loss) from 103-12 investment entities ..................... | 2b(9) | | |
| (10) Net investment gain (loss) from registered investment companies (e.g., mutual funds)...................... | 2b(10) | | 206081921 |
| c Other income....................................................................................... | 2c | | 3045013 |
| d Total income. Add all **income** amounts in column (b) and enter total.................... | 2d | | 390465949 |

### Expenses

| | | (a) Amount | (b) Total |
|---|---|---|---|
| e Benefit payment and payments to provide benefits: | | | |
| (1) Directly to participants or beneficiaries, including direct rollovers............. | 2e(1) | 107312084 | |
| (2) To insurance carriers for the provision of benefits................................. | 2e(2) | | |
| (3) Other ................................................................................................ | 2e(3) | | |
| (4) Total benefit payments. Add lines 2e(1) through (3)............................... | 2e(4) | | 107312084 |
| f Corrective distributions (see instructions) ............................................ | 2f | | 11471 |
| g Certain deemed distributions of participant loans (see instructions) ............... | 2g | | 495012 |
| h Interest expense..................................................................................... | 2h | | |
| i Administrative expenses: (1) Professional fees.................................... | 2i(1) | | |
| (2) Contract administrator fees................................................... | 2i(2) | | |
| (3) Investment advisory and management fees............................ | 2i(3) | | |
| (4) Other .................................................................................... | 2i(4) | 1847178 | |
| (5) Total administrative expenses. Add lines 2i(1) through (4)....................... | 2i(5) | | 1847178 |
| j Total expenses. Add all **expense** amounts in column (b) and enter total ...... | 2j | | 109665745 |

### Net Income and Reconciliation

| | | (a) Amount | (b) Total |
|---|---|---|---|
| k Net income (loss). Subtract line 2j from line 2d ....................................... | 2k | | 280800204 |
| l Transfers of assets: | | | |
| (1) To this plan........................................................................................ | 2l(1) | | |
| (2) From this plan.................................................................................... | 2l(2) | | |

| **Part III** | **Accountant's Opinion** |
|---|---|

**3**   Complete lines 3a through 3c if the opinion of an independent qualified public accountant is attached to this Form 5500. Complete line 3d if an opinion is not attached.

**a** The attached opinion of an independent qualified public accountant for this plan is (see instructions):

   (1) ☐ Unmodified    (2) ☐ Qualified    (3) ☒ Disclaimer    (4) ☐ Adverse

**b** Did the accountant perform a limited scope audit pursuant to 29 CFR 2520.103-8 and/or 103-12(d)?    ☒ Yes    ☐ No

**c** Enter the name and EIN of the accountant (or accounting firm) below:

   (1) Name: DELOITTE & TOUCHE LLP         (2) EIN: 13-3891517

**d** The opinion of an independent qualified public accountant is **not attached** because:

   (1) ☐ This form is filed for a CCT, PSA, or MTIA.    (2) ☐ It will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50.

| **Part IV** | **Compliance Questions** |
|---|---|

**4**   CCTs and PSAs do not complete Part IV. MTIAs, 103-12 IEs, and GIAs do not complete lines 4a, 4e, 4f, 4g, 4h, 4k, 4m, 4n, or 5. 103-12 IEs also do not complete lines 4j and 4l. MTIAs also do not complete line 4l.

During the plan year:

| | | Yes | No | Amount |
|---|---|---|---|---|
| **a** Was there a failure to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? Continue to answer "Yes" for any prior year failures until fully corrected. (See instructions and DOL's Voluntary Fiduciary Correction Program.).................. | 4a | | X | |
| **b** Were any loans by the plan or fixed income obligations due the plan in default as of the close of the plan year or classified during the year as uncollectible? Disregard participant loans secured by participant's account balance. (Attach Schedule G (Form 5500) Part I if "Yes" is checked.) | 4b | | X | |

Schedule H (Form 5500) 2019                                        Page **4-** 1

| | | Yes | No | Amount |
|---|---|---|---|---|
| **c** | Were any leases to which the plan was a party in default or classified during the year as uncollectible? (Attach Schedule G (Form 5500) Part II if "Yes" is checked.) ...................................... **4c** | | X | |
| **d** | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 4a. Attach Schedule G (Form 5500) Part III if "Yes" is checked.)........................................................................................ **4d** | | X | |
| **e** | Was this plan covered by a fidelity bond? ......................................................... **4e** | X | | 10000000 |
| **f** | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? ......................................................... **4f** | | X | |
| **g** | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser?............................... **4g** | | X | |
| **h** | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser?.................. **4h** | | X | |
| **i** | Did the plan have assets held for investment? (Attach schedule(s) of assets if "Yes" is checked, and see instructions for format requirements.) .................................................. **4i** | X | | |
| **j** | Were any plan transactions or series of transactions in excess of 5% of the current value of plan assets? (Attach schedule of transactions if "Yes" is checked, and see instructions for format requirements.) .................................................. **4j** | | X | |
| **k** | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? ......................................... **4k** | | X | |
| **l** | Has the plan failed to provide any benefit when due under the plan?....................... **4l** | | X | |
| **m** | If this is an individual account plan, was there a blackout period? (See instructions and 29 CFR 2520.101-3.)........................................................................................ **4m** | | X | |
| **n** | If 4m was answered "Yes," check the "Yes" box if you either provided the required notice or one of the exceptions to providing the notice applied under 29 CFR 2520.101-3................. **4n** | | X | |

**5a**  Has a resolution to terminate the plan been adopted during the plan year or any prior plan year?........ ☐ Yes  ☒ No
If "Yes," enter the amount of any plan assets that reverted to the employer this year _____.

**5b**  If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

| **5b(1)** Name of plan(s) | **5b(2)** EIN(s) | **5b(3)** PN(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**5c**  If the plan is a defined benefit plan, is it covered under the PBGC insurance program (See ERISA section 4021.)? ...... ☐ Yes  ☐ No  ☐ Not determined
If "Yes" is checked, enter the My PAA confirmation number from the PBGC premium filing for this plan year_____. (See instructions.)

| **SCHEDULE R**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Retirement Plan Information**<br><br>This schedule is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2019**<br><br>**This Form is Open to Public Inspection.** |

For calendar plan year 2019 or fiscal plan year beginning   01/01/2019   and ending   12/31/2019

| **A**   Name of plan<br>BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN | **B**   Three-digit<br>plan number<br>(PN)   ▶ | 002 |
| --- | --- | --- |

| **C**   Plan sponsor's name as shown on line 2a of Form 5500<br>BAPTIST HEALTH SOUTH FLORIDA, INC. | **D**   Employer Identification Number (EIN)<br>65-0267668 |
| --- | --- |

| **Part I** | **Distributions** |
| --- | --- |

**All references to distributions relate only to payments of benefits during the plan year.**

**1**   Total value of distributions paid in property other than in cash or the forms of property specified in the instructions ............................................................................................................   **1**      0

**2**   Enter the EIN(s) of payor(s) who paid benefits on behalf of the plan to participants or beneficiaries during the year (if more than two, enter EINs of the two payors who paid the greatest dollar amounts of benefits):

     EIN(s):    13-3689044                           

     **Profit-sharing plans, ESOPs, and stock bonus plans, skip line 3.**

**3**   Number of participants (living or deceased) whose benefits were distributed in a single sum, during the plan year ............................................................................................................   **3**      2594

| **Part II** | **Funding Information** (If the plan is not subject to the minimum funding requirements of section 412 of the Internal Revenue Code or ERISA section 302, skip this Part.) |
| --- | --- |

**4**   Is the plan administrator making an election under Code section 412(d)(2) or ERISA section 302(d)(2)? ..........................  ☐ Yes  ☐ No  ☐ N/A

     **If the plan is a defined benefit plan, go to line 8.**

**5**   If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions and enter the date of the ruling letter granting the waiver.   **Date:**   Month _____   Day _____   Year _____

     **If you completed line 5, complete lines 3, 9, and 10 of Schedule MB and do not complete the remainder of this schedule.**

**6**   **a**   Enter the minimum required contribution for this plan year (include any prior year accumulated funding deficiency not waived) ..........................................................................................   **6a**

     **b**   Enter the amount contributed by the employer to the plan for this plan year................................   **6b**

     **c**   Subtract the amount in line 6b from the amount in line 6a. Enter the result (enter a minus sign to the left of a negative amount) ..........................................................   **6c**

     **If you completed line 6c, skip lines 8 and 9.**

**7**   Will the minimum funding amount reported on line 6c be met by the funding deadline?................................  ☐ Yes  ☐ No  ☐ N/A

**8**   If a change in actuarial cost method was made for this plan year pursuant to a revenue procedure or other authority providing automatic approval for the change or a class ruling letter, does the plan sponsor or plan administrator agree with the change? ................................................................................  ☐ Yes  ☐ No  ☐ N/A

| **Part III** | **Amendments** |
| --- | --- |

**9**   If this is a defined benefit pension plan, were any amendments adopted during this plan year that increased or decreased the value of benefits? If yes, check the appropriate box. If no, check the "No" box.      ☐ Increase    ☐ Decrease    ☐ Both    ☐ No

| **Part IV** | **ESOPs** (see instructions). If this is not a plan described under section 409(a) or 4975(e)(7) of the Internal Revenue Code, skip this Part. |
| --- | --- |

**10**   Were unallocated employer securities or proceeds from the sale of unallocated securities used to repay any exempt loan? ................  ☐ Yes  ☐ No

**11**   **a**   Does the ESOP hold any preferred stock? ........................................................................................  ☐ Yes  ☐ No

     **b**   If the ESOP has an outstanding exempt loan with the employer as lender, is such loan part of a "back-to-back" loan? (See instructions for definition of "back-to-back" loan.) ........................................  ☐ Yes  ☐ No

**12**   Does the ESOP hold any stock that is not readily tradable on an established securities market? .........................  ☐ Yes  ☐ No

| For Paperwork Reduction Act Notice, see the Instructions for Form 5500. | Schedule R (Form 5500) 2019<br>v. 190130 |
| --- | --- |

Schedule R (Form 5500) 2019                                                          Page **2 -** [ 1 ]

| Part V | Additional Information for Multiemployer Defined Benefit Pension Plans |
|---|---|

**13**  Enter the following information for each employer that contributed more than 5% of total contributions to the plan during the plan year (measured in dollars). See instructions. *Complete as many entries as needed to report all applicable employers.*

---

**a**  Name of contributing employer

**b**  EIN                                    **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
  (1)  Contribution rate (in dollars and cents)  _____
  (2)  Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify):

---

**a**  Name of contributing employer

**b**  EIN                                    **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
  (1)  Contribution rate (in dollars and cents)  _____
  (2)  Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

---

**a**  Name of contributing employer

**b**  EIN                                    **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
  (1)  Contribution rate (in dollars and cents)  _____
  (2)  Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

---

**a**  Name of contributing employer

**b**  EIN                                    **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
  (1)  Contribution rate (in dollars and cents)  _____
  (2)  Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

---

**a**  Name of contributing employer

**b**  EIN                                    **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
  (1)  Contribution rate (in dollars and cents)  _____
  (2)  Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

---

**a**  Name of contributing employer

**b**  EIN                                    **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
  (1)  Contribution rate (in dollars and cents)  _____
  (2)  Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

Schedule R (Form 5500) 2019          Page **3**

**14**   Enter the number of participants on whose behalf no contributions were made by an employer as an employer of the participant for:

| | | |
|---|---|---|
| **a**   The current year....................................................................................................................... | **14a** | |
| **b**   The plan year immediately preceding the current plan year......................................................... | **14b** | |
| **c**   The second preceding plan year ................................................................................................ | **14c** | |

**15**   Enter the ratio of the number of participants under the plan on whose behalf no employer had an obligation to make an employer contribution during the current plan year to:

| | | |
|---|---|---|
| **a**   The corresponding number for the plan year immediately preceding the current plan year............................... | **15a** | |
| **b**   The corresponding number for the second preceding plan year ..................................................... | **15b** | |

**16**   Information with respect to any employers who withdrew from the plan during the preceding plan year:

| | | |
|---|---|---|
| **a**   Enter the number of employers who withdrew during the preceding plan year  .................................... | **16a** | |
| **b**   If line 16a is greater than 0, enter the aggregate amount of withdrawal liability assessed or estimated to be assessed against such withdrawn employers........................................................................................ | **16b** | |

**17**   If assets and liabilities from another plan have been transferred to or merged with this plan during the plan year, check box and see instructions regarding supplemental information to be included as an attachment. ............................................................................................................................ ☐

## Part VI    Additional Information for Single-Employer and Multiemployer Defined Benefit Pension Plans

**18**   If any liabilities to participants or their beneficiaries under the plan as of the end of the plan year consist (in whole or in part) of liabilities to such participants and beneficiaries under two or more pension plans as of immediately before such plan year, check box and see instructions regarding supplemental information to be included as an attachment ...................................................................................................................... ☐

**19**   If the total number of participants is 1,000 or more, complete lines (a) through (c)
     **a**   Enter the percentage of plan assets held as:
         Stock: _____%  Investment-Grade Debt: _____%  High-Yield Debt: _____%  Real Estate: _____%  Other: _____%
     **b**   Provide the average duration of the combined investment-grade and high-yield debt:
         ☐ 0-3 years   ☐ 3-6 years   ☐ 6-9 years   ☐ 9-12 years   ☐ 12-15 years   ☐ 15-18 years   ☐ 18-21 years   ☐ 21 years or more
     **c**   What duration measure was used to calculate line 19(b)?
         ☐ Effective duration   ☐ Macaulay duration   ☐ Modified duration   ☐ Other (specify):

**20**   **PBGC missed contribution reporting requirements.** If this is a multiemployer plan or a single-employer plan that is not covered by PBGC, skip line 20.
     **a**   Is the amount of unpaid minimum required contributions for all years from Schedule SB (Form 5500) line 40 greater than zero? ☐ Yes   ☐ No
     **b**   If line 20a is "Yes," has PBGC been notified as required by ERISA sections 4043(c)(5) and/or 303(k)(4)? Check the applicable box:
         ☐ Yes.
         ☐ No. Reporting was waived under 29 CFR 4043.25(c)(2) because contributions equal to or exceeding the unpaid minimum required contribution were made by the 30th day after the due date.
         ☐ No. The 30-day period referenced in 29 CFR 4043.25(c)(2) has not yet ended, and the sponsor intends to make a contribution equal to or exceeding the unpaid minimum required contribution by the 30th day after the due date.
         ☐ No. Other. Provide explanation_____

# Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan

Employer Identification Number: 65-0267668
Plan No: 002

Financial Statements as of December 31, 2019 and 2018, and for the Year Ended December 31, 2019, Supplemental Schedule as of December 31, 2019, and Independent Auditors' Report

# BAPTIST HEALTH SOUTH FLORIDA, INC.
# 403(b) EMPLOYEE RETIREMENT PLAN

**TABLE OF CONTENTS**

|  | Page |
|---|---|
| INDEPENDENT AUDITORS' REPORT | 1–2 |
| FINANCIAL STATEMENTS: | |
| Statements of Net Assets Available for Benefits as of December 31, 2019 and 2018 | 3 |
| Statement of Changes in Net Assets Available for Benefits for the Year Ended December 31, 2019 | 4 |
| Notes to Financial Statements as of December 31, 2019 and 2018, and for the Year Ended December 31, 2019 | 5–13 |
| SUPPLEMENTAL SCHEDULE— | 14 |
| Form 5500, Schedule H, Part IV, Line 4i—Schedule of Assets (Held at End of Year) as of December 31, 2019 | 15 |

NOTE:  All other schedules required by Section 2520.103-10 of the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974 have been omitted because they are not applicable.

**INDEPENDENT AUDITORS' REPORT**

To the Board of Trustees of and Participants in
the Baptist Health South Florida, Inc.
403(b) Employee Retirement Plan:

**Report on the Financial Statements**

We were engaged to audit the accompanying financial statements of Baptist Health South Florida, Inc.
403(b) Employee Retirement Plan (the "Plan"), which comprise the statements of net assets available
for benefits as of December 31, 2019 and 2018, and the related statement of changes in net assets
available for benefits for the year ended December 31, 2019, and the related notes to the financial
statements.

**Management's Responsibility for the Financial Statements**

Management is responsible for the preparation and fair presentation of these financial statements in
accordance with accounting principles generally accepted in the United States of America; this includes
the design, implementation, and maintenance of internal control relevant to the preparation and fair
presentation of financial statements that are free from material misstatement, whether due to fraud or
error.

**Auditors' Responsibility**

Our responsibility is to express an opinion on these financial statements based on conducting the audit
in accordance with auditing standards generally accepted in the United States of America. Because of
the matter described in the Basis for Disclaimer of Opinion paragraph, however, we were not able to
obtain sufficient appropriate audit evidence to provide a basis for an audit opinion.

**Basis for Disclaimer of Opinion**

As permitted by 29 CFR 2520.103-8 of the Department of Labor's Rules and Regulations for Reporting
and Disclosure under the Employee Retirement Income Security Act of 1974, the Plan administrator
instructed us not to perform, and we did not perform, any auditing procedures with respect to the
information summarized in Note 8, which was certified by State Street Bank and Trust Company, the
custodian of the Plan, except for comparing such information with the related information included in
the financial statements. We have been informed by the Plan administrator that the custodian holds the
Plan's investment assets and executes investment transactions. The Plan administrator has obtained
certifications from the custodian as of December 31, 2019 and 2018, and for the year ended
December 31, 2019, that the information provided to the Plan administrator by the custodian is
complete and accurate.

**Disclaimer of Opinion**

Because of the significance of the matter described in the Basis for Disclaimer of Opinion paragraph, we have not been able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion. Accordingly, we do not express an opinion on these financial statements.

**Other Matter**

The supplemental Schedule of Assets (Held at End of Year) as of December 31, 2019 is required by the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974 and is presented for the purpose of additional analysis and is not a required part of the financial statements. Because of the significance of the matter described in the Basis for Disclaimer of Opinion paragraph, we do not express an opinion on this supplemental schedule.

**Report on Form and Content in Compliance with Department of Labor Rules and Regulations**

The form and content of the information included in the financial statements and supplemental schedule, other than that derived from the information certified by the custodian, have been audited by us in accordance with auditing standards generally accepted in the United States of America and, in our opinion, are presented in compliance with the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974.

*Deloitte & Touche LLP*

October 15, 2020

# BAPTIST HEALTH SOUTH FLORIDA, INC.
# 403(b) EMPLOYEE RETIREMENT PLAN

**STATEMENTS OF NET ASSETS AVAILABLE FOR BENEFITS**
**AS OF DECEMBER 31, 2019 AND 2018**

|  | 2019 | 2018 |
|---|---|---|
| ASSETS HELD FOR INVESTMENT: |  |  |
| Guaranteed pooled fund—at contract value (Note 4) | $ - | $ 6 |
| Insurance company general account—at fair value | 1,959,876 | 1,893,028 |
| Mutual funds—at fair value | 1,447,175,364 | 1,169,374,010 |
| Total assets held for investment | 1,449,135,240 | 1,171,267,044 |
| RECEIVABLES: |  |  |
| Notes receivable from participants | 74,518,741 | 71,611,885 |
| Employer contributions | 56,473,530 | 48,397,049 |
| Participant contributions | 3,441,674 | 2,855,357 |
| Total receivables | 134,433,945 | 122,864,291 |
| NET ASSETS AVAILABLE FOR BENEFITS | $1,583,569,185 | $1,294,131,335 |

See notes to financial statements.

**BAPTIST HEALTH SOUTH FLORIDA, INC.**
**403(b) EMPLOYEE RETIREMENT PLAN**

**STATEMENT OF CHANGES IN NET ASSETS AVAILABLE FOR BENEFITS**
**FOR THE YEAR ENDED DECEMBER 31, 2019**

| | |
|---|---:|
| ADDITIONS: | |
| Investment income: | |
| Net appreciation in fair value of investments | $ 209,126,934 |
| Interest income | 8,030 |
| Dividend income | 25,894,676 |
| Total investment gain | 235,029,640 |
| Interest income on notes receivable from participants | 3,148,247 |
| Contributions: | |
| Participants | 94,996,865 |
| Employer's basic | 35,279,867 |
| Employer's match | 21,167,923 |
| Rollovers | 9,506,205 |
| Total contributions | 160,950,860 |
| Total additions | 399,128,747 |
| DEDUCTIONS: | |
| Benefits paid to participants | 107,843,719 |
| Administrative expenses | 1,847,178 |
| Total deductions | 109,690,897 |
| NET INCREASE IN NET ASSETS BEFORE PLAN TRANSFERS | 289,437,850 |
| TRANSFERS TO THIS PLAN | |
| NET INCREASE IN NET ASSETS | 289,437,850 |
| NET ASSETS AVAILABLE FOR BENEFITS: | |
| Beginning of year | 1,294,131,335 |
| End of year | $1,583,569,185 |

See notes to financial statements.

**BAPTIST HEALTH SOUTH FLORIDA, INC.
403(b) EMPLOYEE RETIREMENT PLAN**

**NOTES TO FINANCIAL STATEMENTS
AS OF DECEMBER 31, 2019 AND 2018, AND FOR THE YEAR ENDED DECEMBER 31, 2019**

1.   **DESCRIPTION OF THE PLAN**

The following description of the Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan (the "Plan") is provided for general information purposes only. Participants should refer to the plan document for the Plan's information.

**General**—The Plan is a defined contribution plan covering employees of tax-exempt affiliates of Baptist Health South Florida, Inc. (the "Employer" or the "Plan Sponsor"). The purpose of the Plan is to permit contributions to be used to purchase an unallocated annuity contract and invest in mutual funds for the benefit of the participants, as provided for in Section 403(b) of the Internal Revenue Code (the "Code") of 1986, as amended. The Plan is subject to the provisions of the Employee Retirement Income Security Act of 1974 ("ERISA"). In November 2007, the Department of Labor issued amended regulations eliminating an exemption granted to 403(b) plans from the annual Form 5500 reporting, disclosure, and audit requirements under Part 1 of Subtitle B of Title I of the ERISA.

**Plan Administration**—Transamerica Retirement Solutions ("Transamerica" or the "Recordkeeper") is the recordkeeper for the Plan's assets and State Street Bank and Trust Company is the Plan's custodian (the "Custodian") for the Plan's assets.

**Contributions**—Each year, participants may contribute pre-tax annual compensation, as defined by the Plan, subject to certain Code limitations. Employees may make pre-tax contributions in the Plan as of the date employment begins with the Employer. Employees may also elect to make Roth after-tax deferrals. In addition to a participant's voluntary contribution, the Employer, at its discretion, may make both a basic and a matching contribution to the Employer contribution account of each participant as defined by the Plan. An employee becomes eligible to participate in the allocation of Employer Contributions after the employee completes ninety (90) days of continuous employment. Participants must work at least 1,000 hours during the payroll calendar year and be employed on the last day of the Plan year to receive Employer contributions. During 2019, the Employer provided a basic contribution of 3% of annual eligible compensation and matched 50% of up to the first 4% of annual eligible compensation that a participant contributed to the Plan.

**Plan Amendments**—

During the 2019 plan year the Plan was amended, in connection with certain acquisitions, permitting the employees of the acquired entities to participate in the Plan. All employees would become immediately eligible to make elective deferral contributions with exception to employees of any member controlled group that is not exempt from income tax under Code Section 501(c)(3). The Plan amendments clarified that payments for accrued sick, vacation, and other leave are included in a participant's compensation for the purpose of determining the participant's Plan benefit.

During the 2019 Plan year the plan was amended, in connection with a change to the hardship distribution provisions effective January 1, 2019, eliminating the six month suspension requirement for

participants who had taken a hardship withdrawal on or before December 31, 2018. Additionally, the Plan was also amended to eliminate the need to exhaust loan availability in order to satisfy a hardship distribution financial need.

The Plan was amended to recognize prior service with Cardinal Health for all plan purposes with respect to any Employee who previously was an Employee of Cardinal Health, Inc. and was immediately thereafter hired by Baptist Health South Florida, Inc. effective as of October 1, 2019. In addition, employees who transfer to a Bethesda Company after October 1, 2017, or a Boca Company after July 1, 2019, shall receive credit for hours of service with the Bethesda Company and Boca Company as applicable for purposes of vesting under the Plan. After July 1, 2019, Employer will count service hours in aggregate during the plan year for any employment under Baptist Health South Florida Controlled Group in order to meet the 1,000 hours service requirement. The Baptist Health South Florida Controlled Group consists of all corporations, partnerships or other organizations the employees of which are treated as employed by the Plan Sponsor

**Participant Accounts**—Individual accounts are maintained for each Plan participant. Each participant's account is credited with the participant's contribution, the Employer's contribution, and Plan earnings, and charged with withdrawals, an allocation of Plan losses, and administrative expenses. Allocations are based on participant earnings or account balances, as defined in the Plan agreement. The benefit to which a participant is entitled is the benefit that can be provided from the participant's vested account.

**Investments**—Participants direct the investment of their contributions into various investment options offered by the Plan. As of December 31, 2019, the Plan offers 23 mutual funds, and a Charles Schwab & Co., Inc. ("CS&Co") personal choice account. The CS&Co personal choice account allows participants to direct the investment of their contributions into publicly traded mutual funds. Effective July 2, 2018, the Plan replaced the Guaranteed Pooled Fund ("GPF") with Vanguard Federal Money Market Investor fund after termination of the group annuity contract issued by Transamerica Financial Life Insurance Company ("TFLIC"). Forfeited funds are held in an unallocated account that is invested in the TFLIC general account. A participant may change his or her investment options at any time during the year directly through the Recordkeeper.

**Vesting**—Participants are immediately vested in their contributions, plus actual earnings thereon. Vesting in the Employer's basic and matching contributions, plus actual earnings thereon, is based on three years of service, at which time the participant becomes 100% vested.

**Notes Receivable from Participants**—Participants may borrow from their fund accounts a minimum of $1,000 up to a maximum equal to the lesser of $50,000 or 50% of their account balance, net of any outstanding loans. Loan terms range from one to five years or up to 10 years for the purchase of a primary residence. The loans are secured by the balance in the participant's account and bear interest at the prime rate as published in the Wall Street Journal on the day the participant applies for the loan. Generally, principal and interest are paid ratably over the term of the loan through payroll deductions. As of December 31, 2019, participant loans have maturities through 2029 at interest rates ranging from 3.25% to 7.75%.

**Payment of Benefits**—Upon a participant's retirement, death, or disability, or as required by law, the participant's vested interest in his or her account can be distributed by the following:

- If the participant's account balance is less than or equal to $1,000 and the participant does not elect either to receive payment directly or to roll it over to an individual retirement account or other employer's tax-qualified retirement plan, an automatic lump-sum distribution will be made.

- If the participant's account balance is greater than $1,000 but not more than $5,000, and the participant does not elect either to receive payment directly or to roll it over to an individual retirement account or other employer's tax-qualified retirement plan, then the participant's funds will automatically be transferred to an individual retirement account in their name.

- If the participant's account balance is more than $5,000, a distribution will be made at the election designated by the participant, in a lump-sum in cash, or through an annuity over the life expectancy of the participant, or in annual, semiannual, quarterly, or monthly installments over a specified period not exceeding the life expectancy of the participant and designated beneficiary, or any other payment method to which Transamerica agrees.

**Forfeited Accounts**—At December 31, 2019 and 2018, forfeited nonvested accounts totaled $1,116,191 and $1,065,211, respectively. These accounts will be used to reduce future Employer contributions. During the year ended December 31, 2019, Employer contributions were reduced by $1,250,000 from forfeited nonvested accounts.

## 2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

**Basis of Accounting**—The accompanying financial statements have been prepared in accordance with accounting principles generally accepted in the United States of America ("GAAP").

**Use of Estimates**—The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the reported amounts of assets, liabilities, and changes therein and disclosure of contingent assets and liabilities. Actual results could differ from those estimates.

**Risks and Uncertainties**—The Plan utilizes various investment instruments, including mutual funds and investment contracts. Investment securities, in general, are exposed to various risks, such as interest rate risk, credit risk, and overall market volatility. Due to the level of risk associated with certain investment securities, it is reasonably possible that changes in the values of investment securities will occur in the near term and that such changes could materially affect the amounts reported in the financial statements.

**Investments Valuation and Income Recognition**—The Plan's investments are stated at fair value, except for the GPF, which are reported at contract value. Fair value of a financial instrument is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. Contract value is the amount Plan participants would receive if they were to initiate permitted transactions under the terms of the Plan. See Note 3 for discussion on fair value measurements. Shares of mutual funds, including those held in CS&Co personal choice accounts, and insurance company general account are valued at the net asset value of shares held by the Plan at year end.

Purchases and sales of securities are recorded on a trade-date basis. Interest income is recorded on the accrual basis. Dividends are recorded on the ex-dividend date. Net appreciation (depreciation) includes the Plan's gains and losses on investments bought and sold, as well as held, during the year.

Management fees and operating expenses charged to the Plan for investments in the mutual funds are deducted from income earned on a daily basis and are not separately reflected. Consequently, management fees and operating expenses are reflected as a reduction of investment return for such investments.

**Notes Receivable from Participants**—Notes receivable from participants are measured at their unpaid principal balance, plus any accrued but unpaid interest. Delinquent participant loans are recorded as distributions based on the terms of the Plan document.

**Administrative Expenses**—Substantially all costs associated with the general administration of the Plan are paid by the Plan. Other administrative expenses shown in the financial statements represent transaction fees, such as loan processing fees and service fees, which are paid by the participant.

**Benefit Payments**—Benefit payments to participants are recorded upon distribution. There were no amounts allocated to accounts of persons who have elected to withdraw from the Plan, but have not yet been paid, at December 31, 2019 and 2018.

**Subsequent Events**—Subsequent events were evaluated through October 15, 2020, the date the financial statements were available to be issued.

The Plans have been amended and restated Effective January 1, 2020. The Plan was further amended to include mandatory arbitration provisions. Additionally, under the CARES Act the following was adopted, pending amendment:

- Required minimum distributions were waived for 2020

- Participants were allowed to take a distribution up to $100,000 (coronavirus related) from vested accounts across all plans under the control group through December 31, 2020

- Loan repayments could be suspended between March 27, 2020 and December 31, 2020.

Effective April 1, 2020, the loan policy was amended to change the number of outstanding loans that a participant can have at one time to a maximum of 2 loans. The total number of loans outstanding at one time will apply across all plans maintained by Baptist Health South Florida, Inc. and its affiliates, which are administered by Transamerica.

Subsequent to the date of the statement of net assets available for benefits, the World Health Organization declared the outbreak of COVID-19, a novel strain of Coronavirus, a pandemic. This contagious disease outbreak has continued to spread across the globe and is impacting worldwide economic activity and financial markets. The financial statements do not reflect any adjustments as a result of the subsequent increase in economic uncertainty. On March 27, 2020, the Coronavirus Aid, Relief, and Economic Security ("CARES") Act was passed by Congress. The CARES Act, among other things, includes several relief provisions available to tax qualified retirement plans and their participants. Plan management is evaluating the impact of the CARES Act on the Plan.

**3.   FAIR VALUE MEASUREMENTS**

Accounting Standards Codification (ASC) 820, *Fair Value Measurements and Disclosures*, provides a framework for measuring fair value. That framework provides a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value, as follows: Level 1, which refers to securities valued using unadjusted quoted prices from active markets for identical assets; Level 2, which refers to securities not traded on an active market but for which observable market inputs are readily available; and Level 3, which refers to securities valued based on significant unobservable inputs. Assets are classified in their entirety based on the lowest level of input that is significant to the fair value measurement.

**Asset Valuation Techniques**—The following is a description of the valuation methodologies used for assets measured at fair value. There have been no changes in the methodologies used at December 31, 2019 and 2018.

***Mutual Funds, Including CS&Co Personal Choice Accounts***—Valued at the daily closing price as reported by the fund. Mutual funds held by the Plan are open-ended mutual funds that are registered with the Securities and Exchange Commission. These funds are required to publish their daily net asset value and to transact at that price. The mutual funds held by the Plan are deemed to be actively traded.

***Insurance Company General Account***—Cash or short-term money market combined funds, valued at cost plus accrued interest.

The following tables set forth by level within the fair value hierarchy a summary of the Plan's investments measured at fair value on a recurring basis at December 31, 2019 and 2018. All investments are level 1 and level 2 assets and there are no level 3 investments.

| | Fair Value Measurements at December 31, 2019, Using | | |
| --- | --- | --- | --- |
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Total |
| Mutual funds | $1,428,220,280 | $          - | $1,428,220,280 |
| CS&Co Personal Choice Accounts | 18,955,084 | | 18,955,084 |
| Insurance company general account | | 1,959,876 | 1,959,876 |
| Total | $1,447,175,364 | $1,959,876 | $1,449,135,240 |

| | Fair Value Measurements at December 31, 2018, Using | | |
| --- | --- | --- | --- |
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Total |
| Mutual funds | $1,152,981,852 | $          - | $1,152,981,852 |
| CS&Co Personal Choice Accounts | 16,392,158 | | 16,392,158 |
| Insurance company general account | | 1,893,028 | 1,893,028 |
| Total | $1,169,374,010 | $1,893,028 | $1,171,267,038 |

**Transfers between Levels**—The availability of observable market data is monitored to assess the appropriate classification of financial instruments within the fair value hierarchy. Changes in economic conditions or model-based valuation techniques may require the transfer of financial instruments from one fair value level to another. In such instances, the transfer is reported at the beginning of the reporting period. For the year ended December 31, 2019, there were no transfers between levels.

**4.    INVESTMENT CONTRACT WITH INSURANCE COMPANY**

The GPF is a guaranteed pooled separate account provided under a group annuity contract (the "Contract") issued by TFLIC. Transamerica is the service agent for this Contract. The portfolio of the GPF is maintained separately from TFLIC's general assets. The Plan does not own any underlying securities of this GPF. The Plan has guaranteed benefits under the terms of the Contract. The Contract does not contain any type of market value formula or provision, and the Contract does not have maturity dates. Participant distributions are paid at contract value; however, distributions due to certain Employer initiated events, including, but not limited to, a merger, layoffs, bankruptcy, full or partial Plan termination, and early retirement incentive programs that exceed a certain percentage may be subject to a 5% withdrawal charge. A 5% withdrawal charge applies to the portion of the aggregate amount of withdrawals made due to Employer initiated events that: (a) during any 12 month period, exceeds 20% of the Plan's balance in the GPF as of the first day of this period or (b) since the Contract date, exceeds 40% of the Plan's balance in the GPF. It is not probable those events, which would limit the Plan's ability to transact at contract value with participants, will occur.

Upon termination of the Contract, the contract value is payable, as directed by the Employer, on the date of transfer. The date of transfer is typically 12 months following Transamerica's receipt of the Employer's notice of termination, but may be as long as 24 months from that date. During this 12- or 24-month period, benefit distributions and participant-directed transfers from the GPF are permitted under the terms of the Contract.

Effective January 1, 2013, the Contract contains a minimum guaranteed interest rate of 1%. Assets invested in this fund prior to January 1, 2013, are subject to the prior minimum guaranteed interest rate of 1.35%. At the beginning of each calendar year, TFLIC determines the declared interest rate, which will be credited to all monies invested in the GPF during such calendar year. The Plan assets under the contract will be credited with the greater of the declared interest rate and the applicable minimum guaranteed interest rate. The primary variables affecting the future crediting rates of the GPF include the current yield of the underlying assets, duration of the underlying assets, and existing differences between the fair value and contract value of the assets.

The crediting rate will track current market yields on a trailing basis. The rate reset allows the contract value to converge with the fair value of the underlying portfolio over time, assuming the portfolio continues to earn the current yield for the period of time equal to the current portfolio duration. To the extent that the underlying portfolio has unrealized and/or realized losses, the future crediting rate may be lower over time than the then-current market rates. Similarly, if the underlying portfolio generates unrealized and/or realized gains, the future crediting rate may be higher than the then-current market rate.

The yield earned by the GPF at December 31, 2018, was 3.15%. This represents the annualized earnings of all investments in the GPF, including earnings recorded for the underlying securities, divided by the fair value of all investments in the GPF at December 31, 2018. The yield earned by the GPF with an adjustment to reflect the actual interest rate credited to participants in the GPF at December 31, 2018, was 1.24%.

TFLIC receives a fee based on the balance of the assets of the separate account. Participants cannot transfer their GPF balances to competing fixed income funds. Balances transferred from the GPF to noncompeting funds cannot be transferred to competing fixed income funds for 90 days, but may be transferred back to the GPF at any time. Participants can withdraw their GPF balances at contract value without restriction. The GPF is included in the financial statements at contract value. Contract value

represents contributions made under the Contract, plus earnings, less participant withdrawals and administrative expenses. Participants may ordinarily direct the withdrawal or transfer of all or a portion of their investment at contract value.

The Plan replaced its GPF with Vanguard Federal Money Market Investor fund effective July 2, 2018, after termination of the group annuity contract issued by TFLIC (Note 1). For calendar year ended December 31, 2019, there was no GPF as it was replaced during calendar year 2018.

**5.    EXEMPT PARTY-IN-INTEREST TRANSACTIONS**

The Plan held an investment in the GPF and in the insurance company general account issued by TFLIC during the year ended December 31, 2018. Since TFLIC and Transamerica are related organizations, the transactions associated with the investments in the GPF and insurance company general account qualify as exempt party-in-interest transactions. Fees paid by the Plan for investment management services were included as a reduction of the return earned on investments. For calendar year ended December 31, 2019, there was no longer an investment in the GPF as it was replaced during calendar year 2018 (Note 1).

**6.    PLAN TERMINATION**

Although it has not expressed any intent to do so, the Employer has the right under the Plan to discontinue its contributions at any time and to terminate the Plan subject to the provisions of ERISA. In the event of Plan termination, participants will become 100% vested in their accounts.

**7.    FEDERAL INCOME TAX STATUS**

The Plan has been designed to qualify under Section 403(b) of the Code. The terms of the Plan have been prepared to conform to Internal Revenue Service ("IRS") rules and regulations. The Plan Sponsor intends to apply for a determination letter on the Plan once the IRS opens such a program. The Plan is required to operate in conformity with the Code to maintain the tax-exempt status for plan participants under Section 403(b). The Plan Sponsor and Plan management believe that the Plan is currently designed in accordance with the applicable requirements of Section 403(b) of the Code and, therefore, believes the Plan is qualified and the related custodial accounts are tax-exempt.

GAAP requires Plan management to evaluate tax positions taken by the Plan and recognize a tax liability (or asset) if the Plan has taken an uncertain position that, more likely than not, would not be sustained upon examination by the IRS. The Plan administrator has analyzed the tax positions taken by the Plan and has concluded that, as of December 31, 2019, there are no uncertain positions taken or expected to be taken that would require recognition of a liability (or asset) or disclosure in the financial statements.

8.  **INFORMATION CERTIFIED BY THE CUSTODIAN**

The following is a summary of the unaudited information regarding the Plan as of December 31, 2019 and 2018, and for the year ended December 31, 2019, included in the Plan's financial statements and supplemental schedule that was prepared by or derived from information prepared by the Custodian and furnished to the Plan administrator. The Plan administrator has obtained certifications from the Custodian that such information is complete and accurate.

|  | **2019** | **2018** |
|---|---|---|
| Statements of net assets available for benefits: | | |
| Investments at fair value: | | |
| Mutual funds (including CS&Co Personal Choice) | $1,447,175,364 | $1,169,374,010 |
| Insurance company general account | 1,959,876 | 1,893,028 |
| GPF—at contract value | | 6 |
| Notes receivable from participants | 74,518,741 | 71,611,885 |
| Total | $1,523,653,981 | $1,242,878,929 |
| Statement of changes in net assets available for benefits: | | |
| Net appreciation in fair value of investments | $  209,126,934 | |
| Interest income | 8,030 | |
| Dividend income | 25,894,676 | |
| Interest income on notes receivable from participants | 3,148,247 | |

Supplemental schedule: All investment balances and information included in the supplemental schedule of assets (held at end of year) is certified.

Notes 3 and 4: All investment balances and information is certified, except for the ASC 820 leveling information in Note 3.

9.  **RECONCILIATION OF FINANCIAL STATEMENTS TO FORM 5500**

The following is a reconciliation of net assets available for benefits per the financial statements to the Form 5500 as of December 31, 2019 and 2018:

|  | **2019** | **2018** |
|---|---|---|
| Net assets available for benefits per the financial statements | $1,583,569,185 | $1,294,131,335 |
| Deemed loan distributions | (1,260,901) | (1,286,053) |
| Participant contributions receivable | (3,441,674) | (2,855,357) |
| Employer contributions receivable | (56,473,530) | (48,397,049) |
| Net assets available for benefits per Form 5500 | $1,522,393,080 | $1,241,592,876 |

For the year ended December 31, 2019, the following is a reconciliation of contributions per the financial statements to the Form 5500:

| | |
|---|---:|
| Total participant contributions per the financial statements | $ 94,996,865 |
| Add participant contributions receivable—December 31, 2018 | 2,855,357 |
| Deduct participant contributions receivable—December 31, 2019 | (3,441,674) |
| | |
| Total participant contributions per the Form 5500 | $ 94,410,548 |

| | |
|---|---:|
| Employer's basic contribution per the financial statements | $ 35,279,867 |
| Employer's match contribution per the financial statements | 21,167,923 |
| Add employer contributions receivable—December 31, 2018 | 48,397,049 |
| Deduct employer contributions receivable—December 31, 2019 | (56,473,530) |
| | |
| Total employer contributions per the Form 5500 | $ 48,371,309 |

| | |
|---|---:|
| Notes receivable from participants per the financial statements | $ 74,518,741 |
| Deduct Deemed loan distributions | (1,260,901) |
| Deduct accrued interest—December 31, 2019 | (126,081) |
| | |
| Total notes receivable from participants per the Form 5500 | $ 73,131,759 |

For the year ended December 31, 2019, the following is a reconciliation of benefits paid to participants per the financial statements to the Form 5500:

| | |
|---|---:|
| Total benefits paid to participants per the financial statements | $107,843,719 |
| Change in deemed loan distributions | (25,152) |
| | |
| Total benefits paid and deemed loan distributions per the Form 5500 | $107,818,567 |

* * * * * *

**SUPPLEMENTAL SCHEDULE**

**BAPTIST HEALTH SOUTH FLORIDA, INC.**
**403(b) EMPLOYEE RETIREMENT PLAN**

**Employer ID No: 65-0267668**
**Plan No: 002**

**FORM 5500, SCHEDULE H, PART IV, LINE 4i—SCHEDULE OF ASSETS (HELD AT END OF YEAR)**
**AS OF DECEMBER 31, 2019**

| (a) | (b) Identity of Issue, Borrower, Lessor, or Similar Party | (c) Description of Investment Including Maturity Date, Rate of Interest, Collateral, Par, or Maturity Value | (d) Cost | (e) Current Value |
|---|---|---|---|---|
| * | Transamerica Financial Life Ins Co. | Guaranteed pooled fund | ** | $         - |
| * | Transamerica Financial Life Ins Co. | Insurance company general account | ** | 1,959,876 |
| | Neuberger Berman | Mutual fund—Neuberger Berman Socially Responsive Fund | ** | 37,766,647 |
| | JPMorgan | Mutual fund—JP Morgan Small Cap Value Select | ** | 45,869,865 |
| | Legg Mason | Mutual fund—Legg Mason BW Global Opps Bond I | ** | 5,260,993 |
| | Legg Mason | Mutual fund—ClearBridge Small Cap Growth IS | ** | 39,412,576 |
| | LSV | Mutual fund—LSV Value Equity | ** | 80,717,689 |
| | Oppenheimer | Mutual fund—Oppenheimer International Growth I | ** | 65,329,082 |
| | PIMCO | Mutual fund—PIMCO Total Return Instl | ** | 114,738,470 |
| | PIMCO | Mutual fund—PIMCO Low Duration Instl | ** | 11,792,347 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2005 | ** | 5,500,107 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2010 | ** | 30,527,961 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2015 | ** | 23,653,623 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2020 | ** | 51,308,211 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2025 | ** | 50,969,994 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2030 | ** | 68,621,448 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2035 | ** | 65,962,141 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2040 | ** | 73,232,579 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2045 | ** | 69,326,317 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2050 | ** | 65,011,681 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement 2055 | ** | 44,348,525 |
| | T. Rowe Price | Mutual fund—T. Rowe Price Retirement Balanced | ** | 7,891,093 |
| | Vanguard | Mutual fund—Vanguard Federal Money Market | ** | 223,955,010 |
| | Vanguard | Mutual fund—Vanguard Institutional Index | ** | 116,919,657 |
| | Wells Fargo | Mutual fund—Wells Fargo Advantage Growth Fund | ** | 130,104,264 |
| | Charles Schwab Institutional | Various self-directed mutual funds | | 18,955,084 |
| | | Total mutual funds and other investments | | 1,447,175,364 |
| * | Participant | Notes receivable, interest rates of 3.25% to 7.75%, maturity dates through 2029 [***] | | 73,131,759 |
| | | | | $1,522,266,999 |

*  Denotes party-in-interest.

**  Cost information is not required for participant-directed investments and therefore is not included.

***  Net of $1,260,901 in deemed loan distributions and $126,081 of accrued interest.

See accompanying independent auditors' report.

- 15 -

## Schedule C, Line 2(h) Formula Descriptions

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan**
**EIN No.: 65-0267668, Plan No. 002**
**Plan Year Ending:  12/31/2019**

**Indirect Compensation in the form of revenue sharing was paid to the following Service Providers:**

| | |
|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 13-3689044 |
| NATIONAL FINANCIAL SERVICES | 04-3523567 |

Revenue amounts are shown in annualized basis points of plan assets invested in applicable fund

| Fund Family | Fund Name | Start Date | End Date | Revenue to Transamerica Retirement Solutions | Revenue to National Financial Services |
|---|---|---|---|---|---|
| JP MORGAN | JPMORGAN SMALL CAP VALUE I | 1/1/2019 | 12/31/2019 | 24.363 | 0.638 |
| LEGG MASON | BRANDYWINEGLOBAL GLOBAL OPPORTUNITIES BOND I | 1/1/2019 | 12/31/2019 | 14.618 | 0.383 |
| LSV | LSV VALUE EQUITY FUND | 1/1/2019 | 12/31/2019 | 11.694 | 0.306 |
| NEUBERGER BERMAN | NEUBERGER BERMAN SUSTAINABLE EQUITY INSTL | 1/1/2019 | 12/31/2019 | 9.745 | 0.255 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2005 | 1/1/2019 | 12/31/2019 | 14.618 | 0.383 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2010 | 1/1/2019 | 12/31/2019 | 14.618 | 0.383 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2015 | 1/1/2019 | 12/31/2019 | 14.618 | 0.383 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2020 | 1/1/2019 | 12/31/2019 | 14.618 | 0.383 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2025 | 1/1/2019 | 12/31/2019 | 14.618 | 0.383 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2030 | 1/1/2019 | 12/31/2019 | 14.618 | 0.383 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2035 | 1/1/2019 | 12/31/2019 | 14.618 | 0.383 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2040 | 1/1/2019 | 12/31/2019 | 14.618 | 0.383 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2045 | 1/1/2019 | 12/31/2019 | 14.618 | 0.383 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2050 | 1/1/2019 | 12/31/2019 | 14.618 | 0.383 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2055 | 1/1/2019 | 12/31/2019 | 14.618 | 0.383 |
| T ROWE PRICE | T. ROWE PRICE BALANCED | 1/1/2019 | 12/31/2019 | 14.618 | 0.383 |
| WELLS FARGO | WELLS FARGO GROWTH INST | 1/1/2019 | 12/31/2019 | 14.618 | 0.383 |

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan**
**EIN No.: 65-0267668, Plan No. 002**
**Schedule H, Line 4i - Schedule of Assets**
**Plan Year Ending:  12/31/2019**

| (a) | (b)<br>Identity of Issuer, Borrower,<br>Lessor or Similar Party | (c)<br>Description of Investment, Including Maturity Date,<br>Rate of Interest, Par or Maturity Value | (e)<br>CURRENT VALUE | |
|---|---|---|---|---|
| | Transamerica Financial Life Ins. Co. | Insurance Company/General Account | $ | 1,959,876 |
| | | | | |
| | Legg Mason | Legg Mason BW Global Opps Bond I | $ | 5,260,993 |
| | Legg Mason | ClearBridge Small Cap Growth IS | $ | 39,412,576 |
| | Oppenheimer | Oppenheimer International Growth I | $ | 65,329,082 |
| | JP Morgan | JPMorgan Small Cap Value I | $ | 45,869,865 |
| | LSV | LSV Value Equity | $ | 80,717,689 |
| | Neuberger Berman | Neuberger Berman Socially Resp Instl | $ | 37,766,647 |
| | PIMCO | PIMCO Low Duration Inst | $ | 11,792,347 |
| | PIMCO | PIMCO Total Return Instl | $ | 114,738,470 |
| | T. Rowe Price | T. Rowe Price Retirement 2005 | $ | 5,500,107 |
| | T. Rowe Price | T. Rowe Price Retirement 2010 | $ | 30,527,961 |
| | T. Rowe Price | T. Rowe Price Retirement 2015 | $ | 23,653,623 |
| | T. Rowe Price | T. Rowe Price Retirement 2020 | $ | 51,308,211 |
| | T. Rowe Price | T. Rowe Price Retirement 2025 | $ | 50,969,994 |
| | T. Rowe Price | T. Rowe Price Retirement 2030 | $ | 68,621,448 |
| | T. Rowe Price | T. Rowe Price Retirement 2035 | $ | 65,962,141 |
| | T. Rowe Price | T. Rowe Price Retirement 2040 | $ | 73,232,579 |
| | T. Rowe Price | T. Rowe Price Retirement 2045 | $ | 69,326,317 |
| | T. Rowe Price | T. Rowe Price Retirement 2050 | $ | 65,011,681 |
| | T. Rowe Price | T. Rowe Price Retirement 2055 | $ | 44,348,525 |
| | T. Rowe Price | T. Rowe Price Retirement Balanced | $ | 7,891,093 |
| | Vanguard | Vanguard Federal Money Market | $ | 223,955,010 |
| | Vanguard | Vanguard Instl Index | $ | 116,919,657 |
| | Wells Fargo | Wells Fargo Growth I | $ | 130,104,266 |
| | | **Mutual Funds Total** | **$** | **1,428,220,280** |
| | | | | |
| | Charles Schwab Instl | Personal Choice Retirement Account (Other Funds) | **$** | **18,955,084** |
| | | | | |
| * | Participants | Notes Receivable with interest rates of 3.25% to 7.75% | **$** | **73,131,759** |
| | | | | |
| | | **TOTAL PLAN ASSETS** | **$** | **1,522,266,999** |

* Indicates Party-In-Interest to the Plan

# EXHIBIT A-6

| **Form 5500**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security<br>Administration<br><br>Pension Benefit Guaranty Corporation | **Annual Return/Report of Employee Benefit Plan**<br><br>This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ **Complete all entries in accordance with the instructions to the Form 5500.** | OMB Nos. 1210-0110<br>1210-0089<br><br>**2020**<br><br>**This Form is Open to Public Inspection** |

| **Part I** | **Annual Report Identification Information** |
|---|---|

For calendar plan year 2020 or fiscal plan year beginning  01/01/2020                                        and ending  12/31/2020

**A** This return/report is for:  ☐ a multiemployer plan                     ☐ a multiple-employer plan (Filers checking this box must attach a list of participating employer information in accordance with the form instructions.)

☒ a single-employer plan                     ☐ a DFE (specify) ____

**B** This return/report is:  ☐ the first return/report                     ☐ the final return/report

☐ an amended return/report                     ☐ a short plan year return/report (less than 12 months)

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**D** Check box if filing under:  ☒ Form 5558          ☐ automatic extension                     ☐ the DFVC program

☐ special extension (enter description)

| **Part II** | **Basic Plan Information**—enter all requested information |
|---|---|

**1a** Name of plan

BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN

**1b** Three-digit plan number (PN) ▶   002

**1c** Effective date of plan
01/01/1989

**2a** Plan sponsor's name (employer, if for a single-employer plan)
Mailing address (include room, apt., suite no. and street, or P.O. Box)
City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)

BAPTIST HEALTH SOUTH FLORIDA, INC.

6855 RED ROAD
SUITE 600
CORAL GABLES, FL 33143

**2b** Employer Identification Number (EIN)
65-0267668

**2c** Plan Sponsor's telephone number
786-662-7178

**2d** Business code (see instructions)
622000

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 10/15/2021 | MATTHEW ARSENAULT |
|---|---|---|---|
| | **Signature of plan administrator** | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | | | |
| | **Signature of employer/plan sponsor** | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | |
| | **Signature of DFE** | Date | Enter name of individual signing as DFE |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**

**Form 5500 (2020)**
**v. 200204**

Form 5500 (2020)                                                                                      Page **2**

| 3a | Plan administrator's name and address  [X]  Same as Plan Sponsor | | **3b** Administrator's EIN |
|----|----|----|----|
| | | | **3c** Administrator's telephone number |
| | | | |

| 4 | If the name and/or EIN of the plan sponsor or the plan name has changed since the last return/report filed for this plan, enter the plan sponsor's name, EIN, the plan name and the plan number from the last return/report: | **4b** EIN |
|----|----|----|
| a | Sponsor's name | |
| c | Plan Name | **4d** PN |

| 5 | Total number of participants at the beginning of the plan year | **5** | 24016 |
|----|----|----|----|
| 6 | Number of participants as of the end of the plan year unless otherwise stated (welfare plans complete only lines **6a(1)**, **6a(2)**, **6b**, **6c**, and **6d**). | | |
| a(1) | Total number of active participants at the beginning of the plan year............................................... | **6a(1)** | 19409 |
| a(2) | Total number of active participants at the end of the plan year ..................................................... | **6a(2)** | 19591 |
| b | Retired or separated participants receiving benefits................................................................... | **6b** | 158 |
| c | Other retired or separated participants entitled to future benefits ................................................ | **6c** | 6374 |
| d | Subtotal. Add lines **6a(2)**, **6b**, and **6c**................................................................................. | **6d** | 26123 |
| e | Deceased participants whose beneficiaries are receiving or are entitled to receive benefits. ............... | **6e** | 136 |
| f | Total.  Add lines **6d** and **6e**.................................................................................................. | **6f** | 26259 |
| g | Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) ............................................................................................................... | **6g** | 26259 |
| h | Number of participants who terminated employment during the plan year with accrued benefits that were less than 100% vested ............................................................................................................... | **6h** | 557 |
| 7 | Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item)........ | **7** | |

**8a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristics Codes in the instructions:

2F   2G   2L   2M   2R   2S   2T   3H

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristics Codes in the instructions:

| **9a** | Plan funding arrangement (check all that apply) | | | **9b** | Plan benefit arrangement (check all that apply) | |
|----|----|----|----|----|----|----|
| (1) | [X] | Insurance | | (1) | [X] | Insurance |
| (2) | | Code section 412(e)(3) insurance contracts | | (2) | | Code section 412(e)(3) insurance contracts |
| (3) | [X] | Trust | | (3) | [X] | Trust |
| (4) | | General assets of the sponsor | | (4) | | General assets of the sponsor |

**10** Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached.  (See instructions)

| **a** | Pension Schedules | | | **b** | General Schedules | | |
|----|----|----|----|----|----|----|----|
| (1) | [X] | **R**  (Retirement Plan Information) | | (1) | [X] | | **H**  (Financial Information) |
| (2) | [ ] | **MB**  (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary | | (2) | [ ] | | **I**  (Financial Information – Small Plan) |
| | | | | (3) | [X] | _1_ | **A**  (Insurance Information) |
| | | | | (4) | [X] | | **C**  (Service Provider Information) |
| (3) | [ ] | **SB**  (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary | | (5) | [ ] | | **D**  (DFE/Participating Plan Information) |
| | | | | (6) | [ ] | | **G**  (Financial Transaction Schedules) |

Form 5500 (2020)                                                                                           Page **3**

| Part III | Form M-1 Compliance Information (to be completed by welfare benefit plans) |
|---|---|

**11a** If the plan provides welfare benefits, was the plan subject to the Form M-1 filing requirements during the plan year? (See instructions and 29 CFR 2520.101-2.) ........................……..…… ☐ Yes   ☐ No

    If "Yes" is checked, complete lines 11b and 11c.

**11b** Is the plan currently in compliance with the Form M-1 filing requirements? (See instructions and 29 CFR 2520.101-2.) ……….. ☐ Yes   ☐ No

**11c** Enter the Receipt Confirmation Code for the 2020 Form M-1 annual report.  If the plan was not required to file the 2020 Form M-1 annual report, enter the Receipt Confirmation Code for the most recent Form M-1 that was required to be filed under the Form M-1 filing requirements. (Failure to enter a valid Receipt Confirmation Code will subject the Form 5500 filing to rejection as incomplete.)

    Receipt Confirmation Code_____

| **SCHEDULE A** **(Form 5500)** | **Insurance Information** | OMB No. 1210-0110 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | This schedule is required to be filed under section 104 of the<br>Employee Retirement Income Security Act of 1974 (ERISA). | **2020** |
| Department of Labor<br>Employee Benefits Security Administration | ▶ **File as an attachment to Form 5500.** | |
| Pension Benefit Guaranty Corporation | ▸ Insurance companies are required to provide the information<br>pursuant to ERISA section 103(a)(2). | **This Form is Open to Public Inspection** |

For calendar plan year 2020 or fiscal plan year beginning  01/01/2020                and ending  12/31/2020

| **A** Name of plan<br>BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN | **B**  Three-digit<br>plan number (PN)         ▶ | 002 |
|---|---|---|

| **C**  Plan sponsor's name as shown on line 2a of Form 5500<br>BAPTIST HEALTH SOUTH FLORIDA, INC. | **D**  Employer Identification Number (EIN)<br>65-0267668 |
|---|---|

| **Part I** | **Information Concerning Insurance Contract Coverage, Fees, and Commissions** Provide information for each contract on a separate Schedule A.  Individual contracts grouped as a unit in Parts II and III can be reported on a single Schedule A. |
|---|---|

**1**  Coverage Information:

**(a)** Name of insurance carrier

TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY

| **(b)** EIN | **(c)** NAIC code | **(d)** Contract or identification number | **(e)** Approximate number of persons covered at end of policy or contract year | Policy or contract year | |
|---|---|---|---|---|---|
| | | | | **(f)** From | **(g)** To |
| 36-6071399 | 70688 | TT069362 | 26259 | 01/01/2020 | 12/31/2020 |

**2**  Insurance fee and commission information. Enter the total fees and total commissions paid.  List in line 3 the agents, brokers, and other persons in descending order of the amount paid.

| **(a)** Total amount of commissions paid | **(b)** Total amount of fees paid |
|---|---|
| | |

**3**  Persons receiving commissions and fees.  (Complete as many entries as needed to report all persons).

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | **(e)** Organization code |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | **(e)** Organization code |
| | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**                          **Schedule A (Form 5500) 2020**
**v. 200204**

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

Schedule A  (Form 5500) 2020     **Page 3**

| Part II | **Investment and Annuity Contract Information** |
|---------|------------------------------------------------|
| | Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report. |

| | | | |
|---|---|---|---|
| **4** | Current value of plan's interest under this contract in the general account at year end .......................... | **4** | 1834461 |
| **5** | Current value of plan's interest under this contract in separate accounts at year end.......................... | **5** | |

**6** Contracts With Allocated Funds:

**a** State the basis of premium rates ▶

| | | | |
|---|---|---|---|
| **b** | Premiums paid to carrier ...................................................... | **6b** | |
| **c** | Premiums due but unpaid at the end of the year .............................. | **6c** | |
| **d** | If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount. ...................................................... | **6d** | |

Specify nature of costs ▶

**e** Type of contract:  (1) ☐ individual policies     (2) ☐ group deferred annuity

(3) ☐ other (specify) ▶

**f** If contract purchased, in whole or in part, to distribute benefits from a terminating plan, check here ▶ ☐

**7** Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

**a** Type of contract:  (1) ☐ deposit administration     (2) ☐ immediate participation guarantee

(3) ☒ guaranteed investment     (4) ☐ other ▶

| | | | |
|---|---|---|---|
| **b** | Balance at the end of the previous year .......................................................... | **7b** | 1959876 |
| **c** | Additions:  (1) Contributions deposited during the year ............................ **7c(1)** | 130972994 | |
| | (2) Dividends and credits................................ **7c(2)** | | |
| | (3) Interest credited during the year............................ **7c(3)** | 16116 | |
| | (4) Transferred from separate account ................................ **7c(4)** | | |
| | (5) Other (specify below) ............................... **7c(5)** | 1442623 | |
| | ▶ ADDITIONS TO FORFEITUES AND EBA | | |
| | (6)Total additions ...................................................... | **7c(6)** | 132431733 |
| **d** | Total of balance and additions (add lines **7b** and **7c(6)**). ......................... | **7d** | 134391609 |
| **e** | Deductions: | | |
| | (1) Disbursed from fund to pay benefits or purchase annuities during year **7e(1)** | | |
| | (2) Administration charge made by carrier................................ **7e(2)** | | |
| | (3) Transferred to separate account ................................ **7e(3)** | | |
| | (4) Other (specify below) ................................ **7e(4)** | 132557148 | |
| | ▶ ALLOCATED FORFEITURES AND EXPENSES | | |
| | (5) Total deductions ...................................................... | **7e(5)** | 132557148 |
| **f** | Balance at the end of the current year (subtract line **7e(5)** from line **7d**). ............... | **7f** | 1834461 |

Schedule A  (Form 5500) 2020                                                  Page **4**

| Part III | Welfare Benefit Contract Information |
|---|---|
| | If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organizations(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit.  Where contracts cover individual employees, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report. |

**8** Benefit and contract type (check all applicable boxes)

**a** ☐ Health (other than dental or vision)   **b** ☐ Dental   **c** ☐ Vision   **d** ☐ Life insurance

**e** ☐ Temporary disability (accident and sickness)   **f** ☐ Long-term disability   **g** ☐ Supplemental unemployment   **h** ☐ Prescription drug

**i** ☐ Stop loss (large deductible)   **j** ☐ HMO contract   **k** ☐ PPO contract   **l** ☐ Indemnity contract

**m** ☐ Other (specify)  ▶

**9** Experience-rated contracts:

**a** Premiums: (1) Amount received ............................................................. **9a(1)**

 (2) Increase (decrease) in amount due but unpaid .................................... **9a(2)**

 (3) Increase (decrease) in unearned premium reserve ............................. **9a(3)**

 (4) Earned (**(1) + (2) - (3)**) ...................................................................... **9a(4)**

**b** Benefit charges (1) Claims paid............................................................... **9b(1)**

 (2) Increase (decrease) in claim reserves.............................................. **9b(2)**

 (3) Incurred claims (add **(1)** and **(2)**) .................................................. **9b(3)**

 (4) Claims charged................................................................................ **9b(4)**

**c** Remainder of premium: (1) Retention charges (on an accrual basis) --

 (A) Commissions ..................................................................... **9c(1)(A)**

 (B) Administrative service or other fees ................................... **9c(1)(B)**

 (C) Other specific acquisition costs.......................................... **9c(1)(C)**

 (D) Other expenses .................................................................. **9c(1)(D)**

 (E) Taxes.................................................................................. **9c(1)(E)**

 (F) Charges for risks or other contingencies ........................... **9c(1)(F)**

 (G) Other retention charges ..................................................... **9c(1)(G)**

 (H) Total retention................................................................................ **9c(1)(H)**

 (2) Dividends or retroactive rate refunds.  (These amounts were ☐ paid in cash, or ☐ credited.)................... **9c(2)**

**d** Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement............... **9d(1)**

 (2) Claim reserves.................................................................................. **9d(2)**

 (3) Other reserves................................................................................... **9d(3)**

**e** Dividends or retroactive rate refunds due.  (Do not include amount entered in line **9c(2)**.)............................ **9e**

**10** Nonexperience-rated contracts:

**a** Total premiums or subscription charges paid to carrier ............................................................... **10a**

**b** If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, line 2 above, report amount. ......................... **10b**

 Specify nature of costs.

| Part IV | Provision of Information |
|---|---|

**11** Did the insurance company fail to provide any information necessary to complete Schedule A? ............  ☐ Yes   ☒ No

**12** If the answer to line 11 is "Yes," specify the information not provided.  ▶

| SCHEDULE C<br>(Form 5500)<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Service Provider Information**<br><br>This schedule is required to be filed under section 104 of the Employee<br>Retirement Income Security Act of 1974 (ERISA).<br><br>▶ File as an attachment to Form 5500. | OMB No. 1210-0110<br><br>**2020**<br><br>**This Form is Open to Public Inspection.** |

For calendar plan year 2020 or fiscal plan year beginning  01/01/2020                    and ending  12/31/2020

| **A** Name of plan<br>BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN | **B** Three-digit<br>plan number (PN)  ▶ | 002 |
|---|---|---|
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>BAPTIST HEALTH SOUTH FLORIDA, INC. | **D** Employer Identification Number (EIN)<br>65-0267668 | |

---

**Part I**   **Service Provider Information (see instructions)**

You must complete this Part, in accordance with the instructions, to report the information required for **each person** who received, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of monetary value) in connection with services rendered to the plan or the person's position with the plan during the plan year. If a person received **only** eligible indirect compensation for which the plan received the required disclosures, you are required to answer line 1 but are not required to include that person when completing the remainder of this Part.

**1  Information on Persons Receiving Only Eligible Indirect Compensation**

**a** Check "Yes" or "No" to indicate whether you are excluding a person from the remainder of this Part because they received only eligible indirect compensation for which the plan received the required disclosures (see instructions for definitions and conditions).. . . . . . . . . . . . . .  ☒ Yes  ☐ No

**b** If you answered line 1a  "Yes," enter the name and EIN or address of each person providing the required disclosures for the service providers who received only eligible indirect compensation.  Complete as many entries as needed (see instructions).

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

TRANSAMERICA RETIREMENT SOLUTIONS

13-3689044

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

CHARLES SCHWAB & CO., INC.

94-1733782

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

---

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**                    **Schedule C (Form 5500) 2020**<br>**v. 200204**

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

Schedule C (Form 5500) 2020 — Page **3** - 1

**2. Information on Other Service Providers Receiving Direct or Indirect Compensation.** Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

**(a)** Enter name and EIN or address (see instructions)

TRANSAMERICA RETIREMENT SOLUTIONS

13-3689044

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 12 15 28 37 38 50 54 59 61 62 63 64 65 | RECORDKEEPER | 2190662 | Yes [X] No [ ] | Yes [X] No [ ] | 0 | Yes [X] No [ ] |

**(a)** Enter name and EIN or address (see instructions)

NATIONAL FINANCIAL SERVICES

04-3523567

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 33 71 | SECURITIES BROKER | 0 | Yes [X] No [ ] | Yes [ ] No [X] | 0 | Yes [X] No [ ] |

**(a)** Enter name and EIN or address (see instructions)

CHARLES SCHWAB & CO., INC.

94-1733782

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 33 71 | SECURITIES BROKER | 3574 | Yes [X] No [ ] | Yes [X] No [ ] | 0 | Yes [X] No [ ] |

Schedule C (Form 5500) 2020

Page **3** - [ 2 ]

**2. Information on Other Service Providers Receiving Direct or Indirect Compensation.** Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

**(a)** Enter name and EIN or address (see instructions)

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| | | | Yes ☐  No ☐ | Yes ☐  No ☐ | | Yes ☐  No ☐ |

**(a)** Enter name and EIN or address (see instructions)

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| | | | Yes ☐  No ☐ | Yes ☐  No ☐ | | Yes ☐  No ☐ |

**(a)** Enter name and EIN or address (see instructions)

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| | | | Yes ☐  No ☐ | Yes ☐  No ☐ | | Yes ☐  No ☐ |

Schedule C (Form 5500) 2020                                                    Page **4 -** 1

| Part I | Service Provider Information (continued) |
|--------|------------------------------------------|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| JP MORGAN                30 DAN ROAD CANTON, MA 02021 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LEGG MASON               100 FIRST STAMFORD PLACE STAMFORD, CT 06902 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LSV                      155 NORTH WACKER DRIVE SUITE 4600 CHICAGO, IL 60606 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

Schedule C (Form 5500) 2020

Page **4** - | 2 |

| Part I | Service Provider Information (continued) |

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| NEUBERGER BERMAN                605 THIRD AVENUE 36TH FLOOR NEW YORK, NY 10158 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| SEGALL BRYANT & HAMILL          540 WEST MADISON STREET SUITE 1900 CHICAGO, IL 60661 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| T ROWE PRICE                    100 EAST PRATT STREET BALTIMORE, MD 21202 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

Schedule C (Form 5500) 2020                                    Page **4** - 3

| Part I | Service Provider Information (continued) |
|--------|------------------------------------------|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 12 15 28 37 38 50 54 59 61 62 63 64 65 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| WELLS FARGO              30 DAN ROAD<br>                         CANTON, MA 02021 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| JP MORGAN               30 DAN ROAD<br>                        CANTON, MA 02021 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LEGG MASON              100 FIRST STAMFORD PLACE<br>                        STAMFORD, CT 06902 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

Schedule C (Form 5500) 2020                                    Page **4** - 4

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LSV          155 NORTH WACKER DRIVE SUITE 4600 CHICAGO, IL 60606 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| NEUBERGER BERMAN          605 THIRD AVENUE 36TH FLOOR NEW YORK, NY 10158 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| SEGALL BRYANT & HAMILL          540 WEST MADISON STREET SUITE 1900 CHICAGO, IL 60661 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

Schedule C (Form 5500) 2020                                                                    Page **4** - ☐ 5

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| T ROWE PRICE                     100 EAST PRATT STREET BALTIMORE, MD 21202 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| NATIONAL FINANCIAL SERVICES | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| WELLS FARGO                     30 DAN ROAD CANTON, MA 02021 | REVENUE SHARING SEE ATTACHMENT TO LINE 2(H) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AIG

95-4715639 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2020                                                          Page **4** - ☐ 6

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AKRE<br><br>54-1968332 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| ALGER<br><br>13-2665689 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| ALLIANZ FUNDS<br><br>06-1349805 | RANGE OF 0.02 - 0.50% OF AVERAGE DAILY BALANCE OF ASSETS |

Schedule C (Form 5500) 2020                                          Page **4 -** 7

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AMERICAN BEACON<br><br>75-2401150 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AMERICAN CENTURY INVESTMENTS<br><br>43-0821857 | RATE OF 0.35% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AMERICAN FUNDS<br><br>95-1411037 | RATE OF 0.37% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2020                                                    Page **4** - 8

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| AQR FUNDS                2 GREENWICH PLAZA                               GREENWICH, CT 06830 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| ARTISAN                                               39-1811840 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| BLACKROCK                                             04-6171663 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2020                                                    Page **4** - ⬚9⬚

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| BRANDES<br><br>33-0635360 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| BROWN ADVISORY FUNDS<br><br>52-1952888 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| BROWN CAPITAL MANAGEMENT, LLC     1961 WEHRLE DRIVE<br>SUITE 5<br>BUFFALO, NY 14221 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2020                                                    Page **4** - ☐ 10

| **Part I** | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| BUFFALO                    4550 MONTGOMERY AVENUE BETHESDA, MD 20814 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| CARILLON FAMILY OF FUNDS

59-2385219 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| COLUMBIA

93-0577450 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2020                                          Page **4** - ☐ 11

| **Part I** | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| DIMENSIONAL FUND ADVISORS<br><br>22-2370029 | RATE OF 0.25% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| DIREXION FUNDS<br><br>13-4143904 | RANGE OF 0.40 - 0.45% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| DOUBLELINE | 333 S. GRAND AVE FLOOR 18 LOS ANGELES, CA 90071 | RANGE OF 0.15 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

Schedule C (Form 5500) 2020                                                      Page **4** - | 12 |

| **Part I** | **Service Provider Information (continued)** |

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| DREYFUS                144 GLEN CURTIS BLVD  UNIONDALE, NY 11556 | RATE OF 0.48% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| EATON VANCE  04-2718215 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| FEDERATED  25-1111467 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2020                                      Page **4 -** ☐ 13

| Part I | Service Provider Information (continued) |
|--------|------------------------------------------|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| FIDELITY INVESTMENTS  06-1194217 | RANGE OF 0.10 - 0.50% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| FIRST EAGLE  13-3392291 | RANGE OF 0.10 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| FMI FUNDS  39-1861095 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2020                                         Page **4** - 14

| Part I | Service Provider Information (continued) |
|--------|------------------------------------------|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| FRANKLIN TEMPLETON INVESTMENTS  94-3167260 | RANGE OF 0.15 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| GLENMEDE          1650 MARKET STREET SUITE 1200 PHILADELPHIA, PA 19103 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| GOLDMAN SACHS          30 HUDSON STREET JERSEY CITY, NJ 07302 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2020                                                    Page **4** - ☐ 15

| Part I | Service Provider Information (continued) |
|--------|------------------------------------------|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| GUGGENHEIM INVESTMENTS  277 W. MONROE ST. SUITE 4900 CHICAGO, IL 60606 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| HARDING LOEVNER  400 CROSSING BLVD FOURTH FLOOR BRIDGEWATER, NJ 08807 | RANGE OF 0.08 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| HARTFORD MUTUAL FUNDS  13-3317783 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2020                                              Page **4** - ⬛ 16

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| HENNESSY<br><br>68-0377264 | RANGE OF 0.10 - 0.50% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| INFINITY Q        1355 PEACHTREE ST NE<br>                          SUITE 750<br>                          ATLANTA, GA 30309 | RANGE OF 0.10 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| INVESCO<br><br>58-2287224 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2020

Page **4 -** 17

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| JANUS HENDERSON<br><br>43-1804048 | RATE OF 0.35% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| JENSEN<br><br>93-0978027 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| JPMORGAN<br><br>13-2624428 | RATE OF 0.07% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| KOPERNIK     302 KNIGHTS RUN AVENUE SUITE 1225 TAMPA, FL 33602 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LAZARD     30 ROCKEFELLER PLAZA NEW YORK, NY 10112 | RANGE OF 0.10 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LEGG MASON     100 FIRST STAMFORD PLACE STAMFORD, CT 06902 | RANGE OF 0.10 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

Schedule C (Form 5500) 2020                                      Page **4** - 19

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| LYRICAL<br><br>250 WEST 55TH STREET<br>FLOOR 37<br>NEW YORK, NY 10019 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MANNING & NAPIER<br><br>155 FLEET STREET<br>PLYMOUTH, NH 03801 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MATTHEWS ASIA FUNDS<br><br>94-3250972 | RANGE OF 0.33 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

Schedule C (Form 5500) 2020                                      Page **4** -  20

| Part I | Service Provider Information (continued) |
|--------|------------------------------------------|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| METROPOLITAN WEST FUNDS<br><br>95-4597302 | RATE OF 0.35% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MFS<br><br>04-3253929 | RATE OF 0.45% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MORGAN STANLEY<br><br>36-3145972 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2020                                          Page **4** - 21

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| MOTLEY FOOL<br><br>54-1742975 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| NORTHERN FUNDS<br><br>36-3608252 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| NUVEEN<br><br>36-3817266 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2020                                                Page **4 -** 22

| Part I | Service Provider Information (continued) |
|--------|------------------------------------------|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| OAK RIDGE FUNDS        10 SOUTH LA SALLE STREET SUITE 1900 CHICAGO, IL 60603 | RATE OF 0.60% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| OAKMARK

52-2257782 | RATE OF 0.35% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| OPPENHEIMERFUNDS

13-2527171 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2020                                              Page **4** - 23

| **Part I** | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| OSTERWEIS

94-2871718 | RATE OF 0.09% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PACIFIC FUNDS SERIES TRUST

95-1079000 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PARNASSUS

94-6579180 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2020                                    Page **4** - 24

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PIONEER INVESTMENTS<br><br>13-5657669 | RATE OF 0.60% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PRIMECAP ODYSSEY FUNDS<br><br>95-3868081 | RATE OF 0.08% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| PRINCIPAL FUNDS<br><br>42-1520346 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2020        Page **4** - 25

| **Part I** | **Service Provider Information (continued)** |
| --- | --- |

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| PROFUNDS<br><br>52-2035197 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| PT ASSET MANAGEMENT, LLC (PTAM)    500 WEST MADISON STREET SUITE 470 CHICAGO, IL 60661 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
| --- | --- | --- |
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| PUTNAM<br><br>36-4488942 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2020                                                    Page **4** - 26

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| RBC GLOBAL ASSET MANAGEMENT.     4701 W. GREENFIELD AVE MILWAUKEE, WI 53214 | RANGE OF 0.10 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| RIVERNORTH FUNDS     325 NORTH LA SALLE DRIVE SUITE 645 CHICAGO, IL 60654 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| RMB FUNDS     115 SOUTH LA SALLE 34TH FLOOR CHICAGO, IL 60603 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2020          Page **4** - 27

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| SCHWAB FUNDS<br><br>94-3106735 | RANGE OF 0.02 - 0.25% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| STATE STREET GLOBAL ADVISORS<br><br>42-1704580 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| STONE RIDGE FUNDS        39675 MACKENZIE DRIVE<br>NOVI, MI 48377 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2020       Page **4** - 28

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| T. ROWE PRICE<br><br>52-2264646 | RATE OF 0.15% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| THE PACIFIC FINANCIAL GROUP     777 108TH AVE<br>SUITE 2100<br>BELLEVUE, WA 98004 | RATE OF 0.25% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| THIRD AVENUE<br><br>01-0690900 | RATE OF 0.50% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2020

Page **4** - 29

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| TOCQUEVILLE<br><br>13-3549887 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| TORTOISE CAPITAL ADVISORS        11550 ASH STREET<br>                                                 SUITE 300<br>                                                 LEAKWOOD, KS 66211 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| TOUCHSTONE<br><br>31-0487145 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Schedule C (Form 5500) 2020                                      Page **4** - 30

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| TRANSAMERICA<br><br>94-0932740 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| U.S. GLOBAL INVESTORS<br><br>74-1619375 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| USAA<br><br>74-0959140 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **Part I** | **Service Provider Information (continued)** |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| VANECK              122 EAST 42ND STREET                              NEW YORK, NY 10168 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| VERSUS CAPITAL              5555 DTC PARKWAY                              SUITE 330                              GREENWOOD VILLAGE, CO 80111 | RATE OF 0.10% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| VICTORY              100 PEARL STREET                              9TH FLOOR                              HARTFORD, CT 06103 | RANGE OF 0.10 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

Schedule C (Form 5500) 2020                                              Page **4** - ☐ 32

| **Part I** | **Service Provider Information (continued)** |

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| WASATCH<br><br>87-0319391 | RANGE OF 0.35 - 0.40% OF AVERAGE DAILY BALANCE OF ASSETS |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| YORKTOWN FUNDS          2303 YORKTOWN AVE<br>                        LYNCHBURG, VA 24501 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | 33 71 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| ZEVENBERGEN CAPITAL INVESTMENTS   601 UNION STREET<br>                                  SUITE 4600<br>                                  SEATTLE, WA 98101 | RATE OF 0.40% OF AVERAGE DAILY BALANCE OF ASSET(S) |

Page **5 -** [ 1 ]

| **Part II** | **Service Providers Who Fail or Refuse to Provide Information** |

**4**   Provide, to the extent possible, the following information for each service provider who failed or refused to provide the information necessary to complete this Schedule.

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |

Schedule C (Form 5500) 2020                                       Page **6 -** 1

| **Part III** | **Termination Information on Accountants and Enrolled Actuaries (see instructions)**<br>(complete as many entries as needed) |
|---|---|

| **a** | Name: DELOITTE & TOUCHE LLP | **b** EIN: 13-3891517 |
|---|---|---|
| **c** | Position: ACCOUNTANT | |
| **d** | Address: | **e** Telephone: |

Explanation: NONE GIVEN

| **a** | Name: | **b** EIN: |
|---|---|---|
| **c** | Position: | |
| **d** | Address: | **e** Telephone: |

Explanation:

| **a** | Name: | **b** EIN: |
|---|---|---|
| **c** | Position: | |
| **d** | Address: | **e** Telephone: |

Explanation:

| **a** | Name: | **b** EIN: |
|---|---|---|
| **c** | Position: | |
| **d** | Address: | **e** Telephone: |

Explanation:

| **a** | Name: | **b** EIN: |
|---|---|---|
| **c** | Position: | |
| **d** | Address: | **e** Telephone: |

Explanation:

| SCHEDULE H<br>(Form 5500)<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Financial Information**<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA), and section 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2020**<br><br>**This Form is Open to Public Inspection** |

| For calendar plan year 2020 or fiscal plan year beginning  01/01/2020 | | and ending  12/31/2020 |

| **A** Name of plan<br>BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN | **B**  Three-digit<br>plan number (PN)   ▶   002 |
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>BAPTIST HEALTH SOUTH FLORIDA, INC. | **D**  Employer Identification Number (EIN)<br>65-0267668 |

| Part I | Asset and Liability Statement |

**1** Current value of plan assets and liabilities at the beginning and end of the plan year. Combine the value of plan assets held in more than one trust. Report the value of the plan's interest in a commingled fund containing the assets of more than one plan on a line-by-line basis unless the value is reportable on lines 1c(9) through 1c(14). Do not enter the value of that portion of an insurance contract which guarantees, during this plan year, to pay a specific dollar benefit at a future date. **Round off amounts to the nearest dollar.**  MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 1b(1), 1b(2), 1c(8), 1g, 1h, and 1i. CCTs, PSAs, and 103-12 IEs also do not complete lines 1d and 1e. See instructions.

| Assets | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|
| **a** Total noninterest-bearing cash .................................................. | **1a** | | |
| **b** Receivables (less allowance for doubtful accounts): | | | |
| (1)  Employer contributions .................................................. | **1b(1)** | | |
| (2)  Participant contributions ............................................... | **1b(2)** | | |
| (3)  Other ........................................................................ | **1b(3)** | 126081 | 221690 |
| **c** General investments: | | | |
| (1)  Interest-bearing cash (include money market accounts & certificates of deposit) ..................................................................... | **1c(1)** | | |
| (2)  U.S. Government securities .......................................... | **1c(2)** | | |
| (3)  Corporate debt instruments (other than employer securities): | | | |
| (A)  Preferred ............................................................... | **1c(3)(A)** | | |
| (B)  All other ................................................................ | **1c(3)(B)** | | |
| (4)  Corporate stocks (other than employer securities): | | | |
| (A)  Preferred ............................................................... | **1c(4)(A)** | | |
| (B)  Common ................................................................ | **1c(4)(B)** | | |
| (5)  Partnership/joint venture interests ................................ | **1c(5)** | | |
| (6)  Real estate (other than employer real property) ............. | **1c(6)** | | |
| (7)  Loans (other than to participants) ................................ | **1c(7)** | | |
| (8)  Participant loans ....................................................... | **1c(8)** | 73131759 | 62261089 |
| (9)  Value of interest in common/collective trusts ................. | **1c(9)** | | |
| (10)  Value of interest in pooled separate accounts ............... | **1c(10)** | 0 | |
| (11)  Value of interest in master trust investment accounts ...... | **1c(11)** | | |
| (12)  Value of interest in 103-12 investment entities ............... | **1c(12)** | | |
| (13)  Value of interest in registered investment companies (e.g., mutual funds) ......................................................................... | **1c(13)** | 1428220280 | 1735423512 |
| (14)  Value of funds held in insurance company general account (unallocated contracts) .................................................................. | **1c(14)** | 1959876 | 1834461 |
| (15)  Other........................................................................ | **1c(15)** | 18955084 | 24052766 |

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.

Schedule H (Form 5500) 2020                                                                                          Page **2**

| 1d | Employer-related investments: | | **(a)** Beginning of Year | **(b)** End of Year |
|---|---|---|---|---|
| (1) | Employer securities................................................... | 1d(1) | | |
| (2) | Employer real property.............................................. | 1d(2) | | |
| e | Buildings and other property used in plan operation ..................................... | 1e | | |
| f | Total assets (add all amounts in lines 1a through 1e) ............................ | 1f | 1522393080 | 1823793518 |

## Liabilities

| g | Benefit claims payable ............................................................ | 1g | | |
|---|---|---|---|---|
| h | Operating payables ................................................................. | 1h | | |
| i | Acquisition indebtedness........................................................... | 1i | | |
| j | Other liabilities....................................................................... | 1j | | |
| k | Total liabilities (add all amounts in lines 1g through1j) ............................ | 1k | | |

## Net Assets

| l | Net assets (subtract line 1k from line 1f)........................... | 1l | 1522393080 | 1823793518 |
|---|---|---|---|---|

## Part II   Income and Expense Statement

**2**  Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

### Income

| | | | **(a)** Amount | **(b)** Total |
|---|---|---|---|---|
| a | **Contributions:** | | | |
| (1) | Received or receivable in cash from: **(A)** Employers ............................ | 2a(1)(A) | 56451987 | |
| **(B)** | Participants ................................................................. | 2a(1)(B) | 102186192 | |
| **(C)** | Others (including rollovers)........................................... | 2a(1)(C) | 5452649 | |
| (2) | Noncash contributions ................................................ | 2a(2) | | |
| (3) | Total contributions. Add lines **2a(1)(A), (B), (C)**, and line **2a(2)** ............ | 2a(3) | | 164090828 |
| b | **Earnings on investments:** | | | |
| (1) | Interest: | | | |
| **(A)** | Interest-bearing cash (including money market accounts and certificates of deposit)................................................... | 2b(1)(A) | | |
| **(B)** | U.S. Government securities ............................................ | 2b(1)(B) | | |
| **(C)** | Corporate debt instruments .......................................... | 2b(1)(C) | | |
| **(D)** | Loans (other than to participants) .................................. | 2b(1)(D) | | |
| **(E)** | Participant loans ......................................................... | 2b(1)(E) | 3129760 | |
| **(F)** | Other ....................................................................... | 2b(1)(F) | 16116 | |
| **(G)** | Total interest. Add lines **2b(1)(A)** through **(F)**.............................. | 2b(1)(G) | | 3145876 |
| (2) | Dividends: **(A)** Preferred stock........................................... | 2b(2)(A) | | |
| **(B)** | Common stock ............................................................ | 2b(2)(B) | | |
| **(C)** | Registered investment company shares (e.g. mutual funds).......... | 2b(2)(C) | 23914804 | |
| **(D)** | Total dividends. Add lines **2b(2)(A), (B)**, and **(C)** | 2b(2)(D) | | 23914804 |
| (3) | Rents ..................................................................... | 2b(3) | | |
| (4) | Net gain (loss) on sale of assets: **(A)** Aggregate proceeds ................. | 2b(4)(A) | | |
| **(B)** | Aggregate carrying amount (see instructions)..................... | 2b(4)(B) | | |
| **(C)** | Subtract line **2b(4)(B)** from line **2b(4)(A)** and enter result ............ | 2b(4)(C) | | |
| (5) | Unrealized appreciation (depreciation) of assets: **(A)** Real estate ................. | 2b(5)(A) | | |
| **(B)** | Other ....................................................................... | 2b(5)(B) | | |
| **(C)** | Total unrealized appreciation of assets. Add lines **2b(5)(A)** and **(B)** | 2b(5)(C) | | |

Schedule H (Form 5500) 2020                                    Page **3**

| | | (a) Amount | (b) Total |
|---|---|---|---|
| **(6)** Net investment gain (loss) from common/collective trusts...................... | 2b(6) | | |
| **(7)** Net investment gain (loss) from pooled separate accounts ..................... | 2b(7) | | |
| **(8)** Net investment gain (loss) from master trust investment accounts ......... | 2b(8) | | |
| **(9)** Net investment gain (loss) from 103-12 investment entities .................... | 2b(9) | | |
| **(10)** Net investment gain (loss) from registered investment companies (e.g., mutual funds) ..................... | 2b(10) | | 206582436 |
| **c** Other income ............................................................................................ | 2c | | 2139670 |
| **d** Total income. Add all **income** amounts in column (b) and enter total.................. | 2d | | 399873614 |

## Expenses

| | | | |
|---|---|---|---|
| **e** Benefit payment and payments to provide benefits: | | | |
| **(1)** Directly to participants or beneficiaries, including direct rollovers............ | 2e(1) | 229436127 | |
| **(2)** To insurance carriers for the provision of benefits ................................. | 2e(2) | | |
| **(3)** Other.................................................................................................... | 2e(3) | | |
| **(4)** Total benefit payments. Add lines **2e(1)** through **(3)** .............................. | 2e(4) | | 229436127 |
| **f** Corrective distributions (see instructions) ......................................................... | 2f | | 10973 |
| **g** Certain deemed distributions of participant loans (see instructions).............. | 2g | | 253316 |
| **h** Interest expense............................................................................................... | 2h | | |
| **i** Administrative expenses: **(1)** Professional fees ......................................... | 2i(1) | | |
| **(2)** Contract administrator fees ................................................................... | 2i(2) | | |
| **(3)** Investment advisory and management fees ........................................... | 2i(3) | | |
| **(4)** Other.................................................................................................... | 2i(4) | 2190663 | |
| **(5)** Total administrative expenses. Add lines **2i(1)** through **(4)** ...................... | 2i(5) | | 2190663 |
| **i** Total expenses. Add all **expense** amounts in column (b) and enter total...... | 2j | | 231891079 |

## Net Income and Reconciliation

| | | | |
|---|---|---|---|
| **k** Net income (loss). Subtract line **2j** from line **2d**.............................................. | 2k | | 167982535 |
| **l** Transfers of assets: | | | |
| **(1)** To this plan .......................................................................................... | 2l(1) | | 133417903 |
| **(2)** From this plan ...................................................................................... | 2l(2) | | |

---

## Part III   Accountant's Opinion

**3**   Complete lines 3a through 3c if the opinion of an independent qualified public accountant is attached to this Form 5500. Complete line 3d if an opinion is not attached.

**a** The attached opinion of an independent qualified public accountant for this plan is (see instructions):

    **(1)** ☐ Unmodified    **(2)** ☐ Qualified    **(3)** ☒ Disclaimer    **(4)** ☐ Adverse

**b** Check the appropriate box(es) to indicate whether the IQPA performed an ERISA section 103(a)(3)(C) audit. Check both boxes (1) and (2) if the audit was performed pursuant to both 29 CFR 2520.103-8 and 29 CFR 2520.103-12(d). Check box (3) if pursuant to neither.

    **(1)** ☒ DOL Regulation 2520.103-8    **(2)** ☐ DOL Regulation 2520.103-12(d)    **(3)** ☐ neither DOL Regulation 2520.103-8 nor DOL Regulation 2520.103-12(d).

**c** Enter the name and EIN of the accountant (or accounting firm) below:

    **(1)** Name: GRANT THORNTON, LLP      **(2)** EIN: 36-6055558

**d** The opinion of an independent qualified public accountant is **not attached** because:

    **(1)** ☐ This form is filed for a CCT, PSA, or MTIA.    **(2)** ☐ It will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50.

## Part IV   Compliance Questions

**4**   CCTs and PSAs do not complete Part IV. MTIAs, 103-12 IEs, and GIAs do not complete lines 4a, 4e, 4f, 4g, 4h, 4k, 4m, 4n, or 5. 103-12 IEs also do not complete lines 4j and 4l. MTIAs also do not complete line 4l.

During the plan year:

| | | Yes | No | Amount |
|---|---|---|---|---|
| **a** Was there a failure to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? Continue to answer "Yes" for any prior year failures until fully corrected. (See instructions and DOL's Voluntary Fiduciary Correction Program.) .................. | 4a | | X | |

Schedule H (Form 5500) 2020      Page **4-** | 1 |

| | | | Yes | No | Amount |
|---|---|---|---|---|---|
| **b** | Were any loans by the plan or fixed income obligations due the plan in default as of the close of the plan year or classified during the year as uncollectible? Disregard participant loans secured by participant's account balance. (Attach Schedule G (Form 5500) Part I if "Yes" is checked.) ................................................................ | **4b** | | X | |
| **c** | Were any leases to which the plan was a party in default or classified during the year as uncollectible? (Attach Schedule G (Form 5500) Part II if "Yes" is checked.) ........................... | **4c** | | X | |
| **d** | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 4a. Attach Schedule G (Form 5500) Part III if "Yes" is checked.) ................................................................ | **4d** | | X | |
| **e** | Was this plan covered by a fidelity bond?................................................................ | **4e** | X | | 10000000 |
| **f** | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? ................................................................ | **4f** | | X | |
| **g** | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser? ........................... | **4g** | | X | |
| **h** | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser? .................. | **4h** | | X | |
| **i** | Did the plan have assets held for investment? (Attach schedule(s) of assets if "Yes" is checked, and see instructions for format requirements.)................................................................ | **4i** | X | | |
| **j** | Were any plan transactions or series of transactions in excess of 5% of the current value of plan assets? (Attach schedule of transactions if "Yes" is checked and see instructions for format requirements.)................................................................ | **4j** | | X | |
| **k** | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? ........................... | **4k** | | X | |
| **l** | Has the plan failed to provide any benefit when due under the plan? ........................... | **4l** | | X | |
| **m** | If this is an individual account plan, was there a blackout period? (See instructions and 29 CFR 2520.101-3.)................................................................ | **4m** | | X | |
| **n** | If 4m was answered "Yes," check the "Yes" box if you either provided the required notice or one of the exceptions to providing the notice applied under 29 CFR 2520.101-3.................. | **4n** | | X | |

**5a**   Has a resolution to terminate the plan been adopted during the plan year or any prior plan year?........ ☐ Yes   ☒ No
If "Yes," enter the amount of any plan assets that reverted to the employer this year _____.

**5b**   If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

| **5b(1)** Name of plan(s) | **5b(2)** EIN(s) | **5b(3)** PN(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**5c**   Was the plan a defined benefit plan covered under the PBGC insurance program at any time during this plan year? (See ERISA section 4021 and instructions.) ................................................................................................ ☐ Yes   ☐ No   ☐ Not determined
If "Yes" is checked, enter the My PAA confirmation number from the PBGC premium filing for this plan year _____.

| **SCHEDULE R**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Retirement Plan Information**<br><br>This schedule is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2020**<br><br>**This Form is Open to Public Inspection.** |

| For calendar plan year 2020 or fiscal plan year beginning | 01/01/2020 | and ending | 12/31/2020 |

**A** Name of plan<br>BAPTIST HEALTH SOUTH FLORIDA, INC. 403(B) EMPLOYEE RETIREMENT PLAN

**B** Three-digit plan number (PN) ▶    002

**C** Plan sponsor's name as shown on line 2a of Form 5500<br>BAPTIST HEALTH SOUTH FLORIDA, INC.

**D** Employer Identification Number (EIN)<br>65-0267668

| **Part I** | **Distributions** |

All references to distributions relate only to payments of benefits during the plan year.

**1** Total value of distributions paid in property other than in cash or the forms of property specified in the instructions………………………………………………………………………………………………… | **1** | 0

**2** Enter the EIN(s) of payor(s) who paid benefits on behalf of the plan to participants or beneficiaries during the year (if more than two, enter EINs of the two payors who paid the greatest dollar amounts of benefits):

    EIN(s):    13-3689044          _____

**Profit-sharing plans, ESOPs, and stock bonus plans, skip line 3.**

**3** Number of participants (living or deceased) whose benefits were distributed in a single sum, during the plan year……………………………………………………………………………………………… | **3** | 2157

| **Part II** | **Funding Information** (If the plan is not subject to the minimum funding requirements of section 412 of the Internal Revenue Code or ERISA section 302, skip this Part.) |

**4** Is the plan administrator making an election under Code section 412(d)(2) or ERISA section 302(d)(2)? ...................... ☐ Yes ☐ No ☐ N/A

**If the plan is a defined benefit plan, go to line 8.**

**5** If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions and enter the date of the ruling letter granting the waiver. **Date:** Month _____ Day _____ Year _____

**If you completed line MB, complete lines 3, 9, and 10 of Schedule MB and do not complete the remainder of this schedule.**

**6** **a** Enter the minimum required contribution for this plan year (include any prior year accumulated funding deficiency not waived) ......................... | **6a** |

    **b** Enter the amount contributed by the employer to the plan for this plan year ................................ | **6b** |

    **c** Subtract the amount in line 6b from the amount in line 6a. Enter the result (enter a minus sign to the left of a negative amount)......................... | **6c** |

**If you completed line 6c, skip lines 8 and 9.**

**7** Will the minimum funding amount reported on line 6c be met by the funding deadline?......................................... ☐ Yes ☐ No ☐ N/A

**8** If a change in actuarial cost method was made for this plan year pursuant to a revenue procedure or other authority providing automatic approval for the change or a class ruling letter, does the plan sponsor or plan administrator agree with the change? .................................................................................................. ☐ Yes ☐ No ☐ N/A

| **Part III** | **Amendments** |

**9** If this is a defined benefit pension plan, were any amendments adopted during this plan year that increased or decreased the value of benefits? If yes, check the appropriate box. If no, check the "No" box.................................................................................... ☐ **Increase** ☐ **Decrease** ☐ **Both** ☐ **No**

| **Part IV** | **ESOPs** (see instructions). If this is not a plan described under section 409(a) or 4975(e)(7) of the Internal Revenue Code, skip this Part. |

**10** Were unallocated employer securities or proceeds from the sale of unallocated securities used to repay any exempt loan? ............. ☐ Yes ☐ No

**11** **a** Does the ESOP hold any preferred stock? .................................................................................. ☐ Yes ☐ No

    **b** If the ESOP has an outstanding exempt loan with the employer as lender, is such loan part of a "back-to-back" loan? (See instructions for definition of "back-to-back" loan.) .............................................. ☐ Yes ☐ No

**12** Does the ESOP hold any stock that is not readily tradable on an established securities market?................................. ☐ Yes ☐ No

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**          Schedule R (Form 5500) 2020<br>v. 200204

| **Part V** | **Additional Information for Multiemployer Defined Benefit Pension Plans** |
|---|---|

**13**   Enter the following information for each employer that contributed more than 5% of total contributions to the plan during the plan year (measured in dollars). See instructions. *Complete as many entries as needed to report all applicable employers.*

**a**   Name of contributing employer

**b**   EIN                 **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____   Day _____   Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
     (1)    Contribution rate (in dollars and cents) _____
     (2)    Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify):

**a**   Name of contributing employer

**b**   EIN                 **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____   Day _____   Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
     (1)    Contribution rate (in dollars and cents) _____
     (2)    Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

**a**   Name of contributing employer

**b**   EIN                 **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____   Day _____   Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
     (1)    Contribution rate (in dollars and cents) _____
     (2)    Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

**a**   Name of contributing employer

**b**   EIN                 **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____   Day _____   Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
     (1)    Contribution rate (in dollars and cents) _____
     (2)    Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

**a**   Name of contributing employer

**b**   EIN                 **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____   Day _____   Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
     (1)    Contribution rate (in dollars and cents) _____
     (2)    Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

**a**   Name of contributing employer

**b**   EIN                 **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____   Day _____   Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
     (1)    Contribution rate (in dollars and cents) _____
     (2)    Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

Schedule R (Form 5500) 2020         Page **3**

| | | |
|---|---|---|
| **14** Enter the number of deferred vested and retired participants (inactive participants), as of the beginning of the plan year, whose contributing employer is no longer making contributions to the plan for: | | |
| **a** The current plan year. Check the box to indicate the counting method used to determine the number of inactive participants: ☐ last contributing employer ☐ alternative ☐ reasonable approximation (see instructions for required attachment)..................................................................................................... | **14a** | |
| **b** The plan year immediately preceding the current plan year. ☐ Check the box if the number reported is a change from what was previously reported (see instructions for required attachment)............................. | **14b** | |
| **c** The second preceding plan year. ☐ Check the box if the number reported is a change from what was previously reported (see instructions for required attachment).............................................................. | **14c** | |
| **15** Enter the ratio of the number of participants under the plan on whose behalf no employer had an obligation to make an employer contribution during the current plan year to: | | |
| **a** The corresponding number for the plan year immediately preceding the current plan year............................ | **15a** | |
| **b** The corresponding number for the second preceding plan year ..................................................................... | **15b** | |
| **16** Information with respect to any employers who withdrew from the plan during the preceding plan year: | | |
| **a** Enter the number of employers who withdrew during the preceding plan year........................................... | **16a** | |
| **b** If line 16a is greater than 0, enter the aggregate amount of withdrawal liability assessed or estimated to be assessed against such withdrawn employers.................................................................................. | **16b** | |

**17** If assets and liabilities from another plan have been transferred to or merged with this plan during the plan year, check box and see instructions regarding supplemental information to be included as an attachment. ............................................................................................................................................................. ☐

---

### Part VI  Additional Information for Single-Employer and Multiemployer Defined Benefit Pension Plans

**18** If any liabilities to participants or their beneficiaries under the plan as of the end of the plan year consist (in whole or in part) of liabilities to such participants and beneficiaries under two or more pension plans as of immediately before such plan year, check box and see instructions regarding supplemental information to be included as an attachment........................................................................................................................................................... ☐

**19** If the total number of participants is 1,000 or more, complete lines (a) through (c)
  **a** Enter the percentage of plan assets held as:
    Stock: _____% Investment-Grade Debt: _____% High-Yield Debt: _____% Real Estate: _____% Other: _____%
  **b** Provide the average duration of the combined investment-grade and high-yield debt:
    ☐ 0-3 years ☐ 3-6 years ☐ 6-9 years ☐ 9-12 years ☐ 12-15 years ☐ 15-18 years ☐ 18-21 years ☐ 21 years or more
  **c** What duration measure was used to calculate line 19(b)?
    ☐ Effective duration ☐ Macaulay duration ☐ Modified duration ☐ Other (specify):

---

**20 PBGC missed contribution reporting requirements.** If this is a multiemployer plan or a single-employer plan that is not covered by PBGC, skip line 20.
  **a** Is the amount of unpaid minimum required contributions for all years from Schedule SB (Form 5500) line 40 greater than zero? ☐ Yes ☐ No
  **b** If line 20a is "Yes," has PBGC been notified as required by ERISA sections 4043(c)(5) and/or 303(k)(4)? Check the applicable box:
    ☐ Yes.
    ☐ No. Reporting was waived under 29 CFR 4043.25(c)(2) because contributions equal to or exceeding the unpaid minimum required contribution were made by the 30th day after the due date.
    ☐ No. The 30-day period referenced in 29 CFR 4043.25(c)(2) has not yet ended, and the sponsor intends to make a contribution equal to or exceeding the unpaid minimum required contribution by the 30th day after the due date.
    ☐ No. Other. Provide explanation_____

# Financial Statements and Report of Independent Certified Public Accountants

## Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan

December 31, 2020 and 2019

**Contents**

| | Page |
|---|---|
| Report of Independent Certified Public Accountants | 3 |
| Financial Statements | |
| Statements of net assets available for benefits | 5 |
| Statement of changes in net assets available for benefits | 6 |
| Notes to financial statements | 7 |
| Supplemental Information | |
| Schedule H, part IV, line 4i—schedule of assets (held at end of year) | 15 |



**GRANT THORNTON LLP**

1301 International Parkway, Suite 300

Address 2

Fort Lauderdale, FL 33323

**D** +1 954 768 9900

**F** +1 954 768 9908

**REPORT OF INDEPENDENT CERTIFIED PUBLIC ACCOUNTANTS**

Trustees

Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan

## Report on the financial statements

We were engaged to audit the accompanying financial statements of Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan (the "Plan"), which comprise the statement of net assets available for benefits as of December 31, 2020, and the related statement of changes in net assets available for benefits for the year ended December 31, 2020, and the related notes to the 2020 financial statements.

### Management's responsibility for the financial statements

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

### Auditor's responsibility

Our responsibility is to express an opinion on these financial statements based on conducting the audit in accordance with auditing standards generally accepted in the United States of America. Because of the matter described in the Basis for Disclaimer of Opinion paragraph, however, we were not able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion on the 2020 financial statements.

### Basis for disclaimer of opinion

As permitted by 29 CFR 2520.103-8 of the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974, the Plan administrator instructed us not to perform, and we did not perform, any auditing procedures with respect to the certified information described in Note 7, except for comparing such information with the related information included in the 2020 financial statements. We have been informed by the Plan administrator that the certifying entities meet the requirements of 29 CFR 2520.103-8. The Plan administrator obtained certifications from these entities as of and for the year ended December 31, 2020, stating that the certified information provided to the Plan administrator is complete and accurate.

### Disclaimer of opinion

Because of the significance of the matter described in the Basis for Disclaimer of Opinion paragraph, we have not been able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion. Accordingly, we do not express an opinion on these 2020 financial statements.

**GT.COM**

Grant Thornton LLP is the U.S. member firm of Grant Thornton International Ltd (GTIL). GTIL and each of its member firms are separate legal entities and are not a worldwide partnership.



**Other matter - supplementary information**

The supplemental Schedule H, Line 4i- Schedule of Assets (Held at End of Year) as of December 31, 2020 is presented for purposes of additional analysis and is not a required part of the 2020 financial statements, but is supplementary information required by the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974. Because of the significance of the matter described in the Basis for Disclaimer of Opinion paragraph, we do not express an opinion on the supplemental schedule.

**Other matter - 2019 financial statements**

The statement of net assets available for benefits as of December 31, 2019, and the statement of changes in net assets available for benefits for the year then ended (not included herein), were audited by other auditors. As permitted by 29 CFR 2520.103-8 of the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974 ("ERISA"), the plan administrator instructed the other auditors not to perform, and they did not perform, any auditing procedures with respect to the certified information. Their report, dated October 15, 2020, indicated that (a) because of the significance of the information that they did not audit, they were not able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion, and accordingly, they did not express an opinion on the 2019 financial statements, and (b) the form and content of the information included in the financial statements, other than that derived from the certified information, were presented in compliance with the Department of Labor's Rules and Regulations for Reporting and Disclosure under ERISA.

## Report on form and content in compliance with DOL rules and regulations 2020

The form and content of the information included in the 2020 financial statements and supplemental schedule, other than that derived from the certified information described in Note 7, have been audited by us in accordance with auditing standards generally accepted in the United States of America and, in our opinion, are presented in compliance with the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974.

*Grant Thornton LLP*

Fort Lauderdale, Florida
October 14, 2021

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan**

**STATEMENTS OF NET ASSETS AVAILABLE FOR BENEFITS**

**December 31,**

|  | 2020 | 2019 |
|---|---|---|
| **ASSETS** | | |
| Investments, at fair value | $ 1,761,310,739 | $    1,449,135,240 |
| | | |
| Receivables | | |
| Notes receivable from participants | 63,600,587 | 74,518,741 |
| Employer contributions | 24,757,050 | 56,473,530 |
| Participant contributions | 4,260,510 | 3,441,674 |
| | | |
| Total receivables | 92,618,147 | 134,433,945 |
| | | |
| **NET ASSETS AVAILABLE FOR BENEFITS** | $ 1,853,928,886 | $    1,583,569,185 |

The accompanying notes are an integral part of these financial statements.

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan**

**STATEMENT OF CHANGES IN NET ASSETS AVAILABLE FOR BENEFITS**

**Year ended December 31, 2020**

| | |
|---|---:|
| ADDITIONS | |
| Investment income: | |
| Net appreciation in fair value of investments | $ 208,722,106 |
| Dividend and interest income | 23,930,919 |
| Net investment income | 232,653,025 |
| Interest income on notes receivable from participants | 3,129,760 |
| Contributions: | |
| Participants | 103,005,028 |
| Employer | 24,735,507 |
| Rollovers | 5,452,649 |
| Total contributions | 133,193,184 |
| Total additions | 368,975,969 |
| DEDUCTIONS | |
| Benefits paid to participants | 229,843,509 |
| Administrative expenses | 2,190,662 |
| Total deductions | 232,034,171 |
| Net increase in net assets before plan transfers | 136,941,798 |
| Transfer to this plan | 133,417,903 |
| Net increase in net assets available for benefits | 270,359,701 |
| NET ASSETS AVAILABLE FOR BENEFITS | |
| Beginning of year | 1,583,569,185 |
| End of year | $ 1,853,928,886 |

The accompanying notes are an integral part of this financial statement.

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan**

**NOTES TO FINANCIAL STATEMENTS**

**December 31, 2020 and 2019**

**NOTE 1 - DESCRIPTION OF THE PLAN**

The following description of the Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan (the "Plan") is provided for general information purposes only. Participants should refer to the Plan document for the Plan's information.

*General*

The Plan is a defined contribution plan covering employees of tax-exempt affiliates of Baptist Health South Florida, Inc. (the "Employer" or the "Plan Sponsor"). The purpose of the Plan is to permit contributions to be used to purchase an unallocated annuity contract and invest in mutual funds for the benefit of the participants, as provided for in Section 403(b) of the Internal Revenue Code (the "Code") of 1986, as amended. The Plan is subject to the provisions of the Employee Retirement Income Security Act of 1974, as amended ("ERISA").

Effective April 1, 2020, the Plan adopted certain provisions of the Coronavirus Aid, Relief, and Economic Security Act (the "CARES Act") due to the COVID-19 global pandemic, which allows participants to take special withdrawals and defer loan repayments as permitted under the CARES Act.

Effective December 28, 2020, Boca Raton Regional Hospital, Inc. 403(b) Program merged into the Plan. Participants received credit for their service in the prior plan for purposes of eligibility and vesting.

*Plan Administration*

Transamerica Retirement Solutions ("Transamerica" or the "Recordkeeper") is the recordkeeper for the Plan's assets and State Street Bank and Trust Company is the Plan's custodian (the "Custodian") for the Plan's assets.

*Contributions*

Each year, participants may contribute pre-tax annual compensation, as defined by the Plan, subject to certain Code limitations. Employees may make pre-tax contributions in the Plan as of the date employment begins with the Employer. Employees may also elect to make Roth after-tax deferrals. In addition to a participant's voluntary contribution, the Employer, at its discretion, may make both a basic and a matching contribution to the Employer contribution account of each participant as defined by the Plan. An employee becomes eligible to participate in the allocation of Employer contributions after the employee completes 90 days of continuous employment. Participants must work at least 1,000 hours during the payroll calendar year and be employed on the last day of the Plan year to receive Employer contributions. During 2020, the Employer matched 50% of up to 4% of annual compensation that a participant contributed to the plan. During 2020, the basic contribution of 3% of eligible compensation was suspended.

*Plan Amendments*

During the 2020 plan year the Plan was amended to refine various general terms of the plan document, including: beneficiary benefits, ineligible compensation, disability benefits, payout options, the general limit on participant contributions, restoration and application of forfeitures, various other term definitions and expenses of the administration of the plan. The Plan entered into a separate amendment during 2020 to update the arbitration requirement and procedures related to the Plan. Subject to and without waiver of full compliance with the Plan's claims procedures which, to the extent applicable, must be exhausted with respect to any claim before any arbitration pursuant to the exhibit included within the amendment. Both amendments in 2020 were effective on January 1, 2020.

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan**

**NOTES TO FINANCIAL STATEMENTS - CONTINUED**

**December 31, 2020 and 2019**

*Participant Accounts*

Individual accounts are maintained for each Plan participant. Each participant's account is credited with the participant's contribution, the Employer's contribution, and allocations of Plan earnings, and charged with withdrawals, and administrative expenses. Allocations are based on participant earnings or account balances, as defined in the Plan agreement. The benefit to which a participant is entitled is the benefit that can be provided from the participant's vested account.

*Investment Options*

Upon enrollment in the Plan, a participant may direct his or her contributions, plus actual earnings thereon, to be invested in any of the investment options offered by the Plan.  Participants may change their investment options daily.

*Vesting*

Participants are immediately vested in their contributions, plus actual earnings thereon. Vesting in the Employer's basic and matching contributions, plus actual earnings thereon, is based on three years of service, at which time the participant becomes 100% vested.

*Notes Receivable from Participants*

Participants may borrow from their fund accounts a minimum of $1,000 up to a maximum equal to the lesser of $50,000 or 50% of their account balance, net of any outstanding loans. Effective April 1, 2020, the loan policy was amended to change the number of outstanding loans that a participant can have at one time. The number of outstanding loans that a participant can have at any time is two; provided, however, that for the period from June 1, 2020 through August 18, 2020, participants with transferred loans were permitted to take up to one additional loan. If, as a result of such grandfathered loans, the total number of outstanding loans for a participant exceeds the two, the Participant will be prohibited from initiating a new loan until the total number of outstanding loans (including the transferred loans) is less than two. Loan terms range from one to five years or up to 10 years for the purchase of a primary residence. The loans are secured by the balance in the participant's account and bear interest at the prime rate as published in the Wall Street Journal on the day the participant applies for the loan. Generally, principal and interest are paid ratably over the term of the loan through payroll deductions.

*Payment of Benefits*

Upon a participant's retirement, death, or disability, or as required by law, the participant's vested interest in his or her account can be distributed by the following:

- If the participant's account balance is less than or equal to $1,000 and the participant does not elect either to receive payment directly or to roll it over to an individual retirement account or other employer's tax-qualified retirement plan, an automatic lump-sum distribution will be made.

- If the participant's account balance is greater than $1,000 but not more than $5,000, and the participant does not elect either to receive payment directly or to roll it over to an individual retirement account or other employer's tax-qualified retirement plan, then the participant's funds will automatically be transferred to an individual retirement account in their name.

8

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan**

**NOTES TO FINANCIAL STATEMENTS - CONTINUED**

**December 31, 2020 and 2019**

- If the participant's account balance is more than $5,000, a distribution will be made at the election designated by the participant, in a lump-sum in cash, or through an annuity over the life expectancy of the participant, or in annual, semiannual, quarterly, or monthly installments over a specified period not exceeding the life expectancy of the participant and designated beneficiary, or any other payment method to which Transamerica agrees.

*Forfeited Accounts*

At December 31, 2020 and 2019, forfeited nonvested accounts totaled $1,799,341 and $1,116,191, respectively. These accounts will be used to reduce future Employer contributions. During the year ended December 31, 2020, Employer contributions were reduced by $1,258,025 from forfeited nonvested accounts.

**NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

*Basis of Accounting*

The accompanying financial statements have been prepared using the accrual method of accounting in accordance with accounting principles generally accepted in the United States of America ("GAAP").

*Use of Estimates*

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the reported amounts of assets, liabilities, and changes therein and disclosure of contingent assets and liabilities. Actual results could differ from those estimates.

*Risks and Uncertainties*

The Plan provides for investment options in a variety of investment securities.  Investment securities are exposed to various risks, such as interest rate, market volatility, and credit risk.  Due to the level of risk associated with certain investment securities and the level of uncertainty related to changes in the value of investment securities, it is at least reasonably possible that changes in risks in the near term would materially affect participants' account balances and the amounts reported in the statements of net assets available for benefits or the statement of changes in net assets available for benefits.

COVID-19, a global pandemic, has adversely impacted the global economy by disrupting supply chains, lowering equity market valuations, creating significant volatility and disruption in financial markets, and increasing unemployment levels. The ultimate length and future severity of this pandemic cannot be reasonably estimated.

*Investment Valuation and Income Recognition*

The Plan's investments are stated at fair value (see Note 3).  Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.

Purchases and sales of securities are recorded on a trade-date basis.  Interest income is recorded on an accrual basis.  Dividends are recorded on the ex-dividend date.

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan**

**NOTES TO FINANCIAL STATEMENTS - CONTINUED**

**December 31, 2020 and 2019**

### *Net Appreciation in Fair Value of Investments*

Net realized and unrealized appreciation of investments is recorded in the accompanying statement of changes in net assets available for benefits as net appreciation in fair value of investments and includes gains and losses on investments bought and sold as well as held during the period.

### *Notes Receivable from Participants*

Notes receivable from participants are measured at their unpaid principal balance, plus any accrued but unpaid interest. Delinquent participant loans are recorded as distributions based on the terms of the Plan document. No allowance for credit losses has been recorded as of December 31, 2020 or 2019.

### *Administration of the Plan*

Certain administrative functions are performed by employees of the Employer.  No such officers or employees receive compensation from the Plan.  Certain administration expenses, such as professional fees are paid directly by the Employer.  Expenses that are paid by the Employer are excluded from these financial statements.

### *Recent Accounting Pronouncements*

In August 2018, the FASB issued ASU 2018-13, *Fair Value Measurement (Topic 820): Disclosure Framework – Changes to the Disclosure Requirements for Fair Value Measurement*. The updated guidance improves the disclosure requirements for fair value measurements. The Plan adopted the standard for the 2020 plan year. Adoption of the standard did not have a material impact on the financial statements.

### *Benefit Payments*

Benefit payments to participants are recorded upon distribution. There were no amounts allocated to accounts of persons who have elected to withdraw from the Plan, but have not yet been paid, at December 31, 2020 and 2019.

## NOTE 3 - FAIR VALUE MEASUREMENTS

Financial Accounting Standards Board Accounting Standards Codification 820, *Fair Value Measurements and Disclosures*, provides the framework for measuring fair value.  That framework provides a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value.  The hierarchy gives the highest priority to unadjusted quoted prices in active markets for identical assets or liabilities (Level 1 measurements) and the lowest priority to unobservable inputs (Level 3 measurements).  The three levels of the fair value hierarchy are described as follows:

Level 1 -  Inputs to the valuation methodology are unadjusted quoted prices for identical assets or liabilities in active markets that the Plan has the ability to access.

Level 2 -  Inputs to the valuation methodology include quoted prices for similar assets or liabilities in active markets; quoted prices for identical or similar assets or liabilities in inactive markets; inputs other than quoted prices that are observable for the asset or liability; inputs that are derived principally from or corroborated by observable market data by correlation or other means.  If the asset or liability has a specified (contractual) term, the Level 2 input must be observable for substantially the full term of the asset or liability.

Level 3 -  Inputs to the valuation methodology are unobservable and significant to the fair value measurement.

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan**

**NOTES TO FINANCIAL STATEMENTS - CONTINUED**

**December 31, 2020 and 2019**

The asset's or liability's fair value measurement level within the fair value hierarchy is based on the lowest level of any input that is significant to the fair value measurement.  Valuation techniques used need to maximize the use of observable inputs and minimize the use of unobservable inputs. There have been no changes in the methodologies used at December 31, 2020 or 2019.

Following is a description of the valuation methodologies used for assets measured at fair value:

*Mutual funds, including CS&Co Personal Choice Accounts:* Valued at the net asset value ("NAV") of shares held by the Plan at year end.

*Insurance Company General Account:* Primarily consist of cash and short-term money market funds. Valued at cost plus accrued interest, which approximate fair value. The funds have no restrictions from redemption.

The methods described above may produce a fair value calculation that may not be indicative of net realizable value or reflective of future fair values.  Furthermore, while the Plan believes its valuation methods are appropriate and consistent with other market participants, the use of different methodologies or assumptions to determine the fair value of certain financial instruments could result in a different estimate of fair value at the reporting date.

The following table sets forth by level, within the fair value hierarchy, the Plan's investments at fair value as of December 31, 2020:

| | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
| Mutual funds | $ 1,735,423,512 | $            - | $            - | $ 1,735,423,512 |
| CS&Co personal choice accounts | 24,052,766 | - | - | 24,052,766 |
| Insurance company general account | - | 1,834,461 | - | 1,834,461 |
| Total investments at fair value | $ 1,759,476,278 | $    1,834,461 | $            - | $ 1,761,310,739 |

The following table sets forth by level, within the fair value hierarchy, the Plan's investments at fair value as of December 31, 2019:

| | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
| Mutual funds | $1,428,220,280 | $            - | $            - | $1,428,220,280 |
| CS&Co personal choice accounts | 18,955,084 | - | - | 18,955,084 |
| Insurance company general account | - | 1,959,876 | - | 1,959,876 |
| Total investments at fair value | $ 1,447,175,364 | $    1,959,876 | $            - | $ 1,449,135,240 |

**NOTE 4 - RELATED PARTY AND PARTY-IN-INTEREST TRANSACTIONS**

Certain plan investments are managed by the Custodian and affiliates; therefore, these transactions qualify as party-in-interest transactions. Certain administrative expenses of the Plan are paid by the Employer. Notes receivable from participants are considered party-in-interest transactions, because they are transacted with plan participants.

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan**

**NOTES TO FINANCIAL STATEMENTS - CONTINUED**

**December 31, 2020 and 2019**

**NOTE 5 - PLAN TERMINATION**

Although it has not expressed any intent to do so, the Employer has the right under the Plan to discontinue its contributions at any time and to terminate the Plan subject to the provisions of ERISA. In the event of Plan termination, participants will become 100% vested in their accounts.

**NOTE 6 - FEDERAL INCOME TAX STATUS**

The Plan has been designed to qualify under Section 403(b) of the Code. The terms of the Plan have been prepared to conform to Internal Revenue Service ("IRS") rules and regulations. The Plan Sponsor intends to apply for a determination letter for the Plan once the IRS opens such a program. The Plan is required to operate in conformity with the Code to maintain the tax-exempt status for plan participants under Section 403(b). The Plan Sponsor and Plan management believe that the Plan is currently designed in accordance with the applicable requirements of Section 403(b) of the Code and, therefore, believes the Plan is qualified and the related custodial accounts are tax-exempt.

GAAP requires Plan management to evaluate tax positions taken by the Plan and recognize a tax liability (or asset) if the Plan has taken an uncertain position that, more likely than not, would not be sustained upon examination by the IRS. The Plan administrator has analyzed the tax positions taken by the Plan, and has concluded that as of December 31, 2020 and 2019, there are no uncertain tax positions taken or expected to be taken that would require recognition of a liability (or asset) or disclosure in the financial statements. The Plan is subject to routine audits by taxing jurisdictions; however, there are currently no audits for any tax periods in progress.

**NOTE 7 - CERTIFIED INFORMATION**

The Plan administrator has elected the method of compliance permitted by 29 CFR 2520.103-8 of the Department of Labor's Rules and Regulations for Reporting and Disclosure under ERISA. Accordingly, the Custodian and Transamerica Financial Life Insurance Company certified that the following data included in the financial statements and supplemental schedule is complete and accurate.

a)  Investments, at fair value and notes receivable from participants, shown in the accompanying statements of net assets available for benefits as of December 31, 2020 and 2019.

b)  Investment income and interest income on notes receivable from participants, as shown in the accompanying statement of changes in net assets available for benefits for the year ended December 31, 2020.

c)  Schedule H, line 4i - schedule of assets (held at end of year), as of December 31, 2020.

The Plan's independent certified public accountants did not perform auditing procedures with respect to the information, except for comparing such information to the related information included in the financial statements and supplemental schedule.

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan**

**NOTES TO FINANCIAL STATEMENTS - CONTINUED**

**December 31, 2020 and 2019**

**NOTE 8 - RECONCILIATION OF FINANCIAL STATEMENTS TO FORM 5500**

The following is a reconciliation of net assets available for benefits per the financial statements to the Form 5500 as of December 31, 2020 and 2019:

|  | 2020 | 2019 |
|---|---|---|
| Net assets available for benefits per the financial statements | $ 1,853,928,886 | $ 1,583,569,185 |
| Deemed loan distributions | (1,117,808) | (1,260,901) |
| Participant contributions receivable | (4,260,510) | (3,441,674) |
| Employer contributions receivable | (24,757,050) | (56,473,530) |
| Net assets per Form 5500 | $ 1,823,793,518 | $ 1,522,393,080 |

|  | 2020 | 2019 |
|---|---|---|
| Notes receivable per the financial statements | $ 63,600,587 | $ 74,518,741 |
| Deduct deemed loan distributions | (1,117,808) | (1,260,901) |
| Deduct accrued interest | (221,690) | (126,081) |
| Total notes receivable per Form 5500 | $ 62,261,089 | $ 73,131,759 |

The following is a reconciliation of the Plan's contributions for the year ended December 31, 2020, to Form 5500:

|  |  |
|---|---|
| Total contributions per financial statements | $ 133,193,184 |
| Add employer and participant contributions receivable (2019) | 59,915,204 |
| Deduct employer and participant contributions receivable (2020) | (29,017,560) |
| Total contributions per Form 5500 | $ 164,090,828 |

For the year ended December 31, 2020, the following is a reconciliation of benefits paid to participants per the financial statements to the Form 5500:

|  |  |
|---|---|
| Total benefits paid to participants per the financial statements | $ 229,843,509 |
| Change in deemed loan distributions | (143,093) |
| Total benefits paid and deemed loan distributions per the Form 5500 | $ 229,700,416 |

**NOTE 9 - SUBSEQUENT EVENTS**

The Plan has evaluated subsequent events of the Plan through October 14, 2021, the date the financial statements were issued.

SUPPLEMENTAL INFORMATION

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan**

**SCHEDULE H, LINE 4i - SCHEDULE OF ASSETS (HELD AT END OF YEAR)**

**December 31, 2020**

| (a) | (b)<br>Identity of Issue | (c)<br>Description of Investment | (d)<br>Cost | (e)<br>Current Value |
|---|---|---|---|---|
| * | Transamerica Financial Life Ins Co. | Insurance company general account | ** | $    1,834,461 |
| | ClearBridge Small Cap Growth IS | Mutual Fund | ** | 51,886,320 |
| | Legg Mason BW Global Opps Bond I | Mutual Fund | ** | 5,810,659 |
| | LSV Value Equity | Mutual Fund | ** | 78,186,297 |
| | Neuberger Berman Socially Resp | Mutual Fund | ** | 41,729,715 |
| | Oppenheimer International Growth I | Mutual Fund | ** | 79,582,459 |
| | PIMCO Total Return Instl | Mutual Fund | ** | 134,976,978 |
| | PIMCO Low Duration Inst | Mutual Fund | ** | 15,185,321 |
| | Segall Bryant & Hamill Small Cap | Mutual Fund | ** | 44,449,331 |
| | T. Rowe Price Retirement Balanced | Mutual Fund | ** | 9,695,164 |
| | T. Rowe Price Retirement 2010 | Mutual Fund | ** | 31,784,677 |
| | T. Rowe Price Retirement 2020 | Mutual Fund | ** | 71,530,392 |
| | T. Rowe Price Retirement 2030 | Mutual Fund | ** | 103,349,150 |
| | T. Rowe Price Retirement 2040 | Mutual Fund | ** | 91,582,683 |
| | T. Rowe Price Retirement 2005 | Mutual Fund | ** | 5,903,350 |
| | T. Rowe Price Retirement 2015 | Mutual Fund | ** | 27,054,901 |
| | T. Rowe Price Retirement 2025 | Mutual Fund | ** | 76,059,505 |
| | T. Rowe Price Retirement 2035 | Mutual Fund | ** | 88,567,798 |
| | T. Rowe Price Retirement 2045 | Mutual Fund | ** | 88,550,276 |
| | T. Rowe Price Retirement 2050 | Mutual Fund | ** | 79,896,396 |
| | T. Rowe Price Retirement 2055 | Mutual Fund | ** | 51,631,961 |
| | T. Rowe Price Retirement 2060 | Mutual Fund | ** | 9,405,108 |
| | Vanguard Instl Index | Mutual Fund | ** | 133,832,600 |
| | Vanguard Federal Money Market | Mutual Fund | ** | 238,104,537 |
| | Vanguard Russell 2000 Index I | Mutual Fund | ** | 2,560,083 |
| | Charles Schwab Institutional | Various self-directed mutual funds | ** | 24,052,766 |
| * | Notes receivable from particpants | Participant loans (interest rates of 3.25% to 6.50%, maturity dates through 2035) | ** | 62,261,089 |
| | | | | $ 1,823,571,828 |

* Denotes party-in-interest.

** Cost information is not required for participant-directed investments and, therefore, is not included.

## Schedule C, Line 2(h) Formula Descriptions

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan**
**EIN No.: 65-0267668, Plan No. 002**
**Plan Year Ending: 12/31/2020**

**Indirect Compensation in the form of revenue sharing was paid to the following Service Providers:**

| | |
|---|---|
| TRANSAMERICA RETIREMENT SOLUTIONS | 13-3689044 |
| NATIONAL FINANCIAL SERVICES | 04-3523567 |

Revenue amounts are shown in annualized basis points of plan assets invested in applicable fund

| Fund Family | Fund Name | Start Date | End Date | Revenue to Transamerica Retirement Solutions | Revenue to National Financial Services |
|---|---|---|---|---|---|
| JP MORGAN | JPMORGAN SMALL CAP VALUE I | 1/1/2020 | 4/21/2020 | 24.300 | 0.700 |
| LEGG MASON | BRANDYWINEGLOBAL GLOBAL OPPORTUNITIES BOND I | 1/1/2020 | 12/31/2020 | 14.580 | 0.420 |
| LSV | LSV VALUE EQUITY FUND | 1/1/2020 | 12/31/2020 | 11.664 | 0.336 |
| NEUBERGER BERMAN | NEUBERGER BERMAN SUSTAINABLE EQUITY INSTL | 1/1/2020 | 12/31/2020 | 9.720 | 0.280 |
| SEGALL VRYANT & HAMILL | SEGALL BRYANT & HAMILL SMALL CAP VALUE INSTL | 4/21/2020 | 12/31/2020 | 9.720 | 0.280 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2005 | 1/1/2020 | 12/31/2020 | 14.580 | 0.420 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2010 | 1/1/2020 | 12/31/2020 | 14.580 | 0.420 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2015 | 1/1/2020 | 12/31/2020 | 14.580 | 0.420 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2020 | 1/1/2020 | 12/31/2020 | 14.580 | 0.420 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2025 | 1/1/2020 | 12/31/2020 | 14.580 | 0.420 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2030 | 1/1/2020 | 12/31/2020 | 14.580 | 0.420 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2035 | 1/1/2020 | 12/31/2020 | 14.580 | 0.420 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2040 | 1/1/2020 | 12/31/2020 | 14.580 | 0.420 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2045 | 1/1/2020 | 12/31/2020 | 14.580 | 0.420 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2050 | 1/1/2020 | 12/31/2020 | 14.580 | 0.420 |
| T ROWE PRICE | T ROWE PRICE RETIREMENT 2055 | 1/1/2020 | 12/31/2020 | 14.580 | 0.420 |
| T ROWE PRICE | T. ROWE PRICE BALANCED | 1/1/2020 | 12/31/2020 | 14.580 | 0.420 |
| T ROWE PRICE | T. ROWE PRICE RETIREMENT 2060 | 4/21/2020 | 12/31/2020 | 14.580 | 0.420 |
| WELLS FARGO | WELLS FARGO GROWTH INST | 1/1/2020 | 12/31/2020 | 14.580 | 0.420 |

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan**
**EIN No.: 65-0267668, Plan No. 002**
**Schedule H, Line 4i - Schedule of Assets**
**Plan Year Ending:  12/31/2020**

| (a) | (b)<br>Identity of Issuer, Borrower,<br>Lessor or Similar Party | (c)<br>Description of Investment, Including Maturity Date,<br>Rate of Interest, Par or Maturity Value | (e)<br>CURRENT VALUE | |
|---|---|---|---|---|
| * | Transamerica Financial Life Ins. Co. | Insurance Company/General Account | $ | 1,834,461 |
| | | | | |
| | Legg Mason | ClearBridge Small Cap Growth IS | $ | 51,886,320 |
| | Legg Mason | Legg Mason BW Global Opps Bond I | $ | 5,810,659 |
| | LSV | LSV Value Equity | $ | 78,186,297 |
| | Neuberger Berman | Neuberger Berman Socially Resp Instl | $ | 41,729,715 |
| | Oppenheimer | Oppenheimer International Growth I | $ | 79,582,459 |
| | PIMCO | PIMCO Total Return Instl | $ | 134,976,978 |
| | PIMCO | PIMCO Low Duration Inst | $ | 15,185,321 |
| | Segall Bryant & Hamill | Segall Bryant & Hamill Small Cap Value Instl | $ | 44,449,331 |
| | T. Rowe Price | T. Rowe Price Retirement Balanced | $ | 9,695,164 |
| | T. Rowe Price | T. Rowe Price Retirement 2010 | $ | 31,784,677 |
| | T. Rowe Price | T. Rowe Price Retirement 2020 | $ | 71,530,392 |
| | T. Rowe Price | T. Rowe Price Retirement 2030 | $ | 103,349,150 |
| | T. Rowe Price | T. Rowe Price Retirement 2040 | $ | 91,582,683 |
| | T. Rowe Price | T. Rowe Price Retirement 2005 | $ | 5,903,350 |
| | T. Rowe Price | T. Rowe Price Retirement 2015 | $ | 27,054,901 |
| | T. Rowe Price | T. Rowe Price Retirement 2025 | $ | 76,059,505 |
| | T. Rowe Price | T. Rowe Price Retirement 2035 | $ | 88,567,798 |
| | T. Rowe Price | T. Rowe Price Retirement 2045 | $ | 88,550,276 |
| | T. Rowe Price | T. Rowe Price Retirement 2050 | $ | 79,896,396 |
| | T. Rowe Price | T. Rowe Price Retirement 2055 | $ | 51,631,961 |
| | T. Rowe Price | T. Rowe Price Retirement 2060 | $ | 9,405,108 |
| | Vanguard | Vanguard Instl Index | $ | 133,832,600 |
| | Vanguard | Vanguard Federal Money Market | $ | 238,104,537 |
| | Vanguard | Vanguard Russell 2000 Index I | $ | 2,560,083 |
| | Wells Fargo | Wells Fargo Growth I | $ | 174,107,851 |
| | | **Mutual Funds Total** | **$** | **1,735,423,512** |
| | | | | |
| | Charles Schwab Instl | Personal Choice Retirement Account (Other Funds) | **$** | **24,052,766** |
| | | | | |
| * | Participants | Notes Receivable with interest rates of 3.25% to 6.50% | **$** | **62,261,089** |
| | | | | |
| | | **TOTAL PLAN ASSETS** | **$** | **1,823,571,828** |

* Indicates Party-In-Interest to the Plan

# EXHIBIT A-7

## Plan Service Fees & Credits

Account Name:   BAPTIST HEALTH SOUTH FLORIDA, INC.

Account Number:   TT069362  00001

*NOTE:  The information provided in the chart below was current as of  12/5/2020 and is subject to change. The information is updated on a weekly basis only when there are changes.*

Your savings plan offers a variety of investment choices to help you build a sound financial future. Each investment option's "expense ratio" (a measure of the costs of the investment option) may also cover part of the plan's *administrative* costs—things like website services, participant account maintenance, plan consulting, and call center staffing.

To collect and report the plan's general administrative fees ("Fees") to you, we compare the Fees needed to administer your plan with the actual investment option's revenue ("Revenue") we receive for *each investment option* to offset Fees. Both are expressed in percentages. Then:

- If the Revenue we receive for an investment option is *greater than* the Fees, we apply the difference to your investment option balance as a *plan service credit.*

- If the Revenue we receive for an investment option is *less than* the Fees, we apply a *plan service fee* to your investment option balance to make up the difference. This appears on your quarterly statement as "Administrative Fee – Pro-Rata".

## The equation looks like this:

**A. Investment Option Revenue to Offset General Administrative Fees**

**-    B. General Administrative Fees**

**C. Plan Service Fee (-)/Credit (+)**

NOTE:   Some funds may pay additional Revenue as a flat dollar amount when you are invested in the fund as of the last business day of each month.  This Revenue is referred to as Per Participant Position Revenue.  The Per Participant Position Revenue will be credited to your account each month.

The chart below shows each investment option available in your plan; its annual expense ratio; the Revenue we receive with respect to that investment option for plan administration; the actual Fee for administration; and any plan service fee (-) or credit (+) we apply to your account if you invest in the investment option .  The amounts are annualized.

| Investment Option | Annual Net Investment Option Expense Ratio * | A. Investment Option Revenue to Offset Genral Administrative Fees † | B. General Administrative Fees | C. Plan Service Fee(-) / Credit(+) (A. - B. = C.) | D. Plan Service Credit (+) Per Participant Position Revenue |
|---|---|---|---|---|---|
| Vanguard Federal Money Market Investor | 0.110% | 0.0000% | 0.050% | -0.0500% | $0.00 |
| PIMCO Low Duration Instl | 0.870% | 0.0000% | 0.050% | -0.0500% | $0.00 |
| PIMCO Total Return Instl | 0.700% | 0.0000% | 0.050% | -0.0500% | $0.00 |
| BrandywineGLOBAL Global Opportunities Bond I | 0.680% | 0.1500% | 0.050% | +0.1000% | $0.00 |
| LSV Value Equity | 0.650% | 0.1200% | 0.050% | +0.0700% | $0.00 |
| Vanguard Institutional Index | 0.030% | 0.0000% | 0.050% | -0.0500% | $0.00 |

| Investment Option | Annual Net Investment Option Expense Ratio * | A. Investment Option Revenue to Offset Genral Administrative Fees † | B. General Administrative Fees | C. Plan Service Fee(-) / Credit(+) (A. - B. = C.) | D. Plan Service Credit (+) Per Participant Position Revenue |
|---|---|---|---|---|---|
| Neuberger Berman Sustainable Equity Instl | 0.680% | 0.1000% | 0.050% | +0.0500% | $0.00 |
| Wells Fargo Growth Inst | 0.750% | 0.1500% | 0.050% | +0.1000% | $0.00 |
| Segall Bryant & Hamill Small Cap Value Instl | 0.990% | 0.1000% | 0.050% | +0.0500% | $0.00 |
| VANGUARD RUSSELL 2000 INDEX I ‡ | 0.080% | 0.0000% | 0.050% | -0.0500% | $0.00 |
| ClearBridge Small Cap Growth | 0.780% | 0.0000% | 0.050% | -0.0500% | $0.00 |
| Invesco Oppenheimer International Growth R6 | 0.690% | 0.0000% | 0.050% | -0.0500% | $0.00 |
| T. Rowe Price Retirement 2045 | 0.710% | 0.1500% | 0.050% | +0.1000% | $0.00 |
| T. Rowe Price Retirement 2020 | 0.570% | 0.1500% | 0.050% | +0.1000% | $0.00 |
| T. Rowe Price Retirement Balanced | 0.500% | 0.1500% | 0.050% | +0.1000% | $0.00 |
| T. Rowe Price Retirement 2060 | 0.710% | 0.1500% | 0.050% | +0.1000% | $0.00 |
| T. Rowe Price Retirement 2035 | 0.670% | 0.1500% | 0.050% | +0.1000% | $0.00 |
| T. Rowe Price Retirement 2050 | 0.710% | 0.1500% | 0.050% | +0.1000% | $0.00 |
| T. Rowe Price Retirement 2055 | 0.710% | 0.1500% | 0.050% | +0.1000% | $0.00 |
| T. Rowe Price Retirement 2040 | 0.690% | 0.1500% | 0.050% | +0.1000% | $0.00 |
| T. Rowe Price Retirement 2015 | 0.550% | 0.1500% | 0.050% | +0.1000% | $0.00 |
| T. Rowe Price Retirement 2010 | 0.520% | 0.1500% | 0.050% | +0.1000% | $0.00 |
| T. Rowe Price Retirement 2025 | 0.610% | 0.1500% | 0.050% | +0.1000% | $0.00 |
| T. Rowe Price Retirement 2030 | 0.640% | 0.1500% | 0.050% | +0.1000% | $0.00 |
| T. Rowe Price Retirement 2005 | 0.520% | 0.1500% | 0.050% | +0.1000% | $0.00 |

\* Annual net investment option expense ratio is shown after any applicable waivers or reimbursement.  Data is based on the most recently available information from Morningstar.

† Expected "Investment Option Revenue to Offset General Administrative Fees" refers to administrative or servicing payments that may be received from the investment options or their affiliates in connection with the plan's investment in the investment options.  These payments may include distribution fees (12b-1), shareholder servicing fees, and/or sub-transfer agency fees.

‡ Indicates either a change in investment options, or; a change in Investment Option Revenue to Offset General Administrative Fees for an existing investment option.

**For more information on any registered investment option, please call 800-755-5801 for a free summary prospectus (if available) and/or prospectus.  You should consider the objectives, risks, charges, and expenses of an investment carefully before investing.  The summary prospectus and prospectus contain this and other information.  Read them carefully before you invest.**

All investment options are subject to market risk, including possible loss of the principal amount invested.  Mutual investment options are not guaranteed or insured by the FDIC or any other government agency.

Transamerica Investors Securities Corporation (TISC), 440 Mamaroneck Avenue, Harrison, NY, 10528, distributes securities products.  Any mutual investment option offered under the plan is distributed by that particular investment option's associated investment option family and its affiliated broker-dealer or other broker-dealers with effective selling agreements such as TISC.  Bank collective trusts investment options, if offered under the plan, are not insured by the FDIC, the Federal Reserve Bank or any other government agency and are not registered with the Securities and Exchange Commission. Group annuity contracts, if offered under the plan, are made available through the applicable insurance company.  Any guarantee of principal and/or interest under a group annuity contract is subject to the claims-paying ability of the applicable insurer. Certain investment options made available under the plan may be offered through various Transamerica company affiliates of Transamerica Retirement Solutions (Transamerica) and TISC.

# EXHIBIT A-8

# Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan

## IMPORTANT INFORMATION REGARDING YOUR PLAN

**TT069362  00001**

We want you to enjoy the many features and benefits of your retirement plan. We also want to make sure you understand your plan and investment fees. The enclosed report details the types and amounts of fees that may apply to your account, depending on which features and investments you choose.

The report is organized into multiple sections:

- **General Plan Information** offers an overview of your plan.
- **Potential General Administrative Fees and Expenses** may be charged against everyone's account in the plan to cover the day-to-day costs of operating the plan.
- **Potential Individual Fees and Expenses** are associated with certain plan features or services and apply only to participants who use the particular features or services.
- **Investment Information** details each of the options available in your plan. This section features up to three tables, depending on what your plan offers. This may include investments with variable rates of return, such as mutual funds or those with fixed or stated rates of return, such as some stable value funds. Details include:
  - **Historical performance** for each variable option and its "benchmark," typically a broad market index used for comparison.
  - **Expenses**, including fund operating costs which are automatically deducted from your investment returns.  (The specific expenses that apply to you will depend on how your account is invested.)

You may receive this information electronically by signing up for e-documents at **bhsf.trsretire.com**.

Visit **bhsf.trsretire.com** to access the report and other related materials, including a glossary of terms. To access the participant fee disclosure document, visit **bhsf.trsretire.com**, and select "investments and associated fees" from the Funds and Fee Information heading. If you are not enrolled in the plan, enter the account number from the upper right-hand corner of this document and click "Submit." If you are already enrolled, enter your customer ID and password and click "Sign in."

In addition, your quarterly statement will show the specific fees that have been applied to your account (except any fund expenses netted directly from your investment returns) during the statement period.

If you have any questions, please sign in to your account at **bhsf.trsretire.com** and click on Help, or call us at **800-755-5801**.

Si necesita aclaraciones en español, llame al número gratuito de Transamerica 1-800-755-5801 y diga "Español" para continuar en su idioma. Después de suministrar  su información, inmediatamente  diga "Servicio al cliente" y con mucho gusto uno de nuestros representantes contestará sus preguntas.

# Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan

## IMPORTANT INFORMATION REGARDING YOUR PLAN

Disclosure Chart as of August 1, 2015                                          **TT069362  00001**

Your plan offers a convenient way to save for retirement, and provides unique features and benefits not available elsewhere. You have the opportunity to make the plan work harder for you by committing early to disciplined savings, taking full advantage of the tools and services available, maintaining a long-term investment strategy, and understanding the plan, including investment options and fees. This document is required to be sent to you to help you understand your retirement plan and will be updated annually and when certain types of changes are made. Although you should review this important information, no action is required on your part.

## General Plan Information

| | |
|---|---|
| How to Direct Your Investments | You decide how your account will be invested among the available investment options by calling 800-755-5801 or going to bhsf.trsretire.com. |
| Transfer and/or Investment Allocation Restrictions | There are no transfer restrictions imposed by the Plan. Please see Table 1 for transfer restrictions that may be imposed by the investment options. Investment Transfers to Schwab Personal Choice Retirement Account are limited to a maximum of 0% of your total balance.<br><br>You may change your investment allocation at any time.  No plan level allocation restrictions apply.<br><br>Investment Allocations for future contributions to the Personal Choice Retirement Account (PCRA) are not permitted.  A PCRA may be opened via a transfer from other investment options.  There is a $1,000 minimum to open an account and a $250 minimum for subsequent transfers into PCRA. |
| Voting, tender and similar rights and restrictions on such rights | Mutual Funds—Plan participants shall have the right to exercise voting and tender rights attributable to mutual funds offered under the Plan. Self Directed Brokerage Accounts—Plan participants shall have the right to exercise voting and tender rights attributable to securities held in an outside brokerage window offered under the Plan. |
| List of Investment Alternatives | For the listing of the Plan's investment alternatives, please see the Investment Information section. |
| Personal Choice Retirement Account (PCRA) Description | To supplement the investment funds offered under your plan, you may choose to open a Schwab Personal Choice Retirement Account® (PCRA). This is a self-directed brokerage account that allows you to direct the investment of your account in investment options other than those offered under the plan. By establishing a PCRA, you assume responsibility for controlling your investments. For more information on establishing and maintaining a PCRA, please call Transamerica at 800-755-5801. |

## Potential General Administrative Fees and Expenses

| | |
|---|---|
| Administrative Fee — Per Account | When applicable, other general administrative fees for plan services (e.g., legal, accounting, auditing, recordkeeping) may from time to time be deducted as a fixed dollar amount from your account.<br><br>The actual amount deducted from your account, as well as a description of the services to which the fees relate will be reported on your quarterly benefit statements. |

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

| | |
|---|---|
| Administrative Fee — Pro Rata | The plan incurs general administrative fees for ongoing plan administrative services (e.g., recordkeeping) of up to 0.25% annually of assets held in the plan investment options.  These fees are applied pro rata across some or all investment options held in your account.  However, the administrative fees allocable to an investment option may be paid, in whole or in part, from revenue (e.g., 12b-1 fees, administrative fees) that Transamerica Retirement Solutions or its affiliates receive from the plan's investment options.  Consequently, if revenue is received from an investment option, you will pay less than 0.25% as administrative fees on your assets held in that investment option depending upon the amount of revenue received.  (It is not possible to accurately determine in advance the amount of revenue that an investment option will generate or when it will change.)   If the revenue from an investment option is not adequate to cover the administrative fees allocable to that investment option, the shortfall will be deducted from your account based on your assets held in that investment option.   If the revenue from an investment option exceeds the administrative fees allocable to that investment option, the excess will be applied as a Plan Service Credit (see Plan Service Credit below) to your account.  Please log into your account on-line to view the most current version of the fund and fee information chart.<br><br>When applicable,  general administrative fees other than the charge above (e.g., legal, accounting and auditing), for administrative services, may from time to time  be deducted on a pro rata basis across some or all investment options held in your account.<br><br>The actual amounts deducted from your account, as well as a description of the services to which the fees relate will be reported on your quarterly benefit statements. |
| Plan Service Credit | The plan service credit represents an expense refund for one or more of the investment funds offered by your plan.  When applicable, a plan service credit is added to your account and lowers the effective annual expense ratios of the investment fund(s) for which a plan service credit applies.  Any plan service credit will be reported on your quarterly benefit statements. |

| **Potential Individual Fees and Expenses — applicable only to those using specific features or services** | |
|---|---|
| Full Distribution Fee | A fee of $25.00 that is deducted from your account when you take a full distribution from your account when you terminate employment or retire. The fee is also applicable to the final distribution from a former participant's account who has taken unscheduled systematic withdrawals and for contract exchanges to another service provider. The fee is waived if the distribution is made due to death, disability, the purchase of an annuity through Transamerica, a direct rollover to a Transamerica IRA  and any distribution from a beneficiary's account. The amount deducted from your account will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Distribution Processing Fee. |
| Hardship Withdrawal Fee | A fee of $25.00 that is deducted from your account when you take a hardship withdrawal from your account. The amount deducted from your account will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Distribution Processing Fee. |
| In-service Distribution Fee | A fee of $25.00 that is deducted from your account when you take an in-service distribution from your account and for a contract exchange to another service provider. The fee is waived for direct rollovers to a Transamerica IRA, Required Minimum Distributions and distributions made from a beneficiary's account. The amount deducted from your account will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Distribution Processing Fee. |
| Loan Maintenance Fee | You may borrow from the Plan, using your account as security (conditions and restrictions may apply). A quarterly loan maintenance fee of $6.25 is deducted  from your account, except in the Plan quarter in which the loan is issued and paid off, when you take a loan from the Plan. The amount deducted from your account will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Loan Maintenance Fee. |
| Loan Set-up Fee | You may borrow from the plan, using your account as security (conditions and restrictions may apply).  A one-time set-up fee of $75.00 will be deducted from your account. The amount deducted from your account, as well as a description of the services to which the fee relates, will be reported on your quarterly benefit statement. |
| Overnight Check Fee | A fee of up to $50.00 will be deducted from your account in the event you request a check be sent overnight to you. The amount deducted from your account, as well as a description of the services to which the fee relates, will be reported on your quarterly benefit statement. |

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

| | |
|---|---|
| Personal Choice Retirement Account (PCRA) Fee | An annual fee of $50.00 will be withdrawn from your Transamerica account and will appear on your Transamerica statement. This fee is expressed as a fixed dollar amount. |
| | You may trade many funds with no loads and no transaction fees through Schwab's Mutual Fund OneSource® service. Certain funds in Schwab's Mutual Fund Marketplace are available with no transaction fees, but have 12b-1 fees in excess of .25% and therefore cannot be called "OneSource" funds. Commissions and transaction fees may apply to fund trades placed outside of Mutual Fund OneSource or trades on other investment vehicles available through Schwab. To learn about any fees associated with the purchase or sale of a particular investment before making a purchase or sell through your PCRA, access your account online at www.schwab.com or contact the Schwab PCRA Call Center at 888-393-PCRA(7272). Schwab fees will appear on your separate PCRA statement directly from Schwab. |
| QDRO Fee | A fee of $250.00 that is deducted from your account when your account is divided as a result of a Qualified Domestic Relations Order. The amount deducted from your account will be reported on your quarterly benefit statement as a Distribution Processing Fee. The fee and the related service will be identified as a Distribution Processing Fee. |
| Returned Check — Insufficient Funds | A fee of up to $50.00 will be deducted from your account in the event a check is returned for insufficient funds. The amount deducted from your account, as well as a description of the services to which the fee relates, will be reported on your quarterly benefit statement. |
| Shareholder Type Fees | For applicable redemption fees, please see the Investment Information section. Changes in these fees are announced separately. The amount deducted from your account, as well as a description of the services to which the fee relates, will be reported on your quarterly benefit statement. |

## Investment Information

This information is provided to help you compare the investment options under your plan.  You may obtain, free of charge, a paper copy of your fee disclosure notice and other investment information posted at **bhsf.trsretire.com**, by contacting Transamerica at 800-755-5801 or by writing to 4333 Edgewood Road NE, Mail Drop 0001, Cedar Rapids, IA, 52499, Attention:  Fee Disclosure.  The information available includes each investment option's issuer, objectives, goals, principal strategies, principal risks, holdings, turnover rate, value and updated performance and expense information; as well as a glossary of terms, information about calculating benefits, available distribution options and (where appropriate) prospectuses and annual reports.

The following table focuses on investment options that have variable rates of return, and shows fee and expense information, as well as investment performance for each investment option and that of the appropriate benchmark, or index.  If your plan offers balanced, asset allocation or target retirement funds, which are comprised of a mix of stock and bond investments, you will see two broad-based benchmarks, a stock index and a bond index.  Because they are made through a retirement plan, your investments in these funds are not subject to front-end or back-end loads, which are a form of sales commission charged at the time of purchase or sale.  Please note:

- The investment performance of each investment option is shown net of (or after) fees, while the benchmark or index investment performance is reported on a gross (before fees) basis. If the option has less than a 10 year history, the investment performance of both the investment option and the index are shown since inception, with the inception date shown after the investment option name. Returns of less than one year are not annualized. Performance prior to the inception date of the share class (if any) is based on returns of an older share class, which have been adjusted for expenses.

- Total Annual Operating Expenses of an investment option are the expenses you pay each year, which reduce the rate of return you earn.  In some cases, a fund may waive or reimburse certain expenses.  If a fund has waived expenses in the past year, you will see a different gross (G) (before waivers) and net (N) (after waivers) expense ratio.  So while an investor could have been charged as much as the gross expense rate in the past year, they will only have paid the net expense rate because of the waivers.  Fund specific operating expense details are available at **bhsf.trsretire.com.**

- Shareholder-type fees, if any, are in addition to Total Annual Operating Expenses. Fees and expenses are only one of many factors to consider when you decide to invest in an investment option.

- You may also want to think about whether an investment in a particular option, along with your other investments, will help you achieve your financial goals.

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

- Past performance does not guarantee how the investment option will perform in the future. Your investment in these options could lose money.

- The cumulative effect of fees and expenses can substantially reduce the growth of your retirement savings. Visit the Department of Labor's website for an example showing the long-term effect of fees and expenses at www.dol.gov/ebsa/publications/401k_employee.html.

| Comparative Investment Chart - Table 1 Variable Options | | | | | | |
|---|---|---|---|---|---|---|
| **Name of Option (Inception Mo/Yr) Index(es)** | **Type of Option** | **Total Annual Operating Expenses G: Gross; N: Net** | | **Average Annual Total Return as of 12/31/2014** | | |
| | | **As %** | **Per $1000** | **1Yr.** | **5Yr.** | **10yr. or Since Inception** |

## Bonds

| | | | | | | |
|---|---|---|---|---|---|---|
| **PIMCO Low Duration Admin  (05/87)** | Short-Term Bonds | 0.71% G 0.71% N | $7.10 G $7.10 N | 0.52% | 2.46% | 3.57% |
| *Index: BofA ML 1-3 Year Govt/Corporate Index* | | | | *0.78%* | *1.47%* | *2.86%* |
| **PIMCO Total Return Admin  (05/87)** | Intermediate-Term Bonds | 0.71% G 0.71% N | $7.10 G $7.10 N | 4.43% | 4.88% | 5.73% |
| *Index: Barclays Aggregate Bond Index* | | | | *5.97%* | *4.45%* | *4.71%* |
| **Legg Mason BW Global Opps Bond I  (03/09)** | World/Foreign Bonds | 0.72% G 0.72% N | $7.20 G $7.20 N | 6.13% | 7.02% | 10.06% |
| *Index: Barclays Global Aggregate Index* | | | | *0.59%* | *2.65%* | *3.74%* |

## Stocks

| | | | | | | |
|---|---|---|---|---|---|---|
| **LSV Value Equity  (03/99)** | Large-Cap Value Stocks | 0.66% G 0.66% N | $6.60 G $6.60 N | 12.15% | 16.45% | 7.75% |
| *Index: Russell® 1000 Value Index* | | | | *13.45%* | *15.42%* | *7.30%* |
| **Vanguard Institutional Index  (07/90)** | Large-Cap Blend Stocks | 0.04% G 0.04% N | $0.40 G $0.40 N | 13.65% | 15.43% | 7.68% |
| *Index: S&P 500 Index* | | | | *13.69%* | *15.45%* | *7.67%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 60 calendar days. | | | | | | |
| **Neuberger Berman Socially Resp Inst  (03/94)** | Large-Cap Growth Stocks | 0.69% G 0.69% N | $6.90 G $6.90 N | 10.70% | 15.32% | 8.03% |
| *Index: Russell® 1000 Growth Index* | | | | *13.05%* | *15.81%* | *8.49%* |
| **Wells Fargo Advantage Growth I  (12/93)** | Large-Cap Growth Stocks | 0.75% G 0.75% N | $7.50 G $7.50 N | 4.12% | 17.53% | 11.75% |
| *Index: Russell® 1000 Growth Index* | | | | *13.05%* | *15.81%* | *8.49%* |

Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001

## Comparative Investment Chart - Table 1 Variable Options (continued)

| Name of Option (Inception Mo/Yr) Index(es) | Type of Option | Total Annual Operating Expenses G: Gross; N: Net | | Average Annual Total Return as of 12/31/2014 | | |
|---|---|---|---|---|---|---|
| | | As % | Per $1000 | 1Yr. | 5Yr. | 10yr. or Since Inception |

### Stocks

| **JPMorgan Small Cap Value Select  (01/95)** | Small-Cap Value Stocks | 1.23% G 1.08% N | $12.30 G $10.80 N | 4.29% | 15.70% | 7.98% |
| *Index: Russell® 2000 Value Index* | | | | *4.22%* | *14.26%* | *6.89%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

| **ClearBridge Small Cap Growth  (08/08)** | Small-Cap Growth Stocks | 0.78% G 0.78% N | $7.80 G $7.80 N | 3.78% | 18.12% | 12.24% |
| *Index: Russell® 2000 Growth Index* | | | | *5.60%* | *16.80%* | *11.26%* |

| **Oppenheimer International Growth I  (03/12)** | World/Foreign Stocks | 0.70% G 0.70% N | $7.00 G $7.00 N | -6.80% | N/A | 9.15% |
| *Index: MSCI All-Country World Ex-US Index* | | | | *-3.44%* | *N/A* | *6.44%* |

### Multi-Asset/Other

| **T. Rowe Price Retirement Balanced  (09/02)** | Balanced | 0.57% G 0.57% N | $5.70 G $5.70 N | 3.48% | 6.78% | 5.40% |
| *Index: Barclays Aggregate Bond Index* | | | | *5.97%* | *4.45%* | *4.71%* |
| *Index: S&P 500 Index* | | | | *13.69%* | *15.45%* | *7.67%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

| **T. Rowe Price Retirement 2005  (02/04)** | Target Date | 0.59% G 0.59% N | $5.90 G $5.90 N | 4.72% | 7.68% | 5.82% |
| *Index: Barclays Aggregate Bond Index* | | | | *5.97%* | *4.45%* | *4.71%* |
| *Index: S&P 500 Index* | | | | *13.69%* | *15.45%* | *7.67%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

| **T. Rowe Price Retirement 2010  (09/02)** | Target Date | 0.59% G 0.59% N | $5.90 G $5.90 N | 4.99% | 8.41% | 6.03% |
| *Index: Barclays Aggregate Bond Index* | | | | *5.97%* | *4.45%* | *4.71%* |
| *Index: S&P 500 Index* | | | | *13.69%* | *15.45%* | *7.67%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

| Comparative Investment Chart - Table 1 Variable Options (continued) | | | | | | |
|---|---|---|---|---|---|---|
| **Name of Option (Inception Mo/Yr) Index(es)** | **Type of Option** | **Total Annual Operating Expenses** G: Gross; N: Net | | **Average Annual Total Return as of 12/31/2014** | | |
| | | **As %** | **Per $1000** | **1Yr.** | **5Yr.** | **10yr. or Since Inception** |

## Multi-Asset/Other

| | | | | | | |
|---|---|---|---|---|---|---|
| **T. Rowe Price Retirement 2015  (02/04)** | Target Date | 0.63% G 0.63% N | $6.30 G $6.30 N | 5.37% | 9.39% | 6.40% |
| *Index: Barclays Aggregate Bond Index* | | | | *5.97%* | *4.45%* | *4.71%* |
| *Index: S&P 500 Index* | | | | *13.69%* | *15.45%* | *7.67%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |
| **T. Rowe Price Retirement 2020  (09/02)** | Target Date | 0.67% G 0.67% N | $6.70 G $6.70 N | 5.63% | 10.21% | 6.65% |
| *Index: Barclays Aggregate Bond Index* | | | | *5.97%* | *4.45%* | *4.71%* |
| *Index: S&P 500 Index* | | | | *13.69%* | *15.45%* | *7.67%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |
| **T. Rowe Price Retirement 2025  (02/04)** | Target Date | 0.70% G 0.70% N | $7.00 G $7.00 N | 5.84% | 10.88% | 6.85% |
| *Index: Barclays Aggregate Bond Index* | | | | *5.97%* | *4.45%* | *4.71%* |
| *Index: S&P 500 Index* | | | | *13.69%* | *15.45%* | *7.67%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |
| **T. Rowe Price Retirement 2030  (09/02)** | Target Date | 0.73% G 0.73% N | $7.30 G $7.30 N | 6.05% | 11.47% | 7.08% |
| *Index: Barclays Aggregate Bond Index* | | | | *5.97%* | *4.45%* | *4.71%* |
| *Index: S&P 500 Index* | | | | *13.69%* | *15.45%* | *7.67%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |
| **T. Rowe Price Retirement 2035  (02/04)** | Target Date | 0.75% G 0.75% N | $7.50 G $7.50 N | 6.07% | 11.83% | 7.14% |
| *Index: Barclays Aggregate Bond Index* | | | | *5.97%* | *4.45%* | *4.71%* |
| *Index: S&P 500 Index* | | | | *13.69%* | *15.45%* | *7.67%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

| Comparative Investment Chart - Table 1 Variable Options (continued) | | | | | | |
|---|---|---|---|---|---|---|

| Name of Option (Inception Mo/Yr) Index(es) | Type of Option | Total Annual Operating Expenses G: Gross; N: Net | | Average Annual Total Return as of 12/31/2014 | | |
|---|---|---|---|---|---|---|
| | | As % | Per $1000 | 1Yr. | 5Yr. | 10yr. or Since Inception |

### Multi-Asset/Other

| T. Rowe Price Retirement 2040  (09/02) | Target Date | 0.76% G 0.76% N | $7.60 G $7.60 N | 6.18% | 12.06% | 7.27% |
|---|---|---|---|---|---|---|
| *Index: Barclays Aggregate Bond Index* | | | | *5.97%* | *4.45%* | *4.71%* |
| *Index: S&P 500 Index* | | | | *13.69%* | *15.45%* | *7.67%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

| T. Rowe Price Retirement 2045  (05/05) | Target Date | 0.76% G 0.76% N | $7.60 G $7.60 N | 6.14% | 12.06% | 7.75% |
|---|---|---|---|---|---|---|
| *Index: Barclays Aggregate Bond Index* | | | | *5.97%* | *4.45%* | *4.71%* |
| *Index: S&P 500 Index* | | | | *13.69%* | *15.45%* | *8.13%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

| T. Rowe Price Retirement 2050  (12/06) | Target Date | 0.76% G 0.76% N | $7.60 G $7.60 N | 6.19% | 12.07% | 6.09% |
|---|---|---|---|---|---|---|
| *Index: Barclays Aggregate Bond Index* | | | | *5.97%* | *4.45%* | *5.04%* |
| *Index: S&P 500 Index* | | | | *13.69%* | *15.45%* | *7.05%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

| T. Rowe Price Retirement 2055  (12/06) | Target Date | 0.76% G 0.76% N | $7.60 G $7.60 N | 6.18% | 12.07% | 6.08% |
|---|---|---|---|---|---|---|
| *Index: Barclays Aggregate Bond Index* | | | | *5.97%* | *4.45%* | *5.04%* |
| *Index: S&P 500 Index* | | | | *13.69%* | *15.45%* | *7.05%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

The following table focuses on investment options that have a fixed or stated rate of return, and shows the annual rate of return, the term or length of time that you will earn this rate of return, and other information relevant to performance.  (If you are already an investor in such option, please note that personalized rates of return for certain investments are shown on your benefit statements.) The fixed interest rate is net of any expenses, and an annual operating expense ratio is not separately shown.

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

| Comparative Investment Chart - Table 2 Fixed Options | | | |
|---|---|---|---|
| **Fund Name/ Type of Option** | **Return / Credited Rate** | **Term** | **Other** |
| TFLIC Guaranteed Pooled Fund Stable Value | 1.00% | 01/01/2015 - 12/31/2015 | The rate applies to new deposits/transfers received during the stated term, and the rate does not change during the term. The rate will never fall below a guaranteed minimum rate of 1.00%. Interest rate information is available at bhsf.trsretire.com and on your quarterly statement. |

**Shareholder Type Fees:** Amounts may not be transferred directly to competing options.  Amounts transferred out may not subsequently be transferred to a competing option for 90 days, but such amounts can be transferred back to this fund at any time.  Amounts withdrawn by participants before age 59 ½, due to in-service withdrawals, will be subject to a 5% charge.  Refer to Table 3 for additional restrictions that may be applicable due to Employer actions.  Amounts transferred to another fund may not be withdrawn as an in-service withdrawal before age 59 1/2 from such other fund for 90 days.

The following table focuses on the annuity and/or other guaranteed income options under the Plan. Annuities and/or other guaranteed income options are insurance contracts that allow you to receive a guaranteed stream of payments at regular intervals, usually beginning when you retire and lasting for your entire life. Such products are issued by insurance companies.  Unless otherwise stated, insurance products are made available under group annuity contracts issued by Transamerica Financial Life Insurance Company (TFLIC)*, 440 Mamaroneck Avenue, Harrison, New York 10528. Transamerica Retirement Solutions Corporation is affiliated with TFLIC. Guarantees of an insurance company are subject to its long-term financial strength and claims-paying ability.

| Comparative Investment Chart - Table 3 Annuity Options | | | |
|---|---|---|---|
| **Name** | **Objectives/Goals** | **Pricing Factors** | **Withdrawal/Transfer Limitations/Fees** |
| TFLIC Guaranteed Pooled Group Annuity Contract TFLIC Guaranteed Pooled Fund | To provide a guaranteed stream of income for your life (or, if applicable, the joint lives of you and your surviving spouse or other designated beneficiary) or some other fixed period of time based on your accumulated plan savings allocated to the purchase of an annuity under this option. | The amount of the annuity benefit will be determined by (1) the amount applied to purchase the annuity, (2) the form of annuity elected, and (3) the non-participating single premium immediate group annuity purchase rates in effect on the Annuity Purchase Date. | Refer to Table 2 for additional limitations and fees that may be applicable to transfers and withdrawals. |

**Fees that Reduce Value (surrender charges, MVAs, admin. fees):** Withdrawals due to Employer actions may be subject to a 5% charge.

# EXHIBIT A-9



# Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan
## TT069362  00001
## IMPORTANT INFORMATION REGARDING YOUR PLAN

We want you to enjoy the many features and benefits of your retirement plan. We also want to make sure you understand your plan and investment fees. The enclosed report details the types and amounts of fees that may apply to your account, depending on which features and investments you choose.

The report is organized into multiple sections:

- **General Plan Information** offers an overview of your plan.
- **Potential General Administrative Fees and Expenses** may be charged against everyone's account in the plan to cover the day-to-day costs of operating the plan.
- **Potential Individual Fees and Expenses**  are associated with certain plan features or services and apply only to participants who use the particular features or services.
- **Investment Information** details each of the options available in your plan. This section features up to three tables, depending on what your plan offers. This may include investments with variable rates of return, such as mutual funds or those with fixed or stated rates of return, such as some stable value funds. Details include:
  - **Historical performance** for each variable option and its "benchmark," typically a broad market index used for comparison.
  - **Expenses**, including fund operating costs which are automatically deducted from your investment returns.  (The specific expenses that apply to you will depend on how your account is invested.)

You may receive this information electronically by signing up for e-documents at **bhsf.trsretire.com** .

Visit **bhsf.trsretire.com** to access the report and other related materials, including a glossary of terms. To access the participant fee disclosure document, visit **bhsf.trsretire.com**, and select "investments and associated fees" from the Funds and Fee Information heading. If you are not enrolled in the plan, enter the account number from the upper right-hand corner of this document and click "Submit." If you are already enrolled, enter your customer ID and password and click "Sign in."

In addition, your quarterly statement will show the specific fees that have been applied to your account (except any fund expenses netted directly from your investment returns) during the statement period.

If you have any questions, please sign in to your account at **bhsf.trsretire.com** and click on Help, or call us at **800-755-5801**.

**Si necesita aclaraciones en español, llame al número gratuito de Transamerica 1-800-755-5801 y diga "Español" para continuar en su idioma. Después de suministrar  su información, inmediatamente  diga "Servicio al cliente" y con mucho gusto uno de nuestros representantes contestará sus preguntas.**



**Baptist Health South Florida**

# Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan

**TT069362  00001**

**IMPORTANT INFORMATION REGARDING YOUR PLAN**

Disclosure Chart as of July 1, 2016

Your plan offers a convenient way to save for retirement and provides unique features and benefits not available elsewhere. You have the opportunity to make the plan work harder for you by committing early to disciplined savings, taking full advantage of the tools and services available, maintaining a long-term investment strategy, and understanding the plan, including investment options and fees. This document is required to be sent to you to help you understand your retirement plan and will be updated annually and when certain types of changes are made. Although you should review this important information, no action is required on your part.

## General Plan Information

| | |
|---|---|
| How to Direct Your Investments | You decide how your account will be invested among the available investment options by calling 800-755-5801 or going to bhsf.trsretire.com. |
| Transfer and/or Investment Allocation Restrictions | There are no transfer restrictions imposed by the Plan. Please see Table 1 for transfer restrictions that may be imposed by the investment options. Investment Transfers to Schwab Personal Choice Retirement Account are limited to a maximum of 0% of your total balance.<br><br>You may change your investment allocation at any time.  No plan level allocation restrictions apply.<br><br>Investment Allocations for future contributions to the Personal Choice Retirement Account (PCRA) are not permitted.  A PCRA may be opened via a transfer from other investment options.  There is a $1,000 minimum to open an account and a $250 minimum for subsequent transfers into PCRA. |
| Voting, tender and similar rights and restrictions on such rights | <u>Mutual Funds</u>—Plan participants shall have the right to exercise voting and tender rights attributable to mutual funds offered under the Plan. <u>Self Directed Brokerage Accounts</u>—Plan participants shall have the right to exercise voting and tender rights attributable to securities held in an outside brokerage window offered under the Plan. |
| List of Investment Alternatives | For the listing of the Plan's investment alternatives, please see the Investment Information section. |
| Investment Manager for Managed Advice | Your plan offers the Managed Advice<sup>SM</sup> service. The Managed Advice service provides you with an asset allocation mix of funds available within your plan. Managed Advice rebalances your account over time to become more conservative as you approach your target retirement year. Transamerica Retirement Advisors, LLC serves as the investment manager for the Managed Advice service. Additional terms and conditions apply to the service, and more detailed information, including Form ADV of the investment manager, is available at bhsf.trsretire.com by signing in to your account and selecting Managed Advice in the Manage section. |
| Personal Choice Retirement Account (PCRA) Description | To supplement the investment funds offered under your plan, you may choose to open a Schwab Personal Choice Retirement Account® (PCRA). This is a self-directed brokerage account that allows you to direct the investment of your account in investment options other than those offered under the plan. By establishing a PCRA, you assume responsibility for controlling your investments. For more information on establishing and maintaining a PCRA, please call Transamerica at 800-755-5801. |

## Potential General Administrative Fees and Expenses

| | |
|---|---|
| Administrative Fee — Per Account | When applicable, other general administrative fees for plan services (e.g., legal, accounting, auditing, recordkeeping) may from time to time be deducted as a fixed dollar amount from your account.<br><br>The actual amount deducted from your account, as well as a description of the services to which the fees relate will be reported on your quarterly benefit statements. |

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

| | |
|---|---|
| Administrative Fee — Pro Rata | The plan incurs general administrative fees for ongoing plan administrative services (e.g., recordkeeping) of up to 0.15% annually of assets held in the plan investment options.  These fees are applied pro rata across some or all investment options held in your account.   However, the administrative fees allocable to an investment option may be paid, in whole or in part, from revenue (e.g., 12b-1 fees, administrative fees) that Transamerica Retirement Solutions or its affiliates receive based upon the plan's investment options.  Consequently, if revenue is received related to an investment option, you will pay less than 0.15% as administrative fees on your assets held in that investment option depending upon the amount of revenue received.   (It is not possible to accurately determine in advance the amount of revenue that an investment option will generate or when it will change.)   If the revenue from an investment option is not adequate to cover the administrative fees allocable to that investment option, the shortfall will be deducted from your account based on your assets held in that investment option.   If the revenue from an investment option exceeds the administrative fees allocable to that investment option, the excess will be applied as a Plan Service Credit (see Plan Service Credit below) to your account.   Please log into your account on-line to view the most current version of the fund and fee information chart.<br><br>When applicable,  general administrative fees other than the charge above (e.g., legal, accounting and auditing), for administrative services, may from time to time  be deducted on a pro rata basis across some or all investment options held in your account.<br><br>The actual amounts deducted from your account, as well as a description of the services to which the fees relate will be reported on your quarterly benefit statements. |
| Plan Service Credit | The plan service credit represents an expense refund for one or more of the investment funds offered by your plan.  When applicable, a plan service credit is added to your account and lowers the effective annual expense ratios of the investment fund(s) for which a plan service credit applies.  Any plan service credit will be reported on your quarterly benefit statements. |

| Potential Individual Fees and Expenses — applicable only to those using specific features or services | |
|---|---|
| Full Distribution Fee | A fee of $25.00 that is deducted from your account when you take a full distribution from your account when you terminate employment or retire. The fee is also applicable to the final distribution from a former participant's account who has taken unscheduled systematic withdrawals and for contract exchanges to another service provider. The fee is waived if the distribution is made due to death, disability, the purchase of an annuity through Transamerica, a direct rollover to a Transamerica IRA  and any distribution from a beneficiary's account. The amount deducted from your account will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Distribution Processing Fee. |
| Hardship Withdrawal Fee | A fee of $25.00 that is deducted from your account when you take a hardship withdrawal from your account. The amount deducted from your account will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Distribution Processing Fee. |
| In-service Distribution Fee | A fee of $25.00 that is deducted from your account when you take an in-service distribution from your account and for a contract exchange to another service provider. The fee is waived for direct rollovers to a Transamerica IRA, Required Minimum Distributions and distributions made from a beneficiary's account. The amount deducted from your account will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Distribution Processing Fee. |
| Loan Maintenance Fee | You may borrow from the Plan, using your account as security (conditions and restrictions may apply). A quarterly loan maintenance fee of $6.25 is deducted  from your account, except in the Plan quarter in which the loan is issued and paid off, when you take a loan from the Plan. The amount deducted from your account will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Loan Maintenance Fee. |
| Loan Set-up Fee | You may borrow from the Plan using your account as security (conditions and restrictions may apply).  A set-up fee of $75.00 will be deducted from your account. The amount deducted from your account as well as a description of the services to which the fee relates, will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Loan Set-up Fee. |

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362 00001**

| | |
|---|---|
| Managed Advice Fee | An annual fee applies with respect to the Managed Advice service. The annual fee is 0.45% of your account balance invested under the Managed Advice service and is paid to Transamerica Retirement Advisors, LLC. The amount deducted from your account as well as a description of the services to which the fee relates will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Managed Advice Fee. The adviser, Transamerica Retirement Advisors, LLC, may pay all or a portion of its fees to Transamerica Retirement Advisors for its support services. |
| Overnight Check Fee | A fee of up to $50.00 will be deducted from your account in the event you request a check be sent overnight to you. The amount deducted from your account as well as a description of the services to which the fee relates will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Overnight Check Fee. |
| Personal Choice Retirement Account (PCRA) Fee | An annual fee of $50.00 will be withdrawn from your Transamerica account and will appear on your Transamerica statement. This fee is expressed as a fixed dollar amount.

You may trade many funds with no loads and no transaction fees through Schwab's Mutual Fund OneSource® service. Certain funds in Schwab's Mutual Fund Marketplace are available with no transaction fees, but have 12b-1 fees in excess of .25% and therefore cannot be called "OneSource" funds. Commissions and transaction fees may apply to fund trades placed outside of Mutual Fund OneSource or trades on other investment vehicles available through Schwab. To learn about any fees associated with the purchase or sale of a particular investment before making a purchase or sell through your PCRA, access your account online at www.schwab.com or contact the Schwab PCRA Call Center at 888-393-PCRA(7272). Schwab fees will appear on your separate PCRA statement directly from Schwab. |
| QDRO Fee | A fee of $250.00 will be deducted from your account when your account is divided as a result of a Qualified Domestic Relations Order ("QDRO"). The amount deducted from your account will be reported on your quarterly benefit statement as a Distribution Processing Fee. |
| Returned Check — Insufficient Funds | A fee of up to $50.00 will be deducted from your account in the event a check is returned for insufficient funds. The amount deducted from your account as well as a description of the services to which the fee relates will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Returned Check - Insufficient Funds Fee. |
| Shareholder Type Fees | For applicable redemption fees, please see the Investment Information section. Changes in these fees are announced separately. The amount deducted from your account as well as a description of the services to which the fee relates will be reported on your quarterly benefit statement. |

## Investment Information

This information is provided to help you compare the investment options under your plan. You may obtain, free of charge, a paper copy of your fee disclosure notice and other investment information posted at **bhsf.trsretire.com**, by contacting Transamerica at 800-755-5801 or by writing to 4333 Edgewood Road NE, Mail Drop 0001, Cedar Rapids, IA, 52499, Attention: Fee Disclosure. The information available includes each investment option's issuer, objectives, goals, principal strategies, principal risks, holdings, turnover rate, value and updated performance and expense information; as well as a glossary of terms, information about calculating benefits, available distribution options and (where appropriate) prospectuses and annual reports.

The following table focuses on investment options that have variable rates of return, and shows fee and expense information, as well as investment performance for each investment option and that of the appropriate benchmark, or index. If your plan offers balanced, asset allocation or target retirement funds, which are comprised of a mix of stock and bond investments, you will see two broad-based benchmarks, a stock index and a bond index. Because they are made through a retirement plan, your investments in these funds are not subject to front-end or back-end loads, which are a form of sales commission charged at the time of purchase or sale. Please note the following.

- The investment performance of each investment option is shown net of (or after) fees, while the benchmark or index investment performance is reported on a gross (before fees) basis. If the option has less than a ten year history, the investment performance of both the investment option and the index are shown since inception, with the inception date shown after the investment option name. Returns of less than one year are not annualized. Performance prior to the inception date of the share class (if any) is based on returns of an older share class, which have been adjusted for expenses.

Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001

- Total Annual Operating Expenses of an investment option are the expenses you pay each year, which reduce the rate of return you earn.  In some cases, a fund may waive or reimburse certain expenses.  If a fund has waived expenses in the past year, you will see a different gross (G) (before waivers) and net (N) (after waivers) expense ratio.  So while an investor could have been charged as much as the gross expense rate in the past year, they will only have paid the net expense rate because of the waivers.  Fund specific operating expense details are available at **bhsf.trsretire.com.**

- Shareholder-type fees, if any, are in addition to Total Annual Operating Expenses. Fees and expenses are only one of many factors to consider when you decide to invest in an investment option.

- You may also want to think about whether an investment in a particular option, along with your other investments, will help you achieve your financial goals.

- The performance data quoted represents past performance. Past performance does not guarantee how the investment option will perform in the future. Your investment in these options will fluctuate and you could lose money. Current performance may be lower or higher than the performance data quoted.

- The cumulative effect of fees and expenses can substantially reduce the growth of your retirement savings. Visit the Department of Labor's website for an example showing the long-term effect of fees and expenses at www.dol.gov/ebsa/publications/401k_employee.html.

## Comparative Investment Chart - Table 1 Variable Options

| Name of Option (Inception Mo/Yr) Index(es) | Type of Option | Total Annual Operating Expenses G: Gross; N: Net | | Average Annual Total Return as of 12/31/2015 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | As % | Per $1000 | 1Yr. | 5Yr. | 10yr. or Since Inception |

### Bonds

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| **PIMCO Low Duration Instl  (05/87)** | Short-Term Bonds | 0.46% G 0.46% N | $4.60 G $4.60 N | 0.67% | 1.86% | 3.73% |
| *Index: BofA ML 1-3 Year Govt/Corporate Index* | | | | *0.67%* | *1.04%* | *2.75%* |
| **PIMCO Total Return Instl  (05/87)** | Intermediate-Term Bonds | 0.46% G 0.46% N | $4.60 G $4.60 N | 0.73% | 3.52% | 5.76% |
| *Index: Barclays Aggregate Bond Index* | | | | *0.55%* | *3.25%* | *4.51%* |
| **Legg Mason BW Global Opps Bond I  (11/06)** | World/Foreign Bonds | 0.69% G 0.69% N | $6.90 G $6.90 N | -8.63% | 2.56% | 7.07% |
| *Index: Barclays Global Aggregate Index* | | | | *-3.15%* | *0.90%* | *3.46%* |

### Stocks

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| **LSV Value Equity  (03/99)** | Large-Cap Value Stocks | 0.66% G 0.66% N | $6.60 G $6.60 N | -2.58% | 13.00% | 6.39% |
| *Index: Russell® 1000 Value Index* | | | | *-3.83%* | *11.27%* | *6.16%* |
| **Vanguard Institutional Index  (07/90)** | Large-Cap Blend Stocks | 0.04% G 0.04% N | $0.40 G $0.40 N | 1.37% | 12.54% | 7.31% |
| *Index: S&P 500 Index* | | | | *1.38%* | *12.57%* | *7.31%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

| Comparative Investment Chart - Table 1 Variable Options (continued) | | | | | |
|---|---|---|---|---|---|

| Name of Option (Inception Mo/Yr) Index(es) | Type of Option | Total Annual Operating Expenses G: Gross; N: Net | | Average Annual Total Return as of 12/31/2015 | | |
|---|---|---|---|---|---|---|
| | | As % | Per $1000 | 1Yr. | 5Yr. | 10yr. or Since Inception |

## Stocks

| Neuberger Berman Socially Resp Inst  (03/94) | Large-Cap Growth Stocks | 0.68% G 0.68% N | $6.80 G $6.80 N | -0.24% | 10.58% | 7.22% |
|---|---|---|---|---|---|---|
| *Index: Russell® 1000 Growth Index* | | | | *5.67%* | *13.53%* | *8.53%* |
| Wells Fargo Growth Inst (02/00) | Large-Cap Growth Stocks | 0.80% G 0.75% N | $8.00 G $7.50 N | 2.94% | 12.73% | 11.05% |
| *Index: Russell® 1000 Growth Index* | | | | *5.67%* | *13.53%* | *8.53%* |
| JPMorgan Small Cap Value Select (01/95) | Small-Cap Value Stocks | 1.13% G 1.00% N | $11.30 G $10.00 N | -7.58% | 8.78% | 6.41% |
| *Index: Russell® 2000 Value Index* | | | | *-7.47%* | *7.67%* | *5.57%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

| ClearBridge Small Cap Growth (07/98) | Small-Cap Growth Stocks | 0.78% G 0.78% N | $7.80 G $7.80 N | -4.38% | 11.79% | 8.69% |
|---|---|---|---|---|---|---|
| *Index: Russell® 2000 Growth Index* | | | | *-1.38%* | *10.67%* | *7.95%* |
| Oppenheimer International Growth I (03/96) | World/Foreign Stocks | 0.70% G 0.70% N | $7.00 G $7.00 N | 3.63% | 6.47% | 6.30% |
| *Index: MSCI All-Country World Ex-US Index* | | | | *-5.25%* | *1.51%* | *3.38%* |

## Multi-Asset/Other

| T. Rowe Price Retirement Balanced  (09/02) | Balanced | 0.56% G 0.56% N | $5.60 G $5.60 N | -0.74% | 4.67% | 4.87% |
|---|---|---|---|---|---|---|
| *Index: Barclays Aggregate Bond Index* | | | | *0.55%* | *3.25%* | *4.51%* |
| *Index: S&P 500 Index* | | | | *1.38%* | *12.57%* | *7.31%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

| T. Rowe Price Retirement 2005 (02/04) | Target Date | 0.58% G 0.58% N | $5.80 G $5.80 N | -0.75% | 5.20% | 5.17% |
|---|---|---|---|---|---|---|
| *Index: Barclays Aggregate Bond Index* | | | | *0.55%* | *3.25%* | *4.51%* |
| *Index: S&P 500 Index* | | | | *1.38%* | *12.57%* | *7.31%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

## Comparative Investment Chart - Table 1 Variable Options (continued)

| Name of Option (Inception Mo/Yr) Index(es) | Type of Option | Total Annual Operating Expenses G: Gross; N: Net | | Average Annual Total Return as of 12/31/2015 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | As % | Per $1000 | 1Yr. | 5Yr. | 10yr. or Since Inception |

### Multi-Asset/Other

| **T. Rowe Price Retirement 2010  (09/02)** | Target Date | 0.58% G 0.58% N | $5.80 G $5.80 N | -0.76% | 5.68% | 5.30% |
| --- | --- | --- | --- | --- | --- | --- |
| *Index: Barclays Aggregate Bond Index* | | | | *0.55%* | *3.25%* | *4.51%* |
| *Index: S&P 500 Index* | | | | *1.38%* | *12.57%* | *7.31%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |

| **T. Rowe Price Retirement 2015  (02/04)** | Target Date | 0.62% G 0.62% N | $6.20 G $6.20 N | -0.58% | 6.48% | 5.65% |
| --- | --- | --- | --- | --- | --- | --- |
| *Index: Barclays Aggregate Bond Index* | | | | *0.55%* | *3.25%* | *4.51%* |
| *Index: S&P 500 Index* | | | | *1.38%* | *12.57%* | *7.31%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |

| **T. Rowe Price Retirement 2020  (09/02)** | Target Date | 0.66% G 0.66% N | $6.60 G $6.60 N | -0.31% | 7.15% | 5.88% |
| --- | --- | --- | --- | --- | --- | --- |
| *Index: Barclays Aggregate Bond Index* | | | | *0.55%* | *3.25%* | *4.51%* |
| *Index: S&P 500 Index* | | | | *1.38%* | *12.57%* | *7.31%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |

| **T. Rowe Price Retirement 2025  (02/04)** | Target Date | 0.69% G 0.69% N | $6.90 G $6.90 N | -0.17% | 7.71% | 6.06% |
| --- | --- | --- | --- | --- | --- | --- |
| *Index: Barclays Aggregate Bond Index* | | | | *0.55%* | *3.25%* | *4.51%* |
| *Index: S&P 500 Index* | | | | *1.38%* | *12.57%* | *7.31%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |

| **T. Rowe Price Retirement 2030  (09/02)** | Target Date | 0.72% G 0.72% N | $7.20 G $7.20 N | -0.02% | 8.21% | 6.25% |
| --- | --- | --- | --- | --- | --- | --- |
| *Index: Barclays Aggregate Bond Index* | | | | *0.55%* | *3.25%* | *4.51%* |
| *Index: S&P 500 Index* | | | | *1.38%* | *12.57%* | *7.31%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |

Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001

| Comparative Investment Chart - Table 1 Variable Options (continued) | | | | | | |
|---|---|---|---|---|---|---|
| **Name of Option (Inception Mo/Yr) Index(es)** | **Type of Option** | **Total Annual Operating Expenses**<br>G: Gross; N: Net | | **Average Annual Total Return as of 12/31/2015** | | |
| | | **As %** | **Per $1000** | **1Yr.** | **5Yr.** | **10yr. or Since Inception** |

### Multi-Asset/Other

| **T. Rowe Price Retirement 2035  (02/04)** | Target Date | 0.74% G<br>0.74% N | $7.40 G<br>$7.40 N | 0.13% | 8.53% | 6.33% |
|---|---|---|---|---|---|---|
| *Index: Barclays Aggregate Bond Index* | | | | *0.55%* | *3.25%* | *4.51%* |
| *Index: S&P 500 Index* | | | | *1.38%* | *12.57%* | *7.31%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

| **T. Rowe Price Retirement 2040  (09/02)** | Target Date | 0.75% G<br>0.75% N | $7.50 G<br>$7.50 N | 0.17% | 8.73% | 6.45% |
|---|---|---|---|---|---|---|
| *Index: Barclays Aggregate Bond Index* | | | | *0.55%* | *3.25%* | *4.51%* |
| *Index: S&P 500 Index* | | | | *1.38%* | *12.57%* | *7.31%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

| **T. Rowe Price Retirement 2045  (05/05)** | Target Date | 0.75% G<br>0.75% N | $7.50 G<br>$7.50 N | 0.17% | 8.74% | 6.45% |
|---|---|---|---|---|---|---|
| *Index: Barclays Aggregate Bond Index* | | | | *0.55%* | *3.25%* | *4.51%* |
| *Index: S&P 500 Index* | | | | *1.38%* | *12.57%* | *7.31%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

| **T. Rowe Price Retirement 2050  (12/06)** | Target Date | 0.75% G<br>0.75% N | $7.50 G<br>$7.50 N | 0.19% | 8.76% | 5.42% |
|---|---|---|---|---|---|---|
| *Index: Barclays Aggregate Bond Index* | | | | *0.55%* | *3.25%* | *4.53%* |
| *Index: S&P 500 Index* | | | | *1.38%* | *12.57%* | *6.40%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

| **T. Rowe Price Retirement 2055  (12/06)** | Target Date | 0.75% G<br>0.75% N | $7.50 G<br>$7.50 N | 0.18% | 8.76% | 5.41% |
|---|---|---|---|---|---|---|
| *Index: Barclays Aggregate Bond Index* | | | | *0.55%* | *3.25%* | *4.53%* |
| *Index: S&P 500 Index* | | | | *1.38%* | *12.57%* | *6.40%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

The following table focuses on investment options that have a fixed or stated rate of return and shows the annual rate of return, the term or length of time that you will earn this rate of return, and other information relevant to performance.  (If you are already an investor in such option, please note that personalized rates of return for certain investments are shown on your benefit statements.) The fixed interest rate is net of any expenses and an annual operating expense ratio is not separately shown.

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

## Comparative Investment Chart - Table 2 Fixed Options

| Fund Name/ Type of Option | Return / Credited Rate | Term | Other |
|---|---|---|---|
| TFLIC Guaranteed Pooled Fund Stable Value | 1.00% | 01/01/2016 - 12/31/2016 | The rate applies to new deposits/transfers received during the stated term, and the rate does not change during the term. The rate will never fall below a guaranteed minimum rate of 1.00%. Interest rate information is available at bhsf.trsretire.com and on your quarterly statement. |

**Shareholder Type Fees:** Amounts may not be transferred directly to competing options.  Amounts transferred out may not subsequently be transferred to a competing option for 90 days, but such amounts can be transferred back to this fund at any time.  Amounts withdrawn by participants before age 59 ½, due to in-service withdrawals, will be subject to a 5% charge.  Refer to Table 3 for additional restrictions that may be applicable due to Employer actions.  Amounts transferred to another fund may not be withdrawn as an in-service withdrawal before age 59 1/2 from such other fund for 90 days.

The following table focuses on the annuity and/or other guaranteed income options under the Plan. Annuities and/or other guaranteed income options are insurance contracts that allow you to receive a guaranteed stream of payments at regular intervals, usually beginning when you retire and lasting for your entire life. Such products are issued by insurance companies.  Unless otherwise stated, insurance products are made available under group annuity contracts issued by Transamerica Financial Life Insurance Company (TFLIC)*, 440 Mamaroneck Avenue, Harrison, New York 10528. Transamerica Retirement Solutions Corporation is affiliated with TFLIC. Guarantees of an insurance company are subject to its long-term financial strength and claims-paying ability.

## Comparative Investment Chart - Table 3 Annuity Options

| Name | Objectives/Goals | Pricing Factors | Withdrawal/Transfer Limitations/Fees |
|---|---|---|---|
| TFLIC Guaranteed Pooled Group Annuity Contract TFLIC Guaranteed Pooled Fund | To provide a guaranteed stream of income for your life (or, if applicable, the joint lives of you and your surviving spouse or other designated beneficiary) or some other fixed period of time based on your accumulated plan savings allocated to the purchase of an annuity under this option. | The amount of the annuity benefit will be determined by (1) the amount applied to purchase the annuity, (2) the form of annuity elected, and (3) the non-participating single premium immediate group annuity purchase rates in effect on the Annuity Purchase Date. | Refer to Table 2 for additional limitations and fees that may be applicable to transfers and withdrawals. |

**Fees that Reduce Value (surrender charges, MVAs, admin. fees):** Withdrawals due to Employer actions may be subject to a 5% charge.

# EXHIBIT A-10



# Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan
**TT069362  00001**

**IMPORTANT INFORMATION REGARDING YOUR PLAN**

We want you to enjoy the many features and benefits of your retirement plan. We also want to make sure you understand your plan and investment fees. The enclosed report details the types and amounts of fees that may apply to your account, depending on which features and investments you choose.

The report is organized into multiple sections:

- **General Plan Information** offers an overview of your plan.
- **Potential General Administrative Fees and Expenses** may be charged against everyone's account in the plan to cover the day-to-day costs of operating the plan.
- **Potential Individual Fees and Expenses**  are associated with certain plan features or services and apply only to participants who use the particular features or services.
- **Investment Information** details each of the options available in your plan. This section features up to three tables, depending on what your plan offers. This may include investments with variable rates of return, such as mutual funds or those with fixed or stated rates of return, such as some stable value funds. Details include:
  - **Historical performance** for each variable option and its "benchmark," typically a broad market index used for comparison.
  - **Expenses**, including fund operating costs which are automatically deducted from your investment returns.  (The specific expenses that apply to you will depend on how your account is invested.)

You may receive this information electronically by signing up for *e-documents* at **bhsf.trsretire.com**.

Visit **bhsf.trsretire.com** to access the report and other related materials, including a glossary of terms. To access the participant fee disclosure document, visit **bhsf.trsretire.com**, and select "investments and associated fees" from the Funds and Fee Information heading. If you are not enrolled in the plan, enter the account number from the upper left-hand corner of this document and click "Submit." If you are already enrolled, enter your customer ID and password and click "Sign in."

In addition, your quarterly statement will show the specific fees that have been applied to your account (except any fund expenses netted directly from your investment returns) during the statement period.

If you have any questions, please sign in to your account at **bhsf.trsretire.com** and click on Help, or call us at **800-755-5801**.

**Si necesita aclaraciones en español, llame al número gratuito de Transamerica 1-800-755-5801 y diga "Español" para continuar en su idioma. Después de suministrar  su información, inmediatamente  diga "Servicio al cliente" y con mucho gusto uno de nuestros representantes contestará sus preguntas.**


**Baptist Health South Florida**

# Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan
**TT069362  00001**

**IMPORTANT INFORMATION REGARDING YOUR PLAN**

Disclosure Chart as of June 1, 2017

Your plan offers a convenient way to save for retirement and provides unique features and benefits not available elsewhere. You have the opportunity to make the plan work harder for you by committing early to disciplined savings, taking full advantage of the tools and services available, maintaining a long-term investment strategy, and understanding the plan, including investment options and fees. This document is required to be sent to you to help you understand your retirement plan and will be updated annually and when certain types of changes are made. Although you should review this important information, no action is required on your part.

## General Plan Information

| | |
|---|---|
| How to Direct Your Investments | You decide how your account will be invested among the available investment options by calling 800-755-5801 or going to bhsf.trsretire.com. |
| Transfer and/or Investment Allocation Restrictions | There are no transfer restrictions imposed by the Plan. Please see Table 1 for transfer restrictions that may be imposed by the investment options. Investment Transfers to Schwab Personal Choice Retirement Account are limited to a maximum of 0% of your total balance.<br><br>You may change your investment allocation at any time.  No plan level allocation restrictions apply.<br><br>Investment Allocations for future contributions to the Personal Choice Retirement Account (PCRA) are not permitted.  A PCRA may be opened via a transfer from other investment options.  There is a $1,000 minimum to open an account and a $250 minimum for subsequent transfers into PCRA. |
| Voting, tender and similar rights and restrictions on such rights | <u>Mutual Funds</u>—Plan participants shall have the right to exercise voting and tender rights attributable to mutual funds offered under the Plan. <u>Self Directed Brokerage Accounts</u>—Plan participants shall have the right to exercise voting and tender rights attributable to securities held in an outside brokerage window offered under the Plan. |
| List of Investment Alternatives | For the listing of the Plan's investment alternatives, please see the Investment Information section. |
| Investment Manager for Managed Advice | Your plan offers the Managed Advice® service. The Managed Advice service provides you with an asset allocation mix of funds available within your plan. Managed Advice rebalances and reallocates your account over time as your circumstances change. Transamerica Retirement Advisors, LLC serves as the investment manager for the Managed Advice service. Additional terms and conditions apply to the service, and more detailed information, including Form ADV of the investment manager, is available at trsretire.com by signing in to your account and selecting Managed Advice in the Manage section. In offering the Managed Advice service, Transamerica Retirement Advisors, LLC relies on the investment methodology developed by Morningstar Investment Management LLC as an independent financial expert. |
| Personal Choice Retirement Account (PCRA) Description | To supplement the investment funds offered under your plan, you may choose to open a Schwab Personal Choice Retirement Account® (PCRA). This is a self-directed brokerage account that allows you to direct the investment of your account in investment options other than those offered under the plan. By establishing a PCRA, you assume responsibility for controlling your investments. For more information on establishing and maintaining a PCRA, please call Transamerica at 800-755-5801. |

## Potential General Administrative Fees and Expenses

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

| | |
|---|---|
| Administrative Fee — Per Account | When applicable, other general administrative fees for plan services (e.g., legal, accounting, auditing, recordkeeping) may from time to time be deducted as a fixed dollar amount from your account.<br><br>The actual amount deducted from your account, as well as a description of the services to which the fees relate will be reported on your quarterly benefit statements. |
| Administrative Fee — Pro Rata | The plan incurs general administrative fees for ongoing plan administrative services (e.g., recordkeeping) of up to 0.15% annually of assets held in the plan investment options.  These fees are applied pro rata across some or all investment options held in your account.   However, the administrative fees allocable to an investment option may be paid, in whole or in part, from revenue (e.g., 12b-1 fees, administrative fees) that Transamerica Retirement Solutions or its affiliates receive based upon the plan's investment options. Consequently, if revenue is received related to an investment option, you will pay less than 0.15% as administrative fees on your assets held in that investment option depending upon the amount of revenue received.   (It is not possible to accurately determine in advance the amount of revenue that an investment option will generate or when it will change.)    If the revenue from an investment option is not adequate to cover the administrative fees allocable to that investment option, the shortfall will be deducted from your account based on your assets held in that investment option.   If the revenue from an investment option exceeds the administrative fees allocable to that investment option, the excess will be applied as a Plan Service Credit (see Plan Service Credit below) to your account.  Please log into your account on-line to view the most current version of the fund and fee information chart.<br><br>When applicable,  general administrative fees other than the charge above (e.g., legal, accounting and auditing), for administrative services, may from time to time  be deducted on a pro rata basis across some or all investment options held in your account.<br><br>The actual amounts deducted from your account, as well as a description of the services to which the fees relate will be reported on your quarterly benefit statements. |
| Plan Service Credit | The plan service credit represents an expense refund for one or more of the investment funds offered by your plan.  When applicable, a plan service credit is added to your account and lowers the effective annual expense ratios of the investment fund(s) for which a plan service credit applies.  Any plan service credit will be reported on your quarterly benefit statements. |

| Potential Individual Fees and Expenses — applicable only to those using specific features or services | |
|---|---|
| Full Distribution Fee | A fee of $25.00 that is deducted from your account when you take a full distribution from your account when you terminate employment or retire. The fee is also applicable to the final distribution from a former participant's account who has taken unscheduled systematic withdrawals and for contract exchanges to another service provider. The fee is waived if the distribution is made due to death, disability, the purchase of an annuity through Transamerica, a direct rollover to a Transamerica IRA  and any distribution from a beneficiary's account. The amount deducted from your account will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Distribution Processing Fee. |
| Hardship Withdrawal Fee | A fee of $25.00 that is deducted from your account when you take a hardship withdrawal from your account. The amount deducted from your account will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Distribution Processing Fee. |
| In-service Distribution Fee | A fee of $25.00 that is deducted from your account when you take an in-service distribution from your account and for a contract exchange to another service provider. The fee is waived for direct rollovers to a Transamerica IRA, Required Minimum Distributions and distributions made from a beneficiary's account. The amount deducted from your account will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Distribution Processing Fee. |
| Loan Maintenance Fee | You may borrow from the Plan, using your account as security (conditions and restrictions may apply). A quarterly loan maintenance fee of $6.25 is deducted  from your account, except in the Plan quarter in which the loan is issued and paid off, when you take a loan from the Plan. The amount deducted from your account will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Loan Maintenance Fee. |

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

| | |
|---|---|
| Loan Set-up Fee | You may borrow from the Plan using your account as security (conditions and restrictions may apply).  A set-up fee of $75.00 will be deducted from your account. The amount deducted from your account as well as a description of the services to which the fee relates, will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Loan Set-up Fee. |
| Managed Advice Fee | An annual fee applies with respect to the Managed Advice service. The annual fee is 0.45% of your account balance invested under the Managed Advice service and is paid to Transamerica Retirement Advisors, LLC. The amount deducted from your account, as well as a description of the services to which the fee relates, will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Managed Advice Fee. |
| Overnight Check Fee | A fee of up to $50.00 will be deducted from your account in the event you request a check be sent overnight to you. The amount deducted from your account as well as a description of the services to which the fee relates will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Overnight Check Fee. |
| Personal Choice Retirement Account (PCRA) Fee | An annual fee of $50.00 will be withdrawn from your Transamerica account and will appear on your Transamerica statement. This fee is expressed as a fixed dollar amount.<br><br>You may trade many funds with no loads and no transaction fees through Schwab's Mutual Fund OneSource® service. Certain funds in Schwab's Mutual Fund Marketplace are available with no transaction fees, but have 12b-1 fees in excess of .25% and therefore cannot be called "OneSource" funds. Commissions and transaction fees may apply to fund trades placed outside of Mutual Fund OneSource or trades on other investment vehicles available through Schwab. To learn about any fees associated with the purchase or sale of a particular investment before making a purchase or sell through your PCRA, access your account online at www.schwab.com or contact the Schwab PCRA Call Center at 888-393-PCRA(7272). Schwab fees will appear on your separate PCRA statement directly from Schwab. |
| QDRO Fee | A fee of  up to $250.00 will be deducted from your account when your account is divided as a result of a Qualified Domestic Relations Order ("QDRO"). The amount deducted from your account will be reported on your quarterly benefit statement as a QDRO Fee. |
| Returned Check — Insufficient Funds | A fee of up to $50.00 will be deducted from your account in the event a check is returned for insufficient funds. The amount deducted from your account as well as a description of the services to which the fee relates will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Returned Check - Insufficient Funds Fee. |
| Shareholder Type Fees | For applicable redemption fees, please see the Investment Information section. Changes in these fees are announced separately. The amount deducted from your account as well as a description of the services to which the fee relates will be reported on your quarterly benefit statement. |

## Investment Information

This information is provided to help you compare the investment options under your plan.  You may obtain, free of charge, a paper copy of your fee disclosure notice and other investment information posted at **bhsf.trsretire.com**, by contacting Transamerica at 800-755-5801 or by writing to 4333 Edgewood Road NE, Mail Drop 0001, Cedar Rapids, IA, 52499, Attention:  Fee Disclosure.  The information available includes each investment option's issuer, objectives, goals, principal strategies, principal risks, holdings, turnover rate, value and updated performance and expense information; as well as a glossary of terms, information about calculating benefits, available distribution options and (where appropriate) prospectuses and annual reports.

The following table focuses on investment options that have variable rates of return, and shows fee and expense information, as well as investment performance for each investment option and that of the appropriate benchmark, or index.  If your plan offers balanced, asset allocation or target retirement funds, which are comprised of a mix of stock and bond investments, you will see two broad-based benchmarks, a stock index and a bond index.  Because they are made through a retirement plan, your investments in these funds are not subject to front-end or back-end loads, which are a form of sales commission charged at the time of purchase or sale.  Please note the following:

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

- The investment performance of each investment option is shown net of (or after) fees, while the benchmark or index investment performance is reported on a gross (before fees) basis. If the option has less than a ten year history, the investment performance of both the investment option and the index are shown since inception, with the inception date shown after the investment option name. Returns of less than one year are not annualized. Performance prior to the inception date of the share class (if any) is based on returns of an older share class, which have been adjusted for expenses.

- Total Annual Operating Expenses of an investment option are the expenses you pay each year, which reduce the rate of return you earn.  In some cases, a fund may waive or reimburse certain expenses.  If a fund has waived expenses in the past year, you will see a different gross (G) (before waivers) and net (N) (after waivers) expense ratio.  So while an investor could have been charged as much as the gross expense rate in the past year, they will only have paid the net expense rate because of the waivers.  Fund specific operating expense details are available at **bhsf.trsretire.com.**

- Shareholder-type fees, if any, are in addition to Total Annual Operating Expenses. Fees and expenses are only one of many factors to consider when you decide to invest in an investment option.

- You may also want to think about whether an investment in a particular option, along with your other investments, will help you achieve your financial goals.

- The performance data quoted represents past performance. Past performance does not guarantee how the investment option will perform in the future. Your investment in these options will fluctuate and you could lose money. Current performance may be lower or higher than the performance data quoted.

- The cumulative effect of fees and expenses can substantially reduce the growth of your retirement savings. Visit the Department of Labor's website for an example showing the long-term effect of fees and expenses at www.dol.gov/ebsa/publications/401k_employee.html.

| Comparative Investment Chart - Table 1 Variable Options | | | | | | |
|---|---|---|---|---|---|---|
| **Name of Option (Inception Mo/Yr) Index(es)** | **Type of Option** | **Total Annual Operating Expenses G: Gross; N: Net** | | **Average Annual Total Return as of 12/31/2016** | | |
| | | **As %** | **Per $1000** | **1Yr.** | **5Yr.** | **10yr. or Since Inception** |

### Bonds

| | | | | | | |
|---|---|---|---|---|---|---|
| **PIMCO Low Duration Instl  (05/87)** | Short-Term Bonds | 0.51% G 0.46% N | $5.10 G $4.60 N | 1.91% | 1.90% | 3.55% |
| *Index: BofA ML 1-3 Year Govt/Corporate Index* | | | | *1.29%* | *0.98%* | *2.45%* |
| **PIMCO Total Return Instl  (05/87)** | Intermediate-Term Bonds | 0.47% G 0.46% N | $4.70 G $4.60 N | 2.60% | 3.21% | 5.62% |
| *Index: Barclays Aggregate Bond Index* | | | | *2.65%* | *2.23%* | *4.34%* |
| **Legg Mason BW Global Opps Bond I  (11/06)** | World/Foreign Bonds | 0.69% G 0.69% N | $6.90 G $6.90 N | 4.91% | 2.01% | 5.01% |
| *Index: Barclays Global Aggregate Index* | | | | *2.09%* | *0.21%* | *3.29%* |

### Stocks

| | | | | | | |
|---|---|---|---|---|---|---|
| **LSV Value Equity  (03/99)** | Large-Cap Value Stocks | 0.66% G 0.66% N | $6.60 G $6.60 N | 17.60% | 17.17% | 6.01% |
| *Index: Russell® 1000 Value Index* | | | | *17.34%* | *14.80%* | *5.72%* |

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

## Comparative Investment Chart - Table 1 Variable Options (continued)

| Name of Option (Inception Mo/Yr) Index(es) | Type of Option | Total Annual Operating Expenses G: Gross; N: Net | | Average Annual Total Return as of 12/31/2016 | | |
|---|---|---|---|---|---|---|
| | | As % | Per $1000 | 1Yr. | 5Yr. | 10yr. or Since Inception |

### Stocks

| | | | | | | |
|---|---|---|---|---|---|---|
| **Vanguard Institutional Index  (07/90)** | Large-Cap Blend Stocks | 0.04% G 0.04% N | $0.40 G $0.40 N | 11.93% | 14.63% | 6.95% |
| *Index: S&P 500 Index* | | | | *11.96%* | *14.66%* | *6.95%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |
| **Neuberger Berman Socially Resp Inst  (03/94)** | Large-Cap Growth Stocks | 0.68% G 0.68% N | $6.80 G $6.80 N | 10.31% | 13.40% | 6.83% |
| *Index: Russell® 1000 Growth Index* | | | | *7.08%* | *14.50%* | *8.33%* |
| **Wells Fargo Growth Inst  (02/00)** | Large-Cap Growth Stocks | 0.82% G 0.75% N | $8.20 G $7.50 N | -0.56% | 10.79% | 10.09% |
| *Index: Russell® 1000 Growth Index* | | | | *7.08%* | *14.50%* | *8.33%* |
| **JPMorgan Small Cap Value I  (01/95)** | Small-Cap Value Stocks | 1.19% G 1.00% N | $11.90 G $10.00 N | 30.14% | 15.58% | 7.36% |
| *Index: Russell® 2000 Value Index* | | | | *31.74%* | *15.07%* | *6.26%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |
| **ClearBridge Small Cap Growth  (07/98)** | Small-Cap Growth Stocks | 0.78% G 0.78% N | $7.80 G $7.80 N | 6.25% | 12.92% | 8.07% |
| *Index: Russell® 2000 Growth Index* | | | | *11.32%* | *13.74%* | *7.76%* |
| **Oppenheimer International Growth I  (03/96)** | World/Foreign Stocks | 0.70% G 0.70% N | $7.00 G $7.00 N | -1.88% | 7.79% | 3.38% |
| *Index: MSCI All-Country World Ex-US Index* | | | | *5.01%* | *5.48%* | *1.42%* |

### Multi-Asset/Other

| | | | | | | |
|---|---|---|---|---|---|---|
| **T. Rowe Price Retirement Balanced  (09/02)** | Balanced | 0.57% G 0.57% N | $5.70 G $5.70 N | 6.48% | 5.70% | 4.53% |
| *Index: Barclays Aggregate Bond Index* | | | | *2.65%* | *2.23%* | *4.34%* |
| *Index: S&P 500 Index* | | | | *11.96%* | *14.66%* | *6.95%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

| Comparative Investment Chart - Table 1 Variable Options (continued) | | | | | | |
|---|---|---|---|---|---|---|

| Name of Option (Inception Mo/Yr) Index(es) | Type of Option | Total Annual Operating Expenses G: Gross; N: Net | | Average Annual Total Return as of 12/31/2016 | | |
|---|---|---|---|---|---|---|
| | | As % | Per $1000 | 1Yr. | 5Yr. | 10yr. or Since Inception |

## Multi-Asset/Other

| **T. Rowe Price Retirement 2005  (02/04)** | Target Date | 0.60% G 0.60% N | $6.00 G $6.00 N | 6.72% | 6.27% | 4.71% |
| *Index: Barclays Aggregate Bond Index* | | | | *2.65%* | *2.23%* | *4.34%* |
| *Index: S&P 500 Index* | | | | *11.96%* | *14.66%* | *6.95%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

| **T. Rowe Price Retirement 2010  (09/02)** | Target Date | 0.59% G 0.59% N | $5.90 G $5.90 N | 7.11% | 7.03% | 4.76% |
| *Index: Barclays Aggregate Bond Index* | | | | *2.65%* | *2.23%* | *4.34%* |
| *Index: S&P 500 Index* | | | | *11.96%* | *14.66%* | *6.95%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

| **T. Rowe Price Retirement 2015  (02/04)** | Target Date | 0.62% G 0.62% N | $6.20 G $6.20 N | 7.31% | 8.06% | 5.04% |
| *Index: Barclays Aggregate Bond Index* | | | | *2.65%* | *2.23%* | *4.34%* |
| *Index: S&P 500 Index* | | | | *11.96%* | *14.66%* | *6.95%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

| **T. Rowe Price Retirement 2020  (09/02)** | Target Date | 0.66% G 0.66% N | $6.60 G $6.60 N | 7.41% | 8.96% | 5.19% |
| *Index: Barclays Aggregate Bond Index* | | | | *2.65%* | *2.23%* | *4.34%* |
| *Index: S&P 500 Index* | | | | *11.96%* | *14.66%* | *6.95%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

| **T. Rowe Price Retirement 2025  (02/04)** | Target Date | 0.69% G 0.69% N | $6.90 G $6.90 N | 7.55% | 9.75% | 5.32% |
| *Index: Barclays Aggregate Bond Index* | | | | *2.65%* | *2.23%* | *4.34%* |
| *Index: S&P 500 Index* | | | | *11.96%* | *14.66%* | *6.95%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

## Comparative Investment Chart - Table 1 Variable Options (continued)

| Name of Option (Inception Mo/Yr) Index(es) | Type of Option | Total Annual Operating Expenses G: Gross; N: Net | | Average Annual Total Return as of 12/31/2016 | | |
|---|---|---|---|---|---|---|
| | | As % | Per $1000 | 1Yr. | 5Yr. | 10yr. or Since Inception |

### Multi-Asset/Other

| **T. Rowe Price Retirement 2030  (09/02)** | Target Date | 0.72% G<br>0.72% N | $7.20 G<br>$7.20 N | 7.69% | 10.43% | 5.45% |
| *Index: Barclays Aggregate Bond Index* | | | | *2.65%* | *2.23%* | *4.34%* |
| *Index: S&P 500 Index* | | | | *11.96%* | *14.66%* | *6.95%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |

| **T. Rowe Price Retirement 2035  (02/04)** | Target Date | 0.74% G<br>0.74% N | $7.40 G<br>$7.40 N | 7.64% | 10.87% | 5.52% |
| *Index: Barclays Aggregate Bond Index* | | | | *2.65%* | *2.23%* | *4.34%* |
| *Index: S&P 500 Index* | | | | *11.96%* | *14.66%* | *6.95%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |

| **T. Rowe Price Retirement 2040  (09/02)** | Target Date | 0.76% G<br>0.76% N | $7.60 G<br>$7.60 N | 7.63% | 11.12% | 5.64% |
| *Index: Barclays Aggregate Bond Index* | | | | *2.65%* | *2.23%* | *4.34%* |
| *Index: S&P 500 Index* | | | | *11.96%* | *14.66%* | *6.95%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |

| **T. Rowe Price Retirement 2045  (05/05)** | Target Date | 0.76% G<br>0.76% N | $7.60 G<br>$7.60 N | 7.69% | 11.14% | 5.65% |
| *Index: Barclays Aggregate Bond Index* | | | | *2.65%* | *2.23%* | *4.34%* |
| *Index: S&P 500 Index* | | | | *11.96%* | *14.66%* | *6.95%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |

| **T. Rowe Price Retirement 2050  (12/06)** | Target Date | 0.76% G<br>0.76% N | $7.60 G<br>$7.60 N | 7.71% | 11.14% | 5.65% |
| *Index: Barclays Aggregate Bond Index* | | | | *2.65%* | *2.23%* | *4.34%* |
| *Index: S&P 500 Index* | | | | *11.96%* | *14.66%* | *6.95%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

| Comparative Investment Chart - Table 1 Variable Options (continued) | | | | | | |
|---|---|---|---|---|---|---|
| **Name of Option (Inception Mo/Yr) Index(es)** | **Type of Option** | **Total Annual Operating Expenses** G: Gross; N: Net | | **Average Annual Total Return as of 12/31/2016** | | |
| | | **As %** | **Per $1000** | **1Yr.** | **5Yr.** | **10yr. or Since Inception** |

## Multi-Asset/Other

| | | | | | | |
|---|---|---|---|---|---|---|
| **T. Rowe Price Retirement 2055  (12/06)** | Target Date | 0.76% G 0.76% N | $7.60 G $7.60 N | 7.73% | 11.14% | 5.64% |
| *Index: Barclays Aggregate Bond Index* | | | | *2.65%* | *2.23%* | *4.34%* |
| *Index: S&P 500 Index* | | | | *11.96%* | *14.66%* | *6.95%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

The following table focuses on investment options that have a fixed or stated rate of return and shows the annual rate of return, the term or length of time that you will earn this rate of return, and other information relevant to performance.  (If you are already an investor in such option, please note that personalized rates of return for certain investments are shown on your benefit statements.) The fixed interest rate is net of any expenses and an annual operating expense ratio is not separately shown.

| Comparative Investment Chart - Table 2 Fixed Options | | | |
|---|---|---|---|
| **Fund Name/ Type of Option** | **Return / Credited Rate** | **Term** | **Other** |
| TFLIC Guaranteed Pooled Fund Stable Value | 1.00% | 01/01/2017 - 12/31/2017 | The rate applies to new deposits/transfers received during the stated term, and the rate does not change during the term. The rate will never fall below a guaranteed minimum rate of 1.00%. Interest rate information is available at bhsf.trsretire.com and on your quarterly statement. |

**Shareholder Type Fees:** Amounts may not be transferred directly to competing options.  Amounts transferred out may not subsequently be transferred to a competing option for 90 days, but such amounts can be transferred back to this fund at any time.  Amounts withdrawn by participants before age 59 ½, due to in-service withdrawals, will be subject to a 5% charge.  Refer to Table 3 for additional restrictions that may be applicable due to Employer actions.  Amounts transferred to another fund may not be withdrawn as an in-service withdrawal before age 59 1/2 from such other fund for 90 days.

The following table focuses on the annuity and/or other guaranteed income options under the Plan. Annuities and/or other guaranteed income options are insurance contracts that allow you to receive a guaranteed stream of payments at regular intervals, usually beginning when you retire and lasting for your entire life. Such products are issued by insurance companies.  Unless otherwise stated, insurance products are made available under group annuity contracts issued by Transamerica Financial Life Insurance Company (TFLIC)*, 440 Mamaroneck Avenue, Harrison, New York 10528. Transamerica Retirement Solutions Corporation is affiliated with TFLIC. Guarantees of an insurance company are subject to its long-term financial strength and claims-paying ability.

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

## Comparative Investment Chart - Table 3 Annuity Options

| Name | Objectives/Goals | Pricing Factors | Withdrawal/Transfer Limitations/Fees |
|------|-----------------|-----------------|--------------------------------------|
| TFLIC Guaranteed Pooled Group Annuity Contract<br>TFLIC Guaranteed Pooled Fund | To provide a guaranteed stream of income for your life (or, if applicable, the joint lives of you and your surviving spouse or other designated beneficiary) or some other fixed period of time based on your accumulated plan savings allocated to the purchase of an annuity under this option. | The amount of the annuity benefit will be determined by (1) the amount applied to purchase the annuity, (2) the form of annuity elected, and (3) the non-participating single premium immediate group annuity purchase rates in effect on the Annuity Purchase Date. | Refer to Table 2 for additional limitations and fees that may be applicable to transfers and withdrawals. |

**Fees that Reduce Value (surrender charges, MVAs, admin. fees):** Withdrawals due to Employer actions may be subject to a 5% charge.

# EXHIBIT A-11



# Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan
**TT069362  00001**
**IMPORTANT INFORMATION REGARDING YOUR PLAN**

We want you to enjoy the many features and benefits of your retirement plan. We also want to make sure you understand your plan and investment fees. The enclosed report details the types and amounts of fees that may apply to your account, depending on which features and investments you choose.

The report is organized into multiple sections:

- **General Plan Information** offers an overview of your plan.
- **Potential General Administrative Fees and Expenses** may be charged against everyone's account in the plan to cover the day-to-day costs of operating the plan.
- **Potential Individual Fees and Expenses**  are associated with certain plan features or services and apply only to participants who use the particular features or services.
- **Investment Information** details each of the options available in your plan. This section features up to three tables, depending on what your plan offers. This may include investments with variable rates of return, such as mutual funds or those with fixed or stated rates of return, such as some stable value funds. Details include:
  - **Historical performance** for each variable option and its "benchmark," typically a broad market index used for comparison.
  - **Expenses**, including fund operating costs which are automatically deducted from your investment returns.  (The specific expenses that apply to you will depend on how your account is invested.)

You may receive this information electronically by signing up for *e-documents* at **bhsf.trsretire.com**.

Visit **bhsf.trsretire.com** to access the report and other related materials, including a glossary of terms. To access the participant fee disclosure document, visit **bhsf.trsretire.com**, and select "investments and associated fees" from the Funds and Fee Information heading. If you are not enrolled in the plan, enter the account number from the upper left-hand corner of this document and click "Submit." If you are already enrolled, enter your customer ID and password and click "Sign in."

In addition, your quarterly statement will show the specific fees that have been applied to your account (except any fund expenses netted directly from your investment returns) during the statement period.

If you have any questions, please sign in to your account at **bhsf.trsretire.com** and click on Help, or call us at **800-755-5801**.

**Si necesita aclaraciones en español, llame al número gratuito de Transamerica 1-800-755-5801 y diga "Español" para continuar en su idioma. Después de suministrar  su información, inmediatamente  diga "Servicio al cliente" y con mucho gusto uno de nuestros representantes contestará sus preguntas.**



# Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan

**TT069362  00001**

**IMPORTANT INFORMATION REGARDING YOUR PLAN**

Disclosure Chart as of June 1, 2018

Your plan offers a convenient way to save for retirement and provides unique features and benefits not available elsewhere. You have the opportunity to make the plan work harder for you by committing early to disciplined savings, taking full advantage of the tools and services available, maintaining a long-term investment strategy, and understanding the plan, including investment options and fees. This document is required to be sent to you to help you understand your retirement plan and will be updated annually and when certain types of changes are made. Although you should review this important information, no action is required on your part.

## General Plan Information

| | |
|---|---|
| How to Direct Your Investments | You decide how your account will be invested among the available investment options by calling 800-755-5801 or going to bhsf.trsretire.com. |
| Transfer and/or Investment Allocation Restrictions | There are no transfer restrictions imposed by the Plan. Please see Table 1 for transfer restrictions that may be imposed by the investment options. Investment Transfers to Schwab Personal Choice Retirement Account are limited to a maximum of 0% of your total balance.<br><br>You may change your investment allocation at any time.  No plan level allocation restrictions apply.<br><br>Investment Allocations for future contributions to the Personal Choice Retirement Account (PCRA) are not permitted.  A PCRA may be opened via a transfer from other investment options.  There is a $1,000 minimum to open an account and a $250 minimum for subsequent transfers into a PCRA. |
| Voting, tender and similar rights and restrictions on such rights | <u>Mutual Funds</u>—Plan participants shall have the right to exercise voting and tender rights attributable to mutual funds offered under the Plan. <u>Self Directed Brokerage Accounts</u>—Plan participants shall have the right to exercise voting and tender rights attributable to securities held in an outside brokerage window offered under the Plan. |
| List of Investment Alternatives | For the listing of the plan's investment alternatives, please see the Investment Information section. |
| Investment Manager for *Managed Advice* | Your plan offers the *Managed Advice*® service. The service provides you with an asset allocation mix of funds available within your plan. *Managed Advice* rebalances and reallocates your account over time as your circumstances change. Transamerica Retirement Advisors, LLC serves as the investment manager for the *Managed Advice* service. Additional terms and conditions apply to the service, and more detailed information, including Form ADV of the investment manager, is available at bhsf.trsretire.com by signing in to your account and selecting Managed Advice in the Manage section. In offering the *Managed Advice* service, Transamerica Retirement Advisors, LLC relies on the investment methodology developed by Morningstar Investment Management LLC as an independent financial expert. |
| Personal Choice Retirement Account (PCRA) Description | To supplement the investment funds offered under your plan, you may choose to open a Schwab Personal Choice Retirement Account® (PCRA). This is a self-directed brokerage account that allows you to direct the investment of your account in investment options other than those offered under the plan. By establishing a PCRA, you assume responsibility for controlling your investments. For more information on establishing and maintaining a PCRA, please call Transamerica at 800-755-5801. |

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362 00001**

## Potential General Administrative Fees and Expenses

| | |
|---|---|
| Administrative Fee — Per Account | When applicable, other general administrative fees for plan services (e.g., legal, accounting, auditing, recordkeeping) may from time to time be deducted as a fixed dollar amount from your account.<br><br>The actual amount deducted from your account, as well as a description of the services to which the fees relate will be reported on your quarterly benefit statements. |
| Administrative Fee — Pro Rata | The plan incurs general administrative fees for ongoing plan administrative services (e.g., recordkeeping) of up to 0.15% annually of assets held in the plan investment options. These fees are applied pro rata across some or all investment options held in your account. However, the administrative fees allocable to an investment option may be paid, in whole or in part, from revenue (e.g., 12b-1 fees, administrative fees) that Transamerica Retirement Solutions or its affiliates receive based upon the plan's investment options. Consequently, if revenue is received related to an investment option, you will pay less than 0.15% as administrative fees on your assets held in that investment option depending upon the amount of revenue received. (It is not possible to accurately determine in advance the amount of revenue that an investment option will generate or when it will change.) If the revenue from an investment option is not adequate to cover the administrative fees allocable to that investment option, the shortfall will be deducted from your account based on your assets held in that investment option. If the revenue from an investment option exceeds the administrative fees allocable to that investment option, the excess will be applied as a Plan Service Credit (see Plan Service Credit below) to your account. Please log into your account on-line to view the most current version of the fund and fee information chart.<br><br>When applicable, general administrative fees other than the charge above (e.g., legal, accounting and auditing), for administrative services, may from time to time be deducted on a pro rata basis across some or all investment options held in your account.<br><br>The actual amounts deducted from your account, as well as a description of the services to which the fees relate will be reported on your quarterly benefit statements. |
| Plan Service Credit | The plan service credit represents an expense refund for one or more of the investment funds offered by your plan. When applicable, a plan service credit is added to your account and lowers the effective annual expense ratios of the investment fund(s) for which a plan service credit applies. Any plan service credit will be reported on your quarterly benefit statements. |

## Potential Individual Fees and Expenses — applicable only to those using specific features or services

| | |
|---|---|
| Full Distribution Fee | A fee of $25.00 that is deducted from your account when you take a full distribution from your account when you terminate employment or retire. The fee is also applicable to the final distribution from a former participant's account who has taken unscheduled systematic withdrawals and for contract exchanges to another service provider. The fee is waived if the distribution is made due to death, disability, the purchase of an annuity through Transamerica, a direct rollover to a Transamerica IRA and any distribution from a beneficiary's account. The amount deducted from your account will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Distribution Processing Fee. |
| Hardship Withdrawal Fee | A fee of $25.00 that is deducted from your account when you take a hardship withdrawal from your account. The amount deducted from your account will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Distribution Processing Fee. |
| In-service Distribution Fee | A fee of $25.00 that is deducted from your account when you take an in-service distribution from your account and for a contract exchange to another service provider. The fee is waived for direct rollovers to a Transamerica IRA, Required Minimum Distributions and distributions made from a beneficiary's account. The amount deducted from your account will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Distribution Processing Fee. |
| Loan Maintenance Fee | You may borrow from the Plan, using your account as security (conditions and restrictions may apply). A quarterly loan maintenance fee of $6.25 is deducted from your account, except in the Plan quarter in which the loan is issued and paid off, when you take a loan from the Plan. The amount deducted from your account will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Loan Maintenance Fee. |

Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001

| Potential Individual Fees and Expenses — applicable only to those using specific features or services (continued) | |
|---|---|
| Loan Set-up Fee | You may borrow from the Plan using your account as security (conditions and restrictions may apply).  A set-up fee of $75.00 will be deducted from your account. The amount deducted from your account, as well as a description of the services to which the fee relates, will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Loan Set-up Fee. |
| Managed Advice Fee | An annual fee applies with respect to the Managed Advice service. The annual fee is 0.45% of your account balance invested under the Managed Advice service and is paid to Transamerica Retirement Advisors, LLC. The amount deducted from your account, as well as a description of the services to which the fee relates, will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Managed Advice Fee. |
| Overnight Check Fee | A fee of up to $50.00 will be deducted from your account in the event you request a check be sent overnight to you. The amount deducted from your account, as well as a description of the services to which the fee relates, will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Overnight Check Fee. |
| Personal Choice Retirement Account (PCRA) Fee | An annual fee of $50.00 will be withdrawn from your Transamerica account and will appear on your Transamerica statement when you choose to open a Schwab PCRA. This fee is expressed as a fixed dollar amount.<br><br>You may trade many funds with no loads and no transaction fees through Schwab's Mutual Fund OneSource® service. Certain funds in Schwab's Mutual Fund Marketplace are available with no transaction fees, but have 12b-1 fees in excess of .25% and therefore cannot be called "OneSource" funds. Commissions and transaction fees may apply to fund trades placed outside of Mutual Fund OneSource or trades on other investment vehicles available through Schwab. To learn about any fees associated with the purchase or sale of a particular investment before making a purchase or sell through your PCRA, access your account online at www.schwab.com or contact the Schwab PCRA Call Center at 888-393-PCRA(7272).  Schwab fees will appear on your separate PCRA statement directly from Schwab. |
| QDRO Fee | A fee of  up to $250.00 will be deducted from your account when your account is divided as a result of a Qualified Domestic Relations Order ("QDRO"). The amount deducted from your account will be reported on your quarterly benefit statement as a QDRO Fee. |
| Returned Check — Insufficient Funds | A fee of up to $50.00 will be deducted from your account in the event a check is returned for insufficient funds. The amount deducted from your account as well as a description of the services to which the fee relates will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Returned Check - Insufficient  Funds Fee. |
| Shareholder Type Fees | For applicable redemption fees, please see the Investment Information section. Changes in these fees are announced separately. The amount deducted from your account as well as a description of the services to which the fee relates will be reported on your quarterly benefit statement. |

## Investment Information

This information is provided to help you compare the investment options under your plan.  You may obtain, free of charge, a paper copy of your fee disclosure notice and other investment information posted at **bhsf.trsretire.com**, by contacting Transamerica at 800-755-5801 or by writing to 4333 Edgewood Road NE, Mail Drop 0001, Cedar Rapids, IA, 52499, Attention:  Fee Disclosure.  The information available includes each investment option's issuer, objectives, goals, principal strategies, principal risks, holdings, turnover rate, value and updated performance and expense information; as well as a glossary of terms, information about calculating benefits, available distribution options and (where appropriate) prospectuses and annual reports.

The following table focuses on investment options that have variable rates of return, and shows fee and expense information, as well as investment performance for each investment option and that of the appropriate benchmark, or index.  If your plan offers balanced, asset allocation or target retirement funds, which are comprised of a mix of stock and bond investments, you will see two broad-based benchmarks, a stock index and a bond index.  Because they are made through a retirement plan, your investments in these funds are not subject to front-end or back-end loads, which are a form of sales commission charged at the time of purchase or sale.  Please note the following:

F4

Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001

- The investment performance of each investment option is shown net of (or after) fees, while the benchmark or index investment performance is reported on a gross (before fees) basis. If the option has less than a ten year history, the investment performance of both the investment option and the index are shown since inception, with the inception date shown after the investment option name. Returns of less than one year are not annualized. Performance prior to the inception date of the share class (if any) is based on returns of an older share class, which have been adjusted for expenses.

- Total Annual Operating Expenses of an investment option are the expenses you pay each year, which reduce the rate of return you earn. In some cases, a fund may waive or reimburse certain expenses. If a fund has waived expenses in the past year, you will see a different gross (G) (before waivers) and net (N) (after waivers) expense ratio. So while an investor could have been charged as much as the gross expense rate in the past year, they will only have paid the net expense rate because of the waivers. Fund specific operating expense details are available at **bhsf.trsretire.com.**

- Shareholder-type fees, if any, are in addition to Total Annual Operating Expenses. Fees and expenses are only one of many factors to consider when you decide to invest in an investment option.

- You may also want to think about whether an investment in a particular option, along with your other investments, will help you achieve your financial goals.

- The performance data quoted represents past performance. Past performance does not guarantee how the investment option will perform in the future. Your investment in these options will fluctuate and you could lose money. Current performance may be lower or higher than the performance data quoted.

- The cumulative effect of fees and expenses can substantially reduce the growth of your retirement savings. Visit the Department of Labor's Web site for information on understanding your retirement plan fees at https://www.dol.gov/agencies/ebsa/about-ebsa/our-activities/resource-center/publications/understanding-your-retirement-plan-fees.

## Comparative Investment Chart - Table 1 Variable Options

| Name of Option (Inception Mo/Yr) Index(es) | Type of Option | Total Annual Operating Expenses G: Gross; N: Net | | Average Annual Total Return as of 12/31/2017 | | |
|---|---|---|---|---|---|---|
| | | As % | Per $1000 | 1Yr. | 5Yr. | 10yr. or Since Inception |

### Bonds

| Name of Option (Inception Mo/Yr) Index(es) | Type of Option | As % | Per $1000 | 1Yr. | 5Yr. | 10yr. or Since Inception |
|---|---|---|---|---|---|---|
| PIMCO Low Duration Instl  (05/87) | Short-Term Bonds | 0.53% G 0.46% N | $5.30 G $4.60 N | 1.84% | 1.06% | 2.95% |
| Index: BofA ML 1-3 Year Govt/Corporate Index | | | | 0.86% | 0.86% | 1.86% |
| PIMCO Total Return Instl  (05/87) | Intermediate-Term Bonds | 0.51% G 0.46% N | $5.10 G $4.60 N | 5.13% | 2.21% | 5.23% |
| Index: Bloomberg Barclays Aggregate Bond Index | | | | 3.54% | 2.10% | 4.01% |
| BrandywineGLOBAL Global Opportunities Bond I  (11/06) | World/Foreign Bonds | 0.71% G 0.71% N | $7.10 G $7.10 N | 12.72% | 1.93% | 5.27% |
| Index: Bloomberg Barclays Global Aggregate Index | | | | 7.39% | 0.79% | 3.09% |

### Stocks

| Name of Option (Inception Mo/Yr) Index(es) | Type of Option | As % | Per $1000 | 1Yr. | 5Yr. | 10yr. or Since Inception |
|---|---|---|---|---|---|---|
| LSV Value Equity  (03/99) | Large-Cap Value Stocks | 0.65% G 0.65% N | $6.50 G $6.50 N | 18.30% | 16.78% | 8.10% |
| Index: Russell® 1000 Value Index | | | | 13.66% | 14.04% | 7.10% |

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

## Comparative Investment Chart - Table 1 Variable Options (continued)

| Name of Option (Inception Mo/Yr) Index(es) | Type of Option | Total Annual Operating Expenses G: Gross; N: Net | | Average Annual Total Return as of 12/31/2017 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | As % | Per $1000 | 1Yr. | 5Yr. | 10yr. or Since Inception |

### Stocks

| Name of Option (Inception Mo/Yr) Index(es) | Type of Option | As % | Per $1000 | 1Yr. | 5Yr. | 10yr. or Since Inception |
| --- | --- | --- | --- | --- | --- | --- |
| **Vanguard Institutional Index  (07/90)** | Large-Cap Blend Stocks | 0.04% G 0.04% N | $0.35 G $0.35 N | 21.79% | 15.76% | 8.50% |
| *Index: S&P 500 Index* | | | | *21.83%* | *15.79%* | *8.50%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |
| **Neuberger Berman Sustainable Equity Instl  (03/94)** | Large-Cap Growth Stocks | 0.67% G 0.67% N | $6.70 G $6.70 N | 18.76% | 14.91% | 7.90% |
| *Index: Russell® 1000 Growth Index* | | | | *30.21%* | *17.33%* | *10.00%* |
| **Wells Fargo Growth Inst  (02/00)** | Large-Cap Growth Stocks | 0.84% G 0.75% N | $8.40 G $7.50 N | 35.14% | 14.01% | 10.67% |
| *Index: Russell® 1000 Growth Index* | | | | *30.21%* | *17.33%* | *10.00%* |
| **JPMorgan Small Cap Value I  (01/95)** | Small-Cap Value Stocks | 1.01% G 0.99% N | $10.10 G $9.90 N | 3.16% | 12.04% | 8.48% |
| *Index: Russell® 2000 Value Index* | | | | *7.84%* | *13.01%* | *8.17%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |
| **ClearBridge Small Cap Growth  (07/98)** | Small-Cap Growth Stocks | 0.79% G 0.79% N | $7.90 G $7.90 N | 25.47% | 14.03% | 9.54% |
| *Index: Russell® 2000 Growth Index* | | | | *22.17%* | *15.21%* | *9.19%* |
| **Oppenheimer International Growth I  (03/96)** | World/Foreign Stocks | 0.69% G 0.69% N | $6.90 G $6.90 N | 27.15% | 8.66% | 4.67% |
| *Index: MSCI All-Country World Ex-US Index* | | | | *27.77%* | *7.28%* | *2.31%* |

### Multi-Asset/Other

| Name of Option (Inception Mo/Yr) Index(es) | Type of Option | As % | Per $1000 | 1Yr. | 5Yr. | 10yr. or Since Inception |
| --- | --- | --- | --- | --- | --- | --- |
| **T. Rowe Price Retirement Balanced  (09/02)** | Balanced | 0.56% G 0.56% N | $5.60 G $5.60 N | 10.36% | 5.76% | 4.94% |
| *Index: Bloomberg Barclays Aggregate Bond Index* | | | | *3.54%* | *2.10%* | *4.01%* |
| *Index: S&P 500 Index* | | | | *21.83%* | *15.79%* | *8.50%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

| Comparative Investment Chart - Table 1 Variable Options (continued) | | | | | | |
|---|---|---|---|---|---|---|

| Name of Option (Inception Mo/Yr) Index(es) | Type of Option | Total Annual Operating Expenses G: Gross; N: Net | | Average Annual Total Return as of 12/31/2017 | | |
|---|---|---|---|---|---|---|
| | | As % | Per $1000 | 1Yr. | 5Yr. | 10yr. or Since Inception |

### Multi-Asset/Other

| | | | | | | |
|---|---|---|---|---|---|---|
| **T. Rowe Price Retirement 2005  (02/04)** | Target Date | 0.58% G<br>0.58% N | $5.80 G<br>$5.80 N | 10.67% | 6.14% | 5.09% |
| *Index: Bloomberg  Barclays Aggregate Bond Index* | | | | *3.54%* | *2.10%* | *4.01%* |
| *Index: S&P 500 Index* | | | | *21.83%* | *15.79%* | *8.50%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |
| **T. Rowe Price Retirement 2010  (09/02)** | Target Date | 0.57% G<br>0.57% N | $5.70 G<br>$5.70 N | 11.66% | 6.88% | 5.24% |
| *Index: Bloomberg  Barclays Aggregate Bond Index* | | | | *3.54%* | *2.10%* | *4.01%* |
| *Index: S&P 500 Index* | | | | *21.83%* | *15.79%* | *8.50%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |
| **T. Rowe Price Retirement 2015  (02/04)** | Target Date | 0.59% G<br>0.59% N | $5.90 G<br>$5.90 N | 13.34% | 7.97% | 5.67% |
| *Index: Bloomberg Barclays Aggregate Bond Index* | | | | *3.54%* | *2.10%* | *4.01%* |
| *Index: S&P 500 Index* | | | | *21.83%* | *15.79%* | *8.50%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |
| **T. Rowe Price Retirement 2020  (09/02)** | Target Date | 0.63% G<br>0.63% N | $6.30 G<br>$6.30 N | 15.74% | 9.09% | 6.04% |
| *Index: Bloomberg  Barclays Aggregate Bond Index* | | | | *3.54%* | *2.10%* | *4.01%* |
| *Index: S&P 500 Index* | | | | *21.83%* | *15.79%* | *8.50%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |
| **T. Rowe Price Retirement 2025  (02/04)** | Target Date | 0.67% G<br>0.67% N | $6.70 G<br>$6.70 N | 17.68% | 10.06% | 6.34% |
| *Index: Bloomberg  Barclays Aggregate Bond Index* | | | | *3.54%* | *2.10%* | *4.01%* |
| *Index: S&P 500 Index* | | | | *21.83%* | *15.79%* | *8.50%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

## Comparative Investment Chart - Table 1 Variable Options (continued)

| Name of Option (Inception Mo/Yr) Index(es) | Type of Option | Total Annual Operating Expenses G: Gross; N: Net | | Average Annual Total Return as of 12/31/2017 | | |
|---|---|---|---|---|---|---|
| | | As % | Per $1000 | 1Yr. | 5Yr. | 10yr. or Since Inception |

### Multi-Asset/Other

| | | | | | | |
|---|---|---|---|---|---|---|
| **T. Rowe Price Retirement 2030  (09/02)** | Target Date | 0.69% G<br>0.69% N | $6.90 G<br>$6.90 N | 19.45% | 10.92% | 6.63% |
| *Index: Bloomberg  Barclays Aggregate Bond Index* | | | | *3.54%* | *2.10%* | *4.01%* |
| *Index: S&P 500 Index* | | | | *21.83%* | *15.79%* | *8.50%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |
| **T. Rowe Price Retirement 2035  (02/04)** | Target Date | 0.72% G<br>0.72% N | $7.20 G<br>$7.20 N | 20.88% | 11.53% | 6.83% |
| *Index: Bloomberg  Barclays Aggregate Bond Index* | | | | *3.54%* | *2.10%* | *4.01%* |
| *Index: S&P 500 Index* | | | | *21.83%* | *15.79%* | *8.50%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |
| **T. Rowe Price Retirement 2040  (09/02)** | Target Date | 0.74% G<br>0.74% N | $7.40 G<br>$7.40 N | 22.02% | 11.96% | 7.06% |
| *Index: Bloomberg  Barclays Aggregate Bond Index* | | | | *3.54%* | *2.10%* | *4.01%* |
| *Index: S&P 500 Index* | | | | *21.83%* | *15.79%* | *8.50%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |
| **T. Rowe Price Retirement 2045  (05/05)** | Target Date | 0.74% G<br>0.74% N | $7.40 G<br>$7.40 N | 22.41% | 12.03% | 7.10% |
| *Index: Bloomberg  Barclays Aggregate Bond Index* | | | | *3.54%* | *2.10%* | *4.01%* |
| *Index: S&P 500 Index* | | | | *21.83%* | *15.79%* | *8.50%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |
| **T. Rowe Price Retirement 2050  (12/06)** | Target Date | 0.74% G<br>0.74% N | $7.40 G<br>$7.40 N | 22.38% | 12.04% | 7.10% |
| *Index: Bloomberg  Barclays Aggregate Bond Index* | | | | *3.54%* | *2.10%* | *4.01%* |
| *Index: S&P 500 Index* | | | | *21.83%* | *15.79%* | *8.50%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

## Comparative Investment Chart - Table 1 Variable Options (continued)

| Name of Option (Inception Mo/Yr) Index(es) | Type of Option | Total Annual Operating Expenses G: Gross; N: Net | | Average Annual Total Return as of 12/31/2017 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | As % | Per $1000 | 1Yr. | 5Yr. | 10yr. or Since Inception |

### Multi-Asset/Other

| Name of Option (Inception Mo/Yr) Index(es) | Type of Option | As % | Per $1000 | 1Yr. | 5Yr. | 10yr. or Since Inception |
| --- | --- | --- | --- | --- | --- | --- |
| **T. Rowe Price Retirement 2055  (12/06)** | Target Date | 0.74% G 0.74% N | $7.40 G $7.40 N | 22.33% | 12.02% | 7.08% |
| *Index: Bloomberg Barclays Aggregate Bond Index* | | | | *3.54%* | *2.10%* | *4.01%* |
| *Index: S&P 500 Index* | | | | *21.83%* | *15.79%* | *8.50%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

The following table focuses on investment options that have a fixed or stated rate of return and shows the annual rate of return, the term or length of time that you will earn this rate of return, and other information relevant to performance.  (If you are already an investor in such option, please note that personalized rates of return for certain investments are shown on your benefit statements.) The fixed interest rate is net of any expenses and an annual operating expense ratio is not separately shown.

## Comparative Investment Chart - Table 2 Fixed Options

| Fund Name/ Type of Option | Return / Credited Rate | Term | Other |
| --- | --- | --- | --- |
| TFLIC Guaranteed Pooled Fund Stable Value | 1.25% | 01/01/2018 - 12/31/2018 | The rate applies to new deposits/transfers received during the stated term, and the rate does not change during the term. The rate will never fall below a guaranteed minimum rate of 1.00%. Interest rate information is available at bhsf.trsretire.com and on your quarterly statement. |

**Shareholder Type Fees:** Amounts may not be transferred directly to competing options.  Amounts transferred out may not subsequently be transferred to a competing option for 90 days, but such amounts can be transferred back to this fund at any time.  Amounts withdrawn by participants before age 59 ½, due to in-service withdrawals, will be subject to a 5% charge.  Refer to Table 3 for additional restrictions that may be applicable due to Employer actions.  Amounts transferred to another fund may not be withdrawn as an in-service withdrawal before age 59 1/2 from such other fund for 90 days.

The following table focuses on the annuity and/or other guaranteed income options under the Plan. Annuities and/or other guaranteed income options are insurance contracts that allow you to receive a guaranteed stream of payments at regular intervals, usually beginning when you retire and lasting for your entire life. Such products are issued by insurance companies.  Unless otherwise stated, insurance products are made available under group annuity contracts issued by Transamerica Financial Life Insurance Company (TFLIC)*, 440 Mamaroneck Avenue, Harrison, New York 10528. Transamerica Retirement Solutions Corporation is affiliated with TFLIC. Guarantees of an insurance company are subject to its long-term financial strength and claims-paying ability.

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

## Comparative Investment Chart - Table 3 Annuity Options

| Name | Objectives/Goals | Pricing Factors | Withdrawal/Transfer Limitations/Fees |
|---|---|---|---|
| TFLIC Guaranteed Pooled Group Annuity Contract<br>TFLIC Guaranteed Pooled Fund | To provide a guaranteed stream of income for your life (or, if applicable, the joint lives of you and your surviving spouse or other designated beneficiary) or some other fixed period of time based on your accumulated plan savings allocated to the purchase of an annuity under this option. | The amount of the annuity benefit will be determined by (1) the amount applied to purchase the annuity, (2) the form of annuity elected, and (3) the non-participating single premium immediate group annuity purchase rates in effect on the Annuity Purchase Date. | Refer to Table 2 for additional limitations and fees that may be applicable to transfers and withdrawals. |

**Fees that Reduce Value (surrender charges, MVAs, admin. fees):** Withdrawals due to Employer actions may be subject to a 5% charge.

# EXHIBIT A-12


Baptist Health South Florida

# Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan

**TT069362  00001**

**IMPORTANT INFORMATION REGARDING YOUR PLAN**

We want you to enjoy the many features and benefits of your retirement plan. We also want to make sure you understand your plan and investment fees. The enclosed report details the types and amounts of fees that may apply to your account, depending on which features and investments you choose.

The report is organized into multiple sections:

- **General Plan Information** offers an overview of your plan.
- **Potential General Administrative Fees and Expenses** may be charged against everyone's account in the plan to cover the day-to-day costs of operating the plan.
- **Potential Individual Fees and Expenses**  are associated with certain plan features or services and apply only to participants who use the particular features or services.
- **Investment Information** details each of the options available in your plan. This section features up to three tables, depending on what your plan offers. This may include investments with variable rates of return, such as mutual funds or those with fixed or stated rates of return, such as some stable value funds. Details include:
  - **Historical performance** for each variable option and its "benchmark," typically a broad market index used for comparison.
  - **Expenses**, including fund operating costs which are automatically deducted from your investment returns.  (The specific expenses that apply to you will depend on how your account is invested.)

You may receive this information electronically by signing up for *e-documents* at **bhsf.trsretire.com**.

Visit **bhsf.trsretire.com** to access the report and other related materials, including a glossary of terms. To access the participant fee disclosure document, visit **bhsf.trsretire.com**, and select "investments and associated fees" from the Funds and Fee Information heading. If you are not enrolled in the plan, enter the account number from the upper left-hand corner of this document and click "Submit." If you are already enrolled, enter your customer ID and password and click "Sign in."

In addition, your quarterly statement will show the specific fees that have been applied to your account (except any fund expenses netted directly from your investment returns) during the statement period.

If you have any questions, please sign in to your account at **bhsf.trsretire.com** and click on Help, or call us at **800-755-5801**.

**Si necesita aclaraciones en español, llame al número gratuito de Transamerica 1-800-755-5801 y diga "Español" para continuar en su idioma. Después de suministrar  su información, inmediatamente  diga "Servicio al cliente" y con mucho gusto uno de nuestros representantes contestará sus preguntas.**



# Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan

**TT069362  00001**

**IMPORTANT INFORMATION REGARDING YOUR PLAN**

Disclosure Chart as of June 1, 2019

Your plan offers a convenient way to save for retirement and provides unique features and benefits not available elsewhere. You have the opportunity to make the plan work harder for you by committing early to disciplined savings, taking full advantage of the tools and services available, maintaining a long-term investment strategy, and understanding the plan, including investment options and fees. This document is required to be sent to you to help you understand your retirement plan and will be updated annually and when certain types of changes are made. Although you should review this important information, no action is required on your part.

## General Plan Information

| | |
|---|---|
| How to Direct Your Investments | You decide how your account will be invested among the available investment options by calling 800-755-5801 or going to bhsf.trsretire.com. |
| Transfer and/or Investment Allocation Restrictions | There are no transfer restrictions imposed by the Plan. Please see Table 1 for transfer restrictions that may be imposed by the investment options. Investment Transfers to Schwab Personal Choice Retirement Account are limited to a maximum of 0% of your total balance.<br><br>You may change your investment allocation at any time.  No plan level allocation restrictions apply.<br><br>Investment Allocations for future contributions to the Personal Choice Retirement Account (PCRA) are not permitted.  A PCRA may be opened via a transfer from other investment options.  There is a $1,000 minimum to open an account and a $250 minimum for subsequent transfers into a PCRA. |
| Voting, tender and similar rights and restrictions on such rights | <u>Mutual Funds</u>—Plan participants shall have the right to exercise voting and tender rights attributable to mutual funds offered under the Plan. <u>Self Directed Brokerage Accounts</u>—Plan participants shall have the right to exercise voting and tender rights attributable to securities held in an outside brokerage window offered under the Plan. |
| List of Investment Alternatives | For the listing of the plan's investment alternatives, please see the Investment Information section. |
| Investment Manager for *Managed Advice* | Your plan offers the *Managed Advice*® service. The service provides you with an asset allocation mix of funds available within your plan. *Managed Advice* rebalances and reallocates your account over time as your circumstances change. Transamerica Retirement Advisors, LLC serves as the investment manager for the *Managed Advice* service. Additional terms and conditions apply to the service, and more detailed information, including Form ADV of the investment manager, is available at bhsf.trsretire.com by signing in to your account and selecting Managed Advice in the Manage section. In offering the *Managed Advice* service, Transamerica Retirement Advisors, LLC relies on the investment methodology developed by Morningstar Investment Management LLC as an independent financial expert. |
| Personal Choice Retirement Account (PCRA) Description | To supplement the investment funds offered under your plan, you may choose to open a Schwab Personal Choice Retirement Account® (PCRA). This is a self-directed brokerage account that allows you to direct the investment of your account in investment options other than those offered under the plan. By establishing a PCRA, you assume responsibility for controlling your investments. For more information on establishing and maintaining a PCRA, please call Transamerica at 800-755-5801. |

Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001

## Potential General Administrative Fees and Expenses

| | |
|---|---|
| Administrative Fee — Per Account | When applicable, other general administrative fees for plan services (e.g., legal, accounting, auditing, recordkeeping) may from time to time be deducted as a fixed dollar amount from your account.<br><br>The actual amount deducted from your account, as well as a description of the services to which the fees relate will be reported on your quarterly benefit statements. |
| Administrative Fee — Pro Rata | The plan incurs general administrative fees for ongoing plan administrative services (e.g., recordkeeping) of up to 0.10% annually of assets held in the plan investment options.  These fees are applied pro rata across some or all investment options held in your account.  However, the administrative fees allocable to an investment option may be paid, in whole or in part, from revenue (e.g., 12b-1 fees, administrative fees) that Transamerica Retirement Solutions or its affiliates receive based upon the plan's investment options. Consequently, if revenue is received related to an investment option, you will pay less than 0.10% as administrative fees on your assets held in that investment option depending upon the amount of revenue received.  (It is not possible to accurately determine in advance the amount of revenue that an investment option will generate or when it will change.)   If the revenue from an investment option is not adequate to cover the administrative fees allocable to that investment option, the shortfall will be deducted from your account based on your assets held in that investment option.   If the revenue from an investment option exceeds the administrative fees allocable to that investment option, the excess will be applied as a Plan Service Credit (see Plan Service Credit below) to your account.  Please log into your account on-line to view the most current version of the fund and fee information chart.<br><br>When applicable,  general administrative fees other than the charge above (e.g., legal, accounting and auditing), for administrative services, may from time to time  be deducted on a pro rata basis across some or all investment options held in your account.<br><br>The actual amounts deducted from your account, as well as a description of the services to which the fees relate will be reported on your quarterly benefit statements. |
| Plan Service Credit | The plan service credit represents an expense refund for one or more of the investment funds offered by your plan.  When applicable, a plan service credit is added to your account and lowers the effective annual expense ratios of the investment fund(s) for which a plan service credit applies.  Any plan service credit will be reported on your quarterly benefit statements. |

## Potential Individual Fees and Expenses — applicable only to those using specific features or services

| | |
|---|---|
| Full Distribution Fee | A fee of $25.00 that is deducted from your account when you take a full distribution from your account when you terminate employment or retire. The fee is also applicable to the final distribution from a former participant's account who has taken unscheduled systematic withdrawals and for contract exchanges to another service provider. The fee is waived if the distribution is made due to death, disability, the purchase of an annuity through Transamerica, a direct rollover to a Transamerica IRA  and any distribution from a beneficiary's account. The amount deducted from your account will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Distribution Processing Fee. |
| Hardship Withdrawal Fee | A fee of $25.00 that is deducted from your account when you take a hardship withdrawal from your account. The amount deducted from your account will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Distribution Processing Fee. |
| In-service Distribution Fee | A fee of $25.00 that is deducted from your account when you take an in-service distribution from your account and for a contract exchange to another service provider. The fee is waived for direct rollovers to a Transamerica IRA, Required Minimum Distributions and distributions made from a beneficiary's account. The amount deducted from your account will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Distribution Processing Fee. |
| Loan Maintenance Fee | You may borrow from the Plan, using your account as security (conditions and restrictions may apply). A quarterly loan maintenance fee of $6.25 is deducted  from your account, except in the Plan quarter in which the loan is issued and paid off, when you take a loan from the Plan. The amount deducted from your account will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Loan Maintenance Fee. |

Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001

| Potential Individual Fees and Expenses — applicable only to those using specific features or services (continued) | |
|---|---|
| Loan Set-up Fee | You may borrow from the Plan using your account as security (conditions and restrictions may apply).  A set-up fee of $75.00 will be deducted from your account. The amount deducted from your account, as well as a description of the services to which the fee relates, will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Loan Set-up Fee. |
| *Managed Advice* Fee | An annual fee applies with respect to the *Managed Advice* service. The annual fee is 0.45% of your account balance invested under the *Managed Advice* service and is paid to Transamerica Retirement Advisors, LLC. The amount deducted from your account, as well as a description of the services to which the fee relates, will be reported on your quarterly benefit statement. The fee and the related service will be identified as a *Managed Advice* Fee. |
| Overnight Check Fee | A fee of up to $50.00 will be deducted from your account in the event you request a check be sent overnight to you. The amount deducted from your account, as well as a description of the services to which the fee relates, will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Overnight Check Fee. |
| Personal Choice Retirement Account (PCRA) Fee | An annual fee of $50.00 will be withdrawn from your Transamerica account and will appear on your Transamerica statement when you choose to open a Schwab PCRA. This fee is expressed as a fixed dollar amount.

You may trade many funds with no loads and no transaction fees through Schwab's Mutual Fund OneSource® service. Certain funds in Schwab's Mutual Fund Marketplace are available with no transaction fees, but have 12b-1 fees in excess of .25% and therefore cannot be called "OneSource" funds. Commissions and transaction fees may apply to fund trades placed outside of Mutual Fund OneSource or trades on other investment vehicles available through Schwab. To learn about any fees associated with the purchase or sale of a particular investment before making a purchase or sell through your PCRA, access your account online at www.schwab.com or contact the Schwab PCRA Call Center at 888-393-PCRA(7272).  Schwab fees will appear on your separate PCRA statement directly from Schwab. |
| QDRO Fee | A fee of  up to $250.00 will be deducted from your account when your account is divided as a result of a Qualified Domestic Relations Order ("QDRO"). The amount deducted from your account will be reported on your quarterly benefit statement as a QDRO Fee. |
| Returned Check — Insufficient Funds | A fee of up to $50.00 will be deducted from your account in the event a check is returned for insufficient funds. The amount deducted from your account as well as a description of the services to which the fee relates will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Returned Check - Insufficient  Funds Fee. |
| Shareholder Type Fees | For applicable redemption fees, please see the Investment Information section. Changes in these fees are announced separately. The amount deducted from your account as well as a description of the services to which the fee relates will be reported on your quarterly benefit statement. |

## Investment Information

This information is provided to help you compare the investment options under your plan.  You may obtain, free of charge, a paper copy of your fee disclosure notice and other investment information posted at **bhsf.trsretire.com**, by contacting Transamerica at 800-755-5801 or by writing to 4333 Edgewood Road NE, Mail Drop 0001, Cedar Rapids, IA, 52499, Attention:  Fee Disclosure.  The information available includes each investment option's issuer, objectives, goals, principal strategies, principal risks, holdings, turnover rate, value and updated performance and expense information; as well as a glossary of terms, information about calculating benefits, available distribution options and (where appropriate) prospectuses and annual reports.

The following table focuses on investment options that have variable rates of return, and shows fee and expense information, as well as investment performance for each investment option and that of the appropriate benchmark, or index.  If your plan offers balanced, asset allocation or target retirement funds, which are comprised of a mix of stock and bond investments, you will see two broad-based benchmarks, a stock index and a bond index.  Because they are made through a retirement plan, your investments in these funds are not subject to front-end or back-end loads, which are a form of sales commission charged at the time of purchase or sale.  Please note the following:

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

- The investment performance of each investment option is shown net of (or after) fees, while the benchmark or index investment performance is reported on a gross (before fees) basis. If the option has less than a ten year history, the investment performance of both the investment option and the index are shown since inception, with the inception date shown after the investment option name. Returns of less than one year are not annualized. Performance prior to the inception date of the share class (if any) is based on returns of an older share class, which have been adjusted for expenses.

- Total Annual Operating Expenses of an investment option are the expenses you pay each year, which reduce the rate of return you earn. In some cases, a fund may waive or reimburse certain expenses.  If a fund has waived expenses in the past year, you will see a different gross (G) (before waivers) and net (N) (after waivers) expense ratio.  So while an investor could have been charged as much as the gross expense rate in the past year, they will only have paid the net expense rate because of the waivers.  Fund specific operating expense details are available at **bhsf.trsretire.com.**

- Shareholder-type fees, if any, are in addition to Total Annual Operating Expenses. Fees and expenses are only one of many factors to consider when you decide to invest in an investment option.

- You may also want to think about whether an investment in a particular option, along with your other investments, will help you achieve your financial goals.

- The performance data quoted represents past performance. Past performance does not guarantee how the investment option will perform in the future. Your investment in these options will fluctuate and you could lose money. Current performance may be lower or higher than the performance data quoted.

- The cumulative effect of fees and expenses can substantially reduce the growth of your retirement savings. Visit the Department of Labor's website for information on understanding your retirement plan fees at https://www.dol.gov/agencies/ebsa/about-ebsa/our-activities/resource-center/publications/understanding-your-retirement-plan-fees.

## Comparative Investment Chart - Table 1 Variable Options

| Name of Option (Inception Mo/Yr) Index(es) | Type of Option | Total Annual Operating Expenses G: Gross; N: Net | | Average Annual Total Return as of 12/31/2018 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | As % | Per $1000 | 1Yr. | 5Yr. | 10yr. or Since Inception |

### Bonds

| Name of Option (Inception Mo/Yr) Index(es) | Type of Option | As % | Per $1000 | 1Yr. | 5Yr. | 10yr. or Since Inception |
| --- | --- | --- | --- | --- | --- | --- |
| **Vanguard Federal Money Market Investor  (07/81)** | Cash Equivalent/Money Market | 0.11% G 0.11% N | $1.10 G $1.10 N | 1.78% | 0.59% | 0.34% |
| *Index: BofA ML 91 day T bill Index* | | | | *1.87%* | *0.63%* | *0.37%* |
| **PIMCO Low Duration Instl  (05/87)** | Short-Term Bonds | 0.46% G 0.46% N | $4.60 G $4.60 N | 0.51% | 1.14% | 3.13% |
| *Index: BofA ML 1-3 Year Govt/Corporate  Index* | | | | *1.63%* | *1.04%* | *1.56%* |
| **PIMCO Total Return Instl  (05/87)** | Intermediate-Term Bonds | 0.55% G 0.55% N | $5.50 G $5.50 N | -0.26% | 2.56% | 4.71% |
| *Index: Bloomberg  Barclays Aggregate Bond Index* | | | | *0.01%* | *2.52%* | *3.48%* |
| **BrandywineGLOBAL Global Opportunities Bond I  (11/06)** | World/Foreign Bonds | 0.69% G 0.69% N | $6.90 G $6.90 N | -4.99% | 1.73% | 5.72% |
| *Index: Bloomberg  Barclays Global Aggregate Index* | | | | *-1.20%* | *1.08%* | *2.49%* |

Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362 00001

| Comparative Investment Chart - Table 1 Variable Options (continued) | | | | | | |
|---|---|---|---|---|---|---|
| Name of Option (Inception Mo/Yr) Index(es) | Type of Option | Total Annual Operating Expenses G: Gross; N: Net | | Average Annual Total Return as of 12/31/2018 | | |
| | | As % | Per $1000 | 1Yr. | 5Yr. | 10yr. or Since Inception |

## Stocks

| | | | | | | |
|---|---|---|---|---|---|---|
| **LSV Value Equity  (03/99)** | Large-Cap Value Stocks | 0.64% G 0.64% N | $6.40 G $6.40 N | -14.57% | 5.36% | 11.85% |
| *Index: Russell® 1000 Value Index* | | | | *-8.27%* | *5.95%* | *11.18%* |
| **Vanguard Institutional Index  (07/90)** | Large-Cap Blend Stocks | 0.04% G 0.04% N | $0.35 G $0.35 N | -4.42% | 8.46% | 13.11% |
| *Index: S&P 500 Index* | | | | *-4.38%* | *8.49%* | *13.12%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Neuberger Berman Sustainable Equity Instl  (03/94)** | Large-Cap Growth Stocks | 0.67% G 0.67% N | $6.70 G $6.70 N | -5.63% | 6.43% | 12.65% |
| *Index: Russell® 1000 Growth Index* | | | | *-1.51%* | *10.40%* | *15.29%* |
| **Wells Fargo Growth Inst  (02/00)** | Large-Cap Growth Stocks | 0.85% G 0.75% N | $8.50 G $7.50 N | 0.55% | 7.69% | 16.55% |
| *Index: Russell® 1000 Growth Index* | | | | *-1.51%* | *10.40%* | *15.29%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

| | | | | | | |
|---|---|---|---|---|---|---|
| **JPMorgan Small Cap Value I  (01/95)** | Small-Cap Value Stocks | 1.01% G 0.99% N | $10.10 G $9.90 N | -14.04% | 2.15% | 10.69% |
| *Index: Russell® 2000 Value Index* | | | | *-12.86%* | *3.61%* | *10.40%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

| | | | | | | |
|---|---|---|---|---|---|---|
| **ClearBridge Small Cap Growth  (07/98)** | Small-Cap Growth Stocks | 0.78% G 0.78% N | $7.80 G $7.80 N | 4.58% | 6.71% | 15.93% |
| *Index: Russell® 2000 Growth Index* | | | | *-9.31%* | *5.13%* | *13.52%* |
| **Oppenheimer International Growth I  (03/96)** | World/Foreign Stocks | 0.69% G 0.69% N | $6.90 G $6.90 N | -19.22% | -0.54% | 8.10% |
| *Index: MSCI All-Country World Ex-US Index* | | | | *-13.78%* | *1.14%* | *7.06%* |

## Multi-Asset/Other

| | | | | | | |
|---|---|---|---|---|---|---|
| **T. Rowe Price Retirement Balanced  (09/02)** | Balanced | 0.52% G 0.52% N | $5.20 G $5.20 N | -3.30% | 3.22% | 6.74% |
| *Index: Bloomberg Barclays Aggregate Bond Index* | | | | *0.01%* | *2.52%* | *3.48%* |
| *Index: S&P 500 Index* | | | | *-4.38%* | *8.49%* | *13.12%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

| Comparative Investment Chart - Table 1 Variable Options (continued) | | | | | | |
|---|---|---|---|---|---|---|
| **Name of Option (Inception Mo/Yr) Index(es)** | **Type of Option** | **Total Annual Operating Expenses**<br>**G: Gross; N: Net** | | **Average Annual Total Return**<br>**as of 12/31/2018** | | |
| | | **As %** | **Per $1000** | **1Yr.** | **5Yr.** | **10yr. or Since Inception** |

### Multi-Asset/Other

| | | | | | | |
|---|---|---|---|---|---|---|
| **T. Rowe Price Retirement 2005  (02/04)** | Target Date | 0.54% G<br>0.54% N | $5.40 G<br>$5.40 N | -3.26% | 3.50% | 7.41% |
| *Index: Bloomberg Barclays Aggregate Bond Index* | | | | *0.01%* | *2.52%* | *3.48%* |
| *Index: S&P 500 Index* | | | | *-4.38%* | *8.49%* | *13.12%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |
| **T. Rowe Price Retirement 2010  (09/02)** | Target Date | 0.54% G<br>0.54% N | $5.40 G<br>$5.40 N | -3.61% | 3.73% | 8.16% |
| *Index: Bloomberg Barclays Aggregate Bond Index* | | | | *0.01%* | *2.52%* | *3.48%* |
| *Index: S&P 500 Index* | | | | *-4.38%* | *8.49%* | *13.12%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |
| **T. Rowe Price Retirement 2015  (02/04)** | Target Date | 0.57% G<br>0.57% N | $5.70 G<br>$5.70 N | -4.17% | 4.08% | 9.08% |
| *Index: Bloomberg Barclays Aggregate Bond Index* | | | | *0.01%* | *2.52%* | *3.48%* |
| *Index: S&P 500 Index* | | | | *-4.38%* | *8.49%* | *13.12%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |
| **T. Rowe Price Retirement 2020  (09/02)** | Target Date | 0.61% G<br>0.61% N | $6.10 G<br>$6.10 N | -4.94% | 4.47% | 9.90% |
| *Index: Bloomberg Barclays Aggregate Bond Index* | | | | *0.01%* | *2.52%* | *3.48%* |
| *Index: S&P 500 Index* | | | | *-4.38%* | *8.49%* | *13.12%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |
| **T. Rowe Price Retirement 2025  (02/04)** | Target Date | 0.64% G<br>0.64% N | $6.40 G<br>$6.40 N | -5.62% | 4.77% | 10.54% |
| *Index: Bloomberg Barclays Aggregate Bond Index* | | | | *0.01%* | *2.52%* | *3.48%* |
| *Index: S&P 500 Index* | | | | *-4.38%* | *8.49%* | *13.12%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

## Comparative Investment Chart - Table 1 Variable Options (continued)

| Name of Option (Inception Mo/Yr) Index(es) | Type of Option | Total Annual Operating Expenses G: Gross; N: Net | | Average Annual Total Return as of 12/31/2018 | | |
|---|---|---|---|---|---|---|
| | | As % | Per $1000 | 1Yr. | 5Yr. | 10yr. or Since Inception |

### Multi-Asset/Other

| | | | | | | |
|---|---|---|---|---|---|---|
| **T. Rowe Price Retirement 2030  (09/02)** | Target Date | 0.67% G 0.67% N | $6.70 G $6.70 N | -6.28% | 5.03% | 11.09% |
| *Index: Bloomberg  Barclays Aggregate Bond Index* | | | | *0.01%* | *2.52%* | *3.48%* |
| *Index: S&P 500 Index* | | | | *-4.38%* | *8.49%* | *13.12%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |
| **T. Rowe Price Retirement 2035  (02/04)** | Target Date | 0.70% G 0.70% N | $7.00 G $7.00 N | -6.87% | 5.18% | 11.43% |
| *Index: Bloomberg  Barclays Aggregate Bond Index* | | | | *0.01%* | *2.52%* | *3.48%* |
| *Index: S&P 500 Index* | | | | *-4.38%* | *8.49%* | *13.12%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |
| **T. Rowe Price Retirement 2040  (09/02)** | Target Date | 0.72% G 0.72% N | $7.20 G $7.20 N | -7.32% | 5.30% | 11.60% |
| *Index: Bloomberg Barclays Aggregate Bond Index* | | | | *0.01%* | *2.52%* | *3.48%* |
| *Index: S&P 500 Index* | | | | *-4.38%* | *8.49%* | *13.12%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |
| **T. Rowe Price Retirement 2045  (05/05)** | Target Date | 0.72% G 0.72% N | $7.20 G $7.20 N | -7.57% | 5.31% | 11.61% |
| *Index: Bloomberg  Barclays Aggregate Bond Index* | | | | *0.01%* | *2.52%* | *3.48%* |
| *Index: S&P 500 Index* | | | | *-4.38%* | *8.49%* | *13.12%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |
| **T. Rowe Price Retirement 2050  (12/06)** | Target Date | 0.72% G 0.72% N | $7.20 G $7.20 N | -7.58% | 5.32% | 11.60% |
| *Index: Bloomberg  Barclays Aggregate Bond Index* | | | | *0.01%* | *2.52%* | *3.48%* |
| *Index: S&P 500 Index* | | | | *-4.38%* | *8.49%* | *13.12%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

| Comparative Investment Chart - Table 1 Variable Options (continued) | | | | | | |
|---|---|---|---|---|---|---|

| Name of Option (Inception Mo/Yr) Index(es) | Type of Option | Total Annual Operating Expenses G: Gross; N: Net | | Average Annual Total Return as of 12/31/2018 | | |
|---|---|---|---|---|---|---|
| | | As % | Per $1000 | 1Yr. | 5Yr. | 10yr. or Since Inception |

## Multi-Asset/Other

| | | | | | | |
|---|---|---|---|---|---|---|
| **T. Rowe Price Retirement 2055  (12/06)** | Target Date | 0.72% G 0.72% N | $7.20 G $7.20 N | -7.62% | 5.31% | 11.60% |
| *Index: Bloomberg  Barclays Aggregate Bond Index* | | | | *0.01%* | *2.52%* | *3.48%* |
| *Index: S&P 500 Index* | | | | *-4.38%* | *8.49%* | *13.12%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |

# EXHIBIT A-13



# Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan

**TT069362  00001**

**IMPORTANT INFORMATION REGARDING YOUR PLAN**

We want you to enjoy the many features and benefits of your retirement plan. We also want to make sure you understand your plan and investment fees. The enclosed report details the types and amounts of fees that may apply to your account, depending on which features and investments you choose.

The report is organized into multiple sections:

- **General Plan Information** offers an overview of your plan.
- **Potential General Administrative Fees and Expenses** may be charged against everyone's account in the plan to cover the day-to-day costs of operating the plan.
- **Potential Individual Fees and Expenses**  are associated with certain plan features or services and apply only to participants who use the particular features or services.
- **Investment Information** details each of the options available in your plan. This section features up to three tables, depending on what your plan offers. This may include investments with variable rates of return, such as mutual funds or those with fixed or stated rates of return, such as some stable value funds. Details include:
  - **Historical performance** for each variable option and its "benchmark," typically a broad market index used for comparison.
  - **Expenses**, including fund operating costs which are automatically deducted from your investment returns.  (The specific expenses that apply to you will depend on how your account is invested.)

You may receive this information electronically by signing up for *e-documents* at **transamerica.com/portal/bhsf** .

Visit **transamerica.com/portal/bhsf**  to access the report and other related materials, including a glossary of terms. To access the participant fee disclosure document, visit **transamerica.com/portal/bhsf** , and select "Fund Info" from the Funds and Fee Information heading. If you are not enrolled in the plan, enter the account number from the upper left-hand corner of this document and click "Submit." If you are already enrolled, enter your customer ID and password and click "Sign in."

In addition, your quarterly statement will show the specific fees that have been applied to your account (except any fund expenses netted directly from your investment returns) during the statement period.

If you have any questions, please sign in to your account at **transamerica.com/portal/bhsf**  and click on Help, or call us at **800-755-5801**.

**Si necesita aclaraciones en español, llame al número gratuito de Transamerica 1-800-755-5801 y diga "Español" para continuar en su idioma. Después de suministrar  su información, inmediatamente  diga "Servicio al cliente" y con mucho gusto uno de nuestros representantes contestará sus preguntas.**



# Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan

**TT069362  00001**

**IMPORTANT INFORMATION REGARDING YOUR PLAN**

Disclosure Chart as of June 1, 2020

Your plan offers a convenient way to save for retirement and provides unique features and benefits not available elsewhere. You have the opportunity to make the plan work harder for you by committing early to disciplined savings, taking full advantage of the tools and services available, maintaining a long-term investment strategy, and understanding the plan, including investment options and fees. This document is required to be sent to you to help you understand your retirement plan and will be updated annually and when certain types of changes are made. Although you should review this important information, no action is required on your part.

| General Plan Information | |
|---|---|
| How to Direct Your Investments | You decide how your account will be invested among the available investment options by calling 800-755-5801 or going to transamerica.com/portal/bhsf. |
| Transfer and/or Investment Allocation Restrictions | There are no transfer restrictions imposed by the Plan. Please see Table 1 for transfer restrictions that may be imposed by the investment options. Investment Transfers to Schwab Personal Choice Retirement Account are limited to a maximum of 0% of your total balance.<br><br>You may change your investment allocation at any time.  No plan level allocation restrictions apply.<br><br>Investment Allocations for future contributions to the Personal Choice Retirement Account (PCRA) are not permitted.  A PCRA may be opened via a transfer from other investment options.  There is a $1,000 minimum to open an account and a $250 minimum for subsequent transfers into a PCRA. |
| Voting, tender and similar rights and restrictions on such rights | <u>Mutual Funds</u>—Plan participants shall have the right to exercise voting and tender rights attributable to mutual funds offered under the Plan. <u>Self Directed Brokerage Accounts</u>—Plan participants shall have the right to exercise voting and tender rights attributable to securities held in an outside brokerage window offered under the Plan. |
| List of Investment Alternatives | For the listing of the plan's investment alternatives, please see the Investment Information section. |
| Investment Manager for Managed Advice | Your plan offers the *Managed Advice*® service. The service provides you with an asset allocation mix of funds available within your plan. *Managed Advice* rebalances and reallocates your account over time as your circumstances change. Transamerica Retirement Advisors, LLC serves as the investment manager for the *Managed Advice* service. Additional terms and conditions apply to the service, and more detailed information, including Form ADV of the investment manager, is available at transamerica.com/portal/bhsf by signing in to your account and selecting Managed Advice in the Manage section. In offering the *Managed Advice* service, Transamerica Retirement Advisors, LLC relies on the investment methodology developed by Morningstar Investment Management LLC as an independent financial expert. |
| Personal Choice Retirement Account (PCRA) Description | To supplement the investment funds offered under your plan, you may choose to open a Schwab Personal Choice Retirement Account® (PCRA). This is a self-directed brokerage account that allows you to direct the investment of your account in investment options other than those offered under the plan. By establishing a PCRA, you assume responsibility for controlling your investments. For more information on establishing and maintaining a PCRA, please call Transamerica at 800-755-5801. |

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

| Potential General Administrative Fees and Expenses | |
|---|---|
| Administrative Fee — Per Account | When applicable, other general administrative fees for plan services (e.g., legal, accounting, auditing, recordkeeping) may from time to time be deducted as a fixed dollar amount from your account.<br><br>The actual amount deducted from your account, as well as a description of the services to which the fees relate will be reported on your quarterly benefit statements. |
| Administrative Fee — Pro Rata | The plan incurs general administrative fees for ongoing plan administrative services (e.g., recordkeeping) of up to 0.05% annually of assets held in the plan investment options. These fees are applied pro rata across some or all investment options held in your account.  However, the administrative fees allocable to an investment option may be paid, in whole or in part, from revenue (e.g., 12b-1 fees, administrative fees) that Transamerica Retirement Solutions or its affiliates receive based upon the plan's investment options. Consequently, if revenue is received related to an investment option, you will pay less than 0.05% as administrative fees on your assets held in that investment option depending upon the amount of revenue received. (It is not possible to accurately determine in advance the amount of revenue that an investment option will generate or when it will change.) If the revenue from an investment option is not adequate to cover the administrative fees allocable to that investment option, the shortfall will be deducted from your account based on your assets held in that investment option. If the revenue from an investment option exceeds the administrative fees allocable to that investment option, the excess will be applied as a Plan Service Credit (see Plan Service Credit below) to your account.  Please log into your account on-line to view the most current version of the fund and fee information chart.<br><br>When applicable,  general administrative fees other than the charge above (e.g., legal, accounting and auditing), for administrative services, may from time to time  be deducted on a pro rata basis across some or all investment options held in your account. A general administrative fee of 0.025% will be deducted as a percentage of assets from some or all investment options held in your account.<br><br>The actual amounts deducted from your account, as well as a description of the services to which the fees relate will be reported on your quarterly benefit statements. |
| Plan Service Credit | The plan service credit represents an expense refund for one or more of the investment funds offered by your plan.  When applicable, a plan service credit is added to your account and lowers the effective annual expense ratios of the investment fund(s) for which a plan service credit applies.  Any plan service credit will be reported on your quarterly benefit statements. |

| Potential Individual Fees and Expenses — applicable only to those using specific features or services | |
|---|---|
| Full Distribution Fee | A fee of $25.00 that is deducted from your account when you take a full distribution from your account when you terminate employment or retire. The fee is also applicable to the final distribution from a former participant's account who has taken unscheduled systematic withdrawals and for contract exchanges to another service provider. The fee is waived if the distribution is made due to death, disability, the purchase of an annuity through Transamerica, a direct rollover to a Transamerica IRA and any distribution from a beneficiary's account. The amount deducted from your account will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Distribution Processing Fee. |
| Hardship Withdrawal Fee | A fee of $25.00 that is deducted from your account when you take a hardship withdrawal from your account. The amount deducted from your account will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Distribution Processing Fee. |
| In-service Distribution Fee | A fee of $25.00 that is deducted from your account when you take an in-service distribution from your account and for a contract exchange to another service provider. The fee is waived for direct rollovers to a Transamerica IRA, Required Minimum Distributions and distributions made from a beneficiary's account. The amount deducted from your account will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Distribution Processing Fee. |
| Loan Maintenance Fee | You may borrow from the Plan, using your account as security (conditions and restrictions may apply). A quarterly loan maintenance fee of $6.25 is deducted from your account, except in the Plan quarter in which the loan is issued and paid off, when you take a loan from the Plan. The amount deducted from your account will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Loan Maintenance Fee. |

Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001

| **Potential Individual Fees and Expenses — applicable only to those using specific features or services (continued)** | |
|---|---|
| Loan Set-up Fee | You may borrow from the Plan using your account as security (conditions and restrictions may apply).  A set-up fee of $75.00 will be deducted from your account. The amount deducted from your account, as well as a description of the services to which the fee relates, will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Loan Set-up Fee. |
| *Managed Advice* **Fee** | An annual fee applies with respect to the *Managed Advice* service. The annual fee is 0.45% of your account balance invested under the *Managed Advice* service and is paid to Transamerica Retirement Advisors, LLC. The amount deducted from your account, as well as a description of the services to which the fee relates, will be reported on your quarterly benefit statement. The fee and the related service will be identified as a *Managed Advice* Fee. |
| Overnight Check Fee | A fee of up to $50.00 will be deducted from your account in the event you request a check be sent overnight to you. The amount deducted from your account, as well as a description of the services to which the fee relates, will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Overnight Check Fee. |
| Personal Choice Retirement Account (PCRA) Fee | An annual fee of $50.00 will be withdrawn from your Transamerica account and will appear on your Transamerica statement when you choose to open a Schwab PCRA. This fee is expressed as a fixed dollar amount.<br><br>You may trade many funds with no loads and no transaction fees through Schwab's Mutual Fund OneSource® service. Certain funds in Schwab's Mutual Fund Marketplace are available with no transaction fees, but have 12b-1 fees in excess of .25% and therefore cannot be called "OneSource" funds. Commissions and transaction fees may apply to fund trades placed outside of Mutual Fund OneSource or trades on other investment vehicles available through Schwab. To learn about any fees associated with the purchase or sale of a particular investment before making a purchase or sell through your PCRA, access your account online at www.schwab.com or contact the Schwab PCRA Call Center at 888-393-PCRA(7272).  Schwab fees will appear on your separate PCRA statement directly from Schwab. |
| QDRO Fee | A fee of  up to $250.00 will be deducted from your account when your account is divided as a result of a Qualified Domestic Relations Order ("QDRO"). The amount deducted from your account will be reported on your quarterly benefit statement as a QDRO Fee. |
| Returned Check — Insufficient Funds | A fee of up to $50.00 will be deducted from your account in the event a check is returned for insufficient funds. The amount deducted from your account, as well as a description of the services to which the fee relates , will be reported on your quarterly benefit statement. The fee and the related service will be identified as a Returned Check - Insufficient  Funds Fee. |
| Shareholder Type Fees | For applicable redemption fees, please see the Investment Information section. Changes in these fees are announced separately. The amount deducted from your account, as well as a description of the services to which the fee relates, will be reported on your quarterly benefit statement. |

## Investment Information

This information is provided to help you compare the investment options under your plan.  You may obtain, free of charge, a paper copy of your fee disclosure notice and other investment information posted at **transamerica.com/portal/bhsf** , by contacting Transamerica at 800-755-5801 or by writing to Transamerica Retirement Solutions, 6400 C Street SW, Mail Drop 0001, Cedar Rapids, IA 52499, Attention:  Fee Disclosure.  The information available includes each investment option's issuer, objectives, goals, principal strategies, principal risks, holdings, turnover rate, value and updated performance and expense information; as well as a glossary of terms, information about calculating benefits, available distribution options and (where appropriate) prospectuses and annual reports.

The following table focuses on investment options that have variable rates of return, and shows fee and expense information, as well as investment performance for each investment option and that of the appropriate benchmark, or index.  If your plan offers balanced, asset allocation or target retirement funds, which are comprised of a mix of stock and bond investments, you will see two broad-based benchmarks, a stock index and a bond index.  Because they are made through a retirement plan, your investments in these funds are not subject to front-end or back-end loads, which are a form of sales commission charged at the time of purchase or sale.  Please note the following:

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

- The investment performance of each investment option is shown net of (or after) fees, while the benchmark or index investment performance is reported on a gross (before fees) basis. If the option has less than a ten year history, the investment performance of both the investment option and the index are shown since inception, with the inception date shown after the investment option name. Returns of less than one year are not annualized. Performance prior to the inception date of the share class (if any) is based on returns of an older share class, which have been adjusted for expenses.

- Total Annual Operating Expenses of an investment option are the expenses you pay each year, which reduce the rate of return you earn.  In some cases, a fund may waive or reimburse certain expenses.  If a fund has waived expenses in the past year, you will see a different gross (G) (before waivers) and net (N) (after waivers) expense ratio.  So while an investor could have been charged as much as the gross expense rate in the past year, they will only have paid the net expense rate because of the waivers.  Fund specific operating expense details are available at **transamerica.com/portal/bhsf.**

- Shareholder-type fees, if any, are in addition to Total Annual Operating Expenses. Fees and expenses are only one of many factors to consider when you decide to invest in an investment option.

- You may also want to think about whether an investment in a particular option, along with your other investments, will help you achieve your financial goals.

- The performance data quoted represents past performance. Past performance does not guarantee how the investment option will perform in the future. Your investment in these options will fluctuate and you could lose money. Current performance may be lower or higher than the performance data quoted.

- The cumulative effect of fees and expenses can substantially reduce the growth of your retirement savings. Visit the Department of Labor's website for information on understanding your retirement plan fees at https://www.dol.gov/agencies/ebsa/about-ebsa/our-activities/resource-center/publications/understanding-your-retirement-plan-fees.

| Comparative Investment Chart - Table 1 Variable Options | | | | | | |
|---|---|---|---|---|---|---|
| **Name of Option (Inception Mo/Yr) Index(es)** | **Type of Option** | **Total Annual Operating Expenses G: Gross; N: Net** | | **Average Annual Total Return as of 12/31/2019** | | |
| | | **As %** | **Per $1000** | **1Yr.** | **5Yr.** | **10yr. or Since Inception** |

## Bonds

| | | | | | | |
|---|---|---|---|---|---|---|
| **Vanguard Federal Money Market Investor  (07/81)** | Cash Equivalent/Money Market | 0.11% G 0.11% N | $1.10 G $1.10 N | 2.14% | 1.01% | 0.51% |
| *Index: BofA ML 91 day T bill Index* | | | | *2.28%* | *1.07%* | *0.58%* |
| **PIMCO Low Duration Instl  (05/87)** | Short-Term Bonds | 0.71% G 0.71% N | $7.10 G $7.10 N | 4.47% | 1.87% | 2.29% |
| *Index: BofA ML 1-3 Year Govt/Corporate Index* | | | | *4.07%* | *1.69%* | *1.58%* |
| **PIMCO Total Return Instl  (05/87)** | Intermediate-Term Bonds | 0.71% G 0.71% N | $7.10 G $7.10 N | 8.26% | 3.25% | 4.19% |
| *Index: Bloomberg Barclays Aggregate Bond Index* | | | | *8.72%* | *3.05%* | *3.75%* |
| **BrandywineGLOBAL Global Opportunities Bond I  (11/06)** | World/Foreign Bonds | 0.68% G 0.68% N | $6.80 G $6.80 N | 9.14% | 2.30% | 4.63% |
| *Index: Bloomberg Barclays Global Aggregate Index* | | | | *6.84%* | *2.31%* | *2.48%* |

Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001

## Comparative Investment Chart - Table 1 Variable Options (continued)

| Name of Option (Inception Mo/Yr) Index(es) | Type of Option | Total Annual Operating Expenses G: Gross; N: Net | | Average Annual Total Return as of 12/31/2019 | | |
|---|---|---|---|---|---|---|
| | | As % | Per $1000 | 1Yr. | 5Yr. | 10yr. or Since Inception |

### Stocks

| | | | | | | |
|---|---|---|---|---|---|---|
| **LSV Value Equity  (03/99)** | Large-Cap Value Stocks | 0.65% G 0.65% N | $6.50 G $6.50 N | 25.18% | 7.71% | 11.99% |
| *Index: Russell® 1000 Value Index* | | | | 26.54% | 8.29% | 11.80% |
| **Vanguard Institutional Index  (07/90)** | Large-Cap Blend Stocks | 0.04% G 0.04% N | $0.35 G $0.35 N | 31.46% | 11.67% | 13.53% |
| *Index: S&P 500 Index* | | | | 31.49% | 11.70% | 13.56% |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Neuberger Berman Sustainable Equity Instl  (03/94)** | Large-Cap Growth Stocks | 0.68% G 0.68% N | $6.80 G $6.80 N | 26.09% | 9.23% | 12.24% |
| *Index: Russell® 1000 Growth Index* | | | | 36.39% | 14.63% | 15.22% |
| **Wells Fargo Growth Inst  (02/00)** | Large-Cap Growth Stocks | 0.85% G 0.75% N | $8.50 G $7.50 N | 37.65% | 13.87% | 15.69% |
| *Index: Russell® 1000 Growth Index* | | | | 36.39% | 14.63% | 15.22% |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Segall Bryant & Hamill Small Cap Value Instl  (07/13)** | Small-Cap Blend Stocks | 1.14% G 0.99% N | $11.40 G $9.90 N | 24.62% | 8.71% | 9.38% |
| *Index: Russell® 2000 Index* | | | | 25.52% | 8.23% | 9.06% |
| **ClearBridge Small Cap Growth  (07/98)** | Small-Cap Growth Stocks | 0.78% G 0.78% N | $7.80 G $7.80 N | 25.78% | 10.89% | 14.45% |
| *Index: Russell® 2000 Growth Index* | | | | 28.48% | 9.34% | 13.01% |
| **Invesco Oppenheimer International Growth R6  (03/96)** | World/Foreign Stocks | 0.69% G 0.69% N | $6.90 G $6.90 N | 29.16% | 6.17% | 7.41% |
| *Index: MSCI All-Country World Ex-US Index* | | | | 22.13% | 6.01% | 5.45% |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

### Multi-Asset/Other

| | | | | | | |
|---|---|---|---|---|---|---|
| **T. Rowe Price Retirement Balanced  (09/02)** | Balanced | 0.50% G 0.50% N | $5.00 G $5.00 N | 15.30% | 5.40% | 6.13% |
| *Index: Bloomberg Barclays Aggregate Bond Index* | | | | 8.72% | 3.05% | 3.75% |
| *Index: S&P 500 Index* | | | | 31.49% | 11.70% | 13.56% |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

| Comparative Investment Chart - Table 1 Variable Options (continued) | | | | | | |
|---|---|---|---|---|---|---|
| **Name of Option (Inception Mo/Yr) Index(es)** | **Type of Option** | **Total Annual Operating Expenses G: Gross; N: Net** | | **Average Annual Total Return as of 12/31/2019** | | |
| | | **As %** | **Per $1000** | **1Yr.** | **5Yr.** | **10yr. or Since Inception** |

## Multi-Asset/Other

| | | | | | | |
|---|---|---|---|---|---|---|
| **T. Rowe Price Retirement 2005  (02/04)** | Target Date | 0.52% G<br>0.52% N | $5.20 G<br>$5.20 N | 15.08% | 5.47% | 6.57% |
| *Index: Bloomberg Barclays Aggregate Bond Index* | | | | *8.72%* | *3.05%* | *3.75%* |
| *Index: S&P 500 Index* | | | | *31.49%* | *11.70%* | *13.56%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |
| **T. Rowe Price Retirement 2010  (09/02)** | Target Date | 0.52% G<br>0.52% N | $5.20 G<br>$5.20 N | 16.16% | 5.85% | 7.12% |
| *Index: Bloomberg Barclays Aggregate Bond Index* | | | | *8.72%* | *3.05%* | *3.75%* |
| *Index: S&P 500 Index* | | | | *31.49%* | *11.70%* | *13.56%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |
| **T. Rowe Price Retirement 2015  (02/04)** | Target Date | 0.55% G<br>0.55% N | $5.50 G<br>$5.50 N | 17.40% | 6.35% | 7.86% |
| *Index: Bloomberg Barclays Aggregate Bond Index* | | | | *8.72%* | *3.05%* | *3.75%* |
| *Index: S&P 500 Index* | | | | *31.49%* | *11.70%* | *13.56%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |
| **T. Rowe Price Retirement 2020  (09/02)** | Target Date | 0.58% G<br>0.58% N | $5.80 G<br>$5.80 N | 19.37% | 7.06% | 8.62% |
| *Index: Bloomberg Barclays Aggregate Bond Index* | | | | *8.72%* | *3.05%* | *3.75%* |
| *Index: S&P 500 Index* | | | | *31.49%* | *11.70%* | *13.56%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |
| **T. Rowe Price Retirement 2025  (02/04)** | Target Date | 0.62% G<br>0.62% N | $6.20 G<br>$6.20 N | 20.95% | 7.60% | 9.23% |
| *Index: Bloomberg Barclays Aggregate Bond Index* | | | | *8.72%* | *3.05%* | *3.75%* |
| *Index: S&P 500 Index* | | | | *31.49%* | *11.70%* | *13.56%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

| Comparative Investment Chart - Table 1 Variable Options (continued) | | | | | | |
|---|---|---|---|---|---|---|
| **Name of Option (Inception Mo/Yr) Index(es)** | **Type of Option** | **Total Annual Operating Expenses G: Gross; N: Net** | | **Average Annual Total Return as of 12/31/2019** | | |
| | | **As %** | **Per $1000** | **1Yr.** | **5Yr.** | **10yr. or Since Inception** |

## Multi-Asset/Other

| Name of Option (Inception Mo/Yr) Index(es) | Type of Option | As % | Per $1000 | 1Yr. | 5Yr. | 10yr. or Since Inception |
|---|---|---|---|---|---|---|
| **T. Rowe Price Retirement 2030  (09/02)** | Target Date | 0.65% G 0.65% N | $6.50 G $6.50 N | 22.48% | 8.10% | 9.77% |
| *Index: Bloomberg  Barclays Aggregate Bond Index* | | | | *8.72%* | *3.05%* | *3.75%* |
| *Index: S&P 500 Index* | | | | *31.49%* | *11.70%* | *13.56%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

| Name of Option | Type of Option | As % | Per $1000 | 1Yr. | 5Yr. | 10yr. or Since Inception |
|---|---|---|---|---|---|---|
| **T. Rowe Price Retirement 2035  (02/04)** | Target Date | 0.68% G 0.68% N | $6.80 G $6.80 N | 23.70% | 8.46% | 10.13% |
| *Index: Bloomberg  Barclays Aggregate Bond Index* | | | | *8.72%* | *3.05%* | *3.75%* |
| *Index: S&P 500 Index* | | | | *31.49%* | *11.70%* | *13.56%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

| Name of Option | Type of Option | As % | Per $1000 | 1Yr. | 5Yr. | 10yr. or Since Inception |
|---|---|---|---|---|---|---|
| **T. Rowe Price Retirement 2040  (09/02)** | Target Date | 0.70% G 0.70% N | $7.00 G $7.00 N | 24.68% | 8.74% | 10.39% |
| *Index: Bloomberg Barclays Aggregate Bond Index* | | | | *8.72%* | *3.05%* | *3.75%* |
| *Index: S&P 500 Index* | | | | *31.49%* | *11.70%* | *13.56%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

| Name of Option | Type of Option | As % | Per $1000 | 1Yr. | 5Yr. | 10yr. or Since Inception |
|---|---|---|---|---|---|---|
| **T. Rowe Price Retirement 2045  (05/05)** | Target Date | 0.71% G 0.71% N | $7.10 G $7.10 N | 25.39% | 8.88% | 10.46% |
| *Index: Bloomberg Barclays Aggregate Bond Index* | | | | *8.72%* | *3.05%* | *3.75%* |
| *Index: S&P 500 Index* | | | | *31.49%* | *11.70%* | *13.56%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

| Name of Option | Type of Option | As % | Per $1000 | 1Yr. | 5Yr. | 10yr. or Since Inception |
|---|---|---|---|---|---|---|
| **T. Rowe Price Retirement 2050  (12/06)** | Target Date | 0.71% G 0.71% N | $7.10 G $7.10 N | 25.32% | 8.87% | 10.46% |
| *Index: Bloomberg  Barclays Aggregate Bond Index* | | | | *8.72%* | *3.05%* | *3.75%* |
| *Index: S&P 500 Index* | | | | *31.49%* | *11.70%* | *13.56%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

**Baptist Health South Florida, Inc. 403(b) Employee Retirement Plan TT069362  00001**

## Comparative Investment Chart - Table 1 Variable Options (continued)

| Name of Option (Inception Mo/Yr) Index(es) | Type of Option | Total Annual Operating Expenses G: Gross; N: Net | | Average Annual Total Return as of 12/31/2019 | | |
|---|---|---|---|---|---|---|
| | | As % | Per $1000 | 1Yr. | 5Yr. | 10yr. or Since Inception |

### Multi-Asset/Other

| | | | | | | |
|---|---|---|---|---|---|---|
| **T. Rowe Price Retirement 2055  (12/06)** | Target Date | 0.71% G 0.71% N | $7.10 G $7.10 N | 25.38% | 8.86% | 10.46% |
| *Index: Bloomberg Barclays Aggregate Bond Index* | | | | *8.72%* | *3.05%* | *3.75%* |
| *Index: S&P 500 Index* | | | | *31.49%* | *11.70%* | *13.56%* |
| **Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days. | | | | | | |
| **T. Rowe Price Retirement 2060  (06/14)** | Target Date | 0.71% G 0.71% N | $7.10 G $7.10 N | 25.37% | 8.86% | 8.05% |
| *Index: Bloomberg Barclays Aggregate Bond Index* | | | | *8.72%* | *3.05%* | *3.21%* |
| *Index: S&P 500 Index* | | | | *31.49%* | *11.70%* | *11.71%* |

**Shareholder-Type Fees / Comments:** If you exchange out of this fund, you will not be permitted to exchange back into the same fund within 30 calendar days.

# EXHIBIT A-14

December 15, 2020

**NEUBERGER** | **BERMAN**

# NEUBERGER BERMAN SUSTAINABLE EQUITY FUND

## SUMMARY PROSPECTUS

Class A Shares (NRAAX), Class C Shares (NRACX), Institutional Class Shares (NBSLX)

*Before you invest, you may want to review the Fund's prospectus, which contains more information about the Fund and its risks. You can find the Fund's prospectus, reports to shareholders, and other information about the Fund (including the Fund's SAI) online at: for Class A shares, http://www.nb.com/equityfunds/a; for Class C shares, http://www.nb.com/equityfunds/c; or for Institutional Class shares, http://www.nb.com/equityfunds/institutional. You can also get this information at no cost by calling 877-628-2583 (Class A and Class C) or 800-366-6264 (Institutional Class), or by sending an e-mail request to fundinfo@nb.com. You can also get this information from your investment provider or any investment provider authorized to sell the Fund's shares. The Fund's prospectus and SAI, each dated December 15, 2020 (as each may be amended or supplemented), are incorporated herein by reference.*

*Beginning on January 1, 2021, as permitted by regulations adopted by the U.S. Securities and Exchange Commission, paper copies of the Fund's annual and semi-annual shareholder reports will no longer be sent by mail, unless you specifically request paper copies of the reports. Instead, the reports will be made available on the Fund's website www.nb.com/fundliterature, and you will be notified by mail each time a report is posted and provided with a website link to access the report. If you already elected to receive shareholder reports electronically, you will not be affected by this change and you need not take any action. You may elect to receive shareholder reports and other communications from the Fund electronically anytime by contacting your financial intermediary (such as a broker-dealer or bank) or, if you are a direct investor, by calling 800.877.9700 or by sending an e-mail request to fundinfo@nb.com. Beginning on January 1, 2019, you may elect to receive all future reports in paper free of charge. If you invest through a financial intermediary, you can contact your financial intermediary to request that you continue to receive paper copies of your shareholder reports. If you invest directly with the Fund, you can call 800.877.9700 or send an email request to fundinfo@nb.com to inform the Fund that you wish to continue receiving paper copies of your shareholder reports. Your election to receive reports in paper will apply to all funds held in your account if you invest through your financial intermediary or all funds held with the fund complex if you invest directly with the Fund.*

## GOAL

The Fund seeks long-term growth of capital by investing primarily in securities of companies that meet the Fund's environmental, social and governance (ESG) criteria.

## FEES AND EXPENSES

These tables describe the fees and expenses that you may pay if you buy, hold or sell shares of the Fund. Under the Fund's policies, you may qualify for initial sales charge discounts if you and your family invest, or agree to invest in the future, at least $50,000 in Neuberger Berman funds. Certain financial intermediaries have sales charges and/or policies and procedures regarding sales charge waivers applicable to their customers that differ from those described below. More information about these and other discounts is available from your financial intermediary, in "Sales Charge Reductions and Waivers" on page 236 in the Fund's prospectus, and in Appendix A to the Fund's prospectus. Although the Fund does not impose any sales charge on Institutional Class shares, you may pay a commission to your broker on your purchases and sales of those shares, which is not reflected in this table.

| | Class A | Class C | Institutional Class |
|---|---|---|---|
| **Shareholder Fees** *(fees paid directly from your investment)* | | | |
| Maximum initial sales charge on purchases (as a % of offering price) | 5.75 | None | None |
| Maximum contingent deferred sales charge (as a % of the lower of original purchase price or current market value)[1] | None | 1.00 | None |
| **Annual Fund Operating Expenses** *(expenses that you pay each year as a % of the value of your investment)* | | | |
| Management fees | 0.74 | 0.74 | 0.63 |
| Distribution and/or shareholder service (12b-1) fees | 0.25 | 1.00 | None |
| Other expenses | 0.06 | 0.06 | 0.05 |
| Total annual operating expenses | 1.05 | 1.80 | 0.68 |

[1] For Class A shares, a contingent deferred sales charge ("CDSC") of 1.00% applies on certain redemptions made within 18 months following purchases of $1 million or more made without an initial sales charge. For Class C shares, the CDSC is eliminated one year after purchase.

## Expense Example

The expense example can help you compare costs among mutual funds. The example assumes that you invested $10,000 for the periods shown, that you redeemed all of your shares at the end of those periods, that the Fund earned a hypothetical 5% total return each year, and that the Fund's expenses were those in the table. For Class A and Institutional Class shares, your costs would be the same whether you sold your shares or continued to hold them at the end of each period. Actual performance and expenses may be higher or lower.

|  | 1 Year | 3 Years | 5 Years | 10 Years |
|---|---|---|---|---|
| Class A | $676 | $890 | $1,121 | $1,784 |
| Class C (assuming redemption) | $283 | $566 | $ 975 | $2,116 |
| Class C (assuming no redemption) | $183 | $566 | $ 975 | $2,116 |
| Institutional Class | $ 69 | $218 | $ 379 | $ 847 |

## Portfolio Turnover

The Fund pays transaction costs, such as commissions, when it buys and sells securities (or "turns over" its portfolio). A higher portfolio turnover rate may indicate higher transaction costs and may result in higher taxes when Fund shares are held in a taxable account. These costs, which are not reflected in annual operating expenses or in the example, affect the Fund's performance. During the most recent fiscal year, the Fund's portfolio turnover rate was 21% of the average value of its portfolio.

## PRINCIPAL INVESTMENT STRATEGIES

To pursue its goal, the Fund seeks to invest primarily in common stocks of mid- to large-capitalization companies that meet the Fund's quality oriented financial and ESG criteria. The Fund defines mid-capitalization companies as those with a total market capitalization of $2 billion and above and large-capitalization companies as those with a total market capitalization of $10 billion and above, both at the time of initial purchase.

The Fund seeks to reduce risk by investing across many different industries.

The Portfolio Managers employ a research driven and valuation sensitive approach to stock selection, with a focus on long term sustainability. This sustainable investment approach seeks to identify high quality, well-positioned companies with leadership that is focused on ESG as defined by best in class operating practices. As part of their focus on quality, the Portfolio Managers look for solid balance sheets, strong management teams with a track record of success, good cash flow, the prospect for above-average earnings growth and the sustainability of those earnings, as well as of the company's business model, over the long term. They seek to purchase the stock of businesses that they believe to be well positioned and undervalued by the market. Among companies that meet these criteria, the Portfolio Managers look for those that show leadership in environmental, social and governance considerations, including progressive workplace practices and community relations.

In addition, the Portfolio Managers typically look at a company's record in public health and the nature of its products. The Portfolio Managers judge firms on their corporate citizenship overall, considering their accomplishments as well as their goals. While these judgments are inevitably subjective, the Fund endeavors to avoid companies that derive revenue from gambling or the production of alcohol, tobacco, weapons, or nuclear power. The Fund also does not invest in any company that derives its total revenue primarily from non-consumer sales to the military.

Please see the Statement of Additional Information for a detailed description of the Fund's ESG criteria.

Although the Fund invests primarily in domestic stocks, it may also invest in stocks of foreign companies.

The Portfolio Managers follow a disciplined selling strategy and may sell a stock when it reaches a target price, if a company's business fails to perform as expected, or when other opportunities appear more attractive.

As a sustainable fund, the Fund is required by the federal securities laws to have a policy, which it cannot change without providing investors at least 60 days' written notice, of investing at least 80% of its net assets in equity securities selected in accordance with its ESG criteria. The 80% test is applied at the time the Fund invests; later percentage changes caused by a change in Fund assets, market values or company circumstances will not require the Fund to dispose of a holding. In practice, the Portfolio Managers intend to hold only securities selected in accordance with the Fund's ESG criteria.

**Valuation Sensitive Investing.** In addition to employing traditional value criteria – that is, looking for value among companies whose stock prices are below their historical average, based on earnings, cash flow, or other financial measures – the Portfolio Managers may buy a company's shares if they look more fully priced based on Wall Street consensus estimates of earnings, but still

inexpensive relative to the Portfolio Managers' estimates. The Portfolio Managers look for these companies to rise in price as they outperform Wall Street's expectations, because they believe some aspects of the business have not been fully appreciated or appropriately priced by other investors.

## PRINCIPAL INVESTMENT RISKS

Most of the Fund's performance depends on what happens in the stock market, the Portfolio Managers' evaluation of those developments, and the success of the Portfolio Managers in implementing the Fund's investment strategies. The market's behavior can be difficult to predict, particularly in the short term. There can be no guarantee that the Fund will achieve its goal. The Fund may take temporary defensive and cash management positions; to the extent it does, it will not be pursuing its principal investment strategies.

The actual risk exposure taken by the Fund in its investment program will vary over time, depending on various factors including the Portfolio Managers' evaluation of issuer, political, regulatory, market, or economic developments. There can be no guarantee that the Portfolio Managers will be successful in their attempts to manage the risk exposure of the Fund or will appropriately evaluate or weigh the multiple factors involved in investment decisions, including issuer, market and/or instrument-specific analysis and valuation.

The Fund is a mutual fund, not a bank deposit, and is not guaranteed or insured by the Federal Deposit Insurance Corporation or any other government agency. The value of your investment may fall, sometimes sharply, and you could lose money by investing in the Fund.

Each of the following risks, which are described in alphabetical order and not in order of any presumed importance, can significantly affect the Fund's performance. The relative importance of, or potential exposure as a result of, each of these risks will vary based on market and other investment-specific considerations.

**Currency Risk.** To the extent that the Fund invests in securities or other instruments denominated in or indexed to foreign currencies, changes in currency exchange rates could adversely impact investment gains or add to investment losses. Currency exchange rates may fluctuate significantly over short periods of time and can be affected unpredictably by intervention, or failure to intervene, by U.S. or foreign governments or central banks or by currency controls or political developments in the U.S. or abroad.

**ESG Criteria Risk.** The Fund's application of ESG criteria is designed and utilized to help identify companies that demonstrate the potential to create economic value or reduce risk; however as with the use of any investment criteria in selecting a portfolio, there is no guarantee that the criteria used by the Fund will result in the selection of issuers that will outperform other issuers, or help reduce risk in the portfolio. The use of the Fund's ESG criteria could also affect the Fund's exposure to certain sectors or industries, and could impact the Fund's investment performance depending on whether the ESG criteria used are ultimately reflected in the market.

**Foreign Risk.** Foreign securities involve risks in addition to those associated with comparable U.S. securities. Additional risks include exposure to less developed or less efficient trading markets; social, political, diplomatic, or economic instability; trade barriers and other protectionist trade policies (including those of the U.S.); fluctuations in foreign currencies or currency redenomination; potential for default on sovereign debt; nationalization or expropriation of assets; settlement, custodial or other operational risks; higher transaction costs; confiscatory withholding or other taxes; and less stringent auditing, corporate disclosure, governance, and legal standards. As a result, foreign securities may fluctuate more widely in price, and may also be less liquid, than comparable U.S. securities. World markets, or those in a particular region, may all react in similar fashion to important economic or political developments. In addition, foreign markets may perform differently than the U.S. market. The effect of economic instability on specific foreign markets or issuers may be difficult to predict or evaluate. Regardless of where a company is organized or its stock is traded, its performance may be affected significantly by events in regions from which it derives its profits or in which it conducts significant operations.

Securities of issuers traded on foreign exchanges may be suspended, either by the issuers themselves, by an exchange or by governmental authorities. Trading suspensions may be applied from time to time to the securities of individual issuers for reasons specific to that issuer, or may be applied broadly by exchanges or governmental authorities in response to market events. In the event that the Fund holds material positions in such suspended securities, the Fund's ability to liquidate its positions or provide liquidity to investors may be compromised and the Fund could incur significant losses.

**Issuer-Specific Risk.** An individual security may be more volatile, and may perform differently, than the market as a whole.

The Fund's portfolio may contain fewer securities than the portfolios of other mutual funds, which increases the risk that the value of the Fund could go down because of the poor performance of one or a few investments.

**Market Volatility Risk.** Markets may be volatile and values of individual securities and other investments, including those of a particular type, may decline significantly in response to adverse issuer, political, regulatory, market, economic or other developments that may cause broad changes in market value, public perceptions concerning these developments, and adverse investor sentiment or publicity. Geopolitical and other risks, including environmental and public health risks may add to instability in world economies and markets generally. Changes in value may be temporary or may last for extended periods. If the Fund sells a portfolio position before it reaches its market peak, it may miss out on opportunities for better performance.

**Mid- and Large-Cap Companies Risk.** At times, mid- and large-cap companies may be out of favor with investors. Compared to smaller companies, large-cap companies may be less responsive to changes and opportunities. Compared to larger companies, mid-cap companies may depend on a more limited management group, may have a shorter history of operations, and may have limited product lines, markets or financial resources. The securities of mid-cap companies are often more volatile and less liquid than the securities of larger companies and may be more affected than other types of securities by the underperformance of a sector or during market downturns.

**Recent Market Conditions**. National economies are increasingly interconnected, as are global financial markets, which increases the possibilities that conditions in one country or region might adversely impact issuers in a different country or region. Some countries, including the U.S., have in recent years adopted more protectionist trade policies. The rise in protectionist trade policies, changes to some major international trade agreements and the potential for changes to others, could affect the economies of many nations in ways that cannot necessarily be foreseen at the present time. Equity markets in the U.S. and China have been very sensitive to the outlook for resolving the U.S.-China "trade war," a trend that may continue in the future.

High public debt in the U.S. and other countries creates ongoing systemic and market risks and policymaking uncertainty, and there may be a further increase in the amount of debt due to the economic effects of the COVID-19 pandemic and ensuing public health measures. Governments and central banks have moved to limit the potential negative economic effects of the COVID-19 pandemic with interventions that are unprecedented in size and scope and may continue to do so, but the ultimate impact of these efforts is uncertain. Governments' efforts to limit potential negative economic effects of the pandemic may be altered, delayed, or eliminated at inopportune times for political, policy or other reasons. Interest rates have been unusually low in recent years in the U.S. and abroad, and central banks have reduced rates further in an effort to combat the economic effects of the COVID-19 pandemic. Because there is little precedent for this situation, it is difficult to predict the impact on various markets of a significant rate increase or other significant policy changes. Over the longer term, rising interest rates may present a greater risk than has historically been the case due to the current period of relatively low rates and the effect of government fiscal and monetary policy initiatives and potential market reaction to those initiatives or their alteration or cessation.

Funds and their advisers, as well as many of the companies in which they invest, are subject to regulation by the federal government. Over the past several years, the U.S. has moved away from tighter industry regulation, a trend that may change going forward. Increased regulation may impose added costs on the Fund and its service providers for monitoring and compliance, and affect the businesses of various portfolio companies, in ways that cannot necessarily be foreseen at the present time.

The impact of the United Kingdom's ("UK") vote to leave the European Union (the "EU"), commonly referred to as "Brexit," is impossible to know for sure until it is more completely implemented. The effect on the economies of the United Kingdom and the EU will likely depend on the nature of trade relations between the UK and the EU and other major economies following Brexit, which are subject to negotiation and the political processes of the nations involved. Although the UK formally left the EU on January 31, 2020, the parties are continuing to trade under the established rules while a new agreement is negotiated. The UK government has insisted that this agreement must be completed by December 31, 2020, which may be difficult to achieve. Thus, there is still a possibility that the parties will enter 2021 without a trade agreement, which could be disruptive to the economies of both regions.

*Climate Change.* Economists and others have expressed increasing concern about the potential effects of global climate change on property and security values. A rise in sea levels, an increase in powerful windstorms and/or a climate-driven increase in flooding could cause coastal properties to lose value or become unmarketable altogether. Economists warn that, unlike previous declines in the real estate market, properties in affected coastal zones may not ever recover their value. Large wildfires driven by high winds and prolonged drought may devastate businesses and entire communities and may be very costly to any business found to be responsible for the fire. Regulatory changes tied to concerns about climate change could adversely affect the value of certain land and the viability of certain industries.

These losses could adversely affect corporate issuers and mortgage lenders, the value of mortgage-backed securities, the bonds of municipalities that depend on tax or other revenues and tourist dollars generated by affected properties, and insurers of the property and/or of corporate, municipal or mortgage-backed securities. Since property and security values are driven largely by buyers' perceptions, it is difficult to know the time period over which these market effects might unfold.

**Redemption Risk.** The Fund may experience periods of heavy redemptions that could cause the Fund to sell assets at inopportune times or at a loss or depressed value. Redemption risk is greater to the extent that one or more investors or intermediaries control a large percentage of investments in the Fund. In addition, redemption risk is heightened during periods of declining or illiquid markets. Heavy redemptions could hurt the Fund's performance.

**Sector Risk.** From time to time, based on market or economic conditions, the Fund may have significant positions in one or more sectors of the market. To the extent the Fund invests more heavily in particular sectors, its performance will be especially sensitive to developments that significantly affect those sectors. Individual sectors may be more volatile, and may perform differently, than the broader market. The industries that constitute a sector may all react in the same way to economic, political or regulatory events.

**Value Stock Risk.** Value stocks may remain undervalued or may decrease in value during a given period or may not ever realize what the portfolio management team believes to be their full value. This may happen, among other reasons, because of a failure to anticipate which stocks or industries would benefit from changing market or economic conditions or investor preferences.

*A summary of the Fund's additional principal investment risks is as follows:*

**Risk of Increase in Expenses.** A decline in the Fund's average net assets during the current fiscal year due to market volatility or other factors could cause the Fund's expenses for the current fiscal year to be higher than the expense information presented in "Fees and Expenses."

**Operational and Cybersecurity Risk.** The Fund and its service providers, and your ability to transact with the Fund, may be negatively impacted due to operational matters arising from, among other problems, human errors, systems and technology disruptions or failures, or cybersecurity incidents. Cybersecurity incidents may allow an unauthorized party to gain access to fund assets, customer data, or proprietary information, or cause the Fund or its service providers, as well as the securities trading venues and their service providers, to suffer data corruption or lose operational functionality. It is not possible for the Manager or the other Fund service providers to identify all of the cybersecurity or other operational risks that may affect the Fund or to develop processes and controls to completely eliminate or mitigate their occurrence or effects. Most issuers in which the Fund invests are heavily dependent on computers for data storage and operations, and require ready access to the internet to conduct their business. Thus, cybersecurity incidents could also affect issuers of securities in which the Fund invests, leading to significant loss of value.

**Risk Management.** Risk is an essential part of investing. No risk management program can eliminate the Fund's exposure to adverse events; at best, it may only reduce the possibility that the Fund will be affected by such events, and especially those risks that are not intrinsic to the Fund's investment program. The Fund could experience losses if judgments about risk prove to be incorrect.

**Valuation Risk.** The Fund may not be able to sell an investment at the price at which the Fund has valued the investment. Such differences could be significant, particularly for illiquid securities and securities that trade in relatively thin markets and/or markets that experience extreme volatility. If market or other conditions make it difficult to value some investments, SEC rules and applicable accounting protocols may require the Fund to value these investments using more subjective methods, known as fair value methodologies. Using fair value methodologies to price investments may result in a value that is different from an investment's most recent price and from the prices used by other mutual funds to calculate their NAVs. The Fund's ability to value its investments in an accurate and timely manner may be impacted by technological issues and/or errors by third party service providers, such as pricing services or accounting agents.

## PERFORMANCE

The following bar chart and table provide an indication of the risks of investing in the Fund. The bar chart shows how the Fund's performance has varied from year to year, as represented by the performance of the Fund's Institutional Class. The returns in the bar chart do not reflect any applicable sales charges. If sales charges were reflected, returns would be lower than those shown. The table below the bar chart shows what the returns would equal if you averaged out actual performance over various lengths of time and compares the returns with the returns of a broad-based market index. The index, which is described in "Descriptions of Indices" in the prospectus, has characteristics relevant to the Fund's investment strategy. Unlike the returns in the bar chart, the returns in the table reflect the maximum applicable sales charges.

NEUBERGER BERMAN SUSTAINABLE EQUITY FUND

December 15, 2020

Returns would have been lower if Neuberger Berman Investment Advisers LLC had not reimbursed certain expenses and/or waived a portion of the investment management fees during certain of the periods shown.

Past performance (before and after taxes) is not a prediction of future results. Visit www.nb.com or call 800-366-6264 for updated performance information.

**YEAR-BY-YEAR % RETURNS AS OF 12/31 EACH YEAR**



| | | |
|---|---|---|
| Best quarter: | Q1 '13, 15.19% | |
| Worst quarter: | Q3 '11, -17.45% | |
| Year-to-date performance as of 9/30/2020: | | 2.69% |

**AVERAGE ANNUAL TOTAL % RETURNS AS OF 12/31/19**

| Sustainable Equity Fund | 1 Year | 5 Years | 10 Years |
|---|---|---|---|
| Institutional Class Return Before Taxes | 26.09 | 9.23 | 12.24 |
| Institutional Class Return After Taxes on Distributions | 23.53 | 7.44 | 10.81 |
| Institutional Class Return After Taxes on Distributions and Sale of Fund Shares | 17.24 | 7.04 | 9.93 |
| Class A Return Before Taxes | 18.38 | 7.54 | 11.15 |
| Class C Return Before Taxes | 23.69 | 8.02 | 10.98 |
| S&P 500® Index (reflects no deduction for fees, expenses or taxes) | 31.49 | 11.70 | 13.56 |

After-tax returns are shown for Institutional Class shares only and after-tax returns for other classes may vary. After-tax returns are calculated using the historical highest individual federal marginal income tax rates and do not reflect the impact of state and local taxes. Actual after-tax returns depend on an investor's tax situation and may differ from those shown. After-tax returns are not relevant to investors who hold their Fund shares through tax-deferred arrangements, such as 401(k) plans or individual retirement accounts.

**INVESTMENT MANAGER**

Neuberger Berman Investment Advisers LLC ("Manager") is the Fund's investment manager.

**PORTFOLIO MANAGERS**

The Fund is managed by co-Portfolio Managers Ingrid S. Dyott (Managing Director of the Manager) and Sajjad S. Ladiwala, CFA (Managing Director of the Manager). Ms. Dyott became co-Portfolio Manager of the Fund in 2003. Mr. Ladiwala joined as an Associate Portfolio Manager in 2003 and became co-Portfolio Manager in 2016.

**BUYING AND SELLING SHARES**

You may purchase, redeem (sell) or exchange shares of the Fund on any day the New York Stock Exchange is open, at the Fund's net asset value per share next determined after your order is received in proper form, subject to any applicable sales charge. Shares of the Fund generally are available only through certain investment providers, such as banks, brokerage firms, workplace retirement programs, and financial advisers. Contact any investment provider authorized to sell the Fund's shares. See "Maintaining Your Account" in the prospectus for eligibility requirements for purchases of Institutional Class shares.

For certain investors, certain shares of the Fund may be available directly from Neuberger Berman BD LLC by regular, first class mail (Neuberger Berman Funds, P.O. Box 219189, Kansas City, MO 64121-9189), by express delivery, registered mail, or certified mail (Neuberger Berman Funds, 430 West 7th Street, Suite 219189, Kansas City, MO 64105-1407), or by wire, fax, telephone, exchange, or systematic investment or withdrawal (call 800-877-9700 for instructions). See "Maintaining Your Account"and "Direct Investors" in the prospectus for eligibility requirements for direct purchases of shares and for instructions on buying and redeeming (selling) shares directly.

The minimum initial investment in Class A or Class C shares is $1,000. Additional investments can be as little as $100. These minimums may be waived in certain cases.

The minimum initial investment in Institutional Class shares is $1 million. This minimum may be waived in certain cases.

**TAX INFORMATION**

Unless you invest in the Fund through a tax-advantaged retirement plan or account or are a tax-exempt investor, you will be subject to tax on Fund distributions to you of ordinary income and/or net capital gains. Those distributions generally are not taxable to such a plan or account or a tax-exempt investor, although withdrawals from certain retirement plans and accounts generally are subject to federal income tax.

**PAYMENTS TO INVESTMENT PROVIDERS AND OTHER FINANCIAL INTERMEDIARIES**

If you purchase shares of the Fund through an investment provider or other financial intermediary, such as a bank, brokerage firm, workplace retirement program, or financial adviser (who may be affiliated with Neuberger Berman), the Fund and/or Neuberger Berman BD LLC and/or its affiliates may pay the intermediary for the sale of Fund shares and related services. These payments may create a conflict of interest by influencing the investment provider or other financial intermediary and its employees to recommend the Fund over another investment. Ask your investment provider or visit its website for more information.

The "Neuberger Berman" name and logo and "Neuberger Berman Investment Advisers LLC" are registered service marks of Neuberger Berman Group LLC. The individual Fund name in this prospectus is either a service mark or a registered service mark of Neuberger Berman Investment Advisers LLC. ©2020 Neuberger Berman BD LLC, distributor. All rights reserved.

December 15, 2020

# EXHIBIT A-15



**Prospectus**                                                                    **February 26, 2021**

Class:  A (OIGAX), C (OIGCX), R (OIGNX), Y (OIGYX), R5 (INGFX), R6 (OIGIX)

# Invesco Oppenheimer International Growth Fund

As with all other mutual fund securities, the U.S. Securities and Exchange Commission (SEC) has not approved or disapproved these securities or passed upon the adequacy of this prospectus. Any representation to the contrary is a criminal offense.

An investment in the Fund:
- is not FDIC insured;
- may lose value; and
- is not guaranteed by a bank.



**Go Paperless with eDelivery**
Visit invesco.com/edelivery

# Table of Contents

**Fund Summary** ........................................................ 1

**Investment Objective(s), Strategies, Risks
   and Portfolio Holdings** ........................... 4

**Fund Management** ............................................. 9
The Adviser(s) ........................................................ 9
Adviser Compensation ...................................... 9
Portfolio Managers ............................................. 9

**Other Information** ............................................. 9
Sales Charges ...................................................... 9
Dividends and Distributions ........................... 9

**Financial Highlights** ...................................... 10

**Shareholder Account Information** ......... A-1
Choosing a Share Class ................................. A-1
Share Class Eligibility ..................................... A-2
Distribution and Service (12b-1) Fees ..... A-3
Initial Sales Charges (Class A Shares Only) ... A-3
Contingent Deferred Sales Charges (CDSCs) ... A-10
Purchasing Shares and Shareholder Eligibility ... A-10
Redeeming Shares* ........................................ A-12
Exchanging Shares .......................................... A-15
Rights Reserved by the Funds ................... A-16
Excessive Short-Term Trading Activity (Market Timing)
   Disclosures ..................................................... A-16
Pricing of Shares .............................................. A-18
Taxes (applicable to all Funds except for the Invesco SteelPath
   Funds and Invesco Master Loan Fund) ... A-20
Taxes (applicable to the Invesco SteelPath Funds) ... A-23
Federal Income Taxes (applicable to Invesco Master Loan Fund
   only) .................................................................. A-25
Payments to Financial Intermediaries – All Share Classes except
   Class R6 shares ........................................... A-26
Important Notice Regarding Delivery of Security Holder
   Documents ..................................................... A-26

**Obtaining Additional Information** ... Back Cover

**Invesco Oppenheimer International Growth Fund**

# Fund Summary

## Investment Objective(s)

The Fund's investment objective is to seek capital appreciation.

## Fees and Expenses of the Fund

This table describes the fees and expenses that you may pay if you buy and hold shares of the Fund.

You may qualify for sales charge discounts if you and your family invest, or agree to invest in the future, at least $50,000 in the Invesco Funds. More information about these and other discounts is available from your financial professional and in the section "Shareholder Account Information – Initial Sales Charges (Class A Shares Only)" on page A-3 of the prospectus and the section "Purchase, Redemption and Pricing of Shares-Purchase and Redemption of Shares" on page L-1 of the statement of additional information (SAI). The table and Examples below do not reflect any transaction fees that may be charged by financial intermediaries, or commissions that a shareholder may be required to pay directly to its financial intermediary when buying or selling Class Y or Class R6 shares.

**Shareholder Fees** (fees paid directly from your investment)

| Class: | A | C | R | Y | R5 | R6 |
|---|---|---|---|---|---|---|
| Maximum Sales Charge (Load) Imposed on Purchases (as a percentage of offering price) | 5.50% | None | None | None | None | None |
| Maximum Deferred Sales Charge (Load) (as a percentage of original purchase price or redemption proceeds, whichever is less) | None[1] | 1.00% | None | None | None | None |

**Annual Fund Operating Expenses** (expenses that you pay each year as a percentage of the value of your investment)

| Class: | A | C | R | Y | R5 | R6 |
|---|---|---|---|---|---|---|
| Management Fees | 0.65% | 0.65% | 0.65% | 0.65% | 0.65% | 0.65% |
| Distribution and/or Service (12b-1) Fees | 0.25 | 1.00 | 0.50 | None | None | None |
| Other Expenses | 0.23 | 0.23 | 0.23 | 0.23 | 0.04 | 0.04 |
| Total Annual Fund Operating Expenses | 1.13 | 1.88 | 1.38 | 0.88 | 0.69 | 0.69 |

1   A contingent deferred sales charge may apply in some cases. See "Shareholder Account Information-Contingent Deferred Sales Charges (CDSCs)."

**Example.** This Example is intended to help you compare the cost of investing in the Fund with the cost of investing in other mutual funds.

The Example assumes that you invest $10,000 in the Fund for the time periods indicated and then redeem all of your shares at the end of those periods. This Example does not include commissions and/or other forms of compensation that investors may pay on transactions in Class Y and Class R6 shares. The Example also assumes that your investment has a 5% return each year and that the Fund's operating expenses remain the same.

Although your actual costs may be higher or lower, based on these assumptions, your costs would be:

| | 1 Year | 3 Years | 5 Years | 10 Years |
|---|---|---|---|---|
| Class A | $659 | $889 | $1,138 | $1,849 |
| Class C | $291 | $591 | $1,016 | $2,005 |
| Class R | $140 | $437 | $ 755 | $1,657 |
| Class Y | $ 90 | $281 | $ 488 | $1,084 |
| Class R5 | $ 70 | $221 | $ 384 | $ 859 |
| Class R6 | $ 70 | $221 | $ 384 | $ 859 |

You would pay the following expenses if you did not redeem your shares:

| | 1 Year | 3 Years | 5 Years | 10 Years |
|---|---|---|---|---|
| Class A | $659 | $889 | $1,138 | $1,849 |
| Class C | $191 | $591 | $1,016 | $2,005 |
| Class R | $140 | $437 | $ 755 | $1,657 |
| Class Y | $ 90 | $281 | $ 488 | $1,084 |
| Class R5 | $ 70 | $221 | $ 384 | $ 859 |
| Class R6 | $ 70 | $221 | $ 384 | $ 859 |

**Portfolio Turnover.** The Fund pays transaction costs, such as commissions, when it buys and sells securities (or "turns over" its portfolio). A higher portfolio turnover rate may indicate higher transaction costs and may result in higher taxes when Fund shares are held in a taxable account. These costs, which are not reflected in annual fund operating expenses or in the Example, affect the Fund's performance. During the most recent fiscal year, the Fund's portfolio turnover rate was 22% of the average value of its portfolio.

## Principal Investment Strategies of the Fund

The Fund mainly invests in the common stock of growth companies that are domiciled or have their primary operations outside of the United States. The Fund may invest 100% of its assets in securities of foreign companies. The Fund may invest in emerging markets (i.e., those that are generally in the early stages of their industrial cycles) as well as in developed markets throughout the world. From time to time it may place greater emphasis on investing in one or more particular regions such as Asia or Europe. Under normal market conditions the Fund will:

- invest at least 65% of its total assets in common and preferred stocks of issuers in at least three different countries outside of the United States, and
- emphasize investments in common stocks of issuers that the portfolio managers consider to be "growth" companies.

The Fund does not limit its investments to issuers within a specific market capitalization range and at times may invest a substantial portion of its assets in one or more particular capitalization ranges. The Fund can also buy securities convertible into common stock and other securities having equity features.

In selecting investments for the Fund's portfolio, the portfolio managers evaluate investment opportunities on a company-by-company basis. The portfolio managers look primarily for foreign companies with high growth potential using a "bottom up" investment approach, that is, by looking at the investment performance of individual stocks before considering the impact of general or industry-specific economic trends. This approach includes fundamental analysis of a company's financial statements and management structure and consideration of the company's operations, product development, and industry position.

The portfolio managers currently focus on the following factors, which may vary in particular cases and may change over time:

- companies that enjoy a strong competitive position and high demand for their products or services;
- companies with accelerating earnings growth and cash flow; and
- diversity among companies, industries and countries to help reduce the risks of foreign investing, such as currency fluctuations and stock market volatility.

The portfolio managers also consider the effect of worldwide trends on the growth of particular business sectors and look for companies that may benefit from those trends. The trends currently considered include: mass affluence, new technologies, restructuring and aging. The portfolio managers do not invest any fixed amount of the Fund's assets according to these criteria and the trends that are considered may change over time. The portfolio managers monitor individual issuers for changes in the factors

above, which may trigger a decision to sell a security, but does not require a decision to do so.

## Principal Risks of Investing in the Fund

As with any mutual fund investment, loss of money is a risk of investing. An investment in the Fund is not a deposit in a bank and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other governmental agency. The risks associated with an investment in the Fund can increase during times of significant market volatility. The principal risks of investing in the Fund are:

*Market Risk.* The market values of the Fund's investments, and therefore the value of the Fund's shares, will go up and down, sometimes rapidly or unpredictably. Market risk may affect a single issuer, industry or section of the economy, or it may affect the market as a whole. The value of the Fund's investments may go up or down due to general market conditions which are not specifically related to the particular issuer, such as real or perceived adverse economic conditions, changes in the general outlook for revenues or corporate earnings, changes in interest or currency rates, regional or global instability, natural or environmental disasters, widespread disease or other public health issues, war, acts of terrorism or adverse investor sentiment generally. Individual stock prices tend to go up and down more dramatically than those of certain other types of investments, such as bonds. During a general downturn in the financial markets, multiple asset classes may decline in value. When markets perform well, there can be no assurance that specific investments held by the Fund will rise in value.

*Investing in Stocks Risk.* The value of the Fund's portfolio may be affected by changes in the stock markets. Stock markets may experience significant short-term volatility and may fall or rise sharply at times. Adverse events in any part of the equity or fixed-income markets may have unexpected negative effects on other market segments. Different stock markets may behave differently from each other and U.S. stock markets may move in the opposite direction from one or more foreign stock markets.

The prices of individual stocks generally do not all move in the same direction at the same time. However, individual stock prices tend to go up and down more dramatically than those of certain other types of investments, such as bonds. A variety of factors can negatively affect the price of a particular company's stock. These factors may include, but are not limited to: poor earnings reports, a loss of customers, litigation against the company, general unfavorable performance of the company's sector or industry, or changes in government regulations affecting the company or its industry. To the extent that securities of a particular type are emphasized (for example foreign stocks, stocks of small- or mid-cap companies, growth or value stocks, or stocks of companies in a particular industry), fund share values may fluctuate more in response to events affecting the market for those types of securities.

*Preferred Securities Risk.* Preferred securities are subject to issuer-specific and market risks applicable generally to equity securities. Preferred securities also may be subordinated to bonds or other debt instruments, subjecting them to a greater risk of non-payment, may be less liquid than many other securities, such as common stocks, and generally offer no voting rights with respect to the issuer.

*Risks of Foreign Investing.* Foreign securities are subject to special risks. Securities traded in foreign markets may be less liquid and more volatile than those traded in U.S. markets. Foreign issuers are usually not subject to the same accounting and disclosure requirements that U.S. companies are subject to, which may make it difficult for the Fund to evaluate a foreign company's operations or financial condition. A change in the value of a foreign currency against the U.S. dollar will result in a change in the U.S. dollar value of investments denominated in that foreign currency and in the value of any income or distributions the Fund may receive on those investments. The value of foreign investments may be affected by exchange control regulations, foreign taxes, higher transaction and other costs, delays in the settlement of transactions, changes in economic or

monetary policy in the United States or abroad, expropriation or nationalization of a company's assets, or other political and economic factors. In addition, due to the inter-relationship of global economies and financial markets, changes in political and economic factors in one country or region could adversely affect conditions in another country or region. Investments in foreign securities may also expose the Fund to time-zone arbitrage risk. Foreign securities may trade on weekends or other days when the Fund does not price its shares. As a result, the value of the Fund's net assets may change on days when you will not be able to purchase or redeem the Fund's shares. At times, the Fund may emphasize investments in a particular country or region and may be subject to greater risks from adverse events that occur in that country or region. Foreign securities and foreign currencies held in foreign banks and securities depositories may be subject to only limited or no regulatory oversight.

*Eurozone Investment Risks.* Certain of the regions in which the Fund may invest, including the European Union (EU), currently experience significant financial difficulties. Following the global economic crisis that began in 2008, some of these countries have depended on, and may continue to be dependent on, the assistance from others such as the European Central Bank (ECB) or other governments or institutions, and failure to implement reforms as a condition of assistance could have a significant adverse effect on the value of investments in those and other European countries. In addition, countries that have adopted the euro are subject to fiscal and monetary controls that could limit the ability to implement their own economic policies, and could voluntarily abandon, or be forced out of, the euro. Such events could impact the market values of Eurozone and various other securities and currencies, cause redenomination of certain securities into less valuable local currencies, and create more volatile and illiquid markets. Additionally, the United Kingdom's departure from the EU, commonly known as "Brexit," may have significant political and financial consequences for Eurozone markets, including greater market volatility and illiquidity, currency fluctuations, deterioration in economic activity, a decrease in business confidence and an increased likelihood of a recession in the United Kingdom.

*Risks of Developing and Emerging Markets.* Investments in developing and emerging markets are subject to all the risks associated with foreign investing, however, these risks may be magnified in developing and emerging markets. Developing or emerging market countries may have less well developed securities markets and exchanges that may be substantially less liquid than those of more developed markets, and investments in such securities markets may be subject to unexpected market closures. Settlement procedures in developing or emerging markets may differ from those of more established securities markets, and settlement delays may result in the inability to invest assets or to dispose of portfolio securities in a timely manner. Securities prices in developing or emerging markets may be significantly more volatile than is the case in more developed nations of the world, and governments of developing or emerging market countries may also be more unstable than the governments of more developed countries. Such countries' economies may be more dependent on relatively few industries or investors that may be highly vulnerable to local and global changes. Developing or emerging market countries also may be subject to social, political or economic instability. The value of developing or emerging market countries' currencies may fluctuate more than the currencies of countries with more mature markets. Investments in developing or emerging market countries may be subject to greater risks of government restrictions, including confiscatory taxation, expropriation or nationalization of a company's assets, restrictions on foreign ownership of local companies, restrictions on withdrawing assets from the country, protectionist measures, and practices such as share blocking. The ability to bring and enforce actions in developing and emerging market countries, or to obtain information needed to pursue or enforce such actions, may be limited. In addition, the ability of foreign entities to participate in privatization programs of certain developing or emerging market countries may be limited by local law. Other risks may include additional transaction costs and difficulty

related to the quality, availability and timeliness of information. Investments in securities of issuers in developing or emerging market countries may be considered speculative. Companies in developing and emerging market countries may also generally be subject to less stringent regulatory, disclosure, financial reporting, accounting, auditing and recordkeeping standards than companies in more developed countries. As a result, information, including financial information, about such companies may be less available and reliable which can impede the Fund's ability to evaluate such companies.

*Risks of Growth Investing.* If a growth company's earnings or stock price fails to increase as anticipated, or if its business plans do not produce the expected results, the value of its securities may decline sharply. Growth companies may be newer or smaller companies that may experience greater stock price fluctuations and risks of loss than larger, more established companies. Newer growth companies tend to retain a large part of their earnings for research, development or investments in capital assets. Therefore, they may not pay any dividends for some time. Growth investing has gone in and out of favor during past market cycles and is likely to continue to do so. During periods when growth investing is out of favor or when markets are unstable, it may be more difficult to sell growth company securities at an acceptable price. Growth stocks may also be more volatile than other securities because of investor speculation.

*Small- and Mid-Capitalization Companies Risks.* Investing in securities of small- and mid-capitalization companies involves greater risk than customarily is associated with investing in larger, more established companies. Stocks of small- and mid-capitalization companies tend to be more vulnerable to changing market conditions, may have little or no operating history or track record of success, and may have more limited product lines and markets, less experienced management and fewer financial resources than larger companies. These companies' securities may be more volatile and less liquid than those of more established companies. They may be more sensitive to changes in a company's earnings expectations and may experience more abrupt and erratic price movements. Smaller companies' securities often trade in lower volumes and in many instances, are traded over-the-counter or on a regional securities exchange, where the frequency and volume of trading is substantially less than is typical for securities of larger companies traded on national securities exchanges. Therefore, the securities of smaller companies may be subject to wider price fluctuations and it might be harder for the Fund to dispose of its holdings at an acceptable price when it wants to sell them. Since small- and mid-cap companies typically reinvest a high proportion of their earnings in their business, they may not pay dividends for some time, particularly if they are newer companies. It may take a substantial period of time to realize a gain on an investment in a small- or mid-cap company, if any gain is realized at all. The Fund measures the market capitalization of an issuer at the time of investment.

*Industry and Sector Focus.* The Fund may from time to time have a significant amount of its assets invested in a particular industry or sector. The prices of stocks of issuers in a particular industry or sector may go up and down in response to changes in economic conditions, government regulations, availability of basic resources or supplies, or other events that affect that industry or sector more than others. To the extent that the Fund has a significant amount of its assets invested in a particular industry or sector, its share values may fluctuate in response to events affecting that industry or sector. To some extent that risk may be limited by the Fund's policy of not concentrating its investments in any one industry.

*Management Risk.* The Fund is actively managed and depends heavily on the Adviser's judgment about markets, interest rates or the attractiveness, relative values, liquidity, or potential appreciation of particular investments made for the Fund's portfolio. The Fund could experience losses if these judgments prove to be incorrect. Additionally, legislative, regulatory, or tax developments may adversely affect management of the Fund and, therefore, the ability of the Fund to achieve its investment objective.

## Performance Information

The bar chart and performance table provide an indication of the risks of investing in the Fund. The Fund has adopted the performance of the Oppenheimer International Growth Fund (the predecessor fund) as the result of a reorganization of the predecessor fund into the Fund, which was consummated after the close of business on May 24, 2019 (the "Reorganization"). Prior to the Reorganization, the Fund had not yet commenced operations. The bar chart shows changes in the performance of the predecessor fund and the Fund from year to year as of December 31. The performance table compares the predecessor fund's and the Fund's performance to that of a broad-based securities market benchmark. The Fund's (and the predecessor fund's) past performance (before and after taxes) is not necessarily an indication of how the Fund will perform in the future.

The returns shown for periods ending on or prior to May 24, 2019 are those of the Class A, Class C, Class R, Class Y and Class I shares of the predecessor fund. Class A, Class C, Class R, Class Y and Class I shares of the predecessor fund were reorganized into Class A, Class C, Class R, Class Y and Class R6 shares, respectively, of the Fund after the close of business on May 24, 2019. Class A, Class C, Class R, Class Y and Class R6 shares' returns of the Fund will be different from the returns of the predecessor fund as they have different expenses. Class R5 shares' returns of the Fund will be different from Class A shares' returns of the Fund and predecessor fund as they have different expenses. Performance for Class A shares has been restated to reflect the Fund's applicable sales charge.

Updated performance information is available on the Fund's website at www.invesco.com/us.

### Annual Total Returns

The bar chart does not reflect sales loads. If it did, the annual total returns shown would be lower.



| Class A shares | Period Ending | Returns |
|---|---|---|
| Best Quarter | June 30, 2020 | 20.52% |
| Worst Quarter | March 31, 2020 | -19.99% |

**Average Annual Total Returns** (for the periods ended December 31, 2020)

| | Inception Date | 1 Year | 5 Years | 10 Years | Since Inception |
|---|---|---|---|---|---|
| **Class A** | | | | | |
| Return Before Taxes | 3/25/1996 | 15.22% | 8.07% | 7.08% | —% |
| Return After Taxes on Distributions | | 11.61 | 7.36 | 6.60 | — |
| Return After Taxes on Distributions and Sale of Fund Shares | | 11.45 | 6.45 | 5.73 | — |
| **Class C** | 3/25/1996 | 20.00 | 8.49 | 7.05 | — |
| **Class R** | 3/1/2001 | 21.59 | 9.03 | 7.41 | — |
| **Class Y** | 9/7/2005 | 22.18 | 9.57 | 7.99 | — |
| **Class R5** | 5/24/2019 | 22.39 | 9.44[1] | 7.75[1] | — |
| **Class R6** | 3/29/2012 | 22.41 | 9.76 | — | 8.85 |
| MSCI All Country World ex USA® Index (Net) (reflects reinvested dividends net of withholding taxes, but reflects no deductions for fees, expenses or other taxes) | | 10.65 | 8.93 | 4.92 | — |

1 Performance shown prior to the inception date (after the close of business on May 24, 2019) is that of the predecessor fund's Class A shares at net asset value and includes the 12b-1 fees applicable to Class A shares. Class A shares' performance reflects any applicable fee waivers and/or expense reimbursements.

After-tax returns are calculated using the historical highest individual federal marginal income tax rates and do not reflect the impact of state and local taxes. Actual after-tax returns depend on an investor's tax situation and may differ from those shown, and after-tax returns shown are not relevant to investors who hold their Fund shares through tax-advantaged arrangements, such as 401(k) plans, 529 college savings plans or individual retirement accounts. After-tax returns are shown for Class A shares only and after-tax returns for other classes will vary.

## Management of the Fund
Investment Adviser: Invesco Advisers, Inc.

| Portfolio Managers | Title | Length of Service on the Fund |
|---|---|---|
| George R. Evans, CFA | Portfolio Manager | 2019 (predecessor fund 1996) |
| Robert B. Dunphy, CFA | Portfolio Manager | 2019 (predecessor fund 2012) |

## Purchase and Sale of Fund Shares
You may purchase, redeem or exchange shares of the Fund on any business day through your financial adviser or by telephone at 800-959-4246. Shares of the Fund, other than Class R5 and Class R6 shares, may also be purchased, redeemed or exchanged on any business day through our website at www.invesco.com/us or by mail to Invesco Investment Services, Inc., P.O. Box 219078, Kansas City, MO 64121-9078.

The minimum investments for Class A, C, R and Y shares for fund accounts are as follows:

| Type of Account | Initial Investment Per Fund | Additional Investments Per Fund |
|---|---|---|
| Asset or fee-based accounts managed by your financial adviser | None | None |
| Employer Sponsored Retirement and Benefit Plans and Employer Sponsored IRAs | None | None |
| IRAs and Coverdell ESAs if the new investor is purchasing shares through a systematic purchase plan | $25 | $25 |
| All other types of accounts if the investor is purchasing shares through a systematic purchase plan | 50 | 50 |
| IRAs and Coverdell ESAs | 250 | 25 |
| All other accounts | 1,000 | 50 |

With respect to Class R5 and Class R6 shares, there is no minimum initial investment for Employer Sponsored Retirement and Benefit Plans investing through a retirement platform that administers at least $2.5 billion in retirement plan assets. All other Employer Sponsored Retirement and Benefit Plans must meet a minimum initial investment of at least $1 million in each Fund in which it invests.

For all other institutional investors purchasing Class R5 or Class R6 shares, the minimum initial investment in each share class is $1 million, unless such investment is made by (i) an investment company, as defined under the Investment Company Act of 1940, as amended (1940 Act), that is part of a family of investment companies which own in the aggregate at least $100 million in securities, or (ii) an account established by a 529 college savings plan managed by Invesco, in which case there is no minimum initial investment.

There are no minimum investment amounts for Class R6 shares held through retail omnibus accounts maintained by an intermediary, such as a broker, that (i) generally charges an asset-based fee or commission in addition to those described in this prospectus, and (ii) maintains Class R6 shares and makes them available to retail investors.

## Tax Information
The Fund's distributions generally are taxable to you as ordinary income, capital gains, or some combination of both, unless you are investing through a tax-advantaged arrangement, such as a 401(k) plan, 529 college savings plan or individual retirement account. Any distributions from a 401(k) plan or individual retirement account may be taxed as ordinary income when withdrawn from such plan or account.

## Payments to Broker-Dealers and Other Financial Intermediaries
If you purchase the Fund through a broker-dealer or other financial intermediary (such as a bank), the Fund, the Fund's distributor or its related companies may pay the intermediary for the sale of Fund shares and related services. These payments may create a conflict of interest by influencing the broker-dealer or other intermediary and your salesperson or financial adviser to recommend the Fund over another investment. Ask your salesperson or financial adviser or visit your financial intermediary's website for more information.

# Investment Objective(s), Strategies, Risks and Portfolio Holdings

## Objective(s), Principal Investment Strategies and Risks
The Fund's investment objective is to seek capital appreciation. The Fund's investment objective may be changed by the Board of Trustees (the Board) without shareholder approval.

The following strategies and types of investments are the ones that the Fund considers to be the most important in seeking to achieve its investment objective and the following risks are those the Fund expects its portfolio to be subject to as a whole.

**Market Risk**. The market values of the Fund's investments, and therefore the value of the Fund's shares, will go up and down, sometimes rapidly or unpredictably. Market risk may affect a single issuer, industry or section of the economy, or it may affect the market as a whole. The value of the Fund's investments may go up or down due to general market conditions which are not specifically related to the particular issuer, such as real or perceived adverse economic conditions, changes in the general outlook for revenues or corporate earnings, changes in interest or currency rates, regional or global instability, or adverse investor sentiment generally. The value of the Fund's investments may also go up or down due to factors that affect an individual issuer or a particular industry or sector, such as changes in production costs and competitive conditions within an industry. In addition, natural or environmental disasters, widespread disease or other public health issues, war, acts of terrorism or other events may have a significant impact on the value of the Fund's investments, as well as the financial markets and global economy generally. Such circumstances may also impact the ability of the Adviser to effectively implement the Fund's investment strategy. During a general downturn in the financial markets, multiple asset classes may decline in value. When markets perform well, there can be no assurance that specific investments held by the Fund will rise in value.

# EXHIBIT A-16



**Prospectus** | March 1, 2021

Share class (Symbol): A (SASMX), C (SCSMX), FI (LMPSX), R (LMPOX), I (SBPYX), IS (LMOIX), 1 (LMPMX)

# CLEARBRIDGE
# SMALL CAP GROWTH FUND

Beginning in or after April 2021, as permitted by regulations adopted by the Securities and Exchange Commission, the fund intends to no longer mail paper copies of the fund's shareholder reports, unless you specifically request paper copies of the reports from the fund or from your Service Agent or financial intermediary (such as a broker-dealer or bank). Instead, the reports will be made available on a website, and you will be notified by mail each time a report is posted and provided with a website link to access the report.

If you already elected to receive shareholder reports electronically ("e-delivery"), you will not be affected by this change and you need not take any action. If you have not already elected e-delivery, you may elect to receive shareholder reports and other communications from the fund electronically by contacting your Service Agent or, if you are a direct shareholder with the fund, by calling 1-877-721-1926.

You may elect to receive all future reports in paper free of charge. If you invest through a Service Agent, you can contact your Service Agent to request that you continue to receive paper copies of your shareholder reports. That election will apply to all Legg Mason funds held in your account at that Service Agent. If you are a direct shareholder with the fund, you can call the fund at 1-877-721-1926, or write to the fund by regular mail at Legg Mason Funds, P.O. Box 9699, Providence, RI 02940-9699 or by express, certified or registered mail to Legg Mason Funds, 4400 Computer Drive, Westborough, MA 01581 to let the fund know you wish to continue receiving paper copies of your shareholder reports. That election will apply to all Legg Mason Funds held in your account held directly with the fund complex.



The Securities and Exchange Commission has not approved or disapproved these securities or determined whether this Prospectus is accurate or complete. Any statement to the contrary is a crime.

INVESTMENT PRODUCTS: NOT FDIC INSURED • NO BANK GUARANTEE • MAY LOSE VALUE

## Investment objective

The fund seeks long-term growth of capital.

### Contents

| | |
|---|---|
| Investment objective | 2 |
| Fees and expenses of the fund | 2 |
| Principal investment strategies | 3 |
| Principal risks | 3 |
| Performance | 6 |
| Management | 7 |
| Purchase and sale of fund shares | 7 |
| Tax information | 8 |
| Payments to broker/dealers and other financial intermediaries | 8 |
| More on the fund's investment strategies, investments and risks | 9 |
| More on fund management | 15 |
| Choosing a share class | 17 |
| Share class features summary | 17 |
| Share class availability | 18 |
| Additional information about each share class | 20 |
| Buying shares | 24 |
| Exchanging shares | 26 |
| Redeeming shares | 28 |
| Other things to know about transactions | 30 |
| Dividends, other distributions and taxes | 34 |
| Share price | 36 |
| Financial highlights | 37 |
| Appendix: Waivers and Discounts Available from Certain Service Agents | A-1 |

## Fees and expenses of the fund

The accompanying table describes the fees and expenses that you may pay if you buy, hold and sell shares of the fund. You may pay other fees, such as brokerage commissions and other fees to financial intermediaries, which are not reflected in the tables and examples below.

You may qualify for sales charge discounts if you and your family invest, or agree to invest in the future, at least $25,000 in funds distributed through Legg Mason Investor Services, LLC ("LMIS"), the fund's distributor. More information about these and other discounts is available from your Service Agent, in the fund's Prospectus on page 20 under the heading "Additional information about each share class," in the appendix titled "Appendix: Waivers and Discounts Available from Certain Service Agents" on page A-1 of the fund's Prospectus and in the fund's Statement of Additional Information ("SAI") on page 120 under the heading "Sales Charge Waivers and Reductions for Class A and Class A2 Shares." "Service Agents" include banks, brokers, dealers, insurance companies, investment advisers, financial consultants or advisers, mutual fund supermarkets and other financial intermediaries that have entered into an agreement with LMIS to sell shares of the fund.

Class 1 shares of the fund are not available for purchases or incoming exchanges.

If you purchase Class I shares or Class IS shares through a Service Agent acting solely as an agent on behalf of its customers, that Service Agent may charge you a commission. Such commissions, if any, are not charged by the fund and are not reflected in the fee table or expense example below.

### Shareholder fees

(fees paid directly from your investment)

| | Class A | Class C | Class FI | Class R | Class I | Class IS | Class 1 |
|---|---|---|---|---|---|---|---|
| Maximum sales charge (load) imposed on purchases (as a % of offering price) | 5.75[1,2] | None | None | None | None | None | N/A |
| Maximum deferred sales charge (load) (as a % of the lower of net asset value at purchase or redemption)[3] | None[4] | 1.00 | None | None | None | None | N/A |
| Small account fee[5] | $15 | $15 | None | None | None | None | $15 |

### Annual fund operating expenses (%)

(expenses that you pay each year as a percentage of the value of your investment)

| | Class A | Class C | Class FI | Class R | Class I | Class IS | Class 1 |
|---|---|---|---|---|---|---|---|
| Management fees | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 |
| Distribution and/or service (12b-1) fees | 0.25 | 1.00 | 0.25 | 0.50 | None | None | None |
| Other expenses | 0.17 | 0.17 | 0.19 | 0.21 | 0.15 | 0.03 | 0.17 |
| Total annual fund operating expenses | 1.17 | 1.92 | 1.19 | 1.46 | 0.90 | 0.78 | 0.92 |

[1] The sales charge is waived for shareholders purchasing Class A shares through accounts where LMIS is the broker-dealer of record ("LMIS Accounts").

[2] Shareholders purchasing Class A shares through certain Service Agents or in certain types of accounts may be eligible for a waiver of the sales charge. For additional information, see "Additional information about each share class — Sales charges" in the Prospectus.

[3] Maximum deferred sales charge (load) may be reduced over time.

[4] You may buy Class A shares in amounts of $1,000,000 or more at net asset value (without an initial sales charge), but if you redeem those shares within 18 months of their purchase, you will pay a contingent deferred sales charge of 1.00%.

[5] If the value of your account is below $1,000 ($250 for retirement plans that are not employer-sponsored), the fund may charge you a fee of $3.75 per account that is determined and assessed quarterly by the fund or your Service Agent (with an annual maximum of $15.00 per account). Please contact your Service Agent or the fund for more information.

## Example

This example is intended to help you compare the cost of investing in the fund with the cost of investing in other mutual funds. The example assumes:

• You invest $10,000 in the fund for the time periods indicated

• Your investment has a 5% return each year and the fund's operating expenses remain the same (except that any applicable fee waiver or expense reimbursement is reflected only through its expiration date)

• You reinvest all distributions and dividends without a sales charge

Although your actual costs may be higher or lower, based on these assumptions your costs would be:

| Number of years you own your shares ($) | | | | |
|---|---|---|---|---|
| | 1 year | 3 years | 5 years | 10 years |
| Class A (with or without redemption at end of period) | 687 | 925 | 1,182 | 1,915 |
| Class C (with redemption at end of period) | 295 | 603 | 1,037 | 2,244 |
| Class C (without redemption at end of period) | 195 | 603 | 1,037 | 2,244 |
| Class FI (with or without redemption at end of period) | 121 | 378 | 655 | 1,445 |
| Class R (with or without redemption at end of period) | 149 | 462 | 798 | 1,747 |
| Class I (with or without redemption at end of period) | 92 | 288 | 500 | 1,110 |
| Class IS (with or without redemption at end of period) | 80 | 250 | 434 | 967 |
| Class 1 (with or without redemption at end of period) | 94 | 294 | 510 | 1,132 |

**Portfolio turnover.** The fund pays transaction costs, such as commissions, when it buys and sells securities (or "turns over" its portfolio). A higher portfolio turnover rate may indicate higher transaction costs and may result in higher taxes when shares are held in a taxable account. These costs, which are not reflected in annual fund operating expenses or in the example, affect the fund's performance. During the most recent fiscal year, the fund's portfolio turnover rate was 21% of the average value of its portfolio.

## Principal investment strategies

Under normal circumstances, the fund invests at least 80% of its assets in equity securities of companies with small market capitalizations and related investments. For the purposes of this 80% policy, small capitalization companies are companies with market capitalization values not exceeding (i) $3 billion or (ii) the highest month-end market capitalization value of any stock in the Russell 2000 Index for the previous 12 months, whichever is greater. Securities of companies whose market capitalizations no longer meet this definition after purchase by the fund are still considered to be securities of small capitalization companies for purposes of the fund's 80% investment policy. The Russell 2000 Index measures the performance of the 2,000 smallest companies in the Russell 3000 Index.

The portfolio managers use a growth-oriented investment style that emphasizes small U.S. companies.

## Principal risks

Risk is inherent in all investing. The value of your investment in the fund, as well as the amount of return you receive on your investment, may fluctuate significantly. You may lose part or all of your investment in the fund or your investment may not perform as well as other similar investments. An investment in the fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or by any bank or government agency. The following is a summary description of certain risks of investing in the fund.

**Stock market and equity securities risk.** The stock markets are volatile and the market prices of the fund's equity securities may decline generally. Equity securities may have greater price volatility than other asset classes, such as fixed income securities, and may fluctuate in price based on actual or perceived changes in a company's financial condition and overall market and economic conditions and perceptions. If the market prices of the equity securities owned by the fund fall, the value of your investment in the fund will decline.

**Market events risk.** The market values of securities or other assets will fluctuate, sometimes sharply and unpredictably, due to changes in general market conditions, overall economic trends or events, governmental actions or intervention, actions taken by the U.S. Federal Reserve or foreign central banks, market disruptions caused by trade disputes or other factors, political developments, investor sentiment, the global and domestic effects of a pandemic, and other factors that may or may not be related to the issuer of the security or other asset. Economies and financial markets throughout the world are increasingly interconnected. Economic, financial or political events, trading and tariff arrangements, public health events, terrorism, natural disasters and other circumstances in one country or region could have profound impacts on global economies or markets. As a result, whether or not the fund invests in securities of issuers located in or with significant exposure to the countries directly affected, the value and liquidity of the fund's investments may be negatively affected.

The rapid and global spread of a highly contagious novel coronavirus respiratory disease, designated COVID-19, has resulted in extreme volatility in the financial markets and severe losses; reduced liquidity of many instruments; restrictions on international and, in some cases, local travel; significant disruptions to business operations (including business closures); strained healthcare systems; disruptions to supply chains, consumer

demand and employee availability; and widespread uncertainty regarding the duration and long-term effects of this pandemic. Some sectors of the economy and individual issuers have experienced particularly large losses. In addition, the COVID-19 pandemic may result in a sustained domestic or even global economic downturn or recession, domestic and foreign political and social instability, damage to diplomatic and international trade relations and increased volatility and/or decreased liquidity in the securities markets. Developing or emerging market countries may be more impacted by the COVID-19 pandemic as they may have less established health care systems and may be less able to control or mitigate the effects of the pandemic. The impact of the COVID-19 pandemic may last for an extended period of time. The ultimate economic fallout from the pandemic, and the long-term impact on economies, markets, industries and individual issuers, are not known. The U.S. government and the Federal Reserve, as well as certain foreign governments and central banks, are taking extraordinary actions to support local and global economies and the financial markets in response to the COVID-19 pandemic, including by pushing interest rates to very low levels. This and other government intervention into the economy and financial markets to address the COVID-19 pandemic may not work as intended, particularly if the efforts are perceived by investors as being unlikely to achieve the desired results. Government actions to mitigate the economic impact of the pandemic have resulted in a large expansion of government deficits and debt, the long term consequences of which are not known. The COVID-19 pandemic could adversely affect the value and liquidity of the fund's investments, impair the fund's ability to satisfy redemption requests, and negatively impact the fund's performance. In addition, the outbreak of COVID-19, and measures taken to mitigate its effects, could result in disruptions to the services provided to the fund by its service providers.

Small capitalization company risk. The fund will be exposed to additional risks as a result of its investments in the securities of small capitalization companies. Small capitalization companies may fall out of favor with investors; may have limited product lines, operating histories, markets or financial resources; or may be dependent upon a limited management group. The prices of securities of small capitalization companies generally are more volatile than those of large capitalization companies and are more likely to be adversely affected than large capitalization companies by changes in earnings results and investor expectations or poor economic or market conditions, including those experienced during a recession. Securities of small capitalization companies may underperform large capitalization companies, may be harder to sell at times or at prices the portfolio managers believe appropriate and may have greater potential for losses.

Growth investing risk. The fund's growth-oriented investment style may increase the risks of investing in the fund. Growth securities typically are very sensitive to market movements because their market prices tend to reflect future expectations. When it appears those expectations will not be met, the prices of growth securities typically fall. Growth securities may also be more volatile than other investments because they often do not pay dividends. Growth stocks as a group may be out of favor and underperform the overall equity market while the market concentrates on value stocks.

Issuer risk. The market price of a security can go up or down more than the market as a whole and can perform differently from the value of the market as a whole, due to factors specifically relating to the security's issuer, such as disappointing earnings reports by the issuer, unsuccessful products or services, loss of major customers, changes in management, corporate actions, negative perception in the marketplace, or major litigation or changes in government regulations affecting the issuer or the competitive environment. An individual security may also be affected by factors relating to the industry or sector of the issuer. The fund may experience a substantial or complete loss on an individual security.

Illiquidity risk. Some assets held by the fund may be or become impossible or difficult to sell, particularly during times of market turmoil. These illiquid assets may also be difficult to value. Markets may become illiquid when, for instance, there are few, if any, interested buyers or sellers or when dealers are unwilling or unable to make a market for certain securities. As a general matter, dealers recently have been less willing to make markets for fixed income securities. If the fund is forced to sell an illiquid asset to meet redemption requests or other cash needs, the fund may be forced to sell at a substantial loss or may not be able to sell at all.

Foreign investments and emerging markets risk. The fund's investments in securities of foreign issuers or issuers with significant exposure to foreign markets involve additional risk as compared to investments in U.S. securities or issuers with predominantly domestic exposure, such as less liquid, less transparent, less regulated and more volatile markets. The value of the fund's investments may decline because of factors affecting the particular issuer as well as foreign markets and issuers generally, such as unfavorable or unsuccessful government actions, reduction of government or central bank support, inadequate accounting standards, lack of information and political, economic, financial or social instability.

The value of investments in securities denominated in foreign currencies increases or decreases as the rates of exchange between those currencies and the U.S. dollar change. Currency conversion costs and currency fluctuations could erase investment gains or add to investment losses. Currency exchange rates can be volatile, and are affected by factors such as general economic conditions, the actions of the U.S. and foreign governments or central banks, the imposition of currency controls and speculation. The fund may be unable or may choose not to hedge its foreign currency exposure.

Less developed markets are more likely to experience problems with the clearing and settling of trades and the holding of securities by local banks, agents and depositories. Settlement of trades in these markets can take longer than in other markets and the fund may not receive its proceeds from the sale of certain securities for an extended period (possibly several weeks or even longer).

The risks of foreign investments are heightened when investing in issuers in emerging market countries. Emerging market countries tend to have economic, political and legal systems that are less developed and are less stable than those of more developed countries. Their economies tend to be less diversified than those of more developed countries. They typically have fewer medical and economic resources than more developed countries, and thus they may be less able to control or mitigate the effects of a pandemic. They are often particularly sensitive to market movements because their market prices tend to reflect speculative expectations. Low trading volumes may result in a lack of liquidity and in extreme price volatility.

**Portfolio management risk.** The value of your investment may decrease if the subadviser's judgment about the attractiveness or value of, or market trends affecting, a particular security, industry, sector or region, or about market movements, is incorrect or does not produce the desired results, or if there are imperfections, errors or limitations in the models, tools and data used by the subadviser. In addition, the fund's investment strategies or policies may change from time to time. Those changes may not lead to the results intended by the subadviser and could have an adverse effect on the value or performance of the fund.

**Valuation risk.** The sales price the fund could receive for any particular portfolio investment may differ from the fund's valuation of the investment, particularly for securities that trade in thin or volatile markets or that are valued using a fair value methodology. These differences may increase significantly and affect fund investments more broadly during periods of market volatility. Investors who purchase or redeem fund shares on days when the fund is holding fair-valued securities may receive fewer or more shares or lower or higher redemption proceeds than they would have received if the fund had not fair-valued securities or had used a different valuation methodology. The fund's ability to value its investments may be impacted by technological issues and/or errors by pricing services or other third party service providers. The valuation of the fund's investments involves subjective judgment.

**Industry or sector focus risk.** Although the fund does not employ an industry or sector focus, the fund may be susceptible to an increased risk of loss, including losses due to events that adversely affect the fund's investments more than the market as a whole, to the extent that the fund has greater exposure to the securities of a particular issuer or issuers within the same industry or sector.

**Cybersecurity risk.** Cybersecurity incidents, both intentional and unintentional, may allow an unauthorized party to gain access to fund assets, fund or customer data (including private shareholder information), or proprietary information, cause the fund, the manager, the subadvisers and/or their service providers (including, but not limited to, fund accountants, custodians, sub-custodians, transfer agents and financial intermediaries) to suffer data breaches, data corruption or loss of operational functionality or prevent fund investors from purchasing, redeeming or exchanging shares or receiving distributions. The fund, the manager, and the subadvisers have limited ability to prevent or mitigate cybersecurity incidents affecting third party service providers, and such third party service providers may have limited indemnification obligations to the fund or the manager. Cybersecurity incidents may result in financial losses to the fund and its shareholders, and substantial costs may be incurred in order to prevent any future cybersecurity incidents. Issuers of securities in which the fund invests are also subject to cybersecurity risks, and the value of these securities could decline if the issuers experience cybersecurity incidents.

These and other risks are discussed in more detail in the Prospectus or in the Statement of Additional Information.

## Performance

The accompanying bar chart and table provide some indication of the risks of investing in the fund. The bar chart shows changes in the fund's performance from year to year for Class A shares. The table shows the average annual total returns of each class of the fund that has been in operation for at least one full calendar year and also compares the fund's performance with the average annual total returns of an index or other benchmark. Performance for classes other than those shown may vary from the performance shown to the extent the expenses for those classes differ. The fund makes updated performance information, including its current net asset value, available at www.leggmason.com/mutualfunds (select fund and share class), or by calling the fund at 1-877-721-1926.

*The fund's past performance (before and after taxes) is not necessarily an indication of how the fund will perform in the future.*

Sales charges are not reflected in the accompanying bar chart, and if those charges were included, returns would be less than those shown.

### Total returns (%)

Before taxes



Calendar Years ended December 31

**Best Quarter** (06/30/2020): 39.26    **Worst Quarter** (03/31/2020): (23.83)

### Average annual total returns (%)
(for periods ended December 31, 2020)

| | 1 year | 5 years | 10 years |
|---|---|---|---|
| **Class A** | | | |
| Return before taxes | 35.20 | 18.43 | 14.79 |
| Return after taxes on distributions | 32.99 | 16.55 | 13.61 |
| Return after taxes on distributions and sale of fund shares | 22.28 | 14.48 | 12.13 |
| **Other Classes (Return before taxes only)** | | | |
| Class C | 41.40 | 19.00 | 14.62 |
| Class FI | 43.42 | 19.87 | 15.48 |
| Class R | 43.03 | 19.52 | 15.19 |
| Class I | 43.86 | 20.20 | 15.87 |
| Class IS | 44.01 | 20.35 | 16.00 |
| Class 1 | 43.82 | 20.13 | 15.70 |
| Russell 2000 Growth Index (reflects no deduction for fees, expenses or taxes) | 34.63 | 16.36 | 13.48 |

The after-tax returns are shown only for Class A shares, are calculated using the historical highest individual federal marginal income tax rates and do not reflect the impact of state and local taxes. Actual after-tax returns depend on an investor's tax situation and may differ from those shown, and the after-tax returns shown are not relevant to investors who hold their fund shares through tax-deferred arrangements, such as 401(k) plans or individual retirement accounts. After-tax returns for classes other than Class A will vary from returns shown for Class A.

# EXHIBIT A-17



# PIMCO Low Duration Fund

## Investment Objective

The Fund seeks maximum total return, consistent with preservation of capital and prudent investment management.

## Fees and Expenses of the Fund

This table describes the fees and expenses that you may pay if you buy, hold and sell shares of the Fund. You may pay other fees, such as commissions and other fees to financial intermediaries, which are not reflected in the table and example below. You may qualify for sales charge discounts if you and your family invest, or agree to invest in the future, at least $100,000 in Class A shares of eligible funds offered by PIMCO Equity Series and PIMCO Funds. More information about these and other discounts is available in the "Classes of Shares" section on page 36 of the Fund's prospectus, Appendix B to the Fund's prospectus (Financial Firm-Specific Sales Charge Waivers and Discounts) or from your financial professional.

**Shareholder Fees (fees paid directly from your investment):**

| | Inst Class | I-2 | I-3 | Admin Class | Class A | Class C | Class C-2 | Class R |
|---|---|---|---|---|---|---|---|---|
| Maximum Sales Charge (Load) Imposed on Purchases (as a percentage of offering price) | None | None | None | None | 2.25% | None | None | None |
| Maximum Deferred Sales Charge (Load) (as a percentage of the lower of the original purchase price or redemption price) | None | None | None | None | 1.00% | 1.00% | 1.00% | None |

**Annual Fund Operating Expenses (expenses that you pay each year as a percentage of the value of your investment):**

| | Inst Class | I-2 | I-3 | Admin Class | Class A | Class C | Class C-2 | Class R |
|---|---|---|---|---|---|---|---|---|
| Management Fees | 0.46% | 0.56% | 0.66% | 0.46% | 0.50% | 0.55% | 0.55% | 0.55% |
| Distribution and/or Service (12b-1) Fees | N/A | N/A | N/A | 0.25% | 0.25% | 0.55% | 0.75% | 0.50% |
| **Total Annual Fund Operating Expenses** | **0.46%** | **0.56%** | **0.66%** | **0.71%** | **0.75%** | **1.10%** | **1.30%** | **1.05%** |
| Fee Waiver and/or Expense Reimbursement[1] | N/A | N/A | (0.05%) | N/A | N/A | N/A | N/A | N/A |
| **Total Annual Fund Operating Expenses After Fee Waiver and/or Expense Reimbursement** | **0.46%** | **0.56%** | **0.61%** | **0.71%** | **0.75%** | **1.10%** | **1.30%** | **1.05%** |

[1]  PIMCO has contractually agreed, through July 31, 2022, to reduce its supervisory and administrative fee for the Fund's I-3 shares by 0.05% of the average daily net assets attributable to I-3 shares of the Fund. This Fee Waiver Agreement renews annually unless terminated by PIMCO upon at least 30 days' prior notice to the end of the contract term.

**Example.** The Example is intended to help you compare the cost of investing in Institutional Class, I-2, I-3, Administrative Class, Class A, Class C, Class C-2 or Class R shares of the Fund with the costs of investing in other mutual funds. The Example assumes that you invest $10,000 in the noted class of shares for the time periods indicated, and then redeem all your shares at the end of those periods. The Example also assumes that your investment has a 5% return each year and that the Fund's operating expenses remain the same. Although your actual costs may be higher or lower, based on these assumptions your costs would be:

**If you redeem your shares at the end of each period:**

| | 1 Year | 3 Years | 5 Years | 10 Years |
|---|---|---|---|---|
| Institutional Class | $47 | $148 | $258 | $579 |
| I-2 | $57 | $179 | $313 | $701 |
| I-3 | $62 | $206 | $363 | $818 |
| Administrative Class | $73 | $227 | $395 | $883 |
| Class A | $300 | $459 | $633 | $1,134 |
| Class C | $212 | $350 | $606 | $1,340 |
| Class C-2 | $232 | $412 | $713 | $1,568 |
| Class R | $107 | $334 | $579 | $1,283 |

**If you do not redeem your shares:**

| | 1 Year | 3 Years | 5 Years | 10 Years |
|---|---|---|---|---|
| Class A | $300 | $459 | $633 | $1,134 |
| Class C | $112 | $350 | $606 | $1,340 |
| Class C-2 | $132 | $412 | $713 | $1,568 |

## Portfolio Turnover

The Fund pays transaction costs when it buys and sells securities (or "turns over" its portfolio). A higher portfolio turnover rate may indicate higher transaction costs and may result in higher taxes when Fund shares are held in a taxable account. These costs, which are not reflected in the Annual Fund Operating Expenses or in the Example tables, affect the Fund's performance. During the most recent fiscal year, the Fund's portfolio turnover rate was 486% of the average value of its portfolio.

## Principal Investment Strategies

The Fund seeks to achieve its investment objective by investing under normal circumstances at least 65% of its total assets in a diversified portfolio of Fixed Income Instruments of varying maturities, which may be represented by forwards or derivatives such as options, futures contracts, or swap agreements. "Fixed Income Instruments" include bonds, debt securities and other similar instruments issued by various U.S. and non-U.S. public- or private-sector entities. The average portfolio duration of this Fund normally varies from one to three years based on PIMCO's market forecasts. Duration is a measure used to determine the sensitivity of a security's price to changes in interest rates. The longer a security's duration, the more sensitive it will be to changes in interest rates.

The Fund invests primarily in investment grade debt securities, but may invest up to 10% of its total assets in high yield securities ("junk bonds"), as rated by Moody's Investors Service, Inc. ("Moody's"),

Standard & Poor's Ratings Services ("S&P") or Fitch, Inc. ("Fitch"), or, if unrated, as determined by PIMCO. In the event that ratings services assign different ratings to the same security, PIMCO will use the highest rating as the credit rating for that security. The Fund may invest up to 30% of its total assets in securities denominated in foreign currencies, and may invest beyond this limit in U.S. dollar-denominated securities of foreign issuers. The Fund will normally limit its foreign currency exposure (from non-U.S. dollar-denominated securities or currencies) to 20% of its total assets. The Fund may invest up to 10% of its total assets in securities and instruments that are economically tied to emerging market countries (this limitation does not apply to investment grade sovereign debt denominated in the local currency with less than 1 year remaining to maturity, which means the Fund may invest, together with any other investments denominated in foreign currencies, up to 30% of its total assets in such instruments).

The Fund may invest, without limitation, in derivative instruments, such as options, futures contracts or swap agreements, or in mortgage- or asset-backed securities, subject to applicable law and any other restrictions described in the Fund's prospectus or Statement of Additional Information. The Fund may purchase or sell securities on a when-issued, delayed delivery or forward commitment basis and may engage in short sales. The Fund may, without limitation, seek to obtain market exposure to the securities in which it primarily invests by entering into a series of purchase and sale contracts or by using other investment techniques (such as buy backs or dollar rolls). The "total return" sought by the Fund consists of income earned on the Fund's investments, plus capital appreciation, if any, which generally arises from decreases in interest rates, foreign currency appreciation, or improving credit fundamentals for a particular sector or security. The Fund may also invest up to 10% of its total assets in preferred securities.

## Principal Risks

It is possible to lose money on an investment in the Fund. The principal risks of investing in the Fund, which could adversely affect its net asset value, yield and total return, are listed below.

**Interest Rate Risk:** the risk that fixed income securities will decline in value because of an increase in interest rates; a fund with a longer average portfolio duration will be more sensitive to changes in interest rates than a fund with a shorter average portfolio duration

**Call Risk:** the risk that an issuer may exercise its right to redeem a fixed income security earlier than expected (a call). Issuers may call outstanding securities prior to their maturity for a number of reasons (*e.g.*, declining interest rates, changes in credit spreads and improvements in the issuer's credit quality). If an issuer calls a security that the Fund has invested in, the Fund may not recoup the full amount of its initial investment and may be forced to reinvest in lower-yielding securities, securities with greater credit risks or securities with other, less favorable features

**Credit Risk:** the risk that the Fund could lose money if the issuer or guarantor of a fixed income security, or the counterparty to a derivative contract, is unable or unwilling, or is perceived (whether by market participants, rating agencies, pricing services or otherwise) as unable or unwilling, to meet its financial obligations

**High Yield Risk:** the risk that high yield securities and unrated securities of similar credit quality (commonly known as "junk bonds") are subject to greater levels of credit, call and liquidity risks. High yield securities are considered primarily speculative with respect to the issuer's continuing ability to make principal and interest payments, and may be more volatile than higher-rated securities of similar maturity

**Market Risk:** the risk that the value of securities owned by the Fund may go up or down, sometimes rapidly or unpredictably, due to factors affecting securities markets generally or particular industries

**Issuer Risk:** the risk that the value of a security may decline for a reason directly related to the issuer, such as management performance, financial leverage and reduced demand for the issuer's goods or services

**Liquidity Risk:** the risk that a particular investment may be difficult to purchase or sell and that the Fund may be unable to sell illiquid investments at an advantageous time or price or achieve its desired level of exposure to a certain sector. Liquidity risk may result from the lack of an active market, reduced number and capacity of traditional market participants to make a market in fixed income securities, and may be magnified in a rising interest rate environment or other circumstances where investor redemptions from fixed income funds may be higher than normal, causing increased supply in the market due to selling activity

**Derivatives Risk:** the risk of investing in derivative instruments (such as futures, swaps and structured securities), including leverage, liquidity, interest rate, market, credit and management risks, and valuation complexity. Changes in the value of a derivative may not correlate perfectly with, and may be more sensitive to market events than, the underlying asset, rate or index, and the Fund could lose more than the initial amount invested. The Fund's use of derivatives may result in losses to the Fund, a reduction in the Fund's returns and/or increased volatility. Over-the-counter ("OTC") derivatives are also subject to the risk that a counterparty to the transaction will not fulfill its contractual obligations to the other party, as many of the protections afforded to centrally-cleared derivative transactions might not be available for OTC derivatives. The primary credit risk on derivatives that are exchange-traded or traded through a central clearing counterparty resides with the Fund's clearing broker or the clearinghouse. Changes in regulation relating to a mutual fund's use of derivatives and related instruments could potentially limit or impact the Fund's ability to invest in derivatives, limit the Fund's ability to employ certain strategies that use derivatives and/or adversely affect the value of derivatives and the Fund's performance

**Equity Risk:** the risk that the value of equity securities, such as common stocks and preferred securities, may decline due to general market conditions which are not specifically related to a particular

# PIMCO Low Duration Fund

company or to factors affecting a particular industry or industries. Equity securities generally have greater price volatility than fixed income securities

**Mortgage-Related and Other Asset-Backed Securities Risk:** the risks of investing in mortgage-related and other asset-backed securities, including interest rate risk, extension risk, prepayment risk and credit risk

**Foreign (Non-U.S.) Investment Risk:** the risk that investing in foreign (non-U.S.) securities may result in the Fund experiencing more rapid and extreme changes in value than a fund that invests exclusively in securities of U.S. companies, due to smaller markets, differing reporting, accounting and auditing standards, increased risk of delayed settlement of portfolio transactions or loss of certificates of portfolio securities, and the risk of unfavorable foreign government actions, including nationalization, expropriation or confiscatory taxation, currency blockage, or political changes or diplomatic developments. Foreign securities may also be less liquid and more difficult to value than securities of U.S. issuers

**Emerging Markets Risk:** the risk of investing in emerging market securities, primarily increased foreign (non-U.S.) investment risk

**Sovereign Debt Risk:** the risk that investments in fixed income instruments issued by sovereign entities may decline in value as a result of default or other adverse credit event resulting from an issuer's inability or unwillingness to make principal or interest payments in a timely fashion

**Currency Risk:** the risk that foreign (non-U.S.) currencies will change in value relative to the U.S. dollar and affect the Fund's investments in foreign (non-U.S.) currencies or in securities that trade in, and receive revenues in, or in derivatives that provide exposure to, foreign (non-U.S.) currencies

**Leveraging Risk:** the risk that certain transactions of the Fund, such as reverse repurchase agreements, loans of portfolio securities, and the use of when-issued, delayed delivery or forward commitment transactions, or derivative instruments, may give rise to leverage, magnifying gains and losses and causing the Fund to be more volatile than if it had not been leveraged. This means that leverage entails a heightened risk of loss

**Management Risk:** the risk that the investment techniques and risk analyses applied by PIMCO will not produce the desired results and that actual or potential conflicts of interest, legislative, regulatory, or tax restrictions, policies or developments may affect the investment techniques available to PIMCO and the individual portfolio manager in connection with managing the Fund and may cause PIMCO to restrict or prohibit participation in certain investments. There is no guarantee that the investment objective of the Fund will be achieved

**Short Exposure Risk:** the risk of entering into short sales, including the potential loss of more money than the actual cost of the investment, and the risk that the third party to the short sale will not fulfill its contractual obligations, causing a loss to the Fund

**LIBOR Transition Risk:** the risk related to the anticipated discontinuation of the London Interbank Offered Rate ("LIBOR"). Certain instruments held by the Fund rely in some fashion upon LIBOR. Although the transition process away from LIBOR has become increasingly well-defined in advance of the anticipated discontinuation date, there remains uncertainty regarding the nature of any replacement rate, and any potential effects of the transition away from LIBOR on the Fund or on certain instruments in which the Fund invests can be difficult to ascertain. The transition process may involve, among other things, increased volatility or illiquidity in markets for instruments that currently rely on LIBOR and may result in a reduction in the value of certain instruments held by the Fund

Please see "Description of Principal Risks" in the Fund's prospectus for a more detailed description of the risks of investing in the Fund. An investment in the Fund is not a deposit of a bank and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency.

## Performance Information

The performance information shows summary performance information for the Fund in a bar chart and an Average Annual Total Returns table. The information provides some indication of the risks of investing in the Fund by showing changes in its performance from year to year and by showing how the Fund's average annual returns compare with the returns of a broad-based securities market index and an index of similar funds. Absent any applicable fee waivers and/or expense limitations, performance would have been lower. The bar chart shows performance of the Fund's Institutional Class shares. For periods prior to the inception date of I-3 shares (April 27, 2018) and Class C-2 shares (October 21, 2020), performance information shown in the table for these classes is based on the performance of the Fund's Institutional Class shares, adjusted to reflect the fees and expenses paid by these classes of shares. Performance for Class A, Class C and Class C-2 shares in the Average Annual Total Returns table reflects the impact of sales charges. *The Fund's past performance, before and after taxes, is not necessarily an indication of how the Fund will perform in the future.*

The ICE BofAML 1-3 Year U.S. Treasury Index is an unmanaged index comprised of U.S. Treasury securities, other than inflation protection securities and STRIPS, with at least $1 billion in outstanding face value and a remaining term to final maturity of at least one year and less than three years. The Lipper Short Investment Grade Debt Funds Average is a total return performance average of funds tracked by Lipper, Inc. that invest at least 65% of their assets in investment-grade debt issues (rated in the top four grades) with dollar-weighted average maturities of less than three years.

Performance for the Fund is updated daily and quarterly and may be obtained as follows: daily and quarterly updates on the net asset value and performance page at https://www.pimco.com/en-us/product-finder.



**Calendar Year Total Returns — Institutional Class**

| Year | Return |
|------|--------|
| '11 | 1.71% |
| '12 | 6.16% |
| '13 | 0.10% |
| '14 | 0.78% |
| '15 | 0.67% |
| '16 | 1.91% |
| '17 | 1.84% |
| '18 | 0.51% |
| '19 | 4.46% |
| '20 | 3.41% |

| | | |
|---|---|---|
| Best Quarter | June 30, 2020 | 2.36% |
| Worst Quarter | June 30, 2013 | -1.85% |
| Year-to-Date | June 30, 2021 | 0.00% |

**Average Annual Total Returns (for periods ended 12/31/20)**

| | 1 Year | 5 Years | 10 Years |
|---|---|---|---|
| Institutional Class Return Before Taxes | 3.41% | 2.42% | 2.14% |
| Institutional Class Return After Taxes on Distributions[1] | 2.64% | 1.48% | 1.10% |
| Institutional Class Return After Taxes on Distributions and Sales of Fund Shares[1] | 2.01% | 1.44% | 1.20% |
| I-2 Return Before Taxes | 3.31% | 2.32% | 2.04% |
| I-3 Return Before Taxes | 3.26% | 2.27% | 1.99% |
| Administrative Class Return Before Taxes | 3.15% | 2.16% | 1.88% |
| Class A Return Before Taxes | 0.79% | 1.64% | 1.58% |
| Class C Return Before Taxes | 1.75% | 1.77% | 1.49% |
| Class C-2 Return Before Taxes | 2.53% | 1.56% | 1.29% |
| Class R Return Before Taxes | 2.80% | 1.82% | 1.54% |
| ICE BofAML 1-3 Year U.S. Treasury Index (reflects no deductions for fees, expenses or taxes) | 3.10% | 1.90% | 1.30% |
| Lipper Short Investment Grade Debt Funds Average (reflects no deductions for taxes) | 3.57% | 2.58% | 1.93% |

[1]   After-tax returns are calculated using the highest historical individual federal marginal income tax rates and do not reflect the impact of state and local taxes. Actual after-tax returns depend on an investor's tax situation and may differ from those shown, and the after-tax returns shown are not relevant to investors who hold their Fund shares through tax-deferred arrangements, such as 401(k) plans or individual retirement accounts. In some cases the return after taxes may exceed the return before taxes due to an assumed tax benefit from any losses on a sale of Fund shares at the end of the measurement period. After-tax returns are for Institutional Class shares only. After-tax returns for other classes will vary.

## Investment Adviser/Portfolio Managers

 

PIMCO serves as the investment adviser for the Fund. The Fund's portfolio is jointly and primarily managed by Scott Mather and Jerome Schneider. Mr. Mather is CIO U.S. Core Strategies and a Managing Director of PIMCO. Mr. Schneider is a Managing Director of PIMCO. Messrs. Mather and Schneider have jointly and primarily managed the Fund since September 2014.

## Other Important Information Regarding Fund Shares

For important information about purchase and sale of Fund shares, tax information, and payments to broker-dealers and other financial intermediaries, please turn to the "Summary of Other Important Information Regarding Fund Shares" section on page 23 of this prospectus.

# EXHIBIT A-18

## T. Rowe Price®



**SUMMARY PROSPECTUS**

October 1, 2021

| | T. ROWE PRICE<br>**Retirement Balanced Fund** |
|---|---|
| TRRIX | Investor Class |
| PARIX | Advisor Class |
| RRTIX | R Class |

The Securities and Exchange Commission (SEC) has not approved or disapproved these securities or passed upon the adequacy of this prospectus. Any representation to the contrary is a criminal offense.

Before you invest, you may want to review the fund's prospectus, which contains more information about the fund and its risks. You can find the fund's prospectus, shareholder reports, and other information about the fund online at **troweprice.com/prospectus**. You can also get this information at no cost by calling **1-800-638-5660**, by sending an e-mail request to **info@troweprice.com**, or by contacting your financial intermediary. This Summary Prospectus incorporates by reference the fund's prospectus, dated October 1, 2021, as amended or supplemented, and Statement of Additional Information, dated October 1, 2021, as amended or supplemented.

INVEST WITH CONFIDENCE®

**Investment Objective(s)**

The fund seeks the highest total return over time consistent with an emphasis on both capital growth and income.

**Fees and Expenses**

This table describes the fees and expenses that you may pay if you buy, hold, and sell shares of the fund. **You may also incur brokerage commissions and other charges when buying or selling shares of the Investor Class, which are not reflected in the table.**

**Fees and Expenses of the Fund**

| | Investor<br>Class | Advisor<br>Class | R<br>Class |
|---|---|---|---|
| Shareholder fees (fees paid directly from your investment) | | | |
| Maximum account fee | $20[a] | — | — |
| Annual fund operating expenses<br>(expenses that you pay each year as a<br>percentage of the value of your investment) | | | |
| Management fees | 0.49%[b] | 0.49%[b] | 0.49%[b] |
| Distribution and service (12b-1) fees | — | 0.25 | 0.50 |
| Other expenses | — | — | — |
| Total annual fund operating expenses | 0.49[b] | 0.74[b] | 0.99[b] |

a  Subject to certain exceptions, accounts with a balance of less than $10,000 are charged an annual $20 fee.

b  Restated to reflect current fees.

**Example** This example is intended to help you compare the cost of investing in the fund with the cost of investing in other mutual funds. The example assumes that you invest $10,000 in the fund for the time periods indicated and then redeem all of your shares at the end of those periods, that your investment has a 5% return each year, and that the fund's operating expenses remain the same. Although your actual costs may be higher or lower, based on these assumptions your costs would be:

| | 1 year | 3 years | 5 years | 10 years |
|---|---|---|---|---|
| Investor Class | $50 | $157 | $274 | $616 |
| Advisor Class | 76 | 237 | 411 | 918 |
| R Class | 101 | 315 | 547 | 1,213 |

**Portfolio Turnover** The fund pays transaction costs, such as commissions, when it buys and sells securities (or "turns over" its portfolio). A higher portfolio turnover rate may indicate higher transaction costs and may result in higher taxes when the fund's shares are held in a taxable account. These costs, which are not reflected in annual fund operating expenses or in the example, affect the fund's performance. During the most recent fiscal year, the fund's portfolio turnover rate was 35.4% of the average value of its portfolio.

**Investments, Risks, and Performance**

**Principal Investment Strategies**

The fund pursues its objective(s) by investing in a diversified portfolio of other T. Rowe Price stock and bond mutual funds that represent various asset classes and sectors. The fund is intended for retired investors who seek income and relative stability from bonds along with some capital appreciation potential from stocks. The fund's "neutral allocations," which are what T. Rowe Price considers broadly appropriate for investors during their retirement years, are 40% stock funds and 60% bond funds.

These allocations are intended to reflect the need for reduced market risks, lower portfolio volatility, and an income stream throughout retirement. Although the fund is designed for investors already in retirement, you should be aware that it does not decrease its equity holdings and become increasingly conservative over time. As such, you may want to consider a more conservative or more aggressive approach depending on your age and specific stage of retirement. The fund is designed to be part of an investor's overall investment strategy, but is not intended as a complete solution to an investor's retirement needs. While the overall asset mix generally remains consistent over time, tactical decisions may be made by T. Rowe Price to overweight or underweight a particular asset class or sector based on its market outlook. The target allocations assigned to the broad asset classes (Stocks and Bonds), which reflect these tactical decisions resulting from market outlook, are not expected to vary from the neutral allocations by more than plus (+) or minus (-) five percent (5%).

The following table illustrates how the portfolio is generally expected to be allocated between the asset classes and the underlying T. Rowe Price mutual funds that are used to represent the broad asset classes and specific sectors. The fund invests in the Z Class of each of its underlying funds. T. Rowe Price is contractually obligated to waive and/or bear all of the Z Class' expenses, with certain limited exceptions. The fund's overall allocation to stocks is represented by a diversified mix of U.S. and international stock funds that employ both growth and value investment approaches and consist of large-cap, mid-cap, and small-cap stocks. The fund's overall allocation to bonds is represented by a "core" fixed income component designed to have lower overall volatility and a "diversifying" fixed income component designed to respond to a variety of market conditions and improve risk adjusted returns. The information in the table represents the neutral allocations for the fund. The target allocations and actual allocations may differ. The fund's shareholder reports set forth its actual allocations between stock funds and bond funds and to the individual T. Rowe Price mutual funds. T. Rowe Price may periodically rebalance or modify the asset mix of the underlying funds and change the underlying fund investments.

**Retirement Balanced Fund**

| Asset Class | | Sector(s) | Neutral Allocation | Underlying Fund(s) |
|---|---|---|---|---|
| Stocks | 40.00% | Inflation Focused Stocks | 2.00% | Real Assets |
| | | International Developed Market Stocks | 9.69 | International Stock, International Value Equity, and/or Overseas Stock |
| | | International Emerging Market Stocks | 1.71 | Emerging Markets Discovery Stock and/or Emerging Markets Stock |
| | | U.S. Large-Cap Stocks | 21.28 | Equity Index 500, Growth Stock, U.S. Equity Research, U.S. Large-Cap Core, and/or Value |
| | | U.S. Mid-Cap Stocks | 2.66 | Mid-Cap Growth, Mid-Cap Index, and/or Mid-Cap Value |
| | | U.S. Small-Cap Stocks | 2.66 | New Horizons, Small-Cap Index, Small-Cap Stock, and/or Small-Cap Value |
| Bonds | 60.00 | Core Fixed Income | 28.00 | Dynamic Global Bond, International Bond (USD Hedged), and/or New Income |
| | | Diversifying Fixed Income | 32.00 | Emerging Markets Bond, Floating Rate, High Yield, Limited Duration Inflation Focused Bond, U.S. Treasury Long-Term Index, and/or U.S. Treasury Money |

**Principal Risks**

As with any fund, there is no guarantee that the fund will achieve its objective(s). The fund's share price fluctuates, which means you could lose money by investing in the fund. There is no guarantee that the fund will provide adequate income at and through your retirement. The principal risks of investing in this fund, which may be even greater during periods of market disruption or volatility, are summarized as follows:

**Active Management/Asset allocation** The fund's overall level of risk will directly correspond to the risks of the underlying funds in which it invests. By investing in many underlying funds, the fund has partial exposure to the risks of different areas of the market. However, the selection of the underlying funds and the allocation of the fund's assets among the various asset classes, market sectors, and investment styles represented by those underlying funds could cause the fund to underperform other funds with a similar benchmark or investment objective(s).

**Investments in other funds** The fund bears the risk that its underlying funds will fail to successfully employ their investment strategies. One or more underlying

fund's underperformance or failure to meet its investment objective(s) as intended could cause the fund to underperform similarly managed funds.

**Market conditions** The value of the fund's investments may decrease, sometimes rapidly or unexpectedly, due to factors affecting an issuer held by the fund, particular industries, or the overall securities markets. A variety of factors can increase the volatility of the fund's holdings and markets generally, including political or regulatory developments, recessions, inflation, rapid interest rate changes, war or acts of terrorism, natural disasters, and outbreaks of infectious illnesses or other widespread public health issues such as the coronavirus pandemic and related governmental and public responses. Certain events may cause instability across global markets, including reduced liquidity and disruptions in trading markets, while some events may affect certain geographic regions, countries, sectors, and industries more significantly than others. Government intervention in markets may impact interest rates, market volatility, and security pricing. These adverse developments may cause broad declines in market value due to short-term market movements or for significantly longer periods during more prolonged market downturns.

**Bond exposure** An underlying bond fund's share price can fall because of various factors affecting bonds or due to general weakness in the overall bond markets. The fund invests in underlying funds with varying levels of credit risk, interest rate risk, and liquidity risk. At times, participants in bond markets may develop concerns about the ability of certain issuers to make timely principal and interest payments, or they may develop concerns about the ability of financial institutions that make markets in certain debt instruments to facilitate an orderly market. Those concerns could cause increased volatility and reduced liquidity in particular securities or in the overall bond markets and the related derivatives markets, which could hamper an underlying fund's ability to sell the bonds in which it invests or to find and purchase suitable investments.

**Stock exposure** An underlying stock fund's share price can fall because of weakness in the overall stock markets, a particular industry, or specific holdings. Stocks generally fluctuate in value more than bonds and may decline significantly over short time periods. There is a chance that stock prices overall will decline because stock markets tend to move in cycles, with periods of rising and falling prices. The value of an underlying stock fund may decline due to general weakness or volatility in the stock markets, adverse conditions impacting a particular industry or market sector, or factors affecting an investment style or market capitalization targeted by the fund.

**International investing** Investing in funds that hold the securities of non-U.S. issuers involves special risks not typically associated with investing in funds that hold securities of U.S. issuers. Non-U.S. securities tend to be more volatile and have lower overall liquidity than investments in U.S. securities and may lose value because of adverse local, political, social, or economic developments overseas, or due to changes in the exchange rates between foreign currencies and the U.S. dollar. In addition, investments outside the U.S. are subject to settlement practices and regulatory and financial reporting standards that differ from those of the U.S. The risks of investing outside the U.S. are heightened for any investments in emerging markets, which are susceptible to greater volatility than investments in developed markets.

**Emerging markets** Investing in funds that hold securities of issuers in emerging market countries involves greater risk and overall volatility than investing in funds that hold securities of issuers in the U.S. and other developed markets. Emerging market countries tend to have economic structures that are less diverse and mature, less developed legal and regulatory regimes, and political systems that are less stable, than those of developed countries. In addition to the risks normally associated with investing outside the U.S., emerging markets are more susceptible to governmental interference, political and economic uncertainty, local taxes and restrictions on an underlying fund's investments, less efficient trading markets with lower overall liquidity, and more volatile currency exchange rates.

**Interest rates** The prices of, and the income generated by, bonds and other debt instruments held by an underlying fund may be affected by changes in interest rates. A rise in interest rates typically causes the price of a fixed rate debt instrument to fall and its yield to rise. Conversely, a decline in interest rates typically causes the price of a fixed rate debt instrument to rise and the yield to fall. Generally, underlying bond funds with longer weighted average maturities and durations carry greater interest rate risk.

**Prepayments and extensions** Underlying funds that invest in mortgage-backed securities, other asset-backed securities, or any debt instrument with an embedded call option are subject to prepayment risks because the principal on the security may be prepaid at any time, which could reduce the security's yield and market value. The rate of prepayments tends to increase as interest rates fall, which could cause the average maturity of the underlying fund's portfolio to shorten. Extension risk may result from a rise in interest rates, which tends to make mortgage-backed securities, asset-backed securities, and other callable debt instruments more volatile.

**Credit quality** An issuer of a debt instrument held by an underlying fund could suffer an adverse change in financial condition that results in a payment default (failure to make scheduled interest or principal payments), rating downgrade, or inability to meet a financial obligation. The fund's exposure to credit risk is increased to the extent the fund invests in underlying funds that hold securities that are not considered investment-grade. Holdings that are rated below investment grade carry greater risk of default and erratic price swings due, in part, to potentially adverse changes in the credit quality of the issuer.

**Market capitalization** Because the fund invests in certain funds that focus on a particular market capitalization, its share price may be negatively affected if investing in that market capitalization falls out of favor. Small- and mid-cap companies often have less experienced management, more limited financial resources, and less publicly available information than larger companies, and tend to be more sensitive to changes in overall economic conditions. As a result, investments in small-cap and mid-cap companies are likely to be more volatile than investments in larger companies. However, larger companies may not be able to attain the high growth rates of successful smaller companies, especially during strong economic periods, and they may be less capable of responding quickly to competitive challenges and industry changes.

**Investment style** Because the fund invests in certain funds that focus on growth stocks and certain funds that focus on value stocks, its share price may be negatively affected if either investing approach falls out of favor. Growth stocks tend to be more volatile than the overall stock market and are more sensitive to changes in current or expected earnings. Value stocks carry the risk that investors will not recognize their intrinsic value for a long time or that they are actually appropriately priced at a low level.

**Inflation** To the extent the fund invests in underlying funds that are designed to provide protection against the impact of inflation, those investments could adversely affect the fund's performance when inflation or expectations of inflation are low. During such periods, the values of an underlying fund's investments in inflation-linked securities or stocks designed to outperform the overall stock market during periods of high or rising inflation could fall and result in losses for the fund, causing the fund to lag the performance of similarly managed funds.

**Liquidity** An underlying fund may not be able to meet requests to redeem shares without significant dilution of the remaining shareholders' interests in the fund. A particular investment or an entire market segment may become less liquid or even illiquid, sometimes abruptly, which could limit a fund's ability to purchase or sell holdings in a timely manner at a desired price. Reduced liquidity can result from a number of events, such as limited trading activity, reductions in bond inventory, and rapid or unexpected changes in interest rates. Large redemptions may also have a negative impact on an underlying fund's overall liquidity.

**Cybersecurity breaches** The fund could be harmed by intentional cyberattacks and other cybersecurity breaches, including unauthorized access to the fund's assets, customer data and confidential shareholder information, or other proprietary information. In addition, a cybersecurity breach could cause one of the fund's service providers or financial intermediaries to suffer unauthorized data access, data corruption, or loss of operational functionality.

### Performance

The following performance information provides some indication of the risks of investing in the fund. The fund's performance information represents only past performance (before and after taxes) and is not necessarily an indication of future results.

The following bar chart illustrates how much returns can differ from year to year by showing calendar year returns and the best and worst calendar quarter returns during those years for the fund's Investor Class. Returns for other share classes vary since they have different expenses.

**RETIREMENT BALANCED FUND**

Calendar Year Returns



| | Quarter Ended | Total Return | | Quarter Ended | Total Return |
|---|---|---|---|---|---|
| Best Quarter | 6/30/20 | 11.57% | Worst Quarter | 3/31/20 | -10.87% |

The fund's return for the six months ended 6/30/21 was 6.07%.

The following table shows the average annual total returns for each class of the fund that has been in operation for at least one full calendar year, and also compares the returns with the returns of a relevant broad-based market index, as well as with the returns of one or more comparative indexes that have investment characteristics similar to those of the fund, if applicable.

In addition, the table shows hypothetical after-tax returns to demonstrate how taxes paid by a shareholder may influence returns. After-tax returns are calculated using the historical highest individual federal marginal income tax rates and do not reflect the impact of state and local taxes. Actual after-tax returns depend on an investor's tax situation and may differ from those shown. After-tax returns shown are not relevant to investors who hold their fund shares through tax-deferred arrangements, such as a 401(k) account or an IRA. After-tax returns are shown only for the Investor Class and will differ for other share classes.

**Average Annual Total Returns**

| | | | | Periods ended December 31, 2020 |
|---|---|---|---|---|
| | **1 Year** | **5 Years** | **10 Years** | **Inception date** |
| **Investor Class** | | | | 09/30/2002 |
| Returns before taxes | 11.43 % | 7.86 % | 6.26 % | |
| Returns after taxes on distributions | 8.83 | 6.18 | 4.98 | |
| Returns after taxes on distributions and sale of fund shares | 8.06 | 5.72 | 4.62 | |
| **Advisor Class** | | | | 10/31/2003 |
| Returns before taxes | 11.14 | 7.60 | 5.99 | |
| **R Class** | | | | 10/31/2003 |
| Returns before taxes | 10.88 | 7.33 | 5.73 | |
| **S&P Target Date Retirement Income Index (reflects no deduction for fees, expenses, or taxes)** | 8.81 | 6.50 | 5.47 | |
| **Combined Index Portfolio (reflects no deduction for fees, expenses, or taxes)[a]** | 11.69 | 7.82 | 6.26 | |

a  Combined Index Portfolio is a blended benchmark composed of 40.0% stocks (28.00% Russell 3000 Index and 12.00% MSCI All Country World Index ex USA Net), and 60.0% bonds (38.00% Bloomberg U.S. Aggregate Bond Index and 22.00% Bloomberg U.S. 1-5 Year Treasury TIPS Index). The indices and percentages may vary over time.

Updated performance information is available through **troweprice.com**.

### Management

**Investment Adviser** T. Rowe Price Associates, Inc. (T. Rowe Price or Price Associates)

| Portfolio Manager | Title | Managed Fund Since | Joined Investment Adviser |
|---|---|---|---|
| Wyatt A. Lee | Cochair of Investment Advisory Committee | 2015 | 1999 |
| Kimberly E. DeDominicis* | Cochair of Investment Advisory Committee | 2019 | 1997 |
| Andrew G. Jacobs Van Merlen | Cochair of Investment Advisory Committee | 2020 | 2000 |

\*   Ms. DeDominicis originally joined T. Rowe Price in 1997 and returned to T. Rowe Price in 2003.

**Purchase and Sale of Fund Shares**

The Investor Class, Advisor Class, and R Class generally require a $2,500 minimum initial investment ($1,000 minimum initial investment if opening an IRA, a custodial account for a minor, or a small business retirement plan account). Additional purchases generally require a $100 minimum. These investment minimums generally are waived for financial intermediaries and certain employer-sponsored retirement plans submitting orders on behalf of their customers. Advisor Class and R Class shares may generally only be purchased through a financial intermediary or retirement plan.

For investors holding shares of the fund directly with T. Rowe Price, you may purchase, redeem, or exchange fund shares by mail; by telephone (1-800-225-5132 for IRAs and nonretirement accounts; 1-800-492-7670 for small business retirement plans; and 1-800-638-8790 for institutional investors and financial intermediaries); or, for certain accounts, by accessing your account online through **troweprice.com**.

If you hold shares through a financial intermediary or retirement plan, you must purchase, redeem, and exchange shares of the fund through your intermediary or retirement plan. You should check with your intermediary or retirement plan to determine the investment minimums that apply to your account.

**Tax Information**

The fund declares dividends daily and pays them on the first business day of each month. Any capital gains are declared and paid annually, usually in December. Redemptions or exchanges of fund shares and distributions by the fund, whether or not you reinvest these amounts in additional fund shares, generally may be taxed as ordinary income or capital gains unless you invest through a tax-deferred account (in which case you will be taxed upon withdrawal from such account).

**Payments to Broker-Dealers and Other Financial Intermediaries**

If you purchase shares of the fund through a broker-dealer or other financial intermediary (such as a bank), the fund and its related companies may pay the intermediary for the sale of fund shares and related services. These payments may create a conflict of interest by influencing the broker-dealer or other intermediary and your salesperson to recommend the fund over another investment. Ask your salesperson or visit your financial intermediary's website for more information.

**T. Rowe Price**®

T. Rowe Price Associates, Inc.                                                                                  F145-045 10/1/21
100 East Pratt Street
Baltimore, MD 21202

# EXHIBIT A-19

# T. Rowe Price®

## SUMMARY PROSPECTUS

October 1, 2021

| | |
|---|---|
| | T. ROWE PRICE |
| | **Retirement 2010 Fund** |
| TRRAX | Investor Class |
| PARAX | Advisor Class |
| RRTAX | R Class |

The Securities and Exchange Commission (SEC) has not approved or disapproved these securities or passed upon the adequacy of this prospectus. Any representation to the contrary is a criminal offense.

Before you invest, you may want to review the fund's prospectus, which contains more information about the fund and its risks. You can find the fund's prospectus, shareholder reports, and other information about the fund online at **troweprice.com/prospectus**. You can also get this information at no cost by calling **1-800-638-5660**, by sending an e-mail request to **info@troweprice.com**, or by contacting your financial intermediary. This Summary Prospectus incorporates by reference the fund's prospectus, dated October 1, 2021, as amended or supplemented, and Statement of Additional Information, dated October 1, 2021, as amended or supplemented.

**INVEST WITH CONFIDENCE®**

**Investment Objective(s)**

The fund seeks the highest total return over time consistent with an emphasis on both capital growth and income.

**Fees and Expenses**

This table describes the fees and expenses that you may pay if you buy, hold, and sell shares of the fund. **You may also incur brokerage commissions and other charges when buying or selling shares of the Investor Class, which are not reflected in the table.**

**Fees and Expenses of the Fund**

| | Investor Class | Advisor Class | R Class |
|---|---|---|---|
| **Shareholder fees (fees paid directly from your investment)** | | | |
| Maximum account fee | $20[a] | — | — |
| **Annual fund operating expenses (expenses that you pay each year as a percentage of the value of your investment)** | | | |
| Management fees | 0.49%[b,c] | 0.49%[b,c] | 0.49%[b,c] |
| Distribution and service (12b-1) fees | — | 0.25 | 0.50 |
| Other expenses | — | — | — |
| Total annual fund operating expenses | 0.49[b] | 0.74[b] | 0.99[b] |

a  Subject to certain exceptions, accounts with a balance of less than $10,000 are charged an annual $20 fee.

b  Restated to reflect current fees.

c  The management fee is based on a predetermined contractual fee schedule, which is set forth under "The Management Fee" in section 2 of the fund's prospectus. The fee schedule can only be changed with approval by the fund's Board of Directors, and, if required by SEC rules, the fund's shareholders.

**Example** This example is intended to help you compare the cost of investing in the fund with the cost of investing in other mutual funds. The example assumes that you invest $10,000 in the fund for the time periods indicated and then redeem all of your shares at the end of those periods, that your investment has a 5% return each year, and that the fund's operating expenses remain the same. Although your actual costs may be higher or lower, based on these assumptions your costs would be:

| | 1 year | 3 years | 5 years | 10 years |
|---|---|---|---|---|
| Investor Class | $50 | $157 | $274 | $616 |
| Advisor Class | 76 | 237 | 411 | 918 |
| R Class | 101 | 315 | 547 | 1,213 |

**Portfolio Turnover** The fund pays transaction costs, such as commissions, when it buys and sells securities (or "turns over" its portfolio). A higher portfolio turnover rate may indicate higher transaction costs and may result in higher taxes when the fund's shares are held in a taxable account. These costs, which are not reflected in annual fund operating expenses or in the example, affect the fund's performance. During the most recent fiscal year, the fund's portfolio turnover rate was 26.8% of the average value of its portfolio.

**Investments, Risks, and Performance**

**Principal Investment Strategies**

The fund pursues its objective(s) by investing in a diversified portfolio of other T. Rowe Price stock and bond mutual funds that represent various asset classes and sectors. The fund's allocation among T. Rowe Price mutual funds will change over time in relation to its target retirement date.

The fund is managed based on the specific retirement year (target date 2010) included in its name and assumes a retirement age of 65. The target date refers to the approximate year an investor in the fund would plan to retire and likely stop making new investments in the fund. The fund is designed for an investor who retired at or about the target date and who plans to withdraw the value of the account in the fund gradually after retirement. However, if an investor retires earlier or later than age 65, the fund may not be an appropriate investment even if the investor retires on or near the fund's target date.

Over time, the allocation to asset classes and funds will change according to a predetermined "glide path" shown in the following chart. The glide path represents the shifting of asset classes over time and shows how the fund's asset mix becomes more conservative–both prior to and after retirement–as time elapses. This reflects the need for reduced market risks as retirement approaches and the need for lower portfolio volatility after retiring. Although the glide path is meant to dampen the fund's potential volatility as retirement approaches, the fund is not designed for a lump sum redemption at the retirement date. The fund pursues an asset allocation strategy that promotes asset accumulation prior to retirement, but it is intended to also serve as a post-retirement investment vehicle with allocations designed to support an income stream made up of regular withdrawals throughout retirement along with some portfolio growth that exceeds inflation. After the target date, the fund is designed to balance longevity and inflation risks along with the need for some income, although it does not guarantee a particular level of income.

During the second quarter of 2020, the fund, along with all of the T. Rowe Price Retirement Funds, began to shift from its original glide path to an enhanced glide path. The transition to the enhanced glide path will ultimately increase the overall stock allocation at certain points in the glide path. The overall allocation to stocks at the beginning of the enhanced glide path (40+ years to retirement) for all T. Rowe Price Retirement Funds will increase from 90% to 98%, and the 98% stock allocation will remain constant until the fund is 30 years from its target date. The overall allocation to stocks at the end of the enhanced glide path (30 years past retirement) for all T. Rowe Price Retirement Funds will increase from 20% to 30%. There are increases to the overall stock allocation along other points of the enhanced glide path, but the allocations nearer to the target date will not significantly change and the overall neutral allocation to stocks at the target date remains at 55%. The transition from the original glide path to the enhanced glide path may take up to two years from the start of the transition to fully implement, based on the changes that are necessary as a result of the fund's positioning on the original glide path. The following chart illustrates how the enhanced glide path compares with the original glide path over the entire investment life cycle of a T. Rowe Price Retirement Fund (the left axis indicates the overall neutral allocation to stocks with the remainder of the allocation to bonds):



The glide path provides for a neutral allocation to stocks at the target date of 55%. The fund's overall exposure to stocks will continue to decline until approximately 30 years after its target date, when its neutral allocations to stocks and bonds will remain unchanged. There are no maturity restrictions within the fund's overall allocation to bonds, although the bond fund invests may impose specific limits on maturity or credit quality. The allocations are referred to as "neutral" allocations because they are strategic and do not reflect any tactical decisions made by T. Rowe Price to overweight or underweight a particular asset class or sector based on its market outlook. The target allocations assigned to the broad asset classes (Stocks and Bonds), which reflect these tactical decisions resulting from market outlook, are not expected to vary from the neutral allocations set forth in the glide path by more than plus (+) or minus (-) five percent (5%). The target allocations and actual allocations may differ due to significant market movements or cash flows. During the transition from the original glide path to the enhanced glide path, there may be times when the target allocation varies by more than this amount in comparison with either or both glide paths.

The following table illustrates how the portfolio is generally expected to be allocated between the asset classes and the underlying T. Rowe Price mutual funds that are used to represent the broad asset classes and specific sectors. The fund invests in the Z Class of each of its underlying funds. T. Rowe Price is contractually obligated to waive and/or bear all of the Z Class' expenses, with certain limited exceptions. The fund's overall allocation to stocks is represented

by a diversified mix of U.S. and international stock funds that employ both growth and value investment approaches and consist of large-cap, mid-cap, and small-cap stocks. The fund's overall allocation to bonds is represented by a "core" fixed income component designed to have lower overall volatility and a "diversifying" fixed income component designed to respond to a variety of market conditions and improve risk adjusted returns. The information in the table represents the neutral allocations for the fund as of October 1, 2021. The fund's shareholder reports set forth its actual allocations between stock funds and bond funds and to the individual T. Rowe Price mutual funds. T. Rowe Price may periodically rebalance or modify the asset mix of the underlying funds and change the underlying fund investments.

**Retirement 2010 Fund**

| Asset Class | | Sector(s) | Neutral Allocation | Underlying Fund(s) |
|---|---|---|---|---|
| **Stocks** | 46.50% | **Inflation Focused Stocks** | **2.33%** | **Real Assets** |
| | | International Developed Market Stocks | 11.26 | International Stock, International Value Equity, and/or Overseas Stock |
| | | International Emerging Market Stocks | 1.99 | Emerging Markets Discovery Stock and/or Emerging Markets Stock |
| | | U.S. Large-Cap Stocks | 24.74 | Equity Index 500, Growth Stock, U.S. Equity Research, U.S. Large-Cap Core, and/or Value |
| | | U.S. Mid-Cap Stocks | 3.09 | Mid-Cap Growth, Mid-Cap Index, and/or Mid-Cap Value |
| | | U.S. Small-Cap Stocks | 3.09 | New Horizons, Small-Cap Index, Small-Cap Stock, and/or Small-Cap Value |
| **Bonds** | 53.50 | Core Fixed Income | 27.09 | Dynamic Global Bond, International Bond (USD Hedged), and/or New Income |
| | | Diversifying Fixed Income | 26.41 | Emerging Markets Bond, Floating Rate, High Yield, Limited Duration Inflation Focused Bond, U.S. Treasury Long-Term Index, and/or U.S. Treasury Money |

**Principal Risks**

As with any fund, there is no guarantee that the fund will achieve its objective(s). The fund's share price fluctuates, which means you could lose money by investing in the fund. You may experience losses, including losses near, at, or after the target retirement date. There is no guarantee that the fund will provide adequate income at and through your retirement. The principal risks of investing in this fund, which may be even greater during periods of market disruption or volatility, are summarized as follows:

**Active Management/Asset allocation** The fund's overall level of risk will directly correspond to the risks of the underlying funds in which it invests. By investing in many underlying funds, the fund has partial exposure to the risks of different areas of the market. However, the selection of the underlying funds and the allocation of the fund's assets among the various asset classes, market sectors, and investment styles represented by those underlying funds could cause the fund to underperform other funds with a similar benchmark or investment objective(s).

**Investments in other funds** The fund bears the risk that its underlying funds will fail to successfully employ their investment strategies. One or more underlying fund's underperformance or failure to meet its investment objective(s) as intended could cause the fund to underperform similarly managed funds.

**Market conditions** The value of the fund's investments may decrease, sometimes rapidly or unexpectedly, due to factors affecting an issuer held by the fund, particular industries, or the overall securities markets. A variety of factors can increase the volatility of the fund's holdings and markets generally, including political or regulatory developments, recessions, inflation, rapid interest rate changes, war or acts of terrorism, natural disasters, and outbreaks of infectious illnesses or other widespread public health issues such as the coronavirus pandemic and related governmental and public responses. Certain events may cause instability across global markets, including reduced liquidity and disruptions in trading markets, while some events may affect certain geographic regions, countries, sectors, and industries more significantly than others. Government intervention in markets may impact interest rates, market volatility, and security pricing. These adverse developments may cause broad declines in market value due to short-term market movements or for significantly longer periods during more prolonged market downturns.

**Bond exposure** An underlying bond fund's share price can fall because of various factors affecting bonds or due to general weakness in the overall bond markets. The fund invests in underlying funds with varying levels of credit risk, interest rate risk, and liquidity risk. At times, participants in bond markets may develop concerns about the ability of certain issuers to make timely principal and interest payments, or they may develop concerns about the ability of financial institutions that make markets in certain debt instruments to facilitate an orderly market. Those concerns could cause increased volatility and reduced liquidity in particular securities or in the overall bond markets and the related derivatives markets, which could hamper an underlying fund's ability to sell the bonds in which it invests or to find and purchase suitable investments.

**Stock exposure** An underlying stock fund's share price can fall because of weakness in the overall stock markets, a particular industry, or specific holdings. Stocks generally fluctuate in value more than bonds and may decline significantly over short time periods. There is a chance that stock prices overall will decline because stock markets tend to move in cycles, with periods of rising and falling prices. The value of an underlying stock fund may decline due to general weakness or volatility in the stock markets, adverse conditions impacting a particular industry or market sector, or factors affecting an investment style or market capitalization targeted by the fund.

**International investing** Investing in funds that hold the securities of non-U.S. issuers involves special risks not typically associated with investing in funds that hold securities of U.S. issuers.

Non-U.S. securities tend to be more volatile and have lower overall liquidity than investments in U.S. securities and may lose value because of adverse local, political, social, or economic developments overseas, or due to changes in the exchange rates between foreign currencies and the U.S. dollar. In addition, investments outside the U.S. are subject to settlement practices and regulatory and financial reporting standards that differ from those of the U.S. The risks of investing outside the U.S. are heightened for any investments in emerging markets, which are susceptible to greater volatility than investments in developed markets.

**Emerging markets** Investing in funds that hold securities of issuers in emerging market countries involves greater risk and overall volatility than investing in funds that hold securities of issuers in the U.S. and other developed markets. Emerging market countries tend to have economic structures that are less diverse and mature, less developed legal and regulatory regimes, and political systems that are less stable, than those of developed countries. In addition to the risks normally associated with investing outside the U.S., emerging markets are more susceptible to governmental interference, political and economic uncertainty, local taxes and restrictions on an underlying fund's investments, less efficient trading markets with lower overall liquidity, and more volatile currency exchange rates.

**Interest rates** The prices of, and the income generated by, bonds and other debt instruments held by an underlying fund may be affected by changes in interest rates. A rise in interest rates typically causes the price of a fixed rate debt instrument to fall and its yield to rise. Conversely, a decline in interest rates typically causes the price of a fixed rate debt instrument to rise and the yield to fall. Generally, underlying bond funds with longer weighted average maturities and durations carry greater interest rate risk.

**Prepayments and extensions** Underlying funds that invest in mortgage-backed securities, other asset-backed securities, or any debt instrument with an embedded call option are subject to prepayment risks because the principal on the security may be prepaid at any time, which could reduce the security's yield and market value. The rate of prepayments tends to increase as interest rates fall, which could cause the average maturity of the underlying fund's portfolio to shorten. Extension risk may result from a rise in interest rates, which tends to make mortgage-backed securities, asset-backed securities, and other callable debt instruments more volatile.

**Credit quality** An issuer of a debt instrument held by an underlying fund could suffer an adverse change in financial condition that results in a payment default (failure to make scheduled interest or principal payments), rating downgrade, or inability to meet a financial obligation. The fund's exposure to credit risk is increased to the extent the fund invests in underlying funds that hold securities that are not considered investment-grade. Holdings that are rated below investment grade carry greater risk of default and erratic price swings due, in part, to potentially adverse changes in the credit quality of the issuer.

**Market capitalization** Because the fund invests in certain funds that focus on a particular market capitalization, its share price may be negatively affected if investing in that market capitalization falls out of favor. Small- and mid-cap companies often have less experienced management, more limited financial resources, and less publicly available information than larger companies, and tend to be more sensitive to changes in overall economic conditions. As a result, investments in small-cap and mid-cap companies are likely to be more volatile than investments in larger companies. However, larger companies may not be able to attain the high growth rates of successful smaller companies, especially during strong economic periods, and they may be less capable of responding quickly to competitive challenges and industry changes.

**Investment style** Because the fund invests in certain funds that focus on growth stocks and certain funds that focus on value stocks, its share price may be negatively affected if either investing approach falls out of favor. Growth stocks tend to be more volatile than the overall stock market and are more sensitive to changes in current or expected earnings. Value stocks carry the risk that investors will not recognize their intrinsic value for a long time or that they are actually appropriately priced at a low level.

**Inflation** To the extent the fund invests in underlying funds that are designed to provide protection against the impact of inflation, those investments could adversely affect the fund's performance when inflation or expectations of inflation are low. During such periods, the values of an underlying fund's investments in inflation-linked securities or stocks designed to outperform the overall stock market during periods of high or rising inflation could fall and result in losses for the fund, causing the fund to lag the performance of similarly managed funds.

**Liquidity** An underlying fund may not be able to meet requests to redeem shares without significant dilution of the remaining shareholders' interests in the fund. A particular investment or an entire market segment may become less liquid or even illiquid, sometimes abruptly, which could limit a fund's ability to purchase or sell holdings in a timely manner at a desired price. Reduced liquidity can result from a number of events, such as limited trading activity, reductions

in bond inventory, and rapid or unexpected changes in interest rates. Large redemptions may also have a negative impact on an underlying fund's overall liquidity.

**Bank loans** Underlying funds that invest in bank loans expose the fund to additional risks beyond those normally associated with more traditional debt instruments. An underlying fund's ability to receive payments in connection with a loan depends primarily on the financial condition of the borrower and whether or not a loan is secured by collateral, although there is no assurance that the collateral securing a loan will be sufficient to satisfy the loan obligation. In addition, bank loans often have contractual restrictions on resale, which can delay the sale and adversely impact the sale price and they have significantly longer settlement periods than more traditional investments. Bank loans often involve borrowers whose financial condition is troubled or highly leveraged, which increases an underlying fund's risk that the fund may not receive its proceeds in a timely manner or that the fund may incur losses in order to pay redemption proceeds to its shareholders. Since floating interest rates on bank loans are typically based on a percentage above LIBOR (London Interbank Offered Rate), the expected discontinuation in 2023 for the majority of the LIBOR rates could adversely impact the performance of underlying funds that hold bank loans.

**Cybersecurity breaches** The fund could be harmed by intentional cyberattacks and other cybersecurity breaches, including unauthorized access to the fund's assets, customer data and confidential shareholder information, or other proprietary information. In addition, a cybersecurity breach could cause one of the fund's service providers or financial intermediaries to suffer unauthorized data access, data corruption, or loss of operational functionality.

## Performance

The following performance information provides some indication of the risks of investing in the fund. The fund's performance information represents only past performance (before and after taxes) and is not necessarily an indication of future results.

The following bar chart illustrates how much returns can differ from year to year by showing calendar year returns and the best and worst calendar quarter returns during those years for the fund's Investor Class. Returns for other share classes vary since they have different expenses.

### RETIREMENT 2010 FUND

Calendar Year Returns



| | Quarter Ended | Total Return | | Quarter Ended | Total Return |
|---|---|---|---|---|---|
| Best Quarter | 6/30/20 | 12.08% | Worst Quarter | 3/31/20 | -11.37% |

The fund's return for the six months ended 6/30/21 was 6.21%.

The following table shows the average annual total returns for each class of the fund that has been in operation for at least one full calendar year, and also compares the returns with the returns of a relevant broad-based market index, as well as with the returns of one or more comparative indexes that have investment characteristics similar to those of the fund, if applicable.

In addition, the table shows hypothetical after-tax returns to demonstrate how taxes paid by a shareholder may influence returns. After-tax returns are calculated using the historical highest individual federal marginal income tax rates and do not reflect the impact of state and local taxes. Actual after-tax returns depend on an investor's tax situation and may differ from those shown. After-tax returns shown are not relevant to investors who hold their fund shares through tax-deferred arrangements, such as a 401(k) account or an IRA. After-tax returns are shown only for the Investor Class and will differ for other share classes.

**Average Annual Total Returns**

| | Periods ended December 31, 2020 | | | |
|---|---|---|---|---|
| | 1 Year | 5 Years | 10 Years | Inception date 09/30/2002 |
| **Investor Class** | | | | |
| Returns before taxes | 11.90 % | 8.42 % | 7.04 % | |
| Returns after taxes on distributions | 9.16 | 6.47 | 5.53 | |
| Returns after taxes on distributions and sale of fund shares | 8.41 | 6.10 | 5.20 | |

| | | | |
|---|---|---|---|
| **Advisor Class** | | | 10/31/2003 |
| Returns before taxes | 11.62 | 8.15 | 6.78 |
| **R Class** | | | 10/31/2003 |
| Returns before taxes | 11.35 | 7.88 | 6.51 |
| **S&P Target Date 2010 Index (reflects no deduction for fees, expenses, or taxes)** | | | |
| | 9.95 | 7.22 | 6.15 |
| **Combined Index Portfolio (reflects no deduction for fees, expenses, or taxes)[a]** | | | |
| | 12.58 | 8.35 | 7.09 |

a   Combined Index Portfolio is a blended benchmark composed of 45.50% stocks (31.86% Russell 3000 Index and 13.64% MSCI All Country World Index ex USA Net), and 54.50% bonds (39.25% Bloomberg U.S. Aggregate Bond Index and 15.25% Bloomberg U.S. 1-5 Year Treasury TIPS Index). The indices and percentages may vary over time.

Updated performance information is available through **troweprice.com**.

**Management**

**Investment Adviser** T. Rowe Price Associates, Inc. (T. Rowe Price or Price Associates)

| Portfolio Manager | Title | Managed Fund Since | Joined Investment Adviser |
|---|---|---|---|
| Wyatt A. Lee | Cochair of Investment Advisory Committee | 2015 | 1999 |
| Kimberly E. DeDominicis* | Cochair of Investment Advisory Committee | 2019 | 1997 |
| Andrew G. Jacobs Van Merlen | Cochair of Investment Advisory Committee | 2020 | 2000 |

*   Ms. DeDominicis originally joined T. Rowe Price in 1997 and returned to T. Rowe Price in 2003.

**Purchase and Sale of Fund Shares**

The Investor Class, Advisor Class, and R Class generally require a $2,500 minimum initial investment ($1,000 minimum initial investment if opening an IRA, a custodial account for a minor, or a small business retirement plan account). Additional purchases generally require a $100 minimum. These investment minimums generally are waived for financial intermediaries and certain employer-sponsored retirement plans submitting orders on behalf of their customers. Advisor Class and R Class shares may generally only be purchased through a financial intermediary or retirement plan.

For investors holding shares of the fund directly with T. Rowe Price, you may purchase, redeem, or exchange fund shares by mail; by telephone (1-800-225-5132 for IRAs and nonretirement accounts; 1-800-492-7670 for small business retirement plans; and 1-800-638-8790 for institutional investors and financial intermediaries); or, for certain accounts, by accessing your account online through **troweprice.com**.

If you hold shares through a financial intermediary or retirement plan, you must purchase, redeem, and exchange shares of the fund through your intermediary or retirement plan. You should check with your intermediary or retirement plan to determine the investment minimums that apply to your account.

**Tax Information**

Any dividends or capital gains are declared and paid annually, usually in December. Redemptions or exchanges of fund shares and distributions by the fund, whether or not you reinvest these amounts in additional fund shares, generally may be taxed as ordinary income or capital gains unless you invest through a tax-deferred account (in which case you will be taxed upon withdrawal from such account).

**Payments to Broker-Dealers and Other Financial Intermediaries**

If you purchase shares of the fund through a broker-dealer or other financial intermediary (such as a bank), the fund and its related companies may pay the intermediary for the sale of fund shares and related services. These payments may create a conflict of interest by influencing the broker-dealer or other intermediary and your salesperson to recommend the fund over another investment. Ask your salesperson or visit your financial intermediary's website for more information.

**T.RowePrice**®

T. Rowe Price Associates, Inc.
100 East Pratt Street
Baltimore, MD 21202

F140-045 10/1/21

# EXHIBIT A-20

**T. Rowe Price** 

## SUMMARY PROSPECTUS

October 1, 2021

| | |
|---|---|
| | T. ROWE PRICE |
| | **Retirement 2025 Fund** |
| TRRHX | Investor Class |
| PARJX | Advisor Class |
| RRTNX | R Class |

The Securities and Exchange Commission (SEC) has not approved or disapproved these securities or passed upon the adequacy of this prospectus. Any representation to the contrary is a criminal offense.

Before you invest, you may want to review the fund's prospectus, which contains more information about the fund and its risks. You can find the fund's prospectus, shareholder reports, and other information about the fund online at **troweprice.com/prospectus**. You can also get this information at no cost by calling **1-800-638-5660**, by sending an e-mail request to **info@troweprice.com**, or by contacting your financial intermediary. This Summary Prospectus incorporates by reference the fund's prospectus, dated October 1, 2021, as amended or supplemented, and Statement of Additional Information, dated October 1, 2021, as amended or supplemented.

INVEST WITH CONFIDENCE®

### Investment Objective(s)

The fund seeks the highest total return over time consistent with an emphasis on both capital growth and income.

### Fees and Expenses

This table describes the fees and expenses that you may pay if you buy, hold, and sell shares of the fund. **You may also incur brokerage commissions and other charges when buying or selling shares of the Investor Class, which are not reflected in the table.**

### Fees and Expenses of the Fund

| | Investor Class | Advisor Class | R Class |
|---|---|---|---|
| **Shareholder fees (fees paid directly from your investment)** | | | |
| Maximum account fee | $20[a] | — | — |
| **Annual fund operating expenses (expenses that you pay each year as a percentage of the value of your investment)** | | | |
| Management fees | 0.55%[b,c] | 0.55%[b,c] | 0.55%[b,c] |
| Distribution and service (12b-1) fees | — | 0.25 | 0.50 |
| Other expenses | — | — | — |
| Total annual fund operating expenses | 0.55[b] | 0.80[b] | 1.05[b] |

a  Subject to certain exceptions, accounts with a balance of less than $10,000 are charged an annual $20 fee.

b  Restated to reflect current fees.

c  The management fee will decline over time in accordance with a predetermined contractual fee schedule, which is set forth under "The Management Fee" in section 2 of the fund's prospectus, with any annual decrease occurring after the end of the fund's fiscal year. The fee schedule can only be changed with approval by the fund's Board of Directors, and, if required by SEC rules, the fund's shareholders.

**Example** This example is intended to help you compare the cost of investing in the fund with the cost of investing in other mutual funds. The example assumes that you invest $10,000 in the fund for the time periods indicated and then redeem all of your shares at the end of those periods, that your investment has a 5% return each year, and that the fund's operating expenses remain the same. Although your actual costs may be higher or lower, based on these assumptions your costs would be:

| | 1 year | 3 years | 5 years | 10 years |
|---|---|---|---|---|
| Investor Class | $56 | $175 | $302 | $665 |
| Advisor Class | 82 | 254 | 439 | 966 |
| R Class | 107 | 333 | 574 | 1,260 |

**Portfolio Turnover** The fund pays transaction costs, such as commissions, when it buys and sells securities (or "turns over" its portfolio). A higher portfolio turnover rate may indicate higher transaction costs and may result in higher taxes when the fund's shares are held in a taxable account. These costs, which are not reflected in annual fund operating expenses or in the example, affect the fund's performance. During the most recent fiscal year, the fund's portfolio turnover rate was 33.1% of the average value of its portfolio.

**Investments, Risks, and Performance**

**Principal Investment Strategies**

The fund pursues its objective(s) by investing in a diversified portfolio of other T. Rowe Price stock and bond mutual funds that represent various asset classes and sectors. The fund's allocation among T. Rowe Price mutual funds will change over time in relation to its target retirement date.

The fund is managed based on the specific retirement year (target date 2025 included in its name) and assumes a retirement age of 65. The target date refers to the approximate year an investor in the fund would plan to retire and likely stop making new investments in the fund. The fund is primarily designed for an investor who anticipates retiring at or about the target date and who plans to withdraw the value of the account in the fund gradually after retirement. However, if an investor retires earlier or later than age 65, the fund may not be an appropriate investment even if the investor retires on or near the fund's target date.

Over time, the allocation to asset classes and funds will change according to a predetermined "glide path" shown in the following chart. The glide path represents the shifting of asset classes over time and shows how the fund's asset mix becomes more conservative–both prior to and after retirement–as time elapses. This reflects the need for reduced market risks as retirement approaches and the need for lower portfolio volatility after retiring. Although the glide path is meant to dampen the fund's potential volatility as retirement approaches, the fund is not designed for a lump sum redemption at the retirement date. The fund pursues an asset allocation strategy that promotes asset accumulation prior to retirement, but it is intended to also serve as a post-retirement investment vehicle with allocations designed to support an income stream made up of regular withdrawals throughout retirement along with some portfolio growth that exceeds inflation. After the target date, the fund is designed to balance longevity and inflation risks along with the need for some income, although it does not guarantee a particular level of income.

During the second quarter of 2020, the fund, along with all of the T. Rowe Price Retirement Funds, began to shift from its original glide path to an enhanced glide path. The transition to the enhanced glide path will ultimately increase the overall stock allocation at certain points in the glide path. The overall allocation to stocks at the beginning of the enhanced glide path (40+ years to retirement) for all T. Rowe Price Retirement Funds will increase from 90% to 98%, and the 98% stock allocation will remain constant until the fund is 30 years from its target date. The overall allocation to stocks at the end of the enhanced glide path (30 years past retirement) for all T. Rowe Price Retirement Funds will increase from 20% to 30%. There are increases to the overall stock allocation along other points of the enhanced glide path, but the allocations nearer to the target date will not significantly change and the overall neutral allocation to stocks at the target date remains at 55%. The transition from the original glide path to the enhanced glide path may take up to two years from the start of the transition to fully implement, based on the changes that are necessary as a result of the fund's positioning on the original glide path. The following chart illustrates how the enhanced glide path compares with the original glide path over the entire investment life cycle of a T. Rowe Price Retirement Fund (the left axis indicates the overall neutral allocation to stocks with the remainder of the allocation to bonds):



The glide path provides for a neutral allocation to stocks at the target date of 55%. The fund's overall exposure to stocks will continue to decline until approximately 30 years after its target date, when its neutral allocations to stocks and bonds will remain unchanged. There are no maturity restrictions within the fund's overall allocation to bonds, although the bond funds in which the fund invests may impose specific limits on maturity or credit quality. The allocations are referred to as "neutral" allocations because they are strategic and do not reflect any tactical decisions made by T. Rowe Price to overweight or underweight a particular asset class or sector based on its market outlook. The target allocations assigned to the broad asset classes (Stocks and Bonds), which reflect these tactical decisions resulting from market outlook, are not expected to vary from the neutral allocations set forth in the glide path by more than plus (+) or minus (-) five percent (5%). The target allocations and actual allocations may differ due to significant market movements or cash flows. During the transition from the original glide path to the enhanced glide path, there may be times when the target allocation varies by more than this amount in comparison with either or both glide paths.

The following table illustrates how the portfolio is generally expected to be allocated between the asset classes and the underlying T. Rowe Price mutual funds that are used to represent the broad asset classes and specific sectors. The fund invests in the Z Class of each of its underlying funds. T. Rowe Price is contractually obligated to waive and/or bear all of the Z Class' expenses, with certain limited exceptions. The fund's overall allocation to stocks is represented by a diversified mix of U.S. and international stock funds that employ both growth and value investment approaches and consist of large-cap, mid-cap, and small-cap stocks. The fund's overall allocation to bonds is represented by a "core" fixed income component designed to have lower overall volatility and a "diversifying" fixed income component designed to respond to a variety of market conditions and improve risk adjusted returns. The information in the table represents the neutral allocations for the fund as of October 1, 2021. The fund's shareholder reports set forth its actual allocations between stock funds and bond funds and to the individual T. Rowe Price mutual funds. T. Rowe Price may periodically rebalance or modify the asset mix of the underlying funds and change the underlying fund investments.

**Retirement 2025 Fund**

| Asset Class | | Sector(s) | Neutral Allocation | Underlying Fund(s) |
|---|---|---|---|---|
| Stocks | 62.50% | Inflation Focused Stocks | 3.13% | Real Assets |
| | | International Developed Market Stocks | 15.14 | International Stock, International Value Equity, and/or Overseas Stock |
| | | International Emerging Market Stocks | 2.67 | Emerging Markets Discovery Stock and/or Emerging Markets Stock |
| | | U.S. Large-Cap Stocks | 33.24 | Equity Index 500, Growth Stock, U.S. Equity Research, U.S. Large-Cap Core, and/or Value |
| | | U.S. Mid-Cap Stocks | 4.16 | Mid-Cap Growth, Mid-Cap Index, and/or Mid-Cap Value |
| | | U.S. Small-Cap Stocks | 4.16 | New Horizons, Small-Cap Index, Small-Cap Stock, and/or Small-Cap Value |
| Bonds | 37.50 | Core Fixed Income | 21.87 | Dynamic Global Bond, International Bond (USD Hedged), and/or New Income |
| | | Diversifying Fixed Income | 15.63 | Emerging Markets Bond, Floating Rate, High Yield, Limited Duration Inflation Focused Bond, U.S. Treasury Long-Term Index, and/or U.S. Treasury Money |

**Principal Risks**

As with any fund, there is no guarantee that the fund will achieve its objective(s). The fund's share price fluctuates, which means you could lose money by investing in the fund. You may experience losses, including losses near, at, or after the target retirement date. There is no guarantee that the fund will provide adequate income at and through your retirement. The principal risks of investing in this fund, which may be even greater during periods of market disruption or volatility, are summarized as follows:

**Active Management/Asset allocation** The fund's overall level of risk will directly correspond to the risks of the underlying funds in which it invests. By investing in many underlying funds, the fund has partial exposure to the risks of different areas of the market. However, the selection of the underlying funds and the allocation of the fund's assets among the various asset classes, market sectors, and investment styles represented by those underlying funds could cause the fund to underperform other funds with a similar benchmark or investment objective(s).

**Investments in other funds** The fund bears the risk that its underlying funds will fail to successfully employ their investment strategies. One or more underlying fund's underperformance or failure to meet its investment objective(s) as intended could cause the fund to underperform similarly managed funds.

**Market conditions** The value of the fund's investments may decrease, sometimes rapidly or unexpectedly, due to factors affecting an issuer held by the fund, particular industries, or the overall securities markets. A variety of factors can increase the volatility of the fund's holdings and markets generally, including political or regulatory developments, recessions, inflation, rapid interest rate changes, war or acts of terrorism, natural disasters, and outbreaks of infectious illnesses or other widespread public health issues such as the coronavirus pandemic and related governmental and other public responses. Certain events may cause instability across global markets, including reduced liquidity and disruptions in trading markets, while some events may affect certain geographic regions, countries, sectors, and industries more significantly than others. Government intervention in markets may impact interest rates, market volatility, and security pricing. These adverse developments may cause broad declines in market value due to short-term market movements or for significantly longer periods during more prolonged market downturns.

**Stock exposure** An underlying stock fund's share price can fall because of weakness in the overall stock markets, a particular industry, or specific holdings. Stocks generally fluctuate in value more than bonds and may decline significantly over short time periods. There is a chance that stock prices overall will decline because stock markets tend to move in cycles, with periods of rising and falling prices. The value of an underlying stock fund may decline due to general weakness or volatility in the stock markets, adverse conditions impacting a particular industry or market sector, or factors affecting an investment style or market capitalization targeted by the fund.

**Bond exposure** An underlying bond fund's share price can fall because of various factors affecting bonds or due to general weakness in the overall bond markets. The fund invests in underlying funds with varying levels of credit risk, interest rate risk, and liquidity risk. At times, participants in bond markets may develop concerns about the ability of certain issuers to make timely principal and interest payments, or they may develop concerns about the ability of financial institutions that make markets in certain debt instruments to facilitate an orderly market. Those concerns could cause increased volatility and reduced liquidity in particular securities or in the overall bond markets and the related derivatives markets, which could hamper an underlying fund's ability to sell the bonds in which it invests or to find and purchase suitable investments.

**International investing** Investing in funds that hold the securities of non-U.S. issuers involves special risks not typically associated with investing in funds that hold securities of U.S. issuers.

Non-U.S. securities tend to be more volatile and have lower overall liquidity than investments in U.S. securities and may lose value because of adverse local, political, social, or economic developments overseas, or due to changes in the exchange rates between foreign currencies and the U.S. dollar. In addition, investments outside the U.S. are subject to settlement practices and regulatory and financial reporting standards that differ from those of the U.S. The risks of investing outside the U.S. are heightened for any investments in emerging markets, which are susceptible to greater volatility than investments in developed markets.

**Emerging markets** Investing in funds that hold securities of issuers in emerging market countries involves greater risk and overall volatility than investing in funds that hold securities of issuers in the U.S. and other developed markets. Emerging market countries tend to have economic structures that are less diverse and mature, less developed legal and regulatory regimes, and political systems that are less stable, than those of developed countries. In addition to the risks normally associated with investing outside the U.S., emerging markets are more susceptible to governmental interference, political and economic uncertainty, local taxes and restrictions on an underlying fund's investments, less efficient trading markets with lower overall liquidity, and more volatile currency exchange rates.

**Market capitalization** Because the fund invests in certain funds that focus on a particular market capitalization, its share price may be negatively affected if investing in that market capitalization falls out of favor. Small- and mid-cap companies often have less experienced management, more limited financial resources, and less publicly available information than larger companies, and tend to be more sensitive to changes in overall economic conditions. As a result, investments in small-cap and mid-cap companies are likely to be more volatile than investments in larger companies. However, larger companies may not be able to attain the high growth rates of successful smaller companies, especially during strong economic periods, and they may be less capable of responding quickly to competitive challenges and industry changes.

**Investment style** Because the fund invests in certain funds that focus on growth stocks and certain funds that focus on value stocks, its share price may be negatively affected if either investing approach falls out of favor. Growth stocks tend to be more volatile than the overall stock market and are more sensitive to changes in current or expected earnings. Value stocks carry the risk that investors will not recognize their intrinsic value for a long time or that they are actually appropriately priced at a low level.

**Interest rates** The prices of, and the income generated by, bonds and other debt instruments held by an underlying fund may be affected by changes in interest rates. A rise in interest rates typically causes the price of a fixed rate debt instrument to fall and its yield to rise. Conversely, a decline in interest rates typically causes the price of a fixed rate debt instrument to rise and the yield to fall. Generally, underlying bond funds with longer weighted average maturities and durations carry greater interest rate risk.

**Prepayments and extensions** Underlying funds that invest in mortgage-backed securities, other asset-backed securities, or any debt instrument with an embedded call option are subject to prepayment risks because the principal on the security may be prepaid at any time, which could reduce the security's yield and market value. The rate of prepayments tends to increase as interest rates fall, which could cause the average maturity of the underlying fund's portfolio to shorten. Extension risk may result from a rise in interest rates, which tends to make mortgage-backed securities, asset-backed securities, and other callable debt instruments more volatile.

**Credit quality** An issuer of a debt instrument held by an underlying fund could suffer an adverse change in financial condition that results in a payment default (failure to make scheduled interest or principal payments), rating downgrade, or inability to meet a financial obligation. The fund's exposure to credit risk is increased to the extent the fund invests in underlying funds that hold securities that are not considered investment-grade. Holdings that are rated below investment grade carry greater risk of default and erratic price swings due, in part, to potentially adverse changes in the credit quality of the issuer.

**Inflation** To the extent the fund invests in underlying funds that are designed to provide protection against the impact of inflation, those investments could adversely affect the fund's performance when inflation or expectations of inflation are low. During such periods, the values of an underlying fund's investments in inflation-linked securities or stocks designed to outperform the overall stock market during periods of high or rising inflation could fall and result in losses for the fund, causing the fund to lag the performance of similarly managed funds.

**Liquidity** An underlying fund may not be able to meet requests to redeem shares without significant dilution of the remaining shareholders' interests in the fund. A particular investment or an entire market segment may become less liquid or even illiquid, sometimes abruptly, which could limit a fund's ability to purchase or sell holdings in a timely manner at a desired price. Reduced liquidity can result from a number of events, such as limited trading activity, reductions in bond inventory, and rapid or unexpected changes in interest rates. Large redemptions may also have a negative impact on an underlying fund's overall liquidity.

**Cybersecurity breaches** The fund could be harmed by intentional cyberattacks and other cybersecurity breaches, including unauthorized access to the fund's assets, customer data and confidential shareholder information, or other proprietary information. In addition, a cybersecurity breach could cause one of the fund's service providers or financial intermediaries to suffer unauthorized data access, data corruption, or loss of operational functionality.

## Performance

The following performance information provides some indication of the risks of investing in the fund. The fund's performance information represents only past performance (before and after taxes) and is not necessarily an indication of future results.

The following bar chart illustrates how much returns can differ from year to year by showing calendar year returns and the best and worst calendar quarter returns during those years for the fund's Investor Class. Returns for other share classes vary since they have different expenses.

**RETIREMENT 2025 FUND**

Calendar Year Returns



| | Quarter Ended | Total Return | | Quarter Ended | Total Return |
|---|---|---|---|---|---|
| Best Quarter | 6/30/20 | 16.18% | Worst Quarter | 3/31/20 | -15.86% |

The fund's return for the six months ended 6/30/21 was 8.67%.

The following table shows the average annual total returns for each class of the fund that has been in operation for at least one full calendar year, and also compares the returns with the returns of a relevant broad-based market index, as well as with the returns of one or more comparative indexes that have investment characteristics similar to those of the fund, if applicable.

In addition, the table shows hypothetical after-tax returns to demonstrate how taxes paid by a shareholder may influence returns. After-tax returns are calculated using the historical highest individual federal marginal income tax rates and do not reflect the impact of state and local taxes. Actual after-tax returns depend on an investor's tax situation and may differ from those shown. After-tax returns shown are not relevant to investors who hold their fund shares through tax-deferred arrangements, such as a 401(k) account or an IRA. After-tax returns are shown only for the Investor Class and will differ for other share classes.

**Average Annual Total Returns**

| | 1 Year | 5 Years | 10 Years | Periods ended December 31, 2020 |
|---|---|---|---|---|
| | | | | Inception date |
| **Investor Class** | | | | 02/27/2004 |
| Returns before taxes | 14.69 % | 10.63 % | 9.16 % | |
| Returns after taxes on distributions | 13.13 | 9.15 | 8.00 | |
| Returns after taxes on distributions and sale of fund shares | 9.46 | 8.03 | 7.13 | |
| **Advisor Class** | | | | 05/31/2007 |
| Returns before taxes | 14.37 | 10.35 | 8.88 | |
| **R Class** | | | | 05/31/2007 |
| Returns before taxes | 14.12 | 10.07 | 8.61 | |
| | | | | |
| **S&P Target Date 2025 Index (reflects no deduction for fees, expenses, or taxes)** | 11.22 | 9.08 | 7.88 | |
| **Combined Index Portfolio (reflects no deduction for fees, expenses, or taxes)[a]** | 14.64 | 10.70 | 9.17 | |

a  Combined Index Portfolio is a blended benchmark composed of 63.50% stocks (44.50% Russell 3000 Index and 19.00% MSCI All Country World Index ex USA Net), and 36.50% bonds (30.75% Bloomberg U.S. Aggregate Bond Index and 5.75% Bloomberg U.S. 1-5 Year Treasury TIPS Index). The indices and percentages may vary over time.

Updated performance information is available through **troweprice.com**.

**Management**

**Investment Adviser** T. Rowe Price Associates, Inc. (T. Rowe Price or Price Associates)

| Portfolio Manager | Title | Managed Fund Since | Joined Investment Adviser |
|---|---|---|---|
| Wyatt A. Lee | Cochair of Investment Advisory Committee | 2015 | 1999 |
| Kimberly E. DeDominicis* | Cochair of Investment Advisory Committee | 2019 | 1997 |
| Andrew G. Jacobs Van Merlen | Cochair of Investment Advisory Committee | 2020 | 2000 |

*  Ms. DeDominicis originally joined T. Rowe Price in 1997 and returned to T. Rowe Price in 2003.

**Purchase and Sale of Fund Shares**

The Investor Class, Advisor Class, and R Class generally require a $2,500 minimum initial investment ($1,000 minimum initial investment if opening an IRA, a custodial account for a minor, or a small business retirement plan account). Additional purchases generally require a $100 minimum. These investment minimums generally are waived for financial intermediaries and certain employer-sponsored retirement plans submitting orders on behalf of their customers. Advisor Class and R Class shares may generally only be purchased through a financial intermediary or retirement plan.

For investors holding shares of the fund directly with T. Rowe Price, you may purchase, redeem, or exchange fund shares by mail; by telephone (1-800-225-5132 for IRAs and nonretirement accounts; 1-800-492-7670 for small business retirement plans; and 1-800-638-8790 for institutional investors and financial intermediaries); or, for certain accounts, by accessing your account online through **troweprice.com**.

If you hold shares through a financial intermediary or retirement plan, you must purchase, redeem, and exchange shares of the fund through your intermediary or retirement plan. You should check with your intermediary or retirement plan to determine the investment minimums that apply to your account.

**Tax Information**

Any dividends or capital gains are declared and paid annually, usually in December. Redemptions or exchanges of fund shares and distributions by the fund, whether or not you reinvest these amounts in additional fund shares, generally may be taxed as ordinary income or capital gains unless you invest through a tax-deferred account (in which case you will be taxed upon withdrawal from such account).

**Payments to Broker-Dealers and Other Financial Intermediaries**

If you purchase shares of the fund through a broker-dealer or other financial intermediary (such as a bank), the fund and its related companies may pay the intermediary for the sale of fund shares and related services. These payments may create a conflict of interest by influencing the broker-dealer or other intermediary and your salesperson to recommend the fund over another investment. Ask your salesperson or visit your financial intermediary's website for more information.

**T. Rowe Price**®

T. Rowe Price Associates, Inc.                                              F157-045 10/1/21
100 East Pratt Street
Baltimore, MD 21202

# EXHIBIT A-21

**T.RowePrice**®



## SUMMARY PROSPECTUS

October 1, 2021

| | T. ROWE PRICE<br>**Retirement 2030 Fund** |
|---|---|
| TRRCX | Investor Class |
| PARCX | Advisor Class |
| RRTCX | R Class |

The Securities and Exchange Commission (SEC) has not approved or disapproved these securities or passed upon the adequacy of this prospectus. Any representation to the contrary is a criminal offense.

Before you invest, you may want to review the fund's prospectus, which contains more information about the fund and its risks. You can find the fund's prospectus, shareholder reports, and other information about the fund online at **troweprice.com/prospectus**. You can also get this information at no cost by calling **1-800-638-5660**, by sending an e-mail request to **info@troweprice.com**, or by contacting your financial intermediary. This Summary Prospectus incorporates by reference the fund's prospectus, dated October 1, 2021, as amended or supplemented, and Statement of Additional Information, dated October 1, 2021, as amended or supplemented.

INVEST WITH CONFIDENCE®

### Investment Objective(s)

The fund seeks the highest total return over time consistent with an emphasis on both capital growth and income.

### Fees and Expenses

This table describes the fees and expenses that you may pay if you buy, hold, and sell shares of the fund. **You may also incur brokerage commissions and other charges when buying or selling shares of the Investor Class, which are not reflected in the table.**

### Fees and Expenses of the Fund

| | Investor<br>Class | Advisor<br>Class | R<br>Class |
|---|---|---|---|
| **Shareholder fees (fees paid directly from your investment)** | | | |
| Maximum account fee | $20[a] | — | — |
| **Annual fund operating expenses<br>(expenses that you pay each year as a<br>percentage of the value of your investment)** | | | |
| Management fees | 0.58%[b,c] | 0.58%[b,c] | 0.58%[b,c] |
| Distribution and service (12b-1) fees | — | 0.25 | 0.50 |
| Other expenses | — | — | — |
| **Total annual fund operating expenses** | 0.58[b] | 0.83[b] | 1.08[b] |

a   Subject to certain exceptions, accounts with a balance of less than $10,000 are charged an annual $20 fee.

b   Restated to reflect current fees.

c   The management fee will decline over time in accordance with a predetermined contractual fee schedule, which is set forth under "The Management Fee" in section 2 of the fund's prospectus, with any annual decrease occurring after the end of the fund's fiscal year. The fee schedule can only be changed with approval by the fund's Board of Directors, and, if required by SEC rules, the fund's shareholders.

**Example** This example is intended to help you compare the cost of investing in the fund with the cost of investing in other mutual funds. The example assumes that you invest $10,000 in the fund for the time periods indicated and then redeem all of your shares at the end of those periods, that your investment has a 5% return each year, and that the fund's operating expenses remain the same. Although your actual costs may be higher or lower, based on these assumptions your costs would be:

| | 1 year | 3 years | 5 years | 10 years |
|---|---|---|---|---|
| Investor Class | $59 | $184 | $316 | $691 |
| Advisor Class | 85 | 263 | 453 | 992 |
| R Class | 110 | 342 | 588 | 1,284 |

**Portfolio Turnover** The fund pays transaction costs, such as commissions, when it buys and sells securities (or "turns over" its portfolio). A higher portfolio turnover rate may indicate higher transaction costs and may result in higher taxes when the fund's shares are held in a taxable account. These costs, which are not reflected in annual fund operating expenses or in the example, affect the fund's performance. During the most recent fiscal year, the fund's portfolio turnover rate was 29.4% of the average value of its portfolio.

**Investments, Risks, and Performance**

**Principal Investment Strategies**

The fund pursues its objective(s) by investing in a diversified portfolio of other T. Rowe Price stock and bond mutual funds that represent various asset classes and sectors. The fund's allocation among T. Rowe Price mutual funds will change over time in relation to its target retirement date.

The fund is managed based on the specific retirement year (target date 2030) included in its name and assumes a retirement age of 65. The target date refers to the approximate year an investor in the fund would plan to retire and likely stop making new investments in the fund. The fund is primarily designed for an investor who anticipates retiring at or about the target date and who plans to withdraw the value of the account in the fund gradually after retirement. However, if an investor retires earlier or later than age 65, the fund may not be an appropriate investment even if the investor retires on or near the fund's target date.

Over time, the allocation to asset classes and funds will change according to a predetermined "glide path" shown in the following chart. The glide path represents the shifting of asset classes over time and shows how the fund's asset mix becomes more conservative–both prior to and after retirement–as time elapses. This reflects the need for reduced market risks as retirement approaches and the need for lower portfolio volatility after retiring. Although the glide path is meant to dampen the fund's potential volatility as retirement approaches, the fund is not designed for a lump sum redemption at the retirement date. The fund pursues an asset allocation strategy that promotes asset accumulation prior to retirement, but it is intended to also serve as a post-retirement investment vehicle with allocations designed to support an income stream made up of regular withdrawals throughout retirement along with some portfolio growth that exceeds inflation. After the target date, the fund is designed to balance longevity and inflation risks along with the need for some income, although it does not guarantee a particular level of income.

During the second quarter of 2020, the fund, along with all of the T. Rowe Price Retirement Funds, began to shift from its original glide path to an enhanced glide path. The transition to the enhanced glide path will ultimately increase the overall stock allocation at certain points in the glide path. The overall allocation to stocks at the beginning of the enhanced glide path (40+ years to retirement) for all T. Rowe Price Retirement Funds will increase from 90% to 98%, and the 98% stock allocation will remain constant until the fund is 30 years from its target date. The overall allocation to stocks at the end of the enhanced glide path (30 years past retirement) for all T. Rowe Price Retirement Funds will increase from 20% to 30%. There are increases to the overall stock allocation along other points of the enhanced glide path, but the allocations nearer to the target date will not significantly change and the overall neutral allocation to stocks at the target date remains at 55%. The transition from the original glide path to the enhanced glide path may take up to two years from the start of the transition to fully implement, based on the changes that are necessary as a result of the fund's positioning on the original glide path. The following chart illustrates how the enhanced glide path compares with the original glide path over the entire investment life cycle of a T. Rowe Price Retirement Fund (the left axis indicates the overall neutral allocation to stocks with the remainder of the allocation to bonds):



The glide path provides for a neutral allocation to stocks at the target date of 55%. The fund's overall exposure to stocks will continue to decline until approximately 30 years after its target date, when its neutral allocations to stocks and bonds will remain unchanged. There are no maturity restrictions within the fund's overall allocation to bonds, although the bond funds in which the fund invests may impose specific limits on maturity or credit quality. The allocations are referred to as "neutral" allocations because they are strategic and do not reflect any tactical decisions made by T. Rowe Price to overweight or underweight a particular asset class or sector based on its market outlook. The target allocations assigned to the broad asset classes (Stocks and Bonds), which reflect these tactical decisions resulting from market outlook, are not expected to vary from the neutral allocations set forth in the glide path by more than plus (+) or minus (-) five percent (5%). The target allocations and actual allocations may differ due to significant market movements or cash flows. During the transition from the original glide path to the enhanced glide path, there may be times when the target allocation varies by more than this amount in comparison with either or both glide paths.

The following table illustrates how the portfolio is generally expected to be allocated between the asset classes and the underlying T. Rowe Price mutual funds that are used to represent the broad asset classes and specific sectors. The fund invests in the Z Class of each of its underlying funds. T. Rowe Price is contractually obligated to waive and/or bear all of the Z Class' expenses, with certain limited exceptions. The fund's overall allocation to stocks is represented by a diversified mix of U.S. and international stock funds that employ both growth and value investment approaches and consist of large-cap, mid-cap, and small-cap stocks. The fund's overall allocation to bonds is represented by a "core" fixed income component designed to have lower overall volatility and a "diversifying" fixed income component designed to respond to a variety of market conditions and improve risk adjusted returns. The information in the table represents the neutral allocations for the fund as of October 1, 2021. The fund's shareholder reports set forth its actual allocations between stock funds and bond funds and to the individual T. Rowe Price mutual funds. T. Rowe Price may periodically rebalance or modify the asset mix of the underlying funds and change the underlying fund investments.

**Retirement 2030 Fund**

| Asset Class | | Sector(s) | Neutral Allocation | Underlying Fund(s) |
|---|---|---|---|---|
| Stocks | 73.50% | Inflation Focused Stocks | 3.68% | Real Assets |
| | | International Developed Market Stocks | 17.81 | International Stock, International Value Equity, and/or Overseas Stock |
| | | International Emerging Market Stocks | 3.14 | Emerging Markets Discovery Stock and/or Emerging Markets Stock |
| | | U.S. Large-Cap Stocks | 39.09 | Equity Index 500, Growth Stock, U.S. Equity Research, U.S. Large-Cap Core, and/or Value |
| | | U.S. Mid-Cap Stocks | 4.89 | Mid-Cap Growth, Mid-Cap Index, and/or Mid-Cap Value |
| | | U.S. Small-Cap Stocks | 4.89 | New Horizons, Small-Cap Index, Small-Cap Stock, and/or Small-Cap Value |
| Bonds | 26.50 | Core Fixed Income | 17.32 | Dynamic Global Bond, International Bond (USD Hedged), and/or New Income |
| | | Diversifying Fixed Income | 9.18 | Emerging Markets Bond, Floating Rate, High Yield, Limited Duration Inflation Focused Bond, U.S. Treasury Long-Term Index, and/or U.S. Treasury Money |

**Principal Risks**

As with any fund, there is no guarantee that the fund will achieve its objective(s). The fund's share price fluctuates, which means you could lose money by investing in the fund. You may experience losses, including losses near, at, or after the target retirement date. There is no guarantee that the fund will provide adequate income at and through your retirement. The principal risks of investing in this fund, which may be even greater during periods of market disruption or volatility, are summarized as follows:

**Active Management/Asset allocation** The fund's overall level of risk will directly correspond to the risks of the underlying funds in which it invests. By investing in many underlying funds, the fund has partial exposure to the risks of different areas of the market. However, the selection of the underlying funds and the allocation of the fund's assets among the various asset classes, market sectors, and investment styles represented by those underlying funds could cause the fund to underperform other funds with a similar benchmark or investment objective(s).

**Investments in other funds** The fund bears the risk that its underlying funds will fail to successfully employ their investment strategies. One or more underlying fund's underperformance or failure to meet its investment objective(s) as intended could cause the fund to underperform similarly managed funds.

**Market conditions** The value of the fund's investments may decrease, sometimes rapidly or unexpectedly, due to factors affecting an issuer held by the fund, particular industries, or the overall securities markets. A variety of factors can increase the volatility of the fund's holdings and markets generally, including political or regulatory developments, recessions, inflation, rapid interest rate changes, war or acts of terrorism, natural disasters, and outbreaks of infectious illnesses or other widespread public health issues such as the coronavirus pandemic and related governmental and public responses. Certain events may cause instability across global markets, including reduced liquidity and disruptions in trading markets, while some events may affect certain geographic regions, countries, sectors, and industries more significantly than others. Government intervention in markets may impact interest rates, market volatility, and security pricing. These adverse developments may cause broad declines in market value due to short-term market movements or for significantly longer periods during more prolonged market downturns.

**Stock exposure** An underlying stock fund's share price can fall because of weakness in the overall stock markets, a particular industry, or specific holdings. Stocks generally fluctuate in value more than bonds and may decline significantly over short time periods. There is a chance that stock prices overall will decline because stock markets tend to move in cycles, with periods of rising and falling prices. The value of an underlying stock fund may decline due to general weakness or volatility in the stock markets, adverse conditions impacting a particular industry or market sector, or factors affecting an investment style or market capitalization targeted by the fund.

**Bond exposure** An underlying bond fund's share price can fall because of various factors affecting bonds or due to general weakness in the overall bond markets. The fund invests in underlying funds with varying levels of credit risk, interest rate risk, and liquidity risk. At times, participants in bond markets may develop concerns about the ability of certain issuers to make timely principal and interest payments, or they may develop concerns about the ability of financial institutions that make markets in certain debt instruments to facilitate an orderly market. Those concerns could cause increased volatility and reduced liquidity in particular securities or in the overall bond markets and the related derivatives markets, which could hamper an underlying fund's ability to sell the bonds in which it invests or to find and purchase suitable investments.

**International investing** Investing in funds that hold the securities of non-U.S. issuers involves special risks not typically associated with investing in funds that hold securities of U.S. issuers.

Non-U.S. securities tend to be more volatile and have lower overall liquidity than investments in U.S. securities and may lose value because of adverse local, political, social, or economic developments overseas, or due to changes in the exchange rates between foreign currencies and the U.S. dollar. In addition, investments outside the U.S. are subject to settlement practices and regulatory and financial reporting standards that differ from those of the U.S. The risks of investing outside the U.S. are heightened for any investments in emerging markets, which are susceptible to greater volatility than investments in developed markets.

**Emerging markets** Investing in funds that hold securities of issuers in emerging market countries involves greater risk and overall volatility than investing in funds that hold securities of issuers in the U.S. and other developed markets. Emerging market countries tend to have economic structures that are less diverse and mature, less developed legal and regulatory regimes, and political systems that are less stable, than those of developed countries. In addition to the risks normally associated with investing outside the U.S., emerging markets are more susceptible to governmental interference, political and economic uncertainty, local taxes and restrictions on an underlying fund's investments, less efficient trading markets with lower overall liquidity, and more volatile currency exchange rates.

**Market capitalization** Because the fund invests in certain funds that focus on a particular market capitalization, its share price may be negatively affected if investing in that market capitalization falls out of favor. Small- and mid-cap companies often have less experienced management, more limited financial resources, and less publicly available information than larger companies, and tend to be more sensitive to changes in overall economic conditions. As a result, investments in small-cap and mid-cap companies are likely to be more volatile than investments in larger companies. However, larger companies may not be able to attain the high growth rates of successful smaller companies, especially during strong economic periods, and they may be less capable of responding quickly to competitive challenges and industry changes.

**Investment style** Because the fund invests in certain funds that focus on growth stocks and certain funds that focus on value stocks, its share price may be negatively affected if either investing approach falls out of favor. Growth stocks tend to be more volatile than the overall stock market and are more sensitive to changes in current or expected earnings. Value stocks carry the risk that investors will not recognize their intrinsic value for a long time or that they are actually appropriately priced at a low level.

**Interest rates** The prices of, and the income generated by, bonds and other debt instruments held by an underlying fund may be affected by changes in interest rates. A rise in interest rates typically causes the price of a fixed rate debt instrument to fall and its yield to rise. Conversely, a decline in interest rates typically causes the price of a fixed rate debt instrument to rise and the yield to fall. Generally, underlying bond funds with longer weighted average maturities and durations carry greater interest rate risk.

**Prepayments and extensions** Underlying funds that invest in mortgage-backed securities, other asset-backed securities, or any debt instrument with an embedded call option are subject to prepayment risks because the principal on the security may be prepaid at any time, which could reduce the security's yield and market value. The rate of prepayments tends to increase as interest rates fall, which could cause the average maturity of the underlying fund's portfolio to shorten. Extension risk may result from a rise in interest rates, which tends to make mortgage-backed securities, asset-backed securities, and other callable debt instruments more volatile.

**Credit quality** An issuer of a debt instrument held by an underlying fund could suffer an adverse change in financial condition that results in a payment default (failure to make scheduled interest or principal payments), rating downgrade, or inability to meet a financial obligation. The fund's exposure to credit risk is increased to the extent the fund invests in underlying funds that hold securities that are not considered investment-grade. Holdings that are rated below investment grade carry greater risk of default and erratic price swings due, in part, to potentially adverse changes in the credit quality of the issuer.

**Inflation** To the extent the fund invests in underlying funds that are designed to provide protection against the impact of inflation, those investments could adversely affect the fund's performance when inflation or expectations of inflation are low. During such periods, the values of an underlying fund's investments in inflation-linked securities or stocks designed to outperform the overall stock market during periods of high or rising inflation could fall and result in losses for the fund, causing the fund to lag the performance of similarly managed funds.

**Liquidity** An underlying fund may not be able to meet requests to redeem shares without significant dilution of the remaining shareholders' interests in the fund. A particular investment or an entire market segment may become less liquid or even illiquid, sometimes abruptly, which could limit a fund's ability to purchase or sell holdings in a timely manner at a desired price. Reduced liquidity can result from a number of events, such as limited trading activity, reductions in bond inventory, and rapid or unexpected changes in interest rates. Large redemptions may also have a negative impact on an underlying fund's overall liquidity.

**Cybersecurity breaches** The fund could be harmed by intentional cyberattacks and other cybersecurity breaches, including unauthorized access to the fund's assets, customer data and confidential shareholder information, or other proprietary information. In addition, a cybersecurity breach could cause one of the fund's service providers or financial intermediaries to suffer unauthorized data access, data corruption, or loss of operational functionality.

## Performance

The following performance information provides some indication of the risks of investing in the fund. The fund's performance information represents only past performance (before and after taxes) and is not necessarily an indication of future results.

The following bar chart illustrates how much returns can differ from year to year by showing calendar year returns and the best and worst calendar quarter returns during those years for the fund's Investor Class. Returns for other share classes vary since they have different expenses.

**RETIREMENT 2030 FUND**

Calendar Year Returns



| | Quarter Ended | Total Return | | Quarter Ended | Total Return |
|---|---|---|---|---|---|
| Best Quarter | 6/30/20 | 17.47% | Worst Quarter | 3/31/20 | -17.34% |

The fund's return for the six months ended 6/30/21 was 9.95%.

The following table shows the average annual total returns for each class of the fund that has been in operation for at least one full calendar year, and also compares the returns with the returns of a relevant broad-based market index, as well as with the returns of one or more comparative indexes that have investment characteristics similar to those of the fund, if applicable.

In addition, the table shows hypothetical after-tax returns to demonstrate how taxes paid by a shareholder may influence returns. After-tax returns are calculated using the historical highest individual federal marginal income tax rates and do not reflect the impact of state and local taxes. Actual after-tax returns depend on an investor's tax situation and may differ from those shown. After-tax returns shown are not relevant to investors who hold their fund shares through tax-deferred arrangements, such as a 401(k) account or an IRA. After-tax returns are shown only for the Investor Class and will differ for other share classes.

**Average Annual Total Returns**

| | Periods ended December 31, 2020 | | | |
|---|---|---|---|---|
| | 1 Year | 5 Years | 10 Years | Inception date |
| **Investor Class** | | | | 09/30/2002 |
| Returns before taxes | 15.90 % | 11.34 % | 9.76 % | |
| Returns after taxes on distributions | 14.32 | 9.78 | 8.56 | |
| Returns after taxes on distributions and sale of fund shares | 10.28 | 8.63 | 7.67 | |
| **Advisor Class** | | | | 10/31/2003 |
| Returns before taxes | 15.61 | 11.07 | 9.49 | |
| **R Class** | | | | 10/31/2003 |
| Returns before taxes | 15.31 | 10.79 | 9.22 | |
| | | | | |
| **S&P Target Date 2030 Index (reflects no deduction for fees, expenses, or taxes)** | 11.91 | 9.78 | 8.41 | |
| **Combined Index Portfolio (reflects no deduction for fees, expenses, or taxes)[a]** | 15.63 | 11.45 | 9.75 | |

a   Combined Index Portfolio is a blended benchmark composed of 73.5% stocks (51.44% Russell 3000 Index and 22.06% MSCI All Country World Index ex USA Net), and 26.5% bonds (24.50% Bloomberg U.S. Aggregate Bond Index and 2.00% Bloomberg U.S. 1-5 Year Treasury TIPS Index). The indices and percentages may vary over time.

Updated performance information is available through **troweprice.com**.

**Management**

**Investment Adviser** T. Rowe Price Associates, Inc. (T. Rowe Price or Price Associates)

| Portfolio Manager | Title | Managed Fund Since | Joined Investment Adviser |
|---|---|---|---|
| Wyatt A. Lee | Cochair of Investment Advisory Committee | 2015 | 1999 |
| Kimberly E. DeDominicis* | Cochair of Investment Advisory Committee | 2019 | 1997 |
| Andrew G. Jacobs Van Merlen | Cochair of Investment Advisory Committee | 2020 | 2000 |

*   Ms. DeDominicis originally joined T. Rowe Price in 1997 and returned to T. Rowe Price in 2003.

**Purchase and Sale of Fund Shares**

The Investor Class, Advisor Class, and R Class generally require a $2,500 minimum initial investment ($1,000 minimum initial investment if opening an IRA, a custodial account for a minor, or a small business retirement plan account). Additional purchases generally require a $100 minimum. These investment minimums generally are waived for financial intermediaries and certain employer-sponsored retirement plans submitting orders on behalf of their customers. Advisor Class and R Class shares may generally only be purchased through a financial intermediary or retirement plan.

For investors holding shares of the fund directly with T. Rowe Price, you may purchase, redeem, or exchange fund shares by mail; by telephone (1-800-225-5132 for IRAs and nonretirement accounts; 1-800-492-7670 for small business retirement plans; and 1-800-638-8790 for institutional investors and financial intermediaries); or, for certain accounts, by accessing your account online through **troweprice.com**.

If you hold shares through a financial intermediary or retirement plan, you must purchase, redeem, and exchange shares of the fund through your intermediary or retirement plan. You should check with your intermediary or retirement plan to determine the investment minimums that apply to your account.

**Tax Information**

Any dividends or capital gains are declared and paid annually, usually in December. Redemptions or exchanges of fund shares and distributions by the fund, whether or not you reinvest these amounts in additional fund shares, generally may be taxed as ordinary income or capital gains unless you invest through a tax-deferred account (in which case you will be taxed upon withdrawal from such account).

**Payments to Broker-Dealers and Other Financial Intermediaries**

If you purchase shares of the fund through a broker-dealer or other financial intermediary (such as a bank), the fund and its related companies may pay the intermediary for the sale of fund shares and related services. These payments may create a conflict of interest by influencing the broker-dealer or other intermediary and your salesperson to recommend the fund over another investment. Ask your salesperson or visit your financial intermediary's website for more information.

**T. Rowe Price**®

T. Rowe Price Associates, Inc.
100 East Pratt Street
Baltimore, MD 21202

F142-045 10/1/21

---

# EXHIBIT A-22



# T. Rowe Price

**SUMMARY PROSPECTUS**

October 1, 2021

| | T. ROWE PRICE<br>**Retirement 2035 Fund** |
|---|---|
| TRRJX | Investor Class |
| PARKX | Advisor Class |
| RRTPX | R Class |

The Securities and Exchange Commission (SEC) has not approved or disapproved these securities or passed upon the adequacy of this prospectus. Any representation to the contrary is a criminal offense.

Before you invest, you may want to review the fund's prospectus, which contains more information about the fund and its risks. You can find the fund's prospectus, shareholder reports, and other information about the fund online at **troweprice.com/prospectus**. You can also get this information at no cost by calling **1-800-638-5660**, by sending an e-mail request to **info@troweprice.com**, or by contacting your financial intermediary. This Summary Prospectus incorporates by reference the fund's prospectus, dated October 1, 2021, as amended or supplemented, and Statement of Additional Information, dated October 1, 2021, as amended or supplemented.

**INVEST WITH CONFIDENCE®**

### Investment Objective(s)

The fund seeks the highest total return over time consistent with an emphasis on both capital growth and income.

### Fees and Expenses

This table describes the fees and expenses that you may pay if you buy, hold, and sell shares of the fund. **You may also incur brokerage commissions and other charges when buying or selling shares of the Investor Class, which are not reflected in the table.**

**Fees and Expenses of the Fund**

| | Investor<br>Class | Advisor<br>Class | R<br>Class |
|---|---|---|---|
| Shareholder fees (fees paid directly from your investment) | | | |
| Maximum account fee | $20[a] | — | — |
| Annual fund operating expenses<br>(expenses that you pay each year as a<br>percentage of the value of your investment) | | | |
| Management fees | 0.59%[b,c] | 0.59%[b,c] | 0.59%[b,c] |
| Distribution and service (12b-1) fees | — | 0.25 | 0.50 |
| Other expenses | — | — | — |
| Total annual fund operating expenses | 0.59[b] | 0.84[b] | 1.09[b] |

a  Subject to certain exceptions, accounts with a balance of less than $10,000 are charged an annual $20 fee.

b  Restated to reflect current fees.

c  The management fee will decline over time in accordance with a predetermined contractual fee schedule, which is set forth under "The Management Fee" in section 2 of the fund's prospectus, with any annual decrease occurring after the end of the fund's fiscal year. The fee schedule can only be changed with approval by the fund's Board of Directors, and, if required by SEC rules, the fund's shareholders.

**Example** This example is intended to help you compare the cost of investing in the fund with the cost of investing in other mutual funds. The example assumes that you invest $10,000 in the fund for the time periods indicated and then redeem all of your shares at the end of those periods, that your investment has a 5% return each year, and that the fund's operating expenses remain the same. Although your actual costs may be higher or lower, based on these assumptions your costs would be:

| | 1 year | 3 years | 5 years | 10 years |
|---|---|---|---|---|
| Investor Class | $60 | $189 | $328 | $720 |
| Advisor Class | 86 | 268 | 464 | 1,020 |
| R Class | 111 | 347 | 599 | 1,312 |

**Portfolio Turnover** The fund pays transaction costs, such as commissions, when it buys and sells securities (or "turns over" its portfolio). A higher portfolio turnover rate may indicate higher transaction costs and may result in higher taxes when the fund's shares are held in a taxable account. These costs, which are not reflected in annual fund operating expenses or in the example, affect the fund's performance. During the most recent fiscal year, the fund's portfolio turnover rate was 24.0% of the average value of its portfolio.

**Investments, Risks, and Performance**

**Principal Investment Strategies**

The fund pursues its objective(s) by investing in a diversified portfolio of other T. Rowe Price stock and bond mutual funds that represent various asset classes and sectors. The fund's allocation among T. Rowe Price mutual funds will change over time in relation to its target retirement date.

The fund is managed based on the specific retirement year (target date 2035) included in its name and assumes a retirement age of 65. The target date refers to the approximate year an investor in the fund would plan to retire and likely stop making new investments in the fund. The fund is primarily designed for an investor who anticipates retiring at or about the target date and who plans to withdraw the value of the account in the fund gradually after retirement. However, if an investor retires earlier or later than age 65, the fund may not be an appropriate investment even if the investor retires on or near the fund's target date.

Over time, the allocation to asset classes and funds will change according to a predetermined "glide path" shown in the following chart. The glide path represents the shifting of asset classes over time and shows how the fund's asset mix becomes more conservative—both prior to and after retirement—as time elapses. This reflects the need for reduced market risks as retirement approaches and the need for lower portfolio volatility after retiring. Although the glide path is meant to dampen the fund's potential volatility as retirement approaches, the fund is not designed for a lump sum redemption at the retirement date. The fund pursues an asset allocation strategy that promotes asset accumulation prior to retirement, but it is intended to also serve as a post-retirement investment vehicle with allocations designed to support an income stream made up of regular withdrawals throughout retirement along with some portfolio growth that exceeds inflation. After the target date, the fund is designed to balance longevity and inflation risks along with the need for some income, although it does not guarantee a particular level of income.

During the second quarter of 2020, the fund, along with all of the T. Rowe Price Retirement Funds, began to shift from its original glide path to an enhanced glide path. The transition to the enhanced glide path will ultimately increase the overall stock allocation at certain points in the glide path. The overall allocation to stocks at the beginning of the enhanced glide path (40+ years to retirement) for all T. Rowe Price Retirement Funds will increase from 90% to 98%, and the 98% stock allocation will remain constant until the fund is 30 years from its target date. The overall allocation to stocks at the end of the enhanced glide path (30 years past retirement) for all T. Rowe Price Retirement Funds will increase from 20% to 30%. There are increases to the overall stock allocation along other points of the enhanced glide path, but the allocations nearer to the target date will not significantly change and the overall neutral allocation to stocks at the target date remains at 55%. The transition from the original glide path to the enhanced glide path may take up to two years from the start of the transition to fully implement, based on the changes that are necessary as a result of the fund's positioning on the original glide path. The following chart illustrates how the enhanced glide path compares with the original glide path over the entire investment life cycle of a T. Rowe Price Retirement Fund (the left axis indicates the overall neutral allocation to stocks with the remainder of the allocation to bonds):



The glide path provides for a neutral allocation to stocks at the target date of 55%. The fund's overall exposure to stocks will continue to decline until approximately 30 years after its target date, when its neutral allocations to stocks and bonds will remain unchanged. There are no maturity restrictions within the fund's overall allocation to bonds, although the bond funds in which the fund invests may impose specific limits on maturity or credit quality. The allocations are referred to as "neutral" allocations because they are strategic and do not reflect any tactical decisions made by T. Rowe Price to overweight or underweight a particular asset class or sector based on its market outlook. The target allocations assigned to the broad asset classes (Stocks and Bonds), which reflect these tactical decisions resulting from market outlook, are not expected to vary from the neutral allocations set forth in the glide path by more than plus (+) or minus (-) five percent (5%). The target allocations and actual allocations may differ due to significant market movements or cash flows. During the transition from the original glide path to the enhanced glide path, there may be times when the target allocation varies by more than this amount in comparison with either or both glide paths.

The following table illustrates how the portfolio is generally expected to be allocated between the asset classes and the underlying T. Rowe Price mutual funds that are used to represent the broad asset classes and specific sectors. The fund invests in the Z Class of each of its underlying funds. T. Rowe Price is contractually obligated to waive and/or bear all of the Z Class' expenses, with certain limited exceptions. The fund's overall allocation to stocks is represented by a diversified mix of U.S. and international stock funds that employ both growth and value investment approaches and consist of large-cap, mid-cap, and small-cap stocks. The fund's overall allocation to bonds is represented by a "core" fixed income component designed to have lower overall volatility and a "diversifying" fixed income component designed to respond to a variety of market conditions and improve risk adjusted returns. The information in the table represents the neutral allocations for the fund as of October 1, 2021. The fund's shareholder reports set forth its actual allocations between stock funds and bond funds and to the individual T. Rowe Price mutual funds. T. Rowe Price may periodically rebalance or modify the asset mix of the underlying funds and change the underlying fund investments.

**Retirement 2035 Fund**

| Asset Class | | Sector(s) | Neutral Allocation | Underlying Fund(s) |
|---|---|---|---|---|
| Stocks | 83.00% | Inflation Focused Stocks | 4.15% | Real Assets |
| | | International Developed Market Stocks | 20.11 | International Stock, International Value Equity, and/or Overseas Stock |
| | | International Emerging Market Stocks | 3.55 | Emerging Markets Discovery Stock and/or Emerging Markets Stock |
| | | U.S. Large-Cap Stocks | 44.15 | Equity Index 500, Growth Stock, U.S. Equity Research, U.S. Large-Cap Core, and/or Value |
| | | U.S. Mid-Cap Stocks | 5.52 | Mid-Cap Growth, Mid-Cap Index, and/or Mid-Cap Value |
| | | U.S. Small-Cap Stocks | 5.52 | New Horizons, Small-Cap Index, Small-Cap Stock, and/or Small-Cap Value |
| Bonds | 17.00 | Core Fixed Income | 11.90 | Dynamic Global Bond, International Bond (USD Hedged), and/or New Income |
| | | Diversifying Fixed Income | 5.10 | Emerging Markets Bond, Floating Rate, High Yield, Limited Duration Inflation Focused Bond, U.S. Treasury Long-Term Index, and/or U.S. Treasury Money |

**Principal Risks**

As with any fund, there is no guarantee that the fund will achieve its objective(s). The fund's share price fluctuates, which means you could lose money by investing in the fund. You may experience losses, including losses near, at, or after the target retirement date. There is no guarantee that the fund will provide adequate income at and through your retirement. The principal risks of investing in this fund, which may be even greater during periods of market disruption or volatility, are summarized as follows:

**Active Management/Asset allocation** The fund's overall level of risk will directly correspond to the risks of the underlying funds in which it invests. By investing in many underlying funds, the fund has partial exposure to the risks of different areas of the market. However, the selection of the underlying funds and the allocation of the fund's assets among the various asset classes, market sectors, and investment styles represented by those underlying funds could cause the fund to underperform other funds with a similar benchmark or investment objective(s).

**Investments in other funds** The fund bears the risk that its underlying funds will fail to successfully employ their investment strategies. One or more underlying fund's underperformance or failure to meet its investment objective(s) as intended could cause the fund to underperform similarly managed funds.

**Market conditions** The value of the fund's investments may decrease, sometimes rapidly or unexpectedly, due to factors affecting an issuer held by the fund, particular industries, or the overall securities markets. A variety of factors can increase the volatility of the fund's holdings and markets generally, including political or regulatory developments, recessions, inflation, rapid interest rate changes, war or acts of terrorism, natural disasters, and outbreaks of infectious illnesses or other widespread public health issues such as the coronavirus pandemic and related governmental and public responses. Certain events may cause instability across global markets, including reduced liquidity and disruptions in trading markets, while some events may affect certain geographic regions, countries, sectors, and industries more significantly than others. Government intervention in markets may impact interest rates, market volatility, and security pricing. These adverse developments may cause broad declines in market value due to short-term market movements or for significantly longer periods during more prolonged market downturns.

**Stock exposure** An underlying stock fund's share price can fall because of weakness in the overall stock markets, a particular industry, or specific holdings. Stocks generally fluctuate in value more than bonds and may decline significantly over short time periods. There is a chance that stock prices overall will decline because stock markets tend to move in cycles, with periods of rising and falling prices. The value of an underlying stock fund may decline due to general weakness or volatility in the stock markets, adverse conditions impacting a particular industry or market sector, or factors affecting an investment style or market capitalization targeted by the fund.

**Bond exposure** An underlying bond fund's share price can fall because of various factors affecting bonds or due to general weakness in the overall bond markets. The fund invests in underlying funds with varying levels of credit risk, interest rate risk, and liquidity risk. At times, participants in bond markets may develop concerns about the ability of certain issuers to make timely principal and interest payments, or they may develop concerns about the ability of financial institutions that make markets in certain debt instruments to facilitate an orderly market. Those concerns could cause increased volatility and reduced liquidity in particular securities or in the overall bond markets and the related derivatives markets, which could hamper an underlying fund's ability to sell the bonds in which it invests or to find and purchase suitable investments.

**International investing** Investing in funds that hold the securities of non-U.S. issuers involves special risks not typically associated with investing in funds that

hold securities of U.S. issuers.

Non-U.S. securities tend to be more volatile and have lower overall liquidity than investments in U.S. securities and may lose value because of adverse local, political, social, or economic developments overseas, or due to changes in the exchange rates between foreign currencies and the U.S. dollar. In addition, investments outside the U.S. are subject to settlement practices and regulatory and financial reporting standards that differ from those of the U.S. The risks of investing outside the U.S. are heightened for any investments in emerging markets, which are susceptible to greater volatility than investments in developed markets.

**Emerging markets** Investing in funds that hold securities of issuers in emerging market countries involves greater risk and overall volatility than investing in funds that hold securities of issuers in the U.S. and other developed markets. Emerging market countries tend to have economic structures that are less diverse and mature, less developed legal and regulatory regimes, and political systems that are less stable, than those of developed countries. In addition to the risks normally associated with investing outside the U.S., emerging markets are more susceptible to governmental interference, political and economic uncertainty, local taxes and restrictions on an underlying fund's investments, less efficient trading markets with lower overall liquidity, and more volatile currency exchange rates.

**Market capitalization** Because the fund invests in certain funds that focus on a particular market capitalization, its share price may be negatively affected if investing in that market capitalization falls out of favor. Small- and mid-cap companies often have less experienced management, more limited financial resources, and less publicly available information than larger companies, and tend to be more sensitive to changes in overall economic conditions. As a result, investments in small-cap and mid-cap companies are likely to be more volatile than investments in larger companies. However, larger companies may not be able to attain the high growth rates of successful smaller companies, especially during strong economic periods, and they may be less capable of responding quickly to competitive challenges and industry changes.

**Investment style** Because the fund invests in certain funds that focus on growth stocks and certain funds that focus on value stocks, its share price may be negatively affected if either investing approach falls out of favor. Growth stocks tend to be more volatile than the overall stock market and are more sensitive to changes in current or expected earnings. Value stocks carry the risk that investors will not recognize their intrinsic value for a long time or that they are actually appropriately priced at a low level.

**Interest rates** The prices of, and the income generated by, bonds and other debt instruments held by an underlying fund may be affected by changes in interest rates. A rise in interest rates typically causes the price of a fixed rate debt instrument to fall and its yield to rise. Conversely, a decline in interest rates typically causes the price of a fixed rate debt instrument to rise and the yield to fall. Generally, underlying bond funds with longer weighted average maturities and durations carry greater interest rate risk.

**Prepayments and extensions** Underlying funds that invest in mortgage-backed securities, other asset-backed securities, or any debt instrument with an embedded call option are subject to prepayment risks because the principal on the security may be prepaid at any time, which could reduce the security's yield and market value. The rate of prepayments tends to increase as interest rates fall, which could cause the average maturity of the underlying fund's portfolio to shorten. Extension risk may result from a rise in interest rates, which tends to make mortgage-backed securities, asset-backed securities, and other callable debt instruments more volatile.

**Credit quality** An issuer of a debt instrument held by an underlying fund could suffer an adverse change in financial condition that results in a payment default (failure to make scheduled interest or principal payments), rating downgrade, or inability to meet a financial obligation. The fund's exposure to credit risk is increased to the extent the fund invests in underlying funds that hold securities that are not considered investment-grade. Holdings that are rated below investment grade carry greater risk of default and erratic price swings due, in part, to potentially adverse changes in the credit quality of the issuer.

**Inflation** To the extent the fund invests in underlying funds that are designed to provide protection against the impact of inflation, those investments could adversely affect the fund's performance when inflation or expectations of inflation are low. During such periods, the values of an underlying fund's investments in inflation-linked securities or stocks designed to outperform the overall stock market during periods of high or rising inflation could fall and result in losses for the fund, causing the fund to lag the performance of similarly managed funds.

**Liquidity** An underlying fund may not be able to meet requests to redeem shares without significant dilution of the remaining shareholders' interests in the fund. A particular investment or an entire market segment may become less liquid or even illiquid, sometimes abruptly, which could limit a fund's ability to purchase or sell holdings in a timely manner at a desired price. Reduced liquidity can result from a number of events, such as limited trading activity, reductions in bond inventory, and rapid or unexpected changes in interest rates. Large redemptions may also have a negative impact on an underlying fund's overall liquidity.

**Cybersecurity breaches** The fund could be harmed by intentional cyberattacks and other cybersecurity breaches, including unauthorized access to the fund's assets, customer data and confidential shareholder information, or other proprietary information. In addition, a cybersecurity breach could cause one of the fund's service providers or financial intermediaries to suffer unauthorized data access, data corruption, or loss of operational functionality.

**Performance**

The following performance information provides some indication of the risks of investing in the fund. The fund's performance information represents only past performance (before and after taxes) and is not necessarily an indication of future results.

The following bar chart illustrates how much returns can differ from year to year by showing calendar year returns and the best and worst calendar quarter returns during those years for the fund's Investor Class. Returns for other share classes vary since they have different expenses.

**RETIREMENT 2035 FUND**

Calendar Year Returns



| | Quarter Ended | Total Return | | Quarter Ended | Total Return |
|---|---|---|---|---|---|
| Best Quarter | 6/30/20 | 18.65% | Worst Quarter | 3/31/20 | -18.55% |

The fund's return for the six months ended 6/30/21 was 11.16%.

The following table shows the average annual total returns for each class of the fund that has been in operation for at least one full calendar year, and also compares the returns with the returns of a relevant broad-based market index, as well as with the returns of one or more comparative indexes that have investment characteristics similar to those of the fund, if applicable.

In addition, the table shows hypothetical after-tax returns to demonstrate how taxes paid by a shareholder may influence returns. After-tax returns are calculated using the historical highest individual federal marginal income tax rates and do not reflect the impact of state and local taxes. Actual after-tax returns depend on an investor's tax situation and may differ from those shown. After-tax returns shown are not relevant to investors who hold their fund shares through tax-deferred arrangements, such as a 401(k) account or an IRA. After-tax returns are shown only for the Investor Class and will differ for other share classes.

**Average Annual Total Returns**

| | Periods ended December 31, 2020 | | | |
|---|---|---|---|---|
| | 1 Year | 5 Years | 10 Years | Inception date |
| **Investor Class** | | | | 02/27/2004 |
| Returns before taxes | 17.05 % | 11.90 % | 10.20 % | |
| Returns after taxes on distributions | 15.65 | 10.40 | 9.06 | |
| Returns after taxes on distributions and sale of fund shares | 10.89 | 9.12 | 8.08 | |
| **Advisor Class** | | | | 05/31/2007 |
| Returns before taxes | 16.75 | 11.61 | 9.92 | |
| **R Class** | | | | 05/31/2007 |
| Returns before taxes | 16.47 | 11.34 | 9.65 | |
| **S&P Target Date 2035 Index (reflects no deduction for fees, expenses, or taxes)** | | | | |
| | 12.79 | 10.47 | 8.91 | |
| **Combined Index Portfolio (reflects no deduction for fees, expenses, or taxes)[a]** | | | | |
| | 16.50 | 12.07 | 10.19 | |

a  Combined Index Portfolio is a blended benchmark composed of 83.00% stocks (58.10% Russell 3000 Index and 24.90% MSCI All Country World Index ex USA Net), and 17.00% bonds (Bloomberg U.S. Aggregate Bond Index). The indices and percentages may vary over time.

Updated performance information is available through **troweprice.com**.

**Management**

**Investment Adviser** T. Rowe Price Associates, Inc. (T. Rowe Price or Price Associates)

| Portfolio Manager | Title | Managed Fund Since | Joined Investment Adviser |
|---|---|---|---|
| Wyatt A. Lee | Cochair of Investment Advisory Committee | 2015 | 1999 |
| Kimberly E. DeDominicis* | Cochair of Investment Advisory Committee | 2019 | 1997 |
| Andrew G. Jacobs Van Merlen | Cochair of Investment Advisory Committee | 2020 | 2000 |

*  Ms. DeDominicis originally joined T. Rowe Price in 1997 and returned to T. Rowe Price in 2003.

**Purchase and Sale of Fund Shares**

The Investor Class, Advisor Class, and R Class generally require a $2,500 minimum initial investment ($1,000 minimum initial investment if opening an IRA, a custodial account for a minor, or a small business retirement plan account). Additional purchases generally require a $100 minimum. These investment minimums generally are waived for financial intermediaries and certain employer-sponsored retirement plans submitting orders on behalf of their customers. Advisor Class and R Class shares may generally only be purchased through a financial intermediary or retirement plan.

For investors holding shares of the fund directly with T. Rowe Price, you may purchase, redeem, or exchange fund shares by mail; by telephone (1-800-225-5132 for IRAs and nonretirement accounts; 1-800-492-7670 for small business retirement plans; and 1-800-638-8790 for institutional investors and financial intermediaries); or, for certain accounts, by accessing your account online through **troweprice.com**.

If you hold shares through a financial intermediary or retirement plan, you must purchase, redeem, and exchange shares of the fund through your intermediary or retirement plan. You should check with your intermediary or retirement plan to determine the investment minimums that apply to your account.

**Tax Information**

Any dividends or capital gains are declared and paid annually, usually in December. Redemptions or exchanges of fund shares and distributions by the fund, whether or not you reinvest these amounts in additional fund shares, generally may be taxed as ordinary income or capital gains unless you invest through a tax-deferred account (in which case you will be taxed upon withdrawal from such account).

**Payments to Broker-Dealers and Other Financial Intermediaries**

If you purchase shares of the fund through a broker-dealer or other financial intermediary (such as a bank), the fund and its related companies may pay the intermediary for the sale of fund shares and related services. These payments may create a conflict of interest by influencing the broker-dealer or other intermediary and your salesperson to recommend the fund over another investment. Ask your salesperson or visit your financial intermediary's website for more information.

**T. Rowe Price®**

T. Rowe Price Associates, Inc.
100 East Pratt Street
Baltimore, MD 21202

F158-045 10/1/21

# EXHIBIT A-23

**T. Rowe Price**®



## SUMMARY PROSPECTUS

October 1, 2021

| | T. ROWE PRICE |
|---|---|
| | ### Retirement 2040 Fund |
| TRRDX | Investor Class |
| PARDX | Advisor Class |
| RRTDX | R Class |

The Securities and Exchange Commission (SEC) has not approved or disapproved these securities or passed upon the adequacy of this prospectus. Any representation to the contrary is a criminal offense.

Before you invest, you may want to review the fund's prospectus, which contains more information about the fund and its risks. You can find the fund's prospectus, shareholder reports, and other information about the fund online at **troweprice.com/prospectus**. You can also get this information at no cost by calling **1-800-638-5660**, by sending an e-mail request to **info@troweprice.com**, or by contacting your financial intermediary. This Summary Prospectus incorporates by reference the fund's prospectus, dated October 1, 2021, as amended or supplemented, and Statement of Additional Information, dated October 1, 2021, as amended or supplemented.

INVEST WITH CONFIDENCE®

### Investment Objective(s)

The fund seeks the highest total return over time consistent with an emphasis on both capital growth and income.

### Fees and Expenses

This table describes the fees and expenses that you may pay if you buy, hold, and sell shares of the fund. **You may also incur brokerage commissions and other charges when buying or selling shares of the Investor Class, which are not reflected in the table.**

### Fees and Expenses of the Fund

| | Investor Class | Advisor Class | R Class |
|---|---|---|---|
| **Shareholder fees (fees paid directly from your investment)** | | | |
| Maximum account fee | $20[a] | — | — |
| **Annual fund operating expenses (expenses that you pay each year as a percentage of the value of your investment)** | | | |
| Management fees | 0.60%[b,c] | 0.60%[b,c] | 0.60%[b,c] |
| Distribution and service (12b-1) fees | — | 0.25 | 0.50 |
| Other expenses | — | — | — |
| Total annual fund operating expenses | 0.60[b] | 0.85[b] | 1.10[b] |

a   Subject to certain exceptions, accounts with a balance of less than $10,000 are charged an annual $20 fee.

b   Restated to reflect current fees.

c   The management fee will decline over time in accordance with a predetermined contractual fee schedule, which is set forth under "The Management Fee" in section 2 of the fund's prospectus, with any annual decrease occurring after the end of the fund's fiscal year. The fee schedule can only be changed with approval by the fund's Board of Directors, and, if required by SEC rules, the fund's shareholders.

**Example** This example is intended to help you compare the cost of investing in the fund with the cost of investing in other mutual funds. The example assumes that you invest $10,000 in the fund for the time periods indicated and then redeem all of your shares at the end of those periods, that your investment has a 5% return each year, and that the fund's operating expenses remain the same. Although your actual costs may be higher or lower, based on these assumptions your costs would be:

| | 1 year | 3 years | 5 years | 10 years |
|---|---|---|---|---|
| Investor Class | $61 | $192 | $333 | $740 |
| Advisor Class | 87 | 271 | 470 | 1,039 |
| R Class | 112 | 350 | 605 | 1,331 |

**Portfolio Turnover** The fund pays transaction costs, such as commissions, when it buys and sells securities (or "turns over" its portfolio). A higher portfolio turnover rate may indicate higher transaction costs and may result in higher taxes when the fund's shares are held in a taxable account. These costs, which are not reflected in annual fund operating expenses or in the example, affect the fund's performance. During the most recent fiscal year, the fund's portfolio turnover rate was 21.5% of the average value of its portfolio.

**Investments, Risks, and Performance**

**Principal Investment Strategies**

The fund pursues its objective(s) by investing in a diversified portfolio of other T. Rowe Price stock and bond mutual funds that represent various asset classes and sectors. The fund's allocation among T. Rowe Price mutual funds will change over time in relation to its target retirement date.

The fund is managed based on the specific retirement year (target date 2040) included in its name and assumes a retirement age of 65. The target date refers to the approximate year an investor in the fund would plan to retire and likely stop making new investments in the fund. The fund is primarily designed for an investor who anticipates retiring at or about the target date and who plans to withdraw the value of the account in the fund gradually after retirement. However, if an investor retires earlier or later than age 65, the fund may not be an appropriate investment even if the investor retires on or near the fund's target date.

Over time, the allocation to asset classes and funds will change according to a predetermined "glide path" shown in the following chart. The glide path represents the shifting of asset classes over time and shows how the fund's asset mix becomes more conservative–both prior to and after retirement–as time elapses. This reflects the need for reduced market risks as retirement approaches and the need for lower portfolio volatility after retiring. Although the glide path is meant to dampen the fund's potential volatility as retirement approaches, the fund is not designed for a lump sum redemption at the retirement date. The fund pursues an asset allocation strategy that promotes asset accumulation prior to retirement, but it is intended to also serve as a post-retirement investment vehicle with allocations designed to support an income stream made up of regular withdrawals throughout retirement along with some portfolio growth that exceeds inflation. After the target date, the fund is designed to balance longevity and inflation risks along with the need for some income, although it does not guarantee a particular level of income.

During the second quarter of 2020, the fund, along with all of the T. Rowe Price Retirement Funds, began to shift from its original glide path to an enhanced glide path. The transition to the enhanced glide path will ultimately increase the overall stock allocation at certain points in the glide path. The overall allocation to stocks at the beginning of the enhanced glide path (40+ years to retirement) for all T. Rowe Price Retirement Funds will increase from 90% to 98%, and the 98% stock allocation will remain constant until the fund is 30 years from its target date. The overall allocation to stocks at the end of the enhanced glide path (30 years past retirement) for all T. Rowe Price Retirement Funds will increase from 20% to 30%. There are increases to the overall stock allocation along other points of the enhanced glide path, but the allocations nearer to the target date will not significantly change and the overall neutral allocation to stocks at the target date remains at 55%. The transition from the original glide path to the enhanced glide path may take up to two years from the start of the transition to fully implement, based on the changes that are necessary as a result of the fund's positioning on the original glide path. The following chart illustrates how the enhanced glide path compares with the original glide path over the entire investment life cycle of a T. Rowe Price Retirement Fund (the left axis indicates the overall neutral allocation to stocks with the remainder of the allocation to bonds):



The glide path provides for a neutral allocation to stocks at the target date of 55%. The fund's overall exposure to stocks will continue to decline until approximately 30 years after its target date, when its neutral allocations to stocks and bonds will remain unchanged. There are no maturity restrictions within the fund's overall allocation to bonds, although the bond funds in which the fund invests may impose specific limits on maturity or credit quality. The allocations are referred to as "neutral" allocations because they are strategic and do not reflect any tactical decisions made by T. Rowe Price to overweight or underweight a particular asset class or sector based on its market outlook. The target allocations assigned to the broad asset classes (Stocks and Bonds), which reflect tactical decisions resulting from market outlook, are not expected to vary from the neutral allocations set forth in the glide path by more than plus (+) or minus (-) five percent (5%). The target allocations and actual allocations may differ due to significant market movements or cash flows. During the transition from the original glide path to the enhanced glide path, there may be times when the target allocation varies by more than this amount in comparison with either or both glide paths.

The following table illustrates how the portfolio is generally expected to be allocated between the asset classes and the underlying T. Rowe Price mutual funds that are used to represent the broad asset classes and specific sectors. The fund invests in the Z Class of each of its underlying funds. T. Rowe Price is contractually obligated to waive and/or bear all of the Z Class' expenses, with certain limited exceptions. The fund's overall allocation to stocks is represented by a diversified mix of U.S. and international stock funds that employ both growth and value investment approaches and consist of large-cap, mid-cap, and small-cap stocks. The fund's overall allocation to bonds is represented by a "core" fixed income component designed to have lower overall volatility and a "diversifying" fixed income component designed to respond to a variety of market conditions and improve risk adjusted returns. The information in the table represents the neutral allocations for the fund as of October 1, 2021. The fund's shareholder reports set forth its actual allocations between stock funds and bond funds and to the individual T. Rowe Price mutual funds. T. Rowe Price may periodically rebalance or modify the asset mix of the underlying funds and change the underlying fund investments.

**Retirement 2040 Fund**

| Asset Class | | Sector(s) | Neutral Allocation | Underlying Fund(s) |
|---|---|---|---|---|
| Stocks | 90.75% | Inflation Focused Stocks | 4.54% | Real Assets |
| | | International Developed Market Stocks | 21.98 | International Stock, International Value Equity, and/or Overseas Stock |
| | | International Emerging Market Stocks | 3.88 | Emerging Markets Discovery Stock and/or Emerging Markets Stock |
| | | U.S. Large-Cap Stocks | 48.29 | Equity Index 500, Growth Stock, U.S. Equity Research, U.S. Large-Cap Core, and/or Value |
| | | U.S. Mid-Cap Stocks | 6.03 | Mid-Cap Growth, Mid-Cap Index, and/or Mid-Cap Value |
| | | U.S. Small-Cap Stocks | 6.03 | New Horizons, Small-Cap Index, Small-Cap Stock, and/or Small-Cap Value |
| Bonds | 9.25 | Core Fixed Income | 6.47 | Dynamic Global Bond, International Bond (USD Hedged), and/or New Income |
| | | Diversifying Fixed Income | 2.78 | Emerging Markets Bond, Floating Rate, High Yield, Limited Duration Inflation Focused Bond, U.S. Treasury Long-Term Index, and/or U.S. Treasury Money |

**Principal Risks**

As with any fund, there is no guarantee that the fund will achieve its objective(s). The fund's share price fluctuates, which means you could lose money by investing in the fund. You may experience losses, including losses near, at, or after the target retirement date. There is no guarantee that the fund will provide adequate income at and through your retirement. The principal risks of investing in this fund, which may be even greater during periods of market disruption or volatility, are summarized as follows:

**Active Management/Asset allocation** The fund's overall level of risk will directly correspond to the risks of the underlying funds in which it invests. By investing in many underlying funds, the fund has partial exposure to the risks of different areas of the market. However, the selection of the underlying funds and the allocation of the fund's assets among the various asset classes, market sectors, and investment styles represented by those underlying funds could cause the fund to underperform other funds with a similar benchmark or investment objective(s).

**Investments in other funds** The fund bears the risk that its underlying funds will fail to successfully employ their investment strategies. One or more underlying fund's underperformance or failure to meet its investment objective(s) as intended could cause the fund to underperform similarly managed funds.

**Market conditions** The value of the fund's investments may decrease, sometimes rapidly or unexpectedly, due to factors affecting an issuer held by the fund, particular industries, or the overall securities markets. A variety of factors can increase the volatility of the fund's holdings and markets generally, including political or regulatory developments, recessions, inflation, rapid interest rate changes, war or acts of terrorism, natural disasters, and outbreaks of infectious illnesses or other widespread public health issues such as the coronavirus pandemic and related governmental and public responses. Certain events may cause instability across global markets, including reduced liquidity and disruptions in trading markets, while some events may affect certain geographic regions, countries, sectors, and industries more significantly than others. Government intervention in markets may impact interest rates, market volatility, and security pricing. These adverse developments may cause broad declines in market value due to short-term market movements or for significantly longer periods during more prolonged market downturns.

**Stock exposure** An underlying stock fund's share price can fall because of weakness in the overall stock markets, a particular industry, or specific holdings. Stocks generally fluctuate in value more than bonds and may decline significantly over short time periods. There is a chance that stock prices overall will decline because stock markets tend to move in cycles, with periods of rising and falling prices. The value of an underlying stock fund may decline due to general weakness or volatility in the stock markets, adverse conditions impacting a particular industry or market sector, or factors affecting an investment style or market capitalization targeted by the fund.

**International investing** Investing in funds that hold the securities of non-U.S. issuers involves special risks not typically associated with investing in funds that hold securities of U.S. issuers. Non-U.S. securities tend to be more volatile and have lower overall liquidity than investments in U.S. securities and may lose value because of adverse local, political, social, or economic developments overseas, or due to changes in the exchange rates between foreign currencies and the U.S. dollar. In addition, investments outside the U.S. are subject to settlement practices and regulatory and financial reporting standards that differ from those of the U.S. The risks of investing outside the U.S. are heightened for any investments in emerging markets, which are susceptible to greater volatility than investments in developed markets.

**Emerging markets** Investing in funds that hold securities of issuers in emerging market countries involves greater risk and volatility than investing in funds

that hold securities of issuers in the U.S. and other developed markets. Emerging market countries tend to have economic structures that are less diverse and mature, less developed legal and regulatory regimes, and political systems that are less stable, than those of developed countries. In addition to the risks normally associated with investing outside the U.S., emerging markets are more susceptible to governmental interference, political and economic uncertainty, local taxes and restrictions on an underlying fund's investments, less efficient trading markets with lower overall liquidity, and more volatile currency exchange rates.

**Market capitalization** Because the fund invests in certain funds that focus on a particular market capitalization, its share price may be negatively affected if investing in that market capitalization falls out of favor. Small- and mid-cap companies often have less experienced management, more limited financial resources, and less publicly available information than larger companies, and tend to be more sensitive to changes in overall economic conditions. As a result, investments in small-cap and mid-cap companies are likely to be more volatile than investments in larger companies. However, larger companies may not be able to attain the high growth rates of successful smaller companies, especially during strong economic periods, and they may be less capable of responding quickly to competitive challenges and industry changes.

**Investment style** Because the fund invests in certain funds that focus on growth stocks and certain funds that focus on value stocks, its share price may be negatively affected if either investing approach falls out of favor. Growth stocks tend to be more volatile than the overall stock market and are more sensitive to changes in current or expected earnings. Value stocks carry the risk that investors will not recognize their intrinsic value for a long time or that they are actually appropriately priced at a low level.

**Inflation** To the extent the fund invests in underlying funds that are designed to provide protection against the impact of inflation, those investments could adversely affect the fund's performance when inflation or expectations of inflation are low. During such periods, the values of an underlying fund's investments in inflation-linked securities or stocks designed to outperform the overall stock market during periods of high or rising inflation could fall and result in losses for the fund, causing the fund to lag the performance of similarly managed funds.

**Bond exposure** An underlying bond fund's share price can fall because of various factors affecting bonds or due to general weakness in the overall bond markets. The fund invests in underlying funds with varying levels of credit risk, interest rate risk, and liquidity risk. At times, participants in bond markets may develop concerns about the ability of certain issuers to make timely principal and interest payments, or they may develop concerns about the ability of financial institutions that make markets in certain debt instruments to facilitate an orderly market. Those concerns could cause increased volatility and reduced liquidity in particular securities or in the overall bond markets and the related derivatives markets, which could hamper an underlying fund's ability to sell the bonds in which it invests or to find and purchase suitable investments.

**Liquidity** An underlying fund may not be able to meet requests to redeem shares without significant dilution of the remaining shareholders' interests in the fund. A particular investment or an entire market segment may become less liquid or even illiquid, sometimes abruptly, which could limit a fund's ability to purchase or sell holdings in a timely manner at a desired price. Reduced liquidity can result from a number of events, such as limited trading activity, reductions in bond inventory, and rapid or unexpected changes in interest rates. Large redemptions may also have a negative impact on an underlying fund's overall liquidity.

**Cybersecurity breaches** The fund could be harmed by intentional cyberattacks and other cybersecurity breaches, including unauthorized access to the fund's assets, customer data and confidential shareholder information, or other proprietary information. In addition, a cybersecurity breach could cause one of the fund's service providers or financial intermediaries to suffer unauthorized data access, data corruption, or loss of operational functionality.

**Performance**

The following performance information provides some indication of the risks of investing in the fund. The fund's performance information represents only past performance (before and after taxes) and is not necessarily an indication of future results.

The following bar chart illustrates how much returns can differ from year to year by showing calendar year returns and the best and worst calendar quarter returns during those years for the fund's Investor Class. Returns for other share classes vary since they have different expenses.

**RETIREMENT 2040 FUND**

Calendar Year Returns



| | Quarter Ended | Total Return | | Quarter Ended | Total Return |
|---|---|---|---|---|---|
| Best Quarter | 6/30/20 | 19.50% | Worst Quarter | 3/31/20 | -19.48% |

The fund's return for the six months ended 6/30/21 was 12.22%.

The following table shows the average annual total returns for each class of the fund that has been in operation for at least one full calendar year, and also compares the returns with the returns of a relevant broad-based market index, as well as with the returns of one or more comparative indexes that have investment characteristics similar to those of the fund, if applicable.

In addition, the table shows hypothetical after-tax returns to demonstrate how taxes paid by a shareholder may influence returns. After-tax returns are calculated using the historical highest individual federal marginal income tax rates and do not reflect the impact of state and local taxes. Actual after-tax returns depend on an investor's

tax situation and may differ from those shown. After-tax returns shown are not relevant to investors who hold their fund shares through tax-deferred arrangements, such as a 401(k) account or an IRA. After-tax returns are shown only for the Investor Class and will differ for other share classes.

**Average Annual Total Returns**

| | 1 Year | 5 Years | 10 Years | Inception date |
|---|---|---|---|---|
| | **Periods ended December 31, 2020** | | | |
| **Investor Class** | | | | 09/30/2002 |
| Returns before taxes | 18.11 % | 12.38 % | 10.54 % | |
| Returns after taxes on distributions | 16.72 | 10.82 | 9.36 | |
| Returns after taxes on distributions and sale of fund shares | 11.62 | 9.53 | 8.38 | |
| **Advisor Class** | | | | 10/31/2003 |
| Returns before taxes | 17.79 | 12.09 | 10.27 | |
| **R Class** | | | | 10/31/2003 |
| Returns before taxes | 17.54 | 11.83 | 9.99 | |
| **S&P Target Date 2040 Index (reflects no deduction for fees, expenses, or taxes)** | 13.37 | 10.95 | 9.26 | |
| **Combined Index Portfolio (reflects no deduction for fees, expenses, or taxes)[a]** | 17.24 | 12.57 | 10.52 | |

a  Combined Index Portfolio is a blended benchmark composed of 89.75% stocks (62.84% Russell 3000 Index and 26.91% MSCI All Country World Index ex USA Net), and 10.25% bonds (Bloomberg U.S. Aggregate Bond Index). The indices and percentages may vary over time.

Updated performance information is available through **troweprice.com**.

**Management**

**Investment Adviser** T. Rowe Price Associates, Inc. (T. Rowe Price or Price Associates)

| Portfolio Manager | Title | Managed Fund Since | Joined Investment Adviser |
|---|---|---|---|
| Wyatt A. Lee | Cochair of Investment Advisory Committee | 2015 | 1999 |
| Kimberly E. DeDominicis* | Cochair of Investment Advisory Committee | 2019 | 1997 |
| Andrew G. Jacobs Van Merlen | Cochair of Investment Advisory Committee | 2020 | 2000 |

*  Ms. DeDominicis originally joined T. Rowe Price in 1997 and returned to T. Rowe Price in 2003.

**Purchase and Sale of Fund Shares**

The Investor Class, Advisor Class, and R Class generally require a $2,500 minimum initial investment ($1,000 minimum initial investment if opening an IRA, a custodial account for a minor, or a small business retirement plan account). Additional purchases generally require a $100 minimum. These investment minimums generally are waived for financial intermediaries and certain employer-sponsored retirement plans submitting orders on behalf of their customers. Advisor Class and R Class shares may generally only be purchased through a financial intermediary or retirement plan.

For investors holding shares of the fund directly with T. Rowe Price, you may purchase, redeem, or exchange fund shares by mail; by telephone (1-800-225-5132 for IRAs and nonretirement accounts; 1-800-492-7670 for small business retirement plans; and 1-800-638-8790 for institutional investors and financial intermediaries); or, for certain accounts, by accessing your account online through **troweprice.com**.

If you hold shares through a financial intermediary or retirement plan, you must purchase, redeem, and exchange shares of the fund through your intermediary or retirement plan. You should check with your intermediary or retirement plan to determine the investment minimums that apply to your account.

**Tax Information**

Any dividends or capital gains are declared and paid annually, usually in December. Redemptions or exchanges of fund shares and distributions by the fund, whether or not you reinvest these amounts in additional fund shares, generally may be taxed as ordinary income or capital gains unless you invest through a tax-deferred account (in which case you will be taxed upon withdrawal from such account).

**Payments to Broker-Dealers and Other Financial Intermediaries**

If you purchase shares of the fund through a broker-dealer or other financial intermediary (such as a bank), the fund and its related companies may pay the intermediary for the sale of fund shares and related services. These payments may create a conflict of interest by influencing the broker-dealer or other intermediary and your salesperson to recommend the fund over another investment. Ask your salesperson or visit your financial intermediary's website for more information.

**T. Rowe Price®**

T. Rowe Price Associates, Inc.
100 East Pratt Street
Baltimore, MD 21202

F143-045 10/1/21

# EXHIBIT A-24

**T. Rowe Price**



**SUMMARY PROSPECTUS**

October 1, 2021

| | T. ROWE PRICE |
|---|---|
| | **Retirement 2045 Fund** |
| TRRKX | Investor Class |
| PARLX | Advisor Class |
| RRTRX | R Class |

The Securities and Exchange Commission (SEC) has not approved or disapproved these securities or passed upon the adequacy of this prospectus. Any representation to the contrary is a criminal offense.

Before you invest, you may want to review the fund's prospectus, which contains more information about the fund and its risks. You can find the fund's prospectus, shareholder reports, and other information about the fund online at **troweprice.com/prospectus**. You can also get this information at no cost by calling **1-800-638-5660**, by sending an e-mail request to **info@troweprice.com**, or by contacting your financial intermediary. This Summary Prospectus incorporates by reference the fund's prospectus, dated October 1, 2021, as amended or supplemented, and Statement of Additional Information, dated October 1, 2021, as amended or supplemented.

INVEST WITH CONFIDENCE®

**Investment Objective(s)**

The fund seeks the highest total return over time consistent with an emphasis on both capital growth and income.

**Fees and Expenses**

This table describes the fees and expenses that you may pay if you buy, hold, and sell shares of the fund. **You may also incur brokerage commissions and other charges when buying or selling shares of the Investor Class, which are not reflected in the table.**

**Fees and Expenses of the Fund**

| | Investor Class | Advisor Class | R Class |
|---|---|---|---|
| **Shareholder fees (fees paid directly from your investment)** | | | |
| Maximum account fee | $20[a] | — | — |
| **Annual fund operating expenses (expenses that you pay each year as a percentage of the value of your investment)** | | | |
| Management fees | 0.62%[b,c] | 0.62%[b,c] | 0.62%[b,c] |
| Distribution and service (12b-1) fees | — | 0.25 | 0.50 |
| Other expenses | — | .25 | .50 |
| Total annual fund operating expenses | 0.62[b] | 0.87[b] | 1.12[b] |

a   Subject to certain exceptions, accounts with a balance of less than $10,000 are charged an annual $20 fee.

b   Restated to reflect current fees.

c   The management fee will decline over time in accordance with a predetermined contractual fee schedule, which is set forth under "The Management Fee" in section 2 of the fund's prospectus, with any annual decrease occurring after the end of the fund's fiscal year. The fee schedule can only be changed with approval by the fund's Board of Directors, and, if required by SEC rules, the fund's shareholders.

**Example** This example is intended to help you compare the cost of investing in the fund with the cost of investing in other mutual funds. The example assumes that you invest $10,000 in the fund for the time periods indicated and then redeem all of your shares at the end of those periods, that your investment has a 5% return each year, and that the fund's operating expenses remain the same. Although your actual costs may be higher or lower, based on these assumptions your costs would be:

| | 1 year | 3 years | 5 years | 10 years |
|---|---|---|---|---|
| Investor Class | $63 | $198 | $342 | $755 |
| Advisor Class | 89 | 277 | 478 | 1,054 |
| R Class | 114 | 356 | 613 | 1,345 |

**Portfolio Turnover** The fund pays transaction costs, such as commissions, when it buys and sells securities (or "turns over" its portfolio). A higher portfolio turnover rate may indicate higher transaction costs and may result in higher taxes when the fund's shares are held in a taxable account. These costs, which are not reflected in annual fund operating expenses or in the example, affect the fund's performance. During the most recent fiscal year, the fund's portfolio turnover rate was 21.8% of the average value of its portfolio.

**Investments, Risks, and Performance**

**Principal Investment Strategies**

The fund pursues its objective(s) by investing in a diversified portfolio of other T. Rowe Price stock and bond mutual funds that represent various asset classes and sectors. The fund's allocation among T. Rowe Price mutual funds will change over time in relation to its target retirement date.

The fund is managed based on the specific retirement year (target date 2045) included in its name and assumes a retirement age of 65. The target date refers to the approximate year an investor in the fund would plan to retire and likely stop making new investments in the fund. The fund is primarily designed for an investor who anticipates retiring at or about the target date and who plans to withdraw the value of the account in the fund gradually after retirement. However, if an investor retires earlier or later than age 65, the fund may not be an appropriate investment even if the investor retires on or near the fund's target date.

Over time, the allocation to asset classes and funds will change according to a predetermined "glide path" shown in the following chart. The glide path represents the shifting of asset classes over time and shows how the fund's asset mix becomes more conservative–both prior to and after retirement–as time elapses. This reflects the need for reduced market risks as retirement approaches and the need for lower portfolio volatility after retiring. Although the glide path is meant to dampen the fund's potential volatility as retirement approaches, the fund is not designed for a lump sum redemption at the retirement date. The fund pursues an asset allocation strategy that promotes asset accumulation prior to retirement, but it is intended to also serve as a post-retirement investment vehicle with allocations designed to support an income stream made up of regular withdrawals throughout retirement along with some portfolio growth that exceeds inflation. After the target date, the fund is designed to balance longevity and inflation risks along with the need for some income, although it does not guarantee a particular level of income.

During the second quarter of 2020, the fund, along with all of the T. Rowe Price Retirement Funds, began to shift from its original glide path to an enhanced glide path. The transition to the enhanced glide path will ultimately increase the overall stock allocation at certain points in the glide path. The overall allocation to stocks at the beginning of the enhanced glide path (40+ years to retirement) for all T. Rowe Price Retirement Funds will increase from 90% to 98%, and the 98% stock allocation will remain constant until the fund is 30 years from its target date. The overall allocation to stocks at the end of the enhanced glide path (30 years past retirement) for all T. Rowe Price Retirement Funds will increase from 20% to 30%. There are increases to the overall stock allocation along other points of the enhanced glide path, but the allocations nearer to the target date will not significantly change and the overall neutral allocation to stocks at the target date remains at 55%. The transition from the original glide path to the enhanced glide path may take up to two years from the start of the transition to fully implement, based on the changes that are necessary as a result of the fund's positioning on the original glide path. The following chart illustrates how the enhanced glide path compares with the original glide path over the entire investment life cycle of a T. Rowe Price Retirement Fund (the left axis indicates the overall neutral allocation to stocks with the remainder of the allocation to bonds):



The glide path provides for a neutral allocation to stocks at the target date of 55%. The fund's overall exposure to stocks will continue to decline until approximately 30 years after its target date, when its neutral allocations to stocks and bonds will remain unchanged. There are no maturity restrictions within the fund's overall allocation to bonds, although the bond funds in which the fund invests may impose specific limits on maturity or credit quality. The allocations are referred to as "neutral" allocations because they are strategic and do not reflect any tactical decisions made by T. Rowe Price to overweight or underweight a particular asset class or sector based on its market outlook. The target allocations assigned to the broad asset classes (Stocks and Bonds), which reflect these tactical decisions resulting from market outlook, are not expected to vary from the neutral allocations set forth in the glide path by more than plus (+) or minus (-) five percent (5%). The target allocations and actual allocations may differ due to significant market movements or cash flows. During the transition from the original glide path to the enhanced glide path, there may be times when the target allocation varies by more than this amount in comparison with either or both glide paths.

The following table illustrates how the portfolio is generally expected to be allocated between the asset classes and the underlying T. Rowe Price mutual funds that are used to represent the broad asset classes and specific sectors. The fund invests in the Z Class of each of its underlying funds. T. Rowe Price is contractually obligated to waive and/or bear all of the Z Class' expenses, with certain limited exceptions. The fund's overall allocation to stocks is represented by a diversified mix of U.S. and international stock funds that employ both growth and value investment approaches and consist of large-cap, mid-cap, and small-cap stocks. The fund's overall allocation to bonds is represented by a "core" fixed income component designed to have lower overall volatility and a "diversifying" fixed income component designed to respond to a variety of market conditions and improve risk adjusted returns. The information in the table represents the neutral allocations for the fund as of October 1, 2021. The fund's shareholder reports set forth its actual allocations between stock funds and bond funds and to the individual T. Rowe Price mutual funds. T. Rowe Price may periodically rebalance or modify the asset mix of the underlying funds and change the underlying fund investments.

**Retirement 2045 Fund**

| Asset Class | | Sector(s) | Neutral Allocation | Underlying Fund(s) |
|---|---|---|---|---|
| Stocks | 95.25% | Inflation Focused Stocks | 4.76% | Real Assets |
| | | International Developed Market Stocks | 23.08 | International Stock, International Value Equity, and/or Overseas Stock |
| | | International Emerging Market Stocks | 4.07 | Emerging Markets Discovery Stock and/or Emerging Markets Stock |
| | | U.S. Large-Cap Stocks | 50.68 | Equity Index 500, Growth Stock, U.S. Equity Research, U.S. Large-Cap Core, and/or Value |
| | | U.S. Mid-Cap Stocks | 6.33 | Mid-Cap Growth, Mid-Cap Index, and/or Mid-Cap Value |
| | | U.S. Small-Cap Stocks | 6.33 | New Horizons, Small-Cap Index, Small-Cap Stock, and/or Small-Cap Value |
| Bonds | 4.75 | Core Fixed Income | 3.32 | Dynamic Global Bond, International Bond (USD Hedged), and/or New Income |
| | | Diversifying Fixed Income | 1.43 | Emerging Markets Bond, Floating Rate, High Yield, Limited Duration Inflation Focused Bond, U.S. Treasury Long-Term Index, and/or U.S. Treasury Money |

**Principal Risks**

As with any fund, there is no guarantee that the fund will achieve its objective(s). The fund's share price fluctuates, which means you could lose money by investing in the fund. You may experience losses, including losses near, at, or after the target retirement date. There is no assurance that the fund will provide adequate income at and through your retirement. The principal risks of investing in this fund, which may be even greater during periods of market disruption or volatility, are summarized as follows:

**Active Management/Asset allocation** The fund's overall level of risk will directly correspond to the risks of the underlying funds in which it invests. By investing in many underlying funds, the fund has partial exposure to the risks of different areas of the market. However, the selection of the underlying funds and the allocation of the fund's assets among the various asset classes, market sectors, and investment styles represented by those underlying funds could cause the fund to underperform other funds with a similar benchmark or investment objective(s).

**Investments in other funds** The fund bears the risk that its underlying funds will fail to successfully employ their investment strategies. One or more underlying fund's underperformance or failure to meet its investment objective(s) as intended could cause the fund to underperform similarly managed funds.

**Market conditions** The value of the fund's investments may decrease, sometimes rapidly or unexpectedly, due to factors affecting an issuer held by the fund, particular industries, or the overall securities markets. A variety of factors can increase the volatility of the fund's holdings and markets generally, including political or regulatory developments, recessions, inflation, rapid interest rate changes, war or acts of terrorism, natural disasters, and outbreaks of infectious illnesses or other widespread public health issues such as the coronavirus pandemic and related governmental and public responses. Certain events may cause instability across global markets, including reduced liquidity and disruptions in trading markets, while some events may affect certain geographic regions, countries, sectors, and industries more significantly than others. Government intervention in markets may impact interest rates, market volatility, and security pricing. These adverse developments may cause broad declines in market value due to short-term market movements or for significantly longer periods during more prolonged market downturns.

**Stock exposure** An underlying stock fund's share price can fall because of weakness in the overall stock markets, a particular industry, or specific holdings. Stocks generally fluctuate in value more than bonds and may decline significantly over short time periods. There is a chance that stock prices overall will decline because stock markets tend to move in cycles, with periods of rising and falling prices. The value of an underlying stock fund may decline due to general weakness or volatility in the stock markets, adverse conditions impacting a particular industry or market sector, or factors affecting an investment style or market capitalization targeted by the fund.

**International investing** Investing in funds that hold the securities of non-U.S. issuers involves special risks not typically associated with investing in funds that hold securities of U.S. issuers. Non-U.S. securities tend to be more volatile and have lower overall liquidity than investments in U.S. securities and may lose value because of adverse local, political, social, or economic developments overseas, or due to changes in the exchange rates between foreign currencies and the U.S. dollar. In addition, investments outside the U.S. are subject to settlement practices and regulatory and financial reporting standards that differ from those of the U.S. The risks of investing outside the U.S. are heightened for any investments in emerging markets, which are susceptible to greater volatility than investments in developed markets.

**Emerging markets** Investing in funds that hold securities of issuers in emerging market countries involves greater risk and overall volatility than investing in funds that hold securities of issuers in the U.S. and other developed markets. Emerging market countries tend to have economic structures that are less diverse and mature, less developed legal and regulatory regimes, and political systems that are less stable, than those of developed countries. In addition to the risks normally associated with investing outside the U.S., emerging markets are more susceptible to governmental interference, political and economic uncertainty, local taxes and restrictions on an underlying fund's investments, less efficient trading markets with lower overall liquidity, and more volatile currency exchange rates.

**Market capitalization** Because the fund invests in certain funds that focus on a particular market capitalization, its share price may be negatively affected if investing in that market capitalization falls out of favor. Small- and mid-cap companies often have less experienced management, more limited financial resources, and less publicly available information than larger companies, and tend to be more sensitive to changes in overall economic conditions. As a result, investments in small-cap and mid-cap companies are likely to be more volatile than investments in larger companies. However, larger companies may not be able to attain the high growth rates of successful smaller companies,

especially during strong economic periods, and they may be less capable of responding quickly to competitive challenges and industry changes.

**Investment style** Because the fund invests in certain funds that focus on growth stocks and certain funds that focus on value stocks, its share price may be negatively affected if either investing approach falls out of favor. Growth stocks tend to be more volatile than the overall stock market and are more sensitive to changes in current or expected earnings. Value stocks carry the risk that investors will not recognize their intrinsic value for a long time or that they are actually appropriately priced at a low level.

**Inflation** To the extent the fund invests in underlying funds that are designed to provide protection against the impact of inflation, those investments could adversely affect the fund's performance when inflation or expectations of inflation are low. During such periods, the values of an underlying fund's investments in inflation-linked securities or stocks designed to outperform the overall stock market during periods of high or rising inflation could fall and result in losses for the fund, causing the fund to lag the performance of similarly managed funds.

**Bond exposure** An underlying bond fund's share price can fall because of various factors affecting bonds or due to general weakness in the overall bond markets. The fund invests in underlying funds with varying levels of credit risk, interest rate risk, and liquidity risk. At times, participants in bond markets may develop concerns about the ability of certain issuers to make timely principal and interest payments, or they may develop concerns about the ability of financial institutions that make markets in certain debt instruments to facilitate an orderly market. Those concerns could cause increased volatility and reduced liquidity in particular securities or in the overall bond markets and the related derivatives markets, which could hamper an underlying fund's ability to sell the bonds in which it invests or to find and purchase suitable investments.

**Liquidity** An underlying fund may not be able to meet requests to redeem shares without significant dilution of the remaining shareholders' interests in the fund. A particular investment or an entire market segment may become less liquid or even illiquid, sometimes abruptly, which could limit a fund's ability to purchase or sell holdings in a timely manner at a desired price. Reduced liquidity can result from a number of events, such as limited trading activity, reductions in bond inventory, and rapid or unexpected changes in interest rates. Large redemptions may also have a negative impact on an underlying fund's overall liquidity.

**Cybersecurity breaches** The fund could be harmed by intentional cyberattacks and other cybersecurity breaches, including unauthorized access to the fund's assets, customer data and confidential shareholder information, or other proprietary information. In addition, a cybersecurity breach could cause one of the fund's service providers or financial intermediaries to suffer unauthorized data access, data corruption, or loss of operational functionality.

**Performance**

The following performance information provides some indication of the risks of investing in the fund. The fund's performance information represents only past performance (before and after taxes) and is not necessarily an indication of future results.

The following bar chart illustrates how much returns can differ from year to year by showing calendar year returns and the best and worst calendar quarter returns during those years for the fund's Investor Class. Returns for other share classes vary since they have different expenses.

### RETIREMENT 2045 FUND

Calendar Year Returns



| | Quarter Ended | Total Return | | Quarter Ended | Total Return |
|---|---|---|---|---|---|
| Best Quarter | 6/30/20 | 20.19% | Worst Quarter | 3/31/20 | -20.30% |

The fund's return for the six months ended 6/30/21 was 12.90%.

The following table shows the average annual total returns for each class of the fund that has been in operation for at least one full calendar year, and also compares the returns with the returns of a relevant broad-based market index, as well as with the returns of one or more comparative indexes that have investment characteristics similar to those of the fund, if applicable.

In addition, the table shows hypothetical after-tax returns to demonstrate how taxes paid by a shareholder may influence returns. After-tax returns are calculated using the historical highest individual federal marginal income tax rates and do not reflect the impact of state and local taxes. Actual after-tax returns depend on an investor's tax situation and may differ from those shown. After-tax returns shown are not relevant to investors who hold their fund shares through tax-deferred arrangements, such as a 401(k) account or an IRA. After-tax returns are shown only for the Investor Class and will differ for other share classes.

**Average Annual Total Returns**

| | 1 Year | 5 Years | 10 Years | Inception date |
|---|---|---|---|---|
| | Periods ended December 31, 2020 | | | |
| **Investor Class** | | | | 05/31/2005 |
|     Returns before taxes | 18.65 % | 12.63 % | 10.67 % | |
|     Returns after taxes on distributions | 17.37 | 11.17 | 9.56 | |
|     Returns after taxes on distributions and sale of fund shares | 11.87 | 9.77 | 8.52 | |
| **Advisor Class** | | | | 05/31/2007 |
|     Returns before taxes | 18.33 | 12.35 | 10.39 | |
| **R Class** | | | | 05/31/2007 |
|     Returns before taxes | 18.06 | 12.07 | 10.12 | |
| **S&P Target Date 2045 Index (reflects no deduction for fees, expenses, or taxes)** | 13.66 | 11.24 | 9.49 | |
| **Combined Index Portfolio (reflects no deduction for fees, expenses, or taxes)[a]** | 17.59 | 12.80 | 10.63 | |

a  Combined Index Portfolio is a blended benchmark composed of 94.25% stocks (65.96% Russell 3000 Index and 28.29% MSCI All Country World Index ex USA Net) and 5.75% bonds (Bloomberg U.S. Aggregate Bond Index). The indices and percentages may vary over time.

Updated performance information is available through **troweprice.com**.

**Management**

**Investment Adviser** T. Rowe Price Associates, Inc. (T. Rowe Price or Price Associates)

| Portfolio Manager | Title | Managed Fund Since | Joined Investment Adviser |
|---|---|---|---|
| **Wyatt A. Lee** | Cochair of Investment Advisory Committee | **2015** | **1999** |
| **Kimberly E. DeDominicis*** | Cochair of Investment Advisory Committee | **2019** | **1997** |
| **Andrew G. Jacobs Van Merlen** | Cochair of Investment Advisory Committee | **2020** | **2000** |

*  Ms. DeDominicis originally joined T. Rowe Price in 1997 and returned to T. Rowe Price in 2003.

**Purchase and Sale of Fund Shares**

The Investor Class, Advisor Class, and R Class generally require a $2,500 minimum initial investment ($1,000 minimum initial investment if opening an IRA, a custodial account for a minor, or a small business retirement plan account). Additional purchases generally require a $100 minimum. These investment minimums generally are waived for financial intermediaries and certain employer-sponsored retirement plans submitting orders on behalf of their customers. Advisor Class and R Class shares may generally only be purchased through a financial intermediary or retirement plan.

For investors holding shares of the fund directly with T. Rowe Price, you may purchase, redeem, or exchange fund shares by mail; by telephone (1-800-225-5132 for IRAs and nonretirement accounts; 1-800-492-7670 for small business retirement plans; and 1-800-638-8790 for institutional investors and financial intermediaries); or, for certain accounts, by accessing your account online through **troweprice.com**.

If you hold shares through a financial intermediary or retirement plan, you must purchase, redeem, and exchange shares of the fund through your intermediary or retirement plan. You should check with your intermediary or retirement plan to determine the investment minimums that apply to your account.

**Tax Information**

Any dividends or capital gains are declared and paid annually, usually in December. Redemptions or exchanges of fund shares and distributions by the fund, whether or not you reinvest these amounts in additional fund shares, generally may be taxed as ordinary income or capital gains unless you invest through a tax-deferred account (in which case you will be taxed upon withdrawal from such account).

**Payments to Broker-Dealers and Other Financial Intermediaries**

If you purchase shares of the fund through a broker-dealer or other financial intermediary (such as a bank), the fund and its related companies may pay the intermediary for the sale of fund shares and related services. These payments may create a conflict of interest by influencing the broker-dealer or other intermediary and your salesperson to recommend the fund over another investment. Ask your salesperson or visit your financial intermediary's website for more information.

**T. Rowe Price®**

T. Rowe Price Associates, Inc.
100 East Pratt Street
Baltimore, MD 21202

F159-045 10/1/21

# EXHIBIT A-25

**T. Rowe Price®**



## SUMMARY PROSPECTUS

October 1, 2021

| | T. ROWE PRICE<br>**Retirement 2055 Fund** |
|---|---|
| TRRNX | Investor Class |
| PAROX | Advisor Class |
| RRTVX | R Class |

The Securities and Exchange Commission (SEC) has not approved or disapproved these securities or passed upon the adequacy of this prospectus. Any representation to the contrary is a criminal offense.

Before you invest, you may want to review the fund's prospectus, which contains more information about the fund and its risks. You can find the fund's prospectus, shareholder reports, and other information about the fund online at **troweprice.com/prospectus**. You can also get this information at no cost by calling **1-800-638-5660**, by sending an e-mail request to **info@troweprice.com**, or by contacting your financial intermediary. This Summary Prospectus incorporates by reference the fund's prospectus, dated October 1, 2021, as amended or supplemented, and Statement of Additional Information, dated October 1, 2021, as amended or supplemented.

**INVEST WITH CONFIDENCE®**

### Investment Objective(s)

The fund seeks the highest total return over time consistent with an emphasis on both capital growth and income.

### Fees and Expenses

This table describes the fees and expenses that you may pay if you buy, hold, and sell shares of the fund. **You may also incur brokerage commissions and other charges when buying or selling shares of the Investor Class, which are not reflected in the table.**

### Fees and Expenses of the Fund

| | Investor<br>Class | Advisor<br>Class | R<br>Class |
|---|---|---|---|
| **Shareholder fees (fees paid directly from your investment)** | | | |
| Maximum account fee | $20[a] | — | — |
| **Annual fund operating expenses<br>(expenses that you pay each year as a<br>percentage of the value of your investment)** | | | |
| Management fees | 0.64%[b,c] | 0.64%[b,c] | 0.64%[b,c] |
| Distribution and service (12b-1) fees | — | 0.25 | 0.50 |
| Other expenses | — | — | — |
| Total annual fund operating expenses | 0.64[b] | 0.89[b] | 1.14[b] |

a   Subject to certain exceptions, accounts with a balance of less than $10,000 are charged an annual $20 fee.

b   Restated to reflect current fees.

c   The management fee will decline over time in accordance with a predetermined contractual fee schedule, which is set forth under "The Management Fee" in section 2 of the fund's prospectus, with any annual decrease occurring after the end of the fund's fiscal year. The fee schedule can only be changed with approval by the fund's Board of Directors, and, if required by SEC rules, the fund's shareholders.

**Example** This example is intended to help you compare the cost of investing in the fund with the cost of investing in other mutual funds. The example assumes that you invest $10,000 in the fund for the time periods indicated and then redeem all of your shares at the end of those periods, that your investment has a 5% return each year, and that the fund's operating expenses remain the same. Although your actual costs may be higher or lower, based on these assumptions your costs would be:

| | 1 year | 3 years | 5 years | 10 years |
|---|---|---|---|---|
| Investor Class | $65 | $205 | $355 | $788 |
| Advisor Class | 91 | 284 | 492 | 1,086 |
| R Class | 116 | 362 | 626 | 1,376 |

**Portfolio Turnover** The fund pays transaction costs, such as commissions, when it buys and sells securities (or "turns over" its portfolio). A higher portfolio turnover rate may indicate higher transaction costs and may result in higher taxes when the fund's shares are held in a taxable account. These costs, which are not reflected in annual fund operating expenses or in the example, affect the fund's performance. During the most recent fiscal year, the fund's portfolio turnover rate was 24.8% of the average value of its portfolio.

**Investments, Risks, and Performance**

**Principal Investment Strategies**

The fund pursues its objective(s) by investing in a diversified portfolio of other T. Rowe Price stock and bond mutual funds that represent various asset classes and sectors. The fund's allocation among T. Rowe Price mutual funds will change over time in relation to its target retirement date.

The fund is managed based on the specific retirement year (target date 2055) included in its name and assumes a retirement age of 65. The target date refers to the approximate year an investor in the fund would plan to retire and likely stop making new investments in the fund. The fund is primarily designed for an investor who anticipates retiring at or about the target date and who plans to withdraw the value of the account in the fund gradually after retirement. However, if an investor retires earlier or later than age 65, the fund may not be an appropriate investment even if the investor retires on or near the fund's target date.

Over time, the allocation to asset classes and funds will change according to a predetermined "glide path" shown in the following chart. The glide path represents the shifting of asset classes over time and shows how the fund's asset mix becomes more conservative–both prior to and after retirement–as time elapses. This reflects the need for reduced market risks as retirement approaches and the need for lower portfolio volatility after retiring. Although the glide path is meant to dampen the fund's potential volatility as retirement approaches, the fund is not designed for a lump sum redemption at the retirement date. The fund pursues an asset allocation strategy that promotes asset accumulation prior to retirement, but it is intended to also serve as a post-retirement investment vehicle with allocations designed to support an income stream made up of regular withdrawals throughout retirement along with some portfolio growth that exceeds inflation. After the target date, the fund is designed to balance longevity and inflation risks along with the need for some income, although it does not guarantee a particular level of income.

During the second quarter of 2020, the fund, along with all of the T. Rowe Price Retirement Funds, began to shift from its original glide path to an enhanced glide path. The transition to the enhanced glide path will ultimately increase the overall stock allocation at certain points in the glide path. The overall allocation to stocks at the beginning of the enhanced glide path (40+ years to retirement) for all T. Rowe Price Retirement Funds will increase from 90% to 98%, and the 98% stock allocation will remain constant until the fund is 30 years from its target date. The overall allocation to stocks at the end of the enhanced glide path (30 years past retirement) for all T. Rowe Price Retirement Funds will increase from 20% to 30%. There are increases to the overall stock allocation along other points of the enhanced glide path, but the allocations nearer to the target date will not significantly change and the overall neutral allocation to stocks at the target date remains at 55%. The transition from the original glide path to the enhanced glide path may take up to two years from the start of the transition to fully implement, based on the changes that are necessary as a result of the fund's positioning on the original glide path. The following chart illustrates how the enhanced glide path compares with the original glide path over the entire investment life cycle of a T. Rowe Price Retirement Fund (the left axis indicates the overall neutral allocation to stocks with the remainder of the allocation to bonds):



The glide path provides for a neutral allocation to stocks at the target date of 55%. The fund's overall exposure to stocks will continue to decline until approximately 30 years after its target date, when its neutral allocations to stocks and bonds will remain unchanged. There are no maturity restrictions within the fund's overall allocation to bonds, although the bond funds in which the fund invests may impose specific limits on maturity or credit quality. The allocations are referred to as "neutral" allocations because they are strategic and do not reflect any tactical decisions made by T. Rowe Price to overweight or underweight a particular asset class or sector based on its market outlook. The target allocations assigned to the broad asset classes (Stocks and Bonds), which reflect these tactical decisions resulting from market outlook, are not expected to vary from the neutral allocations set forth in the glide path by more than plus (+) or minus (-) five percent (5%). The target allocations and actual allocations may differ due to significant market movements or cash flows. During the transition from the original glide path to the enhanced glide path, there may be times when the target allocation varies by more than this amount in comparison with either or both glide paths.

The following table illustrates how the portfolio is generally expected to be allocated between the asset classes and the underlying T. Rowe Price mutual funds that are used to represent the broad asset classes and specific sectors. The fund invests in the Z Class of each of its underlying funds. T. Rowe Price is contractually obligated to waive and/or bear all of the Z Class' expenses, with certain limited exceptions. The fund's overall allocation to stocks is represented by a diversified mix of U.S. and international stock funds that employ both growth and value investment approaches and consist of large-cap, mid-cap, and small-cap stocks. The fund's overall allocation to bonds is represented by a "core" fixed income component designed to have lower overall volatility and a "diversifying" fixed income component designed to respond to a variety of market conditions and improve risk adjusted returns. The information in the table represents the neutral allocations for the fund as of October 1, 2021. The fund's shareholder reports set forth its actual allocations between stock funds and bond funds and to the individual T. Rowe Price mutual funds. T. Rowe Price may periodically rebalance or modify the asset mix of the underlying funds and change the underlying fund investments.

**Retirement 2055 Fund**

| Asset Class | | Sector(s) | Neutral Allocation | Underlying Fund(s) |
|---|---|---|---|---|
| Stocks | 96.25% | Inflation Focused Stocks | 4.81% | Real Assets |
| | | International Developed Market Stocks | 23.32 | International Stock, International Value Equity, and/or Overseas Stock |
| | | International Emerging Market Stocks | 4.11 | Emerging Markets Discovery Stock and/or Emerging Markets Stock |
| | | U.S. Large-Cap Stocks | 51.21 | Equity Index 500, Growth Stock, U.S. Equity Research, U.S. Large-Cap Core, and/or Value |
| | | U.S. Mid-Cap Stocks | 6.40 | Mid-Cap Growth, Mid-Cap Index, and/or Mid-Cap Value |
| | | U.S. Small-Cap Stocks | 6.40 | New Horizons, Small-Cap Index, Small-Cap Stock, and/or Small-Cap Value |
| Bonds | 3.75 | Core Fixed Income | 2.62 | Dynamic Global Bond, International Bond (USD Hedged), and/or New Income |
| | | Diversifying Fixed Income | 1.13 | Emerging Markets Bond, Floating Rate, High Yield, Limited Duration Inflation Focused Bond, U.S. Treasury Long-Term Index, and/or U.S. Treasury Money |

**Principal Risks**

As with any fund, there is no guarantee that the fund will achieve its objective(s). The fund's share price fluctuates, which means you could lose money by investing in the fund. You may experience losses, including losses near, at, or after the target retirement date. There is no guarantee that the fund will provide adequate income at and through your retirement. The principal risks of investing in this fund, which may be even greater during periods of market disruption or volatility, are summarized as follows:

**Active Management/Asset allocation** The fund's overall level of risk will directly correspond to the risks of the underlying funds in which it invests. By investing in many underlying funds, the fund has partial exposure to the risks of different areas of the market. However, the selection of the underlying funds and the allocation of the fund's assets among the various asset classes, market sectors, and investment styles represented by those underlying funds could cause the fund to underperform other funds with a similar benchmark or investment objective(s).

**Investments in other funds** The fund bears the risk that its underlying funds will fail to successfully employ their investment strategies. One or more underlying fund's underperformance or failure to meet its investment objective(s) as intended could cause the fund to underperform similarly managed funds.

**Market conditions** The value of the fund's investments may decrease, sometimes rapidly or unexpectedly, due to factors affecting an issuer held by the fund, particular industries, or the overall securities markets. A variety of factors can increase the volatility of the fund's holdings and markets generally, including political or regulatory developments, recessions, inflation, rapid interest rate changes, war or acts of terrorism, natural disasters, and outbreaks of infectious illnesses or other widespread public health issues such as the coronavirus pandemic and related governmental and public responses. Certain events may cause instability across global markets, including reduced liquidity and disruptions in trading markets, while some events may affect certain geographic regions, countries, sectors, and industries more significantly than others. Government intervention in markets may impact interest rates, market volatility, and security pricing. These adverse developments may cause broad declines in market value due to short-term market movements or for significantly longer periods during more prolonged market downturns.

**Stock exposure** An underlying stock fund's share price can fall because of weakness in the overall stock markets, a particular industry, or specific holdings. Stocks generally fluctuate in value more than bonds and may decline significantly over short time periods. There is a chance that stock prices overall will decline because stock markets tend to move in cycles, with periods of rising and falling prices. The value of an underlying stock fund may decline due to general weakness or volatility in the stock markets, adverse conditions impacting a particular industry or market sector, or factors affecting an investment style or market capitalization targeted by the fund.

**International investing** Investing in funds that hold the securities of non-U.S. issuers involves special risks not typically associated with investing in funds that hold securities of U.S. issuers. Non-U.S. securities tend to be more volatile and have lower overall liquidity than investments in U.S. securities and may lose value because of adverse local, political, social, or economic developments overseas, or due to changes in the exchange rates between foreign currencies and the U.S. dollar. In addition, investments outside the U.S. are subject to settlement practices and regulatory and financial reporting standards that differ from those of the U.S. The risks of investing outside the U.S. are heightened for any investments in emerging markets, which are susceptible to greater volatility than investments in developed markets.

**Emerging markets** Investing in funds that hold securities of issuers in emerging market countries involves greater risk and overall volatility than investing in funds

that hold securities of issuers in the U.S. and other developed markets. Emerging market countries tend to have economic structures that are less diverse and mature, less developed legal and regulatory regimes, and political systems that are less stable, than those of developed countries. In addition to the risks normally associated with investing outside the U.S., emerging markets are more susceptible to governmental interference, political and economic uncertainty, local taxes and restrictions on an underlying fund's investments, less efficient trading markets with lower overall liquidity, and more volatile currency exchange rates.

**Market capitalization** Because the fund invests in certain funds that focus on a particular market capitalization, its share price may be negatively affected if investing in that market capitalization falls out of favor. Small- and mid-cap companies often have less experienced management, more limited financial resources, and less publicly available information than larger companies, and tend to be more sensitive to changes in overall economic conditions. As a result, investments in small-cap and mid-cap companies are likely to be more volatile than investments in larger companies. However, larger companies may not be able to attain the high growth rates of successful smaller companies, especially during strong economic periods, and they may be less capable of responding quickly to competitive challenges and industry changes.

**Investment style** Because the fund invests in certain funds that focus on growth stocks and certain funds that focus on value stocks, its share price may be negatively affected if either investing approach falls out of favor. Growth stocks tend to be more volatile than the overall stock market and are more sensitive to changes in current or expected earnings. Value stocks carry the risk that investors will not recognize their intrinsic value for a long time or that they are actually appropriately priced at a low level.

**Inflation** To the extent the fund invests in underlying funds that are designed to provide protection against the impact of inflation, those investments could adversely affect the fund's performance when inflation or expectations of inflation are low. During such periods, the values of an underlying fund's investments in inflation-linked securities or stocks designed to outperform the overall stock market during periods of high or rising inflation could fall and result in losses for the fund, causing the fund to lag the performance of similarly managed funds.

**Bond exposure** An underlying bond fund's share price can fall because of various factors affecting bonds or due to general weakness in the overall bond markets. The fund invests in underlying funds with varying levels of credit risk, interest rate risk, and liquidity risk. At times, participants in bond markets may develop concerns about the ability of certain issuers to make timely principal and interest payments, or they may develop concerns about the ability of financial institutions that make markets in certain debt instruments to facilitate an orderly market. Those concerns could cause increased volatility and reduced liquidity in particular securities or in the overall bond markets and the related derivatives markets, which could hamper an underlying fund's ability to sell the bonds in which it invests or to find and purchase suitable investments.

**Liquidity** An underlying fund may not be able to meet requests to redeem shares without significant dilution of the remaining shareholders' interests in the fund. A particular investment or an entire market segment may become less liquid or even illiquid, sometimes abruptly, which could limit a fund's ability to purchase or sell holdings in a timely manner at a desired price. Reduced liquidity can result from a number of events, such as limited trading activity, reductions in bond inventory, and rapid or unexpected changes in interest rates. Large redemptions may also have a negative impact on an underlying fund's overall liquidity.

**Cybersecurity breaches** The fund could be harmed by intentional cyberattacks and other cybersecurity breaches, including unauthorized access to the fund's assets, customer data and confidential shareholder information, or other proprietary information. In addition, a cybersecurity breach could cause one of the fund's service providers or financial intermediaries to suffer unauthorized data access, data corruption, or loss of operational functionality.

**Performance**

The following performance information provides some indication of the risks of investing in the fund. The fund's performance information represents only past performance (before and after taxes) and is not necessarily an indication of future results.

The following bar chart illustrates how much returns can differ from year to year by showing calendar year returns and the best and worst calendar quarter returns during those years for the fund's Investor Class. Returns for other share classes vary since they have different expenses.

### RETIREMENT 2055 FUND

Calendar Year Returns



| | Quarter Ended | Total Return | | Quarter Ended | Total Return |
|---|---|---|---|---|---|
| Best Quarter | 6/30/20 | 20.14% | Worst Quarter | 3/31/20 | -20.38% |

The fund's return for the six months ended 6/30/21 was 12.95%.

The following table shows the average annual total returns for each class of the fund that has been in operation for at least one full calendar year, and also compares the returns with the returns of a relevant broad-based market index, as well as with the returns of one or more comparative indexes that have investment characteristics similar to those of the fund, if applicable.

In addition, the table shows hypothetical after-tax returns to demonstrate how taxes paid by a shareholder may influence returns. After-tax returns are calculated using the historical highest individual federal marginal income tax rates and do not reflect the impact of state and local taxes. Actual after-tax returns depend on an investor's

tax situation and may differ from those shown. After-tax returns shown are not relevant to investors who hold their fund shares through tax-deferred arrangements, such as a 401(k) account or an IRA. After-tax returns are shown only for the Investor Class and will differ for other share classes.

**Average Annual Total Returns**

| | 1 Year | 5 Years | 10 Years | Inception date |
|---|---|---|---|---|
| | **Periods ended December 31, 2020** | | | |
| **Investor Class** | | | | 12/29/2006 |
| Returns before taxes | 18.55 % | 12.59 % | 10.66 % | |
| Returns after taxes on distributions | 17.59 | 11.32 | 9.67 | |
| Returns after taxes on distributions and sale of fund shares | 11.62 | 9.78 | 8.54 | |
| **Advisor Class** | | | | 05/31/2007 |
| Returns before taxes | 18.23 | 12.32 | 10.38 | |
| **R Class** | | | | 05/31/2007 |
| Returns before taxes | 17.96 | 12.03 | 10.11 | |
| **S&P Target Date 2055 Index (reflects no deduction for fees, expenses, or taxes)** | 13.86 | 11.55 | 9.82 | |
| **Combined Index Portfolio (reflects no deduction for fees, expenses, or taxes)[a]** | 17.60 | 12.80 | 10.63 | |

a  Combined Index Portfolio is a blended benchmark composed of 95.25% stocks (66.68% Russell 3000 Index and 28.57% MSCI All Country World Index ex USA Net) and 4.75% bonds (Bloomberg U.S. Aggregate Bond Index). The indices and percentages may vary over time.

Updated performance information is available through **troweprice.com**.

**Management**

**Investment Adviser** T. Rowe Price Associates, Inc. (T. Rowe Price or Price Associates)

| Portfolio Manager | Title | Managed Fund Since | Joined Investment Adviser |
|---|---|---|---|
| Wyatt A. Lee | Cochair of Investment Advisory Committee | 2015 | 1999 |
| Kimberly E. DeDominicis* | Cochair of Investment Advisory Committee | 2019 | 1997 |
| Andrew G. Jacobs Van Merlen | Cochair of Investment Advisory Committee | 2020 | 2000 |

\*  Ms. DeDominicis originally joined T. Rowe Price in 1997 and returned to T. Rowe Price in 2003.

**Purchase and Sale of Fund Shares**

The Investor Class, Advisor Class, and R Class generally require a $2,500 minimum initial investment ($1,000 minimum initial investment if opening an IRA, a custodial account for a minor, or a small business retirement plan account). Additional purchases generally require a $100 minimum. These investment minimums generally are waived for financial intermediaries and certain employer-sponsored retirement plans submitting orders on behalf of their customers. Advisor Class and R Class shares may generally only be purchased through a financial intermediary or retirement plan.

For investors holding shares of the fund directly with T. Rowe Price, you may purchase, redeem, or exchange fund shares by mail; by telephone (1-800-225-5132 for IRAs and nonretirement accounts; 1-800-492-7670 for small business retirement plans; and 1-800-638-8790 for institutional investors and financial intermediaries); or, for certain accounts, by accessing your account online through **troweprice.com**.

If you hold shares through a financial intermediary or retirement plan, you must purchase, redeem, and exchange shares of the fund through your intermediary or retirement plan. You should check with your intermediary or retirement plan to determine the investment minimums that apply to your account.

**Tax Information**

Any dividends or capital gains are declared and paid annually, usually in December. Redemptions or exchanges of fund shares and distributions by the fund, whether or not you reinvest these amounts in additional fund shares, generally may be taxed as ordinary income or capital gains unless you invest through a tax-deferred account (in which case you will be taxed upon withdrawal from such account).

**Payments to Broker-Dealers and Other Financial Intermediaries**

If you purchase shares of the fund through a broker-dealer or other financial intermediary (such as a bank), the fund and its related companies may pay the intermediary for the sale of fund shares and related services. These payments may create a conflict of interest by influencing the broker-dealer or other intermediary and your salesperson to recommend the fund over another investment. Ask your salesperson or visit your financial intermediary's website for more information.

**T. Rowe Price®**

T. Rowe Price Associates, Inc.
100 East Pratt Street
Baltimore, MD 21202

F164-045 10/1/21

# EXHIBIT A-26

**Vanguard**®

# Vanguard Growth Index Fund
# Summary Prospectus

April 29, 2021

## Institutional Shares

Vanguard Growth Index Fund Institutional Shares (VIGIX)

The Fund's statutory Prospectus and Statement of Additional Information dated April 29, 2021, as may be amended or supplemented, are incorporated into and made part of this Summary Prospectus by reference.

Before you invest, you may want to review the Fund's Prospectus, which contains more information about the Fund and its risks. You can find the Fund's Prospectus and other information about the Fund online at www.vanguard.com/prospectus and https://personal.vanguard.com/us/literature/reports/MFs. You can also obtain this information at no cost by calling 800-662-7447 (if you are an individual investor) or 888-809-8102 (if you are a client of Vanguard's Institutional Division). or by sending an email request to online@vanguard.com.

The Securities and Exchange Commission (SEC) has not approved or disapproved these securities or passed upon the adequacy of this prospectus. Any representation to the contrary is a criminal offense.

## Investment Objective

The Fund seeks to track the performance of a benchmark index that measures the investment return of large-capitalization growth stocks.

## Fees and Expenses

The following table describes the fees and expenses you may pay if you buy, hold, and sell Institutional Shares of the Fund. You may pay other fees, such as brokerage commissions and other fees to financial intermediaries, which are not reflected in the table and example below.

### Shareholder Fees

(Fees paid directly from your investment)

| | |
|---|---|
| Sales Charge (Load) Imposed on Purchases | None |
| Purchase Fee | None |
| Sales Charge (Load) Imposed on Reinvested Dividends | None |
| Redemption Fee | None |

### Annual Fund Operating Expenses

(Expenses that you pay each year as a percentage of the value of your investment)

| | |
|---|---|
| Management Fees | 0.04% |
| 12b-1 Distribution Fee | None |
| Other Expenses | 0.00% |
| Total Annual Fund Operating Expenses | 0.04% |

### Example

The following example is intended to help you compare the cost of investing in the Fund's Institutional Shares with the cost of investing in other mutual funds. It illustrates the hypothetical expenses that you would incur over various periods if you were to invest $10,000 in the Fund's shares. This example assumes that the shares provide a return of 5% each year and that total annual fund operating expenses remain as stated in the preceding table. You would incur these hypothetical expenses whether or not you were to redeem your investment at the end of the given period. Although your actual costs may be higher or lower, based on these assumptions your costs would be:

| 1 Year | 3 Years | 5 Years | 10 Years |
|---|---|---|---|
| $4 | $13 | $23 | $51 |

1

Portfolio Turnover

The Fund pays transaction costs, such as commissions, when it buys and sells securities (or "turns over" its portfolio). A higher portfolio turnover rate may indicate higher transaction costs and may result in more taxes when Fund shares are held in a taxable account. These costs, which are not reflected in annual fund operating expenses or in the previous expense example, reduce the Fund's performance. During the most recent fiscal year, the Fund's portfolio turnover rate was 6% of the average value of its portfolio.

## Principal Investment Strategies

The Fund employs an indexing investment approach designed to track the performance of the CRSP US Large Cap Growth Index, a broadly diversified index predominantly made up of growth stocks of large U.S. companies. The Fund attempts to replicate the target index by investing all, or substantially all, of its assets in the stocks that make up the Index, holding each stock in approximately the same proportion as its weighting in the Index. The Fund may become nondiversified, as defined under the Investment Company Act of 1940, solely as a result of a change in relative market capitalization or index weighting of one or more constituents of the Index.

## Principal Risks

An investment in the Fund could lose money over short or long periods of time. You should expect the Fund's share price and total return to fluctuate within a wide range. The Fund is subject to the following risks, which could affect the Fund's performance:

• *Stock market risk*, which is the chance that stock prices overall will decline. Stock markets tend to move in cycles, with periods of rising prices and periods of falling prices. The Fund's target index tracks a subset of the U.S. stock market, which could cause the Fund to perform differently from the overall stock market. In addition, the Fund's target index may, at times, become focused in stocks of a particular market sector, which would subject the Fund to proportionately higher exposure to the risks of that sector.

• *Investment style risk*, which is the chance that returns from large-capitalization growth stocks will trail returns from the overall stock market. Large-cap growth stocks tend to go through cycles of doing better—or worse—than other segments of the stock market or the stock market in general. These periods have, in the past, lasted for as long as several years.

• *Nondiversification risk*. To closely track the composition of the Fund's target index, more than 25% of the Fund's total assets may be invested in issuers representing more than 5% of the Fund's total assets. In that case, the Fund

would be nondiversified under the Investment Company Act of 1940, although it would continue to hold approximately 300 stocks across a number of sectors. When the Fund is operating as non-diversified, the Fund's performance may be hurt disproportionately by the poor performance of relatively few stocks, or even a single stock, and the Fund's shares may experience more significant fluctuations in value than if the fund was diversified.

• *Sector risk*, which is the chance that significant problems will affect a particular sector, or that returns from that sector will trail returns from the overall stock market. Daily fluctuations in specific market sectors are often more extreme or volatile than fluctuations in the overall market. Because a significant portion of the Fund's assets are invested in the information technology sector, the Fund's performance is impacted by the general condition of that sector. Companies in the information technology sector could be affected by, among other things, overall economic conditions, short product cycles, rapid obsolescence of products, competition, and government regulation.

**An investment in the Fund is not a deposit of a bank and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency.**

### Annual Total Returns

The following bar chart and table are intended to help you understand the risks of investing in the Fund. The bar chart shows how the performance of the Fund's Institutional Shares has varied from one calendar year to another over the periods shown. The table shows how the average annual total returns of the Institutional Shares compare with those of the Fund's target index and other comparative indexes, which have investment characteristics similar to those of the Fund. The Spliced Growth Index reflects the performance of the MSCI US Prime Market Growth Index through April 16, 2013, and the CRSP US Large Cap Growth Index thereafter. Keep in mind that the Fund's past performance (before and after taxes) does not indicate how the Fund will perform in the future. Updated performance information is available on our website at *vanguard.com/performance* or by calling Vanguard toll-free at 800-662-7447.

3

Annual Total Returns — Vanguard Growth Index Fund Institutional Shares



During the periods shown in the bar chart, the highest and lowest returns for a calendar quarter were:

|  | Total Return | Quarter |
|---|---|---|
| Highest | 29.04% | June 30, 2020 |
| Lowest | -16.31% | December 31, 2018 |

Average Annual Total Returns for Periods Ended December 31, 2020

|  | 1 Year | 5 Years | 10 Years |
|---|---|---|---|
| **Vanguard Growth Index Fund Institutional Shares** | | | |
| Return Before Taxes | 40.20% | 20.34% | 16.68% |
| Return After Taxes on Distributions | 39.91 | 19.99 | 16.35 |
| Return After Taxes on Distributions and Sale of Fund Shares | 23.91 | 16.51 | 14.12 |
| **Comparative Indexes** | | | |
| (reflect no deduction for fees, expenses, or taxes) | | | |
| Spliced Growth Index | 40.27% | 20.37% | 16.74% |
| CRSP US Large Cap Growth Index | 40.27 | 20.37 | — |
| Dow Jones U.S. Total Stock Market Float Adjusted Index | 20.79 | 15.36 | 13.74 |

Actual after-tax returns depend on your tax situation and may differ from those shown in the preceding table. When after-tax returns are calculated, it is assumed that the shareholder was in the highest individual federal marginal income tax bracket at the time of each distribution of income or capital gains or upon redemption. State and local income taxes are not reflected in the calculations. Please note that after-tax returns are shown only for the Institutional Shares and may differ for each share class. After-tax returns are not relevant for a shareholder who holds fund shares in a tax-deferred account, such as an individual retirement account or a 401(k) plan. Also, figures captioned *Return After Taxes on Distributions and Sale of Fund Shares* may be higher than other figures for the same period if a capital loss occurs upon redemption and results in an assumed tax deduction for the shareholder.

4

### Investment Advisor
The Vanguard Group, Inc. (Vanguard)

Portfolio Managers

Walter Nejman, Portfolio Manager at Vanguard. He has co-managed the Fund since 2016.

Gerard C. O'Reilly, Principal of Vanguard. He has managed the Fund since 1994 (co-managed since 2016).

### Purchase and Sale of Fund Shares
You may purchase or redeem shares online through our website *(vanguard.com)*, by mail (The Vanguard Group, P.O. Box 1110, Valley Forge, PA 19482-1110), or by telephone (800-662-2739). The minimum investment amount required to open and maintain a Fund account for Institutional Shares is $5 million. The minimum investment amount required to add to an existing Fund account is generally $1. If you are investing through an employer-sponsored retirement or savings plan, your plan administrator or your benefits office can provide you with detailed information on how you can invest through your plan.

### Tax Information
The Fund's distributions may be taxable as ordinary income or capital gain. If you are investing through a tax-advantaged account, such as an IRA or an employer-sponsored retirement or savings plan, special tax rules apply.

### Payments to Financial Intermediaries
The Fund and its investment advisor do not pay financial intermediaries for sales of Fund shares.

This page intentionally left blank.

Vanguard funds are not sponsored, endorsed, sold, or promoted by the University of Chicago or its Center for
Research in Security Prices, and neither the University of Chicago nor its Center for Research in Security Prices makes
any representation regarding the advisability of investing in the funds.

Vanguard Growth Index Fund Institutional Shares—Fund Number 868

To request additional information about the Fund, please visit vanguard.com or contact us at 800-662-7447 (if
you are an individual investor) or 888-809-8102 (if you are a client of Vanguard's Institutional Division).

© 2021 The Vanguard Group, Inc. All rights reserved.
Vanguard Marketing Corporation, Distributor.

SPI 868 042021

# EXHIBIT A-27

# The BrightScope/ICI Defined Contribution Plan Profile: A Close Look at ERISA 403(b) Plans, 2016

**APRIL 2020**





**MUTUAL FUND INVESTMENT OBJECTIVES**

ICI classifies mutual funds into categories based on their investment type (or objective). The broad categories analyzed in this report include a range of fund investment types and include both active and index fund investment styles. For instance, while all domestic equity funds invest primarily in the shares of US corporations, this category includes both index funds replicating the S&P 500 index and actively managed funds focused on small-cap companies or certain sectors, which are generally acknowledged to be more expensive to manage than portfolios of US large-cap stocks. Similarly, domestic bond funds (which can be actively managed or index) pursue a wide variety of investment strategies, including investing in government bonds (which are relatively inexpensive to manage) and high-yield bonds (which generally require more research and can be costlier to manage).

For more details on ICI's classifications, see "Mutual Fund Investment Objective Definitions" at www.ici.org/research/stats/iob_update/classification/iob_definitions.

For additional discussion of the variation of mutual fund fees across different investment types and styles, see "Trends in the Expenses and Fees of Funds, 2019," *ICI Research Perspective*, at www.ici.org/pdf/per26-01.pdf.

## Variation in Mutual Fund Expenses

In addition to the average expense ratio, it is important to examine different points in the distribution of expenses to understand the range of mutual fund expenses paid in large ERISA 403(b) plans. For example, while the asset-weighted average expense ratio on domestic equity mutual funds held in large ERISA 403(b) plans was 0.44 percent in 2016 (Exhibit 3.3), 10 percent of assets were invested in funds with expense ratios of 0.04 percent or less, and 10 percent of assets were invested in funds with expense ratios of 0.79 percent or more (see Exhibits 3.5 and A.5). Similar patterns were observed for international equity mutual funds. These investment categories include both index and active investment styles.

Although 403(b) equity mutual fund expenses tend to decrease as total assets in a 403(b) plan increase, mutual fund expenses vary in plans of all sizes. For example, expenses for equity mutual funds—which include both index and active investment styles—ranged from 0.18 percent at the asset-weighted 10th percentile to 1.39 percent at the asset-weighted 90th percentile in large ERISA 403(b) plans with less than $1 million in plan assets (see Exhibits 3.5 and A.5). Similarly, equity mutual fund expenses in large ERISA 403(b) plans with more than $1 billion in plan assets ranged between 0.04 percent of assets at the asset-weighted 10th percentile to 0.77 percent at the asset-weighted 90th percentile.

The range in expenses is at least partly attributable to differences in the portion of the expense ratio that is used for shareholder services. For example, though some or all costs associated with plan recordkeeping can be paid by fees associated with the mutual fund investment, other costs may be paid as a per-participant charge by participants or the employer. Expenses also may be paid through a combination of these methods. In addition, the expense ratios applicable to funds vary within a given investment category.[38] For example, actively managed mutual funds can offer investors the chance to earn superior returns, access specialized sectors, or take advantage of alternative investment strategies, all of which can make a fund more expensive to manage. Similarly, equity mutual funds may be priced differently depending on the extent to which they invest in small-cap, mid-cap, or emerging market stocks (which tend to be more expensive to manage) instead of large-cap or developed market stocks (which tend to be less expensive to manage).

# EXHIBIT A-28

# NEPC 2019
# DEFINED CONTRIBUTION
# PROGRESS REPORT





BOSTON  |  ATLANTA  |  CHARLOTTE  |  CHICAGO  |  DETROIT  |  LAS VEGAS  |  PORTLAND  |  SAN FRANCISCO

*The information contained herein is NEPC's proprietary information.  This information cannot be shared with any other party without NEPC's express written permission.*

# 2019 RECORD KEEPING FEE REVIEW

All plans are not created equal. Higher (or lower) record keeping fees are a function of plan size and complexity, and the package of services the plan sponsor has contracted for.

While there is scale pricing (i.e., larger plans can access lower fees), operational complexity and service levels drive meaningful differentiation in price. Best practice is to compare fees and services through a record keeping vendor search Request for Proposal ("RFP") process.

**Record Keeping, Trust and Custody Per-Participant Cost by Plan Size**

Each box plot provides a pictorial representation of record keeping, trust and custody costs by plan size, according to NEPC's 2019 Defined Contribution Plan & Fee Survey which included 121 defined contribution and deferred compensation plans. Fees were gathered from participating plans' service providers and recast in a uniform format. Displayed are the 95th percentile, 75th percentile, 25th percentile and 5th percentile plan cost points. The data represents broadly what plans pay and not how they pay.



2019 NEPC DC Progress Report

# EXHIBIT A-29

# 401k
## Averages Book

www.401ksource.com

**20th Edition**

# FREQUENTLY ASKED QUESTIONS

If the answer to your question is not found in this section, please submit your questions via e-mail to: **support@401ksource.com**.

1. **How many products were used?**
   *The 401k Averages Book* is derived from our database of 196 product offerings from 70 providers. Each plan scenario's universe is made up of a subset of the 196 products. The number of products in each universe is indicated at the bottom of the first page of each section.

2. **How is data collected?**
   The data is collected and drawn from a combination of provider fee schedules, request for proposal responses, and fee disclosure forms. We do not collect data from 5500 forms.

3. **What is the date of the data?**
   Data has been updated through September 30, 2019.

4. **Who are the providers included in the database?**
   We do not release the names of the providers or products in the *401k Averages Book* database. The database is comprised of a wide range of providers and products including many of the largest and most recognized providers and products in the marketplace.

5. **Can you define "provider" and "product"?**
   A "provider" is the mutual fund company, insurance company, etc. providing the 401(k) service offering to the marketplace. The "product" is the offering made available, by the "provider" to the marketplace. A "provider" might offer multiple "products", such as a large market product, mid-market product and small market product.

6. **How many "plans" are in the database/universe?**
   The *401k Averages Book* database does not consist of "plan" data but instead is made up of "products". See Questions 1, 2 and 5 for more information.

7. **Can you define the term "participant"?**
   The term "participant", for the purposes of the book, represents anyone with an account balance in the plan.

8. **Does the fee data include plan audit fees and legal fees?**
   No.

9. **Does the cost data in the book include broker/advisor compensation?**
   Yes. The database includes direct and broker/advisor distributed products.

10. **Can you define the term, "investment expense"? Does investment expense include investment management fees, fund expense ratios, 12b-1 fees, sub-transfer agent fees, contract charges, wrap and advisor fees?**
    The term "investment expense", for the purposes of the book, represents any asset based charges applied to plan assets. To the extent that investment management fees, fund expense ratios, 12b-1 fees, sub-transfer agent fees, contract charges, wrap and advisor fees or any other asset based charges are a part of a particular product in the database they are included in the "investment expense" of that product. Thus by extension the average "investment expense" calculation includes all of the above charges.

11. **Can you define the term, "recordkeeping and administration"? Does recordkeeping and administration include testing, 5500 form preparation, trustee, communications and document preparation?**
    The term "recordkeeping and administration", for the purposes of the book, represents any hard dollar charges for recordkeeping and administration services. To the extent that testing, 5500 form preparation, non-discretionary trustee, communications and document preparation or any other recordkeeping and administrative services are part of a particular product in the database they are included in the "recordkeeping and administration" of that product. Thus by extension the average "recordkeeping and administration" calculation includes all of the above charges. Participant initiated transactions such as loans, distributions and QDRO's are not included in "recordkeeping and administration."

12. **Does "investment expense" include the cost of the broker/advisor? Does the "investment expense" include additional participant fees/wrap fees?**
    Yes, see questions 9 and 10.

13. **Does "total plan cost per participant" or "total bundled expense" include all costs of the plan including the plan sponsor's portion or just the expenses passed onto the participant?**

Yes, "total" includes the sponsor's portion and the expenses passed on to the participant. "Total" includes all of the investment, recordkeeping & administration, non-discretionary trustee, testing, and 5500 preparation costs associated with a particular product. It does not include participant initiated transactions such as loans, withdrawals or other forms of distributions.

14. **Do you breakdown the "investment expense" to illustrate what goes towards revenue sharing?**

Yes. Charts x.6–x.8 illustrate the average per participant costs while splitting the investment cost into net investment and revenue sharing. "Net Investment" is the portion of the "Investment Expense" retained by the investment manager. "Revenue Sharing" is the portion of the "Investment Expense" received by other service providers to the plan. These other service providers could include but are not limited to recordkeepers, advisors and platform providers.

15. **What asset allocation is used for the benchmarks?**

The asset allocation for each scenario is: 44% Large Equity, 10% Stable Value, 7% International Equity, 8% Fixed Income, 31% Balanced/Target Date. The Balanced/Target Date allocation represents the average of the Balanced and Target Date investment options.

16. **How is the Quartile Chart developed?**

Each product universe is sorted based on expenses, from the lowest to highest. The universe is then divided into four equal parts, termed quartiles. Each quartile contains 25% of the total products in the universe and is designated by a different color.

17. **What is the difference between Average and Median?**

All data in the book represents the "Average" costs for the universe, except for the Investment and Total Bundled Cost Quartile Chart which illustrates the "Median" costs for the universe.

The definition for both terms is as follows:

*Average:* Also known as Mean, is the sum of the values in the universe divided by the number of values in the universe.

*Median:* The median is the middle number of the distribution: half the numbers are above the median and half are below the median.

$50,000 Average Account Balance

## 100 Participants and $5,000,000 in Assets

**Chart 12.6**

Average Plan Cost as a Percentage of Assets
(Illustrating Net Investment and Revenue Sharing Split)



**Chart 12.7**

Percentage Breakdown
of Plan Costs

(Illustrating Net Investment
and Revenue Sharing Split)



**Chart 12.8**

Average Plan Cost Per Participant
(Illustrating Net Investment and Revenue Sharing Split)



www.401ksource.com

$100,000 Average Account Balance

**2,000 Participants and $200,000,000 in Assets**



### Chart 24.6
Average Plan Cost as a Percentage of Assets
(Illustrating Net Investment and Revenue Sharing Split)

### Chart 24.7
Percentage Breakdown
of Plan Costs

(Illustrating Net Investment
and Revenue Sharing Split)



0.75%
Recordkeeping
Administration

24.02%
Revenue Sharing

75.23%
Net Investment



### Chart 24.8
Average Plan Cost Per Participant
(Illustrating Net Investment and Revenue Sharing Split)